IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMIR GUR-RAVANTAB and EMILY LAMA, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGETOWN UNIVERSITY,<br><br>*Defendant.* | Case No. 1:22-cv-01038-TNM<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon the Declaration of Anthony Alesandro, Esq., the exhibits annexed thereto, and the Memorandum of Law in Support, Plaintiffs Emir Gur-Ravantab and Emily Lama, individually and on behalf of others similarly situated, will move this Court before Hon. Trevor N. McFadden, U.S.D.J. at the United States District Court for the District of Columbia, located at 333 Constitution Avenue, N.W. Washington D.C. 20001 on the 4th day of September or as soon thereafter as counsel can be heard, for an Order: (i) certifying this action as a class action, (ii) designating Leeds Brown Law, P.C. as Class Counsel, (iii) designating Named Plaintiffs as Class Representatives, (iv) setting a post-class certification expert discovery schedule, and (v) any further relief the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to briefing schedule jointly agreed upon by both parties, Defendant's Opposition to Plaintiffs' Motion for Class Certification is required to be served upon the undersigned by August 14, 2023. Plaintiffs shall serve their reply papers by August 28, 2023.

Date: June 26, 2023
Carle Place, New York

**LEEDS BROWN LAW, P.C.**

/s/ Anthony M. Alesandro<br>
Anthony Alesandro (*pro hac vice*)<br>
One Old Country Road, Suite 347<br>
Carle Place, NY 11514<br>
Tel: (516) 873-9550<br>
Email: aalesandro@leedsbrownlaw.com

### CERTIFICATE OF SERVICE

I, Anthony M. Alesandro, hereby certify that on June 26, 2023 a true and correct copy of Plaintiffs' Notice of Motion, Declaration of Anthony M. Alesandro and supporting exhibits, and the Memorandum of Law in support of Plaintiffs Motion for Class Certification was served via the Court's electronic filing system to all counsel of record.

/s/ Anthony M. Alesandro<br>
Anthony M. Alesandro

2