IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMIR GUR-RAVANTAB and EMILY LAMA, individually and on behalf of others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGETOWN UNIVERSITY,<br><br>*Defendant.* | Case No. 1:22-cv-01038-TNM |

### DECLARATION OF ANTHONY ALESANDRO ESQ., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**ANTHONY ALESANDRO**, an attorney duly admitted *Pro Hac Vice* to practice law in this action as Plaintiffs' Counsel in the above matter, hereby declares under the penalties of perjury that:

1.   I am an associate with Leeds Brown Law, P.C. ("Leeds Brown"), attorneys in the instant matter for Plaintiffs Emir Gur-Ravantab and Emily Lama and the putative class of similarly situated individuals ("Plaintiff"), along with Nidel & Nace PLLC. I submit this Declaration in support of Plaintiff's request that the Court certify the proposed class, appoint Plaintiff Gur-Ravantab as the class representatives, appoint Plaintiff's Counsel —Leeds Brown Law, P.C.— lead class counsel, and set a schedule for the completion of expert discovery.

2.   As to the adequacy of Plaintiff's counsel to serve as Class Counsel, our firm Leeds Brown has the experience to be appointed class counsel, including based on our experience in class actions asserting similar claims to those asserted here.

3.   In the college refund context, Leeds Brown has been recognized as Class Counsel. *See Arredondo v. Univ. of La Verne*, 341 F.R.D. 47, 54 (C.D.Cal. Feb. 8, 2022) ("Counsel

[including Leeds Brown Law, P.C.] here has done significant work in identifying and investigating potential claims, including bringing a meritorious motion for class certification supported by ample evidence. Counsel also has a wealth of experience handling class actions…Counsel has demonstrated strong knowledge of the applicable law throughout the briefing process for this class certification motion. And finally, counsel has demonstrated it will commit sufficient resources to represent the class in this heavily litigated case."); *Booth v. Molloy Coll.*, 2022 N.Y. Misc. LEXIS 9176 * (Sup. Ct. Nassau Cty. Dec. 12, 2022); *Staubus v. Regents of the Univ. of Minn.*, 2022 Minn. Dist. LEXIS 7247 * (Minn. Dist. Hennepin Nov. 9, 2022).

4. Further, Plaintiff's Counsel has had success litigating and settling nearly identical cases across the country. *Porter v. Emerson College*, Case No. 1:20-cv-11897-RWZ (Ma. Dist. Oct. 29, 2022) (See Docket No. 87) (Granting Final Approval of the Class Action Settlement); *Arredondo v. The University of La Verne*, Case No. 2:20-cv-07665-MCS-RAO (C. Dist. Cal. April 14, 2023) (granting final approval of the Class Action Settlement); *Jones v. Adm'rs of the Tulane Educ. Fund*, 51 F.4th 101 (5th Cir. 2022)(reversing the lower court and finding plaintiffs' plausibly alleged implied-in-fact promises for in-person instruction and on-campus facilities).

5. Outside the current context Leeds Brown has considerable experience litigating employment-related lawsuits. *See e.g. Griffin v Aldi, Inc.*, 2017 US Dist LEXIS 71840 [NDNY May 11, 2017, No. 5:16-CV-0354 (LEK/ATB)] (granting conditional certification to a nationwide collective class across hundreds of locations); *Weinstein v. Jenny Craig Operations, Inc.*, 138 A.D.3d 546 (1st Dept. 2016) (upholding state-wide certification of employees at Jenny Craig's branches and locations); *Marcus v AXA Advisors, LLC*, 307 FRD 83 [EDNY 2015] (E.D.N.Y. June 26, 2012) (granting nationwide conditional certification under the FLSA of over 2,000 financial service workers); *see also* **Exhibit X**, the Biography of Leeds Brown Law, P.C.

6.  Further, Leeds Brown has been certified as class counsel in matters outside the context of settlement on several cases over the past few years. *See e.g.*, *Settecasi v. Gothan Hall LLC*, 2022 NYLJ LEXIS 494 (Sup. Ct. N.Y. Cty., Apr. 13, 2022)(granting plaintiff's motion for class certification and denying defendants' motion for summary judgment); *Medina v. Fairway Golf Mgt., LLC*, 177 A.D.3d 727 (2d Dep't. 2019); *Membrives v. HHC TRS FP Portfolio LLC*, 196 A.D.3d 560 (2d Dep't. 2021)(upholding the partial grant of summary judgement); *Maor v. Hornblower New York, LLC*, 2016 N.Y. Misc. LEXIS 2111 (Sup. Ct. N.Y. Cty., June 13, 2016) (granting class certification for a cruise line conducting catering in or around the Hudson and East Rivers), among others.

7.  Leeds Brown has been recognized for its work as class counsel. For example, Judge Alison J. Nathan noted "[Co-counsel] and Leeds Brown Law, P.C. are experienced and well-qualified employment and class action lawyers with expertise in prosecuting and settling labor law cases. The substantial work that Plaintiffs' counsel has performed in investigating, litigating and reaching a settlement in this case demonstrates their commitment to the class and representing the class's interests, as well as their general ability to conduct this litigation…As noted above, [co-counsel] and Leeds Brown Law, P.C. have extensive experience in labor law class actions and have devoted considerable time and effort to litigating and settling this action on behalf of the class." *Tart v Lions Gate Entertainment Corp.*, 2015 US Dist LEXIS 139266 [SDNY Oct. 13, 2015, No. 14-CV-8004 (AJN)].

8.  A copy of Leeds Brown's Biography is attached and includes more decisions in which Leeds Brown has served as Class Counsel, as **Exhibit X**.

9.  Class Counsel has agreed to advance all costs of this litigation.

10. Class Counsel are not aware of any other pending actions brought by class members or concern the same claims against Defendant as those asserted here.

3

**Exhibits**

11.     The following documents, referenced in this affidavit and referenced in the memorandum of law, are attached hereto as true and accurate copies:

| | |
|---|---|
| **Exhibit A** | **In Person Classes from 2017-2020 depicted on Course Catalog from Georgetown's Website** |
| **Exhibit B** | **Undergraduate Prospectus** |
| **Exhibit C** | **Undergraduate Honor Pledge- GTOWN_00000072** |
| **Exhibit D** | **2019-2020 Undergraduate Bulletin GTOWN_00000001-000397** |
| **Exhibit E** | **(TO BE FILED UNDER SEAL)** |
| **Exhibit F** | **Plaintiff Emir Gur-Ravantab Enrollment Confirmation Email GURRAVANTAB000005-000006** |
| **Exhibit G** | **Tuition and Fees from Undergraduate 2019-2020 Bulletin GTOWN_00000020-00000022** |
| **Exhibit H** | **(TO BE FILED UNDER SEAL)** |
| **Exhibit I** | **(TO BE FILED UNDER SEAL)** |
| **Exhibit J** | **Emir Gur-Ravantab Spring 2020 Bill GURRAVANTAB000001** |
| **Exhibit K** | **(TO BE FILED UNDER SEAL)** |
| **Exhibit L** | **Visit Georgetown Undergraduate Admissions Webpage from Georgetown's Website (from Archive.org)** |
| **Exhibit M** | **Georgetown in Yor Area Office of Undergraduate Admissions Webpage from Georgetown's Website (from Archive.org)** |
| **Exhibit N** | **Email Announcement of Transition to a Virtual Learning Environment** |

                        **GURRAVANTAB000012-000022**

| | |
|---|---|
| **Exhibit O** | Various Schools Announcement of 10% Tuition Reduction For Fall 2020 and Spring 2021 semesters |
| **Exhibit P** | National Center for Education Statistics, College Navigator Webpage |
| **Exhibit Q** | IPEDS Data Feedback Report 2020 |
| **Exhibit R** | Living Learning Communities, Residential Living Webpage From Georgetown's 2020 Website (from Archive.org) |
| **Exhibit S** | Undergraduate- Revenue and Receivables- Tuition and Fees Webpage from Georgetown's 2019 Website (from Archive.org) |
| **Exhibit T** | Best Online Bachelor's Degrees and Programs of 2023 from US News |
| **Exhibit U** | NBER Working Paper Series- The Impact of Covid-19 on Student Experiences and Expectations: Evidence from a Survey |
| **Exhibit V** | (TO BE FILED UNDER SEAL) |
| **Exhibit W** | Plaintiff Emir Gur-Ravantab Declaration |
| **Exhibit X** | Leeds Brown Law, P.C. Biography |
| **Exhibit Y** | (TO BE FILED UNDER SEAL) GTOWN_00004114-00004215 |
| **Exhibit Z** | The Difference Between Emergency Remote Teaching and Online Learning from Educause Review |
| **Exhibit AA** | Academic Research on Market Damages |
| **Exhibit BB** | Plaintiffs' Letter to Defendant Requesting Missing Documents Discovered during Melissa Costanzi's Deposition |
| **Exhibit CC** | Defendant's Response Letter to Plaintiff's Document Request |

**Exhibit DD**     Miazza v. Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, Case No. 696918 (19th D.C. LA, May 12, 2023)

**Exhibit EE**     Schultz v. Emory University, Case No. 1:20-cv-2002-TWT (N.D. Ga. Jun. 15, 2023)

**WHEREFORE**, for the reasons set forth above Plaintiffs' request that the Court certify the proposed tuition and fee class, appoint Plaintiff Emir Gur-Ravantab as the class representatives and appoint Plaintiffs' Counsel —Leeds Brown Law, P.C.— as class counsel.

Date: June 26, 2023
Carle Place, New York

**LEEDS BROWN LAW, P.C.**

 /s/ Anthony M. Alesandro
Anthony Alesandro (*pro hac vice*)
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
Email: aalesandro@leedsbrownlaw.com