# Exhibit A

## In Person Classes from 2017-2020 depicted on Course Catalog from Georgetown's Website

**Student**   **Registration**   **Select a Term**   Browse Courses

| | **Search Results** — 3 Classes | | | | | | | | | |
| Catalog Search Results | **Term: Fall 2018** : CHEM057 Chemistry | | | | | | | | | |
| Title | Subj | Cour | N | Sect | CRN | Credit H | Instructor | Meeting Details | Campus | Instructional Method | Enrollment Status |
| Gen Chem Lab for Majors | CHEM | 057 | | 01 | 10571 | 2 | Tong, YuYe (Primary) | S M T W T F S 11:00 AM - 11:50 AM T<br>S M T W T F S 12:00 PM - 02:50 PM<br>S M T W T F S 12:00 PM - 12:50 PM | Mai… | In Person | **5** of 16 seats…<br>**25** of 25 wait… |
| Gen Chem Lab for Majors | CHEM | 057 | | 02 | 10572 | 2 | Tong, YuYe (Primary) | S M T W T F S 11:00 AM - 11:50 AM T<br>S M T W T F S 12:00 PM - 02:50 PM<br>S M T W T F S 12:00 PM - 12:50 PM | Mai… | In Person | **6** of 16 seats…<br>**25** of 25 wait… |
| Gen Chem Lab for Majors | CHEM | 057 | | 03 | 23610 | 2 | Tong, YuYe (Primary) | S M T W T F S 11:00 AM - 11:50 AM T<br>S M T W T F S 12:00 PM - 02:50 PM<br>S M T W T F S 12:00 PM - 12:50 PM | Mai… | In Person | **6** of 16 seats…<br>**25** of 25 wait… |

Page 1 of 1     10 ▾ Per Page

Student   Registration   Select a Term   Browse Courses

[Catalog Search Results]

**Search Results — 2 Classes**
**Term: Fall 2018**   : ECON554 Economics

| Title | Subj | Cour | Sect | CRN | Credit H | Instructor | Meeting Details | Campus | Instructional Method | Enrollment Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Data Analysis | ECON | 554 | 01 | 21590 | 3 | Peracchi, Franco (…) | S M T W T F S  05:00 PM - 05:50 PM<br>S M T W T F S  05:00 PM - 05:50 PM<br>S M T W T F S  06:30 PM - 09:00 PM | Mai… | In Person | **57** of 120 se…<br>**25** of 25 wait… |
| Data Analysis | ECON | 554 | 62 | 33493 | 3 | Croux, Christophe … | S M T W T F S  - **Type:** Lecture **Build** | Mai… |  | **5** of 15 seats…<br>**25** of 25 wait… |

Page 1 of 1   | 10 ▾ | Per Page

Student   Registration   Select a Term   Browse Courses

◁ Catalog Search Results | **Search Results** — **1 Classes**
**Term: Fall 2018**   : ENGL000 English

| Title | Subj | Cour | N | Sect | CRN | Credit H | Instructor | Meeting Details | Campus | Instructional Method | Enrollment Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| English | ENGL | 000 | | 00 | 17683 | 0 | | | Mai… | In Person | **FULL**: 0 … |

Page 1 of 1    [10 ▾] Per Page

Student   Registration   Select a Term   Browse Courses

Catalog Search Results | **Search Results — 1 Classes**
Term: Fall 2019    : ACCT001 Accounting

| Title | Subj | Cour | Sect | CRN | Credit Ho | Instructor | Meeting Details | Campus | Instructional Method | Enrollment Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Principles of Accounting | ACCT | 001 | 01 | 23728 | 3 | Dalkin, James (Pri… | S M T W T F S  06:30 PM - 09:15 PM | Mai… | In Person | **12** of 40 seat… **25** of 25 … |

Page 1 of 1    | 10 ▾ | Per Page

Student    Registration    Select a Term    Browse Courses

◁ Catalog Search Results | **Search Results — 1 Classes**
**Term: Fall 2019**    : FINC581 Finance

| Title | Subj | Cour | Sect | CRN | Credit Ho | Instructor | Meeting Details | Campus | Instructional Method | Enrollment Status |
|---|---|---|---|---|---|---|---|---|---|---|
| Hedge Fund Investing | FINC | 581 | 10 | 32935 | 1.5 | Dias, Anne (Primary)<br>Barry, Michael | S M T W T F S  02:00 PM - 04:50 PM | Mai… | In Person | **15** of 50 seat…<br>**999** of 999 w… |

Page 1 of 1    | 10 ▾ Per Page



Student Registration Select a Term Browse Courses

Catalog Search Results

**Search Results — 2 Classes**
**Term: Fall 2019** : CHEM024 Chemistry

| Title | Subj | Cou | Sect | CRN | Credit H | Instructor | Meeting Details | Campus | Instructional Method | Enrollm |
|---|---|---|---|---|---|---|---|---|---|---|
| Chemistry of Human B… | CH… | 024 | 01 | 37322 | 3 | Bertke, Michelle (… | S M T W T F S 10:00 AM - 10:50 AM T | Main Campus | | **28** of 35 **25** of 25 |
| Chemistry of Human B… | CH… | 024 | 02 | 37323 | 3 | Bertke, Michelle (… | S M T W T F S 02:00 PM - 02:50 PM T | Main Campus | | **31** of 35 **25** of 25 |

Page 1 of 1 | 10 Per Page

Student   Registration   Select a Term   Browse Courses

Catalog Search Results

**Search Results** — **1 Classes**
**Term: Fall 2019**   : ENGL070 English

| Title | Subj | Cou | Sect | CRN | Credit H | Instructor | Meeting Details | Ca |
|---|---|---|---|---|---|---|---|---|
| Approaches World Lit | ENGL | 070 | 70 | 36643 | 3 | Almond, Ian (Prim… | S M T W T F S  08:30 AM - 09:45 AM **Type** | Main |

Page  1 of  1    10 ▾  Per Page