# Exhibit B

## Undergraduate Prospectus-GTOWN_0008952-0008991



*Undergraduate Prospectus*

GEORGETOWN UNIVERSITY

GTOWN_00008952



GTOWN_00008953



From its hilltop neighborhood just a few miles from the heart of Washington, Georgetown commands an expansive view. The Potomac River winds below, along the edge of campus. To the east stand the White House and the Capitol dome, several of the nation's most famous monuments, and agencies of state where decisions are made affecting the lives of people around the world.

## A Home for Wisdom

It's a beautiful setting and an appropriate one, this quiet corner of the global capital. The university that has taken root here is both deeply involved in the world around it, looking outward to the city, the nation, and beyond, and also in a sense a world apart, a close community all its own. Furthermore, being so near the centers of business, technology, the arts, and government has made this the perfect place to pursue a very old ideal, part of the tradition of Georgetown's Jesuit founders. Knowledge is pursued for its own sake and to affect change in the world; the life of the mind is the life of the world. Education should make a difference, and the best life to live is one combining contemplation and action.

Georgetown stands out as the home to a remarkable community of scholars, as one of the world's great Jesuit universities, as an institution whose rich historical roots intertwine with those of the nation itself, and as the preeminent center of higher learning in Washington, DC—distinctions which have helped earn it an international reputation. However, some of the most appealing advantages that Georgetown offers its students are encountered on a much more personal level.

*1*

GTOWN_00008954

Students study some of the most serious issues confronting our world today and are exposed to a myriad of events, speakers and service opportunities that foster thought about the world beyond Healy gates. This is a university where students will find the opportunity not only to learn and live with some of the most talented and accomplished students and faculty, but to be part of a true community with them, joined by respect and friendship and a shared sense of mission.

Home to excellent graduate and research programs, Georgetown has thrived on the strength of its commitment to its undergraduate students. At Georgetown, a department chair may teach an introductory class, full professors lead freshman English sections, and deans consider it a priority to meet with students to discuss their goals and dreams and help them fashion a Georgetown education uniquely their own.

The University offers undergraduate curricula through four individual schools, but students in each find their experiences shaped by the liberal arts tradition at the heart of the institution. They learn to think clearly, to speak and write persuasively, to approach and solve complex problems.



Classroom discussions span the universe of human interests—from breakthroughs in genetic engineering, to the entrepreneurial opportunities such breakthroughs make possible, to the ethical concerns these opportunities present, to the reflections of these concerns in art, literature, and popular culture. The breadth of this discussion is matched by the breadth of experience on the part of the University's faculty. Dedicated to the art of teaching, of sharing the knowledge and skills of their disciplines, the faculty is also deeply involved in the work of making and applying new knowledge. The common term for this enterprise is "research," but this seems a tame description for such a vibrant undertaking—one that extends from studies in the laboratory and clinic, to consulting with corporations and the city government, to playwriting, to the analysis of



GTOWN_00008955

language, thought, ethical behavior, and international diplomacy.

To be part of the academic experience at Georgetown is to join a dialogue of depth and dimension. It is also to learn how such a dialogue can be made truly rich and useful, built on real exchange and building toward positive action. The expectation that students here will explore these kinds of concerns and develop these kinds of skills makes Georgetown not only an excellent place to prepare for medical school or international banking or any of a thousand other careers, but also a place to grow as a thinker and as a person.

Throughout its history Georgetown has attracted some of the nation's top students, whose achievements include receiving some of the most prestigious awards in higher education. More than 23 Georgetown students have been named Rhodes Scholars, and hundreds of others have won Marshall, Truman, Mitchell, or Goldwater Scholarships. Many others have been honored with Mellon or Luce Fellowships.

Many Georgetown alumni have become leaders in the fields of politics, business, science, religion, and education. Successful alumni include former President William Jefferson Clinton; Supreme Court Justice Antonin Scalia; former supreme allied commander General James Jones; President of Costa Rica Laura Chinchilla Miranda; 20 members of Congress; CEOs of prominent corporations such as America Online, Levi Strauss, Whirlpool and investment banking firms; professional athletes Patrick Ewing Sr. and Dikembe Mutombo; singer and actress Pearl Bailey; and many other notable scholars and leaders of non-profit or educational institutions.



GTOWN_00008956





## Our History

When he spoke from the porch of Old North Hall in June 2013, President Barack Obama stood on the very spot from which George Washington had addressed the Georgetown in 1797. President Abraham Lincoln visiting in May of 1861, shortly after the Civil War began, to review the 69th Regiment of the New York State Militia that occupied the campus. Georgetown is an institution steeped in history and tradition, as the list of other visitors who have spoken from the same platform makes clear —Andrew Jackson, Ulysses Grant, and the Marquis de Lafayette, to name a few.

There is a sense on this campus of well-worn paths crisscrossed by past generations, people who inhabited a different world from ours but nonetheless shared many of the hopes and concerns of students today. But there is also a more profound significance in the University's history: the realization that Georgetown's character, and the priorities and values that distinguish it, all grow from deep roots, from ideas held faithfully and proven over time.

Among the most central of these is the conviction that Georgetown exists to serve the American republic. John Carroll, the country's first Catholic bishop and a fervent believer in the Revolutionary cause, founded the institution just as the nation was taking shape under its new constitution and as its capital was being established. Like his contemporaries, Jefferson and Franklin, Carroll recognized that the success of America's experiment in democracy would depend on the education it provided its citizens and the leaders it nurtured. This mission of service and orientation toward public life remains very much a reality today.



GTOWN_00008957

## Our Jesuit Identity

A man with firsthand experience of religious intolerance, John Carroll founded Georgetown as both a Catholic institution and as one open expressly to people of all religious convictions. The University remains today as he intended, both grounded in its identity and universally welcoming.

Georgetown was established and still thrives under the stewardship of the Society of Jesus, the Jesuits, a religious order founded in the 16th century, with a reputation for educational excellence nearly as old. The Jesuit outlook and spirit are reflected in many ways: the commitment to the rigorous exercise of intellectual powers; the belief that every dimension of creation is sacred and that therefore no area of study or line of inquiry is off-limits; and the conviction, deeply held and acted upon, that learning has a purpose, that men and women are educated not only to prepare for full and rewarding lives, but also for service to others.

"Care of the whole person," another Jesuit idea, shapes undergraduate life at Georgetown. The phrase describes the University's concern for the well-being of its students, its commitment to help them grow not just intellectually but spiritually and emotionally as well, to help each person become a thinking, caring, contributing member of society.

## The Campus Community

In the heart of the Georgetown neighborhood, the University thrives: a community of highly diverse individuals united by a shared sense of purpose and common values. After just a short time at Georgetown, people begin to feel strongly about the school. Years later one's pride and loyalty are strengthened by the close bonds they have formed and the experiences they have shared. To be part of a true community with these talented women and men is the essence of a Georgetown education.

In addition to some impressive traits they tend to have in common—ability, initiative, and enthusiasm—Georgetown students are distinguished by their notable diversity. They come from all 50 states and more than 130 countries, from cities and suburbs, villages and farms. A single glance may not make clear the rich texture of racial, ethnic, gender identity, religious, and cultural differences that adds energy to student life and classroom discussions. No matter where they grew up, students who join this community will meet people with different backgrounds. Numerous campus organizations allow students to celebrate, explore, and share their different identities—student-run programs abound, covering everything from the festivals of different countries and faiths to the heritage and concerns of African-American, Latino, and Asian students and the perspectives of female or gay students in a world where those identities are still not always celebrated. The mix of personalities and perspectives—and the friendships that result—are among the most enriching aspects of a Georgetown education.



**M**y most meaningful encounters at Georgetown have always taken place with friends who are vastly different from me.

—MAHEN GUNARATNA,
NEW ROCHELLE, NEW YORK

3

GTOWN_00008958

*T*he Georgetown College experience is marked by intellectual intensity, a global outlook, and dedication to service. Our undergraduate identity is distinctive in the nation: academic excellence in the liberal arts combined with an inclusive Catholic and Jesuit mission, a decidedly international point of view and appeal, and an advantageous location in our nation's capital.

# Georgetown College

The Georgetown College curriculum covers the full range of humanistic, scientific, and social-scientific disciplines and is further enriched by its Faculty of Languages and Linguistics and a wide variety of interdisciplinary initiatives. To build an enduring liberal arts foundation, our students study philosophy, theology, science, social science, math, literature, and history, among many other curricular options.

## Core Education Requirements

As a Jesuit college, Georgetown draws upon a dynamic tradition of education, characterized by an optimistic Christian humanism and committed to the assumption of responsibility and action. The College promotes not only the intellectual disciplines but also the search for personal values and convictions that enable its graduates to continue redefining their thought and pursuing the integration of their activities, values, and relations with others. Georgetown College's emphasis on the liberal arts is meant to cultivate intellectual skills of perception, analysis, interpretation, and expression. A liberally educated person thinks and acts based on reasoned inquiry and judgment, not mere custom or habit.

All students in the College begin the pursuit of these goals through a diversified set of core education requirements. These requirements include course work in the study of philosophy, theology, languages, humanities and writing, history, quantitative sciences, natural sciences, and social sciences. Students are expected to work on the core education requirements during their first two years of study along with elective course work. After the sophomore year, students structure their own curriculum, choosing courses in their major program and related fields, leading to the Bachelor of Arts or Bachelor of Science degree.



GTOWN_00008959



**B**eing in the College gives me the ability to focus on my areas of interest, but also the freedom to develop myself as a human being.

—COLLAN B. ROSIER, LANSING, MICHIGAN

## Majors & Minors

Georgetown College offers more than 40 majors and 55 minors, as well as six certificates through the School of Foreign Service. Students may complete a single major, a major and a minor, a major and two minors, a double major, and a double major with a minor. Most Bachelor of Arts majors require between 10 and 14 courses, while Bachelor of Science majors require between 14 and 16 courses. Often core education coursework and electives in the first two years lead to potential majors and minors. Within the first two years of study students are advised by both the Dean's Office and faculty. With the assistance of these advisors, students declare and confirm their majors by the conclusion of the sophomore year. Given the structure of the College programs, students will have time to explore many different disciplines. There is a strong emphasis on diversity of coursework within the traditional four years of study.

*Majors are available in the following areas:*

American Musical Culture
American Studies
Anthropology
Arabic
Art
Art History
Biochemistry
Biological Physics
Biology
Biology of Global Health
Chemistry
Chinese
Classical Languages
Classical Studies
Comparative Literature
Computer Science
Economics
English
Environmental Biology
French
German
Government
History
Interdisciplinary Studies
Italian
Japanese
Justice and Peace Studies
Linguistics
Mathematics
Medieval Studies

Neurobiology
Philosophy
Physics
Political Economy
Portuguese
Psychology
Russian
Sociology
Spanish
Spanish and
    Portuguese Studies
Theater and
    Performance Studies
Theology
Women's and Gender Studies

*Additional Minors include:*

African-American Studies
Business Administration
Catholic Studies
Cognitive Science
Education Inquiry and
    Justice
Environmental Studies
Film and Media Studies
Greek (Modern)
Hebrew
Jewish Civilization
Journalism
Korean
Music
Philosophy and Bioethics

Russian Literature
    and Culture
Science, Technology and
    International Affairs
Social and Political Thought

*Certificates include:*

African Studies
Arab Studies
Asian Studies
Eurasian, Russian and
    East European Studies
European Studies
Latin American Studies
Muslim-Christian Relations



*Georgetown College*    7

GTOWN_00008960


## FACULTY OF LANGUAGES AND LINGUISTICS

The Faculty of Languages and Linguistics (FLL) is home to all departments of modern and classical foreign languages and cultures and to the linguistics department. The FLL embodies Georgetown's long-standing commitment to fostering intercultural understanding and communication through the study of cultures, literatures, and languages. In addition to the language majors and minors listed above, the FLL offers significant coursework in Farsi and Turkish. FLL students can double-major with any other discipline in Georgetown College, sign up for any of the interdisciplinary certificate programs, and, through cooperation with the Business School, combine their major with business coursework (the equivalent of a major) or with a minor in business.

## ACCELERATED BACHELOR/MASTER DEGREE PROGRAMS AND DUAL DEGREE PROGRAMS

Several Georgetown College departments offer qualified undergraduate students the opportunity to earn a Bachelor of Arts degree and Masters degree at an accelerated pace within five years. The following accelerated bachelor/master degree programs are available to students with appropriate undergraduate coursework: Arabic, Art and Museum Studies, Computer Science, English, German, Global, International and Comparative History, Government, Italian, Latin American Studies, Linguistics, Russian and East European Studies, Spanish, Statistics.

The College also offers a joint dual degree, five-year program in science and engineering in conjunction with Columbia University.

## *Special Programs within Georgetown College*

### FIRST-YEAR SEMINAR OPTIONS

A unique opportunity open only to first-year students in Georgetown College, the First-Year Seminars provide small class experiences that focus on a variety of topics and invite students to join with faculty members and their fellow first-years in the creative exploration of mind and spirit. Three types of seminars are currently available: the Liberal Arts Seminar (a College institution for more than 30 years), the Ignatius Seminars (10 to 12 courses covering a range of disciplines and topics), and the Science and Society Seminar (examining interactions between the humanities and science).



### GEORGETOWN HUGHES SCHOLAR PROGRAM

Through an award from the Howard Hughes Medical Research Institute, the Department of Biology provides an accelerated four-year course of study for students with a strong academic background who are interested in pursuing biomedical research.

### BAKER SCHOLARS PROGRAM

The Bakers Scholars Program provides a select group of juniors and seniors in Georgetown College with a unique opportunity to connect their studies to the world of business.

> *At Georgetown, students put their plans into action. They don't just dream—they do!*
>
> —SARAH W. JONES, BETHESDA, MARYLAND

GTOWN_00008961

## Fast Facts

Georgetown College, the undergraduate arts and science school, is the oldest and largest of the four undergraduate schools at Georgetown.

The College has students from all 50 states and more than 55 countries across 6 continents.

There are more than 40,000 different combinations of majors, double-majors, and minors possible in the College.

Nearly half of the students in the College study abroad.

Georgetown College recently completed construction of a 150,000 sq ft state-of-the-art Science Center designed to facilitate collaboration between researchers in biology, chemistry, and physics.



*The new Science Center, Regents Hall, opened September 2012.*

### HONORS PROGRAM

All majors in languages and linguistics, and the majors of Chemistry and Biochemistry, Classics, Economics, English, Government, History, Philosophy, Physics, and Political Economy offer honors programs for a limited number of high achieving students. Through special seminars, tutorials, and independent study, students are afforded significant latitude in shaping their educational experience.

### PRE-PROFESSIONAL PROGRAMS

*Pre-Medical and Dental Studies.* Georgetown College offers a number of programs that prepare students to enter medical or dental school. Students can essentially major in any area of study as long as they complete a full year of mathematics (including at least a semester of calculus), General Chemistry, Organic Chemistry, Biology, and Physics. The College also has an Early Assurance Program agreement with the Georgetown Medical School whereby a select number of premedical students, at the end of the sophomore year, may be assured of admission to the Medical School upon satisfactory completion of the their junior and senior years.

*Pre-Legal Studies.* Georgetown has a long tradition of preparing students to enter the legal profession. The flexibility of the College curriculum gives students in any major ample opportunity to elect courses in areas which may serve as a background for law. Students who achieve high honors may consider applying to the Georgetown University Law Center through the Early Assurance program.

## Advising and Careers

Students enter Georgetown College with many interests. The College welcomes students into the life of the university through an advising structure designed to inform students of the many curricular options and programs available to them and to help them in making responsible choices which nurture their intellectual interests. The academic advisement of students in the College is shared by members of the dean's staff and the College's faculty.

A myth persists that there is a one-to-one correspondence between major and career. This simply is not true. Major choice will not restrict career options, nor will it guarantee others. The goal of a liberal arts education is not to acquire discrete technical skills that launch into a specific career. On the contrary, Georgetown College aims to produce exceptional communicators, smart interpreters, fast learners, problem solvers, creative thinkers, and most importantly, interesting human beings. There are no skills more marketable than these.

GTOWN_00008962

# The Edmund A. Walsh School of Foreign Service



The Edmund A. Walsh School of Foreign Service, founded in 1919, is the nation's oldest and largest institution devoted to educating students for careers in international affairs through a curriculum based in the liberal arts. The University's Jesuit traditions of service and cross-cultural understanding strengthen the School's mission to develop the next generation of global leaders. Washington's vibrant political culture, dynamic economy and cosmopolitan population enrich an education in international affairs by offering students unparalleled opportunities for intellectual and professional growth. Students also benefit from close relations with faculty who include top international affairs scholars as well as a former secretary of state, World Bank economists, and White House domestic and foreign policy advisors.

Our students face a world in which change is constant: new actors are altering the nature of power politics; globalization is strengthening some societies and rendering others more fragile; innovations in technology are affecting every aspect of our lives. We prepare students to meet and master these challenges as well as to seize the opportunities of a complex and international environment.

*As a faculty member in the African Studies program, I teach a range of courses focusing on Africa, a part of the world I know well as a scholar and about which I care deeply. I try to convey that concern for Africa's future – and present – to my students. Our goal at the School of Foreign Service is to stimulate students to think critically and analytically, as well as encourage them to explore new fields and ideas.*

—SCOTT TAYLOR, ASSOCIATE PROFESSOR IN THE SCHOOL OF FOREIGN SERVICE

GTOWN_00008963



## Majors & Certificates

In the spring semester of the sophomore year, students select one of seven majors, all of which have significant international and interdisciplinary elements. The majors are: Culture and Politics; International Economics; International History; International Political Economy; International Politics; Regional and Comparative Studies; and Science, Technology and International Affairs. Within these general fields, students work with their faculty mentor and a designated dean to construct a course of study that addresses a theme, problem or issue of special interest to them.

Students may also complement their major with an optional certificate program. Certificates focus upon specific themes or regions around which coursework is structured. Certificates are offered by the school's regional centers and programs on Africa; Asia, Australia and New Zealand; Europe; Latin America; Russia; Eurasia and Eastern Europe; and the Arab world, as well as by centers or programs exploring such topics as international business diplomacy, international development, justice and peace studies, Muslim-Christian understanding, and social and political thought.



## Core Requirements

The core curriculum constitutes the first two years of the undergraduate program. A broadly based liberal arts curriculum in the humanities, philosophy, theology and both western and non-western history is complemented by focused coursework in economics, international relations and comparative politics. Signature components of the curriculum also include two proficiency requirements deemed essential to a student's education as a global citizen—a professional-level command of a second language and competency in political geography. Finally, our interdisciplinary program allows students flexibility in course selection based on their particular intellectual interests.

GTOWN_00008964

# *Special Programs within the School of Foreign Service*

### PROSEMINAR

A distinctive feature of the first-year experience is the freshman proseminar, small classes created specifically for our students. All incoming freshmen choose from a number of proseminars, on topics ranging from U.S. intelligence law to Islam and the West. Students engage texts, both orally and in writing, and hone their analytical and communication skills. Members of the faculty who teach the proseminars also serve as freshman faculty mentors, providing academic advising and support both inside and outside the classroom.

### OPPORTUNITIES FOR SOPHOMORES, JUNIORS AND SENIORS:

**Honors in the Majors** allows students to examine a significant scholarly issue in detail through the writing of a senior honors thesis.

**Peter F. Krogh Honors Seminar,** named after the Dean Emeritus, offers the opportunity for sophomores to participate in a seminar on a theme of central importance in international affairs with a distinguished member of the faculty.

**Circumnavigators Club Fellowship** provides a 90-day summer research trip around the world.

**Junior Fellows in Diplomacy** awards grants to seniors to work on individual research projects under the guidance of resident diplomats in the Institute for the Study of Diplomacy.

**The Carroll Round** organizes an annual research conference bringing students around the nation to Georgetown to discuss economic research and policy.

**The Georgetown Journal of International Affairs** gives students the opportunity to put their knowledge of international affairs to work on this wholly student-managed scholarly journal.

### Five-Year Programs

The School of Foreign Service offers several joint programs allowing students to complete both a Bachelor's and a Master's degree in five rather than six years.



G*eorgetown has been the ideal experience. Only at Georgetown could I bump into a former secretary of state on my way to class and have dinner with the CIA director. Only at Georgetown could my academic studies be brought to life by constant interactions with leading policy makers and professionals in the nation's capital.*

—MARINA LAFFERRIERE, TIGARD, OREGON

GTOWN_00008965



## Fast Facts

The School of Foreign Service has its own branch campus in Doha, Qatar which opened in 2005

*Foreign Policy* ranked Georgetown the #1 master's program and the #5 undergraduate program in international relations in 2012.

### Notable Alumni
- William Jefferson Clinton, former U.S. President (F'68)
- HRH Prince Felipe de Borbon y Grecia, Crown Prince of Spain (F'95)
- Mary Ellen Iskenderian, President and CEO of Women's World Banking (F'81)
- General James L. Jones, former Supreme Allied Commander, Europe (F'66)
- Debra Spar, President of Barnard College (F'84)
- George Tenet, second-longest serving CIA Director (F'76)

### Faculty
- Madeleine Albright, former U.S. Secretary of State
- Timothy Beach, environmental geographer
- John Esposito, scholar of Muslim-Christian relations
- Carol Lancaster, international development expert
- Callisto Madavo, former Vice President of the World Bank
- John McNeill, environmental historian

## Advising and Careers

The School's dual-advising system allows students to form meaningful relationships, taking advantage of both faculty expertise and specialized guidance offered by the Dean's Office. Each first year student is assigned an advisor within the dean's office to guide the student through the first two years until a major is selected. Once a student selects a major, advising becomes more specialized involving faculty to assist students in constructing a plan of study within their area of concentration up to graduation.

The undergraduate program in the School of Foreign Service prepares students for positions of leadership in the public sector, international and nongovernmental organizations, and the private sector. A majority of alumni pursue careers in business or law, with the remainder spread through the public and private sectors and nongovernmental organizations. About two-thirds of alumni earn graduate degrees at leading universities.

*Examples of organizations that seek out School of Foreign Service graduates include:*

| PRIVATE | PUBLIC/INT'L ORGANIZATIONS | NONPROFIT |
|---|---|---|
| Goldman Sachs | Peace Corps | American Red Cross |
| Merrill Lynch | World Bank | Amnesty International |
| McKinsey & Company | U.S. Department of State | World Affairs Councils |
| CNN | U.S. Central Intelligence Agency | National Endowment for Democracy |

GTOWN_00008966

Georgetown University School of Nursing & Health Studies (NHS) stands at the forefront of the health care field. The School houses a dynamic learning environment, offering four Bachelor of Science degree programs in Health Care Management & Policy, Human Science, International Health, and Nursing. Each balances the arts, humanities, and sciences with theory, internships, and practical experience.

The School embraces the Jesuit-inspired principles shared by the entire Georgetown community, which emphasize the pursuit of knowledge, the development of the individual, and a contribution to the common good. Students become health professionals who can recognize and respond to the full human experience encountered in today's health care system.

# School of Nursing & Health Studies

My most dynamic learning experience occurred through my work with Professor Pablo Irusta in the NHS Discovery Center. The experience was transformational because it allowed me to apply knowledge gained in the classroom to real-time scientific quandaries.

My time in the lab was often frustrating and challenging, but simultaneously speckled with incredible "Ah-ha!" moments. As a result, the experience augmented my passion for science and deepened my understanding of the complex intricacies that guide scientific research.

—HELENA MARIE KUHN, OCEANPORT, NEW JERSEY

I knew I was passionate about health care, but for awhile I was unsure in what capacity. I truly love learning about every aspect of health care—the political influences, the financial issues, and the clinical care of patients.

I plan to use the collective knowledge I've gained from the wide spectrum of health care to be a compassionate and effective doctor. Later in life, as an experienced physician, I hope to become more involved with health care policy.

—MADELINE SEERGY, MENDHAM, NEW JERSEY



GTOWN_00008967



All four majors provide an excellent foundation for careers in various health-related fields including medicine, health policy, public health, law, nursing, health education, physical therapy, occupational therapy, health administration, and consulting.

The **Health Care Management & Policy** major is designed for those students preparing for careers in the organization and management of health systems and health services.

The **Human Science** major is designed for students who desire to study the application of scientific discoveries in biology, chemistry, mathematics, and physics to human health.

The **International Health** major, the first of its kind in the nation, exposes students to the fields of international affairs, health science, public health, and health systems management, with an emphasis on how environment, culture, economics, and politics impact the health status of whole populations.

The **Nursing** major provides an unparalleled education in the biological, physical, and social sciences essential for success as a professional nurse.

Students from all four majors may study abroad, complete pre-med requirements, and minor in other subjects.

## Majors & Minors

MAJORS
Health Care Management & Policy
Human Science
International Health
Nursing

*Note: Students may complete pre-med requirements as part of any major.*

MINORS & CERTIFICATES
Environmental and          Health Promotion and
  Occupational Health        Disease Prevention
                           Public Health

*Note: Students may pursue minors offered by Georgetown College.*



GTOWN_00008968

## Dynamic Learning

Dynamic and experiential learning forms the heart of the diverse educational enterprise at NHS. Undergraduate students learn in innovative venues, through hands-on experiences, by spending one-on-one time with health care practitioners, and during self-initiated leadership activities here and abroad.

Innovative facilities include the Discovery Center, the O'Neill Family Foundation Clinical Simulation Center, and the (forthcoming) Situation Room.





## Special Programs and Opportunities

**RESEARCH:** NHS houses a $30 million research portfolio. Both with faculty and independently, students pursue diverse and innovative research on campus, in the community, and abroad. Students regularly present on campus and at national conferences, including events hosted by the American Public Health Association, the National Association of Health Services Executives, and Sigma Xi.

NHS students frequently publish with faculty in national journals, as well as publish the *Georgetown University Journal of Health Science*.

**INTERNATIONAL PROGRAMS:** International Health students are required to go abroad as part of a 12-credit practical and research experience. Locations include Uganda, Mexico, Australia, Ghana, Burkina Faso, and Mali. Health Care Management & Policy and Human Science majors may choose any Georgetown study abroad program. Nursing majors also have multiple study abroad opportunities. Options are also available during summer and winter breaks for all students.

**FIRST YEAR STUDY:** The First Year Colloquium is designed to enrich the curriculum through a series of seminars focused on learning strategies, introduction to university resources and services, and immersion into the world of health care and graduate studies.

GTOWN_00008969



*What I learn in the classroom can be directly applied to my work in Latin America. Similarly, the experience I have gained on the ground influences my interest and commitment to my studies.*

MICHAEL DELUCA,
WOODBRIDGE,
CONNECTICUT

## Fast Facts

Founded: 1903

Mission: To improve the health and well-being of all people

Web site:
http://nhs.georgetown.edu

Peer Advising: 2:1 student to peer ratio

Faculty: 10:1 student to full-time faculty ratio

Research: Nearly $30 million research portfolio

Innovative Facilities: Discovery Center and Clinical Simulation Center

## *Pre-Medical and Graduate Studies*

NHS offers multiple programs that prepare students to enter medical and graduate schools. Students can complete the pre-med requirements while pursuing any of the majors. The requirements include a full year of mathematics (including at least one semester of calculus), general chemistry, organic chemistry, biology, and physics. NHS participates in the Early Assurance Program with the GU School of Medicine whereby a select number of premedical students, at the end of the sophomore year, may be assured of admission to Georgetown's medical school upon satisfactory completion of the their junior and senior years.

## *Advising and Careers*

Each NHS student benefits from a comprehensive advising structure, including a peer advisor, an academic advisor, and a faculty advisor.

Due to diverse opportunities in health care, NHS offers specialized services to help students prepare for careers and further study in medicine, dentistry, public health, physical therapy, nursing, occupational therapy, law, and others.

Also, each year Georgetown University School of Medicine selects a number of NHS students for its early assurance program.



*School of Nursing & Health Studies*

GTOWN_00008970



GTOWN_00008971



GTOWN_00008972

# The McDonough School of Business

*T*he McDonough School of Business was founded more than fifty years ago by Father Joseph Sebes, a professor in the School of Foreign Service, who believed that an understanding of commercial markets was essential to worldwide political stability. The school was named for alumnus Robert Emmett McDonough, a major benefactor.

The McDonough School of Business offers premier undergraduate programs designed to shape the global business leaders of tomorrow. Students prepare for a career in business while being immersed in the diverse atmosphere and world-class research, teaching and service that take place at Georgetown University. Through their engagement in both academic offerings and co-curricular opportunities students are encouraged to make the most of their promise and potential.

Students in the McDonough School of Business are held to a high standard of academic integrity and are expected to display excellence in character as well as intellect. Faculty members foster an environment for learning by selecting techniques that challenge students to take an active role in the education process. MSB faculty members are extremely engaged, bringing their research into the classroom and involving students in their scholarly pursuits as well as exposing them to the practical aspects of the business world.

*As a first-year business student I attended an on-campus event sponsored by the U.S. Department of the Treasury featuring Warren Buffet, Mike Bloomberg, Chuck Schwab, and Alan Greenspan. That same month Arnold Schwarzenegger lectured on environmental issues. As a student, you know you're part of something truly exceptional when you can complain that Bill Clinton's motorcade is blocking your way to class. It's a feeling no other school can duplicate.*

**— ROB CHEDID, NORTH BRUNSWICK, NEW JERSEY**



*G*eorgetown is a student-centered university. In practice this means that I try to be a resource to all of my students both intellectually and personally when they need that type of support. In turn, I recommend that they get to know at least one faculty member for every semester of their studies to broaden their resource base.

—PROFESSOR ILKKA RONKAINEN, MS, MBA, PHD, BUSINESS ADMINISTRATION

30

## Majors

Accounting
Finance
International Business
Management, Leadership, and
  Innovation
Marketing
Operations and Information
  Management

## Core Requirements

The McDonough School of
Business combines core
requirements in business and
liberal arts to provide students
with a strong foundation in
critical thinking and reasoning.
During the first and second
years, the primary academic
emphasis is on the liberal arts
core. Students complete courses
in subjects such as English,
philosophy, sociology, and history,
while beginning the MSB's
business coursework by taking
courses in accounting,
international business, business
statistics, and business law. In
their junior and senior years,
students complete a business core
in the areas of finance, marketing,
management, operations and
information management, and
strategy before completing
coursework in their major. The
MSB strongly supports students
who would like to choose a
minor in one of the nearly 50
liberal arts disciplines. This blend
of wide-ranging liberal studies
and business courses creates
opportunities for students to
pursue diverse areas of interest.



## Unique/Special Opportunities

### BETA GAMMA SIGMA

For nearly 25 years, high performing MSB students have been
inducted as members of Beta Gamma Sigma, the International
Scholastic Honor Society for business and administration. Beta
Gamma Sigma recognizes exemplary academic achievement,
inducting undergraduate business students in the top 10
percent of the junior class and the top 10 percent of the senior
class. Members of the Georgetown chapter of Beta Gamma
Sigma have the opportunity to participate in mentoring
activities on campus and to network with their colleagues
worldwide.

### TUTORIALS AND THE INTERNSHIP IN BUSINESS

Juniors and seniors in good academic standing may develop a
self-directed research and reading tutorial in consultation with a
faculty member. Students are also encouraged to take advantage
of the MSB's location in the nation's capital to pursue an
internship in private industry, government, or a non-profit
organization. The internship in business elective supports the
student's internship experience with group meetings, discussions,
and internship-related assignments throughout the semester.

GTOWN_00008974



## LEADERSHIP SERIES

First year students in the MSB are introduced to the world of business through a series of speaker events, leadership seminars, and visits to off-campus sites such as the IMF and World Bank. These experiences are designed to develop an understanding of and appreciation for the role of business within a framework of ethical and behavioral service to society.

## STUDY ABROAD

Approximately 50% of students in the McDonough School of Business choose to study abroad. Students may take business courses at one of over 70 MSB-approved study abroad sites in the fall, spring, or both. The most popular fall/spring sites are: the London School of Economics; University College in Dublin, Ireland; the University of Copenhagen, Denmark; the University of New South Wales in Sydney, Australia; the Business Intensive Language Program in Barcelona, Spain; and the Chinese University of Hong Kong, China.

## OXFORD AND ESADE SUMMER PROGRAMS

The MSB also offers summer study abroad opportunities, including the popular Oxford and Barcelona's ESADE – Escuela Superior de Administracion y Direccion de Empresas – programs. The six-week summer program in comparative strategic management at Oxford University compares business functions in

Great Britain, Western Europe and the United States. Students live in historic Trinity College and are instructed in the traditional Oxford methods of lectures, seminars and tutorials. The Georgetown–ESADE program offers students the rare opportunity to study entrepreneurship and international marketing at one of the world's most prestigious business schools. This five-week program includes visits to key centers of economic activity, with particular emphasis on the many small businesses that play a vital role in Barcelona's economy and exemplify the city's entrepreneurial spirit.

## Student Organizations

Numerous professional student organizations within the McDonough School of Business offer students the chance to network with peers and faculty, take on leadership roles, add depth to their studies, and prepare for careers in business. The MSB's Academic Council represents the undergraduate student body to the administration and faculty. Other popular organizations include the Hilltop Consulting Club, Alpha Kappa Psi, the Georgetown University Student Investment Fund, the Financial Management Association, Women in Business, the Georgetown Accounting Society, the Undergraduate Marketing Association, and the OPIM Majors Group.

## CASE COMPETITIONS AND LEADERSHIP CONFERENCES

Along with the Academic Council, the MSB sponsors elite teams of students at various case competitions and leadership conferences throughout the country and internationally. The competitions present challenging cases, requiring

*The MSB continuously provides and supports extracurricular endeavors that allow for our business studies to be complemented with practical business applications.*

— ARTHUR WOODS, WESTWOOD, CALIFORNIA

GTOWN_00008975

## Fast Facts

**Full time student enrollment: 1,350**

**Full time faculty: 100**

**Most popular major: Finance**

**Median starting salary: $64,500**

**Top companies hiring:**
PricewaterhouseCoopers
Goldman Sachs
Citigroup
KPMG
Credit Suisse
IBM Corporation
Accenture
The Boston Consulting Group Inc.
Deloitte
Proctor & Gamble
Merrill Lynch
Bank of America
Ernst & Young

**The Rafik B. Hariri Building:**
- 179,000 square feet
- State-of-the-art technology
- Campus hub for corporate outreach and executive speaker events



students to apply knowledge from all areas of business study to present innovative solutions. The MSB Undergraduate Deans' Office teams up with Hilltop Consultants for an annual, non-profit, live case competition at Georgetown University. The case competition, called The Business Strategy Competition at Georgetown University, garners participation from students at the nation's top undergraduate business schools.

## COMMUNITY SERVICE

In the Jesuit tradition of educating the whole person, the McDonough School of Business recognizes the impact that serving the community can have on a student's development. The MSB strongly encourages students to participate in community service activities, either on their own or through opportunities created by the business school. The MSB allows students the option of an additional credit for significant work in the community, if the work is closely tied to a course in which the student is currently enrolled.

## YOUNG ALUMNI MENTOR PROGRAM

The MSB's Young Alumni Mentor Program links current undergraduates with local alumni who have made great strides within their professional fields. Created by the MSB Undergraduate Deans' Office in partnership with Alpha Kappa Psi, the Young Alumni Mentor Program gives undergraduates the opportunity to network with recent graduates and learn from their professional experiences.

## *Advising and Careers*

The McDonough School of Business provides students with a network of support, including academic advising, extracurricular guidance, and career advising. Upon entering the university, each student in the MSB is assigned to an advisor in the Undergraduate Deans' Office. This advisor works closely with the student to ensure that the student's curricular plan matches his or her interests and goals. When students declare their major, they select a full-time MSB faculty member as their faculty advisor. The faculty advising system is designed to help students make informed choices about programs, areas of concentration, and career opportunities. The Undergraduate Deans' Office also works in tandem with the Career Education Center to provide a continuum of professional and career advising throughout the student's undergraduate career.

GTOWN_00008976





# *Student Life*

*A*s you spend time at Georgetown, it's hard to escape the feeling that you are part of an incredibly exciting community. You encounter people who have big ideas, a passionate interest in the world around them, and energy in abundance.

This energy is reflected in student-founded arts organizations and sports clubs, the largest student-run credit union in the nation, student publications representing a great diversity of opinions and interests, a student-founded cable station, and a range of student activism from political issues to social causes.

Motivated by a generosity of spirit and an understanding of social problems that stand as obstacles to true justice and peace, Georgetown students make a significant commitment to community service, roughly 150,000 hours each year. Their involvement ranges from tutoring in 40 city schools, to working at hospices, soup kitchens, crisis hotlines, and activities with children in Washington and the surrounding area.

All of these student-led initiatives do not go without University support. In departments like the Center for Student Programs or the Center for Social Justice, student organizations are advised and given structure to assist them in meeting their missions. Through the

*W*hat's a Hoya? A Hoya is a passionate, engaged, and driven individual whose unique experiences and interests bring us together in constant dialogue in classrooms, in student clubs, at Leo's. It is our diversity that enriches us and allows us all to enjoy what only a Georgetown education can offer as many worlds are brought into one on the Hilltop.

—FLAVIA MENEZES
RIO DE JANEIRO, BRAZIL

GTOWN_00008977

Center for Multicultural Equity and Access (CMEA), Women's Center or the LGBTQ Resource Center students are encouraged to explore their own and other's cultural identities. In a variety of spaces, Georgetown students can easily find engaged and dedicated professional staff to create a fulfilling co-curricular experience.

The University is also home to leading initiatives in community-based learning (CBL) and community-based research (CBR) in which faculty integrate into their courses opportunities for students to work with disadvantaged and underserved communities. Through the 4th Credit Option for Social Action, students can consult with a professor to identify a volunteer activity meaningfully related to any course, adding a dimension of insight to the course work and the service project, while earning academic credit.

## Campus Spotlight

**The Corp** is a student-owned corporation that has been in business over 40 years. Its subsidiaries range from Vital Vittles, an on-campus grocery store, to Hoya Snaxa, a smaller convenience store; a student storage service; and three coffee bars. Complete with its own accounting and human resources department, the Corp is staffed from the president down by undergraduates. Revenues total over $3 million yearly, with profits reinvested or used to support scholarships. The Corp's motto is "students serving students." The Corp is just one example of a great strength of Georgetown: that it attracts people who are not only among the most academically gifted to be found at any university, but also among the most likely to recognize an opportunity for growth or change and take independent action.



## Ways to Get Involved:
## On Campus and Beyond

*Performing Arts:* Groove Theory, Nomadic Theater, Orchestra

*Volunteer and Public Service:* Relay for Life, Best Buddies, DC Reads, Amnesty International

*Cultural Orgs:* Black Student Alliance, GU Pride, MEChA de Georgetown

*Student Government:* GUSA, Student Activities Commission, Georgetown Program Board

*Political Groups:* College Democrats, College Republicans

*Student Media:* The Hoya, The Voice, GUTV

*Religious Organizations:* Muslim Student Association, Catholic Daughters, Hindu Student Association, Jewish Student Association

*Academic Groups:* Pre-Med, Hilltop Consultants, Marketing Association

And more: *http://studentorgs.georgetown.edu*



## Residence Life

Nearly 85% of Georgetown students live on campus, which provides a dynamic opportunity to live and learn with your peers. First-year students and sophomores are required to live on campus, and all students spend at least three of their four years residing on campus. There are a variety of residence hall, apartment, and townhouse options for students. The Residence Life staff comprises 13 live-in professional staff, 89 Resident Assistants, and four live-out staff. In addition, partnerships with both the Chaplains-in-Residence and Faculty-in-Residence programs further enrich the residential experience for students. The Residence Life program supports the leadership development of students through their involvement in InterHall, Residential Judicial Council, Residents of Color Council, National Residence Hall Honorary and Alumni Lounge Programming Assistants.

Leadership development is also prevalent in the Living & Learning Communities (LLCs), which offer themed housing. Living & Learning Community themes include Women's Leadership, Justice & Diversity in Action, Culture and Performance, Muslim Interest, Global Living, and Living Well.



## Georgetown Neighborhood

As students explore the possibilities of Washington, they have as their home base and point of departure the historic neighborhood of Georgetown. Once a Potomac port town and now one of the most desirable sections in the District, Georgetown encompasses both tree-lined back streets of Colonial row houses and larger thoroughfares—Wisconsin Avenue and M Street—that offer hundreds of restaurants and shops, some quite unique. There's also a canal and towpath, a favorite route for morning runs, and Dumbarton Oaks, a historical mansion and formal garden just blocks away.

## DC/Internships

To appreciate how enviable the experience of living and learning in Washington can be, consider the fact that schools across the country offer special programs allowing their students to spend a semester here. Students come for the tremendous cultural resources, the access to internships and research experiences available nowhere else, and, of course, for all the opportunities created by virtue of the federal government's presence, particularly for anyone interested in law, public policy, history, international relations, or the study of American art and culture.



*Student Life*

GTOWN_00008979

Given Georgetown's proximity to the downtown D.C. area, many students take advantage of internship opportunities throughout their undergraduate experience. The Career Education Center assists students in identifying an internship that suits their area of career and academic interest. In addition to helping students find internships, the Career Education Center offers a variety of resources for students ranging from employment advising for students who know what career field they want to pursue to conducting career assessments and resume/cover letter writing workshops.

**SAMPLES OF INTERNSHIPS:**

| | |
|---|---|
| ABC News Nightline | Accenture |
| Capitol Hill | National Science |
| The World Bank | Foundation |
| National Institutes | Embassies |
| of Health | Folger Shakespeare |
| The Smithsonian | Library |
| Institution | The State Department |
| Merrill Lynch | The White House |
| Congressional Offices | National Geographic |
| The Red Cross | Miramax Films |

## Study Abroad

Studying abroad is an integral part of the Georgetown University experience for many students. More than 50% of students study abroad at some point during their four years



at Georgetown. In keeping with the Jesuit philosophy of education and service, these overseas opportunities invite participants to reflect on the values that form their own identities, and encourage them to assume their roles as responsible world citizens. Study abroad provides students the opportunity for cultural immersion, linguistic development in non-English speaking countries, and the opportunity to engage in their fields of academic study from different perspectives.

The Office of International Programs offers more than 40 programs in 40 countries extending from Europe, Asia, Africa, Latin America, and Australia. Students can study abroad during the academic year and choose from a number of faculty-led summer program options. These programs are developed and evaluated in collaboration with the wider Georgetown community to ensure that they are academically rigorous, linguistically appropriate, and complementary to the Georgetown curriculum.

## Research

Each year, more and more Georgetown students participate in Inquiry-Based Learning, through which students can combine a goal of coursework or indeed can see the place of study of traditionally organized courses. As it is a wide range of disciplines designed to reinforce vital or combined independently or in conjunction with others. The University's Undergraduate Research Opportunities Program (GUROP) gives students a chance to initiate faculty involvement, and often initiatives of their own. Complementary programs across the university benefit students with research. For example, the Healing Science Research supports completion of a Biology major, and students are given at the Gamble Research Institute, to work privately and together on interesting research.

Research and scholarly opportunities include the University Research Fair, Undergraduate Research Journal, and several funding opportunities. The faculty members are always interested in offering students research opportunities in line with University goals for the opportunity.



GTOWN_00008980

# Admissions



*G*eorgetown University welcomes applications for admission to its undergraduate schools from students of character, intelligence, motivation, and achievement, without distinction on the basis of race, gender, or religious belief. The University, through its Committee on Admissions, selects for its first-year class those students most likely to profit from the educational offerings of Georgetown. New students are admitted in the fall semester and for full-time study only.

## Campus Visits

Students interested in Georgetown are encouraged to visit the University. Information sessions, conducted by the admissions staff, offer prospective students and their parents an opportunity to learn more about the academic offerings and student life at Georgetown, as well as the admissions process. A student-led campus tour follows each information session. Information sessions and tours are held throughout the year on weekdays and most Saturday mornings. Please visit the Undergraduate Admissions website for a current information session and campus tour schedule at *http://uadmissions.georgetown.edu.*

## Secondary School Information

While the Committee on Admissions is most interested in the quality of students' work and their general promise and seriousness of purpose, it is recommended that secondary school preparation include a full program in English, three years of mathematics, and at least two years of social studies, natural sciences, and foreign language. Students who plan a program in mathematics or science should include four years of mathematics and at least three years of science. Candidates for the nursing program should include at least one year each of biology and chemistry. Physics is also recommended for nursing candidates. A background in modern foreign language is strongly recommended for students applying to the Faculty of Languages and Linguistics and the Walsh School of Foreign Service.

Applicants are required to submit one recommendation from their high school or college counselor and one recommendation from an academic teacher. These recommendations should

GTOWN_00008981

include personal information and an evaluation of the applicant's involvement, motivation, and potential. Please note that the admissions office receives a high volume of supplemental materials, and recommendations and is unable to acknowledge the receipt of these materials.

## Standardized Tests

All applicants should submit either SAT or ACT scores. Georgetown also strongly recommends that applicants submit three SAT Subject Test scores. These tests should be taken by January of the senior year at the latest, in order to allow time for results to reach Georgetown by early February. Candidates to the Faculty of Languages and Linguistics should include a modern language SAT among those subject tests. Georgetown only evaluates the Critical Reading and Math scores on the SAT

Given the Early Action deadline of November 1, the Committee on Admissions recognizes that applicants may not be able to meet the SAT Subject Test requirements. Those applicants are welcome to submit an Early Action application, and the application will be considered in its entirety. Early Action applicants who have not yet taken three Subject Tests should still register to take the tests in the event they are deferred from Early Action to Regular Decision. If there are extenuating circumstances which prevent an applicant from submitting three SAT Subject Test scores, the applicant should provide a written explanation to the Committee on Admissions.

The University prefers that scores from standardized tests be submitted directly from the testing agency; please indicate Georgetown's code number (5244) when requesting score reports.



and always considers the highest Critical Reading and highest Math score from multiple test sessions. Similarly, the highest overall ACT composite score is used in the evaluation of a candidate's application. The optional writing subscore is not considered.



Admissions    29

## Early Action

The Early Action Program is designed to enable superior students to learn of their admission early in their senior year. Students offered admission under the Early Action Program are those the Committee on Admissions feels confident would be admitted during Regular Decision.

All applicants for Early Action should follow the normal application procedure. Scores from SAT Subject Tests should be included if available. Please note that Early Action review is based on information from freshman, sophomore, and junior years, so it is not necessary to rush fall test scores. The application and all supporting credentials must be received in the Office of Undergraduate Admissions by November 1.

Georgetown's Early Action program is grounded in the belief that students should be free to choose among colleges until the Candidate's Reply Date. Accordingly, accepted Early Action students will have the same reply date (May 1) as all accepted students.

*In keeping with this principle, students applying under our Early Action program may not simultaneously apply to binding Early Decision programs since they would not be free to choose Georgetown if admitted. Students applying to Georgetown's Early Action program are welcome to apply to other Early Action programs or other Regular Decision programs.*

Students not admitted under the Early Action program are not denied but are deferred to the spring review. Typically, about 15 percent of the deferred applicants are admitted during the spring review process.

## Interviews

A unique part of the application process at Georgetown is an interview with a member of a local Alumni Admissions Program committee. These committees are located in all 50 states and in many U.S. territories and foreign countries. Coordination of the alumni interview starts once the candidate submits the Georgetown Application. The applicant will then receive the name of the interviewer and should make arrangements for an interview. The interview provides applicants with an opportunity to highlight particular aspects of their background that they would like to call to the attention of the Committee on Admissions, as well as to learn more about the University from the point of view of a local alumnus.



## Important Dates

**November 1**
Early Action Deadline

**December 15**
Decision Notification for Early Action

**January 10**
Regular Decision Deadline

**April 1**
Decision Notification for Regular Decision

**May 1**
Deposit deadline for all
accepted first-year students

**March 1**
Transfer Application Deadline

**June 1**
Transfer Decision Notification

**June 15**
Deposit Deadline for
accepted transfer students

## Special Students

Due to limitations of space, Georgetown is able to offer admission to a limited number of special (non-degree) students. Applicants must be approved by the dean of the school in which the student wishes to study. Admission for special students is for one semester and must be reviewed by the dean's office if the student wishes to pursue a second semester. Special student application forms may be obtained from the Office of Undergraduate Admissions or from the deans' offices of the undergraduate schools. Completed applications (including transcripts and application fee) must be submitted by November 15 for admission in January, and by July 15 for admission in September. Final decisions will be made by August 10 for the fall semester and by December 20 for the spring semester. Special students are not eligible for financial aid and are not guaranteed student housing.

## Contact Us

Phone: 202-687-3600
Fax: 202-687-5084
*Mailing Address:*
Office of Undergraduate Admissions
Georgetown University
Washington, D.C. 20057-1002
*http://uadmissions.georgetown.edu*

## Transfer Admissions

Georgetown welcomes transfer students to its undergraduate programs. Transfer applicants should have completed at least one full-time semester of at least twelve transferable credits, or the equivalent, on the college level but no more than four full-time semesters. The deadline for the submission of the transfer application and all supporting materials is March 1. Transfer applicants are only admitted for the fall semester.



GTOWN_00008984

# Expenses & Financial Assistance

## Meeting College Costs

Financing a college education can be a considerable but very worthwhile investment. The good news is that there is a lot of financial assistance available from federal and state governments, the private sector, and from Georgetown University. Our mission is to make it financially possible for every qualified applicant to enroll at Georgetown University.

## "Need-Blind" Admissions

Georgetown University practices "need-blind" admissions; an applicant's ability to meet college costs is not a criterion for admission. The University is committed to this policy because it ensures access to a Georgetown education for all qualified candidates and helps the University recruit and retain the most talented student body.

## "Need-Based" Financial Aid

To assist admitted students, Georgetown University is committed to meeting the demonstrated financial need of eligible applicants through a combination of need-based financial aid programs which include grants, scholarships, student employment, and student loans. Eligibility for many of these programs is determined using a nationally recognized formula for evaluating an applicant's financial need for assistance.

## Student Financial Services

In addition to need-based financial aid, the University offers a wide array of financial services to help students meet college costs. Georgetown helps applicants and their families plan how to use family resources, financial aid, and supplemental financing plans to achieve their investment in higher education.

## Cost of Attendance

The total cost of attendance at Georgetown includes tuition, mandatory fees, room, board, and other expenses.

### UNDERGRADUATE COST OF ATTENDANCE IN 2014-2015

| | |
|---|---|
| Annual Full-time Tuition & Fees | $46,200 |
| Average Annual Room & Board | $14,024 |
| Total Average Annual Cost | $60,224 |

Other expenses typically incurred by Georgetown undergraduates average $4,750 per year for books and supplies, personal items, lab and course fees, and travel between Georgetown and home. All applicants for admission to Georgetown also pay a nonrefundable admission application fee. Visit our website at *http://finaid.georgetown.edu* for the most current information available on Georgetown's cost of attendance.

## Determining Eligibility for Need-Based Financial Aid

Eligibility for need-based financial aid is determined using a formula that measures each applicant's ability to pay against the cost of the college s/he wants to attend. The amount that a student is able to contribute toward the cost of attendance is calculated based on a nationally recognized formula for determining ability to pay. If the "expected student/parent contribution" is less than what it costs to attend a particular college, the student has demonstrated need for financial aid. The cost of attendance is an extremely important variable in determining eligibility for need based aid. Many students who would not qualify for need-based financial aid at a low-cost community college do qualify for

GTOWN_00008985

financial aid at Georgetown because the expected family contribution calculated by the need analysis formula typically remains the same at both schools but the costs of attendance are very different. For example, if a student's calculated expected family contribution is $10,000, s/he would not demonstrate financial need at a school that costs $10,000 or less, but s/he would be eligible for need-based aid at a school that costs more than $10,000 per year.

## Financial Aid Awards at Georgetown

Georgetown University is committed to meeting each applicant's demonstrated financial need by offering a combination of loan, employment, grant, and scholarship assistance from federal, state, private, and University sources to those who qualify.

Each year Georgetown University awards hundreds of need-based scholarships to eligible undergraduates. Scholarship awards range in value from $1,000 to more than $60,000 per year, depending on the individual student's eligibility for scholarship assistance.

Most of Georgetown's financial aid awards contain what is called a 'self-help' component consisting of student loans and federally subsidized student employment awards. The amount of self-help included in a typical Georgetown financial aid award is reviewed annually, and generally increases as a student progresses from the first year to the fourth year of undergraduate study. Georgetown's Bellarmine, Ignatian, GSP, John Carroll, and other incentive scholarship programs provide additional grant aid to reduce the loan and work awards offered to selected program participants.

Each Georgetown student's need for financial assistance is re-evaluated annually to ensure continued fairness in the distribution of aid. Because the amounts and sources of financial aid funding can change each year, and because

families' financial circumstances may also change, students are required to complete a new financial aid application each year and must demonstrate continuing financial need for assistance. That said, most financial aid recipients can be reasonably assured of continuing financial support for their four undergraduate years at Georgetown provided that the funding sources are available, and that students continue to demonstrate the same level of financial need, make satisfactory academic progress, and stay in good standing with the University.

## How to Apply for Need-Based Financial Aid

To apply for financial aid at Georgetown, undergraduates must submit the following:

### REQUIRED INITIAL APPLICATIONS

**1. FAFSA:** Students must complete the Free Application for Federal Student Aid (FAFSA) and must indicate that the processed information be sent to Georgetown University; Georgetown's school code is 001445. All federal, most state, and some private financial aid programs require students to complete the FAFSA to apply for aid. Students can complete the FAFSA online at *http://www.fafsa.ed.gov.*

**2. PROFILE:** Students must complete the College Scholarship Service (CSS) Financial Aid PROFILE form, and must indicate that the processed information be sent to Georgetown University; Georgetown's school code is 5244. The PROFILE form collects the information Georgetown needs to award its own financial aid funds. Students can complete the PROFILE application online at *http://www.collegeboard.com.*

**3. FEDERAL TAX RETURNS:** Financial aid applicants must provide copies of parents' and students' federal tax returns, including W-2 statements, schedules, and other attachments.

**4. OTHER APPLICATION REQUIREMENTS:** Business and/or farm owners, students whose

*Expenses and Financial Assistance*    33

parents are divorced or separated, self-supporting (independent) students, and international students (non-U.S. citizens) must submit additional documents in support of their applications for need-based financial aid. Visit our website at http://finaid.georgetown.edu for more information about these requirements.

## PRIORITY DEADLINES

To ensure priority consideration for all types of aid available from Georgetown University, students must complete financial aid applications by the following priority deadlines:

First-year students ...............................February 1
*(Both Early Action and Regular Decision)*
Transfer students ....................................March 1
Continuing students ..............................April 15

# *Available Aid*

## *Scholarships and Grants*
### GEORGETOWN'S NEED-BASED SCHOLARSHIPS

Each year Georgetown University offers hundreds of undergraduates need-based scholarship awards that range in value from $1,000 to more than $60,000 per year. Georgetown scholarships are awarded on the basis of demonstrated financial need using a nationally-recognized formula for determining need. Financial need is re-evaluated annually to ensure continued equity in the distribution of University scholarship assistance. Georgetown Athletic Scholarships are awarded by the University Athletics Department on the basis of demonstrated financial need and/or athletic achievement.

Students who file the FAFSA and PROFILE forms by the applicable deadline will receive priority consideration for all the aid programs at Georgetown.

*To ensure you receive notification of your financial aid eligibility with your admission decision, please submit the FAFSA and PROFILE as soon as possible.*

Continuing undergraduates who apply for financial aid by April 15 are notified of their eligibility by late June or early July.



### FEDERAL & STATE GRANTS

Federal Pell Grants ranging in value from $400 to more than $4,300 per year are available to support undergraduate study for students who demonstrate significant financial need. Some Pell grant recipients may also be eligible to receive Academic Competitiveness (AC) grants of up to $750 for their first year of study and up to $1,300 for their second year of study, and National Science and Mathematics Access to Retain Talent (SMART) grants of up to $4,000 per year for their third and fourth years of undergraduate study. Students and others can go to *www.federalstudentaid.ed.gov* to learn more about the eligibility requirements for these programs, which include a certain U.S. citizenship status,

GTOWN_00008987

completion of certain eligible high school
curriculums, maintenance of a minimum grade
point average, and declaration of certain eligible
major fields of study. In addition, students
residing in states that offer portable funding may
be eligible for state grants for study at
Georgetown University. Finally, every state in the
nation awards four-year $1,500/year Robert C.
Byrd Honors Scholarships to selected high school
graduates who demonstrate outstanding academic
achievement.

### ROTC SCHOLARSHIPS
Reserve Officer Training Corps (ROTC)
scholarships are available for up to four years of
undergraduate study at Georgetown University.
The Army ROTC program is based at
Georgetown University, and students may
participate in the Air Force and Navy programs
through the Washington Consortium of
Universities.

### PRIVATELY SPONSORED SCHOLARSHIPS
Many philanthropic organizations and others
offer scholarships for college study. To obtain
information about these funding opportunities,
students are encouraged to use the free
scholarship search engines linked on
Georgetown's website at
*http://finaid.georgetown.edu/*.

### TUITION BENEFITS
Some employers offer to pay all or part of the
college tuition of their employees and their
dependents. Typically the organization's
personnel or human resources office can provide
information about tuition benefits for employees
and their dependents.

## Part-time & Summer Employment For Students

### FEDERAL WORK-STUDY
The Federal Work-Study program ensures
employment opportunities for eligible students by
providing a federal subsidy to the salaries that are
paid to program participants by their employers.
Each year more than 1,000 Georgetown
undergraduates are employed at the University
and off-campus through this program. Many
Work-Study jobs offer opportunities for
community service: students are employed to help
solve problems related to health care, literacy
training, education, welfare, social services,
transportation, public safety, crime prevention
and control, and community improvement.

### EMPLOYMENT REFERRAL SERVICE
This federally supported program, based at
Georgetown's Office of Student Financial
Services, helps enrolled GU students locate part-
time, temporary, and/or summer employment in
the District of Columbia metropolitan area.

## Low-Cost Loan Programs

### FEDERAL STAFFORD LOANS
Georgetown participates in the Federal Stafford
Loan program, which offers government
sponsored low-interest loans to students through
private lenders such as banks and credit unions.
Under the subsidized Federal Stafford Loan
Program, interest on the loan is paid by the
federal government and repayment is deferred as
long as the student remains in school on at least a
half-time basis. Visit our Web site at
*http://finaid.georgetown.edu* for the most current
program terms and interest rate information.

Unsubsidized Stafford Loans with an attractive
interest rate and repayment terms are also
available for students who are not eligible for the
need-based federal interest subsidy. Eligible
undergraduates may borrow from $3,500 to



GTOWN_00008988

$5,500 per year based on their year in school, to a maximum of $23,000 for dependent students. Independent undergraduate students may borrow higher amounts under the program.

### FEDERAL PERKINS AND NURSING STUDENT LOANS

Georgetown offers these loans to applicants who demonstrate exceptional financial need. The interest rate for Federal Perkins and Nursing Student Loans is 5 percent, and no interest accrues while the borrower remains in school on at least a half-time basis. Eligible undergraduates may borrow up to $4,000 per year, up to a maximum of $20,000, for undergraduate study under the Perkins Loan Program. Eligible undergraduate nursing majors may borrow up to $2,500 per year for the first two years of study and up to $4,000 per year for the final two years of study, to a maximum of $13,000, under the Nursing Student Loan Program.

### FEDERAL PARENT LOANS FOR UNDERGRADUATE STUDENTS (PLUS)

Under this federally sponsored program, each year parents can borrow an amount up to the cost of attendance at Georgetown, minus other aid for which the student is eligible. Visit our Web site at *http://finaid.georgetown.edu* for the most current program terms and interest rate information.

## Private Loans

Many lending institutions offer supplemental loan and financing options to help families meet educational expenses. These programs usually offer attractive interest rates and flexible repayment terms, including deferments on payments while the student is enrolled in college. More information about private loan programs can be obtained from our Web site at *http://finaid.georgetown.edu*.

## Other Financing Options

### MONTHLY PAYMENT PLAN

Through Georgetown University's monthly payment plan, all or a portion of the cost of attendance may be paid in monthly scheduled installments over ten months. No interest is charged on unpaid balances covered by the plan. Visit Georgetown's website at *http://www.georgetown.edu/finaff/student/* to learn more about our monthly payment plan.

### DEWAR TUITION INSURANCE

The A.W.G. Dewar Company offers Georgetown families the opportunity to insure their payments of tuition, fees, room, and board to the University. If an insured student withdraws from school up to 100 percent of University charges are refundable for covered students.

## Visit our Website

For much more detailed information about all of the options available for meeting college costs, visit the Georgetown University Office of Student Financial Services website at *http://finaid.georgetown.edu*. At our website you can complete a financial aid application, learn more about financing options, review frequently asked questions and answers, conduct free searches for outside sponsored scholarships, or e-mail your questions to one of our counselors.

## Contact Us

Georgetown's Office of Student Financial Services is open Monday through Friday from 9:00 am to 5:00 pm EST.

Phone: 202-687-4547
Fax: 202-687-6542
*Mailing Address:*
Office of Student Financial Services
Georgetown University, Box 571252
Washington, D.C. 20057-1252

GTOWN_00008989



## Website Resources

**GEORGETOWN COLLEGE**
http://college.georgetown.edu

**WALSH SCHOOL OF
FOREIGN SERVICE**
http://sfs.georgetown.edu

**MCDONOUGH SCHOOL
OF BUSINESS**
http://msb.georgetown.edu

**SCHOOL OF NURSING
AND HEALTH STUDIES**
http://nhs.georgetown.edu

**UNDERGRADUATE
ADMISSIONS**
http://uadmissions.georgetown.edu

**OFFICE OF STUDENT
FINANCIAL SERVICES**
http://finaid.georgetown.edu

**RESIDENCE LIFE**
http://reslife.georgetown.edu

**PROGRAM IN
PERFORMING ARTS**
http://performingarts.georgetown.edu

**CENTER FOR MULTICULTURAL
EQUITY AND ACCESS**
http://cmea.georgetown.edu

**OFFICE OF INTERNATIONAL
PROGRAMS**
http://oip.georgetown.edu

**CENTER FOR SOCIAL JUSTICE**
http://csj.georgetown.edu

GTOWN_00008990



Non Profit Org.
U.S. Postage
**PAID**
Washington, D.C.
Permit #3901

GEORGETOWN UNIVERSITY

37th and O Street, NW
Washington, DC 20057
(202) 687-3600
www.georgetown.edu