# Exhibit C

## Undergraduate Honor Pledge-GTOWN_0000072

# 2. The Honor Pledge

Upon application to any of the academic divisions of Georgetown University subject to the jurisdiction of the Honor System, all students will agree to sign the Honor Pledge. Upon matriculation, the student will state or write the pledge as follows:

*In the pursuit of the high ideals and rigorous standards of academic life, I commit myself to respect and uphold the Georgetown University Honor System:*

- *To be honest in any academic endeavor, and*
- *To conduct myself honorably, as a responsible member of the Georgetown community, as we live and work together.*

Faculty may at their discretion require students to include a signed version of the pledge with their assignments.

# 3. Standards of Conduct

Without regard to motive, student conduct that is academically dishonest, evidences lack of academic integrity or trustworthiness, or unfairly impinges upon the intellectual rights and privileges of others is prohibited. A non-exhaustive list of prohibited conduct includes:

## 3a. Cheating on Exams and Other Assignments

Cheating is the use or attempted use of unauthorized materials, information, study aids, or unauthorized collaboration on in-class examinations, take-home examinations, or other academic exercises. It is the responsibility of the student to consult with the professor concerning what constitutes permissible collaboration. Cheating or assisting another student to cheat in connection with an examination or assignment is academic fraud.

## 3b. Committing Plagiarism

Plagiarism, in any of its forms, and whether intentional or unintentional, violates standards of academic integrity. Plagiarism is the act of passing off as one's own the ideas or writings of another. While different academic disciplines have different modes for attributing credit, all recognize and value the contributions of individuals to the general corpus of knowledge and expertise. Students are responsible for educating themselves as to the proper mode of attributing credit in any course or field. Faculty may use various methods to assess the originality of students' work. For example, faculty may submit a student's work to electronic search engines, including Turnitin.com, a service to which Georgetown University subscribes for undergraduate and graduate students. Note that plagiarism can be said to have occurred without any affirmative showing that a student's use of another's work was intentional.

## 3c. Using False Citations

False citation is academic fraud. False citation is the attribution of intellectual property to an incorrect or fabricated source with the intention to deceive. False attribution seriously undermines the integrity of the academic enterprise by severing a chain of ideas which should be traceable link by link.