# Exhibit D

## 2019-2020 Undergraduate Bulletin-GTOWN_00000001-00000397



# Georgetown University

Georgetown University is an institution of a national and an international cast. Founded in 1789 to educate citizens for the new republic, it is located in close proximity to the nation's seat of government and to the numerous international organizations that have roots in Washington. Not surprisingly, it attracts faculty and students from all 50 states and from countries around the world.

Georgetown is committed to a view of reality which reflects Catholic and Jesuit influences. It neither wishes nor expects all members of the University community to be Catholic, but it does assume that all of them share a basic, widely accepted view of humankind. It sees all persons as essentially equal, as endowed with a human dignity always to be respected. It sees its own function as being the service of humankind through teaching, research, and other activities that properly flow from these. In particular it wishes these convictions as to the dignity of the individual to be manifested in all its campus life; it believes that, as far as possible, the relationships among faculty, students, and administrators should be personal ones. It seeks to open its arms, in the fullest sense of ecumenism, to those of all beliefs and all races.

As an institution that is Catholic, Georgetown believes that all persons are children of God, called to a life of oneness with God now and in eternity. It imposes no religious creed on any faculty member or any student, but it expects them to respect the religious convictions of each person.

The University is composed of Georgetown College, the Edmund A. Walsh School of Foreign Service, the McDonough School of Business, the School of Nursing and Health Studies, the School of Continuing Studies, the Graduate School of Arts and Sciences, the McCourt School of Public Policy, the School of Medicine, and the Georgetown University Law Center.

Georgetown University is accredited by the Middle States Commission on Higher Education, which is an institutional accrediting agency recognized by the United States Secretary of Education and the Council for Higher Education Accreditation. The University successfully completed its most recent reaccreditation review in Spring of 2012. This process takes place every 10 years, and applies to the entire university. View Georgetown University's accreditation status (https://www.msche.org/institution/0126/) and read about Georgetown's self-study (http://blogs.commons.georgetown.edu/middlestates/).

Georgetown University reserves the right to change without notice the *Undergraduate Bulletin*, including all rules, policies, fees, curricula, courses, graduation requirements, or other matters contained therein. The Georgetown University *Undergraduate Bulletin* is updated annually and at other times as appropriate. In some circumstances where changes are necessary, Georgetown University will post changes to the *Bulletin* in the addendum section. If you

have any question regarding the publishing of this *Bulletin* please contact the Office of the University Registrar at univregistrar@georgetown.edu. For questions regarding college-specific policies, please visit the dean's office of the respective college.

# Quick Links

Academic Calendar (http://registrar.georgetown.edu/academic-calendars/maincampus)
Course Descriptions (https://sitearchives.georgetown.edu/courses/)
Schedule of Classes (http://schedule.georgetown.edu/)
University Directory (http://contact.georgetown.edu/)

GTOWN_00000002

# Undergraduate Admissions



Georgetown University admits qualified students regardless of age, sex, religion, race, handicap, color, immigration status, national or ethnic origin to all the rights, privileges, programs, and activities generally accorded or made available to students at the school. It does not discriminate on the basis of age, sex, religion, race, sexual orientation, handicap, color, immigration status, national, or ethnic origin in administration of its educational policies, admissions policies, scholarship and loan programs, or athletic and other school administered programs.

1. High School Preparation
2. Standardized Tests
3. Application Procedure
4. Early Action
5. Campus Visits
6. Interviews
7. Deferred Enrollment
8. Transfer Students
9. Transfer Undergraduate School within the University
10. International Students
11. Special Students
12. Immunization Requirements

# 1. High School Preparation

While the Committee on Admissions is most interested in the quality of a student's work, general promise, and seriousness of purpose, it is recommended that secondary school preparation include four years of English, a minimum of two years of social studies, modern language, and mathematics and one year of natural science. Students who plan a concentration in mathematics or science should include four years of mathematics and at least three years of science. Candidates for the concentrations in the School of Nursing and Health Studies should include at least three years of mathematics and must include one year each of biology and chemistry. Physics is also recommended for nursing candidates. Students interested in the McDonough School of Business should complete a minimum of three years of mathematics, through advanced algebra and trigonometry, as calculus is required of all students in the program. Two years

GTOWN_00000003

of natural science are recommended. Because computers are used extensively in the curriculum, a course in computer science is highly recommended. Students interested in the Faculty of Languages and Linguistics or the Walsh School of Foreign Service are expected to have a background in a modern foreign language.

# 2. Standardized Tests

All applicants are required to take the SAT or the ACT. Both tests are acceptable, and on neither test will a Writing component be utilized in admissions decisions. In addition, it is strongly recommended that candidates submit results of three SAT Subject Tests. Those tests may be any three of the applicant's choosing, although it is recommended that applicants to the Faculty of Languages and Linguistics submit a modern language score. All tests should be taken by January of the senior year in order to allow time for the results to reach Georgetown by early February. Any candidates who have studied a foreign language and intend to continue to study it at Georgetown should take an SAT Subject Test in that language to determine the appropriate level for further study. The test should be taken no later than June of the senior year.

The University requires that all scores from standardized tests be submitted directly from the testing agency; please indicate Georgetown's code number when requesting score reports (SAT code 5244; ACT code 0668).

It is important to note that, while objective test results provide important information about candidates, the Committee on Admissions is far more concerned with school record, academic program, and rank in class than with test scores. There are no cut-off scores.

# 3. Application Procedure

All first-year student applications are due in the Office of Undergraduate Admissions by November 1 for Early Action and January 10 for Regular Decision. These applications should contain the results of three and one half years of high school work. A complete application should include:

- Georgetown Application for First-Year Admission
- Georgetown Application Supplement
- Secondary School Report (including transcript and counselor recommendation)
- Teacher Recommendation
- Nonrefundable Application Fee
- Results of the SAT examination or the ACT sent directly from the testing service
- It is strongly recommended that scores from three SAT Subject Tests be sent directly from the testing service.
- No application will be considered until all of the above credentials have been received. A notice of missing credentials will be sent via e-mail, but students should make every effort to ensure credentials are submitted on time.
- Students seeking financial assistance should submit a copy of the Free Application for Federal Student Aid (FAFSA) and the CSS PROFILE (administered by the College Board). Financial need is considered separately from the application for admission.

# 4. Early Action

The Early Action program is designed to enable superior students to learn of their admission early in their senior year. Students offered admission at Early Action are those whom the Admissions Committee feels confident would be admitted at Regular Decision. Georgetown's Early Action program is grounded in the belief that students should be free to choose among colleges until the Candidates Reply Date, May 1. Accordingly, accepted students will have the same reply date (May 1) as all candidates.

In keeping with this principle, students applying under the Early Action program may not apply at the same time to binding Early Decision programs since they would not be free to choose Georgetown if admitted. Students are welcome to apply to other Early Action programs or other Regular Decision programs while at the same time applying to Georgetown's Early Action program. No candidates are denied admission during the Early Action review; candidates not accepted under the Early Action program are deferred to the regular review. Deferred Early Action candidates are given the same full and fair consideration as Regular Decision candidates.

Applicants for Early Action must indicate their interest in being considered for this program in the space provided on the application form. The admissions application and all credentials for Early Action must be received at Georgetown by November 1. Please note that the Early Action review is based on information from first, sophomore, and junior years, so it is not necessary to rush SAT Subject Test results to the Office of Undergraduate Admissions. Fall scores will be added to an applicant's file if the student is deferred to the Regular Decision review. Early Action decisions will be announced December 15.

# 5. Campus Visits

Students interested in Georgetown are encouraged to visit the University. A campus visit (http://uadmissions.georgetown.edu/visiting/) will provide prospective students with a clearer understanding of Georgetown's educational programs, environment, and social setting.

Information sessions, conducted by members of the Admissions staff, offer prospective students and their parents an opportunity to learn more about the academic programs and student life at Georgetown, as well as the admissions process and procedures. Information sessions and tours are held on weekdays and Saturday mornings throughout the year on a variable schedule. Please contact the Office of Undergraduate Admissions (http://uadmissions.georgetown.edu/visiting/infosessions-tours) at (202) 687-3600.

# 6. Interviews

Another important part of the selection process at Georgetown is an interview with a member of an Alumni Admissions Program committee which are located in all fifty states and in many foreign countries. As applications are received by the Office of Undergraduate Admissions, each student who lives or attends boarding school within a committee's jurisdiction is provided with the name of an alumni interviewer and asked to make arrangements for an interview. This interview provides candidates an opportunity to highlight particular aspects of their background and achievements which they would like to call to the attention of the Admissions Committee, as well as to learn more about the University from the point of view of the local alumnus.

# 7. Deferred Enrollment

Georgetown has a policy of allowing admitted first-year students to defer their enrollment until the following year. Further details can be obtained from the Office of Undergraduate Admissions (http://uadmissions.georgetown.edu/). Transfer students may not defer admission.

# 8. Transfer Students

Georgetown welcomes transfer applications to its undergraduate programs. Transfer applicants should have completed one full-time semester of at least twelve transferable credits, or the equivalent, on the college level; otherwise they should follow the first-year student application procedure. Students who have already earned a bachelor's degree at another college or university are not eligible for admission to Georgetown's undergraduate degree programs except for the specialized second degree in nursing in the School of Nursing and Health Studies. Students who have an undergraduate degree are welcome, however, to apply to take courses at the undergraduate level as a special non-degree student either through the School of Continuing Studies or one of the four undergraduate schools according to the relevant policies of the school.

Normally, a B+ average or higher at the previous institution is recommended for consideration for admission. Transfer students are admitted only in the fall, not for the spring semester. Those admitted for the fall, however, may begin during the summer if they wish.

Credit toward Georgetown degrees may be given for work done at other accredited institutions subject to the following limitations:

- Credit for required courses will be given if the course is similar to the one required at Georgetown.
- Credit for electives will be given if the course is similar to courses offered at Georgetown. Credit for courses not offered at Georgetown will be considered on an individual basis.
- Grades earned must be at least one level above minimum passing level, e.g., C. Passing grades on a Pass/Fail system are acceptable if defined as C or better.
- The maximum number of transferable credits is one-half of the total required for the degree. Students must spend a minimum of four full semesters in residence at Georgetown to earn a degree. Summer sessions will not count toward fulfilling the residency requirement. Work completed on semester study abroad will not count toward fulfilling the academic residency requirement unless completed at one of Georgetown's Global Living and Learning Communities or at SFS-Qatar. These programs count toward academic residency requirements.

An evaluation of courses accepted for transfer will be sent with or shortly after the notification of acceptance. The following materials should be submitted no later than March 1:

- Georgetown Transfer Application
- Georgetown Transfer Application Supplement
- Nonrefundable Application Fee
- Secondary School Report, to include high school transcript
- SAT/ACT results (Waived only for applicants who graduated from high school five or more years prior to intended matriculation at Georgetown)
- Official college transcripts from current institution and any previously attended institution(s)
- A list of the courses planned for the term(s) not included in the current transcript
- Dean's Report from current college/university
- Professor's Report from a professor preferably in major area of study
- Students seeking financial assistance should submit a copy of the Free Application for Federal Student Aid (FAFSA) and the CSS PROFILE (administered by the College Board). Financial need is considered separately from the application for admission.

GTOWN_00000006

Applications will be reviewed as soon as possible after these materials have been received and admissions decisions will be sent June 1. In some cases it will be necessary to wait for the final transcript before a decision can be reached. Students who are offered admission by June 1 will be expected to confirm their enrollment by June 15.

# 9. Transferring Undergraduate School within the University

Since the four undergraduate schools are distinct colleges under the jurisdiction of separate deans, a student wishing to transfer within the University must make an application in writing to the school to which he or she wishes to transfer. Each undergraduate school establishes its own admission standards for students. Students considering a change in program should consult with their undergraduate advising deans to learn about deadlines and procedures. Students who switch programs should expect to complete all of the degree requirements of the undergraduate school to which they transfer.

# 10. International Students

Along with final application forms, students should submit complete, translated, and *official* transcripts of all secondary and, when applicable, university credentials along with subjective evaluations from teachers and tutors when obtainable. Similarly, students applying from countries offering Matriculation Examinations must submit results of such examinations as soon as results are available. These credentials will be considered for admission as well as for placement at the proper level when the application file is complete.

All candidates studying in non-U.S. educational systems whose native language is not English are required to demonstrate a level of competence that would indicate their ability for successful study in English. It is recommended that such students submit results from the Test of English as a Foreign Language (TOEFL), including the Test of Written English (TWE), given at test centers throughout the world. International applicants *are required* to take the Scholastic Aptitude Test (SAT) or the American College Testing Program (ACT) examination. These tests are available in virtually every foreign country, and should be taken prior to January 1 to allow the results to be sent to the Office of Undergraduate Admissions in time for review. Information concerning the time and place of these examinations can be obtained from: Educational Testing Service (http://www.ets.org/), Princeton, New Jersey 08549. Complete information for International Students is available from the Office of Undergraduate Admissions (http://uadmissions.georgetown.edu/).

# 11. Special Students

Due to limitations of space, Georgetown is only able to offer admission to a limited number of Special (non-degree) Students. Applications must be approved by the dean of the school in which the student wishes to study. Admission for Special Students is for one semester.

Application forms may be obtained from the Office of Undergraduate Admissions or from the Dean's Office of the appropriate undergraduate school. Completed applications (including transcripts and application fee) must be submitted to the Dean's Office by November 15 for admission in January, and by July 15 for admission in September. *No applications*

*will be accepted after these dates.* Final decisions will be made by August 10 for the fall semester and by December 20 for the spring semester.

Students who are earning degrees at schools other than Georgetown and who wish to attend Georgetown as Special Students must include with their application materials a letter from the current dean approving the courses to be taken at Georgetown. Such students are expected to attend full time in the school to which they are applying at Georgetown.

Approval for Special Student status does not mean automatic acceptance into the courses requested and approved. Enrollment in specific courses is determined on a space-available basis only. Special Students are ineligible for financial aid; campus housing may be available but is not guaranteed.

# 12. Immunization Requirements

District of Columbia law (D.C. Code 38-502) requires all students under age 26 attending school to provide documentation of vaccination or immunity (lab test, if appropriate) from Diphtheria, Pertussis, Tetanus, Hepatitis B, Measles, Mumps, Rubella, Varicella and Meningitis. Students the under age 18 must be vaccinated against Polio. All students regardless of age are screened for Tuberculosis (TB) by a risk assessment questionnaire, consistent with guidelines from the Center for Disease control and the American College Health Association. Not all students will require TB testing. Required Immunization and TB testing information must be entered into the Georgetown immunization database portal, at https://georgetown.studenthealthportal.com (https://georgetown.studenthealthportal.com) with accompanying verification signed by a health care provider. The deadline for incoming fall semester students to enter this information is July 15 (December 15 for students entering in the spring semester). Failure to meet this deadline may result in a $100 fee and prevent students from registering for classes.  If, after reviewing the immunization requirements, you or your health care provider have questions, please contact the Georgetown Student Health center through a secure message in the immunization database portal or by calling the Student Health Center immunization line at 202-687-3100.

GTOWN_00000008

# Advanced Credit



Georgetown participates in the College Board Advanced Placement Program and the International Baccalaureate Program. College credit and/or course exemptions can be awarded to students with qualifying scores. Applicants who seek advanced placement because they have taken one or more of the Advanced Placement Examinations should authorize the release of their scores to Georgetown University during the summer prior to enrollment. For any IB subjects that receive credit, credit is only awarded for a score of 6 or 7 on the IB Higher Level exams. No credit is awarded for IB Standard Level exams.

If a student has both AP scores and IB scores eligible for credit in the same subject, the student may apply credit from the AP exam or the IB exam, but not both.

Students taught college-level courses by high school faculty are not eligible for credit in those courses, but are encouraged to take the Advanced Placement Examinations in order to be considered for credit. Students who have had occasion to take one or two regular college courses while in high school should submit an official college transcript for evaluation prior to enrollment.

Students who are enrolled in joint high school/college programs (taking college courses on college campuses while working concurrently for high school and college credit) are advised to apply as first year students, but should not expect credit for more than four courses. Participation in such programs will not significantly shorten the length of a degree program at Georgetown.

## Review the Advanced Credit specific programs and policies below:

- Credit Transfer for International Programs
- Advanced Placement (AP) Examination Policies
- International Baccalaureate (IB) Policies

GTOWN_00000009

# Credit Transfer for International Programs

Credit award for international programs will vary by School and by subject. Students should contact their appropriate Dean's Office for further information.

1. French *Baccalauréat*: must have coefficient of 4 or higher and receive minimum grade of 15 for credit to be awarded. No credit awarded for English unless literature course within the option internationale. Language credit awarded based on placement and successful completion of an appropriate course at Georgetown.
2. Italian *Maturità*: must receive minimum grade of 8 on transcript for credit to be awarded and must receive minimum of 70 (100 is highest grade) on the overall maturita for credit to be awarded. No credit awarded for English. Language credit awarded based on placement and successful completion of an appropriate course at Georgetown.
3. British A-levels: must receive grade of A or better for credit to be awarded. Language credit awarded based on placement and successful completion of an appropriate course at Georgetown. The maximum credit award for an A-level is 6 credits.
4. British AS-levels: must receive grade of A or better for credit to be awarded. Language credit awarded based on placement and successful completion of an appropriate course at Georgetown. The maximum credit award for an AS-level is 3 credits.
5. German *Abitur*: must receive minimum grade of 12 (on 1–15 scale, with 15 being the highest) or *gut* if no numerical grade assigned for credit to be awarded. Credit awarded only for subjects in which *Abiturprufung* (national examination) has been taken. No credit awarded for English.
6. Cambridge Pre-U: must receive minimum grade of D3 or better for credit to be awarded.

Other international high school programs and diplomas will be evaluated for transfer credit on a case-by-case basis. Final credit will be determined by the program in which students matriculate and upon departmental review.

# 2019-2020 Advanced Placement (AP) Examination Policy

Georgetown's Advanced Placement Examination Policy reflects the different graduation requirements of the undergraduate schools by making awards based on the student's school and major. The policy is listed by test below. Georgetown does not award exemption or credit for a score of 1, 2, or 3, and it does not award sophomore standing, although there is no limit to the number of credits that can be awarded. The credits awarded are translated into Georgetown courses at a rate of 2, 3, 4, 5, or 6 credits per course. These credits and courses can be used to graduate early. For transfers, qualified scores will be considered during the credit evaluation process along with their college courses. The student is advised to consult with his or her faculty advisor or Dean's Office as to how the award affects course selection. If a student takes a course for which Advanced Placement credit has been received, then the student loses the Advanced Placement credit previously awarded for that course. This policy is reviewed annually in consultation with the deans and the academic departments and is subject to change.

In the field of languages, the results of the Advanced Placement Examinations are considered together with results of SAT II scores or Georgetown placement examinations. The placement examinations are administered to new students during Orientation in the fall and are necessary if a student has not taken the SAT II and wants to be considered for course exemption and college credit. Credit for AP exams in foreign languages will only be awarded upon successful completion of an appropriate course in that language at Georgetown. In order to correctly identify the appropriate course, please see the specific text below for each language exam.

The tests are listed in alphabetical order. Course titles follow the course numbers. Course descriptions can be found online through the Georgetown Course Catalog (https://myaccess.georgetown.edu/pls/bninbp/bwskfcls.p_disp_dyn_ctlg#_ga=2.172734373.781161223.1403272817.1501531542). School codes used below are as follows:

- COL: Georgetown College
- SFS: Walsh School of Foreign Service
- MSB: McDonough School of Business
- NHS: School of Nursing and Health Studies

Art History   For a score of 4 or 5, students will receive three credits (one course) and be excused from taking ARTH-101 (Ancient to Medieval Art) and ARTH-102 (Renaissance to Modern Art). Students with AP credit in Art History would be required to take an additional nine courses to complete the major, or an additional five courses to complete the minor. Only in unusual circumstances and with the approval of the department may a student with AP credit be permitted to take ARTH-101 or 102 for credit. AP credit in Art History will not fulfill the core Humanities: Arts, Literature and Culture requirement.

Art Studio Portfolios

Art Studio Drawing   For a score of 5, the student will receive three credits for ARTS-110 (Drawing I); however, this credit will not fulfill the student's core Humanities: Arts, Literature and Culture requirement. For a score of 4, the student will not receive credit but will receive a waiver for ARTS-110 (Drawing I).

Art Studio 2 D Design   For a score of 5, the student will receive three credits for ARTS-100 (Design I); however, this credit will not fulfill the student's core Humanities: Arts, Literature and Culture requirement. For a score of 4, the student will not receive credit but will receive a waiver for ARTS-100 (Design I).

Art Studio 3 D Design   For a score of 5, the student will receive three credits for ARTS-100 (Design I); however, this credit will not fulfill the student's core Humanities: Arts, Literature and Culture requirement. For a score of 4, the student will not receive credit but will receive a waiver for ARTS-100 (Design I).

For students who receive 5's on all three studio exams, a maximum of six credits will be awarded for ARTS-110 (Drawing I) and ARTS-100 (Design I); however, these credits will not fulfill the student's core Humanities: Arts, Literature and Culture requirement.

Biology   For students who are not majoring in any of the majors from the Department of Biology, a score of 4 or 5 will earn three or four credits respectively. For all students, credit for AP Biology cannot be used toward the core Science for All requirement.

For COL students, these credits count as a free elective. For NHS Healthcare Management and Policy & Global Health majors, these credits count as a free elective. Nursing and Human Science majors are required to take HSCI-101 and 102 (Human Biology I and II). For SFS, these credits count as a free elective and may not be applied toward a major in Science, Technology, and International Affairs. For MSB, these credits count toward a liberal arts elective requirement.

Majors in the Department of Biology (including Biology, Biology of Global Health, Neurobiology, and Environmental Biology) with an AP score of 5 will earn the equivalent of a one-semester four-credit course and will receive two credits applied to the total credits required for the major. Majors with an AP score of 4 will earn the equivalent of a one-semester three-credit course and will receive one credit applied to the total credits required for the major. Regardless of AP score, all majors are required to take BIOL-103/113 (Foundations in Biology I with laboratory) and BIOL-104/114 (Foundations in Biology II with laboratory).

For students who score a 4 or 5 on both the AP Biology exam and the AP Environmental Science exam, credit will only be awarded once. Students may apply credit from one of the AP exams or the IB exam but not both. Note that majors in Neurobiology are not eligible to receive credit towards the major for the Environmental Science exam.

Capstone: Research & Seminar   No credit is awarded for this coursework.

Chemistry   Students with a score of 5 receive three credits. This credit cannot be used toward the core Science for All requirement.

GTOWN_00000011

For COL students, these credits count as a free elective. These credits do not count toward a science major or minor nor toward pre-med requirements. If the student is a Chemistry or Biochemistry major, they will take CHEM-055 (General Chemistry Lecture I for Majors) and have a choice between taking CHEM-057 (Gen Chem Lab for Majors) or CHEM-064 (Introduction to Research Experimentation) in the fall term. All other science and pre-med students who plan to continue their study of chemistry should take CHEM-001/009 (General Chemistry Lecture and Lab I) in the fall term.

For NHS students, these credits count as a free elective. Human Science majors are required to take CHEM-001/009 (General Chemistry Lecture and Lab I).

For SFS, these credits count as a free elective and may not be applied toward a major in Science, Technology, and International Affairs.

For MSB, these credits count toward a liberal arts elective requirement.

Chinese   Students with a score of 4 or 5 who place beyond CHIN-112 (Intensive Second Level Chinese II) on the Chinese placement test (Parts I and II) are eligible for credit. In order to receive six credits for CHIN-112 and be exempted from Intensive First Level and Intensive Second Level Chinese, these students must then enroll in and successfully complete CHIN-211 or a more advanced Chinese course at Georgetown. For COL students, this credit will satisfy the core requirement in language. Students who place into CHIN-112 or below, as well as students who opt not to take CHIN-211 or above at Georgetown, will not receive credit.

Computer Science A and Computer Science Principles   For a score of 4 or 5, the student will receive three credits for COSC-001 (Introduction to Computing). For AB and BS Computer Science majors, this credit is not applied to the major and will count only as a free elective toward graduation requirements. For COL students, these credits will fulfill the core Math/Computer Science requirement. For SFS, AP credits in computer science will be credited as a free elective and may not be applied toward the major in Science, Technology, and International Affairs. For MSB students, AP credits in computer science will be credited as a liberal arts elective and may not be applied toward the major in Operations and Information Management (OPIM). For NHS students, these credits will count as a free elective.

Economics   For a score of 5 on the Microeconomics exam, the student will receive three credits for ECON-001 (Principles of Microeconomics). For a score of 5 on the Macroeconomics exam, the student will receive three credits for ECON-002 (Principles of Macroeconomics). Students with a score of 5 on both of the AP exams may proceed to upper level courses and cannot take any of the principles courses (ECON-001, 002 and 003). Students with a score of 5 on only one of the AP exams normally take the other principles course. If the student takes ECON-003 (Principles of Economics: Macro and Micro), they will forfeit the AP credit in economics and take one additional ECON elective.

COL students with a strong high school background in Microeconomics and Macroeconomics and/or who have taken both AP Economics courses but did not score a 5 on either of the AP exams are encouraged to take ECON-003 and take one additional ECON elective.

For SFS, if a student takes ECON-003, the student will have to take ECON-243 and ECON-244 to complete the 3-course ECON requirement in the SFS core, making this option recommendable only to students with strength in Economics and Mathematics.

For MSB students with a score of a 4 on both exams (Macro and Micro), they may take ECON-003 and one additional ECON course (either ECON-101, 102, 103, or 104) to complete their one year of required Economics.

English (either exam)   Students with a score of 5 receive three credits for WRIT-015 (Writing and Culture Seminar). For students with a score of 5 on both exams, credit will only be awarded once.

Environmental Science   For students who are not majoring in any of the majors from the Department of Biology, a score of 4 or 5 will earn three or four credits respectively. For all students, credit for AP Environmental Science cannot be used toward the core Science for All requirement.

For COL students, these credits count as a free elective. For NHS Healthcare Management and Policy & Global Health majors, these credits count as a free elective. Nursing and Human Science majors are required to take HSCI-101 and 102 (Human Biology I and II). For SFS, these credits count as a free elective and may not be applied toward a major in

GTOWN_00000012

Science, Technology, and International Affairs. For MSB, these credits count toward a liberal arts elective requirement.

Majors in the Department of Biology (including Biology, Biology of Global Health, and Environmental Biology) with an AP score of 5 will earn the equivalent of a one-semester four-credit course and will receive two credits applied to the total credits required for the major. Majors with an AP score of 4 will earn the equivalent of a one-semester three-credit course and will receive one credit applied to the total credits required for the major. Majors in Neurobiology will not be granted credit towards the major for the AP Environmental Science exam, although they will receive college credit. All majors are required to take BIOL-103/113 (Foundations in Biology I with laboratory) and BIOL-104/114 (Foundations in Biology II with laboratory).

For students who score a 4 or 5 on both the AP Biology exam and the AP Environmental Science exam, credit will only be awarded once. Students may apply credit from one of the AP exams or the IB exam but not both.

French    For a score of 4 or 5, non-language majors are eligible to receive up to six credits for FREN-101 (Advanced French I) and FREN-102 (Advanced French II). In order to receive three credits for FREN-101, a student must place into and successfully complete FREN 102. In order to receive six credits for FREN-101 and FREN-102, a student must place into and successfully complete Advanced French Grammar and Writing (FREN-151) or above. Students who plan to enroll in FREN-102 or FREN-151 (or above) must take the online placement exam to confirm that they are enrolling in the correct course. Students who place into or take FREN-101 (or below), as well as students who opt not to continue French coursework at Georgetown, will not receive AP credit.

For a score of 4 or 5, language majors are eligible to receive up to ten credits for FREN-111 (Intensive Advanced French I) and FREN-112 (Intensive Advanced French II). In order to receive five credits for FREN-111, a student must place into and successfully complete FREN-112. In order to receive ten credits for FREN-111 and FREN-112, a student must place into and successfully complete FREN-250 (Reading Texts in the French-Speaking World: Cultures) or FREN-251 (Reading Texts in the French-Speaking World: Literature). Students who plan to enroll in FREN-112, FREN-250, or FREN-251 must take the online placement exam to confirm that they are enrolling in the correct course. Students who place into or take FREN-111 (or below), as well as students who opt not to continue French coursework at Georgetown, will not receive AP credit.

German    For a score of 4 or 5, students are eligible to receive up to six credits for GERM-101 (Advanced German I) and GERM-102 (Advanced German II). In order to receive three credits for GERM-101, a student must place into and successfully complete GERM-102. In order to receive six credits for GERM-101 and GERM-102, a student must place into and successfully complete one level IV course (GERM-152 or above). For German majors, in order to receive six credits for GERM-101 and GERM-102, a student must place into the high end of Level IV and successfully complete one level IV course (GERM-152 or above). Students who place into or take GERM-101 (or below), as well as students who opt not to continue German coursework at Georgetown, will not receive credit.

Placement is determined by departmental placement exam. Incoming students are strongly encouraged to take the exam online during the summer. Students who are interested in placing out of the language requirement without taking additional German coursework at Georgetown must take the second part of the placement exam during New Student Orientation.

Government—American Government    For a score of 4 or 5, students will receive three credits for GOVT-020 (U.S. Political Systems). COL students may satisfy the social science requirement by taking one additional course in government. For MSB students, this fulfills one semester of the History/Government/Classics/International Affairs requirement.

Government—Comparative Politics    No credit is awarded for this examination.

History—European and World History    COL students who receive a score of 4 on the AP exam in European history or World history receive no credit, but fulfill the COL history core requirement with any two HIST courses of their choice, numbered 100 or above. Students who receive a score of 5 on the AP exam in European history or World history receive three credits and they still need to take one HIST course of their choice, numbered 100 or above. Students with this AP credit may not take HIST-007, 008, 099, or they will forfeit the AP credit. Students who receive a score of 5 on both the European history and the World history AP exams receive six credits and have no further history requirements.

GTOWN_00000013

SFS students who receive a score of 5 on the AP exam in European history or World history receive three credits and place out of their one required core course in history at the 000-level; however, they still need to fulfill the two required regional history courses. Students who receive a score of 5 on both the European history and the World history AP exams receive three credits and place out of the one required core course in history at the 000-level. They also receive three free elective credits but still need to fulfill the two required regional history courses. SFS students who receive a score of 4 on either of these History exams receive no credit, but place out of the required core course in history at the 000-level; they replace that with any History course of their choice, numbered 100 or above.

For MSB, students who receive a score of 5 on the European history or World history exam receive three credits and have fulfilled one semester of their History/Government/Classics/International Affairs requirement. Students who receive a 5 on both the World history and European history exams will receive six credits and have fulfilled their 2-semester History/Government/Classics/International Affairs requirement.

For NHS, students who receive a 5 on the European history or World history exam will receive three credits toward a free elective. NHS students who receive a 5 on both European and World history exams will receive six credits toward two free electives.

History—United States    No credit or exemptions are awarded for this examination.

Human Geography    No credit is awarded for this examination.

Italian    For a score of 4 or 5, students are eligible for up to ten credits for ITAL-111 (Intensive Advanced Italian I) and ITAL-112 (Intensive Advanced Italian II). In order to receive five credits for ITAL-111, a student must place into and successfully complete ITAL-112. In order to receive ten credits for ITAL-111 and ITAL-112, a student must place into and successfully complete a 200-level Italian course. Students who place into ITAL-111 or below, as well as students who opt not to continue Italian coursework at Georgetown, will not receive AP credit.

Students with an SAT II score of 680-730 can enroll directly into ITAL-112 without taking a placement exam. Students with an SAT II score of 740 or higher can enroll directly into a 200-level Italian course without taking a placement exam. Students who have only completed the SAT II (and not the AP) will not earn credit. They can only use that score for placement purposes.

Japanese    Students with a score of 4 or 5 who place beyond JAPN-112 (Intensive Second Level Japanese II) on the Japanese placement test administered during New Student Orientation are eligible for credit. In order to receive six credits for JAPN-112 and be exempted from Intensive First Level and Intensive Second Level Japanese, these students must then enroll in and successfully complete JAPN-211 or a more advanced Japanese course at Georgetown. For COL students, this credit will satisfy the core requirement in language. Students who place into JAPN-112 or below, as well as students who opt not to take JAPN-211 or above at Georgetown, will not receive credit.

Latin    For a score of 4 or 5, students are eligible to receive four credits for CLSL-101 (Intermediate Latin). In order to receive credit for Intermediate Latin, a student must place into and successfully complete one course in Latin (CLSL) at the 200-level or above. Placement is determined by the departmental placement exam. Students who place into or take CLSL-001/002 or CLSL-101, as well as students who opt not to continue Latin coursework at Georgetown, will not receive AP credit.

Mathematics—Calculus AB    A student who scores a 4 or 5 on the Calculus AB exam will receive four credits for MATH-035 (Calculus I) unless the student took the Calculus BC exam and received a 4 or a 5 on the latter. For COL students, these credits will fulfill the core Math/Computer Science requirement. For MSB students, a 4 or 5 will fulfill the one semester calculus requirement. For the SFS Science, Technology, and International Affairs major, AP credits in Calculus will be credited as free electives only. For the SFS International Economics, International Political Economy, and Global Business majors, AP credits can fulfill the Calculus prerequisite but will count as free electives and not as major course requirements. For NHS, these credits will count as free electives.

Mathematics—Calculus BC    A student who scores a 4 or 5 on the Calculus BC exam will receive eight credits for MATH-035 and 036 (Calculus I & II). For COL students, these credits fulfill the core Math/Computer Science requirement. For MSB students, four credits fulfill the one semester calculus requirement and the remaining credits will

GTOWN_00000014

count towards the liberal arts elective requirement. For the SFS Science, Technology, and International Affairs major, AP credits in calculus will be credited as free electives only. For the SFS International Economics, International Political Economy, and Global Business majors, AP credits can fulfill the Calculus prerequisite but will count as free electives and not as major course requirements. For NHS, these credits will count as free electives.

Mathematics—Calculus AB Subscore   A student who receives an AB subscore of 4 or 5 on the BC Calculus exam is eligible to receive four credits for MATH-035 (Calculus I) if the student has not already received this credit as a result of other Calculus exam scores.

Mathematics—Statistics   For a score of 5 on the AP Statistics exam, COL, SFS and NHS students will receive four credits for MATH-040 (Probability and Statistics). For MSB students, a score of 5 will receive two credits which count as part of the MSB statistics requirement. Students with this credit will take OPIM-172 (Statistical Models for Business) to fulfill the MSB statistics requirement. For COL students, these credits will fulfill the core Math/Computer Science requirement. Psychology majors who receive a 5 on the AP Statistics exam are exempt from the Statistics requirement (MATH-040) in the Psychology major but must substitute an additional psychology elective. Government majors who receive a 5 on the AP Statistics exam should NOT take GOVT-201 else they forfeit their AP credit for Statistics. For SFS students, AP credits in Statistics will be credited as free electives and may not be applied toward majors in Global Business, International Economics, International Political Economy, or Science, Technology, and International Affairs.

Music Theory   For a score of 5, students will receive three credits for MUSC-041 (Elements of Music; Theory 1).

Physics 1   No credit is awarded for this examination.

Physics 2   No credit is awarded for this examination.

Physics C Mechanics and Electricity & Magnetism   The two Physics C exams are considered separately. For a score of 5 on the Mechanics exam, the student will receive four credits for PHYS-101 (Principles of Physics I). For a score of 5 on the Electricity & Magnetism exam, the student will receive four credits for PHYS-102 (Principles of Physics II). For all students, credit for AP Physics cannot be used toward the core Science for All requirement.

Physics majors with AP credit should consult with the Director of Undergraduate Studies in Physics for appropriate placement in PHYS-151 (Mechanics) or PHYS-153 (Relativity and Quantum Physics). Pre-med students (other than Physics majors) should be aware that most medical schools do not consider AP credit as acceptable for the pre-med physics requirement. To fulfill that requirement, most pre-med students forfeit their AP credits and take PHYS-101 and PHYS-102. They may instead choose to take PHYS-151 (Mechanics) and PHYS-152 (Electromagnetic Phenomena), but should note that first-years and sophomores have enrollment priority for PHYS-151 and 152.

For SFS students, AP credits in Physics will be credited as free electives and may not be applied toward a major in Science, Technology, and International Affairs.

For NHS students, these credits will count as free electives.

Psychology   For a score of 5, the student will be awarded three credits for PSYC-001 (General Psychology). Psychology majors and minors must substitute an additional psychology elective. Neurobiology majors with a score of 5 place out of PSYC-001 but are still required to take two Group B courses toward their degree.

Spanish (either exam)   For a score of 4 or 5, students are eligible to receive up to six credits for Advanced Spanish I and II (SPAN-103 and 104 in the COL, MSB and NHS; SPAN-101 and 102 in the SFS). In order to receive three credits for SPAN-103 (for COL, MSB, NHS) or SPAN-101 (for SFS), a student must place into and successfully complete SPAN-104 or SPAN-102 respectively. In order to receive six credits for SPAN-103 and SPAN-104 (for COL, MSB, NHS) or SPAN-101 and SPAN-102 (for SFS), a student must place into and successfully complete a 200-level Spanish course. Placement is determined by SAT II score or departmental placement exam administered during New Student Orientation. Students who place into SPAN-101, SPAN-103, SPAN-110 or below, as well as students who opt not to continue Spanish coursework at Georgetown, will not receive credit.

# 2019-2020 International Baccalaureate (IB) Policies

For any IB subjects that receive credit (see subjects below), credit is only awarded for a score of 6 or 7 on the IB Higher Level exams. No credit is awarded for IB Standard Level exams. If a student has both AP scores and IB scores eligible for credit in the same subject, the student may apply credit from the AP exam or the IB exam, but not both.

Biology    For students who are not majoring in any of the majors from the Department of Biology, a score of 6 or 7 on the Higher Level exam will earn four credits. For all students, credit for AP Biology cannot be used toward the core Science for All requirement.

For COL students, these credits count as a free elective. For NHS Healthcare Management and Policy & Global Health majors, these credits count as a free elective. Nursing and Human Science majors are required to take HSCI-101 and 102 (Human Biology I and II). For SFS, these credits count as a free elective and may not be applied toward a major in Science, Technology, and International Affairs. For MSB, these credits count toward a liberal arts elective requirement.

Majors in the Department of Biology (including Biology, Biology of Global Health, Neurobiology, and Environmental Biology) with a score of 6 or 7 on the Higher Level exam will earn the equivalent of a one-semester four-credit course and will receive two credits applied to the total credits required for the major. Regardless of IB score, all majors are required to take BIOL-103/113 (Foundations in Biology I with laboratory) and BIOL-104/114 (Foundations in Biology II with laboratory).

Students may apply credit from the AP exam or the IB exam, but not both.

Business Management    No credit is awarded for this examination.

Chemistry    Students with a score of 6 or 7 on the Higher Level exam will receive three credits. This credit cannot be used toward the core Science for All requirement.

For COL students, these credits count as a free elective. These credits do not count toward a science major or minor nor toward pre-med requirements. If the student is a Chemistry or Biochemistry major, they will take CHEM-055 (General Chemistry Lecture I for Majors) and have a choice between taking CHEM-057 (Gen Chem Lab for Majors) or CHEM-064 (Introduction to Research Experimentation) in the fall term. All other science and pre-med students who plan to continue their study of chemistry should take CHEM-001/009 (General Chemistry Lecture and Lab I) in the fall term.

For NHS students, these credits count as a free elective. Human Science majors are required to take CHEM-001/009 (General Chemistry Lecture and Lab I).

For SFS, these credits count as a free elective and may not be applied toward a major in Science, Technology, and International Affairs.

For MSB, these credits count toward a liberal arts elective requirement.

Classical Languages    For a score of 6 or 7 on the Higher Level exam, students are eligible to receive four credits for CLSL-101 (Intermediate Latin). In order to receive credit for Intermediate Latin, a student must place into and successfully complete one course in Latin (CLSL) at the 200-level or above. Placement is determined by the departmental placement exam. Students who place into or take CLSL-001/002 or CLSL-101, as well as students who opt not to continue Latin coursework at Georgetown, will not receive AP credit.

Computer Science    For a score of 6 or 7 on the Higher Level exam, the student will receive three credits for COSC-001 (Introduction to Computing). For AB and BS Computer Science majors, this credit is not applied to the major and will count only as a free elective toward graduation requirements. For COL students, these credits will fulfill the core Math/Computer Science requirement. For SFS, IB credits in computer science will be credited as a free elective and may not be applied toward the major in Science, Technology, and International Affairs. For MSB students, IB credits in computer science will be credited as a liberal arts elective and may not be applied toward the major in Operations and Information Management (OPIM). For NHS students, these credits will count as a free elective.

GTOWN_00000016

Design Technology   No credit is awarded for this examination.

Economics   For a score of 6 or 7 on the Higher Level exam, the student will receive three credits for ECON-001 (Principles of Microeconomics) and three credits for ECON-002 (Principles of Macroeconomics). Students with this IB credit may proceed to upper level courses and cannot take any of the principles courses (ECON-001, 002 and 003). If the student takes ECON-003 (Principles of Economics: Micro and Macro), they will forfeit the IB credit and take one additional ECON elective.

COL students with a strong high school background in Economics and/or who have taken IB Economics but did not score a 6 or 7 on the Higher Level exam are encouraged to take ECON-003 (Principles of Economics: Macro and Micro) and one additional ECON elective. For SFS, if a student takes ECON-003, the student will have to take ECON-243 and ECON-244 to complete the 3-course ECON requirement in the SFS core, making this option recommendable only to students with strength in economics and mathematics.

English A   Students with a score of 6 or 7 on the Higher Level exam receive three credits for WRIT-015 (Writing and Culture Seminar).

English B   No credit is awarded for this examination.

Film   No credit is awarded for this examination.

Geography   No credit is awarded for this examination.

History—Europe/Islamic World and Twentieth Century/Regional Topics   Students with a score of 7 on the Higher Level exam in History of Europe and the Islamic World receive credit for HIST-007. Students with a score of 7 on the Higher Level exam in History of the Twentieth Century/Regional Topics receive credit for HIST-008. In either case, students in the COL complete the core History requirement by taking any HIST course numbered 100 or above. Students in the SFS still need to fulfill the two required regional history courses. Students with this credit may not take HIST-007, 008, or 099, or they will forfeit the IB credit.

Students with scores of 7 on both these Higher Level exams receive six credits. In the COL, they have no further History requirements. In the SFS, they receive three credits and place out of the one required core course in history at the 000-level and they also receive three free elective credits but still need to fulfill the two required regional history courses.

Students in COL and SFS with a score of 6 on either of these IB tests receive no credit but place out of the 000-level courses, which they replace with any History courses numbered 100 or above.

For MSB, students who receive a score of 7 on the Higher Level exam in History of Europe and the Islamic World or Twentieth Century/Regional Topics receive three credits and have fulfilled one semester of their History/Government/Classics/International Affairs requirement. Students who receive a 7 on both Higher Level exams will receive six credits and have fulfilled their two-semester History/Government/Classics/International Affairs requirement.

For NHS, students who receive a 7 on the Higher Level exam in History of Europe and the Islamic World or Twentieth Century/Regional Topics will receive three credits toward a free elective. NHS students who receive a 7 on both Higher Level exams will receive six credits toward two free electives.

Information Technology in a Global Society   No credit is awarded for this examination.

Language A   Students with a score of 6 or 7 on the Higher Level exams in languages other than English are eligible for credit.  In order to receive credit, students must place into and successfully complete an appropriate language course at Georgetown (see AP policies for specific languages above for more details).  Placement is determined by departmental language placement exams or SAT II scores for Spanish, French or Italian.

Language B   No credit is awarded for these examinations.

Mathematics    A student with a score of 6 or 7 on the Higher Level exam will receive four credits for MATH-035 (Calculus I). For COL students, these credits will fulfill the core Math/Computer Science requirement. For MSB students, a score of 6 or 7 on the Higher Level exam will fulfill the one semester Calculus requirement. For the SFS Science, Technology, and International Affairs major, IB credits in Calculus will be credited as free electives only. For the SFS Global Business, International Economics, and International Political Economy majors, IB credits can fulfill the Calculus prerequisite but will count as free electives and not as major course requirements. For NHS, these credits will count as free electives.

Music    No credit is awarded for this examination.

Philosophy    Students with a score of 6 or 7 on the Higher Level exam will receive three credits for PHIL-020 (Introduction to Philosophy). These credits satisfy half of the core requirement in philosophy. COL and NHS students must take a "bridge" ethics philosophy course (PHIL-100–149) or PHIL-010 or PHIL-098 to fulfill the core philosophy requirement. MSB students must take STRT-230 to fulfill the core philosophy ethics requirement in their sophomore year. SFS students must take PHIL-099 (Political and Social Thought) to fulfill the core philosophy requirement.

Physics    No credit is awarded for this examination.

Psychology    For a score of 6 or 7 on the Higher Level exam, the student will be awarded three credits for PSYC-001 (General Psychology). Psychology majors and minors must substitute an additional psychology elective. Neurobiology majors with a score of 6 or 7 place out of PSYC-001 but are still required to take two Group B courses toward their degree.

Social Anthropology    No credit is awarded for this examination.

Theater    No credit is awarded for this examination.

Theory of Knowledge    No credit is awarded for this subject.

Visual Arts    Students with a score of 6 or 7 on the Higher Level exam will receive three credits for ARTS-100 (Design I); however, this credit will not fulfill the student's core Humanities: Arts, Literature and Culture requirement.

GTOWN_00000018

# Expenses and Financial Assistance



1. Tuition & Other Expenses (https://bulletin.georgetown.edu/expenses/basicgeneralexpenses/)
2. Billing & Payment Services (https://bulletin.georgetown.edu/expenses/studentaccounts/)
3. Financial Assistance (https://bulletin.georgetown.edu/expenses/studentfinancialservices/)

# Tuition and Other Expenses



Georgetown University specifically reserves the right to increase tuition and other fees without prior notice should conditions be such that an increase is warranted.

By the act of registration, class attendance, or participation in other activities associated with enrollment at Georgetown, the student accepts financial responsibility for charges assessed to his/her student account. This financial responsibility is not relieved until payment has actually been made for any charges incurred.

| Table 1: Tuition and Other Expenses | |
|---|---|
| Fee Type | Amount |
| Tuition | |
| Tuition per semester (full-time, per semester) | $27,720.00 |
| Tuition (part-time, per credit) | $2,310.00 |
| Extra Courses (per credit above 20 credits) | $2,310.00 |
| English as a Foreign Language Tuition (full-time, per semester) | $9,216.00 |
| English as a Foreign Language Tuition (per credit) | $1,152.00 |
| Mandatory Fees | |
| Student Activities Fee (per semester) | $84.00 |
| New Student Orientation Fee (one-time) | $263.00 |
| International Student Orientation Fee (one-time) | $50.00 |
| Transcript of Record (lifetime): | |
| Degree program | $100.00 |
| Non-degree program | $40.00 |
| Program Fees (per semester) | |
| MSB Technology Support Fee | $80.00 |
| NHS Technology Fee | $175.00 |
| EFL Laboratory Fee | $65.00 |

GTOWN_00000020

| On-Campus Housing (per person, per semester) | |
|---|---|
| Dormitories | $4,938.00-6,035.00 |
| Apartments | $5,811.00-6,069.00 |
| Townhouses | $6,355.00-6,615.00 |
| Board (per semester): | |
| All Access 7+ Plan (includes $500 Flex) | $3,407.00 |
| All Access 7 Plan (includes $200 Flex) | $3,107.00 |
| 18-Meals per week plan (includes $200 Flex) | $3,007.00 |
| 14-Meals per week plan (includes $250 Flex) | $2,821.00 |
| Block 160 (meals per semester, includes $350 Flex) | $2,500.00 |
| Block 100 (meals per semester, includes $250 Flex) | $1,600.00 |
| Block 25 (meals per semester, includes $100 Flex) | $438.00 |
| Course Fees | |
| Laboratory Fee (per Biology, Chemistry, Physics or Psych course) | $150.00 |
| Language Lab Fee (per semester of language instruction) | $70.00 |
| Materials Fee (per Arts, Music & Theater, or Other course) | $50.00-150.00 |
| Contingent Fees | |
| Returned Check Fee (per returned item) | $80.00 |
| Payment Plan Enrollment Fee (per semester) | $50.00 |
| Late Registration Fee | $100.00 |
| Non-Payment Fee (per semester) | $100.00 |
| Service Charge (monthly, percentage of overdue balance) | 1.75% |

## Notes:

- Full-time tuition status for non-EFL undergraduates is a load of 12 to 20 credits, or GU Study Abroad
- The Yates Field House Fee is mandatory for full-time students
- The Student Activities Fee is mandatory for all undergraduate degree-seeking students
- All full-time undergraduate students must live on campus their first and second years, and for a third (junior or senior) year
- Board is mandatory for freshmen and sophomores living in on-campus housing, and selection for mandated students is limited.
  - Freshmen may select from the All Access 7, or 18-Meal-per-week plans.
  - Sophomores may select from the All Access 7, 18-Meal-per-week, 14-Meal-per-week, or 160 Meal Block plans.

Students must take action to drop or withdraw from classes in order to be eligible for a tuition refund according to the refund schedule (see the Expenses and Financial Assistance – Refunds section (https://bulletin.georgetown.edu/expenses/studentaccounts/)) applicable to their program of study. Students are responsible for receipt and review of their billing statements, and ensuring that their balance is settled in full by the due-date specified on such statements. Failure to do so may subject the account to late payment penalties. In the event that Georgetown University deems it necessary to utilize the services of a third-party collection agency in order to collect on a delinquent debt, the student will be responsible for paying the fees of such services (see Office of Billing and Payment Services Policies (https://bulletin.georgetown.edu/expenses/studentaccounts/)).

More information can be found on the Policies and Procedures section of the Revenue and Receivables Department's website (new window) (http://studentaccounts.georgetown.edu/policies).

# Billing and Payment Services



1. Billing and Payment Deadlines
2. Payment Options
3. Refunds
4. Penalties, Fees, and Tuition Refunds
5. Revenue and Receivables Department Policies

# 1. Billing and Payment Deadlines

Payment of Fall 2019 tuition and fees must be received in the Revenue and Receivables Department (new window) (http://studentaccounts.georgetown.edu/) no later than Friday, August 23, 2019. Payment of all charges incurred before the start of classes (August 28, 2019) is due immediately; unpaid accounts may be subject to the Non-Payment fee as well as service charges.

Payment of Spring 2020 tuition and fees must be received in the Revenue and Receivables Department no later than Tuesday, January 7, 2020. Payment of all charges incurred before the start of classes (January 8, 2020) is due immediately; unpaid accounts may be subject to the Non-Payment fee as well as service charges.

Georgetown University does not issue paper bills. Electronic copies of the student bill are periodically posted online. Upon the issuance of a new bill, an email will be sent to the preferred email address on file (by default, this will be the student's Georgetown email address), as well as to the email addresses of any authorized user. The email itself is not a bill, but a notification that a new bill has been posted online at Student Account Services (accessible to students via MyAccess (new window) (https://myaccess.georgetown.edu/), and to authorized users via a stand-alone portal).

In general, bills will be issued for active students with debit balances on a monthly basis. At the beginning of the fall and spring semesters, additional bills may be issued to ensure that students are kept fully apprised of changes to their accounts. Unofficial billing calendars, listing anticipated billing dates, will be posted online.

# 2. Payment Options

The Revenue and Receivables Department accepts the following payment methods:

## Electronic Checks

- Must be made online at the Student Accounts Services Site accessible via MyAccess
- Must come from a personal US-based checking or savings account. eChecks written from money market, investment, or line-of-credit accounts will be returned
- eChecks returned for any reason may be subject to an $80 returned check fee
- In certain cases, verification of eCheck clearance may be required before the removal of a registration hold. The final day to pay via eCheck in order to clear a registration hold prior to graduation is 5 business days before the start of graduation. After this point, payment must be made via cash, wire, certified check, money order, or credit card

## Paper Checks

- Must be drawn from a US-based bank, and in US dollars
- Student name and 9-digit Georgetown ID must appear on the check
- Checks should be mailed to the address listed on this website exactly as it appears
- Checks returned for any reason may be subject to an $80 returned check fee
- A paper check must be received by the due date in order to prevent the assessment of service charges
- In certain cases, verification of check clearance may be required before the removal of a registration hold. The final day to pay via check in order to clear a registration hold prior to graduation is 5 business days before the start of graduation. After this point, payment must be made via eCheck, cash, wire, certified check, money order, or credit card

## Cash

- Never send cash through the mail
- Can be deposited with our cashier on campus between 9am and 3pm Monday – Friday.

## Wire Payments

- For wire instructions, send an email request to studentaccounts@georgetown.edu
- Wires should be sent in US dollars
- Student name and 9-digit Georgetown ID must appear on the check
- Wire confirmation should be emailed or faxed to this office
- Wires will be posted on the business day following deposit into Georgetown's bank account
- Note that while domestic wires occur in real-time, wires originating in foreign countries may experience delays
- Neither Georgetown University, nor our financial institution, deducts any fees from wire transfers

## International Transfer of Funds via Flywire

- Available by visiting the Flywire website (new window) (https://www.flywire.com/pay/georgetown)
- Wholesale exchange rates, resulting in lower costs
- To execute payment, payor must:
    - Enter all required fields at Flywire site
    - Obtain transfer instructions at Flywire site
    - Execute instructions with his/her financial institution
- Payments will be posted to the student's account 2 business days after being noted as "Delivered" by Flywire.
- International students and their benefactors with foreign bank accounts denominated in US dollars should note that a traditional wire payment is likely the least costly method

# Credit Cards

- Major credit cards such as Visa, Mastercard, and American Express are accepted, along with Diners Club, JCB, and China Union cards
- Must be paid online using the PayPath service
- Credit card payment in person, via phone, or by email is not permitted
- The convenience fee equal to 2.85% of the payment amount is assessed by PayPath, not Georgetown, and will not appear on Georgetown billing statements
- For more detailed information, see our dedicated Credit Card FAQ (new window) (http://studentaccounts.georgetown.edu/CC-Faq)

# Certified Checks/Money Orders

- Certified checks and money orders can be mailed or delivered in person to our office on campus
- Georgetown University reserves the right to insist upon payment with a certified check

# Financial Aid

- For instructions on applying for aid, visit the website of the Office of Student Financial Services (new window) (http://finaid.georgetown.edu/)
- Estimated aid will be reflected on the bill as "memo" items
- Students must submit a complete (as determined by the Office of Student Financial Services) Financial Aid application
- All financial aid memos will be removed from student accounts before the end of the semester. Late fees will be assessed against any remaining balance
    - Fall memo removal date: October 1st
    - Spring memo removal date: March 1st
- Any questions about financial aid should be directed to the student's *counselor* (new window) (http://finaid.georgetown.edu/staff-directory/)

# Third-Party Billing

Students must submit a valid billing authorization to the Revenue and Receivables Department Third-Party Billing operation (thirdpartybilling@georgetown.edu (new window))

GTOWN_00000025

## Enrollment in a Payment Plan

- Must be performed via Student Account Services

# 3. Refunds

The Revenue and Receivables Department generally requires a student's request in order for a refund to be generated; students may request a refund whenever total payments to their account exceed total charges. Negative values in the "Current Due" field may not reflect a refundable balance, as this value can reflect memo items connected with payment arrangements (such as anticipated payments from third-party sponsors).

The Revenue and Receivables Department will automatically issue refunds in two circumstances: when payments for a particular semester from Title IV sources exceed institutional charges (as required by federal law and regulations) and when the student has become inactive while retaining a credit balance, the action leading to the inactivity being deemed as creating a request for a refund.

The Revenue and Receivables Department processes *refund requests (new window) (http://studentaccounts.georgetown.edu/faq/)* within three business days of submission. Additional processing time for the generation and mailing of a refund check, or for the execution of an electronic transfer of funds, is outside the control of RR.

The Revenue and Receivables Department reserves the right to hold or deny a refund request when there is the possibility that the charges on the student account were not properly assessed, or when payments are subject to adjustment. If for any reason a refund request is not approved, an email will be sent to the student indicating the reason and the contact person with whom the student should discuss the matter. If, after further analysis, it is determined that the student is eligible for a refund, a new request must be submitted online.

If the student is requesting the return of funds paid via a credit card (e.g., via PayPath), the refund will be sent to the credit card in question.

If the student has *established an electronic refund profile (new window) (http://studentaccounts.georgetown.edu/faq/)*, refunds will be deposited to the account indicated via ACH (Automated Clearing House) transaction. If the account information is inaccurate, or if the account has been closed, the student will be notified via email of the failed transaction.

For students who have not established an electronic refund profile, refunds will be issued via paper check and mailed to the student's local address, if one is on file, otherwise to the permanent address on file. If the paper check is not received in a reasonable amount of time, the student should contact the Revenue and Receivables Department and request a stop payment of the missing check. When this has been accomplished, the student will need to verify the address on file, and again request the refund.

Note that Revenue and Receivables Department does not issue refunds via wire transfer. We apologize for any inconvenience.

If a student receives a refund to which he or she was not entitled, any outstanding balance that may result must be paid back to the student account immediately to prevent penalties.

Enrolled students may apply for an emergency loan with Revenue and Receivables Department. Approval of any such e-Loan request is entirely at the discretion of Revenue and Receivables Department. The amount of any approved loan is charged to the student account, and must be repaid in full if a student is to avoid a financial hold.

GTOWN_00000026

Federal regulations prevent institutions of higher education from using certain federal aid disbursements for payment of any charges other than tuition, mandatory fees, room, and board, without prior written consent. This means that a student wanting to use financial aid funds to pay insurance charges, immunizations charges, library fines, or other like charges, must give the Office of Student Financial Services (Financial Aid Office) advanced written approval to do so. If the student does not submit written approval, and receives a refund that creates an amount due on the student's account, the student will be charged late fees on any outstanding balance that is not covered under federal regulations.

# 4. Penalties, Fees, and Tuition Refunds

## Service Charges

Any balance which remains unpaid as of a billed due-date will be subject to a service charge equal to 1.75% of the overdue amount. Service charges are assessed on a monthly basis.

Service charges and non-payment fees will not be forgiven if they are assessed due to late or incomplete submission of financial aid application materials, late or incomplete submission of sponsorship documentation, or enrollment in a payment plan after penalties have been assessed.

Additional penalties may be assessed to delinquent accounts that are referred to a third-party collection agency. More details can be found below in section 5(b).

## 4a. Late Registration Fee / Non-Payment Fee

A Late Registration Fee will be assessed to anyone who initiates registration on or after the first day of classes in a given semester. A Non-Payment Fee may be assessed to any student who does not make payment in full by the end of the regular session add/drop period for the semester.

## 4b. Withdrawals/Tuition-Fee Refunds

By act of Registration, students accept the responsibility for charges of the entire semester, regardless of attendance in class and regardless of the method of payment used; "registration" includes pre-registration, registration, and all courses added after the student's initial registration. Cancellation of registration for individual courses must be made through the Withdrawal workflow in MyAccess. The Academic Dean's approval via the withdrawal workflow is the official procedure for withdrawal from individual courses. Discontinuance by notifying anyone else is not considered official notice of discontinuance. Official voluntary withdrawal from the University is done through written notice to the Office of the Dean and submitted to the Office of the University Registrar.

Students registering for more than twenty credits will be charged and will be responsible for payment of the extra tuition, regardless of attendance in class.

Should a student voluntarily withdraw from school, credit for tuition will be calculated from the date the Office of the Dean is notified according to the following percentages:

| Table 1: Fall 2019 and Spring 2020 (Excludes SCS) Standard Refund and Withdraw Schedule | | | |
|---|---|---|---|
| Withdrawal Period | Refund | Fall 2019* | Spring 2020** |

| | | | |
|---|---|---|---|
| 1st – 2nd Weeks | 100% | Aug. 28 – Sept. 10 | Jan. 8 – Jan. 21 |
| 3rd – 4th Weeks | 80% | Sept. 11 – Sept. 24 | Jan. 22 – Feb. 4 |
| 5th – 6th Weeks | 70% | Sept. 25 – Oct. 8 | Feb. 5 – Feb. 18 |
| 7th – 8th Weeks | 50% | Oct. 9 – Oct. 22 | Feb. 19 – Mar. 3 |
| 9th Week | 40% | Oct. 23 – Oct.29 | Mar. 4 – Mar. 10 |
| 10th Week | 0% | Oct. 30 – Nov. 21 | Mar. 11 – Apr 14 |
| Tuition will not be refunded after: | | Oct. 29 | Mar. 10 |
| Last Day to Withdraw: | | Nov. 21 | Apr. 14 |

Students in the School of Continuing Studies (SCS) should refer to the SCS Academic Calendar (https://scs.georgetown.edu/resources-current-students/academic-calendar/) for their Fall 2019 (https://scs.georgetown.edu/resources-current-students/academic-calendar/fall/), Spring 2020 (https://scs.georgetown.edu/resources-current-students/academic-calendar/spring/), and Summer 2020 (https://scs.georgetown.edu/resources-current-students/academic-calendar/summer/) refund and withdraw schedule. For non-standard refund and withdraw schedules please refer to the University Registrar Main Campus First & Second Session schedule (https://registrar.georgetown.edu/registration/tuition/main-campus-modular)

Departments or programs who offer non-standard courses for less than 7.5 weeks are required to submit for approval those course to the Office of the University Registrar. Students should check with their program or email the registrar's office at registration@georgetown.edu for clarification. The refund of tuition and fees shall be made in accordance with the policies previously mentioned. Students who feel that individual circumstances warrant an exception from the published policy should make a written request for an exception. This should be directed to the appropriate Dean's Office in the case of tuition and the appropriate office mentioned above for other fees. This includes cases of involuntary withdrawal.

# 4c. Withdrawals/Refunds for GU Programs Abroad

An exception to the Georgetown refund/withdrawal policy is made for students on Georgetown University approved study abroad programs. Students who are registered to participate in an approved study abroad program and who wish to voluntarily withdraw must notify the Office of Global Education (OGE) in writing of their intention to withdraw. Refunds will be calculated from the date OGE is notified. For semester and full-year programs, students who withdraw from an approved study abroad program after accepting nomination in writing and before the beginning of their overseas program will be assessed a $300 OGE administrative fee, and will be responsible for any non-recoverable program expenses incurred overseas on his/her behalf by Georgetown University, the host university, or the program provider. Summer program participants are required to pay a non-refundable $500 deposit and will be charged for any additional non-recoverable costs incurred on their behalf and any non-recoverable expenses incurred for the student. Students who withdraw after the beginning of their overseas program will be refunded a percentage of the Georgetown tuition charge, based on the Georgetown refund schedule, less non-recoverable costs as determined by the partner institution, and the Education Abroad Insurance fee. Georgetown University is not responsible for costs paid directly by the student to partner institutions or third-party providers.

When the OGE declares that a "crisis" exists affecting a study abroad program, the following Crisis Refund Policy will go into effect for relevant students from the Main Campus:

If GU directs students to leave a particular program abroad, Georgetown University will refund 100% of recoverable fixed costs billed through Georgetown University. Recoverable fixed costs will be determined by GU partner institutions or third party providers. Georgetown University is not responsible for costs paid by the students directly to partner institutions or third-party providers. Georgetown University will assist students, to the extent possible, to transfer credit for coursework completed prior to the declaration of a "crisis" or to facilitate special courses for those graduation requirements affected by Georgetown's declaration of "crisis" and suspension of the student's program-in-progress. The need for special courses will be determined on an individual basis by the Main Campus Deans Office in consultation with the Office of Global Education.

# 5. Revenue and Receivables Department Policies

## 5a. Student Accounts Records

Student Accounts records include both electronic and paper records pertaining to the student's account. Electronic information is secured by University Information Services; paper records are secured in the Revenue and Receivables Department. All records are retained for a period of seven years following graduation or withdrawal from the University. It is the responsibility of the student to maintain a current billing or permanent address, as well as other valid contact information, with the Revenue and Receivables Department.

University policy and federal law prohibit the release of Student Accounts records to any third party without the written permission of the student. Student Accounts records are included within the scope of the University's official student records policy developed under the guidelines of the Family Educational Rights and Privacy Act of 1974. Therefore, the information contained in the various catalogs under the section "Policy on the Disposition of Official Records" also applies to Student Accounts records, with the following additions:

Student Accounts records are not released to any party seeking information about the payment promptness of the student or parent.

The financial records of former students still in debt to Georgetown University may be provided on a confidential basis to a credit bureau, collection agency, and/or an attorney selected to assist the University in the collection of the debt.

Students have the right to inspect and review their Student Accounts records maintained in the Revenue and Receivables Department. The student must show adequate identification before being given access to his or her file.

## 5b. Processing for students who leave the University

Debt to the university is immediately due at the time a student becomes inactive. The reason for the inactivity is immaterial, whether it be graduation or completion of an academic program, withdrawal, an approved leave of absence, failure to register for the next semester in the student's academic program, or any other reason.

The Revenue and Receivables Department will issue a final invoice to inactive students with debt. Payment is due within 30-days of the date that the statement was issued. If payment has not been made by the due date, the account will be forwarded to a collection agency. Collection agencies typically assess a fee equal to one-third of the value of the debt; the student will be responsible for paying this fee in addition to the original outstanding balance. Once debt has been transferred to a collection agency, all payments will be processed by that agency. In addition, the collection agency may report the debt to credit bureaus.

Past due balances are non-negotiable and will not be recalled from the collection agency once submitted.

Students will be declared inactive when any of the following circumstances occur:

- The student fails to register for a term he/she would otherwise be expected to register for as part of his/her academic program
- The student has graduated from Georgetown University and has not been admitted into another program
- The student withdraws from school during the current term for any reason
- The student takes or is placed on a leave of absence
  (https://bulletin.georgetown.edu/regulation/matriculation#LeaveOfAbsence)

# 5c. Financial Holds and Registration

A student with an account balance for a given semester is ineligible to register for any subsequent semester.

Financial holds prevent academic registration, the generation of official transcripts, and the issuance of diplomas and certificates. They are applied to the accounts of students with amounts due prior to the start of registration for the following term according to the following schema:

| Table 2: Financial holds per term | | |
|---|---|---|
| Term | Date | On Account Balances Greater Than |
| Spring 2020 | October 15, 2019 | $2000 |
| Summer 2020 | January 31, 2020 | $100 |
| Fall 2020 | March 16, 2020 | $100 |

Financial holds are not released until the past-due debt is paid in full; payment arrangements are not sufficient to release these holds. The Revenue and Receivables Department reserves the right to keep a financial hold in place until it can verify that funds have been deposited (without the possibility of reversal) into a Georgetown bank account.

Additionally, any student that has become inactive and for whom there remains an outstanding balance will have a hold placed on his or her account.

Georgetown University reserves the right to cancel the registration of a student who pays a past due balance with a check that is returned for insufficient funds. Withdrawal will be effective on the date the check is returned to the University. All future payments made to the University must be in the form of a certified check. No personal checks will be accepted. The student will be responsible for payment of tuition and fees in accordance with the voluntary withdrawal schedule (see Withdrawals/Refunds).

Georgetown University also reserves the right to demand payment of all tuition and fees in advance of the provision of any instruction or other services. Students may be denied services, including registration into classes, if payment is not made in accordance with these demands.

# 5d. Third Party Billing

The Revenue and Receivables Department offers to invoice directly third-party sponsors (such as the US Federal Government, foreign governments, private companies, and so on) for the educational costs of Georgetown students, at no cost to the student.

In order to meet the requirements of FERPA
(https://bulletin.georgetown.edu/regulation/records#Student%20Records%20Policy), and to ensure that
bills are issued only for eligible students, official documentation endorsed by the sponsors detailing the third party's
obligation to the student must submitted to the OSBPS. Any such authorizing document must contain the following
(authorizations which fail to meet any of these requirements may be deemed insufficient):

- Student name
- Georgetown University ID number (the 9-digit code beginning with 'G')
- Name, physical address, and email address of the sponsor
- Academic terms covered
- Types of charges covered (i.e., tuition, fees, housing, etc.)
- Expected dollar amount of coverage
- Any special invoicing requirements of the sponsor

Examples of acceptable documentation include the US Government Training Authorization Form (SF-182), Contract for
Commercial Items (SF-1449), a financial guarantee from a foreign government, or any award letter on official letterhead
containing the above items.

In order to ensure prompt processing, authorizations should be sent via email as PDF attachments to
thirdpartybilling@georgetown.edu. In the event that the student does not have access to an electronic copy of the
document in question, and does not have access to a scanner, authorizations can be faxed to (202) 687-1963 or mailed to
our office.

The Revenue and Receivables Department reserves the right to refuse to invoice any third-party, and to refuse to grant
temporary credit for anticipated payments.

When possible, invoices will be sent to the sponsoring entity within 72 hours of receipt of the authorization. In the event
that the authorization is sent prior to the registration period for a given term, and the student has not pre-registered for
courses, invoices will be sent following the end of the add/drop period. During the summer terms, invoices will be sent
following the receipt of authorization and the assessment of charges.

Georgetown University expects sponsors to process invoices and submit payment upon the issuance of an official invoice.
If the billing authorization is submitted at the beginning of the semester, an exemption from late fees and service charges
will be granted through the date on which financial holds are placed to any balance covered by a sponsor, in order to give
the sponsor ample time to process the invoice. If the sponsor fails to make payment after this point, financial responsibility
will revert to the student. Any outstanding balance will be subject to late fees, service charges, and the student will have a
registration hold placed on his or her account. Financial holds will only be removed when the balance is paid in full.

Any student sponsored by an agency that refuses to remit payment until after the completion of a course or semester, or by
an agency that will not remit payment upon receipt of an invoice for any reason, will not be granted the aforementioned
exemption from late fees or service charges. In instances such as these, it will be the student's responsibility to arrange for
payment of his or her balance by the payment due date, and then to recoup the funds from any subsequent payment by the
agency in question.

Any student sponsored by an agency that intends to remit payment directly to the student (as opposed to paying
Georgetown directly) must make arrangements to settle his or her balance by the due date. Any late fees which accrue
against an unpaid balance after this date will not be reversed.

GTOWN_00000031

# Financial Assistance

Undergraduates can obtain information about financial assistance for meeting college costs from the Office of Student Financial Services (OSFS), which is located in G-19 Healy Hall. Our mission is to make it financially possible for every admitted applicant to attend Georgetown University, ensuring that we recruit, retain, and graduate a talented and diverse learning community.   Our services, policies, and programs are described in brief below.

Visit the Office of Student Financial Services (new window) (http://finaid.georgetown.edu/) website for the most current information about financial assistance for Main Campus, School of Nursing & Health Studies (SNHS), and School of Continuing Studies (SCS) undergraduates.

Meet our Office of Student Financial Services staff (https://finaid.georgetown.edu/about-us).

# Meeting College Costs

The OSFS helps students apply for and obtain need-based financial aid funding from federal, state, private, and institutional grant, scholarship, employment, and loan programs.  In addition to need-based financial aid, the OSFS helps students utilize financing options to meet college costs, e.g., parent and private loans, external scholarships, employer and veteran benefits, and monthly payment plans. Click on any of the links below to jump to a section heading:

- Eligibility for Need-Based Financial Aid
- Applying for Need-Based Financial Aid
- Financial Aid Award Revisions
- Student Responsibility for Monitoring GU E-mail and MyAccess

- Financial Aid Award Renewals
- Financial Aid Program Descriptions
- Financial Aid and GU Billing Accounts
- Financial Aid & The IRS

# Eligibility for Need-Based Financial Aid

At Georgetown most financial aid is awarded based on demonstrated financial need.  With the exception of some athletic scholarships, Georgetown does not offer merit-based scholarships.  More than half of Georgetown's undergraduates receive some form of financial aid.

Demonstrating Financial Need:  Financial need is the computed difference between the total average cost of attendance and a calculated expected family contribution/responsibility.  The average cost of attendance expense budget used to determine eligibility for need-based financial aid can be found on the Office of Student Financial Services website (http://finaid.georgetown.edu/).  The expected family contribution/responsibility is calculated from the information aid applicants provide on the Free Application for Federal Student Aid (FAFSA) (required for all applicants who are U.S. citizens or permanent residents), and the CSS Profile financial aid application (required for some applicants), and federal tax returns. If the aid applicant will have other resources available to meet college costs, such as a state or privately–

sponsored grants or scholarships, or tuition benefits from an employer, or benefits from government agencies such as the Bureau of Indian Affairs or Veterans Administration, these resources must also be considered in determining need for financial aid.

If the cost of attending Georgetown University is greater than the expected family contribution/responsibility plus other available resources, the applicant may be eligible for need-based financial aid to fund the difference.

Eligibility Rules re: Federal Financial Aid Programs: The basic eligibility criteria are that applicants must demonstrate financial need (for most programs), be a U.S. citizen or an eligible non-citizen, be registered with the U.S. Selective Service (if you are a male), and be enrolled in an eligible degree or certificate program. More information about federal financial aid eligibility can be found through the Federal Studente Aid website (https://studentaid.ed.gov/sa/eligibility/basic-criteria).

More on Eligibility Rules re: Citizenship: Most non-U.S. citizens are *not* eligible to apply for federal financial aid. This includes students who have been granted Deferred Action for Childhood Arrivals (DACA) status, an F1 or F2 student visa, a J1 or J2 exchange visitor visa, or a G series visa (pertaining to international organizations). However, non-U.S. citizens with a social security number should still complete the Free Application for Federal Student Aid (FAFSA), even though they are not eligible for federal student aid programs, because many state agencies and colleges (including Georgetown) use the FAFSA to award their own aid. By exception, the following types of non-U.S. citizens are eligible to apply for federal financial aid: (1) permanent U.S. residents with a Permanent Resident Card (I-551); (2) conditional permanent residents with a Conditional Green Card (I-551C); (3) holders of an Arrival-Departure Record (I-94) from the Department of Homeland Security showing any one of the following designations: "Refugee," "Asylum Granted," "Parolee" (I-94 confirms that the holder was paroled for a minimum of one year and status has not expired, T-Visa holder (T-1, T-2, T-3, etc.) or "Cuban-Haitian Entrant;" or (4) holders of a valid certification or eligibility letter from the Department of Health and Human Services showing a designation of "Victim of human trafficking."

Eligibility for Georgetown Institutional Aid: Georgetown is committed to meeting the full demonstrated financial need of all eligible students and to meet that full need it awards millions of dollars in need-based institutional Georgetown Scholarships to hundreds of undergraduates each year. However, at the present time institutional funding is either limited or unavailable for international students, those who are neither U.S. citizens nor eligible non-citizens, undergraduates in the School for Continuing Studies (SCS), and undergraduates enrolled in summer terms.

Georgetown Athletic Scholarships: These institutional scholarships are awarded by the GU Department of Athletics on the basis of athletic and academic potential. Many are awarded based on demonstrated financial need and participation in a particular sport. Information about these opportunities can be obtained from the GU Department of Athletics.

Financial Aid for Study Abroad: all forms of financial aid (except federal work-study funds) can be applied to costs for Georgetown-approved and Independent Petition programs.

# Applying for Need-Based Financial Aid

Visit the *OSFS website* (new window) (https://finaid.georgetown.edu/) for the most current detailed instructions on how to apply for financial aid.

Students seeking only federal financial aid simply complete the Free Application for Federal Student Aid (FAFSA). Eligible undergraduates seeking Georgetown University Institutional Scholarship aid must typically (with some exceptions) complete both the FAFSA and the CSS Profile form.

Fee waivers for the CSS Profile application are typically available to first-year undergraduate college applicants whose parents live in the U.S. if the student used an SAT fee waiver, or if the parental income reported on the CSS Profile is approximately $45,000 or less for a family of four, or if the student is an orphan or ward of the court under the age of 24.

# Priority Application Deadlines for Georgetown Scholarships:

Early-action first-year students

Regular-decision first-year students

Transfer students

Continuing undergraduates

February 1

February 1

February 1

May 1

Late Applicants:  Students who apply for aid after the above "priority" deadlines may still qualify for federal, state, or private financial aid funds, but cannot be guaranteed consideration for Georgetown University institutional scholarship assistance if they apply after the priority deadline.

Verification of Application Data:  The <u>OSFS website (http://finaid.georgetown.edu/)</u> describes what students must do to validate and verify the data reported on their financial aid application.   Financial aid offers may be subject to revision based upon data and/or sibling enrollment changes made during the verification process, and Georgetown reserves the right to withhold disbursement of financial aid awards until the verification process is complete.

# Unique Requirements/Restrictions for Some Applicants:

*Undergraduates in the School for Continuing Studies:* These students may be eligible for loans, federal grants, private scholarships, and other external awards, but are generally not eligible for Georgetown Scholarships.

*Self-Employed Parents/Students & Business and/or Farm Owners:* Applicants for Georgetown's need-based institutional scholarships must submit copies of parent/student personal, business, and/or farm tax returns via the College Board's secure online IDOC portal.

# Divorced or Separated Parents:

*For Federal Financial Aid*:  To apply for federal financial aid programs, the student applicant, his/her custodial biological parent, and step-parent (if the custodial parent has remarried) must complete the Free Application for Federal Student Aid (FAFSA). The FAFSA has instructions to help the applicant determine who is the custodial parent if that status is not clear.

*For Need-Based Institutional Georgetown Scholarship*:  Georgetown University recognizes that complications may arise in meeting educational costs when parents are divorced or separated. Georgetown believes, however, that parental responsibility for educational costs does not cease upon divorce or separation. The University expects that both biological parents (even when divorced, separated, remarried, or never married) will provide funds for educational expenses based on their ability to contribute from their income and assets.

GTOWN_00000034

To apply for Georgetown's need-based institutional scholarships, the student applicant, his/her custodial biological parent and step-parent (if the custodial parent has remarried) must complete the Free Application for Federal Student Aid (FAFSA) and the College Scholarship Service (CSS) Financial Aid Profile Form. The non-custodial biological parent must also complete a separate College Scholarship Service (CSS) Profile form. Information on the non-custodial parent's application will remain separate and confidential from the custodial parent.

Eligibility for Georgetown scholarship assistance is based on the income and assets of the biological parents, either the custodial parent and step-parent or the custodial parent and non-custodial parent (with step-parent information discounted from the need analysis). A contribution towards college expenses will be sought from only two of the three or four (if applicable) parties, but information is collected from all in order to determine parent ability to contribute towards educational expenses. The requirement will not be waived even if the noncustodial parent refuses to complete the form, or a divorce decree states that the noncustodial parent is not responsible for the student's educational expenses.

*Exceptions*: In a limited number of special cases, the criteria listed below are considered to evaluate requests to waive the requirement for non-custodial parent information. Applicants seeking a waiver based on these criteria must submit a College Scholarship Service (CSS) request for waiver form. Meeting one or more of the waiver criteria listed below does not automatically qualify students for a waiver; a combination of these criteria must be present for Georgetown to consider waiving the requirement. Independent third party documentation may be requested to support requests for waivers. The criteria considered in combination are:

- Can the non-custodial parent be located by the applicant or custodial parent? If not, documentation of unsuccessful attempts to contact the non-custodial parent is required to support a request for waiver, e.g., copies of court records or requests for assistance from state or local government agencies;
- Is the non-custodial parent completely incapable of making a financial contribution due to lack of income/assets? The non-custodial parent's inability to contribute must be documented to support a request for waiver, e.g., non-custodial parent's receipt of need-based government assistance such as food stamps, welfare, or SSI benefits, or incarceration of non-custodial parent would document incapacity;
- Has the non-custodial parent made child support payments recently and consistently? If not, a statement to that effect and/or documentation of unsuccessful attempts to obtain child support payments is required to support a request for waiver;
- Did the divorce or separation take place so long ago that it is unreasonable to expect a contribution from the non-custodial parent? If the divorce or separation took place more than ten years ago, and if other criteria for waiver are met (such as lack of child support payments), it is more likely that the requirement for non-custodial parent information will be waived.
- Is there a documented case of abuse or a legal order that limits the noncustodial parent's contact with the student? If so, copies of court documents or other legal orders are required to support a request for a waiver.

# Self-Supporting (Independent) Students:

*For Federal Financial Aid*: Students who claim to be self-supporting at the time of their enrollment at Georgetown University may meet the federal definition of financial independence to qualify for federal aid as an independent applicant. For the 2019–2020 academic year, students who were born before January 1, 1996, or are active duty or veterans of the U.S. Armed Forces, or are wards of the court, or have been in foster care since age 13, or whose parents are deceased, or are an emancipated minor, or are in legal guardianship, or are homeless, or are legally married or separated, or have legal dependents other than a spouse may qualify for federal financial aid as an independent applicant without providing parental information.

*For Need-Based Institutional Georgetown Scholarship*: To be considered for a Georgetown scholarship, all applicants are expected to provide parental income and asset information, even if they meet the requirements for independent status for purposes of federal financial aid eligibility.

*Exceptions*:  In a very limited number of special cases, the requirement to provide parent information may be waived. Applicants for Georgetown scholarship aid who are wards of the court, in foster care, are homeless, or whose parents are deceased are typically accepted as "independent" and do not have to provide parent information. Other exceptions to the general rule that applicants for Georgetown scholarship aid must provide parent information are made on a case-by-case basis. The criteria for exceptions (considered in combination) are:

- Can the applicant document self-support for several years prior to entering college? Students must provide evidence that they were able to financially support themselves, e.g., tax returns showing a level of income that would support the student independent of outside resources;
- Can the applicant provide documentation from independent third parties regarding the complete absence of a parent/student relationship for an extended period of time?
- Is the applicant of an age that would imply independence? Waiving the requirement for parental information becomes more reasonable as the age of the applicant increases, if the other criteria are met.

# International Students and Other Non-U.S. Citizens:

Financial assistance is limited for students who are neither U.S. citizens nor eligible non-U.S. citizens.

*For Federal Financial Aid*:  Most non-U.S. citizens are *not* eligible to apply for federal financial aid.  This includes students who have been granted Deferred Action for Childhood Arrivals (DACA) status, an F1 or F2 student visa, a J1 or J2 exchange visitor visa, or a G series visa (pertaining to international organizations).  However, non-U.S. citizens with a social security number should still complete the Free Application for Federal Student Aid (FAFSA), even though they are not eligible for federal student aid programs, because many state agencies and colleges (including Georgetown) use the FAFSA to award aid. By exception, the following types of non-U.S. citizens are eligible to apply for federal financial aid: (1) permanent U.S. residents with a Permanent Resident Card (I-551); (2) conditional permanent residents with a Conditional Green Card (I-551C); (3) holders of an Arrival-Departure Record (I-94) from the Department of Homeland Security showing any one of the following designations: "Refugee," "Asylum Granted," "Parolee" (I-94 confirms that the holder was paroled for a minimum of one year and status has not expired, T-Visa holder (T-1, T-2, T-3, etc.) or "Cuban-Haitian Entrant;" or (4) holders of a valid certification or eligibility letter from the Department of Health and Human Services showing a designation of "Victim of human trafficking."

*For Need-Based Institutional Georgetown Scholarship*: Georgetown offers a very limited number of need-based scholarships to selected non-SCS first-year students with demonstrated financial need who are neither U.S. citizens nor eligible non-U.S. citizens. Prospective students who wish to be considered for one of these awards must indicate their interest on the Georgetown application for undergraduate admission, and must submit a College Scholarship Service (CSS) Financial Aid Profile (new window) (https://student.collegeboard.org/css-financial-aid-profile) form.

---

# Financial Aid Award Revisions

Financial aid awards may be revised for the reasons explained below.

Requesting Additional Aid: Changes in family circumstances (illness, accident, unemployment, business failure) can prompt students to seek additional financial assistance in meeting college costs and Georgetown makes every effort to respond to those needs. Students may be eligible for additional financial aid if there has been a substantive change in family finances that was not reported on the initial financial aid application(s). Typical examples of such changes include significant reductions in reported income or assets, unreimbursed medical expenses, uninsured losses, unemployment, or a serious illness or death in the family.  Some students may have extraordinary expenses that can be added to the standard educational cost of attendance used to determine financial aid awards.  Typical examples include documented costs of childcare, or student health insurance premiums.  Students with disabilities may have special expenses related to their health care or living arrangements that can be recognized in calculating their need for assistance.  Undergraduates can

GTOWN_00000036

request an additional review of financial aid eligibility by completing a "Changes to Reported Information" form, which can be downloaded from the OSFS website (new window) (http://finaid.georgetown.edu). Students are also encouraged to discuss their concerns with a counselor in the Office of Student Financial Services to explore the options available to meet their changed or special circumstances.

Changes in Enrollment Status: Students who change their enrollment status from full time to part time in any semester, or students who withdraw from the University prior to the end of a semester, will typically become eligible for less financial aid than students enrolled full time for an entire academic year. Students considering making a change in their enrollment status should contact the Office of Student Financial Services to determine what impact an enrollment change will have on eligibility for financial assistance.

Receipt of External Scholarships & Benefits: Students must report their outside scholarships, tuition, veterans, and other educational benefits to the GU Office of Student Financial Services through Georgetown's *MyAccess* (https://myaccess.georgetown.edu/pls/bninbp/twbkwbis.P_WWWLogin) website by going to "Award Information" then to "Resources/Additional Information". Under federal law and University policy these resources must be considered in determining financial aid eligibility.

Students who receive need-based financial aid from Georgetown and also receive outside-sponsored scholarships or outside-sponsored tuition benefits may use their external awards to reduce or eliminate (where possible) the GU adjustments to their expected family contribution (when the expected GU family contribution is higher than the minimum expected Federal family contribution), and/or to reduce or eliminate their Federal Work-Study employment, and/or to reduce or eliminate their student loan, before any adjustment is made in their Georgetown Scholarship award. If the total amount of a student's outside scholarships exceeds the amount of adjustments that can be made to the expected family contribution, and/or work, and/or loan, then the outside scholarship may affect the student's eligibility for Georgetown Scholarship. Under federal law and Georgetown University policies, no student may receive more financial aid than meets his/her demonstrated financial need.

Federal Pell Grants and Georgetown University Tuition Assistance Program (TAP) benefits are used to meet a student's need for Georgetown University Scholarship aid; Pell and TAP awards will replace/reduce Georgetown scholarships 100% on a dollar-for-dollar basis.

The OSFS works closely with the GU Veterans Office to connect student veterans with the resources they need to successfully transition from combat to classroom to career. Students should contact the veteran's office to determine if they qualify for educational benefits. Once eligibility for Veteran's Administration (VA) funding has been determined, students must report the VA benefit to the OSFS to determine how it may impact eligibility for other components of the student's need-based financial aid.

Under NCAA rules, student-athletes must report all external awards and the criteria under which the student-athlete was considered for the award, e.g. athletic talent, academic merit, and/or financial need. If athletic participation is any component of the external award criteria, or selection process, the external award will count against the student-athlete's team limits. A student-athlete's ability to accept the external award will be determined on a case-by-case basis.

# Student Responsibility for Monitoring GU E-mail & MyAccess

The GU Office of Student Financial Services (OSFS) helps students and their families determine what aid they might be eligible to receive from dozens of college financial aid and financing programs, and by managing award disbursements that are in compliance with each sponsor's rules and regulations. The OSFS expects students to be active partners in that process and to take personal responsibility for monitoring the progress of the financial aid applications and award disbursements that are managed on their behalf by the OSFS.

GTOWN_00000037

The OSFS typically emails official notices about the processing of aid and financing applications and disbursements to student's official Georgetown University email addresses. Students are expected to monitor their GU email boxes on a regular basis and are expected to respond promptly to email notices from the GU OSFS.

Students are also expected to monitor their financial aid applications, financial aid disbursements, and University billing statements on a regular basis via Georgetown's *MyAccess* (new window) (https://myaccess.georgetown.edu/) website. At the site, Georgetown students can login to their account using their NETID and password to view whether a required form or document is missing from their financial aid record, learn how to take appropriate corrective action to resolve the issue quickly, accept or reject any aid offered, monitor that all of their financial aid awards have been paid to their student billing account, and view their current student billing account balance.

# Financial Aid Award Renewals

Annual Application & Need Analysis Requirement: Because the amounts and sources of financial aid program funding change each year, and because families' financial circumstances may also change, students are required to complete a new financial aid application each year. Financial aid recipients can be reasonably assured of continuing financial support for four undergraduate years at Georgetown provided the funding sources are available, students continue to demonstrate the same level of financial need, make satisfactory academic progress (this requirement is explained below), and are in good standing with the University.

Maintaining Satisfactory Academic Progress (SAP): Federal regulations require that, in order to be eligible for assistance from any Federal Higher Education Act Title IV student aid program (Federal Pell Grant, Federal SEOG, Federal Work-Study, Federal Perkins Loan, Federal Direct Subsidized/Unsubsidized Loan, Federal PLUS Loan) a student must be making "satisfactory academic progress" toward the completion of a degree. This requirement also applies to a student's eligibility for Georgetown scholarship and Georgetown Loan.

Please note that these standards do not replace or supersede Georgetown's academic regulations or individual schools' regulations and procedures regarding progress towards graduation. Georgetown's student financial aid SAP policies for undergraduate students are similar, but not identical, to the university's <u>Academic Regulations</u> published elsewhere in this *Undergraduate Bulletin*. Students should review and comply with both sets of policies and ask for clarification as needed. Questions regarding the student financial aid SAP policy should be directed to the Office of Student Financial Services; questions regarding the university's academic regulations should be directed to a student's academic Dean's office.

The Federal SAP standards for undergraduate students require the following components:

1. *Qualitative Standard*: Students must have a minimum cumulative GPA of 2.0 at the end of their sophomore year, and at the end of each semester thereafter.
2. *Quantitative Standard*: Students must complete at least 67% of courses attempted. For example, a student who has 30 cumulative attempted credits must have at least 21 cumulative credits completed. At Georgetown the standard undergraduate enrollment is 12–15 credits per semester. Transfer credits and AP credits that have been accepted as part of the degree program will count as both attempted and completed hours toward degree completion. Incompletes (until resolution), withdrawals after the add/drop period, and failing grades all count as attempted but not completed credit hours.
3. *Maximum Time Frame for Degree Completion:* Students must be completing credits at a rate which would enable them to complete the bachelor's degree in a maximum time frame of 150% of a normal time frame to complete the degree. Undergraduates are expected to graduate in four years after completing a minimum of 120 credits. Therefore, undergraduates must complete their degree in 6 years or 12 semesters in order to meet the Federal SAP standards.

GTOWN_00000038

Satisfactory academic progress of financial aid recipients must be tracked from the first date of enrollment regardless of whether or not financial aid was received. Additionally, transfer credits and repeated courses must be counted as attempted courses and must also count toward the maximum time frame to complete a degree.

Satisfactory academic progress is reviewed at the end of each semester, including the summer session. If students meet the SAP standards, they remain eligible for federal and university financial aid. Otherwise, they may be placed in either a "Financial Aid Warning" status, or a "Financial Aid Ineligible" status.

*SAP Status—Financial Aid Warning*: Students who do not meet the SAP standards will be given a Financial Aid Warning for their next semester of enrollment. The Financial Aid warning is only provided for the next semester after the student fails to meet SAP. Students will be notified via their GU email address of this status within a month of the end of the semester. Students are not required to take any action during this warning semester.

*SAP Status—Financial Aid Ineligible*: Students who fail to meet the SAP standards at the end of the Financial Aid Warning semester and do not have an approved appeal will enter a Financial Aid Ineligible status. Students in this status are not eligible for Federal Title IV financial aid or university aid. In some cases, financial aid may have disbursed prior to the notification of Financial Aid Ineligible status. When this situation occurs, the financial aid will be cancelled and removed from the student's GU Student Billing Account.

*Appeal Process*: Students have the right to appeal any decision of ineligibility to continue to receive financial assistance. An appeal may be considered for and unusual situation, condition, or other mitigating circumstances which prevented the student from passing courses, or which necessitated that a student withdraw from classes. Examples of possible situations include documented serious illness, severe injury, or death of a family member. Additionally, an explanation of what has changed that will allow the student to meet SAP standards in the next evaluation should be provided. Appeals can only be approved if the Financial Aid Appeals Committee determines that the student will be able to meet minimum SAP standards after the next payment period; or that the student has agreed to follow an academic plan established by his/her Dean's Office that if followed, will ensure that the student can meet minimum SAP standards by a specific point in time. Students will be notified via their GU email account regarding the results of the appeal.

*SAP Status—Financial Aid Probation*: Students whose appeals are approved and are not on an academic plan (see below) will receive financial aid on a conditional basis for one semester. The conditions will be outlined in a letter emailed to the student at his/her GU email address. The Financial Aid Appeals Committee will review each student's record at the end of the probationary semester to determine his/her financial aid eligibility for the subsequent semester. Students who fail to meet the conditions outlined during their pobationary semester may submit another appeal if there was a different event or set of circumstances that contributed towards failing to meet SAP. Students who fail to enroll after an appeal has been granted may be placed on Financial Aid Ineligible stauts and may be required to submit a new appeal before they will be eligible to receive financial aid.

*SAP Status–Academic Plan*:  Students whose appeals are approved but need more than one semester to meet the overall SAP standards will receive financial aid with an approved academic plan from their Dean.  The conditions of the academic plan will be outlined in a letter emailed to the student at his/her GU email address. If the student has been approved for an academic plan, their SAP status will be considered as "financial Aid Probation". The Financial Aid Appeals Committee will review each student's record at the end of the following semester to determine if the student has met the requirements of their academic plan.  Failure to meet the conditions of the academic plan will result in the student being ineligible for federal and institutional financial aid for the next semester.  This includes students who fail to enroll after an appeal has been granted. The student may appeal again with a revised academic plan.

# Financial Aid Program Descriptions

The programs offered by Georgetown University to help students meet college costs are briefly described below. Visit the Financial Aid website (new window) (http://finaid.georgetown.edu/) for the most current detailed information about these financial aid programs, who is eligible, and how to apply for them.

GTOWN_00000039

Need-Based Georgetown Institutional Scholarships: Each year Georgetown University awards several hundred need-based scholarships to eligible undergraduates. Individual awards range in value from $1,000 to more than $70,000 per year, depending on the student's financial need.

A portion of the scholarship assistance Georgetown awards to eligible undergraduates is funded by the generous gifts of University benefactors. Without this support from alumni and friends of the University, Georgetown would not be able to continue to meet the full financial need of all our aid applicants.  Named GU & NHS Scholarship awards are given to students who are eligible for Georgetown scholarship assistance who meet the additional selection preferences specified by the donors. A complete list of the named funds that have been donated to the University to support scholarships for undergraduates can be found on our website (http://finaid.georgetown.edu/).  Applicants are considered for these scholarships when they complete the standard Georgetown financial aid applications for need-based aid.  There is no additional application process for these named Georgetown Scholarships.

Many of our donors take a personal interest in the students who receive named scholarships funded by their gifts. Students selected for some of the named scholarship awards listed on our website may be asked to write a letter of appreciation to the donor of the scholarship fund, or to attend events to acknowledge the generosity of the donor. Students are strongly encouraged to participate in these activities in support of continued fundraising for the University's financial aid programs.

Federal & State Grants:  Federal Pell Grants are awarded by the U.S. Department of Education to students determined to have significant financial need.  The amount of each individual grant award depends on the student's financial eligibility and enrollment status.  Students apply for the Federal Pell Grant by completing the Free Application for Federal Student Aid (FAFSA).  Georgetown receives a small allocation of Federal Supplemental Educational Opportunity Grant (FSEOG) funds from the U.S. Department of Education each year. These funds are awarded to students with the greatest financial need, most of whom will also be Federal Pell Grant recipients. FSEOG funds are used in conjunction with Georgetown University Scholarship funds to meet the need for undergraduate scholarship assistance.  Students residing in certain states that offer portable funding may be eligible to receive state grants for study at Georgetown University. Most states provide information about application procedures and deadlines to high school guidance offices, and further information is available from each state's education agency.

ROTC Scholarships:  Reserve Officer Training Corps (ROTC) scholarships are available for up to four years of undergraduate study at Georgetown University. The Army ROTC program is based at Georgetown University, and students may participate in the Air Force and Navy programs through the Washington Consortium of Universities (https://bulletin.georgetown.edu/schools-programs/consortium/).

External Outside Scholarships: Many philanthropic organizations and others offer scholarships for college study. To learn more about these opportunities, visit our OSFS website (new window) (http://finaid.georgetown.edu/) which has a page with links to several free scholarship online search engines.

Tuition Benefits:  Many employers offer to pay all or part of the college tuition of their employees and their dependents.  Typically, the organization's personnel or human resources office can provide information about tuition benefits for employees and their dependents.  Georgetown provides tuition benefits to eligible University employees for various types of educational expenses. Applications and further information are available from the GU Office of Faculty & Staff Benefits (new window) (http://benefits.georgetown.edu/tap), or by calling that office at (202) 687-2500.

Military Educational Benefits:  The Georgetown University Veterans Office website (new window) (https://veterans.georgetown.edu/) describes the wide range of resources available to members of the military  pursuing higher education, including Military Education Benefits and the Yellow Ribbon Program.  Further information is available from the Georgetown University Veterans Office, which is located in Room 224 of the Car Barn Building at 3520 Prospect Street, or by calling that office at (202) 687-2708.

Student Employment & Federal Work-Study:  Currently enrolled students who wish to work part-time during the academic year or full-time during the summer can obtain employment through the Georgetown University Student Employment Office (SEO).  Georgetown participates in the Federal Work-Study (FWS) program, which ensures employment opportunities for eligible students by providing a federal subsidy to the earnings paid to program participants by their employers. Many Federal Work-Study jobs offer opportunities for  earning funds to pay educational costs while

doing work related to a student's academic interests and/or community service: students are employed to help solve problems related to health care, literacy training, education, welfare, social services, transportation, public safety, crime prevention and control, and community improvement. Georgetown also offers an Employment Referral Service (ERS) for currently enrolled students seeking on and off-campus employment who are not eligible for need-based Federal Work-Study funding. For more information visit the <u>GU Student Employment Office (SEO) website (new window)</u> (https://seo.georgetown.edu).

Federal Direct Student Loans: The *subsidized* Federal Direct Loan Program is available for undergraduates only; interest on the loan is paid by the federal government and repayment is deferred as long as the student remains in school on at least a half-time basis. *Unsubsidized* Direct Loans are also available for students who are not eligible for the need-based federal interest subsidy. Visit our <u>OSFS website (new window) (http://finaid.georgetown.edu/)</u> for information about current program rules and interest rates.

Nursing Student Loans: Georgetown offers these loans to undergraduate Nursing majors who demonstrate exceptional financial need. No interest accrues while the borrower remains in school on at least a half-time basis. Visit our <u>OSFS website (new window) (http://finaid.georgetown.edu/)</u>for information about current program rules and interest rates.

Federal Direct Parent Loans for Undergraduate Students (PLUS): Under this federally sponsored program, each year parents may borrow an amount up to the full cost of attendance at Georgetown minus all other financial aid the student is receiving. Visit our <u>OSFS website (new window) (http://finaid.georgetown.edu/)</u> for information about current program rules and interest rates.

Private Education Loans: Private education loans are offered by many lending institutions to assist students and their families with meeting college expenses. Students considering a private education loan program should carefully consider the terms and conditions of the loan. The maximum amount a student may borrow per academic period is the total cost of attendance minus all financial aid received. It is recommended that borrowers utilize their potential federal student and parent loan eligibility prior to exploring private education loans. Visit our <u>OSFS website (new window)</u> (http://finaid.georgetown.edu/) for information about current program rules and interest rates.

GU Monthly Payment Plans: Through Georgetown University's monthly payment plans, all or a portion of the cost of attendance may be paid in monthly scheduled installments. Visit the <u>GU Office of Billing and Payment Services website (new window) (https://studentaccounts.georgetown.edu/)</u> for more information about Georgetown's monthly payment plans.

Tuition Insurance: The A.W.G. Dewar Company offers students the opportunity to insure their payments to the University for tuition and fees, as well as room and board. Under the plan, if an insured student withdraws from school during a semester because of illness or accident, up to 100 percent of University charges are refunded (or up to 75 percent in the case of mental or nervous disorders). This significantly extends the University's refund policies for students who withdraw. Participation in this program is optional. Further information about this option can be obtained by visiting the <u>Dewar Company website (new window) (http://www.tuitionrefundplan.com/)</u> or calling the A.W.G. Dewar Company at (617) 774-1555.

Georgetown University Emergency Loans and Financial Aid Refund Advances: To assist currently enrolled Georgetown students meet unanticipated expenses in exceptional circumstances, the GU Office of Billing and Payment Services administers these programs in consultation with the OSFS. Typically, only one loan or advance is allowed per semester. Approved disbursements are charged directly to the student's billing account record and if unpaid/reimbursed they are subject to the service charges imposed on outstanding balances due to the University. Applications and additional information may be obtained from the <u>GU Office of Billing and Payment Services (new window)</u> (http://studentaccounts.georgetown.edu/), located in the White Gravenor Building, or by calling that office at (202) 687-7100.

GTOWN_00000041

# Financial Aid & GU Billing Accounts

Billing Statements: Students who indicate an intention to enroll at Georgetown by paying an enrollment deposit or pre-registering for classes will be billed by the GU Office of Billing and Payment Services, typically in June for the fall semester and November for the spring semester. Electronic copies of the student bill are periodically posted online; upon the issuance of a new bill, an email is sent as a notification that a new bill is accessible via Georgetown's *MyAccess* (new window) (https://myaccess.georgetown.edu/) site. Each student's bill will include actual tuition charges and required fees, as well as any other known charges such as room and board for students living on campus.

Financial Aid Notices: Students who apply for financial aid receive a financial aid eligibility notice from the GU Office of Student Financial Services (OSFS). All students can view their financial aid notices online using their Georgetown NETID and password to login to their Georgetown *MyAccess* (new window) (https://myaccess.georgetown.edu) account. The financial aid notice is not a billing statement. The financial aid notice reports the financial assistance a student is eligible to receive for the terms indicated based on the average cost of education at Georgetown and the expected contribution/responsibility from the student and his/her family toward all of those expenses. Students should use the information in the financial aid notice to plan how they will pay the amount owed to the University as reflected in the billing statement they receive from the University Office of Billing and Payment Services (direct expenses), and other educational expenses not included in the University's bill, e.g., rent for non-University housing, costs for food if not enrolled in full University meal plan, books, supplies, personal expenses (indirect expenses).

Financial Aid Credited to Billing Account: With the exception of Federal Work-Study employment earnings that are paid by payroll check, enrolled students who have accepted their offer of financial aid and completed all requirements for the disbursement of the aid offered will have their aid credited to their student billing account statement.

*"Memoed" or Estimated Credits for Pending Aid:* Credits for pending undisbursed financial aid award offers will be reflected on the bill as "memo items" when additional actions on the part of either the student or the sponsor of the aid are required before the funds can actually be disbursed to the student's billing account. "Memoed" estimated financial aid items on the bill may temporarily reduce the amount the student must pay by each semester's payment deadline, but they cannot be credited in full to the student's billing account until all requirements for disbursement have been met by the student. Memoed aid may be cancelled if the requirements for disbursement are not met by the student. A typical example of a financial aid disbursement requirement that must be met before memoed aid can be paid to a student is the requirement that federal student loan borrowers must complete "entrance" counseling; until the student borrower completes "entrance" counseling, the loan funds will appear on his/her account as a "memo", but once (s)he completes the requirement, the loan will actually be disbursed to his/her account. Another example of a disbursement requirement is that students must officially "accept" their financial aid award offers before payments can be credited to their student billing accounts. Please note that the Fall semester's memoed or estimated aid will be removed from the bill on October 1st, and the Spring memoed or estimated aid will be removed from the bill on March 1st, and the resulting payable amounts due to the University (including amounts due that were previously covered by a memoed aid item) must be paid in full at that time or will be subject to service charges. Financial aid recipients may consult with their financial aid counselors in the GU Office of Student Financial Services if they cannot comply with this policy and need advice on how to manage an outstanding balance due.

*Student Employment Earnings Are Not Credited to Bill:* Student employment earnings (including those subsidized through the Federal Work-Study program) are paid directly to the student in a bi-weekly paycheck as they are earned. While these earnings must be used to meet educational expenses, they are not automatically credited to student's University billing accounts. Many students use their earnings for non-billed educational expenses like books and supplies or personal expenses. Expected future earnings from student employment will not appear as credits against the balance due on the University's billing statement and students may not subtract these expected resources when computing the amount that must be paid to the GU Office of Billing and Payment Services by the announced payment due dates.

*External Grants, Scholarships, and Benefits:* Enrolled students who have reported their outside-sponsored grants, scholarships, and benefits to the Office of Student Financial Services will receive an actual or estimated credit on their bills for any payments reported. Some outside-sponsored payments may appear on a student's billing statement as "estimated"

if the sponsor has not yet sent the payment to Georgetown, pending confirmation of enrollment or grades.

*Third Party Billings*:  If all or a portion of a student's bill will be paid by an outside third party (e.g., a government agency, embassy, or corporation) that requires a bill before it will pay, then students must present authorization to bill to the GU Office of Billing and Payment Services (new window) (http://studentaccounts.georgetown.edu/). If the documentation presented includes proper authorization to bill, the Office of Billing and Payment Services' Third Party Billing representative will send an invoice to the third party to collect the appropriate payment on behalf of the student.

Financial Aid and Payment Deadlines: Students who fail to submit a timely and complete financial aid application well before the student billing account payment deadlines may be subject to a non-payment fee and/or service charges on the balance due to the University, even if they are later found eligible for financial aid after the payment deadlines.  A financial aid award that is less than the student or family expected, or a pending request for additional financial aid due to special circumstances typically does not excuse the student from making payment in full by the payment due date.

# Financial Aid & The IRS

U.S. Citizens—Taxable Aid:  Under current law some forms of financial aid may be considered taxable by the Internal Revenue Service (IRS). The amount of a student's total scholarships/fellowships that exceed the cost of tuition, fees, books, supplies, and equipment is generally considered by the IRS to be taxable income. Information about what to report to the IRS and how to report it can be found on the IRS website and in the IRS tax topic#421 (http://www.irs.gov/taxtopics/tc421).

Disbursements under the Federal Work-Study Program are earned income and as such are subject to federal, state, and local tax withholding. Students employed at Georgetown University will receive a W-2 form documenting all earnings at Georgetown (including Federal Work-Study Program earnings) and taxes withheld, and students must report those earnings as income on federal, state, and local tax returns where appropriate. Students should consult their tax advisors for further information.

U.S. Citizens—Tax Benefits for Education:  U.S. tax benefits may be available to help eligible families save for, or pay, education costs. The annual IRS Publication 970: Tax Benefits for Education (new window) (http://www.irs.gov/pub/irs-pdf/p970.pdf) describes the most current benefits available, including tax credits to reduce the amount of taxes paid, and deductions for certain eligible education expenses. Students should consult their tax advisors for further information.

Requirements for Payments Made to Students Who Are Non-United States Citizens:  The Internal Revenue Service (IRS) requires special tax treatment and reporting of payments made to non-United States citizens. Students who are not citizens of the United States and who receive financial assistance, scholarships, fellowships, tuition waivers, or compensation for services performed are subject to the IRS withholding and/or reporting requirements.  Students should consult their tax advisors for further information.  Questions about Georgetown University payments made to non-U.S. citizens may be directed to the Georgetown University Tax Department at taxdepartment@georgetown.edu.  The GU Tax Department does not provide personal income tax advice; it is responsible for setting up Non Resident Aliens (NRA) in the Georgetown payroll and accounts payable systems to allow for applicable treaty benefits and ensure proper withholding and tax reporting.

# Academic Regulations



The following academic regulations for the undergraduate schools are informed by the University's philosophy of a liberal arts education in the Jesuit tradition of educating the whole person. Academic life at Georgetown challenges students to explore, inquire, and reflect in an intellectual environment that fosters respect for others. The Undergraduate Honor System, established in 1997, based on this principle of respect, holds students to high standards of personal and academic conduct.

Georgetown's strong academic standards are also reflected in its overseas study programs that often require students to matriculate directly into a foreign university. Through the rigor of its academic programs, high standards of integrity, and its international and intercultural focus, the University seeks to prepare students to be active citizens of their community and of the world.

The Georgetown Core Curriculum (https://bulletin.georgetown.edu/georgetown-core/) (Georgetown Core) is a distinctive expression of Georgetown University's identity as a student-centered research university rooted in the Jesuit and Catholic tradition. The Georgetown Core is a two-tiered program. The first tier is shaped by the University and is shared by all undergraduates as a common core experience. The second tier of the requirement is shaped by the four undergraduate schools, expanding the university Core so as to further the specific mission and tradition of each school. The Georgetown Core lays a foundation for the course of studies pursued by students.Ultimately, it is the hope that the entirety of a Georgetown education will lead students to embody as life-long habits the goals described in the Georgetown Core Curriculum Learning Goals (https://bulletin.georgetown.edu/georgetown-core-curriculum-goals/).

The following academic regulations apply to all students of the undergraduate schools of Georgetown University. All undergraduate students are responsible for being thoroughly familiar with the regulations and requirements set forth in this section of the *Bulletin*, as well as any *Handbook* of the individual school and the Student Affairs Website (http://studentaffairs.georgetown.edu/policies). Ignorance of the rules described in this section will not be accepted as a justification for failing to act in accordance with them. For questions regarding college-specific policies, please visit the dean's office of the respective college.

# Matriculation



1. Course Load and Registration Status
2. Registration Policies
3. Email Policy
4. Individual Instruction
5. Withdrawal from a Course
6. Taking a Leave of Absence
7. Withdrawing from the University
8. Transferring within the University
9. Graduation

# 1. Course Load and Registration Status

Undergraduate degree candidates are expected to be full-time unless an exception is approved by their dean.

*Full-time academic status* requires registration in courses that amount to twelve credits or more in a fall, spring or at least 6 credits in a summer term. Students are also considered full-time if they are registered for a University study abroad program.

*Part-time academic status* is based on registration in less than 12 credits during a fall or spring term and less than 6 credits in a summer term.

All degree candidates have a *minimum* residency requirement of two years (that is, four semesters of full-time status). Summer sessions, including summer study abroad, do not count toward fulfilling the residency requirement. Work completed on study abroad does not count toward fulfilling the residency requirement with the following exceptions: semester-long study on Global Living and Learning Programs or at Georgetown University in Qatar.

# 2. Registration Policies

A student approved for and completing registration in a school of the University will be considered a student in that school during the session for which the student has enrolled, unless the student is approved to withdraw, is approved for a leave, or is suspended or dismissed. No student enrolled in any school of the University shall at the same time be enrolled in any other school, either of Georgetown University or of any other institution. The student's dean will approve exceptions to this policy such as for students in dual degree programs, and, as appropriate, for students who apply to take summer session or Consortium courses at another institution.

Students admitted as first year students are ordinarily expected to graduate in the eighth semester of matriculation. The dean's office may grant exceptions for good cause. Students admitted as transfer students, students in dual degree programs, and students in the School of Continuing Studies will follow different timelines as determined by their dean's offices.

Students are required to complete registration for the following semester according to the published schedule. All undergraduate degree candidates are required to complete the online library research and Honor System tutorial ("Joining the Conversation: Scholarly Research and Academic Integrity") (new window) (http://www.library.georgetown.edu/tutorials/academic-integrity)within their first semester's enrollment in order to register for their second semester of study at Georgetown. After a student completes the tutorial, he or she will be expected to have an understanding of basic research skills and the importance of ethical scholarly habits. The tutorial provides simple exercises on good research practices, including the effective use of information resources and proper citation methods.

In addition, all undergraduate degree candidates are required to complete mandatory educational programming related to sexual misconduct prevention, bystander intervention, and alcohol abuse prevention. Students will be notified in advance of the mandatory programming and deadlines for completion. Failure to complete the mandatory programming before the identified deadline(s) may result in sanctions up to and including a registration hold preventing the student from registering for the next semester's courses.

Students are expected to pay their accounts in full at the time of registration. Please see the section on Expenses and Financial Assistance in this *Bulletin* for more details. The University reserves the right to cancel the registration of any student during the semester if the account has not been paid in full.

The continuance of each student upon the rolls of the school, receipt of academic credits, graduation, and the conferring of any degree are strictly subject to the disciplinary powers of the University, which is free to cancel registration at any time on grounds that are deemed advisable. The disciplinary authority of the University is vested in the President in such cases as the President deems proper, and, subject to the reserved powers of the President, in the Deans and the University Hearing Board.

When a student's conduct is disruptive of the academic life of the University, the Dean has full authority to suspend or dismiss the student. This decision of the Dean may be appealed according to the Grade Appeals procedures (https://bulletin.georgetown.edu/regulations/studying/#GradeAppeals) outlined in this bulletin.

# On-Campus Living Requirement

Georgetown has a three-year on-campus living requirement for undergraduates. This will guarantee students three years of housing consistent with our goal of developing a more residential living and learning undergraduate campus on the Hilltop. All undergraduate students who are regularly admitted and in full-time attendance must live on campus during their first and second years, and for a third year (either junior or senior year), unless they have been specifically exempted. Requests for exemption from compliance with the housing requirement must be submitted in writing to the Office of Residential Living (https://residentialliving.georgetown.edu/) on a Housing Requirement Exemption Request form provided by that office.

Students who study abroad can count their time abroad toward the on-campus living requirement. Sophomore transfers will be required to live on campus for two years and junior transfers for one year.

GTOWN_00000046

All undergraduate students must also provide the University with their local telephone number (land line or cell), as well as the name, e-mail address, and telephone number of an individual to contact in case of an emergency. Further, all undergraduate students who live off campus in non-University owned properties must provide their current local off campus address. Students who are not in compliance with these regulations will be ineligible to register for the following semester and subject to student conduct disciplinary action.

# Off-Campus Addresses

Students who live off-campus are required to inform the university of their local address. Off-campus addresses must be updated online in the MyAccess (new window) (https://myaccess.georgetown.edu/) by the add/drop date for the semester. Failure to update your local address can lead to a registration hold being put on your account for the subsequent semester. Additional sanctions may apply for non-compliance. Please visit the Office of Residential Living (new window) (https://studentliving.georgetown.edu/off-campus) for more information about Off-Campus living requirements.

# Student Health Insurance

Full-time students in most degree programs are required to have adequate health insurance. A charge for the Premier Plan automatically appears on students' accounts when their course registration meets the eligibility criteria. Enrollment in the Premier Plan can be waived if a student has other adequate coverage. Please go to https://studenthealth.georgetown.edu/insurance (new window) (https://studenthealth.georgetown.edu/insurance) for more information about Student Health Insurance elections.

# Immunization Requirements

District of Columbia law (D.C. Code 38-502) requires all students under age 26 attending school to provide documentation of vaccination or immunity (lab test, if appropriate) from Diphtheria, Pertussis, Tetanus, Hepatitis B, Measles, Mumps, Rubella, Varicella and Meningitis. Students the under age 18 must be vaccinated against Polio. All students regardless of age are screened for Tuberculosis (TB) by a risk assessment questionnaire, consistent with guidelines from the Center for Disease control and the American College Health Association. Not all students will require TB testing. Required Immunization and TB testing information must be entered into the Georgetown immunization database portal, at https://georgetown.studenthealthportal.com (https://georgetown.studenthealthportal.com) with accompanying verification signed by a health care provider. The deadline for incoming fall semester students to enter this information is July 15 (December 15 for students entering in the spring semester). Failure to meet this deadline may result in a $100 fee and prevent students from registering for classes. If, after reviewing the immunization requirements, you or your health care provider have questions, please contact the Georgetown Student Health center through a secure message in the immunization database portal or by calling the Student Health Center immunization line at 202-687-3100.

# F-1 and J-1 International Students

International undergraduate students in F-1 and J-1 student status must maintain a full-time course load of at least 12 credits each semester. Federal regulations governing student status require that students obtain approval from the Office of Global Services PRIOR to reducing their course load below the 12 credit minimum. International students should not

depend on their professors or academic advisors for information about immigration regulations and course load requirements. Failure to maintain full-time status, as defined by Department of Homeland Security, may result in loss of permission to remain in the United States.

In addition, all non-U.S. citizens are required to report accurate citizenship and visa type (including permanent residents) to the Office of Global Services. Any student who does not provide this information to the Office of Global Services will be ineligible to register for the following semester.

By provision of Federal Law, the Department of Homeland Security has instituted strict reporting requirements for schools that enroll foreign nationals. Before the start of each semester, all newly enrolled international students at Georgetown University on non-immigrant visas are required to attend the Immigration Reporting Session given by the Office of Global Services (OGS). OGS will provide all new international students with detailed information concerning the time, date, and location of the session before the start of the semester, and this information will also be posted on OGS' website. Those who fail to attend the session will not be allowed to complete registration or attend classes. For further questions and information, please contact the Office of Global Services by calling (202) 687-5867.

# 3. Email Policy

Email is the standard mode of communication for University broadcast messages to the community as well as for messages to individual students about academic standing and other important administrative matters. All messages are sent to the Georgetown student's official Georgetown email address. Students are expected to read and, when appropriate or required, respond in a timely fashion to emails sent from University offices. Students who wish to use another address are responsible for setting and maintaining appropriate forwarding rules to ensure they receive University email.

# 4. Individual Instruction

## 4a. Internships

Any student wishing to explore the possibility of earning academic credit in an internship should first read the guidelines listed below as well as those within the individual school's academic regulations and on the website of the Office of the Provost (https://provost.georgetown.edu/). The student should contact their Dean's Office for further information. Typically, internships are deemed appropriate for students beyond their first year.

An academic internship is defined as a student work experience that is connected to one's academic interest and/or course of study, complements a designated, credit-bearing course or tutorial, is designed around clear learning goals, and integrates multiple opportunities for reflection. The Council of Deans and the Provost have approved the following general guidelines for internships:

- An internship should enhance students' analytical skills and should integrate research in the field with practical experiences.
- An internship should be built on some aspect of the academic program. It is important that the internship involves the application of methodologies appropriate to the discipline(s).
- Under the guidance of a faculty member, the student should culminate the internship with a significant product such as a paper, project or extended reflection.

If the credits earned through an internship bring a student's semester credits to a total above twenty, the student is required to pay for the additional credits as an overload. Part-time students will be charged at the per-credit-hour rate.