All internships require faculty supervision and prior decanal approval.

Formal academic internship courses of various types are offered across the main campus, some within departments or schools, and some that are interdisciplinary, credit-bearing opportunities that span schools. Academic internships are typically credit-bearing courses of 1–3 credits.

Students may also develop an academic internship in the context of a faculty-led tutorial (see below).

## 4b. Tutorials/Independent Study

Tutorials are designed to meet a variety of educational purposes. Reading tutorials usually focus on mastering the scholarly literature on a particular subject. Research tutorials focus on the collection and analysis of primary materials in the form of a major research paper.

Tutorials/Indepedent Study are designed to meet the needs of individual students under specific academic circumstances. Five general conditions should be met: (1) the course, or an acceptable substitute, is not offered by the University in the current semester, (2) the need of the student for the course at this time must be clearly demonstrated, (3) an instructor approved by the relevant department is available, (4) the proper administrative approvals are obtained, (5) the completed Request for Tutorial/Registration form is submitted to the Office of the Dean for approval before the last day to add a course.

In general, tutorials/independent study are given by full-time faculty for full-time students in good academic standing.

# 5. Withdrawal from a Course

To withdraw from a course a student must initiate the request via MyAccess. If a student does not complete a course for which the student is registered and from which the student has not officially withdrawn, a failure will be recorded for that course.

Courses dropped through the add/drop period will not be shown on a student's record; thereafter, courses are considered withdrawn, and are indicated by a "W" grade.

*Withdrawals are not permitted after the deadline published in the Academic Calendar (new window) (https://registrar.georgetown.edu/academic-calendar). For module courses, refer to deadlines on the calendar (https://registrar.georgetown.edu/registration/tuition/main-campus-modular) specific to module courses. No undergraduate student at any time may withdraw from courses to the point of becoming a part-time student (i.e., registered for eleven or fewer credits) without the permission of their School.*

# 6. Taking a Leave of Absence

Students who are suspended, dismissed or granted a leave of absence are not active students, and are therefore not permitted to reside in university housing, participate in student activities, use university facilities or services, or be on campus except when expressly permitted by the Dean's Office. Students who do not adhere to this policy will be in violation of the Code of Student Conduct and may jeopardize their ability to be reinstated as an active student in the university. For more information on inactive status refer to Appendix I.

Students who have been granted a leave of absence from the University, if eligible, must apply to their Academic Dean for re-admission and submit all materials by November 1 for consideration for the spring semester, April 1 for the summer sessions, and June 30 for the fall semester. The following describes the different types of leaves students may be granted.

# 6a. Elective Leave of Absence

A student in good academic standing and not subject to disciplinary action may, on formal written request, be granted a leave of absence by their Academic Dean. For withdrawals or leaves during a semester, a partial refund of tuition may be available. The schedule for refunds is found in the section on Expenses and Financial Assistance in this *Bulletin*.

# 6b. Medical Leave of Absence

The University recognizes that students may experience medical situations that significantly limit their ability to function successfully or safely in their role as students. In those situations, students should consider requesting a medical leave of absence (MLOA), which permits students to take a break from university life and their studies, so that they may receive treatment and later return to the University with an enhanced opportunity to achieve their academic and co-curricular goals. Students interested in a MLOA should contact their academic Dean's office, and the Student Health Center (https://studenthealth.georgetown.edu/medical-care) or the Counseling and Psychiatric Service. (https://studenthealth.georgetown.edu/services)

# 6c. Mandated Leave of Absence

In special circumstances the University may mandate a leave of absence. When a student has been placed on an interim suspension by the Office of Student Conduct which necessitates that the student will miss more than two weeks of the semester, the student may be placed on a leave of absence and withdrawn from that semester's classes. Once the conduct matter is resolved, the "Leave of Absence" notation on the transcript may be replaced by another notation as determined by the Office of Student Conduct.

Additionally, a student may be placed on leave of absence if the student presents a substantial risk of harm or danger to the safety, health, or well-being of the University community or any member of the University community or is so severely disruptive that the student's behavior interferes with the academic pursuits and other activities of the academic community.

# 6d. U.S. Military Service Leave and Re-Enrollment Policy

Georgetown University recognizes that students who serve in the U.S. armed forces may encounter situations in which military obligations force them to withdraw from a course of study and that this can sometimes happen with little notice. This policy applies to all University schools and programs and is intended to recognize, and make appropriate allowances for, students who find themselves in such situations.

## 6d.1. Military Leave and Refund Procedures

### 6d.1a. Definition

For purposes of this policy, a "military service leave" is a University approved withdrawal from all in-progress University classes that is necessitated by service, whether voluntary or involuntary, in the United States Armed Forces, including service by a member of the National Guard or Reserve, active duty, active duty for training, or full-time National Guard duty under Federal authority, for a period of more than 30 consecutive days under a call or order to active duty of more than 30 consecutive days.

## 6d.1b. Student Responsibilities

A student who is called to active duty or active service in a branch of the United States Armed Forces (Army, Navy, Air Force, Marines, Coast Guard, National Guard or Reserve) and wishes to take a military service leave must provide the University with advanced notice of such service and the intention to take a leave of absence. As soon as possible, after receiving military orders that require withdrawal from a program or course of study, a student must contact his or her academic dean to request a formal leave of absence and attach a copy of the military orders or other appropriate documentation to the request. This advanced notice can be made by the student or may be made by an appropriate officer of the U.S. Armed Forces or official of the U.S. Department of Defense to the University Registrar, but the student is responsible for making sure the dean receives notice. The notice need not include a statement of an intention to return to the University. If military necessity renders it impossible to provide advance notice to their academic dean, the student may initiate a military service leave by providing notice at the first reasonable opportunity, in writing, personally signed, and with a copy of the military orders attached.

## 6d.1c. University Procedures

Upon receiving notice of a student's request to withdraw from the University or a program or drop all enrolled courses because of military obligations, the dean shall promptly contact the campus registrar. The campus registrar will review the request and initiate the military service leave of absence by notifying the Office of Student Financial Services and the Office of Student Accounts or equivalent offices at the Law School and Medical Center. The Office of Student Financial Services (or equivalent) will review the student's eligibility for financial aid funds received before the time of withdrawal and inform the student about the status of his or her financial aid and actions required to defer loan repayments based on military obligations. Students who are granted a military service leave will receive a 100% refund of tuition and fees charged for the semester or academic term in which they withdraw, but will be charged for housing and meal plan expenses already incurred. If the University determines that it is appropriate to award academic credit for work completed in the semester or academic term in which a student takes military service leave, the student shall not receive a refund for the portion of the course of study for which academic credit is awarded. No refund will be provided until the University receives a copy of the military orders necessitating the withdrawal. Students who are granted a military service leave may be on leave for up to five academic years, after which an extension may be granted with their dean's approval. To apply for an extension, students must contact their dean. Students who do not request an extension will be withdrawn from the University and at a later date may choose to seek readmission. To seek readmission at a later date, students must contact their dean.

# 6d.2. Military Re-Enrollment Policy and Procedures

## 6d.2a. Definition

For purposes of this policy, a "military re-enrollment" is a University approved re-enrollment after a military service leave.

## 6d.2b. Student Responsibilities

A student who has taken military service leave from the University or has had studies interrupted because of active duty or active service in a branch of the United States Armed Forces and wishes to re-enroll must notify the University of the intent to return to resume a course of study upon conclusion of duty or service and present appropriate documentation prior to the semester in which the student is requesting re-enrollment. To qualify for military re-enrollment, a student must provide notice to the University of the intention to re-enroll within three years of the time he or she is discharged from military service or is placed on inactive duty. Notice should be provided in writing to the appropriate academic dean in accordance with the program's re-enrollment leave of absence process and should include documentation (including an official certificate of release or discharge, a copy of duty orders, or other appropriate documentation) to confirm/(verify) the student's withdrawal was related to service in the uniformed services and that the student is able to resume studies.1 Military re-enrollment guarantees a student who meets these requirements access to the same course of study he/she was in at the time of withdrawal without incurring a re-enrollment fee, unless a student receives a dishonorable or bad conduct discharge or has been sentenced in a court-martial.2 Any student who, because of military necessity, did not give written or oral notice of service to their academic dean or the campus Registrar prior to withdrawal, may, at the time the student seeks readmission, submit documentation that the student served in a branch of the U.S. Armed Services that necessitated the student's absence from the University.

## 6d.2c. University Procedures

A student who meets the notice requirements set forth herein will be granted military re-enrollment in the semester following the notice of intent to return, or, if the student chooses, at the beginning of the next full academic year. Upon returning to the University, the student will resume his or her course of study without repeating completed coursework and will have the same enrollment status and academic standing as before the military leave. If the student is readmitted to the same program, during the first academic year in which the student returns, the student will be assessed the same tuition and fee charges that the student was or would have been assessed during the academic year in which the student left the institution.3 However, for the first academic year in which the student returns, the University may assess an amount up to the amount of tuition and fee charges that other students in the program are currently assessed for that academic year if the student's veterans' education benefits4 or other service member education benefits will pay the amount in excess of the tuition and fee charges assessed for the academic year in which the student left the institution.

If, in the judgment of the University, a student is not academically prepared to resume a course of study in which he or she was previously enrolled, or is unprepared to complete a program, the University will determine whether reasonable means are available to help the student become prepared. The University may deny the student re-enrollment if it determines that reasonable efforts are not available, or that such efforts have failed to prepare the student to resume the course of study or complete the program. A student who has been away from the University on military service for more than five years (including all previous absences for military service obligations after initial enrollment but including only time the student spends actually performing service in the uniformed services) will not be guaranteed military re-enrollment, but may petition his or her dean for consideration of military re-enrollment.5 A student who chooses at the conclusion of military service to enroll in a different course of study than the one the student was in at the time of military withdrawal must complete the regular admission and enrollment process for that course of study.

*Notes*

1. The University shall determine the adequacy of documentation with reference to 34. C.F.R. Sec. 668.18(g).
2. The appropriate point in a course or program for a student to resume studies, the timing of re-enrollment, and the determination of the "same course of study" will be determined by the University taking into account the unique characteristics and requirements of that course or program and the modes in which it is offered (e.g., non-degree vs. degree, evening vs. day program, special program vs. standard program). If the program in which the student was enrolled has been discontinued or is no longer offered, the University will enroll the student in the program that it determines to be most similar to that program or in a different program for which the student is

GTOWN_00000052

qualified.

3. The appropriate tuition and fee amounts will be reflected on the bill that the student receives.
4. As defined in section 480(c) of the HEA.
5. This cumulative leave of absence restriction shall be interpreted and applied with reference to 34 C.F.R. Sec. 668.18(c) and (e), which set forth rules for calculating cumulative absence due to military service.

# 7. Withdrawing from the University

An honorable withdrawal will usually be granted, upon written request, to any student in good academic standing and not subject to disciplinary action. Disciplinary action may include current probation or suspension, or pending proceedings before the Honor Council or the Student Discipline System. Students wishing to withdraw must complete the following steps:

- Notify the appropriate Academic Dean's Office in person;
- Notify the Office of Student Financial Services, in person if possible, when the student has received any financial assistance from Georgetown or any state guaranteed or federally insured loans from lenders other than Georgetown while attending the University;
- Consult with the Office of Student Accounts to be certain that the student's financial records are in order. Students who are due a tuition refund must apply for such a refund in writing at the Office of Student Accounts.
- By act of registration, students accept the responsibility for charges of the entire semester, regardless of attendance in class and regardless of the method of payment used. Registration includes preregistration, registration, and all courses added after the student's initial registration. Official withdrawal from the University can be accomplished only by following the procedures set forth above. Withdrawal from individual courses can be accomplished only by processing official drop through the appropriate Dean's Office. Notifying anyone else does not constitute official notice of discontinuance. Students will not be granted an honorable withdrawal while unsatisfied financial obligations to the University exist.

A student who fails to register by the end of the late registration period will be removed automatically from the rolls of the University.

*The University has established a schedule for partial refund of tuition charges for official withdrawals from the University; this schedule is found in the section on Expenses and Financial Assistance (https://bulletin.georgetown.edu/expenses/basicgeneralexpenses/). As stated above, application for tuition refunds must be made in writing at the Office of Student Accounts.*

# 8. Transfer Within the University

Since the four undergraduate schools are distinct colleges under the jurisdiction of separate Deans, students interested in transferring within the University must apply in writing to the school to which they wish to transfer. Students become eligible to transfer between schools at the end of their first year. Applications will be presented to the appropriate Dean's Committee on Transfer Students for evaluation. Each school establishes its own admission standards for transfer students. A student considering transfer should consult the appropriate Dean's Office to learn deadlines and regulations governing applications. Students who transfer should expect to complete all of the degree requirements of the school to which they transfer.

# 9. Graduation

## 9a. Graduation Requirements

All undergraduate students are required to fulfill the following requirements for graduation

1. Completion of at least 120 credit hours
2. Attain a minimum final cumulative GPA of 2.0 or higher
3. Completion of the Georgetown Core Curriculum
4. Completion of the Core requirements of your College or School
5. Completion of a minimum residency of two years (four semesters of full-time status) at Georgetown University
6. Completion of the major requirements as set out by your College or School
7. Completion of additional requirements as specified by your College or School

## 9b. Applying for Graduation

Degrees are awarded three times a year: in May, August, and December. Seniors must file an application for the degree through MyAccess (https://myaccess.georgetown.edu/). The last days to file:

- for a May degree, February 1;
- for an August degree, August 1; or
- for a December degree, November 1.

Failure to apply for graduation may postpone the student's degree conferral.

Diplomas are ordered three times per year. August and December grads may pick up their diplomas in person from their Dean's office or arrange to have them mailed home.

Students who graduate in August and December may take part in the Commencement Exercises the following May. Students who are suspended, dismissed or on a leave of absence may not participate in any Commencement activities.

Diplomas and academic transcripts will not be issued to graduates with unsatisfied financial obligations to the University.

Seniors are requested to complete the senior survey that is distributed through the Office of Assessment and Decision Support.

# Examinations



1. General Policy
2. Study Days and Final Exams
3. Final Examinations

# 1. General Policy

Examinations are part of the education process and serve to assess students' academic performance in courses. Instructors determine the format and schedule of tests and assignments during the semester. Tests and mid-term examinations are normally given during the assigned class hours. The Department Chair or Dean must approve any significant deviation from this procedure. Faculty comments on written assignments and projects are integral to the development of students' writing and analytical skills. Therefore, it is expected, for pedagogical reasons, that faculty members return students' work in a timely fashion. Furthermore, faculty members are responsible for returning papers and examinations directly to students.

# 2. Study Days and Final Exams

The University normally designates 2–3 days between the end of classes and the beginning of the final examination period each semester as study days (see the Academic Calendar (http://registrar.georgetown.edu/academic-calendars/current-year/) for the specific dates). During study days no work may be due, providing undergraduate students undisturbed time to prepare for finals.

The final substantive assessment in a course (exam, take-home exam, project, paper, etc.) must be due during the final examination period (http://registrar.georgetown.edu/scheduling/final-exams/), and sit-down examinations must be offered according to the Registrar's schedule. Altering the examination schedule, or scheduling and undergraduate final examination or final assessment at any other time, deprives students of study days and effectively shortens the instructional semester.

# 3. Conflict Exams

At times students will encounter conflicts in the examination schedule. Each student's Dean's Office Office will handle the rescheduling of an examination in the following cases:

1. two examinations scheduled at the same time;
2. three examinations on one calendar day, three examinations in a row (in three successive time-slots).

If a student has a conflict, his/her dean will contact the student's professor.

GTOWN_00000056

# Studying, Grades, and Credit



1. Studying
2. Grades
3. Quality Grades and Grade Point Average
4. Pass/Fail Option
5. Audit Policy
6. Advisory Grades
7. Incompletes
8. Grade Reports
9. Grade Changes
10. Grade Appeals
11. Graduation and Semester Honors

# 1. Studying

The academic learning of students is, in the University's eyes, their most significant responsibility. Students should expect to study at least 30 hours per week outside of class (i.e., at least six hours per three credit course). Faculty design their courses with this expectation in mind, but evaluate students on the basis of their achievement.

# 2. Grades

The semester grade, which is indicated on the student's transcript, is a combination of grades given for class work, tests, assigned papers or projects, laboratory performance, and the final examination.

When students wish to review their grades with a faculty member, the instructor is responsible for making available all relevant examinations, papers, and other items. Student work must be either returned directly to the student, or retained by the professor for a minimum of one calendar year.

Faculty should retain their grade books indefinitely.

Adjunct or visiting faculty who leave the University must submit papers and exams with the Department Chair.

It is a professional responsibility that faculty submit their grades according to the deadlines established by the University Registrar. Incidences of delinquency will be reported to the Departmental Chair and appropriate academic Dean.

# 3. Quality Grades and Grade Point Average

Effective Fall of 1993, grades are as follows:

| Table 1: Grade Description Points and Quality Points | | |
| --- | --- | --- |
| Grade Description Points | Quality Points | |
| A | 4.00 | Excellent |
| A- | 3.67 | |
| B+ | 3.33 | |
| B | 3.00 | Good |
| B- | 2.67 | |
| C+ | 2.33 | |
| C | 2.00 | Adequate |
| C- | 1.67 | |
| D+ | 1.33 | |
| D | 1.00 | Minimum Passing |
| F | 0.00 | Failure |

The quality points are obtained by multiplying the number of credits attempted by the value assigned to the grade earned.

The Quality Point Index (QPI), also called the Grade Point Average (GPA),  is obtained by dividing the total number of quality points earned by the total number of credits attempted, truncated to the third decimal place without rounding.

The grades S (satisfactory) and U (unsatisfactory) are applicable to courses taken for credit but not for quality points. S is equivalent to grade C or better. U, for which no credit is given, is equivalent to C-, D+, D or F.

A degree candidate who fails any required semester course in a current major or minor must repeat and pass that course at Georgetown before graduation. Students cannot repeat for credit a course in which they earned a grade of D or better.

Only those courses that count for the degree will be listed on the transcript. This applies to Georgetown study abroad programs and to independent study programs.

With the prior approval of the Department Chair or Field Committee and Dean's Office, credits earned at another university may be applicable toward degree requirements. However, such transferred credits will not be computed in the student's cumulative Quality Point Index. By contrast, credits earned in courses previously approved by the Department Chair or Field Committee and Dean's Office in conjunction with the Office of Global Education always apply toward

degree requirements at Georgetown. In addition, grades earned on Georgetown's Global Living and Learning Community Programs, on Georgetown-administered summer programs abroad, or at SFS-Qatar, are also computed in the student's cumulative Quality Point Index (see more information on courses taken abroad and the QPI).

Although a listing of all Leisure and Recreation courses is provided in the class schedule, and those students who take these courses must register for them, no grades will be recorded nor will these courses appear on the student's transcript.

# 4. Pass/Fail Option

After the first year, students may opt to take one elective course each semester on a pass/fail basis for a total of six courses during sophomore, junior, and senior years.

The procedure for selecting the pass/fail grade option is as follows:

- Students choose an elective course to be graded on a pass/fail basis during the add/drop period by initiating a pass/fail course request online in MyAccess. The request is sent to the student's dean for approval, and the instructor receives notification after the pass/fail request has been approved and processed.
- The pass/fail option is restricted to free electives and must be exercised only for courses within the normal course load for a given semester. A department, for valid reasons, may designate certain of its courses as unavailable to the pass/fail option and will notify the Dean's Office. Language classes at the language-learning level and studio art courses may not be taken pass/fail.
- Pass/fail courses will be marked S (Satisfactory), equivalent to letter grades of C or better, or U (Unsatisfactory), equivalent to letter grades below C. Neither the S nor the U will affect the student's QPI, but only courses marked as "S" receive credit.
- Once a student has elected to take a course on a pass/fail basis, it is not possible, under any circumstances, to record a letter grade for that course.
- The last day to request the pass/fail option is the last day to add a course for that semester. See the Academic Calendar (https://registrar.georgetown.edu/academic-calendar) for dates.

# 5. Audit Policy

Students may wish to audit a course for which they will not receive credit or a grade. Persons who audit a course pay the standard per credit hour tuition. Refer to the Expenses and Finances section of this bulletin for the per credit hour tuition amount. Georgetown University in Qatar students are not allowed to audit GU-Q courses.

The procedure for auditing a course is as follows:

- If a student wishes to change status from credit to audit, the student must obtain the Dean's signature on an add/drop slip and submit the request for changes during the add/drop period. Changes to audit are not allowed beyond the add/drop period.
- Once a student registers for an audit, it is not possible, under any circumstances, to record a letter grade for that course.
- The last day to request to audit a course is the last day to add a course for that semester. See the Academic Calendar (http://registrar.georgetown.edu/academic-calendar) for dates.

*Language courses (at the expository writing level and below) and Consortium courses may not be audited. Students in the College are not permitted to audit courses.*

# 6. Advisory Grades

Advisory grades are made available by the Registrar through MyAccess (http://myaccess.georgetown.edu) after mid-term examinations in the fall semester. These grades are not part of the permanent academic record of the student; they are designed to help students evaluate academic achievement. Students with any deficiencies should confer with the appropriate professor. The grades used are Satisfactory (SM), Marginal (MM), Unsatisfactory (UM).

# 7. Incompletes

Students are expected to complete all work in a course by the deadline(s) determined by the instructor, and no later than the end of the final exam period. In the event that a student is unable to meet the standard deadlines due to illness or an emergency at the end of the term, the student may request a provisional grade of N ("incomplete"). All requests for N grades must be approved by both the instructor of record for the course and the student's dean. No provisional grade except N may be given, and absent approval from both the instructor and the student's dean, the student will be assigned an administrative failure or a letter grade (A through F) on the basis of all work completed by the regular deadline.

Please note that N grades will only be granted in cases where the student is deemed to be in good standing in the course by the instructor (i.e., the student has participated actively, has completed the majority of the course requirements in a timely fashion, etc.) and is in good academic standing with the dean's office. Students on academic probation are not eligible for incompletes. When an N grade is granted, the course must be completed by the new deadlines agreed upon by the student, instructor, and dean, and the final grade submitted by the instructor no later than (1) March 30 for the fall semester; (2) September 30 for the spring semester; or (3) November 30 for the summer sessions. If the student has not completed the outstanding work by the new deadline(s), faculty will be required to submit a letter grade (A through F) on the basis of all work completed previously.

# 8. Grade Reports

The Registrar will make semester grades available through MyAccess (https://myaccess.georgetown.edu/) at the end of the examination period each semester. Students may view their unoffical transcript or request an official transcript of their academic record through MyAccess. Official transcripts will not be issued when unsatisfied financial obligations to the University exist. The University will not issue a transcript that reflects less than the complete student record. It is important to inform the Registrar, through MyAccess, of any change of address so that University communications can be properly addressed.

# 9. Grade Changes

When a professor determines a grade change is justified (e.g., due to an error in recording or calculation), the professor will submit a grade change request, including the reasons for such a change, to the student's Dean for approval.

As a matter of equity, professors cannot change final grades on the basis of additional work from an individual student after grades have been submitted. This includes but is not limited to revision of papers, retakes of tests, or submission of supplemental work. Professors who are asked to reassess work by individual students should be prepared to reassess work

of all other students in the class.

A final grade may not be changed on the basis of documentation received after the grade has been posted. Students are expected to provide documentation of absences, etc. within the term and consistent with the professor's policies regarding documentation.

*The Academic Standards Committee of each school is responsible for ensuring that grade changes are not processed later than one semester after a course has been offered. A grade for a fall semester course may be changed by the professor until the end of the spring semester; a spring semester course until the end of September; a summer course until the end of November.*

# 10. Grade Appeals

When a student thinks that a given course grade is not justified, he or she must first discuss the grade on an informal basis with the professor of the course. Within the first twenty-one calendar days of the next semester, the student and professor should discuss the grade. (Faculty may be unavailable between semesters. For spring and summer classes, the next semester is the fall semester.) After having discussed the grade with the faculty member, the student may consider a formal appeal of the grade.

1. *Grounds for appeal.* An error in grading procedures or inequity in the application of policies stated in the course syllabus are grounds for an appeal. A disagreement with the professional judgment of the professor should not be the basis of an appeal or any resulting change of grade. The appeal process involves a thorough review, which could result in the decision that the grade was too low, or, if such an error or inequity was found to have benefitted the student, that the grade was too high.

2. *Initiating an appeal.* If the student believes that there is reason for an appeal of the professor's assigned grade, the student may make a formal written appeal to the Chair of the faculty member's department with a copy of the appeal letter sent to the student's Dean. In the appeal letter, the student must state the grounds for the appeal and document any claims of grading error or inequities in as much detail as possible. The Chair must then notify the faculty member of the appeal and provide a copy of the formal request. Such an appeal must be filed within the first thirty calendar days of the semester after that in which the grade was assigned. (If the faculty member is in the School of Foreign Service, the appeal would go to the Faculty Chair; and if the faculty member is in the McDonough School of Business (MSB), the appeal would go to the Undergraduate Dean of the School. In the event that changes in titles or responsibilities make these designations inappropriate, the Dean of each School will have the authority to make a new designation.)

3. *Informal resolution of the appeal.* The Chair/Dean may try to resolve the appeal informally, but has no authority to change the grade assigned by the faculty member.

4. *Resolution by a faculty committee.* If the Chair/Dean does not resolve the appeal informally or if the chair is the faculty member who assigned the original grade, he or she shall ask a committee of three impartial faculty members to review the complaint and decide the issue. (In MSB, the UG Dean convenes the Appeals Committee to review the complaint. In NHS, the appeal goes to the Chair of the Board of Appeals who will convene the Committee to address the grade change.) The Chair may choose an impartial faculty member from another department or program if necessary to assure fairness. After hearing from the faculty member and the student (or determining that they are unavailable), and taking whatever other steps it deems necessary, the appeals committee shall decide whether to sustain the original grade, raise it, or lower it. The committee's decision is final. The Chair (or UG Dean at MSB) must report to the student, the faculty member, and the student's Dean how the appeal has been concluded no later than sixty days after the beginning of the next semester.

5. *Default resolution by the Dean.* If the student's Dean does not receive a report from the Chair within the second thirty-day period, the Dean shall notify the chair that the report has not been received and that unless a report is received within fourteen calendar days, the Dean will settle the appeal. If a report is not received within that period, the Dean shall either resolve the appeal informally or, soliciting whatever advice he or she needs, decide whether to sustain the original grade, raise it, or lower it. The Dean's decision in that case is final. The Dean shall notify the student, the faculty member, and the Chair of the decision reached in the case. The matter must

be settled by the end of the semester following the one in which the course was given and the grade awarded.

# 11. Graduation and Semester Honors

## Latin or Graduation Honors

In order to ensure that Latin honors represent a mark of distinction, they will be calculated within designated percentiles according to the following rules. Please note that in all cases, honors are determined by percentiles *in each school* (including SCS) and that all students receiving the BSFS degree (in SFS or GU-Q) will be considered together.

- The lowest grade point average (GPA) of the top five percent (5.000%) of the previous year's graduating class will be used to determine the GPA needed by the undergraduate students of the next graduating class to graduate summa cum laude.
- The lowest GPA of the next ten percent (i.e., the top 15-5.001%) of the previous year's graduating class will be used to determine the GPA needed to graduate magna cum laude.
- The lowest GPA of the next ten percent (i.e., the top 25-15.001%) of the previous year's graduating class will be used to determine the GPA needed to graduate cum laude.

Graduation honors for the Class of 2020 (which includes August 2019, December 2019, and May 2020 graduates) will be awarded on the following basis:

Georgetown College:

summa cum laude: 3.932 and above
magna cum laude: 3.848 – 3.931
cum laude: 3.785 – 3.847

School of Nursing and Health Studies:

summa cum laude: 3.946 and above
magna cum laude: 3.824 – 3.945
cum laude: 3.736 – 3.823

School of Foreign Service:

summa cum laude: 3.930 and above
magna cum laude: 3.863 – 3.929
cum laude: 3.803 -3.862

McDonough School of Business:

summa cum laude: 3.899 and above
magna cum laude: 3.775 – 3.898
cum laude: 3.693 – 3.774

Continuing Studies:

summa cum laude: 3.895 and above
magna cum laude: 3.818 – 3,894
cum laude: 3.749 – 3.817

# Semester Honors

Full-time* students may earn honors on the basis of GPA for a given semester as follows:

First Honors: 3.9 and above
Second Honors: 3.7 and above
Deans List: 3.5 and above

*Full-time status for purposes of computing honors requires that a student be enrolled in at least twelve credits of coursework for which quality points are awarded. Pass/fail grades are not computed in the GPA, and thus pass/fail credits do not count toward the minimum of 12 required for full-time status for purposes of computing semester honors.

GTOWN_00000063

# Academic Standards



Each school has a committee which is charged with monitoring and maintaining academic standards. These committees review the academic performance of all undergraduates at the end of each fall and spring semester and have the authority to place students whose performance has been deficient on probation or to suspend or dismiss them from the University. The committees may also issue warnings to students who have withdrawn from or neglected to enroll in classes designed to meet degree requirements, or who otherwise are not making adequate progress towards the degree. The following parameters apply to all schools (for further details please see the sections on Academic Standards under each school entry).

1. Course Participation and Timely Completion of Assignments
2. Minimum Grade Point Average
3. Probation
4. Suspension or Dismissal from the University
5. Appeal of Suspension or Dismissal
6. Readmission

# 1. Course Participation and Timely Completion of Assignments

Participation in classes is restricted to those who are officially registered or who are present at the specific invitation of the instructor.

All students are expected to attend all classes, including participation in activities required by the instructor during campus "closure', and to complete all of their assignments in a timely fashion. All course requirements are to be completed no later than the date of the final examination. Absences may have an adverse effect on grades in a course, up to and including failure.

Students absent for several days because of illness should notify their Dean's Office. A prolonged absence may necessitate the student's withdrawal from the University for the semester.

GTOWN_00000064

# Anticipated Absence Policy

Students should notify professors in writing at the beginning of the semester of known, unavoidalbe class conflicts (religious observances, university-sponsored athletic travel, etc.). This must be done prior to the end of the add/drop period, to discuss whether the absense can be reasonalby accomodated.

Students who become aware of anticipated absenses after teh add/drop period should notify their instructors in writing of the anticipated absense(s). Students should review the attendance policies in their syllabi and consult with instructors about the effect of absenses.

Georgetown University promotes respect for all religions. Any student who is unable to attend classes or to participate in any examination, presentation, or assignment on a given day because of the observance of a major religious holiday or related travel shall be excused and provided with the opportunity to make up, without unreasonable burden, any work that has been missed for this reason and shall not in any other way be penalized for the absence or rescheduled work. Students will remain responsible for all assigned work. Students should notify professors in writing at the beginning of the semester of religious observances that conflict with their classes. The Office of the Provost, in consultation with Campus Ministry and the Registrar, will publish, before classes begin for a given term, a list of major religious holidays likely to affect Georgetown students. This list can be found on the Campus Ministry website, http://campusministry.georgetown.edu (http://campusministry.georgetown.edu). The Provost and the Main Campus Executive Faculty encourage faculty to accommodate students whose bona fide religious observances in other ways impede normal participation in a course. Students who cannot be accommodated should discuss the matter with an advising dean.

# 2. Minimum Grade Point Average

Note that in addition to all other standards expressed below and in each school's section of this Bulletin, all undergraduates are required to achieve a final, cumulative GPA of 2.0 or higher in order to graduate from the University.

# 3. Probation

Students who fail a course or who earn a cumulative grade point average below 2.0 are automatically placed on probation. Students may also be placed on probation for failing to complete a full-time courseload (minimum of 12 credits) in two or more semesters. Probationary status continues until it is lifted by the academic standards committee.

In general, students on probation are expected to earn a grade point average of at least 2.0 while carrying at least twelve credits during the semester following imposition of probationary status. The academic standards committees reserve the right to impose additional or higher standards of performance (these additional conditions are communicated to the student by letter). Any student who fails to meet all of these conditions—general or specific—may be suspended or dismissed at the end of the following semester.

*Please note: no notation of academic probation is made on the transcript.*

# 4. Suspension or Dismissal from the University

Students may be suspended (for one or two semesters) or permanently dismissed from the University because of unsatisfactory academic performance. Students who fail a course while on probation are eligible for suspension or dismissal as are those who fail two courses in a single semester or who accumulate a total of three failures while enrolled at Georgetown. In addition, students may be suspended or dismissed if their cumulative grade point averages fall below the following levels at the end of the academic year:

First-year students: 1.20
Sophomores: 1.70
Juniors: 1.90

In cases of *academic suspension*, the length of the student's separation from the University is determined by the Academic Standards Committee. The Committee may also impose requirements for readmission at the end of the suspension period; these are generally linked to the expectation of better academic performance after study is resumed. Students who are suspended for academic deficiency, or Honor System or Student Conduct violations, may not transfer credits to Georgetown earned elsewhere during the suspension period. *Please note: academic suspensions are noted on transcripts.*

In cases of dismissal for any reason including academic deficiency, Honor System, or Student Conduct violations, students are permanently separated from the University.

*Please note: academic dismissals are noted on transcripts. Dismissed students may not continue to work in any way toward a Georgetown degree.*

Suspended and dismissed students may not register or attend classes. Students who are suspended, dismissed or granted a leave of absence are not active students, and are therefore not permitted to reside in university housing, participate in student activities, use university facilities or services, or be on campus except when expressly permitted by the Dean's Office. Students who do not adhere to this policy will be in violation of the Code of Student Conduct and may jeopardize their ability to be reinstated as an active student in the university.

For more information on inactive status refer to Appendix I (https://bulletin.georgetown.edu/appendices/).

# 5. Appeal of Suspension or Dismissal

Students who are academically suspended or dismissed may request an appeal of this decision by writing to the Academic Standards Committee within the time limit set by individual schools. Students who do not request an appeal within the time limit determined by the school forfeit the right to appeal. This time limit is specified in the letter of the Committee notifying the student of the suspension or dismissal. The appeal will be heard by a special Appeals Board (see the school sections of the *Bulletin* for details of board composition and procedure). Every effort will be made to assure the student of fundamental fairness in the appeal hearing. The Appeals Boards for all schools operate within the following parameters:

- The purpose of the Board is to review the student's academic records in light of the decision of the Academic Standards Committee and to determine whether there are any mitigating factors that warrant a less severe penalty than the one imposed by that Committee. For this reason, the student's file and a summary of the Committee's deliberations are made available to the Board.
- In requesting the appeal, the student must explain in writing what the mitigating factors might be and may also present evidence to which the Academic Standards Committee may not have had access. Appellants normally must appear before the Board to present the case in person. The student may, if they choose, ask one individual to attend for the purpose of moral support. *However, since the Board is an educational institution and not a court of law, an attorney may not appear on behalf of a student during the hearing or appeals process.* In extraordinary cases in which it is not possible for the student to appear in person before the Board, a written statement from the student may suffice.
- The Board has the right to call people other than the student to appear before it in the interest of illuminating the case and especially the claims made by the student about extenuating circumstances. If these people cannot

appear, they may submit their views in writing. The Board will accept and review written statements submitted at the request of the student in support of the appeal, but it is up to the Board to decide whether it will invite "witnesses" such as parents, professors, and psychiatrists to participate in the hearing itself.

- The student may be present for all stages of the hearing except for the final deliberations of the board.
- Decisions reached by the Board are final and may not be appealed again.

# 6. Readmission

Students who are suspended must make a formal written request to be readmitted at the end of the suspension period. These requests must be submitted to the Dean's Office six weeks before the date of registration.

A student who has been dismissed from Georgetown must not expect to be readmitted. In very rare cases, the Academic Standards Committee may agree to consider an application for readmission after at least one year has elapsed from the date of the dismissal. Requests for readmission must be made in writing to the Dean's Office.

GTOWN_00000067

# Study Abroad



Georgetown is a recognized leader in study abroad participation and programming. The following are academic policies and regulations related to global education at Georgetown. Please refer to the Global Education page (https://bulletin.georgetown.edu/globaleducation/) of the bulletin for information about study abroad, including the Office of Global Education staff, financial notes, and program highlights.

1. Program Application
2. Course Approval
3. Registration and Enrollment Status
4. Credits, Grades, and Residency

# 1. Program Application

Students wishing to participate in a study abroad program as part of their Georgetown undergraduate degree program should consult the Office of Global Education (OGE) to meet with an advisor and begin the application process.

General requirements for admission include: good academic and disciplinary standing, approval of the Dean's Office, and overall suitability for the program, including sufficient language preparation (if applicable). In the case of programs in which the language of instruction is not English, students must demonstrate they have the required language level prior to the application deadline. Students are responsible for following all of the policies, guidelines, and protocols set forth by the Office of Global Education.

Applicants are expected to be in good standing at Georgetown University or their home university. To remain in good standing, a student must maintain a strong, consistent academic record, meet the academic standards set forth by the University, and exhibit a history of good citizenship and student conduct. Students are not eligible to participate in an overseas studies program while on active academic, housing, or disciplinary probation.

Students interested in applying to semester or full year programs that are not sponsored by Georgetown University must submit an Independent Petition application to the Office of Global Education by OGE's application deadline, and are also responsible for applying directly to the program sponsor.

GTOWN_00000068

# 2. Course Approval

As part of the office of Global Education's application process, students must formulate a study proposal to be signed by appropriate advisors before the application deadline. Depending upon a student's GU school and the term of study, the initial course approval may be completed by the student's major/minor department(s). In all cases, students must seek course approval from their curricular dean.

If students need or want to change their course selection upon arrival, they must request approval for the change(s) from their curricular dean and the Office of Global Education.

# 3. Registration and Enrollment Status

Students who are approved through OGE's selection process, either for a Georgetown-sponsored program or for a program approved through the Independent Petition process, are eligible to receive credit for work completed abroad. Students will be registered for the appropriate overseas program and, in some cases, for the individual courses, as determined by OGE.

All approved study abroad participants will be enrolled in the GU Education Abroad Accident and Sickness Insurance Plan. Participants are required to register for sufficient credits abroad and will be eligible to apply for both Georgetown and federal financial aid.

Students who are not approved through the Independent Petition process but choose to attend such programs must take a leave of absence. Coursework completed while on a leave of absence is not eligible for transfer credit.

# 4. Credits, Grades, and Residency

Georgetown will award credit toward the undergraduate degree for all previously approved courses, provided students earn a grade equivalent to at least a C, and provided students present acceptable documentation from the host university or program sponsor. A maximum of 17 credits per semester (12 credits per summer session) may be applied to the Georgetown degree from overseas programs.

If students complete a course of study that is considered to be a full course load for local students at the host university, full credit will be awarded for the overseas program. Credits may be applied toward core requirements, the major or concentration, the minor, or electives, at the discretion of the appropriate Georgetown academic officers.

All grades (including grades for courses for which no credit is granted by Georgetown) will be recorded on the Georgetown academic transcript as reported to Georgetown by the overseas program.

Students should consult the Office of Global Education's website for a list of GU-approved summer programs. In the case of students studying on unapproved programs during the summer, students' applications are not evaluated by OGE or endorsed by Georgetown. Students must obtain a transcript from an accredited degree-granting institution in order to request transfer credit for summer coursework taken overseas.

In most cases, grades earned overseas will not be computed in the cumulative Quality Point Index (QPI). Exceptions include all coursework taken at Georgetown's Villa Le Balze or GU-Qatar, as well as all Georgetown faculty-led programs in the summer term. These grades are included in the QPI.

GTOWN_00000069

Coursework completed during a semester study abroad program will not count toward fulfilling the academic residency requirement unless completed at Georgetown's Villa Le Balze or GU-Qatar. These programs count toward academic residency requirements.

GTOWN_00000070

# The Honor System



This site replicates the text of The Honor System, the booklet published each year and distributed to all new students within the jurisdiction of the Honor Council, and to new faculty and TAs who teach undergraduates and master's degree students (except MBA students) at Georgetown. If you are interested in receiving a copy of this pamphlet, please feel free to contact the Honor Council. All changes to The Honor System approved after the printing of the booklet will be incorporated on the Honor Council's website (http://honorcouncil.georgetown.edu.). The online Honor System, whether here in the Academic Regulations or on the Honor Council's website, supersedes any previously published edition.

1. Introduction
2. The Honor Pledge
3. Standards of Conduct
4. Student Status with Respect to the Honor System
5. The Honor Council
6. The Honor System Procedure

# 1. Introduction

As a Jesuit, Catholic university, committed to the education of the whole person, Georgetown expects all members of the academic community, students and faculty, to strive for excellence in scholarship and in character.

To uphold this tradition, the University community has established an honor system for its undergraduate schools, including Georgetown College, the School of Foreign Service, the School of Business, the School of Nursing and Health Studies, and the School of Continuing Studies. Beginning in the academic year 2015-16, terminal masters students (with the except of the Masters in Business Administration programs), are subscribed within the Honor System policies and procedures. Students are required to sign a pledge certifying that they understand the provisions of the Honor System and will abide by it. The Honor Council is the principal administrative body of this system. The Honor Council has two primary responsibilities: to administer the procedures of the Honor System and to educate the faculty and undergraduate student body about the standards of conduct and procedures of the System. For the most current policy information, see http://honorcouncil.georgetown.edu. (http://HONORCOUNCIL.GEORGETOWN.EDU)

# 2. The Honor Pledge

Upon application to any of the academic divisions of Georgetown University subject to the jurisdiction of the Honor System, all students will agree to sign the Honor Pledge. Upon matriculation, the student will state or write the pledge as follows:

*In the pursuit of the high ideals and rigorous standards of academic life, I commit myself to respect and uphold the Georgetown University Honor System:*

- *To be honest in any academic endeavor, and*
- *To conduct myself honorably, as a responsible member of the Georgetown community, as we live and work together.*

Faculty may at their discretion require students to include a signed version of the pledge with their assignments.

# 3. Standards of Conduct

Without regard to motive, student conduct that is academically dishonest, evidences lack of academic integrity or trustworthiness, or unfairly impinges upon the intellectual rights and privileges of others is prohibited. A non-exhaustive list of prohibited conduct includes:

# 3a. Cheating on Exams and Other Assignments

Cheating is the use or attempted use of unauthorized materials, information, study aids, or unauthorized collaboration on in-class examinations, take-home examinations, or other academic exercises. It is the responsibility of the student to consult with the professor concerning what constitutes permissible collaboration. Cheating or assisting another student to cheat in connection with an examination or assignment is academic fraud.

# 3b. Committing Plagiarism

Plagiarism, in any of its forms, and whether intentional or unintentional, violates standards of academic integrity. Plagiarism is the act of passing off as one's own the ideas or writings of another. While different academic disciplines have different modes for attributing credit, all recognize and value the contributions of individuals to the general corpus of knowledge and expertise. Students are responsible for educating themselves as to the proper mode of attributing credit in any course or field. Faculty may use various methods to assess the originality of students' work. For example, faculty may submit a student's work to electronic search engines, including Turnitin.com, a service to which Georgetown University subscribes for undergraduate and graduate students. Note that plagiarism can be said to have occurred without any affirmative showing that a student's use of another's work was intentional.

# 3c. Using False Citations

False citation is academic fraud. False citation is the attribution of intellectual property to an incorrect or fabricated source with the intention to deceive. False attribution seriously undermines the integrity of the academic enterprise by severing a chain of ideas which should be traceable link by link.

## 3d. Submitting Work for Multiple Purposes

Students are not permitted to submit their own work (in identical or similar form) for multiple purposes without the prior and explicit approval of all faculty members to whom the work will be submitted. This includes work first produced in connection with classes at either Georgetown or other institutions attended by the student.

## 3e. Submitting False Data

The submission of false data is academic fraud. False data are data that have been fabricated, altered, or contrived in such a way as to be deliberately misleading.

## 3f. Falsifying Academic Documentation

Any attempt to forge or alter academic documentation (including transcripts, letters of recommendation, certificates of enrollment or good standing, registration forms, and medical certification of absence) concerning oneself or others is academic fraud.

## 3g. Abuse of Library Privileges

All attempts to deprive others of equal access to library materials constitute a violation of academic integrity. This includes the sequestering of library materials for the use of an individual or group; a willful or repeated failure to respond to recall notices; and the removal or attempt to remove library materials from any University library without authorization. Defacing, theft, or destruction of books and articles or other library materials that serves to deprive others of equal access to these materials also constitutes a violation of academic integrity.

## 3h. Abuse of Shared Electronic Media

Malicious actions that deprive others of equal access to shared electronic media used for academic purposes constitute a violation of the Honor System. This includes efforts that result in the damage or sabotage of campus computer systems.

# 4. Student Status with Respect to the Honor System

1. All traditional Georgetown University undergraduate and terminal masters students except those matriculated in the McDonough School of Business, and all students in the School of Continuing Studies, including both undergraduates and masters students in the Liberal Studies Program, and students in non-degree programs, such as certificate programs, are subject to the rules and procedures of the Honor System.
2. The Honor Council shall investigate and adjudicate, if appropriate, an alleged Honor System offense even if the accused student drops or is withdrawn from a course within the allowed deadlines.
3. If a possible violation is reported after the grade for a course has been submitted, a case will be adjudicated only if the Executive Board determines that the alleged offense is of sufficient gravity to warrant consideration. Only matters that could reasonably result in sanctions reflected in a student's permanent record will ordinarily meet the "sufficient gravity" test in this context.

4. If a student with a possible violation withdraws, transfers, or is, for any reason, not currently enrolled at Georgetown, the University may maintain a continuing interest in, and complete the adjudication of, the matter, if, in the judgment of the Executive Board, the matter is of sufficient gravity to warrant resolution. Only matters that could reasonably result in sanctions reflected in a student's permanent record will ordinarily meet the "sufficient gravity" test in this context. The Executive Board shall have the discretion to determine whether the adjudication will occur before or after the student's re-enrollment.

5. A student may not graduate with an unresolved Honor Council charge which, in the judgment of the Executive Board of the Honor Council, is of sufficient gravity to warrant resolution. Only matters that could reasonably result in sanctions reflected in a student's permanent record will ordinarily meet the "sufficient gravity" test in this context. Certification for the degree will be withheld pending a final resolution of the Honor Council matter.

6. If a possible violation is reported after a student has graduated, transferred, or otherwise terminated his or her enrollment at the University, a case will be adjudicated only if the Executive Board determines that the case is of sufficient gravity to warrant consideration. Only matters that could reasonably result in dismissal from the University will ordinarily be deemed to meet the "sufficient gravity" test in this context. Following adjudication in a case involving a student who has already received a degree, the Hearing Board shall have the authority to recommend sanctions up to and including the revocation of the student's degree.

# 5. The Honor Council

## 5a. Membership

The Honor Council shall consist of three assemblies: students, faculty, and deans' representatives. Each assembly will select from its members individuals to serve on the Executive Committee of the Honor Council. Members of each assembly are expected to serve periodically on Honor Council committees. The full membership of the Honor Council shall convene at least once per semester and periodically as deemed necessary by the co-chairs.

1. The Honor Council Chairs and the Executive Director. The Executive Committee shall be led by a Faculty Chair appointed by the Provost, and two Student Chairs, undergraduate and masters-level, elected by the Student Assembly. At least one year of service on the Honor Council is required before one is eligible to serve in a chair position. The Executive Director of the Honor Council reports to the Office of the Provost, and serves as the administrative officer for the Honor Council. The Executive Director is a non-voting member of the Honor Council.

2. The Executive Board. The Executive Board of the Honor Council shall consist of the Faculty Chair, two Student Chairs (undergraduate and masters-level), and the Executive Director, who collectively shall manage and advise the Assemblies and Executive Committee.

3. The Executive Committee. The Executive Committee shall, on the advice and consent of the general membership, determine and implement the policies and procedures of the Honor Council. The Executive Committee shall consist of twenty-four members: twelve students (including the Student Chairs); six members of the faculty (including the Faculty Chair); and six members of the deans' offices. The Faculty and Student Chairs may be designated members of the Executive Committee or may serve in an *ex officio* (non-voting) role. Chairs of Honor Council committees may serve in an *ex officio* capacity on the Executive Committee. The Executive Committee shall convene at least four times per semester.

4. The Decanal Assembly. Members of the Dean's Office of each of the four undergraduate schools, the Graduate School, and the School of Continuing Studies shall be nominated by the school's Deans and appointed to the Honor Council by the Provost, in staggered two-year terms. The decanal officers shall select six members, one per undergraduate school, the Graduate School, and the School of Continuing Studies, to serve on the Executive Committee. All decanal officers are eligible to serve as hearing board members.

5. The Faculty Assembly. As few as four and as many as six members of the faculty, preferably tenure-track, of each of the four undergraduate schools, the Graduate School, and the School of Continuing Studies shall be nominated by their Deans and appointed to the Honor Council by the Provost in staggered two-year terms for a

GTOWN_00000074

total of between twenty and thirty-six faculty members, inclusive. The Faculty Assembly shall select six members, one per undergraduate school, the Graduate School, and the School of Continuing Studies to serve on the Executive Committee. All faculty members may serve on hearing boards and serve as investigating officers.

6. The Student Assembly. At least six students from each undergraduate school, the Graduate School, and the School of Continuing Studies shall be appointed to the Honor Council for a total of no fewer than forty student members. Early in the spring semester a group of student leaders currently on the Honor Council will accept and review applications and make appointments to the Student Assembly for the following academic year, after consultation with the Deans' Offices. Spaces for new first-year and transfer students (graduate and undergraduate) will be reserved until an application process occurs early in the fall semester. Normally, students enrolled in their first semester at Georgetown are not eligible to serve on hearing boards. The members from each school's Student Assembly representatives shall select two students from their school, for a total of twelve students, who shall serve on the Executive Committee. One to three of the students shall be designated to the Student Chair position by election from the Student Assembly as part of this application process. The Outreach Committee will make assignments to committees based on students' declared interests and the needs of the Honor Council.

7. Committees. Student Honor Council members are required, and other faculty and decanal members strongly encouraged, to participate in the wider mission of educating the community about issues of academic integrity through membership on standing committees to be established at the discretion of the Executive Committee.

# 5b. Duties

1. Boards made up of current members of the Council will review and hear all reported cases of alleged academic dishonesty in any of the schools and will investigate and adjudicate them fairly, consistently, and expeditiously.
2. Appeal boards made up of current members of the Council will hear all appeals.
3. The Sanction Reduction Board made up of four members of the Council will consider all proposals from students eligible to have a sanction reduced.
4. The Council will initiate and coordinate campus-wide educational efforts concerning academic integrity and the Honor System, ensuring that students, faculty, and administrators are fully informed about the Standards of Conduct and the Honor System. These efforts will include:
   a. ensuring that the Standards of Conduct and procedures of the System are accurately described in the *Undergraduate Bulletin*.
   b. working with the Office of Admissions to include the Honor System in the Office's promotion of Georgetown, and to include a statement in the application for admission to be signed by the student upon matriculation declaring that he or she will adhere to the Standards of Conduct set forth in the Honor System.
   c. working with the Office of Student Affairs to provide information and documents during New Student Orientation concerning the Honor System, and to have students pledge during orientation to adhere to the Standards of Conduct set forth in the Honor System.
   d. formulating recommendations regarding how faculty can promote academic integrity through class discussions, syllabi, and assignments.
5. The Council will publish the names of its members and methods for contacting them.
6. The Council will periodically review all cases reported to the Council, to ensure consistency.
7. The Council will issue an annual report to the Executive Faculty, Provost and the Deans. This report will list in aggregate all the cases brought to the attention of the Honor Council and their outcomes. To ensure confidentiality, the names of the students involved will not be noted.
8. The Council will periodically review the Honor System and recommend improvements in the Standards of Conduct or procedures if needed. Changes to the Honor System will be approved by the Executive Faculty, Provost, and the Deans.

# 6. The Honor System Procedure

The general procedure can be divided into four stages: report, investigation, adjudication, and sanctions.

# 6a. Report

1. Any member of the University community with information concerning a possible act of academic dishonesty should report it to the Honor Council. Faculty members are obligated to report apparent violations. As responsible members of the academic community, students are strongly encouraged to support the Honor System as well by reporting acts of suspected academic dishonesty.
2. The report shall be received by an investigating officer.
3. Although the person making the report may first do so orally, the formal report must be made in writing and must describe in specific detail the information upon which it is based insofar as the facts are known. Any faculty member involved in a case brought to the Council is responsible for furnishing relevant evidence.

# 6b. Investigation

1. The investigating officer will conduct an inquiry into the allegations. The investigating officer will inform the student(s) of the nature of the allegation, and evaluate the evidence. The officer shall make all reasonable efforts to interview the student, the professor in whose class the incident may have occurred, the complainant (if other than the professor), and any potential witnesses. Both the faculty reporting a suspected violation and the student(s) subject to an investigation are obligated to respond quickly to the investigating officer's written and/or oral communications. Generally, the investigation and filing of an Incident Report is expected to take two weeks from the date of the investigating officer's initial receipt of the case from the Honor Council's Executive Director. At certain times during the academic year, most notably between semesters and especially over the summer, this two-week time frame may be modified depending on the availability of students and faculty. Should the investigating officer, due to unusual circumstances, need more than one month to file an Incident Report, he or she must seek an extension of time in writing from the Faculty Chair of the Honor Council and the Provost.
2. Within five business days of the receipt from the investigating officer of completed incident reports and evidentiary materials for all cases other than those expedited (i.e., the student admits to a violation as alleged), the Honor Council's faculty chair and deputy faculty chair will review the incident report, and consult with the investigating officer regarding the recommendation. This would include all cases whether not advanced or advanced to a hearing. The Executive Director shall be consulted as needed.
3. If the investigating officer determines that sufficient evidence of a violation exists to warrant formal adjudication, the investigating officer will notify the Faculty Chair, in writing, of the decision to refer the matter for adjudication, and make all materials available to the Executive Board.

- If a case is not advanced, no record of the report or its result shall be retained in the student's academic or Honor Council file. Under no circumstance shall a dismissed report be considered a violation or have any bearing on subsequent cases involving the student. A notation of the decision itself will be sent to the Council and kept by the Council as part of its record of reports, with the student's name expunged. The student, reporting faculty, and investigating officer shall be notified that there will be no further action.
- If the investigating officer and faculty chairs have determined that sufficient evidence of a violation exists to advance to formal adjudication, a revised incident report and all materials shall be made available to the Executive Board or a duly selected hearing board

# 6c. Adjudication

1. Hearing
   a. Within one week of receipt of a case from the investigating officer, or as soon as reasonably possible, the

Executive Director of the Honor Council shall organize a hearing board or convene the Executive Board to discuss the suitability of a case for the Expedited Sanction process (see Section V.C.2, below), and shall, in writing, notify the student of this fact and of the alleged violation. The letter to the student shall include a list of the hearing board members and a copy of the hearing procedures. The investigating officer may not be a member of the hearing board.

The hearing board shall generally consist of five members of the Honor Council, including at least one member of a dean's office, at least one student, and at least one faculty member. Only graduate (masters-level) students and faculty who teach in programs with graduate students may serve on hearing boards for graduate students. Usually, the decanal member, one faculty and one student will be from the school to which the accused student belongs. The other member(s) of the board would be from other school(s). If necessary, at the discretion of the Executive Director or the Hearing Board Chair, the hearing may proceed with four members.

b. Generally, the decanal member on the hearing board shall serve as its chair. In cases involving students from two schools, normally a Dean from each school shall be on the hearing board.

c. In matters involving multiple students, if all students consent in writing, their cases may be heard in a single hearing. Should all students not consent to a joint hearing, their cases will be heard separately by the same hearing board.

d. The Executive Director shall prepare all written materials to be considered by the hearing board and make them available to the accused student at least seven days before the hearing. Any statement or corroborating evidence the accused student wishes to present to the hearing board should be submitted to the Executive Director at least 48 hours before the hearing. After that, statements and evidence may be accepted by the hearing board at its discretion. With the mutual agreement of the Honor Council and the accused student, a hearing may be held with fewer than seven days' notice provided a hearing board reasonably can be assembled and the student will sign a statement waiving the seven days' notice, in which case the student also may present a statement or corroborating evidence fewer than 48 hours in advance of the hearing.

e. If a student fails without good cause to appear at a scheduled hearing, a hearing may be held and the matter resolved with the student in *absentia*.

f. The hearing will be closed to the public in all cases. The accused student may be accompanied by another person who may serve as a source of support. For example, students have chosen to bring a parent, a friend, a priest, or an attorney to a hearing to serve in this capacity. This person may not participate directly or indirectly in the proceedings.

g. The hearing board shall decide whether the student is "in violation," i.e., whether the student has violated the University's Honor System. Three of the board members must vote "in violation" based upon the preponderance of the evidence in order for sanctions to be recommended.

h. If the student is found in violation, only then will the hearing board refer to the student's record to determine whether the student committed previous Honor System offenses.

i. If the student is found in violation, the hearing board will recommend one of the following six sanctions: a letter of reprimand in the student's Honor Council file, a letter of censure in the student's academic file, an academic dishonesty notation (level one or level two) on the transcript, suspension for academic dishonesty, or dismissal for academic dishonesty. More information on these sanctions can be found below in Section V-D: "Sanctions."

j. Once the hearing board reaches a decision, the Faculty Chair of the Honor Council will communicate in writing within 24 hours directly to the student the results of the hearing and any board recommendation.

k. Within seven days of the date of the letter from the Faculty Chair informing the student of the outcome of the hearing, the student may petition the Honor Council for a new hearing. A new hearing shall be granted only on the basis of new evidence or a significant and material violation of procedure. The request for a new hearing must be explicit regarding evidence that is new and not to have been available at the time of the hearing, or a procedural violation by the Honor Council or any participant in advance of or at the hearing. The Executive Committee of the Honor Council shall determine, by its sole discretion through a majority vote of the Committee members (excluding any members who served on the original hearing board, and student members who may have graduated by the time of the appeal), whether a new hearing may be granted. A new hearing board will be constituted in the same manner as the original hearing board. No member of the original hearing board, or of the Executive Committee,

GTOWN_00000077

may be a member of the new board.

l. After the period for an appeal for a new hearing has passed, the student's Honor System file shall be sent to the student's Dean. The Dean of the student's school makes the final decision as to what sanction shall be imposed. It is expected, however, that, absent unusual circumstances, the Dean will accept the recommendations of the hearing board.  In truly exceptional circumstances the Dean may wish to propose a different sanction.  The proposed change may raise or lower the sanction by no more than one level. Before such a change can occur, the Dean will meet with the co-chairs of the Honor Council and the chair of the hearing board to discuss the case. Having had this meeting, a Dean choosing to overrule the recommended sanction will give a detailed written explanation of how the sanction was changed and why that action was taken. This explanation will be kept in the student's Honor Council file.

2. Expedited Sanction. Under certain circumstances, a student who has been accused of an Honor System Violation may be given the option, in lieu of having a hearing, of accepting a finding of "In Violation" with a specified recommended sanction.

   a. After completing the investigation of a possible Honor System violation, the investigating officer has the option of submitting to the Executive Director of the Honor Council, along with the standard Incident Report, a recommendation that the accused student be given the option of accepting a specified sanction in lieu of having a hearing. The investigating officer will do this only if the student takes full responsibility for the violation in his or her initial interview with the investigating officer, and the student understands the nature and gravity of the offense.

   b. Upon the recommendation of the investigating officer, the Executive Board, after consideration of the case materials and investigating officer's report, will determine by a majority if, in their judgment, it is appropriate to offer the student this expedited process and, if so, what an appropriate sanction may be. Such sanction will take into consideration the circumstances of the case as provided for by the Honor System's Sanctioning Guidelines.

   c. The recommendation of the Executive Board will be conveyed to the investigating officer who, in turn, will communicate the proposed sanction to the student in a face-to-face meeting, or by telephone conversation, or by e-mail with replies. The investigating officer must inform the student that this sanction, if accepted, will be the Honor Council's recommendation, but that the Dean will make the final decision as to sanction. The investigating officer also will inform the student that if the student accepts the sanction, the professor of the course retains sole discretion over the student's grade in the course. The date and time of the investigating officer's offer and the student's decision will be recorded.

   d. The student will have 24 hours to accept the offer and sign the Agreement Form for an Expedited Sanction, which will serve as the student's written statement accepting responsibility and agreeing with the sanction. If the student does not accept the offer within 24 hours, the offer is withdrawn, and presumed to have been declined. The student may rescind his or her acceptance up to 48 hours after the offer was made by the investigating officer. If the student rescinds his or her acceptance, the offer of an expedited process is withdrawn. Under special circumstances, such as when the student is not presently on campus, the investigating officer may allow the student limited, additional time to make a decision. The granting of additional time shall be in writing. The date(s) and time(s) of the student's communications with the investigating officer regarding the expedited sanctioning offer will be recorded.

   e. If a student declines an offer (or rescinds an acceptance of an offer) and opts instead to have an Honor Council hearing, the Hearing Board will not be informed that the student was offered the expedited process.

   f. If the student accepts an offer and the 48-hour rescission period passes, the Honor Council will forward the investigating officer's incident report, the student-signed expedited agreement form, along with the complete case file to the student's Dean. In the case of expedited sanctions, in almost all cases, no change can be made to the sanction agreed to by the student. In very rare circumstances the Dean may not agree and wish to change the student's sanction. If, after consulting with the Executive Board, the Dean does not agree with the sanction, the student will be offered the option of rescinding the agreement and scheduling a hearing instead. *This policy was approved by the Main Campus Executive Faculty on 12/14/2018, and supersedes any previously published policy, effective Spring Semester 2019.*

# 6d. Sanctions

1. A Letter of Reprimand may be issued for very minor violations against the Honor System. The letter of reprimand is placed in the student's Honor Council file. Information about the letter of reprimand is not shared with those outside the University without the student's consent except as permitted by the <u>Family Educational Rights and Privacy Act (FERPA)</u>. Within the University, in accordance with FERPA this information is available only to authorized University personnel who, in their professional capacity, have access to a student's file.

2. For more serious acts of academic dishonesty, a student may receive a Letter of Censure. The Letter of Censure becomes part of the student's permanent record and, under appropriate circumstances, may be shared with persons outside the Georgetown community. It must be understood that there are two levels of letters of censure: one permanent Letter of Censure: Level II to remain in the student's academic file in perpetuity; and a reducible Letter of Censure: Level I to remain in the student's academic file unless and until reduced or removed through the student's successful completion of a sanction reduction (see below). *This policy was approved by the Main Campus Executive Faculty on 12/14/2018, and supersedes any previously published policy, effective Spring Semester 2019.*

3. For violations sufficiently serious to be noted on the student's permanent record (transcript), a student may receive a transcript notation. A transcript notation will be noted as follows: "Censure for Violation of Honor System." This mid-level sanction is permanent when issued and will be evident to any individual or institution that receives the student's transcript. It must be understood that there are two levels of transcript notation:

   a. Level I: Transcript Notation is an entry on the student's transcript which reads as follows: "Censure: Violation of Honor System. This notation can be removed on [date] through student action." The "student action" noted would be the successful completion of a sanction reduction plan (see below).

   b. Level II: Transcript Notation, and not eligible for Sanction Reduction, is an entry on the student's transcript which reads as follows: "Censure: Violation of Honor System." The second level transcript notation sanction bridges the discontinuity between a level one transcript notation, which may be removed from the student's record after two years with no trace, and a suspension.

   *Sanction Reduction:* Students wishing to have either a level-one letter of censure or level-one transcript notation reduced may do so by proposing and completing a sanction reduction plan. If the plan is completed, the reduced sanction would take effect two years from the last day of the semester in which the violation occurred. Details about this option are available from the chair of the Sanction Reduction Board, the director of the Honor Council, the faculty chair of the Honor Council, and on the Honor Council's website.

4. For the most serious offenses against the Honor System, a student may be suspended or dismissed from the University. These sanctions are permanently noted on the student's transcript as follows: "Suspension (Dismissal): Violation of Honor System, [dates of suspension]." A student cannot receive credit toward a Georgetown degree for work completed elsewhere during a period of active suspension for a violation of the Honor System.                                                  "Dismissal: Violation of Honor System, [mm-dd-yyyy, signed by Dean].

5. A student's disciplinary and academic record, including whether an Honor System sanction was imposed, will be considered as part of their application process for Georgetown approved study abroad programs, and may affect a student's eligibility to study abroad. Eligibility may be rescinded at any time. A student is ineligible to study abroad during a period of active suspension for a violation of the Honor System. Students should consult the <u>Office of Global Education (https://studyabroad.georgetown.edu/)</u> for further information about study abroad eligibility requirements.

6. Regardless of the sanction recommended by the Honor Council and imposed by the Dean, if a student is found in violation, the faculty member involved may fail or reduce the grade for the student, for the assignment, or for the course, at his or her discretion. If, however, the student is found not in violation, the faculty member may not penalize the student on grounds of academic dishonesty.

7. To the best of their ability, hearing boards and the Deans who determine final sanctions follow sanctioning guidelines established to provide for judicious, consistent, and proportionate outcomes. These guidelines are available on the Honor Council's <u>website (http://gervaseprograms.georgetown.edu/honor/)</u>. The guidelines will be reviewed and updated from time to time as needed.

# Student Records



1. Transcripts
2. Student Records Policy
3. Disciplinary Records

# 1. Transcripts

Students may view their unofficial transcript or request an official transcript of their academic record through MyAccess (http://myaccess.georgetown.edu). Official transcripts will not be issued when unsatisfied financial obligations to the University exist. The University will not issue a transcript that reflects less than the complete student record.

# 2. Student Records Policy

The Family Educational Rights and Privacy Act of 1974 (FERPA) is a federal law that states that a written institutional policy with respect to student records must be established and that a statement of adopted procedures covering the privacy rights of students be made available annually. The law provides that the institution will maintain the confidentiality of student education records, subject to the exceptions outlined below.

Georgetown University accords to its students all rights under this law. No one outside the institution shall have access to students' educational records nor will Georgetown disclose any information from these records without the written consent of students except: (1) to personnel within the institution, (2) to persons or organizations providing student financial aid, (3) to accrediting agencies carrying out their accreditation function, (4) to persons in compliance with a judicial order or a lawfully issued subpoena (provided that the University will first make a reasonable attempt to notify the student), (5) to organizations conducting studies to develop, validate, and administer predictive tests; to administer student aid programs; or to improve instruction, (6) to authorized representatives of federal or state government agencies for the purpose of audit and evaluation of government programs, (7) to persons in an emergency in order to protect the health or safety of students or other persons, and (8) to parents of a dependent student as defined in the Internal Revenue Code.

All of these exceptions are permitted under the Act. Information will be released only on the condition that the party to whom the information is released will not disclose it to a third party without the written consent of the student. Furthermore, the University will maintain records of any access provided without the expressed consent of the student, and these records will be made available to the student on request.

With respect to grade reports (https://bulletin.georgetown.edu/regulations/studying/#GradeReports), the University encourages students dependent on their parents to disclose to them academic and other personal information.

However, it is the policy of the University not to provide academic and other personal information to parents without the student's consent. An exception to this policy will be made when the University determines, on the basis of all the circumstances, that disclosure to parents is warranted because of compelling academic, health, safety or disciplinary concerns. When the University determines that disclosure is warranted, and there is no emergency, students will first be given a reasonable period of time within which to inform their parents and to request that their parents acknowledge such notification by contacting the appropriate University office.

Within the University community only those members individually or collectively who act in the student's educational interest are allowed access to student education records. These members include personnel in the Offices of the Deans; in the Offices of the Provost, the Registrar, Admissions, and Student Financial Services; counseling offices; and University personnel within the limitations of their need to know.

The University will provide directory information at its discretion. This information includes student name, addresses, including e-mail address, telephone numbers, date and place of birth, parents names, major field of study, dates of attendance, enrollment status, expected date of graduation, degrees and awards received, the most recent previous educational institution attended, participation in officially recognized activities and sports, and weight and height of members of athletic teams. Students may instruct the Registrar to withhold the release of directory information by providing written notice to the Office of the University Registrar by the end of the second week of classes of the fall term. These instructions will be honored only for one academic year; therefore, such notices must be filed annually with the Registrar.

The law provides students with the right to inspect and review information contained in their education records, to challenge the contents of their education records, to have a hearing if the outcome of the challenge is unsatisfactory, and to submit explanatory statements for inclusion in their file if they find the decision of the hearing panel to be unsatisfactory. The word "student" is defined to include all current and former students but not applicants for admission.

Academic files are maintained on the Main Campus by the undergraduate and graduate Deans' Offices and the University Registrar. These files contain admissions credentials and records of current and previous academic work. Records are also maintained in certain instances by the following offices or departments: Provost, Dean of Students, Center for Career Planning and Placement, Office of Student Financial Services, Office of Global Education, Center for Minority Educational Affairs, Office of Student Activities, Office of Student Accounts, and certain academic departments.

Students wishing to review their education records must make a written request to the custodian of these records. The information will be made available within forty-five days of the request. Students may have copies made of the records with certain exceptions (e.g., a copy of an academic record on which a hold has been placed because of an unsatisfied financial obligation or a transcript of an original permanent academic record from another institution). These copies will be made at the student's expense at the rate of fifteen cents per page. It should be noted that education records do not include: (1) records of instructional, administrative, and educational personnel which are in the sole possession of the maker and which are not accessible or revealed to any individual except to temporary substitute, (2) records of the Department of Public Safety, (3) student health records, (4) employment records, or (5) alumni records. Health records, including those maintained by members of the Student Health Service, the Counseling Center, and the Department of Psychiatry may be personally reviewed by a physician or other appropriate professional of the student's choice.

Students may not inspect or review the following records which are specifically excluded by federal law: (1) financial information submitted by their parents; (2) confidential letters and recommendations associated with admission, employment or job placement or honors to which they have waived their rights of inspection and review; (3) confidential

GTOWN_00000081

letters and recommendations which were placed in the records prior to January 1, 1975; and (4) education records containing information about more than one student in which case access will be permitted only to that part of the record which pertains to the inquiring student.

Students who believe that their education records contain information that is inaccurate or misleading or is otherwise in violation of their privacy or other rights should discuss their concerns informally with the custodian of those records. It should be noted that a student may challenge a recorded grade only on the grounds that it was inaccurately recorded, not on the grounds that it was lower than what the instructor ought to have awarded (see *Regulations* III. 10 for a discussion of the grade appeals process (https://bulletin.georgetown.edu/regulations/studying/#GradeAppeals)). In most cases this would be the Dean of the school or the University Registrar. If this discussion does not lead to a resolution of the student's concern, the student has a right to an informal hearing. During this process the student will be afforded a full and fair opportunity to present relevant evidence. If the result of this hearing process is in agreement with the student's request, the appropriate records will be amended. If not, the student will be notified within a reasonable period of time that the records will not be amended and the student will then be informed of his or her right to a formal hearing.

The Provost, through the undergraduate and graduate Deans, will, when necessary, establish committees charged with the responsibility of adjudicating challenges to the contents of student records. Each committee will be composed of six members, three permanent and three alternates. The members will be nominated by the Dean and appointed by the Provost. Requests for a formal hearing must be made in writing to the appropriate Dean's Office within one calendar year after the initial denial of the student's request. This petition must be dated and signed by the petitioner and must contain a brief and concise explanation of the item being challenged and the basis for the challenge. It must also contain a statement that the petitioner's initial request to a University official was denied, naming the official and stating the date of the denial. The petition must further specify what relief is being requested.

The Dean will forward the petition to the Chair of the appropriate committee, the hearing will be convened within a reasonable time and all concerned parties will be notified in writing of the date, place, and time of the hearing. The Chair may request a written response to the petition prior to the hearing from the University official who initially denied the student's request. The student will receive a copy of any written response prior to the hearing. The chairperson may also request written verification of the item in question from the author. Hearings will be closed to the public, will include an informal presentation of arguments from both sides, and the student will have a full and fair opportunity to present evidence relevant to the issues and may be assisted and represented by individuals of his or her choice at his or her expense, including an attorney. Evidentiary rules will not apply. Committee members have the obligation to disqualify themselves if there is any indication of personal bias. Additionally, the student has the right to disqualify any member of the committee, after giving adequate reasons to the Chair; in such cases an alternate will be appointed. After both parties have presented their cases, the committee will render its decision as quickly as possible, usually within 48 hours of the close of the hearing.

The findings and conclusion of the committee will be provided in writing to both parties within a reasonable time and will include a summary of the evidence and the reasons behind the decision. Minutes of the hearing will be kept on file in the appropriate Dean's Office. The powers of the committee shall include but not be limited to: (1) ordering the destruction of the document; (2) ordering the removal of the document from the file and its return to the author; (3) ordering the denial of the student's request. After the decision of the committee has been rendered, the student whose request has been denied will have ten days to file a written appeal to the Dean. If the Dean is an interested party for a particular action, the Dean shall appoint a surrogate. Failure to file an appeal within ten days after the decision shall constitute a waiver of appeal rights. Within a reasonable time the Dean (or surrogate) will review the minutes of the hearing, meet with the concerned parties and, within three weeks thereafter, render a decision.

In the case of a challenge to a student record maintained by a department which reports to the Vice President for Financial Affairs, procedures parallel to those outlined above will be followed, except that the Vice President for Financial Affairs will appoint the committee.

The above procedures constitute general guidelines for these committees. The committees, however, may establish additional procedures as deemed necessary and appropriate to ensure fairness and to facilitate the hearing process. All time limits are to be determined without counting Saturdays, Sundays, University holidays, and vacation periods.

Students who believe that the adjudication of their challenges was unfair or was not in keeping with the provisions of the Family Educational Rights and Privacy Act of 1974 may request (in writing) assistance from the appropriate Vice President of the University. Further, students who believe that their rights have been abridged may file complaints with the Family Policy Compliance Office, U.S. Department of Education, 400 Maryland Avenue SW, Washington, D.C. 20202.

# 3. Disciplinary Records

Disciplinary records of students shall be maintained by the University's Office of Student Affairs until graduation of the student from the University, at which time they will be destroyed. An exception will be made to this policy, however, in those instances when a student has been suspended or dismissed from the University for disciplinary reasons. Suspension will be noted on the academic transcript as "Disciplinary Suspension." Dismissal will be noted on the academic transcript as "Disciplinary Dismissal." In cases of suspension or dismissal, a permanent record is kept in the Office of Student Affairs and in the academic record. The documents concerning the sanction are maintained to substantiate the notation. Inquiries about a student's disciplinary record will only be released with the student's signature of waiver.

GTOWN_00000083

# Service for Students with Disabilities



Georgetown University is committed to ensuring that no student is denied access to its programs, facilities, services, or activities, or otherwise discriminated against, on the basis of a disability. Consistent with the Americans with Disabilities Act (ADA) and Section 504 of the Rehabilitation Act, the University will make reasonable accommodations for students with documented cognitive, physical, chronic health or psychological disabilities.

The Academic Resource Center (ARC) is responsible for evaluating requests for accommodation, and does so on a case-by-case basis, in a manner designed to preserve confidentiality and to provide students with as much independence as possible.

Students who believe they may be eligible for accommodation consideration are responsible for communicating their needs to the Academic Resource Center. The University is not responsible for making ADA accommodations for students who do not inform the University of their disabling condition and their need for accommodation, or for those who do not provide the University adequate documentation of their disability. Students should be aware that while the University will work interactively with them to identify appropriate accommodation, the University is not able to modify course or degree requirements considered to be an essential requirement of the program of instruction.

The University encourages any student who believes s/he may have a qualifying disability to make an appointment with an ARC staff person to discuss available services and the process for documenting a disability and receiving accommodation.

# Academic Support Services

Georgetown University is deeply committed to enriching the academic experience of students. The Academic Resource Center, a department within Student Affairs, offers an array of academic support services, including academic workshops, individual consultations, and tutoring. Students are encouraged to consult with an Academic Resource Center representative to discuss their academic needs so that appropriate University resources can be recommended to match their academic needs.

Offered on a regular basis throughout the fall and spring semesters, the academic workshops address a wide variety of topics ranging from college reading strategies to test taking tips. A workshop topic focuses on a particular skill area so that students can strengthen an area that requires improvement, such as time management or handling the college reading load. Individual consultations are provided for students who require specialized assistance in study skills.

Along with academic workshops and individual consultations, the Academic Resource Center offers free tutoring services for select courses. Other academic support services outside the Academic Resource Center are available for students, such as the Math Assistance Center, Economics Tutoring Services and the Writing Center.

Contact Information:

Academic Resource Center web site: http://academicsupport.georgetown.edu/ (http://academicsupport.georgetown.edu/)
Disability support web site: http://academicsupport.georgetown.edu/disability (http://academicsupport.georgetown.edu/disability)
Phone: (202) 687-8354
Email: arc@georgetown.edu

GTOWN_00000085

# Anti-discrimination Procedures



Georgetown University's educational mission can best be served by fostering a broadly diverse community. Georgetown University does not discriminate on the basis of race, color, religion, national origin, sex, age, marital status, personal appearance, sexual orientation, family responsibilities, political affiliation, source of income, disability or any other basis prohibited by law in the administration of its educational policies or in the provision of access to its programs, facilities, services and activities.

Students who have concerns about treatment they have experienced are encouraged to discuss those concerns with a representative of the Office of Institutional Diversity, Equity & Affirmative Action (IDEAA). Students wishing to pursue a formal complaint of discrimination in a non-academic matter may do so through the IDEAA (http://ideaa.georgetown.edu/affirmativeaction/ (http://ideaa.georgetown.edu/affirmativeaction/)) or the Office of Student Conduct (http://studentconduct.georgetown.edu (http://studentconduct.georgetown.edu)). Each of these offices has processes for addressing such formal complaints.

If a student believes that there has been discrimination in strictly academic areas, such as coursework, grading, or class participation, the matter should be presented to the Chair of the faculty member's department (or equivalent administrator) on an informal basis. If through the Chair's discussion with the student, the faculty member and any interested parties, the complaint is resolved satisfactorily, no record of the complaint will be filed in the student's or faculty member's file. If these efforts fail to resolve the complaint, the student may submit a formal written complaint to the Dean of the faculty member's school. If the faculty member and the student are from different schools, the Dean of the faculty member's school will handle the formal complaint as set forth herein and may notify and consult with the student's Dean as appropriate. The Dean of the faculty member's school shall send a copy of the formal written complaint to the Director of Affirmative Action Programs in the IDEAA so that the IDEAA may be informed of the complaint.

Upon receipt of the written formal complaint, the Dean will appoint a committee of three faculty members to review the formal complaint. The committee shall have access to all necessary information to do this review. The committee may interview witnesses and may, if desirable, bring the student and faculty member together. At the conclusion of its review, the committee will issue a written decision to the Dean.

Upon receipt of the committee's decision, the Dean will inform the student, the faculty member, the student's Dean (if different), the Director of Affirmative Action Programs in the IDEAA, and the Main Campus Affirmative Action Officer (Provost) of the outcome.

GTOWN_00000086

If the student or the faculty member wishes to appeal the committee's decision, a formal written request for an appeal should be filed with the Dean with a copy sent to the Office of Institutional Diversity, Equity & Affirmative Action. The person should indicate the grounds for the appeal and any new evidence not submitted to the initial review committee. The Dean will conduct a review of the matter in light of the grounds for appeal and the new evidence presented. The Dean's decision is final. Nothing in this section, however, shall prohibit a faculty member from exercising his or her right to pursue further action under the Faculty Grievance Code.

Although the University hopes that students will avail themselves of internal mechanisms to resolve discrimination concerns or complaints, all students also have the right to file complaints with external enforcement agencies such as the District of Columbia Human Rights Commission or the Office of Civil Rights of the United States Department of Education. Reprisal or retaliation against an individual for making a complaint regarding discrimination, or for using or participating in internal or external processes, is prohibited by law.

GTOWN_00000087

# Faculty Responsibilities Code

The *Faculty Handbook* identifies faculty rights and faculty responsibilities. Consistent with the Faculty Responsibilities Code, anyone—including students, faculty, staff, and administrators—with a concern that a faculty member may not be fulfilling his or her responsibilities may express the concern to an appropriate Unit Head (department chair or dean of the unit in which the faculty holds a primary appointment). The concern will be resolved consistent with the procedures of the Faculty Responsibilities Code (https://facultyhandbook.georgetown.edu/toc/section3#7) in the *Faculty Handbook*.

# Global Education (Study Abroad)



## Office of Global Education

The Office of Global Education (OGE) is the primary point of contact for undergraduate study abroad programs. Students, parents, faculty, administrators, and international partners may contact OGE for information and advice about global study options, as well as for student support while overseas.

Craig Rinker

*Director of Global Education*

Danielle Edmonson

*Global Living and Learning Programs Manager*

Susan Hochreiter

*Assistant Director of Operations and Administration*

Sarah Mournighan

*Senior Global Education Advisor and Incoming Exchange Coordinator*

Erin Pendle

*Global Education Advisor*

Mia Pezzanite

*Global Living and Learning Programs Advisor*

Melissa Riggio

*Application and Outreach Coordinator*

GTOWN_00000089

Annette Kuroda Russell

*Global Education Advisor*

Jason Sanderson

*Assistant Director of Curriculum Integration and Assessment*

Danielle Scugoza

*Senior Associate Director of Affiliated Programs*

Gregory Spear

*Assistant Director of Global Living and Learning Programs*

Karen Wardzala

*Associate Director of Finance and Business*

---

Georgetown offers a range of study abroad programs that emphasize educational quality and cultural immersion using a variety of program models. One key study abroad program model supported by Georgetown is integration into the host university's academic environment through direct enrollment in local university courses. Students joining direct matriculation programs in a non-English speaking location are required to demonstrate sufficient proficiency in their host-country language. Additionally, a number of programs in a range of locations, including Asia, Africa, the Middle East, and Europe, are designed to facilitate the study of language, culture, and area studies. Georgetown also offers several overseas programs that focus on specific academic areas such as classics, business, health, regional politics, and community-based learning.

Program and application information, including deadlines and appointment links, can be accessed on the Office of Global Education website (https://studyabroad.georgetown.edu/).

The Office of Global Education is charged with the administration of undergraduate credit-bearing programs for students pursuing degrees in the Walsh School of Foreign Service, the McDonough School of Business, the School of Nursing and Health Studies, Georgetown College, and the Georgetown University School of Foreign Service in Qatar.

Students pursuing a Bachelor's degree in the School of Continuing Studies (SCS) or from another US University are eligible to apply to Georgetown Administered Programs listed below (semester and summer), and Georgetown University in Qatar. For all other semester and full year study abroad programs, SCS students should work directly with their academic advisors to identify appropriate opportunities to study overseas.

# Academic Regulations

For information on academic policies and regulations related to study abroad and the Office of Global Education at Georgetown, please review the Academic Regulations: Study Abroad section of the bulletin (https://bulletin.georgetown.edu/regulations/overseas-studies/).

# Financial Notes

During the academic year, study abroad fees are comparable to a semester or academic year at Georgetown University. Students pay Georgetown University full tuition for study abroad during the semester and academic year. Cost of living overseas will vary depending on the city and country in which the program is located. Financial aid may be applied to Georgetown-approved programs and approved Independent Petition programs. Students should consult the Office of Student Financial Services for details on their individual financial aid packages. Fees for Georgetown's summer study abroad programs are determined on an annual basis and include tuition, room and partial board, program-organized excursions, and mandatory supplemental health insurance. Airfare to/from the program location is not included.

# Georgetown Administered Programs

In addition to a range of institutional partnerships throughout the world, Georgetown's Office of Global Education develops and administers undergraduate academic programs abroad. These programs offer Georgetown courses for which students receive Georgetown credits and grades, and are open to both Georgetown and non-Georgetown students.

## Villa Le Balze, Fiesole, Italy

A gift to the University from the Marquesa Margaret Rockefeller de Larrain, Georgetown's Villa Le Balze has served as a setting for undergraduate study abroad programs since 1981. The Villa hosts academic programs during both spring and fall semesters, as well as several short-term course offerings during the summer. Rooted in the humanistic tradition of Florence and of its founder, the American philosopher Charles A. Strong, the curriculum at Villa Le Balze features a mix of traditional Italian Studies courses, as well as coursework in contemporary European politics, science, and art.

Villa Le Balze is grounded in the concept of a Global Living and Learning Program, a combined residential and academic cohort experience designed to foster intellectual community, personal growth and development, and reflective self-discovery. Key features of this holistic learning environment include small class sizes, daily lunches prepared by the Villa's in-house culinary staff, regular interactions between faculty, students, and staff outside of the classroom, and a high degree of student support. Students with desire for advanced Italian language immersion may opt to stay with a local Italian family.

Students interested in Villa Le Balze programs can find more information on the Villa Le Balze (https://villalebalze.georgetown.edu/) and Office of Global Education (https://studyabroad.georgetown.edu/) websites, or may contact the Office of Global Education for further inquiries.

## Georgetown Summer Programs Abroad

The Office of Global Education partners with Georgetown faculty members and departments to offer short-term faculty-led programs throughout the summer term. These programs are intended to give students intensive, academically rigorous explorations of topics and themes in a direct and immersive manner. Some feature intentional linguistic and cultural immersion, though many require no language preparation and focus instead on topics such as global health, politics, history, business, and social justice and human rights. Programs are between two and eight weeks in duration, and are often designed around an experiential education component, such as an internship or community-based service placement. All programs are directed by a Georgetown faculty member, who teaches or oversees academic instruction on site and provides additional accompaniment and support for all program participants.



# Office of Global Services

The Office of Global Services (OGS) performs two primary functions: (1) Facilitating the global activities of students, faculty, departments and schools; and (2) Supporting non-US citizen students and scholars who hold university-based immigration status.

OGS coordinates and advises on a variety of programs that promote cross-cultural understanding across the University, such as the Global Living Community (https://residentialliving.georgetown.edu/llc/globalliving), the Language Exchange Program (https://internationalservices.georgetown.edu/get-involved/lep), and Global Expo (https://internationalservices.georgetown.edu/get-involved/globalexpo), a campus-wide celebration of Georgetown's international diversity. OGS and its campus partners also offer a series of social and developmental programs throughout the year. Our international students play a critical role in these experiences, as members of the International Students Association, as International Ambassadors at Orientations and as student employees in OGS.

# Global Program Support Services

Global Program Support Services (GPS) manages protocols for global activities and operations and administers the University's International Travel Policy (new window) (https://globalservices.georgetown.edu/travelpolicy) for groups and individuals traveling abroad for University-affiliated purposes. GPS monitors international security indicators

GTOWN_00000092

and provides health and safety guidance to outbound travelers. GPS also develops and executes agreements with international partner institutions. GPS oversees operations at Georgetown's Villa Le Balze (new window) (https://villalebalze.georgetown.edu/) in Fiesole, Italy, which hosts a wide range of university programs and conferences.

For more information, please visit the Office of Global Services (http://globalservices.georgetown.edu) website.

# International Student and Scholar Services (IS)

Georgetown takes great pride in the more than 3,500 international students, researchers, professors and staff who each contribute to our uniquely multicultural learning environment.

International Student & Scholar Services (IS) liaises between the Georgetown community and the U.S. government's increasingly complex regulatory structure, including administration of Georgetown's J-1 Exchange Visitor Program (https://internationalservices.georgetown.edu/j1exchangevisitorprogram), a U.S. Department of State initiative aimed at fostering global understanding.

After admission, IS provides the documentation international students need to obtain an F-1 or J-1 visa from a U.S. embassy or consulate abroad to study at Georgetown. Undergraduate degree, transfer, exchange, and visiting GU-Qatar students who enter the United States in F-1 or J-1 status participate in the mandatory I-NSO (https://internationalservices.georgetown.edu/i-nso) track of New Student Orientation (NSO). Other students who identify as international are welcome to register and participate in I-NSO.

Students have dedicated IS Advisors who help them maintain legal F-1 or J-1 status in the United States throughout, and even beyond, their academic degree program. IS Advisors provide guidance on a wide variety of issues, including confronting the challenges of living and learning in Washington, DC, obtaining required authorizations for internships and practical training benefits, and managing cultural adjustment issues.

Additional information and resources for F-1 and J-1 international students are available on the International Student & Scholar Services (https://internationalservices.georgetown.edu/) website.

GTOWN_00000093

# Georgetown Core Curriculum Requirements

The Georgetown Core Curriculum (Georgetown Core) is a distinctive expression of Georgetown University's identity as a student-centered research university rooted in the Jesuit and Catholic tradition. The Georgetown Core is a two-tiered program. The first tier is shaped by the University and is shared by all undergraduates as a common core experience. The second tier of the requirement is shaped by the four undergraduate schools, expanding the university Core so as to further the specific mission and tradition of each school. The Georgetown Core lays a foundation for the course of studies pursued by students.  Ultimately, it is the hope that the entirety of a Georgetown education will lead students to embody as life-long habits the goals described in the Georgetown Core Curriculum Learning Goals (https://bulletin.georgetown.edu/georgetown-core-curriculum-goals/).

More information about the Georgetown Core Curriculum can be found on the Provost's Core Curriculum website (https://provost.georgetown.edu/core-curriculum#University%20Core%20Requirements).

## Georgetown Core Requirements

The core requirements that form the first tier, the common experience across the University, are interpreted and carried out differently across the four undergraduate schools. The shared core requirements are outlined below:

## Philosophy – 2 Courses

Georgetown, with its commitment to the Jesuit tradition, believes that modern men and women should consider reflectively their relationship to the world, their fellow humans, and God. All students take a year of Philosophy and a year of Theology.

Through the Core, the Philosophy Department is committed to providing courses that promote students' personal growth as human beings in search of meaningful lives, foster their development as responsible citizens, and offer effective introductions to the discipline of philosophy.

Please refer to each school/college for courses that will specifically fulfill this requirement.

## Theology – 2 courses

Through the Core, the Theology Department is committed to fostering in students a critically appreciative awareness of the religious dimension of human existence, and to assisting students in reflecting upon their own experience and understanding in that enlarged context. The first course provides this foundation while the second course allows students to develop their critical awareness by applying it to a particular area of interest in religion or theology.

Problem of God (THEO-001) and one theology elective fulfill the theology requirement. Introduction to Biblical Literature (THEO-011) may be substituted for Problem of God or may be used as an intermediate level elective. Courses fulfilling the Theology elective requirement are identified with the "Core: Theology" attribute in the Schedule of Classes

(https://schedule.georgetown.edu/). **Transfer students are exempt from Problem of God and may select any two intermediate level courses, including Introduction to Biblical Literature, to fulfill this requirement.

# Writing – 2 Courses

Every Georgetown student will take one writing course, WRIT-015: Writing and Culture Seminar, that provides students with opportunities to connect their writing with critical reading and thinking, inquiry, and analysis. The Writing and Culture Seminar approaches writing through three interrelated frameworks: writing as a tool for inquiry, writing as a process, and practice writing in different rhetorical situations. Each section focuses on a cultural theme, with readings and assignments that engage students with compelling questions and problems. Seminar readings provide texts for analysis as well as models and motives for student writing. Students are encouraged to complete this course during their first year at Georgetown.

The second half of the Writing Core is an intensive writing experience located within the student's chosen major, embedded within the requirements as determined by that program. The Integrated Writing requirement will prepare students to use the relevant forms, styles, and conventions of their chosen area(s) of study. Because writing reflects ways of thinking in academic practice, attention to writing in the major will enhance the student's learning of concepts, materials, and methods in their fields. Each major's Integrated Writing requirement is established by the department in order to express the unique conventions and practices of the discipline.

# Humanities: Art, Literature, and Cultures – 1 course

Every student will take one course in the Humanities: Art, Literature, and Culture. Literature, and visual and performing arts deepen our understanding of many kinds of expressive media, past and present, and the realities they aim to present. Through reading, writing and creative practice, students acquire the intellectual and practical tools to interpret and critique the world. Courses fulfilling this requirement use historical, critical, and/or experiential methods.

Students explore ancient and modern civilizations, gain insight into the value of other cultures and critically examine their own. They learn to see, evaluate, interpret and communicate human experience through literary texts, artistic creations, material objects, and critical concepts. Those who create or perform works of art experience directly the discipline and revelatory impact of artistic expression. Courses fulfilling this requirement are identified in the course schedule with the "Core: HALC-Hum, Arts, Lit, Cul" attribute in the Schedule of Classes (https://schedule.georgetown.edu/).

# Engaging Diversity – 2 Courses

All Georgetown students are required to take two Engaging Diversity courses to ensure the opportunity to engage with diversity issues in two different contexts: one domestic and one global.

The Engaging Diversity Requirement will prepare students to be responsible, reflective, self-aware and respectful global citizens through recognizing the plurality of human experience and engaging with different cultures, beliefs, and ideas. By fulfilling the requirement, students will become better able to appreciate and reflect upon how human diversity and human identities shape our experience and understanding of the world.

Many courses that meet the Diversity requirement also meet other curricular requirements (e.g., core, major, minor) in each school. Courses fulfilling this requirement are indicated with the "Core: Diversity Domestic" or "Core: Diversity Global" attribute in the Schedule of Classes (https://schedule.georgetown.edu/). Note that while some courses may carry both tags (i.e., global and domestic), students are still required to take two Engaging Diversity courses in total.

GTOWN_00000095

# Science for all- 1 Course

The natural sciences, and the technologies that they enable, are woven deeply into the fabric of our lives and are central to many of the important political and social challenges that we face. They are also pinnacles of intellectual accomplishment in humanity's ancient and ongoing quest to understand the world in which we live. Thus we believe that to function as liberally educated, ethically responsible citizens, stewards of the planet, and as effective leaders, all Georgetown students should understand scientific modes of thought and concepts, both in the abstract and as they are exemplified in at least one major area of scientific inquiry. The Science For All core requirement is grounded in these beliefs.

The primary goal of courses specifically designed to fulfill the core science requirement will not be to provide a summary of current knowledge in a particular discipline, but instead to illustrate, in the context of a scientific discipline, how scientific understanding is developed, tested, and revised. In addition, Science For All courses will help and encourage students to understand better the significant role that science plays in their daily lives, and will include examples of the use of scientific methods in addressing complex social problems and of the ethical issues that science can raise.

The science requirement only concerns a Natural Science requirement and complements existing requirements in Mathematics/Quantitative Reasoning as determined by each school. Students are required to complete at least one natural science course and should consult with their departments on whether a course fulfills the requirement.

*Addendum Sept 5, 2019:* The policy that Advanced Credit (Advanced Placement (AP) or International Baccalaureate (IB) credit) cannot be used to satisfy the requirement reinforces our view that a major motivation for a core natural science requirement is to ensure that natural science is part of each student's shared intellectual experience and ongoing conversation in the community of learners and teachers at Georgetown. Therefore, no Advanced Credit exemption will be allowed for the requirement.

Courses that fulfill this requirement are identified by the "Core: Science for All" attribute in the Schedule of Classes (https://schedule.georgetown.edu/).

# School Core Requirements

It is in this capacity that the undergraduate schools are able to expand on the university Core by furthering the second tier core requirements that relate to the specific mission and tradition of each school. Click on your school below to see your school specific path through the Georgetown Core:

Georgetown College (https://bulletin.georgetown.edu/schools-programs/college/academic-requirements/)
McDonough School of Business (https://bulletin.georgetown.edu/schools-programs/msb/degree-requirements-and-academic-policies/)
School of Nursing and Health Studies (https://bulletin.georgetown.edu/schools-programs/nhs/degree-requirements-academic-regs/)
School of Foreign Service (https://bulletin.georgetown.edu/schools-programs/sfs/sfs-degree-requirements-and-academic-policies/)

GTOWN_00000096

# Colledges & Schools





School of Foreign Service
(https://bulletin.georgetown.edu/schools-programs/sfs/)

McDonough School of Business

(https://bulletin.georgetown.edu/schools-programs/msb/)

School of Nursing and Health Studies

(https://bulletin.georgetown.edu/schools-programs/nhs/)

School of Continuing Studies

(https://bulletin.georgetown.edu/schools-programs/scs/)

GTOWN_00000097

# Georgetown College



Christopher S. Celenza

  *Dean*

David M. Edelstein

  *Vice Dean of Faculty*

Sue Lorenson

  *Vice Dean for Undergraduate Education*

Deborah A. Phillips

  *Vice Dean of Faculty*

Elena Silva

  *Vice Dean for Graduate Affairs and Diversity and Inclusion*

Thomas N. Chiarolanzio

  *Senior Associate Dean*

Patrick T. Durbin

  *Senior Associate Dean for Finance and Administration*

Marlene Canlas

  *Associate Dean*

Mary Beth Connell

  *Associate Dean and Director of Pre-Health Advising*

GTOWN_00000098

Bernard J. Cook

*Associate Dean*

Erin C. Force

*Associate Dean*

Hall R. (Tad) Howard

*Associate Dean*

Keshia B. Woods

*Associate Dean*

Jessica Ciani-Dausch

*Assistant Dean*

Javier Jiménez Westerman

*Assistant Dean*

Michael T. Parker

*Assistant Dean*

Stefan N. Zimmers

*Assistant Dean*

Vanessa R. Corcoran

*Academic Counselor*

Hyun Ji (Sarah) Lim

*Academic Counselor*

Kathryn Wade

*Academic Counselor*

# History and Mission

Georgetown College, the oldest Catholic college in the United States, was founded in 1789 by John Carroll, Archbishop of Baltimore. A progressive citizen of his time, he firmly believed in the principles of the United States Constitution. He endeavored to establish an academy open to students of every faith, to formed young minds and hearts in the classical and Jesuit traditions, and to prepare graduates to lead and serve in the Church and in the newly independent nation.

On March 1, 1815, President James Madison signed the act of Congress which chartered the College of Georgetown. In 1844 Congress approved its incorporation. During the years of the Civil War, Georgetown students fought for the North and South. Later the colors blue and gray were adopted by the College to signify the reunited nation and the sons of Georgetown who had served on both sides in its civil war.

From its founding to the present day the graduates of Georgetown College have taken their places in the forefront of almost every human endeavor. They serve as educators, creators, public servants, and statesmen; they work in business, arts and entertainment, law, medicine, and research.

Today, proud of its tradition and heritage, Georgetown, through all its graduates, seeks to serve the communities and the world in which it lives.

The College provides a liberal education for young women and men who will be called to intellectual, moral, and professional leadership, and fosters in them a lifelong commitment to the quest for truth.

As a Jesuit college, it draws upon a dynamic tradition of education, characterized by an optimistic Christian humanism committed to the assumption of responsibility and action. Accordingly, the College encourages the development of critical and creative powers, respect for tradition and human reason, and an appreciation of life and all its endeavors. It promotes not only the intellectual disciplines but also the search for personal values and convictions that will enable its graduates, throughout their lives, to continue redefining and maturing their thought, and also to continue pursuing the integration of their activities, values, and relations with others.

In light of these aims, the College has developed a diversified academic program in which fundamental issues and ultimate values play an integral role. A high priority is placed on quality teaching and on developing a community of learning among its faculty, students, and administrators.

In 1995, the School of Languages and Linguistics joined the College as a degree program under the name of the Faculty of Languages and Linguistics (FLL). Students entering the FLL apply specifically to the FLL programs. The mission of the Faculty of Languages and Linguistics has evolved through the years. In the 1950s, the then-new Institute of Languages and Linguistics reflected the immediate needs of those times, emphasizing foreign language learning for students considering service positions in the diplomatic corps and other government agencies. Later, the Faculty refined the study of spoken and written languages to focus on the cultural context of languages to meet the new expectations and new goals of the world community.

The College offers the widest spectrum of courses at the undergraduate level, many of which are also integral to the curriculum of the other undergraduate schools at Georgetown. It also provides most of the faculty for the masters' and Ph.D. programs. In recent years the College has added majors in African American Studies, Biological Physics, and Justice and Peace Studies, as well as minors in Creative Writing; Disability Studies; Korean; Persian; Philosophy and Bioethics; Religion, Ethics, and World Affairs; and Turkish.

The College has embraced pedagogical innovation, including the integration of technology in the classroom, even as it remains committed to the residential educational experience and the work of formation. Emphasizing the strengths of the liberal arts—critical thinking, writing, and creative expression—across a broad spectrum of disciplines, the College prepares students for the twenty-first century by providing grounding in tradition and the most current research methods and knowledge.

The College houses 26 departments and 12 interdisciplinary programs offering 47 major programs (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/#majors) leading to the degree of Bachelor of Arts (A.B.) or Bachelor of Science (B.S.), as well as 55 minors (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/#minors) open to students in all four undergraduate schools.

# Academic Policies and Procedures

1. Degree Requirements
2. Core Curriculum
3. Academic Regulations
4. Study Abroad Policies and Processes
5. Academic Standards
6. Advising
7. Degree Conferral and Commencement

# 1. Degree Requirements

The following are the graduation requirements for all students in Georgetown College. Each degree candidate must:

1. Complete a minimum of 120 semester hours.
2. Complete the Core Curriculum.
3. Complete a major; Requirements for each major are specified in the Degree Programs (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/) section of this Bulletin. Students in the College may elect to double major, double major with a minor or approved certificate program, or major in one field with one or two minors (or a minor and a certificate), but only one major program is *required*. All students are expected to declare a major no later than spring of the sophomore year, in advance of registration for the following fall semester. Students are expected to perform at the level of C or better in their major courses; students performing consistently below this standard may be directed by the deans to pursue a different major.
4. Achieve a final cumulative grade-point average (GPA) of 2.0 or better.

# 2. Core Curriculum

The Core Curriculum in the College, ordinarily completed in the student's first and second years, has two tiers: the University Core and the College Core.

The University Core, shared by all four undergraduate schools, anchors the undergraduate experience in the liberal arts disciplines of the College, in areas that nurture the intellect and the spirit, cultivating inquiry and critical reading, training a deeper sense of self within an expansive worldview. The University Core incorporates philosophy, theology, humanities, and science, with special emphasis on eloquent expression and global understanding:

- *Philosophy: 2 courses*
- *Theology: 2 courses*
- *Writing: 2 courses*[*]
- *Humanities: Art, Literature, and Culture: 1 course*
- *Science for All: 1 course*
- *Engaging Diversity: 2 courses*[**]

Each undergraduate school expands the Core, expressing distinctive values and priorities for its students through additional requirements in a school Core. The College Core encompasses the University Core, adding history, social science, quantitative reasoning, and foreign language; these knowledge domains and modes of inquiry are essential in the formation of graduates of the College:

- *History: 2 courses*
- *Math or Computer Science: 1 course*
- *Social Science: 2 courses*\*\*\*
- *Foreign language: mastery through the intermediate level*

Students are expected to fulfill Core requirements at Georgetown. When appropriate, students may receive approval from the Dean's Office to complete a Core course away. Certain specific courses must be completed at Georgetown, as must at least *half* of any requirement.

\* The Writing requirement begins with WRIT-015. The second course in the requirement is an Integrated Writing course embedded in the major.

\*\*Engaging Diversity is an overlay requirement; courses fulfilling other parts of the Core may also fulfill the Engaging Diversity requirement.

\*\*\* Some science majors are exempt from the Social Science requirement; please consult the Core Requirements section that follows.

# The University Core

## Philosophy

Georgetown, with its commitment to the Jesuit tradition, believes that modern men and women should consider reflectively their relationship to the world, their fellow humans, and God. All students take a year of Philosophy and a year of Theology.

Through the Core, the Philosophy Department is committed to providing courses that promote students' personal growth as human beings in search of meaningful lives, foster their development as responsible citizens, and offer effective introductions to the discipline of philosophy.

All students in Georgetown College must take two courses in philosophy, one in ethics and one in an area of general philosophy. Ethics courses include PHIL-010 Intro to Ethics and all PHIL courses numbered 100-149. General philosophy courses include PHIL-020 Intro to Philosophy and all PHIL courses numbered 150-199. PHIL-098 may count for either area. The first philosophy course must be an introductory course (PHIL-010, -020, or -098). The second course should be at the 100-level, although it is possible to fulfill the requirement with two courses at the 000-level. Seniors are not permitted in the introductory courses, so seniors who have not taken any philosophy previously will be permitted to fulfill the requirement with two courses at the 100-level. Internal transfers from SFS to the College may fulfill one half of the core requirement with PHIL-099, which counts as either a course in ethics or a course in general philosophy. Thus, acceptable sequences are:

1. PHIL-010 followed by either any course PHIL 150–199 or PHIL-020 or PHIL-098.
2. PHIL-020 followed by either any course PHIL 100–149 or PHIL-010 or PHIL-098
3. PHIL-098 followed by either any course PHIL 100–199 or PHIL-010 or PHIL-020.
4. For seniors who have not taken any philosophy previously: one course from PHIL 100-149 and one course from PHIL 150-199.
5. For internal transfers from SFS only: PHIL-099, followed by either any course PHIL 100–199 or PHIL-010 or PHIL-020 or PHIL-098.

GTOWN_00000102

No course at the 200-level or above may be used to fulfill the core requirement in philosophy.

# Theology

Through the Core, the Theology and Religious Studies Department is committed to fostering in students a critically appreciative awareness of the religious dimension of human existence, and to assisting students in reflecting upon their own experience and understanding in that enlarged context. The first course provides this foundation while the second course allows students to develop their critical awareness by applying it to a particular area of interest in religion or theology.

Problem of God (THEO-001) and one intermediate level theology elective fulfill the theology requirement. Introduction to Biblical Literature (THEO-011) may be substituted for Problem of God or may be used as an intermediate level elective. (Transfer students are exempt from Problem of God and may select any two intermediate level courses, including Introduction to Biblical Literature, to fulfill this requirement.

# Writing

Every Georgetown student will take one writing course, WRIT-015: Writing and Culture Seminar, that provides students with opportunities to connect their writing with critical reading and thinking, inquiry, and analysis.  The Writing and Culture Seminar approaches writing through three interrelated frameworks: writing as a tool for inquiry, writing as a process, and practice writing in different rhetorical situations. Each section focuses on a cultural theme, with readings and assignments that engage students with compelling questions and problems.  Seminar readings provide texts for analysis as well as models and motives for student writing. Students are encouraged to complete this course during their first year at Georgetown.

The second half of the Writing Core is an intensive writing experience located within the student's chosen major, embedded within the requirements as determined by that program. The Integrated Writing requirement will prepare students to use the relevant forms, styles, and conventions of their chosen area(s) of study. Because writing reflects ways of thinking in academic practice, attention to writing in the major will enhance the student's learning of concepts, materials, and methods in their fields. Each major's Integrated Writing requirement is established by the department in order to express the unique conventions and practices of the discipline.

# Humanities: Art, Literature, and Culture

Every Georgetown student will take one course in the Humanities: Art, Literature, and Culture. The humanities focus on the critical study of creative works and the creative exploration of critical ideas.  The humanities enable students to analyze the complexities of their own world and better understand diverse histories and populations. Broadly defined, the humanities are the study of how people imagine, critique, and recreate the human experience in forms of art like literature, performance, music, the visual arts, including film and other media, and language. What links the arts, literature, and culture to the ways the humanities try to understand them? In the broadest sense, these areas of human endeavor all involve imaginative creation, expression, and communication; specifically, the making and sharing of experiences, ideas, beliefs, and emotions in symbolic form. Through humanistic study we come to understand and to contribute to the creative record of our world, explore that record across the meaning systems and values of different cultures, and learn how