to think critically and creatively. Such skills facilitate growth in a world marked by ambiguity and change, and are crucial to a richly lived, imagined, and ethical life. HALC courses serve as a launchpad into deeper engagement with the Humanities at Georgetown and prepare students to flourish in a wide array of professional and personal pursuits.

Courses fulfilling this requirement are identified in the course schedule with the Core:HALC – Hum, Art, Lit, Cul attribute in the Schedule of Classes (https://schedule.georgetown.edu/).

# Science For All

Every student will take one course to satisfy the Science for All requirement. These courses, identified by the "Science for All" attribute in the schedule and varying by semester, aim to illustrate, in the context of a scientific discipline, how scientific understanding is developed, tested, and revised. Science For All courses will help and encourage students to understand better the significant role that science plays in their daily lives, and will include examples of the use of scientific methods in addressing complex social problems and of the ethical issues that science can raise.

The natural sciences, and the technologies that they enable, are woven deeply into the fabric of our lives and are central to many of the important political and social challenges that we face. They are also pinnacles of intellectual accomplishment in humanity's ancient and ongoing quest to understand the world in which we live. Thus we believe that to function as liberally educated, ethically responsible citizens, stewards of the planet, and as effective leaders, all Georgetown students should understand scientific modes of thought and concepts, both in the abstract and as they are exemplified in at least one major area of scientific inquiry. The Science For All core requirement is grounded in these beliefs.

# Engaging Diversity

All Georgetown students are required to take two Engaging Diversity courses to ensure the opportunity to engage with diversity issues in two different contexts: one domestic and one global.

The Engaging Diversity Requirement will prepare students to be responsible, reflective, self-aware and respectful global citizens through recognizing the plurality of human experience and engaging with different cultures, beliefs, and ideas. By fulfilling the requirement, students will become better able to appreciate and reflect upon how human diversity and human identities shape our experience and understanding of the world.

Many courses that meet the Diversity requirement also meet other curricular requirements (e.g., core, major, minor) in each school. Courses fulfilling this requirement are indicated with the Core: Diversity/Global and Core: Diversity/Domestic attribute tags in the Schedule of Classes. Note that while some courses may carry both tags (i.e., global and domestic), students are still required to take two Engaging Diversity courses in total.

# The College Core

The College Core consists of the entirety of the University Core plus the following requirements.

# History

The study of history is one of the best ways to challenge one's ideas and assumptions about the world. The study of history leads us to question the many simplified accounts of the world and of its problems that we all encounter in our daily lives. Knowledge of history accomplishes this objective because it consists of the integrated study of all elements of the human experience as they change over time. It therefore introduces students to the interrelations between political, social, economic, cultural, religious, intellectual, artistic, and other developments, and expands their ability to engage with complex causal analysis. This holistic approach gives students a sound understanding of the complex links that characterize societies and cultures, in the past as well as in our own time. The History Core requirement thus aims for students to explore changes and continuities in all spheres of human endeavor, and to understand the human experience as a process of dynamic evolution, and at the same time to engage with the discipline of history as an evidence-based, interpretive, and analytical approach to research and knowledge.

The requirement consists of two courses. One comes from a menu of introductory surveys on the history of significant world regions over long time spans. These courses offer students access to trans national and cross cultural developments, raising their awareness of global themes and issues and leading them to examine the interaction of diverse cultures and groups. The vast geographic scope and long time spans covered in these courses also give students insight into the deep roots of contemporary globalization.

The other required course (for which there is a menu of choices) aims to expose students to the many components of the discipline of history through focused study of particular historical events, periods or themes. This course (HIST 099) also leads students to consider questions of historical sources, analysis, and writing, and does so less through the breadth of the covered developments, and more through focused study of specific developments and contexts.

All required History courses feature regular small-group discussion, through which students familiarize themselves with history as an analytical tool. In addition to engaged participation in discussions of primary and secondary sources, the courses also include substantive writing assignments. Altogether the courses thus help students hone their critical reading and writing skills, develop their ability to examine evidence, and improve their capacity for verbal and written argument.

History Core courses therefore both contribute to raising students into informed, thoughtful, and active modern citizens, and provide them with effective, useful skill sets for any career field.

To review: All students in the College are required to complete two one-semester courses in history:

One semester of HIST 099.*Note that this requirement has to be fulfilled at Georgetown and cannot be transferred.

One broad survey chosen among the following:

- Intro Early History (HIST-007);
- Intro Late History (HIST-008);
- Atlantic World (HIST-106);
- Pacific World (HIST-107);
- Africa I or II (HIST- 111 or 112);
- South Asia I or II (HIST-128 or 129);
- Latin America I or II (HIST- 158 or 159);
- Middle East I or II (HIST-160 or 161).

Majors in Arabic, Chinese, Japanese, or Russian may satisfy the history requirement for the survey course by taking either semester of the regional history survey appropriate to their major:

- Arabic majors: Middle East I or II (HIST-160 or 161)
- Chinese majors: History of China I or II (HIST-122 or 123)
- Japanese majors: History of Japan I or II (HIST-124 or 125)
- Russian majors: History of Russia I or II (HIST-170 or 171)

These majors still need to take HIST 099. Students who take a specific area history survey as part of their initial major and then change majors do not incur an additional history requirement.

GTOWN_00000105

Students with AP credit in European and/or World History or IB credit in Europe/Islamic World and/or Twentieth Century/Regional Topics fulfill the core requirement differently. See Advanced Credit (https://bulletin.georgetown.edu/admissions/advanced-credit/) section of this Bulletin for full information. Students with History AP credit may not take HIST-007, 008, 099, or they will forfeit the AP credit.

# Math or Computer Science

Every student in the College must complete a course in the department of mathematics or the department of computer science. Engagement in these disciplines helps students develop quantitative literacy, facility with data and statistics, symbolic and visual representations, numeracy, and related capacities that are essential when navigating the data-rich environments in the world today. Problem solving and logical reasoning are greatly enhanced by work in these fields; acute sensitivity to quantitative methods and reasoning is essential to informed citizenship and ethical leadership.

# Social Science

In addition to examining the world through the humanities, languages and sciences, the social science core requirement introduces students to the study of human society from the perspective(s) of the disciplines of anthropology, economics, government, linguistics, psychology, and sociology. Students engage these perspectives by taking two courses in the same discipline, generally starting with one at the introductory level.

All students except those majoring in Biochemistry, Biological Physics (BS track), Biology, Biology of Global Health, Chemistry, Environmental Biology, Neurobiology, or Physics (BS track), satisfy their social science requirement by taking two courses from one of the following departments: Anthropology, Economics, Government, Linguistics, Psychology, or Sociology. In addition to courses offered by the Linguistics department, the following courses count toward the social science requirement as Linguistics courses:

- ARAB-377   Language and Identity in Egypt
- ARAB-390   Fundamentals of Language
- CHIN-391   Intro to Chinese Linguistics
- FREN-291   Making Sense of Language
- FREN-391   Fundamentals of Learning/Teaching French
- FREN-492   History of the French Language I
- FREN-494   Medieval French Language
- GERM-445 Literacy & FL Teaching
- ITAL-393   Contemporary Italian and its Regional Varieties
- ITAL-394   Italian American Language, Literature, and Film
- JAPN-372   Readings in Language and Culture
- JAPN-391   Topics in Japanese Linguistics
- JAPN-392   Issues in the Acquisition of Japanese
- RUSS-393   Russian Phonology
- RUSS-491   History of the Russian Language
- SPAN-210   Intro to Spanish Linguistics
- SPAN-312   Morphology: From Latin to modern Spanish
- SPAN-313   Bilingualism: The mind and its context
- SPAN-330   Spanish Phonetics
- SPAN-396   SEM: Spanish Sociolinguistics
- SPAN-426   Spanish Dialectology
- SPAN-523   History of Spanish Language

GTOWN_00000106

# Language

The study of a language, literature, and culture other than one's own enables a better understanding of the world. Language learning broadens horizons, expands minds, and enhances professional competence and personal engagement in a globalized world.

To be an effective cross-cultural communicator requires not only foreign language proficiency, but awareness of literary and cultural traditions as well. Understanding language in all its forms, styles, and uses leads to more authentic relationships among diverse peoples.

All students in the College must achieve proficiency in a language (ancient or modern) through the intermediate level. During New Student Orientation, placement exams are offered in most languages. Students who do not place above the intermediate level of a language must fulfill the requirement by completing language coursework through the intermediate level. Please note that the number of courses required varies depending on the language family* and the intensity of instruction.

*In general, students must complete through the 12th credit of an Indo-European language or the 24th credit of other languages.

The following language courses are considered "exit courses" and complete the College's language requirement:

- Arabic    ARAB-112: Intensive 2nd Level Modern Standard Arab II
- Chinese    CHIN-112 or 114: Intensive 2nd Level Chinese
- French    FREN-022 or 032: Intermediate French
- German    GERM-022 or 032: Intermediate German
- Greek (Ancient)    CLSG-101: Intermediate Greek
- Greek (Modern)    GREE-012: Intensive First Level Modern Greek II
- Hebrew    HEBR-022: Intermediate Modern Hebrew II
- Italian    ITAL-032: Intensive Intermediate Italian
- Japanese    JAPN-112: Intensive Second Level Japanese II
- Korean    KREN-112: Intensive Second Level Korean II
- Latin    CLSL-101: Intermediate Latin
- Persian    PERS-012: Intensive 1st Level Persian II
- Polish    PLSH-102: Intermediate Polish II
- Portuguese    PORT-032: Intensive Intermediate Portuguese
- Russian    RUSS-012: Intensive First Level Russian II
- Spanish    SPAN-022 or 032: Intermediate Spanish
- Turkish    TURK-022: Intermediate Turkish II

Students are strongly urged to complete the language requirement no later than the end of their sophomore year.

Please note the College does not grant credit for language study repeated at the same level of instruction. Language placement tests are recommended for any student who has begun language study elsewhere, whether high school, prior college, etc.

Any student with advanced proficiency in a language not offered at Georgetown should contact his/her dean to inquire about the possibility of arranging a placement test in that language. Georgetown has recently started a partnership with the American Council on the Teaching of Foreign Languages (ACTFL) to certify student proficiency in languages not taught on campus.

GTOWN_00000107

# 3. Academic Regulations

Georgetown College holds its students to all of the standards set forth in the Academic Regulations (https://bulletin.georgetown.edu/regulations/) section of this *Bulletin*, including both the Academic Standards (https://bulletin.georgetown.edu/regulations/standards/) and the Honor System (https://bulletin.georgetown.edu/regulations/honor/) described therein. The former articulates university-wide standards for satisfactory academic performance, while the latter expresses the expectations for academic integrity that govern the intellectual life of our community. Additional regulations peculiar to the College are as follows:

1. Residency and Matriculation: *Georgetown's intellectual community is immersive; it presumes presence, thoroughgoing engagement, and concentrated commitment of one's time and attention to a rich, integrative learning environment. This belief animates the following policies regarding residency and matriculation:*
   a. Undergraduate students are required to be full-time. University-wide, full-time status is defined as 12 or more credits in a semester. Departures from this standard require exceptional approval, including:
      - Seniors who have met the residency requirements explained below may petition to be part-time in one semester of the senior year only.
      - Students seeking to enroll less than full-time due to a chronic medical condition must seek the endorsement of the Academic Resource Center and/or Student Health each semester.
   b. Ordinarily, students are limited to a maximum of five courses of three credits or more per semester. The five-course limit safeguards time required for study, encourages intellectual seriousness and depth, and protects student wellness. Students wishing to take a sixth course (of three credits or more) must petition their dean to do so; they should have a sound academic reason for requesting the overload and a demonstrated record of success in previous full-time semesters. First-year students are not permitted to exceed the five-course limit under any circumstances.
   c. Students must complete a minimum of six semesters of full-time university study (exclusive of summer study; for these purposes a semester is considered to be fall or spring in the regular academic year only), four of which must be in residence in the College. Study abroad at one of Georgetown's campuses (GU-Q, Villa le Balze) counts toward the four-semester residency requirement, but all other Georgetown-approved study abroad programs do not.
   d. Students may not work more than 20 hours per week without permission from the College Dean's Office. A student electing to engage in a full-time commitment outside of academic coursework (e.g., employment, internship, or fellowship opportunity) should request a leave of absence.
   e. Any student with more than one incomplete in a given term who is unable to complete his or her work by the first day of class of the next term may not begin new courses without formal review and consent of the Dean's Office, and may be directed to take a leave of absence.
2. Transfer Credits
   a. A minimum of 60 credits must be completed in residence.
   b. Additionally, students are required to complete at least half of the coursework for a major or minor at Georgetown. Transfer credit in excess of half of a major or minor may be counted as free electives toward the degree. Some departments and programs may set stricter limits on transfer credit within major and minor programs.
   c. Students are eligible to transfer a maximum of four college courses taken prior to matriculation at Georgetown (i.e., while in high school) provided that they meet the following conditions: 1) courses must have been taken after the sophomore year of high school; 2) courses must have been taught at the college campus by a member of the college faculty; 3) courses must have been open to students at that college or university, not designed specifically for and limited to high school students; 4) courses must have been eligible for credit towards a degree at the host institution; and 5) courses must not have been applied toward any high school graduation requirements.
   d. Once matriculated, a student may transfer no more than 12 summer school credits (typically 4 courses) taken elsewhere to the Georgetown degree. Exceptions to the 12-credit limit can be granted when courses are valued at more than 3 credits. Prior approval for summer courses must be obtained from the College Dean's Office.

e. Students may not transfer coursework taken in a fall or spring semester at another institution, other than coursework taken in an approved study abroad program.

f. Students on leaves of absence should not expect to transfer credits for courses taken elsewhere during that time. In rare circumstances and with expressed written approval of the Dean's Office prior to the leave, students may be allowed to transfer a limited number of courses. In no instance will more than four courses be transferred to the Georgetown record, and all transfers will count against the "summer school" limit noted above (2.d).

3. Additional Limits and Minimums

   a. Normally the College approves a maximum of four courses for summer school work at Georgetown per academic year.

   b. College students may not enroll in courses offered through the School of Continuing Studies (SCS) for its various degrees, certificates and special programs, with the exception of COL, SFS, MSB, and NHS courses offered through SCS's Summer School.

   c. No more than twelve credits of Military Science (MLSC) may be counted toward the degree. Preference is given to courses offered at 3 credits over courses that carry less than 3 credits in applying courses to the degree. This rule holds across the ROTC programs—Army at Georgetown University, Navy at The George Washington University, and Air Force at Howard University.

   d. No more than six courses from the McDonough School of Business may be counted towards the degree.

   e. Students in their first and second years may not take two courses in the same discipline in the same semester.

   f. In the spirit of a liberal education, each student is required to take at least 24 courses outside of his or her primary major department.

4. Other

   a. A single course may satisfy a core requirement and also fulfill a major, minor, or certificate requirement. A single course may not fulfill two different core requirements, nor may it count in two majors, a major and a minor, or any other combination of major, minor, and certificate programs. Three notable exceptions: (1) courses identified as corollary in a major program, which indicates that they may count in another major or minor program; (2) minor or certificate programs that require a total of seven courses, which allow for *one* course to be double counted in another major or minor program; (3) the Engaging Diversity requirement, because it is an "overlay" requirement, allows for courses to fulfill the ED requirement while simultaneously counting elsewhere (fulfilling another core requirement and/or a major or minor requirement).

   b. Any course that fulfills a major, minor, certificate or core requirement must be taken for a letter grade, unless the course is only offered as pass/fail.

   c. The College does not recognize courses for audit.

   d. Students majoring in two fields that lead to different degrees (e.g., English and Biology) must choose the degree (A.B. or B.S.) they wish to receive.

# 4. Study Abroad Policies and Processes

For a complete overview of the study abroad application process, please see the Global Education section of this Bulletin (https://bulletin.georgetown.edu/globaleducation/) or visit studyabroad.georgetown.edu (http://studyabroad.georgetown.edu/). Study abroad is ordinarily pursued in the junior year; applications to study abroad in the spring of sophomore year or fall of senior year will be considered, but should be accompanied by a petition to the deans explaining the rationale. All students in the College are required to have their study proposal(s) reviewed and approved by both the major department(s) and their advising dean. Departments and programs set their own limits and maximums for transfer credit in major and minor programs; please refer to the program pages here in the Bulletin or department and program websites for full information about transfer credit policies. It is possible to fulfill core requirements abroad, but all courses must be approved by the advising dean (who will consult the core departments as

necessary); note also that half of each core requirement must be completed in residence at Georgetown (single-course requirements such as the WRIT-015, HIST-099, and HALC are not eligible to be transferred from abroad). All other coursework taken abroad will be transferred as elective credit.

Upon receipt of an official final transcript, credit will be posted for all courses in which the student has earned the minimum passing mark. All transfer credit in major, minor, and certificate programs is subject to departmental review via the Transfer Credit Evaluation process (https://georgetown.app.box.com/s/7h1yesk6wy900ou5m22g). Grades from study abroad coursework are not computed in the Georgetown grade point average but are recorded on the transcript, except for students studying at a Georgetown Global Living and Learning site or at Georgetown University in Qatar (GU-Q), in which case grades are both recorded on the transcript and computed in the Georgetown grade point average. In most cases, a maximum of five courses and 17 credits per semester are transferred to the Georgetown degree.

Please note that Georgetown Global Living and Learning sites and GU-Q are considered to be "in residence," but all other study abroad programs are not; thus (internal and external) transfer students should pay particular attention to residency requirements (in terms of both semesters in residence and credit minimums) when considering study abroad options.

# 5. Academic Standards

The policies and procedures described below are consistent with and in addition to the University-wide Academic Standards (https://bulletin.georgetown.edu/regulations/standards/) described elsewhere in this Bulletin.

Georgetown College is an intensive and immersive intellectual community. Students are embraced by a network of faculty, deans, counselors, and peer advisors who are committed to nurturing their education, their development, their intellectual potential. An advisor's role is to guide and counsel; students' academic performance and academic records are their own. The Associate Deans, Assistant Deans, and Academic Counselors advise students throughout their undergraduate experience. Together they make up the Council on Studies of Georgetown College. The Council is also charged with upholding the academic standards of the College.

Faculty and students, upon initiation into this intellectual community, agree to high standards of academic performance and integrity, standards that establish the conditions for personal and intellectual formation. Failure to meet these standards may result in temporary or permanent separation from the university.

The Council on Studies convenes at the conclusion of the fall and spring semesters to review the grades of each student in the College. When a student's performance falls short of the standards of the community, the Council considers that student's circumstance carefully, decides on the necessary course of action, delivers that decision to the student, and maintains a process by which the student can appeal the decision. The Council may take one of four courses of action: letter of concern, probation, suspension, or dismissal.

Letter of Concern: When the Council on Studies detects difficulty in a given semester, often represented by grades that are passing but low (D or D+), they may communicate their concern in a letter to the student. The letter is a reminder of both available support and the formal academic standards of the College. The letter does not constitute a change of one's standing and does not appear on any formal record.

Probation: When a student receives a failing grade, incurs a cumulative grade point average below 2.0, or fails to complete a full-time semester for a second time in their career, the student is placed on academic probation. Probationary status is automatic, resulting from performance in the last semester attended (even if a break has intervened), and lasts through the next semester, after which each student's performance is reviewed again. Probationary status is conveyed to the student in writing, but it does not appear on the academic transcript.

Suspension: Academic suspension is a temporary measure taken to halt a student's progress in the degree. Academic suspension is a sobering, serious consequence, but implicit in the sanction is a hope that the student will return, having reflected deeply and learned to manage whatever issues intruded on their academic success. When the Council on Studies determines that a student's performance warrants suspension (see Undergraduate Bulletin Academic Standards (https://bulletin.georgetown.edu/regulations/standards/) section for academic deficiencies that can result in suspension), the decision is conveyed in writing with the length and conditions of the suspension addressed.

Dismissal: Academic dismissal is permanent separation from the university. In rare cases, the Council on Studies occasionally discovers that a student's performance is too deficient, or that improvements have not been made despite prior attempts at intervention and remediation, resulting in the difficult decision of dismissal (see Undergraduate Bulletin Academic Standards (https://bulletin.georgetown.edu/regulations/standards/) section for academic deficiencies that can result in dismissal). In the case of dismissal, students may not expect to return to Georgetown in the future.

# Academic Appeals

Students who are either dismissed or suspended may appeal the decision of the Council on Studies before a Board of Academic Appeals. As an extension of the educational process, an Academic Appeal hearing is not a court of law, but an opportunity for a student to appear before an impartial body for an additional hearing. Academic Appeals are primarily appropriate when previously unseen evidence exists to shed light on extenuating circumstances that affected a student's performance. Academic Appeal hearings represent venues for sharing that evidence, or acknowledging important contexts that were heretofore obscure, in order to argue for a different outcome or solution. Without new evidence to present or contexts to acknowledge, an appeal hearing is unwarranted.

The Board of Academic Appeals shall consist of two members of the faculty and one of the advising deans in the College. This dean will not participate in the original decision during grade review. No member of the faculty may serve on a Board if:
• He or she has at any time failed the student who is appealing.
• He or she has at any time acted as faculty advisor to the student.

Upon notice of suspension or dismissal, the student will be informed of the process for appeal and the deadline to request an appeal hearing in writing. The student's request must be a substantive statement indicating the grounds for possible reconsideration and must be submitted within the specified time limit. The student will be notified of the date, time, and location of the hearing before the Board of Academic Appeals. Students are strongly encouraged to appear in person at the hearing; however, if circumstances prevent attendance, the student may participate by telephone or provide a written argument or summary for the Board to review.

When presenting his or her appeal to the Board, the student may appear alone or may bring a member of the University community to provide silent support. This person may not be a member of the student's family. The Board aims to create conditions that will permit a student to speak freely and honestly, on their own behalf. The Board will have access to the student's academic record and his or her written request for an appeal.

The student may submit evidence of extenuating circumstances and may be present for all stages of the hearing except for the final deliberation by the Board. The Board may recommend upholding the Council's decision or it may recommend a mitigation of that sanction, e.g., instead of dismissal, a suspension; instead of suspension, a voluntary leave of absence or strict probation. It cannot recommend a harsher decision or completely abrogate the original decision.

The Board's recommendation is sent in writing to the Dean of the College, who communicates to the student the final disposition of the matter in writing.

# 6. Advising

# Academic Advising Program

The College's advising system is designed to inform students of the many curricular options and programs available to them and to help them in making responsible choices that nurture their intellectual interests.

The academic advisement of students in the College is shared by the advising deans in the College and the College's faculty.

Advising of all first- and second-year students is supervised by the College Dean's Office in ICC 303. During their first year, students are encouraged to schedule a meeting with their assigned dean to discuss their intellectual interests and academic goals, and to construct a preliminary Academic Road Map (ARM). The purpose of the Academic Road Map is to acquaint student and dean, to discuss how to use the degree audit advising tool, and for the student to learn how to navigate the curriculum.  Although the Academic Road Map is designed to ensure the timely completion of all degree requirements, it is in no way binding, and it is expected that students will revise their plans as their intellectual interests evolve. The creation of the Academic Road Map provides an opportunity for students to explore the full range of curricular options available to them in the College, and to discuss other possibilities such as study abroad.

In addition to working with the Dean's staff, students who enter the College with declared majors in mathematics, the sciences, a language, or linguistics are assigned a faculty advisor in their major. These departmental advisors provide their students with specific information about the proper sequencing of courses required for their majors, discuss students' proposed course selections during registration periods, and serve as intellectual mentors in the student's chosen field of endeavor.

Students who enter the College undeclared do not formally declare their majors until their second year. The Dean's Office staff encourages undeclared students to explore potential areas of interest by pursuing a combination of core requirements and elective courses in the first two years. At the time of major declaration, the student is assigned a faculty advisor in the major department. That advisor is responsible for assisting the student in choosing junior- and senior-year courses which will result in the timely and successful completion of all degree requirements. A faculty advisor who becomes well acquainted with a student can counsel perceptively and structure coursework to prepare for a desired career and/or postgraduate study. All transfer students are also assigned a faculty advisor in their delcared maor upon matriculation.

Overall decanal supervision of junior and senior students is provided by the advising deans in White-Gravenor 108. The junior and senior deans advise students about changes of academic program; study abroad and transfer credit; honors and thesis programs, capstone projects, and independent study or tutorial courses; degree completion and commencement; and post-graduation plans.

# Preparation for Graduate and Professional Schools

A number of the graduates of the College each year go on to graduate and professional schools. The College attempts, through its curricula, programs, and advising system, to give its students strong preparation for graduate work.

Students who are considering graduate study are encouraged to visit the College Dean's Office at any time during the academic year to discuss their interests. Undergraduates should also consult with faculty advisors who can offer viable guidance regarding preparation for graduate studies.

Another university resource available to assist students with graduate school plans is the Career Education Center (https://careercenter.georgetown.edu/). Students interested in pursuing competitive fellowships should research opportunities with the Office of Fellowships, Awards, and Resources (GOFAR (https://gofar.georgetown.edu/)).

GTOWN_00000112

# Pre-Legal

Georgetown has a long tradition of preparing students to enter the legal profession. While there is no "pre-law" curriculum, students preparing for law school should concentrate on courses which require analytic thinking and clear written expression.

Most students who plan to go to law school major in one of the humanities or social sciences. However, there is no specific major required for admission to law school. The flexibility of the College curriculum gives students in any major ample opportunity to elect a diverse array of courses which may provide an appropriate background for law. Students interested in pursuing law school should plan to meet with the pre-law advisor in the Career Education Center (https://careercenter.georgetown.edu/graduate-school/law-school).

Students who have achieved high honors should consider applying to the Georgetown University Law Center through the Early Assurance Program. This program allows exceptionally well-qualified students to submit an application to the Law Center during the junior year. The LSAT is not required for application and admission, though students admitted through the Early Assurance Program will be required to submit LSAT scores prior to matriculation. Students not admitted under the Early Assurance Program may apply again through regular admission during the senior year. Interested students should contact the Law Center Office of Admissions for applications and details at the beginning of their junior year.

# Pre-Medical and Pre-Dental

Georgetown offers a number of programs that prepare students to enter medical or dental school. In each of these the student must take the following basic pre-medical/pre-dental courses (a full year of each):

- Mathematics (including at least a semester of Calculus)
- General Chemistry
- Organic Chemistry
- Principles of Physics
- Foundations in Biology I and a second biology course with lab (e.g., Foundations in Biology II, Genetics, Biological Chemistry)

Students may choose to major in any B.S. or A.B. program as they complete their pre-medical/pre-dental requirements.

The B.S. programs with majors in Biochemistry, Biological Physics, Biology, Biology of Global Health, Chemistry, Computer Science, Environmental Biology, Mathematics, Neurobiology, and Physics include all or some of the above courses. The remaining courses on the list are taken as electives to round out the pre-medical/pre-dental requirements. The B.S. programs are strong science programs, and are particularly appropriate for students who are interested in taking more than the minimum of science and math courses required for medical school admission.

Students may also choose to major in an A.B. program in one of the humanities, social sciences, languages, or linguistics and at the same time fulfill the minimum science requirements for medical or dental school. Further science courses may be taken as electives at the option of the student in consultation with his or her advisor. The proximity of the College to the Georgetown University Medical Center allows the student to be exposed to the challenges of the medical professions.

The Georgetown Pre-Medical/Pre-Dental Recommendation Committee includes advising deans and several faculty from the College, as well as one faculty member each from the NHS and Medical School. Students preparing to enter medical or dental school request the committee recommendation at the end of the spring semester in their junior or senior year.

GTOWN_00000113

The College has an Early Assurance Program agreement with Georgetown Medical School whereby a select number of pre-medical students, at the end of their sophomore year, may be assured of admission to the Medical School upon satisfactory completion of their junior and senior years. The program is designed to encourage exceptional students to undertake ambitious programs with a degree of security about eventual admission to medical school. Georgetown University Medical School will exempt these students from the MCAT requirement.

# 7. Degree Conferral and Commencement

Degrees are conferred three times a year: in May, August, and December. Seniors are prompted by the Dean's Office to file an application for the degree by the Dean's Office; failure to do so in a timely fashion may delay the conferral of the degree.

Commencement Exercises take place once a year, in May. Students graduating in August may participate in the May Commencement exercises preceding or following the conferral of the degree. Students graduating in December may participate in the following May Commencement exercises. Note that for purposes of determining graduation honors, both August and December graduates are included with the following class of May graduates.

GTOWN_00000114

# Degree Programs and Curriculum

1. Majors
2. Minors
3. Certificates
4. Accelerated Bachelor/Master Degree Programs
5. Special Academic Programs for First-Year Students
6. Interdisciplinary Programs
7. Undergraduate Research

# 1. Majors

Georgetown College offers the following majors for the Bachelor of Arts (A.B.) degree:

- African American Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/african-american-studies/)
- American Musical Culture (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/performing-arts/#AmericanMusicalCultureMajor)
- American Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/american-studies/)
- Anthropology (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/anthropology/)
- Arabic (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/arabic/)
- Art (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/art/)
- Art History (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/art-history/)
- Biological Physics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/physics/#BiologicalPhysicsMajorAB)
- Chinese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/chinese/)
- Classics (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/classics/)
- Comparative Literature (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/comparative-literature/)
- Computer Science (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/computer-science/)
- Economics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/economics-political-economy/)

- English (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/english/)
- French (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/french/)
- German (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/german/)
- Global Medieval Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/medieval-studies/)
- Government (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/government/)
- History (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/history/)
- Interdisciplinary Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/interdisciplinary-studies/)
- Italian (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/italian/)
- Japanese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/japanese/)
- Justice and Peace Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/justice-and-peace-studies/)
- Linguistics (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/linguistics/)
- Mathematics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/mathematics/)
- Philosophy (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/philosophy/)
- Physics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/physics/)
- Political Economy (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/economics-political-economy/#PoliticalEconomyMajor)
- Portuguese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/portuguese/)
- Psychology (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/psychology/)
- Russian (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/russian/)
- Sociology (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/sociology/)
- Spanish (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/spanish/)
- Spanish and Portuguese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/spanish-and-portuguese/) Studies (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/spanish-and-portuguese/)
- Theater and Performance (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/performing-arts/#TheaterPerformanceMajor) Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/performing-arts/#TheaterPerformanceMajor)

GTOWN_00000116

- Theology and Religious (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/theology/) Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/theology/)
- Women's and Gender Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/womens-gender-studies/)

The following majors lead to a Bachelor of Science (B.S.) degree:

- Biochemistry (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/chemistry/#BiochemistryMajor)
- Biological Physics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/physics/#BiologicalPhysicsMajorBS)
- Biology (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/biology/)
- Biology of Global Health (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/biology/#BiologyGlobalHealthMajor)
- Chemistry (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/chemistry/)
- Computer Science (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/computer-science/)
- Environmental Biology (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/biology/#EnvironmentalBiologyMajor)
- Mathematics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/mathematics/)
- Neurobiology (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/biology/#NeurobiologyMajor)
- Physics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/physics/)

# 2. Minors

Minors are optional. Some minors require an application (*), typically submitted in the spring of sophomore year. MOST Minors are open to all, and may be declared when declaring a major, or any time after. The following minors are offered:

- African American Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/african-american-studies/#African-American-Minor)
- Anthropology (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/anthropology/#anthropology-minor)
- Arabic (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/arabic/#ArabicMinor)
- Art (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/art/#art-

minor)

- Art History (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/art-history/#ArtHistoryMinor)
- Biology (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/biology/#BiologyMinor)
- Business Administration* (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/business-administration/)
- Catholic Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/catholic-studies/)
- Chemistry (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/chemistry/#ChemistryMinor)
- Chinese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/chinese/#ChineseMinor)
- Classical Studies (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/classics/#ClassicalStudiesMinor)
- Cognitive Science (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/cognitive-science/)
- Computer Science (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/computer-science/#ComputerScienceMinor)
- Creative Writing* (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/english/#CreativeWritingMinor)
- Disability Studies* (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/disability-studies/)
- Economics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/economics-political-economy/#EconMinor)
- Education, Inquiry, and Justice* (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/education-inquiry-justice/)
- English (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/english/#EnglishMinor)
- Environmental Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/environmental-studies/)
- Film and Media Studies* (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/film/)
- French (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/french/#FrenchMinor)
- German (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/german/#GermanMinor)
- Global Medieval Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/medieval-studies/#MedievalStudiesMinor)
- Government (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/government/#GovernmentMinor)
- Greek (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/classics/#GreekMinor)
- History (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/history/#HistoryMinor)

- Hebrew (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/hebrew/)
- Italian (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/italian/#ItalianMinor)
- Japanese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/japanese/#JapaneseMinor)
- Jewish Civilization (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/jewish-civilization/)
- Journalism (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/journalism/)*
- Justice and Peace Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/justice-and-peace-studies/#Justice-and-Peace-Minor)
- Korean (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/korean/)
- Linguistics (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/linguistics/#LinguisticsMinor)
- Mathematics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/mathematics/#MathematicsMinor)
- Music (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/performing-arts/#PerformingArtsMinor)
- Performing Arts (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/performing-arts/#PerformingArtsMinor)
- Persian (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/persian/)
- Philosophy (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/philosophy/#PhilosophyMinor)
- Philosophy and Bioethics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/philosophy/#PhilosophyAndBioethicsMinor)
- Physics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/physics/#PhysicsMinor)
- Portuguese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/portuguese/#PortugueseMinor)
- Psychology (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/psychology/#PsychologyMinor)
- Public Health (https://bulletin.gudrupalstg.georgetown.edu/NHS%20DegreePrograms#public%20health%20minor)*
- Religion, Ethics, and World Affairs* (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/religion-ethics-world-affairs/)
- Russian (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/russian/#RussianMinor)
- Russian Literature and Culture (in Translation) (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/russian/#RussianLitCultureTranslationMinor)
- Science, Technology, and International Affairs* (https://bulletin.georgetown.edu/schools-

programs/college/degree-programs/science-technology-international-affairs/#STIA-Minor)
- Sociology (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/sociology/#Minor)
- Spanish (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/spanish/#SpanishMinor)
- Statistics (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/mathematics/#StatisticsMinor)
- Theater and Performance Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/performing-arts/#PerformingArtsMinor)
- Theology and Religious Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/theology/#TheologyMinor)
- Turkish (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/turkish/)
- Women's and Gender Studies (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/womens-gender-studies/#Womens-Gender-Studies-Minor)

# 3. Certificates

Georgetown College students may earn a certificate in one of the regional study programs below offered through the School of Foreign Service. Certificates are the functional equivalent of minors, so they count as one of the maximum three academic components that a student may complete toward the degree. In keeping with SFS policy, students may not pursue two certificate programs. There can be no double counting of courses between or among programs, except in cases of 7-course certificates or minors that explicitly allow for the double counting of *one* course between two programs.

- African Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#AfricanStudiesCertificate)
- Arab Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#ArabStudiesCertificate)
- Asian Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#AsianStudiesCertificate)
- European Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#EuropeanStudiesCertificate)
- Islam and Muslim-Christian Understanding (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#IslamMusChristCertificate)
- Latin American Studies
- Eurasian, Russian, and East European Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#RussianEastEuropeanCertificate)

See the Certificates page (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/) for the full requirements for each of the above programs.

GTOWN_00000120

# 4. Accelerated Bachelor/Master Degree Programs

Some College Departments offer qualified undergraduate students the opportunity to earn bachelor's and master's degrees at an accelerated pace within five years by counting two graduate-level courses taken as part of the undergraduate program toward the master's degree. Some of these programs also permit up to two additional graduate courses beyond the 120 credits required for the undergraduate degree to be applied towards the master's within limits set by policy and with the explicit approval of the particular master's program, the College, and the Graduate School. Students with a minimum of a 3.5 in the major are eligible to apply for the program no later than the end of their junior year. Please see the Graduate School of Arts and Sciences (https://grad.georgetown.edu/admissions/programs/accel-prog) for information and requiremens of specific master's programs.

Currently, the following accelerated degree programs are available to qualified students with appropriate undergraduate coursework:

- Arabic
- Art & Museum Studies
- Computer Science
- Communication, Culture & Technology
- English
- German
- Global, International, and Comparative History
- Government
- Italian
- Latin American Studies
- Linguistics
- Russian and European Studies
- Spanish
- Statistics

# 5. Special Academic Programs for First-Year Students

## Liberal Arts Seminar

The College offers a special Liberal Arts Seminar to thirty first-year students. Its aim is to foster in each student an integrated approach to learning. The interdisciplinary program, whose theme changes based on the participating faculty and their chosen focus involves extensive reading, independent study, and exploration of ideas through small discussion groups. The seminar is valued at 12 credits and fulfills up to four core requirements, depending on the focus each year. All incoming first-year students are invited to apply to the Liberal Arts seminar in the summer prior to matriculation.

## Ignatius Seminars

The Ignatius Seminars are courses offered in the fall semester for the intellectually curious student interested in an integrative and personal approach to learning. These seminars introduce Georgetown College first-year students to the depth and diversity of Georgetown's dynamic intellectual community. Favorite topics of College faculty form the offerings

for these seminars that invite small student groups to join their professors in the creative exploration of mind and spirit. All incoming first-year students are invited to apply to participate in the Ignatius Seminar program in the summer prior to matriculation.

# FLL Hager Scholars Program

The FLL Hager Scholars program is for declared majors in languages, linguistics, and comparative literature, designed to create a sense of community and opportunities for intellectual growth. Over the course of this yearlong program, Hager Scholars will gain a greater appreciation of the possibilities available to students and scholars of language(s), inside the classroom and in the world beyond. In addition to a course in their declared major, FLL Hager Scholars will be enrolled in designated courses that fulfill core requirements, and a 1-credit colloquium addressing critical and contemporary issues where language plays an illuminating, deepening, or complicating role.

# 6. Interdisciplinary Programs

Interwoven throughout Georgetown's traditional department-based curriculum are interdisciplinary programs, majors, and minors that take advantage of the breadth as well as depth of intellectual resources on the Georgetown campus. These programs are based on themes that cross departmental boundaries and reflect the emergence of significant new perspectives on human knowledge. They are the result of collaborative efforts by faculty from several disciplines to create curricular offerings addressing complex questions coherently from a common but multidimensional standpoint.

The College offers interdisciplinary majors and minors in:

- African American Studies
- American Studies (major only)
- Comparative Literature (major only)
- Justice and Peace Studies
- Global Medieval Studies
- Political Economy (major only)
- Women's and Gender Studies

The College offers interdisciplinary minors in:

- Catholic Studies
- Cognitive Science
- Disability Studies
- Education, Inquiry and Justice
- Environmental Studies
- Film and Media Studies
- Jewish Civilization
- Journalism
- Religion, Ethics, and World Affairs
- Science, Technology and International Affairs.

The College also offers qualified students the opportunity to design their own formal interdisciplinary major program, integrating multiple disciplines, through the Interdisciplinary Studies application. All students, however, are encouraged to seek connections and synthesis in and amongst their majors, minors, core courses, and electives in order to more fully appreciate the connectedness of the many ways of knowing.

# 7. Undergraduate Research

Georgetown College places a central emphasis on research in the formation of students through the ongoing quest for deeper knowing, toward fulfillment of the academy's public responsibility to expand and improve humanity's understanding of the world. Students are invited to join faculty in their scholarly work, to learn the methods and approaches of research from disciplinary and interdisciplinary perspectives, and to become independent seekers through asking and answering original research questions. The College provides a variety of opportunities for students to pursue undergraduate research, including in-class projects, fellowships and funding options for independent research in semesters and summers, faculty collaborations as research assistants, and senior capstones and theses.

GTOWN_00000123

# The Faculty of Languages and Linguistics

1. Approach to the Teaching of Language, Culture, Literature, and Linguistics
2. FLL Departments and Programs
3. Senior Honors Thesis
4. FLL Business Coursework
5. Career Opportunities and Professional Development
6. The Language Learning Technology Center

---

# 1. Approach to the Teaching of Language, Culture, Literature, and Linguistics

Now more than ever, it is essential that all of us learn to see the world through the eyes of another. The study of language, literature and culture other than our own enables us to understand the world better, identify commonalities, and respect cultural differences. Jaroslav Pelikan, the eminent scholar/writer, eloquently expresses this concept in *The Idea of the University: A Reexamination:* "Society must require of its educational system that it guide and assist the members of the next generation to transcend the particularities of their own culture in the name of humanity." He is reminding us that the changes in recent decades in countries around the globe, and the accompanying new developments in technology, contribute to a new world view. Georgetown University's long tradition of fostering international understanding is particularly embodied in the teaching and learning of other languages and cultures offered by the Faculty of Languages and Linguistics (FLL) of Georgetown College.

The FLL's intercultural curriculum is designed to educate students in a well-developed program of studies, to evaluate ideas and values from a humanistic and a theoretical/critical perspective. Along with the in-depth study of the culture and literature of other lands and times, language studies are integrated with the various fields of linguistics. Thus, understanding language in all its forms, styles, and uses ultimately leads to successful cross-cultural communication and more authentic relationships among peoples. The aim is to produce graduates who are sensitive to the needs of the world community, open to exploring new ways to improve life, and ready to approach problems with an intercultural perspective.

The FLL offers a full academic program in foreign languages, culture and literature studies, as well as in linguistics. Students may major in Arabic, Chinese, Classics with a concentration in Greek or Latin, Comparative Literature, French, German, Italian, Japanese, Portuguese, Russian, Spanish, or Linguistics. In addition, coursework is available in Catalan, Modern Greek, Hebrew, Korean, Persian, Polish, Turkish, Swahili and Ukrainian. Language and linguistics majors may double-major with any of the other majors offered in Georgetown College. Those who desire to attend medical school may also pursue the pre-medical curriculum in addition to the major. Certificate programs (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/), such as in regional studies including Asian, African, Arab, European, Latin American or Russian & East European Area Studies are open to FLL students. Some of the FLL departments offer Senior Seminars and a Senior Honors Thesis option.

GTOWN_00000124

The Comparative Literature program focuses on literature as a universal phenomenon with diverse forms and manifestations. The program emphasizes the study of broad currents of thought, style, or major literary schools across national boundaries.

Consistent with Georgetown University's traditions and its overall multicultural and international commitment, the FLL considers an overseas experience to be a highly valuable component of the curriculum. An overseas study experience is required for some language majors (see department listings). Although intensive overseas study experiences while in high school may fulfill the requirement, students are encouraged to participate in an overseas experience while at Georgetown. In addition to intensive summer programs organized by FLL department, students may spend a semester or a year abroad. Usually, this will occur during the junior year but where appropriate for the academic plan, students may opt to go during their sophomore year. At overseas study sites where cognate languages are spoken, students matriculate directly into the host university system. Because of their exceptional level of language competency, language and linguistics majors are highly successful participants in overseas study programs.

Students who enter Georgetown College with a declared major in a language or linguistics have their language abilities evaluated either by their SAT II test scores or by a departmental placement test to ensure that they begin their language study at the appropriate level.

# 2. FLL Degree Programs

## Majors

- Arabic (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/arabic/)
- Chinese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/chinese/)
- Classics (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/classics/), with concentrations in:
  - Latin (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/classics/#LatinMajor)
  - Greek (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/classics/#GreekMajor)
  - Latin and Greek (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/classics/#GreekLatinMajor)
  - Classical Studies (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/classics/#ClassicalStudiesMajor)
  - Hellenic Studies (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/classics/#HellenicStudiesMajor)
- Comparative Literature (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/comparative-literature/)
- French (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/french/)
- German (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/german/)
- Italian (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-

linguistics/italian/)

- Japanese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/japanese/)
- Linguistics (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/linguistics/)
- Portuguese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/portuguese/)
- Russian (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/russian/)
- Spanish (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/spanish/)
- Spanish & Portuguese Studies (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/spanish-and-portuguese/)

# Minors

- Arabic (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/arabic/#ArabicMinor)
- Chinese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/chinese/#ChineseMinor)
- French (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/french/#FrenchMinor)
- German (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/german/#GermanMinor)
- Greek (Modern) (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/classics/#GreekMinor)
- Hebrew (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/hebrew/)
- Italian (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/italian/#ItalianMinor)
- Japanese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/japanese/#JapaneseMinor)
- Korean (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/korean/)
- Linguistics (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/linguistics/#LinguisticsMinor)
- Persian (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/persian/)
- Portuguese (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/portuguese/#PortugueseMinor)
- Russian (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/russian/#RussianMinor)
- Russian Literature and Culture (in Translation) (https://bulletin.georgetown.edu/schools-programs/college/degree-programs/russian/#RussianLitCultureTranslationMinor)

- Spanish (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/spanish/#SpanishMinor)
- Turkish (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/turkish/)

The Department of Slavic Languages also offers instruction in Polish and Ukrainian (https://bulletin.georgetown.edu/schools-programs/college/faculty-of-languages-and-linguistics/slavic-languages/).

# 3. Senior Honors Thesis

A selected number of seniors who have achieved a minimum 3.5 GPA both in the major and overall will be invited by their major department to write a Senior Honors Thesis in the context of a designated upper-level course (350 and above), the senior seminar, or, in very special cases, a tutorial. The thesis consists of a 30–35 page research paper. If written in the context of a course, the thesis satisfies the paper requirement for that course.

Students selected to participate in a Senior Honors Thesis program should seriously consider the invitation, particularly those students considering graduate studies. The program offers students the opportunity to work closely with a faculty mentor, to engage in critical analysis and scholarly research, and to produce a major research paper.

Students should explore topics of interest and initiate research as early as possible. In April of senior year, students will present the thesis in a public forum.

Upon successful completion of the thesis, "Senior Honors Thesis" or "Senior Honors Thesis with Distinction" is recorded on the transcript.

## Procedures

- During the summer before senior year, the department chairs in the Faculty of Languages and Linguistics will contact eligible students.
- Invited students should make an appointment with the department chair to discuss research interests, suitable courses, and potential mentors.
- During Add/Drop in the fall, each student will choose a course and faculty mentor (the instructor of the course). Students are encouraged to write the thesis in conjunction with a fall course in order to have two semesters to complete the thesis. If this is not possible, students may select a spring semester course, but are urged to begin research in the fall.
- Working with their mentors, students should submit copies of the Senior Honors Thesis proposal and bibliography to the department chair by October 1 if the thesis is written in conjunction with a fall course or by November 1 for a spring course.

# 4. FLL Business Coursework

The FLL Business coursework program is available to majors in a modern foreign language or linguistics only. The Business Coursework Program consists of 15–16 courses, and is the functional equivalent of a second major. Students pursuing the Business Coursework Program may not take more business courses than the program requires. The second

GTOWN_00000127

language requirement is waived for students doing the Business Coursework Program.

# The Business Coursework Program consists of 15–16 courses:

- 5 prerequisites
- 5–7 core concentration courses
- 3-6 upper-level core concentration courses

# Prerequisites

- ACCT-101 Accounting I
- ECON-001 Microeconomics
- ECON-002 Macroeconomics
  (ECON-003 Principles of Economics may be substituted for both ECON-001 and ECON-002; however, in that case, the student also must take ECON-101 Intermediate Micro or ECON-102 Intermediate Macro)
- MATH-035 Calculus I
- OPIM-173 Business Statistics (or substitute statistics course with approval)

Students who wish to pursue this program must take the 5 prerequisite courses before applying to the program. However, students completing these prerequisites should contact Assistant Dean Jessica Ciani-Dausch for assistance with registering for ACCT-101 and/or OPIM-173. Interested students should complete the prerequisites by the second semester of sophomore year.  For additonal application information, see fll.georgetown.edu/departments-programs-and-languages/certificates-and-programs (http://fll.georgetown.edu/departments-programs-and-languages/certificates-and-programs).

# Choose One of the Following Seven Concentrations:

## Accounting Concentration (15 courses)

- 5 Prerequisites
- 7 core courses:
    - ACCT-102 Accounting II
    - ACCT-181 Business Law I or STRT-265 Business Government Relations
    - FINC-211 Business Financial Management
    - MARK-220 Principles of Marketing
    - MGMT-201 Management and Organizational Behavior
    - ACCT-201 Intermediate Accounting I
    - ACCT-202 Intermediate Accounting II
- 3 upper-level Accounting courses (contact The McDonough School of Business Undergraduate Program Office for specific course options)

## Finance Concentration (15 courses)

- 5 Prerequisites
- 5 core courses

- ACCT-102 Accounting II
- ACCT-181 Business Law or STRT-265 Business Government Relations
- FINC-211 Business Financial Management
- MARK-220 Principles of Marketing
- MGMT-201 Management and Organizational Behavior
- 5 upper-level Finance courses (contact The McDonough School of Business Undergraduate Program Office for specific course options)

# International Business Regional Studies (15 courses)

- 5 Prerequisites
- 6 core courses:
  - ACCT-102 Accounting II
  - ACCT-181 Business Law I or STRT-265 Business Government Relations
  - FINC-211 Business Financial Management
  - MARK-220 Principles of Marketing
  - MGMT-201 Management and Organizational Behavior
  - STRT-261 International Business
- 2 upper-level International Business courses (contact The McDonough School of Business Undergraduate Program Office for specific course options)
- 1 non-business area course*
- STRT-270 Advanced International Business

*The one non-business area course with regional or comparative content should be selected from a list approved by The McDonough School of Business Undergraduate Program Office. Courses not on the list will be approved on an individual basis.

# International Political Economy and Business Concentration (15 courses)

- 5 Prerequisites
- 6 core courses:
  - ACCT-102 Accounting II
  - ACCT-181 Business Law I or STRT-265 Business Government Relations
  - FINC-211 Business Financial Management
  - MARK-220 Principles of Marketing
  - MGMT-201 Management and Organizational Behavior
  - STRT-261 International Business
- ECON-243 International Trade
- STRT-270 Advanced International Business
- GOVT-261 International Political Economy or STRT-265 Business Government Relations
- 1 approved international business elective (contact the McDonough School of Business Undergraduate Program Office for specific course options)

# Management (15 courses)

- 5 Prerequisites
- 5 core courses
  - ACCT-102 Accounting II
  - ACCT-181 Business Law or STRT-265 Business Government Relations
  - FINC-211 Business Financial Management

GTOWN_00000129

- - MARK-220 Principles of Marketing
  - MGMT-201 Management and Organizational Behavior
- MGMT-295 Managing Human Capital
- 4 upper-level Management courses (contact The McDonough School of Business Undergraduate Program Office for specific course options)

## Marketing (15 courses)

- 5 Prerequisites
- 5 core courses
  - ACCT 102 Accounting II
  - ACCT-181 Business Law or STRT-265 Business Government Relations
  - FINC-211 Business Financial Management
  - MARK-220 Principles of Marketing
  - MGMT-201 Management and Organizational Behavior
- 5 upper-level Marketing courses (contact The McDonough School of Business Undergraduate Program Office for specific course options)

## Operations and Information Management (15-16 courses)

- 5 Prerequisites
- 5 core courses
  - ACCT-102 Accounting II
  - ACCT-181 Business Law or STRT-265 Business Government Relations
  - FINC-211 Business Financial Management
  - OPIM-284 Management Science
  - OPIM-294 Operations Management
- 5-6 upper-level Operations and Information Management courses, depending on focus (contact The McDonough School of Business Undergraduate Program Office for specific course options)

There are increasing opportunities for students to take business courses while studying abroad. Students interested in both study abroad and the Business Coursework Program should consult with the Georgetown College Dean's Office.

# 5. Career Opportunities and Professional Development

Language and linguistics majors pursue many and varied careers in areas such as business, investment banking, law, international affairs, communications, the arts, education, and medicine. The Business Coursework concentration, Business minor, and language-specific business courses prepare students for the corporate world.

In order to complement academic work with practical experience, the FLL maintains a network of internship sponsors. Many organizations in Washington participate in internship programs, allowing students to learn about certain fields before seeking employment. Previous internship sites include the Embassies of France, Argentina, Canada, Germany, and Italy, the Organization of American States, CNN, the National Gallery of Art, and the Smithsonian Institution. In some instances, internships have led to full-time permanent positions.

An increasing number of students accept positions in various areas of private industry every year. Graduates are now working in Education, Finance, Government, Law, Management, Consulting, Marketing, Medicine (including Doctors without Borders), Public Relations and Publishing.

Various branches of the federal government need linguists, both at home and abroad. Some positions involve translation and/or data analysis for the protection of our national security. Others may require some knowledge of politics or economics along with language ability. In addition, government agencies, private industry, and many universities are pursuing linguistic research in areas such as psycholinguistics, sociolinguistics, communications engineering, speech pathology, and child language acquisition.

Finally, many FLL graduates have also achieved rewarding careers in academia and the art world. Students have pursued doctoral education at a host of top-tier institutions, including Harvard University, Johns Hopkins University, and Princeton University.

# 6. The Language Learning Technology Center

As a branch of the Center for New Designs in Learning and Scholarship (CNDLS (http://cndls.georgetown.edu)), the Language Learning Technology (LLT) Center is committed to serving and supporting the study and instruction of foreign languages at Georgetown University. It offers faculty, staff and students a wide range of services, materials, equipment, and support in using technology to enhance language research, teaching, and learning.

The LLT Center consists of the following rooms:

- Language Lab (ICC 224) The lab houses an extensive collection of audio, video and learning materials for all levels of the languages taught at Georgetown University. Students and faculty use this facility on a walk-in basis for independent language study.
- Technology Classroom (ICC 227) This technology-enhanced classroom is equipped with innovative audio-visual and on-line technologies to promote a more efficient, authentic, interactive and dynamic student-centered learning environment. Faculty and graduate students use this room for teaching and/or research purposes.
- Development Space (ICC 226) In this facility instructors can use the available computer equipment and multimedia software to digitize, edit, and convert video and audio, scan images and text, create digital/audio recordings, participate in real-time video conferences, and set up on-line research environments.

A language technology fee is added to each language course requiring materials and services from the Language Learning Technology Center.

GTOWN_00000131

# School of Foreign Service



Joel S. Hellman

> *Dean*

Daniel Byman

> *Vice Dean for Undergraduate Affairs*

Mitch Kaneda

> *Senior Associate Dean, Director of the Undergraduate Program*

Kendra Billingslea

> *Associate Dean*

Mini Murphy

> *Associate Dean*

Anthony Pirrotti

> *Associate Dean*

Polly Robey

> *Associate Dean*

Anna Steinhelper

> *Associate Dean*

Samuel Aronson

> *Assistant Dean*

GTOWN_00000132

Lisa Gordinier

*Assistant Dean*

# History and Mission

"Having entered upon the stage of world politics and world commerce, we assume worldwide obligations," wrote the Reverend Edmund A. Walsh, S.J., the School of Foreign Service's first Dean. "Our viewpoint can never be the same again." Walsh penned these thoughts in 1919, five years before the United States diplomatic corps renamed itself the Foreign Service, as the United States and the world emerged from the horrors of the First World War. By creating the School of Foreign Service, Georgetown sought to educate students about global issues and prepare them for a life of service – in business, government, or for a humanitarian agency. This mission reflected both the University's Jesuit heritage, with its emphasis on intercultural understanding, and its origins as an institution of the American Enlightenment, dedicated to human rights and the education of citizens.

SFS will celebrate its centennial during the 2019-2020 academic year its history, the accomplishments of faculty, students, alumni, and staff – through a new book, an exhibit at the Lauinger Library, the SFS100 website, social media, and events on campus and around the world. More importantly, SFS will use it's centennial year to host substantive discussions about critical issues facing the world and to work toward building a second century during which an SFS education will prepare students to solve 21st centruy global problems and to serve the world for good. All are invited to parcipate in the year's centennial events (sfs100.georgetown.edu (http://sfs100.georgetown.edu)), particularly during the November 15-17th Centennial Gala Weekend.

Today the undergraduate program of the School of Foreign Service offers over 1,400 students an interdisciplinary program built on a liberal arts education. Students begin their studies with the SFS and University core curriculum, giving them an understanding of philosophy, theology, the humanities, economics, political science, history, and other disciplines. During sophomore year, students choose from one of eight majors allowing them to further develop specialization in one area of international affairs. One example is the major in Science, Technology, and International Affairs, which combines course work in the biological and physical sciences, geography, bioethics, government and policy studies. This dual emphasis on international affairs and the interdisciplinary approach distinguishes the curriculum of the School of Foreign Service from that of other liberal arts programs. In addition to their work on campus, many SFS students study and work abroad during their junior year and do independent research and internships in their senior year.

In 2005 the Georgetown University School of Foreign Service in Qatar (SFS-Qatar) was established by agreement between Georgetown University and Qatar Foundation for Education, Science and Community Development. In 2015, a new agreement extended this for a further decade. While this enabled a broadening of Georgetown's engagement in Qatar – now GU-Qatar (https://bulletin.georgetown.edu/schools-programs/sfs/georgetown-university-in-qatar-sfs/), remains at the core of Georgetown's presence in the country and the region.

Georgetown's Qatar campus is dedicated to fulfilling Georgetown University's mission of promoting intellectual, ethical and spiritual understanding through serious and sustained discourse among people of different faiths, cultures and beliefs. Embodying this spirit of the University, GU-Qatar undertakes education, research and service in order to advance knowledge and provide students and the community with a holistic educational experience that produces global citizens committed to the service of humankind. We demonstrate the values of Georgetown University; seek to build upon the world-class reputation of the Edmund A. Walsh School of Foreign Service; and work with our partner, Qatar Foundation, in its endeavors to achieve the Qatar National Vision 2030.

# SFS Degree Requirements and Academic Policies



1. Degree Requirements
2. Core Curriculum Requirements
3. Language Proficiency Requirement
4. Advising
5. Academic Policies and Procedures

All candidates for a Bachelor's degree from the School of Foreign Service must complete the following requirements:

# 1. Degree Requirements

1. Students must successfully complete a minimum of 38 courses (each with at least 3 credits) and 120 credits.
2. Students must fulfill the requirements of the University Core Curriculum.
3. Students must fulfill the requirements of the SFS Core or BSBGA Core Curriculum.
4. Students must fulfill the requirements of a major from the School of Foreign Service.
5. Students must complete at least half of the degree program (19 courses and 60 credits) in residence. Students must complete one half of the courses required in the major in residence. The full-time residency requirement, as outlined in the Matriculation section of Academic Regulations, must be fulfilled as a SFS student.
6. Students must fulfill the foreign language proficiency requirement as outlined herein.
7. Students must attain a final cumulative grade point average of 2.0 or better.

## The SFS Curriculum

The curriculum is governed by the SFS Curriculum Committee, and is delivered and administered by the faculty and the SFS Curricular Deans. Each major is governed by its respective field committee.

The curriculum consists of the SFS core or BSBGA core Curriculum, foreign language proficiency, major fields of study, optional minors, optional certificate programs and optional fellows programs.

# SFS Learning Goals

The School of Foreign Service educates the next generation of world leaders. The School grounds the study of international affairs in the liberal arts, with students examining a range of problems in the world today from many perspectives, including economics, history, and political science.

The SFS curriculum teaches students to appreciate the influence of culture on international affairs. Required language proficiency enables cultural literacy and communication, helping students identify opportunities and anticipate problems in other countries and among other people.

Students develop critical reasoning skills and express that reasoning in their writing and oral presentations. They also acquire quantitative skills and learn how to reason scientifically. Finally, students are taught to conduct independent research. This knowledge and these skills are vital for international service and are part of Georgetown's commitment to educating the whole person.

Consistent with Georgetown's Jesuit identity, students approach international affairs with a concern for ethics and morality. They are encouraged to become engaged citizens, and upon graduation, students will have the knowledge and ingenuity necessary to serve their communities and the world.

# 2. The Core Curriculum

To understand difficult global problems, SFS students need knowledge from many academic disciplines. A complex issue like war, for example, requires students to understand politics, economics, history, science, religion, and culture, among other areas of study.

The Core Curriculum ("the Core") offers students a deep foundation on which their major and elective courses are built while instilling values of citizenship and service. SFS students take the SFS Core (Proseminar, Government, History, Economics and Map of the Modern World) or the BSBGA Core (https://bulletin.georgetown.edu/bs-in-business-and-global-affairs/) in addition to the University Core (https://bulletin.georgetown.edu/georgetown-core/) requirements (Science, Theology, Philosophy, Writing, HALC and Engaging Diversity). Together these courses give students the knowledge they need to understand and solve problems while maintaining the broad nature of a liberal arts education.

Students studying at the Georgetown University in Qatar campus in Doha, Qatar, can refer to the Georgetown University in Qatar Bulletin (https://bulletin.georgetown.edu/schools-programs/sfs/georgetown-university-in-qatar-sfs/) section for requirement information, for specific classes and timelines for completing the Core requirements at that campus.

All SFS students must take the following courses, unless expressly noted:

- 1 Freshman Proseminar course
  - INAF-100 Freshman Proseminar

# University Core Curriculum for SFS Students:

- 2 Humanities and Writing courses
    - WRIT-015 or WRIT 025, Writing and Culture Seminar
    - Humanities: Arts, Literature, and Cultures (HALC) course
- 2 Theology courses
    - THEO-001 Problem of God or THEO-011 Biblical Literature
    - 2nd THEO course (THEO 001-199)
- 2 Philosophy courses
    - PHIL-099 Political & Social Thought
    - 2nd PHIL course (PHIL 001-199)   *Students pursuing a BS in Business and Global Affairs (https://bulletin.georgetown.edu/bs-in-business-and-global-affairs/) can take STRT-230 Ethical Values in Business to fulfill this requirement*
- 2 Engaging Diversity courses
    - One Global Diversity course
    - One Domestic Diversity course
- 1 Science course
    - INAF-180 SFS Science or other approved Science for All course

# SFS Core Curriculum for students pursuing a BSFS Degree:

(Students in the School of Foreign Service pursuing a BS in Business and Global Affairs (BSBGA) should refer to the BSBGA page (https://bulletin.georgetown.edu/bs-in-business-and-global-affairs/) in this bulletin for specific BSBGA core requirements):

- 2 Government courses
    - GOVT-060 International Relations
    - GOVT-040 Comparative Political Systems
- 3 History courses
    - HIST-007 or 008 or 106 or 107 Introductory History:  World, Europe, Atlantic or Pacific
    - Non-Western Regional History I
    - Non-Western Regional History II (or regional seminar course, with permission)
- 3 Economics courses
    - ECON-001 Microeconomic Principles
    - ECON-002 Macroeconomic Principles
    - ECON-242 International Economics, ECON-243 International Trade, or ECON-244 International Finance (Note: International Economics, International Political Economy, and Global Business majors require both ECON-243 and ECON-244 as prerequisites or co-requisites.)
- 1 Political and Physical Geography course
    - INAF-008 Map of the Modern World

Every first year student in the SFS takes a proseminar, INAF 100, during the fall semester.  Proseminars are small interdisciplinary courses designed to train students in the academic reading and writing skills necessary for success in the SFS program.  Each proseminar is limited to 15 students in order to promote intensive interaction and camaraderie among students and professors.  The structure and format of the course encourage students to explore new ideas and to develop critical approaches to the study of global issues. The proseminars offer some of Georgetown's finest professors the opportunity to teach and serve as mentors to first-year students.

Students acquire foundational knowledge in international politics through GOVT-060 International Relations and GOVT-040 Comparative Political Systems.

GTOWN_00000136

Knowledge of International Trade and Finance are vital in international affairs. ECON-242 International Economics, ECON-243 International Trade, ECON-244 International Finance, and their foundational courses, ECON-001 Microeconomic Principles and ECON-002 Macroeconomic Principles, expose every SFS student to quantitative analyses in the social sciences.

To fulfill the history requirement, students study global history distributed over three courses, a general introductory survey and two regional survey courses. At least one of these courses must examine early history and one late history. Students are encouraged, but not required, to take both regional survey courses in the same region. International students without exposure to U.S. history may request permission to take US History (HIST 180 or 181) to complete one of the regional history requirements. Students may also petition their dean to replace the second regional survey with an upper-level history seminar that continues regional studies from the first survey course.

To acquire basic knowledge of the political and physical geography of the world, students must complete a 1-credit requirement, INAF-008 Map of the Modern World.

The University core requirements are completed as follows:

- BSFS students take two semesters of theology. They begin with either THEO-001, The Problem of God, or THEO-011 Introduction to Biblical Literature, in the first year. The second theology requirement may be fulfilled with any intermediate-level theology course from THEO 001-199.
- BSFS students must fulfill the first philosophy requirement through an SFS-specific political philosophy course, PHIL-099 Political & Social Thought. The second philosophy requirement may be fulfilled by any course from PHIL 001-199.
- Students may fulfill the writing requirement through Writing 015, Writing 025, or AP/IB credit. There is also a course designed specifically for non-native English speaker students, Writing 014 Critical Reading and Writing Seminar.
- Students may fulfill the Humanities: Arts, Literature and Cultures (HALC) requirement from a list of pre-selected courses.
- Students are required to take two Engaging Diversity courses, one domestic and one global. This requirement prepares students to be responsible, reflective, self-aware and respectful global citizens. Courses fulfilling the Engaging Diversity Requirement may double count towards the fulfillment of other curricular requirements.
- The Science requirement can be fulfilled by either INAF-180 SFS Science or one of the Science for All courses.

The primary goal of INAF-180 is to illustrate, in the context of a scientific discipline or disciplines, how scientific understanding is developed, tested, and revised, but not to provide a comprehensive summary of current knowledge in a particular discipline. While these courses may touch on or draw motivation from public policy issues and societal challenges, and should be informed by social contexts, they will focus primarily on scientific content, methods, and modes of thought. These courses should also enhance and broaden students' appreciation of the significant role that science plays in their daily lives.

Successful completion of a course satisfying the core science requirement should significantly advance students' progress toward the following learning goals:

- To understand the basic principles and some current research challenges of one or more areas of science.
- To understand science as a set of methods of inquiry that involve forming and testing hypotheses through the analysis of quantitative and qualitative data.
- To consume and interpret scientific information with critical understanding of the balance of certainty and uncertainty that research findings inevitably reflect.

Overall, these courses will strive to give students a sense of the complexity of natural systems, the volume of evidence that scientists obtain and study, and the breadth and depth of scientific theory and analysis. And as with all core courses, these courses should help students connect the subject matter of the course to broader contexts such as ethical and social issues. In addition to the obvious examples of physics, chemistry, and biology, this includes the geosciences and emergent interdisciplinary fields such as neuroscience and environmental sciences, as well as others. Classes offered by the SFS will focus on the science around important international policy issues such as global infectious disease, climate change, and

GTOWN_00000137

weapons of mass destruction. Students will learn the science behind these challenges, often drawing on multiple scientific fields. Students are required to complete one natural science course chosen from the list of courses approved for the requirement.

Students complete many of the core courses during their freshman and sophomore years. Students have the flexibility to start their major studies early, to take extra foreign language credits, or to take free electives by having advanced credits, taking summer courses, or deferring some of the core courses until junior and senior years.

The SFS core or the BSBGA core requirements build on one another and form the foundation for all of the majors. INAF-100 Freshman Proseminar and PHIL-099 Political & Social Thought introduce students to academic reading, writing and discussion, through intense assignments, small group interactions, and close instructor attention.

Knowledge builds across courses and disciplines. For example, game theory is introduced in ECON-001 Microeconomic Principles. This theory is then applied as an explanation of nuclear proliferation in GOVT-060 International Relations. The intergovernmental game is developed further to understand trade treaty negotiations in ECON-242/243 International Economics/Trade. Theories of international trade and international relations explain some of the regional interactions that have shaped history and are covered in the Regional History courses.

The SFS Core Curriculum lays the academic foundation for entry into one of eight interdisciplinary majors that will be outlined below. Unlike traditional discipline-based majors, SFS majors have two characteristics:

1. The majors are built upon the SFS Core requirements (i.e. they presume mastery of subjects covered by the SFS Core requirement courses); and
2. The majors are interdisciplinary (i.e. they allow students the opportunity to draw upon courses from departments across the University).

The two characteristics highlighted above are apparent within each of the majors. Taking one of the majors, International Political Economy, as an example, seven of the SFS Core requirements (ECON-001 Microeconomic Principles, ECON-002 Macroeconomic Principles, ECON-243 International Trade, ECON-244 International Finance, GOVT-060 International Relations, GOVT-040 Comparative Political Systems and PHIL-099 Political & Social Thought) serve as foundational courses for the major, acting as pre or co-requisites. Because basic competencies have already been established through the SFS Core, the major courses may be at the specialized level and may span across academic disciplines without compromising disciplinary expertise.

Thus within each of the BSFS majors, students are able to take full advantage of course offerings and faculty expertise across several departments, utilizing the full range of disciplinary theories and methods, and integrating them to attain a complex understanding of the problems and challenges faced by the global community. This combination of advanced coursework and the interdisciplinary approach prepares students to be effective problem-solvers in a wide range of career fields.

# 3. Modern Language Proficiency Requirement

The School of Foreign Service modern language requirement forms part of Georgetown University's mission to prepare students to be reflective, engaged and informed global citizens. The goal is to prepare students for professional discussions in a modern language other than English that occur in public, private and non-profit sectors of international affairs. Thorough language study builds both linguistic competency and develops cultural literacy—a goal of the SFS curriculum. To satisfy this proficiency requirement, a student must demonstrate the ability to exchange ideas in conversation on contemporary issues involving international affairs in a modern language other than English. Students who complete this requirement early in their matriculation are strongly encouraged to continue to study, practice, and use the language to maintain and enhance competency.

All undergraduate students in the School of Foreign Service are expected to enroll in a modern language class each semester, for a letter grade, until they have met the proficiency requirement. Students cannot take a language course pass/fail. Language classes occupy elective slots in the academic schedule.

There are four ways a student can fulfill the language requirement. These options are listed below.

# Option 1

A student who has graduated from a secondary school in which the language of instruction was a modern language other than English may have already fulfilled the language proficiency requirement. Students must provide relevant documentation to their dean during their first semester at Georgetown. At the dean's discretion, students may still be required to take a language placement test or language proficiency exam during the first semester to verify whether further coursework is needed to obtain language proficiency.

# Option 2

A student may take the proficiency exam offered by the language departments at Georgetown. A student may only request this examination when he/she has taken the appropriate preparatory coursework determined by the relevant language department. Students must register for the language examination and are expected to present themselves for the examination at the appointed time and location.

The proficiency exam is separate from the final course exam and is evaluated on a pass or fail basis. Students who pass the proficiency exam are able to sustain a discussion dealing with current events and demonstrate familiarity with relevant historical, cultural, political, and economic information. Students are also able to satisfy routine social needs and to discuss themselves, their studies, and their plans for the future.

A "pass" on the proficiency exam is comparable to achieving, depending on the language, an Intermediate high to Advanced mid on the American Council for the Teaching of Foreign Languages Proficiency Guidelines (ACTFL) rating, or a B1/low B2 in the Common European Framework of Reference.

Students should check with individual departments for language specific examination formats and criteria. Usually, a two-member board conducts the exam. Most examinations entail: a) a reading comprehension component in which the student is given time alone to read an article on a topic in international affairs; b) an oral conversation in which the student is asked to summarize the article, to answer questions relating to it, and to respond to questions on the culture and civilization of the language area.

Students who fail the exam should consult with a member of the appropriate language department about the additional coursework necessary to prepare for reexamination. Seniors who do not pass the examination in April may be able to retake the exam in May.

The first examination, scheduled within the departmental deadline, will be administered without charge. Tardiness in scheduling an examination or rescheduling may result in a charge of $25.00.

# Option 3

A student may take the proficiency exam on-site at the end of a Georgetown-Approved, summer intensive language program that offers the exam. A list of relevant programs is available online.

GTOWN_00000139

# Option 4

A student who successfully completes a one semester Georgetown-Approved direct matriculation study abroad program meets the language proficiency requirement. Successful completion means that a student has taken a full-time course load and passed each course as outlined in the academic policy for each program developed by the Office of Global Education. Direct matriculation means that a student was directly enrolled in courses offered by a partner university on a Georgetown-Approved program. These courses were conducted in a language other than English and were the same courses offered to degree candidates at that university. A list of approved programs is available online. Only programs on this list are eligible to fulfill the language proficiency requirement.

## Additional Language Policies

All students are expected to complete the language proficiency requirement prior to study abroad if they are nominated to an English language site or to another site in a language other than the one the student is pursuing to fulfill the requirement.

Students who wish to be examined in a modern language for which no instruction is offered at Georgetown University should contact the SFS Dean's Office for additional information.

# 4. Advising

With an enrollment of about 350 students per class, the undergraduate program of the School of Foreign Service offers an intimate setting within Georgetown University. This scale makes it possible for students, faculty members, and deans to interact with one another on a personal basis. Each student is able to build up a network of professors who are knowledgeable about different aspects of his or her studies, as well as a rapport with one or more members of the Dean's Office staff. This pattern begins during the first year and continues to develop. For example, the professors who teach freshmen proseminars typically take an interest in their students and are prepared to offer general advice and support.

Counseling about course choices takes place in the Dean's Office. Each entering first-year or transfer student is assigned to one of the Associate and Assistant Deans, who hold office hours on virtually every day of the academic year. One of their primary responsibilities is to help students work out an academic program that will enable them to complete their studies on schedule while also pursuing interests in elective subjects. The deans continue to provide support to students during junior and senior years on a wide variety of subjects, including study abroad. They also direct students to members of the faculty who share their interests in one or more areas, and these introductions are among the most fruitful ways of identifying professors to serve as mentors in the major during junior and senior years.

Advising for BSBGA Students is outlined on the BSBGA page (https://bulletin.georgetown.edu/bs-in-business-and-global-affairs/) of this Bulletin.

## Descriptions of Courses Sponsored by the School

As noted above, the coursework for the Core and for SFS majors draws on the offerings of several different departments as well as courses sponsored directly by the School of Foreign Service. Courses sponsored by a department are described under the heading of that department. Courses sponsored by the School appear under International Affairs (prefix "INAF"), each of the majors, and several of the SFS centers and programs.

GTOWN_00000140

# Honors in the School of Foreign Service

Every semester academic honors are noted on full-time students' transcripts based on their grade point average for that semester. "First Honors" is awarded to students who earn a 3.900 GPA or higher; "Second Honors" is awarded to those who earn at least a 3.700 GPA, and students who earn at least a 3.500 achieve the "Dean's List," provided that there are no failing grades that semester. Semester honors are recognized by a permanent notation on official transcripts.

Note: "full-time" status for the purpose of computing honors requires that a student be enrolled in at least twelve credits of coursework for which quality points are awarded. Pass/fail grades are not awarded quality points.

Upon graduation, final academic honors are determined by the cumulative GPA. For information on Latin Honors please see the Undergraduate Bulletin section on Studying, Grades and Credit (https://bulletin.georgetown.edu/regulations/studying/).

## Honors in the Majors

Students who meet the criteria to graduate with honors in the major receive an honors citation on their final transcript. They are also recognized at the annual Tropaia ceremony during graduation weekend.

## The Peter F. Krogh Honors Seminar

Named for the Dean Emeritus of the School of Foreign Service, this seminar offers 15 highly qualified students the opportunity to work closely with a senior member of the faculty. The Krogh seminar always addresses a theme of central importance in international affairs. Participation in the Krogh seminar is by application. Students who successfully complete the seminar receive the Peter F. Krogh medal at the annual Tropaia ceremony during graduation weekend.

## National Honor Societies

Students in the School of Foreign Service are eligible for election to Phi Beta Kappa, Alpha Sigma Nu (Jesuit National Honor Society), Omicron Delta Epsilon (Economics National Honor Society), Pi Sigma Alpha (National Honor Society in Political Science), Phi Alpha Theta (International Honor Society in History), Pi Delta Phi (National French Honor Society), Sigma Delta Pi (National Spanish Honor Society), Phi Lambda Beta (Portuguese National Honor Society), and Dobro Slovo (National Slavic Honor Society).

For detailed information on each of the honor societies open to School of Foreign Service students, please see the section Honors and Awards (https://bulletin.georgetown.edu/awards/) in this bulletin. The foreign language honor societies are listed under "Awards of the Faculty of Languages and Linguistics."

# Fellowships, Scholarships, and Prizes

Students from the School of Foreign Service are very successful competitors for a variety of post-graduate fellowships and scholarships, including the DAAD, Fulbright, Luce, Marshall, Mellon, Rhodes, and Truman. For more information, please refer to the Georgetown Office of Fellowships, Awards, and Research (http://gofar.georgetown.edu/).

GTOWN_00000141

The School of Foreign Service offers undergraduates a wide range of fellowships and programs for research and study. Undergraduates may pursue scholarships toward internships, travel for academic research, study abroad opportunities, economic conferences, and more.

# Tutorials

Tutorials offer students special opportunities to study subjects that are not part of the regular curriculum. Usually, tutorials involve one student and one faculty member, although occasionally a group of two or three students will band together to pursue a subject of common interest. Normally, tutorials are given by full-time faculty members to full-time students in good academic standing. Tutorials represent a teaching overload for professors, so students cannot expect that faculty members will necessarily agree to offer tutorials at their convenience. Tutorials should represent an intellectual commitment and workload similar to that required of a normal three-credit course. As a rule, students take no more than two tutorials in the course of their undergraduate careers, although special arrangements in place of honors in some SFS majors might fall outside this guideline.

Students in the School of Foreign Service interested in setting up a tutorial must meet five conditions: 1) the subject of the tutorial is not available as a regular University course; 2) there is an intellectually compelling reason for studying this subject as part of the undergraduate degree; 3) a faculty member with the appropriate expertise is available and willing to offer the tutorial; 4) the Department Chair and the director of the undergraduate program, approve the request; 5) the appropriate paperwork is submitted to the Dean's Office in a timely fashion (note: forms to request approval for tutorials are available online). Any tutorial that is approved as a substitute for a Core or major requirement must be taken for a quality grade (A through D). Tutorials that are taken for elective credit may be taken for a quality grade or on a pass/fail basis. Credits for tutorials cost the same as regular course credits. All the academic regulations governing the regular curriculum are applicable to tutorials. Tutorials come in two varieties, reading courses and research tutorials:

- Reading courses usually focus on mastering the scholarly literature on a particular subject. For example, a reading course on the origins of the French Revolution might focus on the major historiographical interpretations of the Revolution as well as on critiques of this literature. The backbone of any reading tutorial is a substantial reading list put together with the help of the supervising professor. The tutorial would meet weekly or biweekly and stress discussion of the readings for that period. A variety of written assignments could be an appropriate means of assessment, including, for example, bibliographical essays, critical reviews, or analyses of one or more problems raised by the literature.
- Research tutorials focus on the collection and analysis of primary materials in the form of a major research paper. In framing a project, guidance should be sought from the professor. The most typical flaw in undergraduate research projects is overestimating the amount of material that one can reasonably digest in a single semester or choosing a subject on which necessary data is unavailable. Research tutorials meet weekly or as the pace of the project demands. The final papers vary in length according to the subject, but a 25-page minimum would be typical for the social sciences.

Please note: the material addressed in both reading courses and research tutorials should be defined in a way that allows you to finish all work for the tutorial by the end of the semester. Incompletes are not routinely granted for tutorials.

# Study Abroad

The School of Foreign Service strongly believes that a period of study in another country can contribute an invaluable intercultural dimension and language-learning opportunity to the educational preparation of all who aspire to international careers. Students are, therefore, encouraged to develop appropriate plans for international study in conjunction with their educational program at the School. In most cases during semester or academic year study abroad students must be fully enrolled in a recognized university and study in the native language with students of the host country. Such direct matriculation puts a premium on post-advanced knowledge of the appropriate language and is most feasible in countries in which French, German, Italian, Spanish, Portuguese (or English) are the languages of instruction. Modified options are

available in Arabic, Chinese, Japanese, and Russian-speaking parts of the world. These programs combine a heavy emphasis on language acquisition with a limited selection of coursework in English, often with a regional focus. The Office of Global Education has developed a range of study abroad programs that meet other needs, including intensive language study and directed field research.

One of the most important issues to address in terms of study abroad is how the course work taken abroad will or will not contribute to one's progress towards the BSFS degree, especially the requirements for the major. This is a subject for careful planning and consultation with the curricular dean responsible for coordination of the major. The deans bear final responsibility for crediting course work taken abroad towards degree requirements.

- Participants must be full-time students while overseas, unless their dean has given preapproval for a reduced course load. A full course load is considered to be the same as that of a regular full-time degree candidate at the host university, as defined in the courseload and grading policy developed for each program by the Office of Global Education. Recreational travel must not interfere with regularly scheduled classes. Students may not request early or alternative examinations to facilitate departure before the end of the program. All course assignments and examinations must be completed by the time of departure from the country at the end of the semester.
- The student code of conduct applies to students while overseas.
- Participants are expected to comply with the laws of the country where they are studying and those of the countries in which they travel. Students are also subject to all academic and disciplinary regulations of the host university. While overseas, students should conduct themselves as guests, keeping in mind that they are subject to all the laws of the country while not necessarily enjoying the same privileges as nationals. Georgetown University students are expected to remain observers of political activities rather than participants. Becoming a political activist may endanger one's safety or that of one's colleagues in the program, and will almost certainly jeopardize the program itself.
- Students are expected to complete their language proficiency requirement before being approved for study abroad at an English language site, unless a student has received explicit approval from the SFS Standards Committee. Any exceptions must be requested well in advance of any study abroad deadlines. Students should work with their deans to initiate the process of seeking an exception.

# 5. Academic Policies and Procedures

The School of Foreign Service operates within the parameters of the general academic policies shared by all undergraduate schools of the University which are outlined in the Bulletin under "Academic Regulations (https://bulletin.georgetown.edu/regulations/)."

All students are required to comply with the University academic regulations. Students are expected to familiarize themselves with these regulations, and no student can claim that unfamiliarity with these regulations warrants an exception to them.

SFS students studying at the Doha, Qatar campus must refer to the GU-Qatar specific academic policies. Any GU-Qatar policy that differs from the SFS policies supercedes the SFS policies on the Qatar campus.

Regulations particular to the School of Foreign Service include, but are not limited to:

1. Students must complete a minimum of six semesters of university study, four of which must be full-time and in residence in the School of Foreign Service. A minimum of 60 credits must be completed in residence. Semesters are defined as fall and spring semesters (not summer). Study abroad at GU-Qatar and Villa le Balze count toward the residency requirement.
2. Students are required to complete at least half of the coursework for an SFS major at Georgetown. Transfer credit for courses (including study abroad courses and non-GU summer courses) in excess of half of a major will be counted as free electives toward the degree.

GTOWN_00000143

3. Undergraduate students are expected to be full-time. Seniors who have met all residency requirements may be part-time in the final semester. Students with compelling academic reasons, prior to the final semester, may petition the Academic Standards Committee for part-time status.

4. Courses that fulfill requirements for core curriculum, major, minor, certificate or fellows programs must be taken for a letter grade. Courses that are part of the sequence of language courses taken to prepare students to attain the foreign language oral proficiency requirement (or additional language proficiency certifications) must also be taken for a letter grade.

5. Audited courses do not count toward the undergraduate degree. GU-Q students are not allowed to audit GU-Q courses.

6. With the exception of summer school courses listed in the usual departments of the four undergraduate schools on campus (College, SFS, MSB and NHS), SFS students may not enroll in courses offered through the School of Continuing Studies for its various degrees, certificates, and special programs.

7. All students are required to maintain continuous enrollment in a foreign language course each semester until or unless they have fulfilled the foreign language oral proficiency requirement.

8. Students who meet the foreign language oral proficiency requirement with their native language must have this requirement confirmed by the appropriate language department in their first academic year.

9. All students are expected to complete the Foreign Language Oral Proficiency requirement prior to overseas study if they plan to study at an English language site or a site in a language other than the one they are pursuing to fulfill the oral proficiency requirement.

10. No more than four courses may be taken in summer school away from Georgetown in the course of completing the undergraduate degree. Prior approval for such courses must be obtained from the SFS Dean's Office.

11. Students on elective leave of absence may not transfer credit for courses taken elsewhere during their leave. In rare circumstances, and with written approval of the Dean's Office prior to the leave, students may be allowed to transfer a limited number of courses.

12. Students with more than one incomplete course in a given term who are unable to complete their work by the start of the next term must review that term's total course load with their Dean. Depending on the circumstance, the student may be directed to take a leave of absence or be directed to enroll in a partial schedule.

13. Students must declare their intended major via the undergraduate major declaration process in the stipulated time frame or be subject to academic sanctions.

14. All seniors are required to complete a Senior Review during the penultimate semester to obtain confirmation of final degree requirements and to apply for the degree. Failure to apply for the degree by the designated deadline may necessitate the postponement of graduation.

# Academic Performance and Review

At the conclusion of each semester, the Committee on Academic Standards (Standards Committee) convenes to review the academic records of all undergraduates in the School of Foreign Service. The Standards Committee is comprised of the BSFS Associate and Assistant Deans. The Standards Committee meets in closed session and the Committee's decisions are communicated to students in writing.

Academic infractions that require action by the Standards Committee include:

- Low cumulative and/or semester grade point averages
- Unsatisfactory grades
- Failures (including a grade of U in Map of the Modern World)
- Failure to enroll in required classes or make progress toward the degree
- Failure to enroll in a foreign language if the proficiency requirement is not completed
- Patterns of course withdrawals
- Unauthorized Incomplete Courses (which are treated as failing grades)

## Academic Sanctions

The Standards Committee has the authority to impose sanctions on students whose academic performance is deemed deficient. Sanctions reflect the nature of the academic deficiencies they aim to address.

## Probation

Students who fail a course or who earn a semester or cumulative GPA below 2.00 are automatically placed on probation. While on probation, students are expected to maintain a semester GPA of 2.00 as a full time student in twelve credit hours. No notation of academic probation is made on the transcript.

## Suspension

Students may be suspended for one or more semesters because of unsatisfactory academic performance. The length of the suspension is determined by the Standards Committee. The committee may also impose requirements for readmission to SFS. Students who are suspended may not transfer credits to Georgetown earned elsewhere during the suspension period. Academic suspensions are noted on the transcript.

## Dismissal

Students may be dismissed from the university because of unsatisfactory academic performance. In cases of dismissal, students are permanently separated from Georgetown. Dismissed students may not register for or attend classes, attempt to complete a Georgetown degree, live in a residence hall, or participate in any activities reserved for students in good standing at Georgetown. Academic dismissal is noted on the transcript.

The Standards Committe reserves the right to impose other sanctions as necessary.

## Appeals

Students who are suspended or dismissed may appeal the decision of the Standards Committee by petitioning the School of Foreign Service Appeals Board.

The SFS Appeals Board consists of two members of the Faculty and the Director of the BSFS Program, or his/her designate, who serves as Chair. No member of the Faculty may sit on the Appeals Board if he/she has at any time graded the student who is appealing.

It should be emphasized that the Appeals Board is an educational hearing board and not a court of law. Its purpose is twofold:

1. It considers the student's record in light of the decision of the Standards Committee and accepts any evidence of extenuating circumstances which would warrant the Board to recommend a change in the Standards Committee decision.
2. It assures the student an opportunity to appear before an impartial board composed of members who are unrelated to the student's academic background.

The student must submit a written request for an appeal of the initial decision to the Chair of Academic Standards within the timeline specified by the Standards Committee. The student is expected to present evidence to the Appeals Board that demonstrates cause for amending the initial decision. Students may appear in person to support their case.

GTOWN_00000145

The Appeals Board deliberates in closed session. The Board may recommend upholding the Standards Committee's initial decision or it may recommend a mitigation of the decision. The Appeals Board may not recommend a more severe judgment. The Board's decision is considered final and is not subject to further appeal. The final decision of the Appeals Board is communicated to the student in writing.

Students pursuing a Bachelor of Science in Business and Global Affairs should consult the BSBGA page (https://bulletin.georgetown.edu/bs-in-business-and-global-affairs/)of this bulletin for information on the academic standards of that program.

GTOWN_00000146

# Majors and Certificates



1. Fields of Study
2. Minors
3. Certificates and Fellows Program
4. Accelerated Bachelor's/Master's Degree Programs

The School of Foreign Service offers a Bachelor of Science in Foreign Service (BSFS) with majors in 8 fields and Bachelor of Science in Business and Global Affairs (BSBGA), all of which have significant international and interdisciplinary elements. Please note that credits awarded for Advanced Placement classes taken in high school may not under any circumstances be counted towards a major in the School of Foreign Service. Students studying at the Georgetown University in Qatar campus in Doha, Qatar, can refer to the Georgetown University in Qatar (https://bulletin.georgetown.edu/schools-programs/sfs/georgetown-university-in-qatar-sfs/) section for major, minor, certificate and fellows information.

# 1. Fields of Study

Culture and Politics (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/sfs-culture-and-politics/)
Global Business (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/global-business/)

International Economics (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/international-economics/)

International History (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/international-history/)

International Political Economy (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/international-political-economy/)

International Politics (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/international-politics/)

Regional and Comparative Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/regional-and-comparative-studies/)

Science, Technology, and International Affairs (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/science-technology-and-international-affairs/)

Bachelor of Science in Business and Global Affairs (https://bulletin.georgetown.edu/bs-in-business-and-global-affairs/)

## A Note on Modifications to the Majors

It is possible for students who wish to pursue a modified version of one of the eight major fields to petition for permission to do so. Usually the modifications involve substituting one or two courses for those included on the current course lists. Students should consult the curricular dean responsible for their major for details on this process of "major substitution." The faculty chair of the appropriate field committee must endorse the modifications.

## Independent Majors

There are rare cases in which a student has received permission to pursue an independent major that does not fall under the jurisdiction of one of the eight major field committees. Such cases require a detailed description of the plan of study and approval by at least two faculty members and the Director of the Undergraduate Program before they may be considered by the Standards Committee, which makes the final decision on the proposal.

# 2. Minors

BSFS students are eligible to complete most minors offered by the University. BSFS students are encouraged to select minors that will be distinctive from their major or certificate. Minors are optional and not required in the School of Foreign Service. Several minors are by application only, typically in the spring of sophomore year. Minors that are not by application may be declared at the same time as or any time after declaring a major, but not before.

Administration of minors in the School of Foreign Service will follow the same process as the College. Students should first consult the Georgetown College minors section of this bulletin for specific information about the minor they wish to pursue.

Guidelines for the minors in the School of Foreign Service:

For all other questions please consult with your dean or the Director of Undergraduate Studies in the appropriate department.

## Of special note:

- At most two among minors and certificates may be pursued (2 minors, 1 minor and 1 certificate, or 2 certificates).
- Students may double-count up to 2 SFS-specific core requirements towards any minor, excluding the Freshman Proseminar and the introductory history requirement.
- There can be no double counting of courses between or among programs (major and minor, minor and certificate, minor and minor, or certificate and certificate), except in cases of 7-course certificates or minors that explicitly allow for the double counting of one course between two programs. Up to two courses may double-count between a certificate and a major.
- For transfer credit within a minor (e.g. AP, study abroad, or non-GU credit) please consult the Bulletin. In general, a student may count no more than 3 courses from outside Georgetown towards the minor and generally only 1 study abroad course.
- Oral proficiency courses in Spanish and French do not count towards a minor. Please consult the Bulletin for more details.
- For SFS students pursuing an Economics, Government, History, or Science minor, the following notes apply to SFS-student only:

## Economics Minor

At most two courses can be double-counted between the SFS Economics Core and the Economics Minor. i.e. Students who take ECON 001 and 002 (or fulfill either or both by AP or other credits) will double-count these with the Minor, and will not be able to double-count ECON 242/243/244. Students who take ECON 003 will double-count this with the Minor, and additionally double-count one course among ECON 242/243/244. No courses may double-count between a major and a minor. Students who take one of the statistics courses to fulfill a major requirement will be required to take another additional economics elective for the Minor.

## Government Minor

SFS students who choose to minor in Government are strongly encouraged to take GOVT courses rooted in Political Science subfields and topics that SFS major courses do not cover.

## History Minor

The History Minor consists of 18 credits. At least three credits (one course) must be numbered 300+ and no more than six credits (two courses) may be from the 001-099 level. Students may double-count no more than two courses with core history requirements.

## Science Minors

For Science, Technology and International Affairs (STIA) majors, science requirements can be co-requisites to the major and may be used to meet minor requirements. Courses cannot count for both the major and minor. Any other science courses taken as part of the major cannot be applied to a minor.

# Minors available to SFS students include:

# NHS:

Public Health Minor (NHS) – to declare a Public Health minor, students should plan to meet with the Director.

# Georgetown College:

(See the Georgetown College Minors
(https://bulletin.gudrupalstg.georgetown.edu/page/1242705877420.html#Minors) page for more
information on each minor)

African American Studies
Anthropology
Arabic
Art
Art History
Biology
Catholic Studies
Chemistry
Chinese
Classical Studies
Cognitive Science
Computer Science
Creative Writing*
Disability Studies*
Economics
Education, Inquiry, and Justice*
English
Environmental Studies
Film and Media Studies*
French
Government
German
Greek
History
Hebrew
Italian
Japanese
Journalism*
Justice and Peace Studies*
Korean
Linguistics
Mathematics
Medieval Studies
Music
Performing Arts
Persian
Philosophy
Philosophy and Bioethics
Physics
Portuguese
Psychology
Religion, Ethics, and World Affairs
Russian
Russian Literature and Culture (in Translation)
Sociology
Spanish
Statistics

Theater and Performance Studies
Theology
Turkish
Women's and Gender Studies

*These minors are by application only. Please see the minor specific websites for more details on how to apply.

# SFS Minors:

## International Development

Requirements:

- 1 introductory course: INAF 252: Introduction to Economic & Political Development
- 1 introductory methods course (choose 1 from the following list):
    - ECON 121: Economic Statistics
    - INAF 320: Quantitative Methods for International Affairs
    - IPOL 320: Quantitative Methods for International Politics
    - MATH 140: Intro to Mathematical Statistics
- 1 advanced methods course (choose 1 from the following list)
    - INAF 383: Applied Econometrics for Development
    - ECON 452: Behavioral Economics
    - ECON 491: Development Impact Evaluation
- 3 electives from pre-approved list

## Jewish Civilization

A minor in Jewish civilization allows undergraduates to obtain an interdisciplinary perspective on Judaism and the Jewish people with a special emphasis on Jewish civilization and its interrelationship with other cultures.

Requirements:

- INAF-199, Introduction to Jewish Civilization: This course provides a foundation for the study of Jewish civilization, and is required for all minor candidates.
- INAF-443, Jewish Civilization Colloquium Certificate candidates are required to complete an independent research project or paper on a topic related to Jewish civilization. Upon completion, the students will present their papers in a video colloquium.
- Electives: Minor candidates must take a minimum of four electives offered by the Center for Jewish Civilization**.

**Hebrew Language (not required): Students who study Hebrew language may count a maximum of two courses toward the JCIV minor.

For more information and approved courses for this minor, please visit the Center for Jewish Civilization (CJC) website.

## Latin American Studies

For the undergraduate minor in Latin American Studies, students must satisfy a language requirement and complete four core courses, one elective, and a senior thesis.

Minor students must demonstrate proficiency in Spanish or Portuguese in one of the following ways: completion of language coursework through Advanced II, successful completion of one 300- or 400-level course taught in either Spanish or Portuguese, or achievement of "pass" or better on Georgetown's language proficiency exam (administered by the Department of Spanish and Portuguese.)

Requirements:

- LASP-341: Latin American Government and Politics
- HIST-158 or HIST-159: Latin American Civilization I or II
- LASP-316: Economic Development of Latin America (note prerequisites: ECON-001 and 002)
- SPAN-261, SPAN-262, SPAN-267, or a 400-level survey course in Latin American literature or culture
- Additional elective (to be chosen from Culture and Politics, Economics, Government, History, International Affairs, Latin American Studies, Sociology, Spanish, Portuguese, or Theology)
- LASP-494 (1 credit, fall) and 495 (3 credits, spring): Senior Thesis Seminar. See below for details.

## Thesis Tutorial

The sixth required course for the minor is the thesis tutorial (LASP-494&495 Proseminar), in which students research, write, and present a substantial thesis. Students enroll in a one-credit course in the fall of their last full academic year in which they do all the preparatory work for the writing of their thesis. The students meet a few times to decide on a topic, choose a mentor, prepare the bibliography and work towards the thesis proposal. In the spring students enroll in the Proseminar and continue working on their thesis.

Students must achieve at least a B+ in the proseminar and thesis in order to receive the minor. Failure to meet these requirements and deadlines is grounds for dismissal from the minor.

# Minor Rules and Regulations

No more than one of the six required minor courses may be taken at a university other than Georgetown. This includes coursework completed as part of a Georgetown study abroad program.

Substitutions for any requirement must be preapproved by the Center for Latin American Studies (CLAS) Director. It is much more likely that minor substitutions will be approved for the elective course than for the core courses. It is the student's responsibility to ensure that written approval for any substitutions becomes a part of his or her file at CLAS.

Students should declare interest in the minor during the second semester of sophomore year in order to ensure that all requirements will be met prior to graduation. Students are required to meet with the CLAS Associate Director during either early registration or the add/drop period for the second semester of their sophomore year to take inventory of the classes taken toward the minor  and make sure that all paperwork is in order. A formal minor application (available in the CLAS office) must be submitted by April 1 of the student's sophomore year. College students who are pursuing the minor may not double count courses for their major and the minor. The student and his or her advising dean in the College bear all responsibility for ensuring that courses are counted properly.

Students must maintain at least a B average in the five courses and must receive a B+ or higher in the thesis seminar in order to receive the minor. Failure to do so will result in a student being dropped from the minor program.

For more information, see the Center for Latin American Studies website.

# 3. Certificates and Fellows Program

Certificate Programs mark secondary levels of concentration within the bachelor's degree. They are strictly optional and are awarded only in conjunction with the undergraduate degree. Certificate programs should be viewed as a means for focusing interests and structuring elective course work. Interested students should discuss the certificate and its role within the general bachelor's program with his or her advising dean.

A list of certificates and programs recognized by the School is given below. Please see the Certificates Page (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/) or the links below for details.

- Certificate in African Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#AfricanStudiesCertificate)
- Certificate in Arab Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#ArabStudiesCertificate)
- Certificate in Asian Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#AsianStudiesCertificate)
- Certificate in Australian, New Zealand and Pacific Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#AusNZCertificate)
- Certificate in Diplomatic Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#DiplomaticStudiesCertificate)
- Certificate in Eurasian, Russian and East European Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#RussianEastEuropeanCertificate)
- Certificate in European Studies (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#EuropeanStudiesCertificate)
- Certificate in International Business Diplomacy (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#IntlBusinessDiplomacyCertificate)
- Certificate in Islam and Muslim-Christian Understanding (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#IslamMusChristCertificate)
- Certificate in Journalism and Digital Media (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#JournalismDigitalMediaCertificate)
- Certificate in Religion, Ethics, and World Affairs (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/certificates/#REWACertificate)

Fellows Programs offer students an opportunity to further engage with faculty or conduct research:

- Global Business Fellows (http://msb.georgetown.edu/programs/undergraduate/global/GBF)
- ISD (Institute for the Study of Diplomacy) Fellows in Diplomacy (https://isd.georgetown.edu/isd-fellowship#_ga=2.6478518.50573521.1495718618-553852626.1494602407)
- Mortara Undergraduate Research Fellows (https://mortara.georgetown.edu/research/fellows#_ga=2.137370163.267286840.1495718670-553852626.1494602407)

# 4. Accelerated Bachelor's/Master's Degree Programs

The School of Foreign Service and the Graduate School of Arts and Sciences (https://grad.georgetown.edu/admissions/programs/accel-prog) sponsor several accelerated bachelor's/master's programs for those qualified students who plan to continue their professional education in international affairs at the graduate level and desire to complete the two degrees in approximately five years. Students with appropriate undergraduate course work may count graduate level courses toward the undergraduate degree. Some of the graduate programs may permit appropriate courses beyond those required for the undergraduate degree to be applied toward the master's degree within limits set by policy and with explicit approval of the particular master's program, the BSFS Program, and the Graduate School.

Third year students in the School of Foreign Service who have maintained an honors average (3.500 or better) are eligible to apply to one of the below multidisciplinary master's degree programs within the university:

- Master of Arts in Arab Studies
- Master of Arts in Communication, Culture, and Technology
- Master of Arts in German and European Studies
- Master of Arts in Global, International, and Comparative History
- Master of Arts in Latin American Studies
- Master of Arts in Russian, Eurasian, and East European Studies
- Master of Arts in Security Studies
- Master of Science in Foreign Service

Admission to the accelerated degree programs is highly competitive. Applicants must satisfy all application procedures as outlined by the Graduate Admissions Office. Successful applicants matriculate fully into the graduate program in the fourth year and graduate with the Bachelor's Degree upon completion of all undergraduate degree requirements. Please see the Graduate School of Arts and Sciences Graduate Bulletin for information and requirements of the master's programs. Applicants should contact Dean Murphy (Murphymi@georgetown.edu) in the Bachelor of Science in Foreign Service Dean's Office prior to submitting an application to the Accelerated Programs.

GTOWN_00000154

# Georgetown University in Qatar



Ahmad Dallal

> *Dean*

Brendan Hill

> *Senior Associate Dean for Students*

James B. MacGregor

> *Associate Dean for Academic Affairs*

Anne Nebel

> *Associate Dean for Teaching, Learning, and Assessment*

Kai-Henrik Barth

> *Senior Assistant Dean for Research Support*

Julien Moutte

> *Assistant Dean for Curricular and Academic Advising*

Gehan Samarah

> *Assistant Dean for Curricular and Academic Advising*

Christine Schiwietz

> *Assistant Dean for Curricular and Academic Advising*

Since 2005, Georgetown University in Qatar (GU-Q) has served as a bridge between academic communities in the United States and the Gulf region of the Middle East. Based in Education City in Doha, GU-Q offers a four year undergraduate program in international affairs leading to the Bachelor of Science in Foreign Service (BSFS) degree.

GTOWN_00000155

Georgetown University in Qatar students are subject to the Academic Policies and Regulations (https://bulletin.georgetown.edu/regulations/) of the university and to the academic policies pertaining specifically to the BSFS degree (https://bulletin.georgetown.edu/schools-programs/sfs/sfs-degree-requirements-and-academic-policies/) outlined in this Undergraduate Bulletin. Policies specific to Georgetown University in Qatar are outlined below.

1. Core Curriculum Requirements
2. Major Fields of Study
3. Minors
4. Certificate Programs
5. Zones of Conflict / Zones of Peace
6. Academic Internships
7. International Negotiation and Crisis Simulation
8. Cross-Registration
9. Study Abroad in Washington, D.C.

# 1. Core Curriculum Requirements

All GU-Q students complete the same core curriculum requirements (https://bulletin.georgetown.edu/schools-programs/sfs/sfs-degree-requirements-and-academic-policies/#CoreCurriculum) as students in Washington, D.C. There are, however, some slight differences in the sequencing of certain core courses at the Doha campus.

Students are expected to complete most of the core curriculum courses during their freshman and sophomore years.

GU-Q students fulfill the core humanities and writing requirement in one of two ways:

1. Take WRIT 014 (Fall Year 1) followed by WRIT 016 (Spring Year 1)
2. Take WRIT 015 (Fall Year 1) followed by any HALC course (anytime)

The humanities and writing sequence that a student pursues is based on placement during new student orientation or on advance/transfer credit.

GU-Q students must fulfill the core government requirement as follows:

1. GOVT 040 Comparative Political Systems (Spring Year 1)
2. GOVT 060 International Relations (Fall Year 2)

Failure to complete the core government sequence as described above will adversely affect a student's ability to declare the IPOL major and/or register for upper-level courses in governement and politics.

GU-Q students are required to take two Engaging Diversity courses, one domestic and one global. At GU-Q, domestic diversity is defined as pertaining to the Arab World and global diversity is defined as pertaining to the rest of the world.

# 2. Major Fields of Study

At GU-Q, students can pursue four of the majors offered in the School of Foreign Service:

1. Culture and Politics

2. International Economics
3. International History
4. International Politics

# Major in Culture and Politics

## Ten courses required for the CULP major:

- CULP 045 Introduction to Culture and Politics (Year 3)
- Four (4) classes tagged as CULP (must be in at least two different disciplines i.e. course prefixes)
- Five (5) classes oriented around a self-constructed theme (topical electives)

## Writing in the Major

CULP students will satisfy the University's Integrated Writing requirement through the required gateway class (CULP-045). Because CULP is an interdisciplinary major, however, there is no one methodology or writing genre that students must master. Students assemble their own course sequences around individually chosen concentrations in consultation with their mentor and curricular dean. The self-designed concentration may require a combination of discipline-specific methodologies or writing strategies housed in the SFS and the College, and students are encouraged to find additional opportunities to hone their writing skills throughout their coursework.

## Honors in Culture and Politics

### To apply for CULP honors, a student must:

- Earn a cumulative grade point average (GPA) of 3.33 or higher, and 3.67 or higher in the CULP major, or show strong evidence of the capacity to achieve these by graduation.
- Submit a complete research proposal using either the proposal form or following the proposal guidelines. The proposal is reviewed by, and the admission to the program is determined by a CULP faculty Honors committee.
- Identify a Georgetown faculty mentor who has agreed to work on this project.
- Adhere to the revision and final submission dates, if invited to revise a proposal.

## To graduate with CULP Honors, a student must:

- Successfully complete two semesters of work dedicated to thesis preparation. This includes CULP 349 (3 credits) in the fall semester of the senior year and CULP 350 (3 credits) in the spring semester of the senior year.
- Earn a cumulative grade point average of 3.33 and a grade point average of 3.67 in the CULP major at graduation.
- Submit a senior thesis by April 10 (deadline subject to change) of the senior year, which is judged to be of honors quality by a faculty committee appointed for this purpose.
- Make a formal public thesis presentation in late March (specific date announced each year) of the senior year.
- A thesis paper can be judged to be of honors quality, but if other requirements are not met, the student can't earn

honors. If this is the case, the honors classes, if completed successfully, will still count toward the student's CULP topical electives and degree program.

For more details pleas see the Honors in the Major Policy (https://www.qatar.georgetown.edu/programs/academic-affairs-policies/honors-major-policy)for Georgetown University in Qatar SFS students.

# Major in International Economics

Eight courses total are required for the IECO major, with three additional courses (ECON 243, ECON 244 and MATH 035) required for entry to the major. Either ECON 243 or 244 can also satisfy the third core curriculum economics course.

## Courses required for entry to IECO major

- MATH-035 Calculus I (Spring Year 1 or Spring Year 2)
- ECON-243 International Trade (Fall Year 2)
- ECON-244 International Finance (Spring Year 2)

## IECO Major Courses (4 courses)

- ECON 101 Intermediate Microeconomics (Fall Year 3)
- ECON 102 Intermediate Macroeconomics (Spring Year 3)
- ECON 121 Economics Statistics (Fall Year 3)
- ECON 122 Introduction to Econometrics (Spring Year 3)

## Applied Courses (3 courses)

- Three courses from the IECO applied course list

## Senior Seminar (1 course)

- IECO-400 Research Project Design or a 400-level IECO seminar course that has a term paper requirement. (Year 4)

# Honors in the Major

The honors program allows the student to examine a significant scholarly issue in detail and to focus his or her time and attention on an important issue in which he or she is deeply interested. Honors theses are original works of thought and research, not merely summaries of the work and ideas of others.