By writing an honors thesis, the student gets a sense of how much he or she enjoys the kind of original research done in graduate school. The student also demonstrates that he or she can independently design and carry out a long-term research project – a skill that both employers and graduate and professional schools find very attractive.

## To apply for IECO honors:

- Cumulative GPA of 3.5, and Major GPA of 3.67, or strong evidence of the capacity to achieve these.
- Letter of Intent due March 1, or by other posted deadline, of junior year.

## To graduate with IECO honors:

- Earn A or A- in both ECON-101 Intermediate Microeconomics and ECON-102 Intermediate Macroeconomics or successfully complete ECON-103 Honors Intermediate Microeconomics and ECON-104 Honors Intermediate Macroeconomics on the DC campus during junior year abroad (or similar opportunity).
- Enroll in IECO 400 Research Project Design in the fall semester of the senior year.
- Enroll in IECO-401 Senior Seminar in the spring semester of fourth year and submit a senior thesis on an approved topic which is judged to be of honors quality by the economics faculty. The thesis should be in the range of 50-80 pages. The student should speak with his or her thesis advisor to determine the appropriate paper length. The student will give a formal presentation attended by all IECO faculty in residence during the spring semester in which the thesis is completed.
- Earn a cumulative grade point average of 3.5 and a grade point average of 3.67 in the major by the date of graduation.

For more details pleas see the Honors in the Major Policy (http://www.qatar.georgetown.edu/programs/academic-affairs-policies/honors-major-policy) for Georgetown University in Qatar SFS students.

# Major in International History

## Eight courses total required for the IHIS major:

- HIST-305 Global History (Fall Year 3)
- Four IHIS Electives
- Three courses toward self-designed concentration

# Writing in the Major

The major in International History (IHIS) in the School of Foreign Service is rooted in the history of diplomacy and international relations but it goes beyond the study of the formal relationships between states—the traditional subject matter of diplomatic history—to address themes in comparative, trans-regional and global history. Interdisciplinary in focus, the major draws on ideas and methodologies from subjects as varied as anthropology, philosophy, sociology, political science, religious studies, and literature. It is grounded in History, a discipline which places special emphasis on the development of critical thinking, textual analysis, argumentation, and writing skills.

GTOWN_00000159

## A. Writing in the Discipline of History

The study of history and writing are inseparable. As a form of knowledge based on the interpretation of fragmentary records that survive from the past, all historians use the written word to posit an argument and defend it with evidence. Because historical sources reveal only part of the whole story, no single historical work can ever be fully comprehensive or definitive. As a result historians continually debate the varying interpretations that emerge between different schools of thought. Ultimately, the quality of historical writing is determined by the successful collection, organization, and presentation of evidence in support of a coherent and convincing thesis.

At its core, historical writing depends on judgment: the thoughtful selection of good research questions and the identification and interpretation of historical sources. Historians use two types of evidence: primary and secondary sources. Primary sources are documents or other records created at the time of the events under analysis; they come directly from the participants themselves. Secondary sources are the findings of writers who were not direct participants in a historical episode but those who have subsequently investigated primary evidence of it. Works of scholarship are the most common secondary sources students of history will encounter. In certain situations, a secondary source can become a primary one.

Sources, whether primary or secondary, do not answer historical questions themselves. Students of history must sift with a critical eye through the information provided in their sources and then rely on their own judgment to construct a historical argument grounded in evidence. In order to determine the reliability of their sources, historians read documents closely and place them in historical context. They ask critical questions to determine who wrote the document, when and where it was created, and for what purpose. The capacity to determine what matters—to think critically about what evidence to include and what to exclude and how to frame one's analysis—is one of the core skills students of history acquire through writing.

Writing in history takes many forms. Some history papers are organized as narratives that tell stories of people and events in the past; others are more analytical and organized as an essay. Most historical writing incorporates both narrative and analysis. Some papers deal with historiography, that is, how different historians or schools of thought have approached the history of a particular subject. Other papers deal directly with history, analyzing not simply what happened but why and how it happened. Whatever the format, history students must begin with a thesis statement and the evidence bolstering their argument must always be divulged using a responsible and consistent citation style.

## B. Integrated Writing in the IHIS Major

As they move through the SFS Core Curriculum and meet the requirements towards their major, IHIS students repeatedly encounter and practice various forms of historical writing. Students of history are typically asked to write many kinds of papers, including document analyses, book reviews, response papers, bibliographic surveys, historiographical essays, research or exhibit proposals, or research papers. They might also be asked to develop a digital history project, which would involve writing text to accompany any digital maps or images.

All SFS students, including IHIS majors, take history courses as part of the Core Curriculum. These courses (which are numbered within the HIST 007-199 range) introduce students to writing in the discipline of history through the careful reading and discussion of primary sources and writing assignments that require engagement with the past based on evidence-based analysis and interpretation. In HIST courses in the 100-299 range, students continue to work on primary sources, but they will more frequently encounter differing interpretations of modern scholars. They will become more fully cognizant of the wide variety of sources available for historical analysis, and they will experiment with different types of written assignments that further hone their ability to select and interpret reliable evidence, to contextualize that evidence, and to build and support analytical arguments in written form.

IHIS majors complete a total of eight courses, the majority of which are taught by historians. All IHIS majors are required to take HIST 305, Global Perspectives on International History, which is a reading and writing-intensive gateway colloquium. In addition, they take four courses selected from an approved IHIS list, including at least one of which must

GTOWN_00000160

be a seminar (numbered from HIST 300-499). They also select three courses, including at least one non-History course, as part of a thematic, regional, or periodic concentration within the major. At least 2 but no more than 3 of the courses applied to the major must come from outside the History Department.

All IHIS majors take at least two courses numbered HIST 300+ but most take more than that. These discussion-based seminars require more substantial reading (in both primary and secondary sources) and more complex and substantial writing assignments, including those that require historical research and extensive use of the library. Many IHIS majors go on to complete the year-long Senior Honors Seminar, in which they research and write a significant and original historical thesis under the mentorship of the Seminar director and individual faculty members. In the Honors Seminar, students routinely review and comment on each other's drafts. This feedback, combined with that provided by faculty, allows students to continually develop and revise their writing across the academic year.

HIST 305 Global Perspectives on International History fulfills the Integrated Writing requirement in the IHIS major.

# Honors in the Major

The honors program allows the student to examine a significant scholarly issue in detail and to focus his or her time and attention on an important issue in which he or she is deeply interested. Honors theses are original works of thought and research, not merely summaries of the work and ideas of others.

## To apply for IHIS honors, as student must:

- Have a GPA of 3.5, or strong evidence of the capacity to achieve it
- Submit a thesis proposal to the IHIS faculty chairperson or curricular dean on or before March 1

## To earn IHIS honors, a student must:

- Complete the IHIS Honors Seminar in the senior year
- Submit a final written thesis that is approved by the IHIS faculty. Honors theses are ordinarily 50-80 pages long, however students should work with their thesis advisor to determine a suitable length
- Give a formal, public presentation of his or her research in the spring semester in which the thesis is completed. The entire Georgetown community is invited to this event
- Earn a cumulative grade point average of 3.5 and a grade point average of 3.67 in the major by the date of graduation.

For more details pleas see the Honors in the Major Policy (https://www.qatar.georgetown.edu/programs/academic-affairs-policies/honors-major-policy) for Georgetown University in Qatar SFS students.

# Major in International Politics

## Nine courses total required for the IPOL major:

- IPOL Scope and Methods for Political Science (Year 2)

- IPOL 320 Quantitative Methods (Year 3)
- 1 course from the Comparative Politics concentration
- 1 course from the International Relations concentration
- 5 courses that have been approved for the IPOL major program

# Writing in the Major

International Politics is an interdisciplinary major that explores the processes between actors in the international system. There is currently only one core requirement in this major – Quantitative Methods for International Politics (IPOL 320). The student must also take 10 other courses that have been approved for the IPOL Major program. These courses come under the headings of Political Theory, International Relations and Comparative Politics.

The IPOL major's interdisciplinary nature does not lend itself to a narrow set of guidelines, and there is a recognition that no one means of written assessment or writing style should be required across IPOL approved courses. Some will require several shorter papers in the form of book reviews, responses, course papers or assessed quizzes. Others require longer final papers or written examinations. Others again require a combination of both. All tend to combine written assessments with other demonstrations of learning and development including, but not limited to, graded oral presentations.

That said, IPOL is a writing-intensive major and student needs to be able to absorb, analyze and disseminate information on a wide range of issues and topics in written form. There are some commonalities in terms of this writing requirement across IPOL approved courses. All IPOL courses have the goal of building on the core concepts and theories provided to students in Introduction to International Relations (GOVT060-70) and Comparative Political Systems (GOVT121-70). Inherent in this is the objective of further developing the student's foundational writing skills to reach a level that is commensurate with the analytic tradition and which provides those planning to progress to graduate study with the necessary writing skills to succeed at that level.

Quantitative Methods, for example, trains students how to use statistical tools, analysis, and inference in writing with the expectation that these skills will be applied where relevant in the writing requirements in other IPOL courses. There is also a commitment that writing in the Major will develop:

- The skills necessary to conduct research and use citation styles correctly.
- An awareness of the centrality of structure and clarity in scholarly writing.
- An ability to offer argument-driven analysis that examines critically arguments and counter-arguments.
- An ability to apply the relevant theoretical literature and historiographical debates.

# Honors in the Major

The honors program allows the student to examine a significant scholarly issue in detail and to focus his or her time and attention on an important issue in which he or she is deeply interested. Honors theses are original works of thought and research, not merely summaries of the work and ideas of others.

By writing an honors thesis, the student gets a sense of how much he or she enjoys the kind of original research done in graduate school. The student also demonstrates that he or she can independently design and carry out a long-term research project – a skill that both employers and graduate and professional schools find very attractive.

# To apply for IPOL honors:

- Cumulative GPA of 3.5 and Major GPA of 3.67, or strong evidence of the capacity to achieve these.

GTOWN_00000162

- By March 1 of junior year, submit a thesis proposal to IPOL field advisor.

## To earn IPOL honors:

- Complete both Honors seminars (Research and Thesis) in the senior year.
- Final written thesis must gain the approval of a faculty committee, which usually includes the seminar instructor, the curricular dean, and the IPOL field advisor. The thesis should be in the range of 50-80 pages. The student should speak with his or her thesis advisor to determine a paper length. The student will give a formal presentation attended by all IPOL faculty in residence during the spring semester in which the thesis is completed.
- Earn a cumulative grade point average of 3.5 and a grade point average of 3.67 in the major by the date of graduation.

For more details pleas see the Honors in the Major Policy (https://www.qatar.georgetown.edu/programs/academic-affairs-policies/honors-major-policy) for Georgetown University in Qatar SFS students.

# 3. Minors

GU-Q students may complete any combination of three programs to include: 1 major and 2 minors; 1 major, 1 certificate, and 1 minor; 1 major and 2 certificates. GU-Q students may not double major.

## Minors Available to GU-Q Students

GU-Q can support the following minors.  Please review the requirements and speak with your advising dean about pursing any of these:

- Arabic
- Economics (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/#Minors)
- Government (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/#Minors)
- History (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/#Minors)
- Philosophy (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/#Minors)
- Theology (https://bulletin.georgetown.edu/schools-programs/sfs/majors-and-certificates/#Minors)

## Using Main Campus Study Abroad to Pursue Other Minors

## Arabic Minor at GU-Q

The requirements for the Arabic minor at GU-Q differ from those of main campus. GU-Q students are required to complete seven courses and to demonstrate proficiency in Arabic.

Students may elect to pursue both a minor and a certificate, along with their other graduation requirements, as long as they can complete the requirements for all in time for graduation. To declare the minor, review the Arabic minor requirements, ensure that you can complete the requirements for the minor in time for graduation, then complete the Arabic Minor Declaration Form.

If you have any questions about the minor requirements and your graduation, please consult your advising dean.

# Arabic Minor Course Requirements

GU-Q students will have different trajectories through the minor depending upon their performance on the GU-Q Arabic placement exam:

- Example 1: If a student places in introductory Arabic I (either heritage or non-heritage), then the seven courses required for the Arabic minor will consist of the six sequential semesters of Arabic instructional coursework plus one post-advanced Arabic course and Arabic language proficiency.
- Example 2: If a student places at the post-advanced level in Arabic, then the seven classes required for the Arabic minor will consist of one post-advanced Arabic class and six other Arabic courses. These can include some combination of other post-advanced Arabic courses, or Arabic skills classes, with no more than one course in English about Arabic language and/or culture and Arabic language proficiency.
- Example 3: If a student places in intermediate or advanced Arabic language classes (either heritage or non-heritage), then the seven classes required for the Arabic minor will consist of all Arabic instruction courses through Advanced Arabic II, one post-advanced Arabic course, and then some combination of other post-advanced Arabic courses, or Arabic skills classes, with no more than one course in English about Arabic language and/or culture and Arabic language proficiency.

# Arabic Minor Advanced, Transfer Credit, and Study Abroad

No more than three courses from outside of Georgetown (advanced credit, transfer credit, summer, and study abroad) can count toward the minor. If a student has two classes of advanced credit, a year of study abroad, and one transfer class, only three of those five classes can apply to the Arabic minor. Below are the limits for each:

- A student can bring in up to two advanced credit classes to count toward the minor.
- A student can bring in up to one study abroad class to the minor if away for a semester, or up to two classes to the minor if away for the academic year.
- A student can transfer in up to one class toward the minor. Georgetown summer programs that carry Georgetown course prefixes and numbers (excluding study abroad, as noted above) do not count against transfer limits.

Georgetown credit for advanced and transfer language credit is pending language placement. If a student took a year of Introductory Arabic, but then subsequently places into the first year of Introductory Arabic at GU-Q, the student does not receive transfer credit for that year of Arabic taken elsewhere.

# Arabic Minor Course Double-Counting

Courses required for the language minor can double-count with a core requirement (like HALC), but cannot double count with a major, another minor, or a certificate – unless the certificate is an area studies certificate, like CARS, that requires language. In that case language courses required for CARS may double count for the minor and certificate, primarily because the language is not the primary component of the certificate.

# 4. Certificate Programs

Certificate Programs mark secondary levels of concentration within the bachelor's degree. They are strictly optional and are awarded only in conjunction with the undergraduate degree. Certificate programs should be viewed as a means for focusing interests and structuring elective course work. Interested students should discuss the certificate and its role within the general bachelor's program with his or her advising dean.

GU-Q students may complete any combination of three programs to include: 1 major and 2 minors; 1 major, 1 certificate, and 1 minor; 1 major and 2 certificates. GU-Q students may not double major.

## Certificates available to GU-Q Students:

- Certificate in American Studies (CAST)
- Certificate in Arab and Regional Studies (CARS)
- Certificate in Media and Politics (CMAP)

GU-Q students may not pursue main campus certificates.

# 5. Zones of Conflict / Zones of Peace

## INAF 299 – Zones Conflict / Zones Peace

Zones of Conflict / Zones of Peace (ZCZP) is a 3-credit course offered every spring semester at Georgetown University in Qatar. This award-winning program offers students a deep dive into a given ethnic, political, religious, or social conflict with a faculty expert who then leads students on a trip to that conflict zone with the goal of gaining a better understanding of the root causes of the conflict and the difficult process of reconciliation. On these trips, students visit significant sites in the conflict region and meet with politicians, journalists, activists, community organizers, and other change-makers vital to understanding the conflict. Past destinations have included: Jordan, Israel/Palestine, Rwanda, Germany/Poland, Cyprus, Bosnia & Herzegovina, Northern Ireland, South Africa, Cambodia, Timor-Leste, the United States, Oman/Tanzania, Japan, China, and the Basque region.

Each ZCZP class is limited to between 15 and 18 students who are selected through a competitive application process that takes place each fall semester before registration begins. Trips last between seven and ten days and can take place either during the spring break on in the early part of the summer following the class. Students may take ZCZP only once during their undergraduate career.

# 6. Academic Internships

Georgetown University's School of Foreign Service in Qatar is pleased to partner with organizations in Doha to provide academic internship programs for our students. These internships greatly enhance Georgetown's commitment to applied and experiential learning. These experiences provide students with additional context for their classroom learning, and thus a deeper understanding of key academic concepts. It also helps them develop important professional skills and explore ways in which they can meaningfully apply their academic skills after leaving Georgetown.

Only degree-seeking students studying at GU-Q are eligible. Students apply to work at one of the partner organizations for the fall or spring semester. Students work 10-15 hours per week at a partner organization doing substantive work under the guidance of a mentor at the organization. In addition, students will be registered for INAF 335 International Affairs Internship for one credit, graded on a pass/fail basis. As part of this course, students complete 10.5 total hours of Georgetown classroom instruction over the semester, which is designed to complement the internship and connect academic skills to applied practice. Students who complete the work and course requirements earn one academic credit that counts toward the Georgetown degree and a notation on the official Georgetown transcript.

The aims behind these internships and the one-credit course components are to:

- Provide professional mentorship and oversight of the internship experience,
- Connect the experiential learning process (internship) to the curriculum while giving students substantive professional experience, and
- Provide a students space for structured reflection and narrative development, which they can use to more critically focus their studies and professional goals.

Students must meet the following minimum qualifications to apply:

- A minimum GPA of 3.3 is required.
- Preference is given to juniors and seniors, but sophomores may be considered.
- A strong academic background, excellent writing and research skills, and knowledge of Arabic will be highly desirable.
- Students must be in good academic standing.

# 7. International Negotiation and Crisis Simulation

The International Negotiation Simulation Exercise in conjunction with Georgetown University's Institute for the Study of Diplomacy (ISD) and SFS-Qatar, trains students at campuses in Washington, D.C. and Doha in negotiations, decision-making and crisis management. This one-day simulation offers students the hands-on opportunity to practice diplomacy through complex international negotiations and real time crisis decision making activities. The simulation exercises are hypothetical situations based on a current international problem, and participants gain experience in high-level diplomatic negotiations between key players. Students are assigned to teams and special guests and faculty mentors lead the exercise. Participants carefully read a background paper and scenario, and then absorb short "confidential" negotiating instructions. The learning objectives are to understand different perspectives, motivations and challenges in grappling with foreign policy issues.

IPOL 354 International Negotiation Lab (1 credit)

Students have the option to earn academic credit for both this one-day exercise and additional academic components connected to the negotiation lab. This experiential learning simulation is usually offered in the fall semester. The class is graded pass / fail and appears on the Georgetown transcript.

IPOL 354 International Negotiation Lab Learning Goals:

- To learn the theory behind negotiation both historically and currently and to successfully engage in the practice of negotiation.
- To gain in-depth and practical knowledge on a particular and current crisis and its underlying political dynamics.

- To learn to write short policy briefs based on the results of the simulation.
- To provide students, through targeted readings and assignments, the tools necessary to engage in negotiation in the future.
- To engage with other students in collaborative learning.

# 8. Cross-Registration

Starting with the second (sophomore) year, Georgetown University in Qatar (GU-Q) students may enroll in classes at other Education City schools pending space available in the class, and the approval of an academic advisor and the Associate Registrar for GU-Q. Students may not take more than one consortium class in a semester and may not take more than four such courses over the period of their degree.

GU-Q students may not cross-register if:

- they are in the first year of studies;
- they have taken the same or a similar class previously;
- they are requesting a class which is the same as/similar to one offered at Georgetown;
- they are requesting a class that is not deemed equivalent to a Georgetown three-credit class.

Applying for a Cross-registration class

- Complete the Education City Cross-registration form. This is the only form that will be accepted, and must be completed online and printed off for appropriate signatures. Old/handwritten forms will not be accepted. In addition, you must submit a copy of your passport with the registration request form. Forms will not be accepted if they are incomplete in any way.
- Registration at the university in which you plan to enroll is on a first-come, first-served basis. Once your form has been processed by the Associate Registrar for GU-Q, you will then need to take the form to the host university to be registered for the course.
- The host university will advise you if your application is successful.
- Once your cross-registration course enrollment is confirmed by the host university, you must submit the course information to the Associate Registrar for GU-Q to have the courses added to your academic record.

*Reminder: By enrolling at another university in Education City, you are agreeing to follow their university rules and policies, which includes attending classes even if GU-Q is closed. Not all universities follow the same academic calendar and you must adhere to the requirements of the host university.*

# 9. Study Abroad in Washington, D.C.

All Georgetown students are encouraged to study abroad over a summer or during the junior year. In so doing, they are exposed to new ideas and perspectives, as well as to peoples, cultures, and values that are different from their own. Given GU-Q's curricular focus on international affairs, we believe that such experiences are a valuable component of the Bachelor of Science in Foreign Service degree.

One study abroad location that is available only to GU-Q students is Georgetown University's main campus in Washington, D.C. Students have two options for studying abroad on main campus:

1. Study at Georgetown University's main campus in Washington, DC for a semester or academic year. This option is open only to third year students. Furthermore, students must have a 3.00 GPA or higher to be considered. Courses taken on main campus are applicable to a student's degree and the grades earned factor into a student's

cumulative GPA. Information about the application process will be sent to eligible students in the spring and fall semester each year. Application form is here. (https://georgetown.app.box.com/file/222953445155)

2. Study at Georgetown University's main campus in Washington, DC in the Summer. This option is open to all students who have completed their first year at GU-Q. Courses taken on main campus are applicable to a student's degree and the grades earned factor into a student's cumulative GPA. Information about how to register for main campus Summer courses will be sent to all students early in the Spring semester each year. Clearance form for summer study in Washington, D.C. is here.
(https://docs.google.com/forms/d/e/1FAIpQLSd1V5ImG_1FYYde_QSOnqPVHape2cq-BMYP_CoCTLcKA-akcQ/viewform)

# McDonough School of Business



Paul Almeida

> *Dean*

Pietra Rivoli

> *Vice Dean*

Michael O'Leary

> *Faculty Chair, Undergraduate Program*

Patricia J. Grant

> *Senior Associate Dean for Undergraduate Program*

Monija Amani

> *Senior Assistant Dean, Director of Global Programs & Partnerships*

Daniela Brancaforte

> *Senior Assistant Dean, Director of Strategic Initiatives & Interdisciplinary Programs*

Deborah Coburn

> *Senior Assistant Dean, Director of Advising*

Justin Smith

> *Assistant Dean, Director of Student Success*

GTOWN_00000169

Talia Schatz

*Director, Undergraduate Career Development Center*

Daniel Minot

*Senior Associate Director*

Julian Haas

*Associate Director*

Mita Patel

*Associate Director*

Sara Skillman

*Associate Director*

Lauren Wagoner

*Associate Director*

# Approach and Purpose

Georgetown University's McDonough School of Business was founded in 1957 by the Rev. Joseph Sebes, S.J., a professor in the School of Foreign Service, who believed that an understanding of commercial markets was essential to worldwide political stability. The school was named for alumnus Robert Emmett McDonough, a major benefactor.

The McDonough School of Business is a premier business school dedicated to shaping global business leaders and its students are held to a high standard of academic integrity and excellence. Faculty members foster an environment for learning by selecting techniques that challenge students to take an active role in the education process. Faculty are extremely engaged, bringing their research into the classroom and involving students in their scholarly pursuits, as well as exposing them to practical aspects of the business world.

The McDonough School of Business combines core requirements in business and liberal arts to provide students with a strong foundation in critical thinking and reasoning. During the first and second years, students complete courses in subjects such as English, philosophy, theology, history and economics, while beginning their business coursework and taking courses in accounting, marketing, finance, business statistics, operations, and ethics. In their junior and senior years, students complete coursework in their major. McDonough strongly supports students who would like to choose a minor in one of the nearly 50 liberal arts disciplines in the College. This blend of wide-ranging liberal studies and business courses creates opportunities for students to pursue diverse areas of interest.

Students are encouraged to take advantage of Georgetown's location in the nation's capital to pursue internships in private industry, government, or non-profit organizations. Students have many opportunities within McDonough and the larger university community to serve other students and the community. The Undergraduate Program Office works closely with students to select courses and co-curricular activities that closely match their personal educational goals, while still meeting McDonough's degree requirements.

GTOWN_00000170

# Degree Requirements and Academic Policies



1. Degree Requirements
2. The Core Requirements
3. Guide to Course Scheduling
4. Transfer Credit Policy
5. Academic Advising and Policies
6. Academic Standards
7. Graduate and Professional Preparation
8. Special Interest Organizations

# 1. Degree Requirements

Graduation and the awarding of a Bachelor's degree from the McDonough School of Business is dependent upon satisfactory completion of the following University and School Requirements:

1. A minimum of 120 semester hours; 60 credits must be completed at Georgetown University with at least four semesters in residence in McDonough excluding summer terms;
2. A final cumulative grade point average of 2.00 or higher;
3. Completion of the University Core requirements;
4. Completion of the Liberal Arts Core or BSBGA Core requirements; (BSBGA core only applies to students pursuing Bachelor of Science in Business & Global Affairs degree)
5. Completion of McDonough's Business Core requirements; (BSBA degree students only)
6. Selection and completion of a major and its listed requirements.

GTOWN_00000171

Additional requirements for specific majors can be found under the specific degree programs (https://bulletin.georgetown.edu/schools-programs/msb/degree-programs/) page.

The final transcript of graduates includes the listing of all majors and minors, as well as final GPA*. Once a degree is conferred, additional coursework taken as a special student at Georgetown or elsewhere may not be applied to an incomplete major or minor.

*All undergraduate courses taken in the McDonough School of Business will be graded using a maximum mean of 3.5. This is true for core and elective courses across all areas/majors alike.

# 2. The Core Requirements

The University, Liberal Arts and Business Core requirements are as follows:

| Table 1: University Core Requirements | |
|---|---|
| University Core | (7 courses) |
| Writing WRIT-015 | 1 course |
| Integrated Writing | 1 course (over-lay requirement) |
| Humanities, Arts, Literature and Culture (HALC) | 1 course |
| Philosophy, Ethics (STRT-230 fulfills Ethics requirement) | 2 courses |
| Theology | 2 courses |
| Natural Science | 1 course |
| Diversity – Global and Domestic | 2 courses (over-lay requirement) |

| Table 2: Liberal Arts Core requirements | |
|---|---|
| Liberal Arts Core for BSBA students | (12 courses) |
| Economics | 2 courses |
| Mathematics (Calculus) | 1 course |
| History/Government/Classics | 2 courses |
| Liberal Arts Electives | 7 courses |

| Table 3: Business Core Requirements | |
|---|---|
| Business Core for BSBA students | (11 courses) |
| Accounting I and II ACCT-101, ACCT-102 | 2 courses |
| Business Statistics OPIM-173 | 1 course |
| Business Law I or Business Government Relations ACCT -181 or STRT-265 | 1 course |
| Computational Business Modeling OPIM-170 | (1 credit) |
| Principles of Marketing MARK-220 | 1 course |

| Management and Organizational Behavior MGT-201 | 1 course |
| Ethical Values of Business STRT-230 | 1 courses (over-lay requirement) |
| Modeling Analytics OPIM-220 | 1 course |
| Business Financial Management FINC-211 | 1 course |
| Operations Management OPIM-230 | 1 course |
| Strategic Management STRT-283 | 1 course |

# The University Core

The Georgetown University Core Curriculum (https://bulletin.georgetown.edu/georgetown-core/) is the common experience across the University. These requirements are interpreted and carried out differently across the schools. The requirements are fulfilled by McDonough School of Business in the following ways:

## Writing Requirements

WRIT-015 Every Georgetown student will take one writing course, WRIT-015: Writing and Culture Seminar, that provides students with opportunities to connect their writing with critical reading and thinking, inquiry, and analysis. The Writing and Culture Seminar approaches writing through three interrelated frameworks: writing as a tool for inquiry, writing as a process, and practice writing in different rhetorical situations. Each section focuses on a cultural theme, with readings and assignments that engage students with compelling questions and problems. Seminar readings provide texts for analysis as well as models and motives for student writing. Students are encouraged to complete this course during their first year at Georgetown.

Integrated Writing The Integrated Writing requirement is completed as part of the major. Integrated Writing courses focus on writing styles that are specific to the discipline, including, in many cases, translating expert knowledge for non-expert audiences. Students in the McDonough School of Business may satisfy this requirement by enrolling in a First Year Seminar, Global Business Experience, STRT-255: Moral Foundations of a Market Society, business communication courses, or designated major courses. Students taking a business communications course majoring in Management or an International Business (https://bulletin.georgetown.edu/schools-programs/msb/degree-programs/international-business/) major may be able to use this course towards their major as well as the integrated writing requirement.

## Humanities: Art, Literature, and Culture

Every student will take one course in the Humanities: Art, Literature, and Culture. Literature, and visual and performing arts deepen our understanding of many kinds of expressive media, past and present, and the realities they aim to present. Through reading, writing and creative practice, students acquire the intellectual and practical tools to interpret and critique the world. Courses fulfilling this requirement use historical, critical, and/or experiential methods. The HALC course will provide an interdisciplinary backdrop for exploring literary works, as well as artistic and cultural expressions.

## Philosophy Requirement

To fulfill the philosophy requirement, all students must take two courses: one in general philosophy and one in ethics. All students in the McDonough School of Business will take STRT-230: Ethical Values of Business to fulfill their ethics requirement. Please note that seniors are not permitted to take an intro level philosophy or ethics course. Students in the BSBGA major (https://bulletin.georgetown.edu/bs-in-business-and-global-affairs/) can take PHIL-099: Political & Social Thought as their general philosophy course.

## Theology Requirement

Two semesters of theology are required of all students for graduation. To fulfill this requirement, students may complete any courses offered by the Theology Department.  THEO-001: The Problem of God or THEO-011: Introduction to Biblical Literature should be the first theology course taken. Transfer students are exempt from Problem of God and may select any two intermediate level courses, including Introduction to Biblical Literature, to fulfill this requirement.

## Natural Science Requirement

The natural science requirement illustrates, in the context of a scientific discipline or disciplines, how scientific understanding is developed, tested, and revised. While the natural science courses may touch on or draw motivation from public policy issues and societal challenges, and should be informed by social contexts, they focus primarily on scientific content, methods, and modes of thought. Overall these courses provide students with a sense of the complexity of natural systems, the volume of evidence that scientists obtain and study, and the breadth and depth of scientific theory and analysis. Courses that satisfy the Natural Science requirement are marked in the Schedule of Classes (https://schedule.georgetown.edu/) with the attribute "Core: Science for All."

## Diversity Requirement

The core requirement in diversity consists of two courses exploring diversity. Students take one course on diversity within the domestic context and the other on diversity on a global scale. Both of these courses typically overlap with other core requirements, which means that students are able to satisfy this requirement while fulfilling other core courses as well. Courses that satisfy the diversity requirement are marked in the Schedule of Classes (https://schedule.georgetown.edu/) with the attribute "Core: Diversity/Domestic"  or "Core: Diversity/Global." Note that not all sections of a course will satisfy the core diversity requirement since various sections of the same course will have different emphases.

# Liberal Arts Core for BSBA Students

## Economics Requirement

The economics requirement is fulfilled by completing Principles of Microeconomics and Principles of Macroeconomics (ECON-001, ECON-002). McDonough students with a score of 4 on both Advanced Placement (AP) exams (Macro and Micro) are encouraged to take ECON-003 and one additional ECON course (either ECON-101, 102, 103, or 104), instead of ECON-001 and 002, to complete their one year of required economics. These courses must be completed by the end of the second year.

For a score of 5 on the Microeconomics AP exam, the student will receive three credits for ECON-001 (Principles of Microeconomics). For a score of 5 on the Macroeconomics AP exam, the student will receive three credits for ECON-002 (Principles of Macroeconomics). Students with a score of 5 on both of the AP exams may proceed to upper level

courses and cannot take any of the principle courses (ECON-001, 002 and 003). Students with a score of 5 on only one of the AP exams normally take the opposite principles course. If the student takes ECON-003 (Principles of Economics: Macro and Micro), they will forfeit the AP credit in economics.

## Mathematics Requirement

The mathematics requirement is four hours at the calculus level or above and must be completed by the end of the first year. This requirement is satisfied by completing Calculus I (MATH-035). Adequate preparation for a calculus course normally requires four years of high school mathematics, including one-half year of trigonometry. A placement exam is required before registering for this requirement.  If a student places into Calculus with Review (MATH-029), they would complete this course in the fall and register for Calculus I (MATH 035) in the spring. Calculus with Review will fulfill one liberal arts elective requirement.

## History/Government/Classics/INAF Requirement

Students may choose any two introductory courses from the Departments of Government, History or choose from among certain history-based classics (offered by the Classics Department) and International Affairs (INAF) courses. Any classics or INAF course taken to fulfill this requirement must be approved by the Undergraduate Program Office prior to registration for the course. The course must have sufficient historical content to meet this requirement.

## Liberal Arts Electives

The seven electives required to complete the liberal arts core may be taken in any liberal arts area offered by the University.  Please note: You may only apply up to two ECON courses towards your seven liberal arts electives.  STIA courses do not count as liberal arts electives.

## Free Electives

Free electives may be completed in either liberal arts fields or in business studies. Only free electives may be taken pass/fail.

# Business Core fore BSBA Students

The Business Core comprises of courses in all the fuctional areas of business including Accounting, Finance, Management, Marketing, Operation and Information Technology, and Strategy.  For descriptions of these courses, please see the Schedule of Classes (https://schedule.georgetown.edu/).

---

# 3. Guide to Course Scheduling

The normal course load in The McDonough School of Business is five courses per semester. Special permission is required to take fewer than four or more than five courses per semester; students should discuss program implications with the Undergraduate Program Office.

To satisfy the eleven-course business core requirement, all students should complete Accounting I, Computational Business Modeling, and Business Statistics the first year. During the second and third years, all students must complete the following: Accounting II, Ethical Values of Business, Integrated Writing, Business Law I (or Business Government Relations), Management and Organizational Behavior, Principles of Marketing, Modeling Analytics and Business Financial Management. During the third year, students should complete both Strategic Management and Productions and Operations Management. In addition to all core requirements, students must complete discipline-specific courses in one or two of the undergraduate business majors.

# Withdrawals from a Course

To withdraw from a course a student must submit an official request to the Undergraduate Program Office through MyAccess (https://myaccess.georgetown.edu/). If a student does not complete a course for which the student is registered and from which the student has not officially withdrawn, a failure will be recorded for that course. For information on the withdrawal period for 1.5-credit courses, please refer to the Registrar's website (http://https://registrar.georgetown.edu/registration/tuition/main-campus-modular).

Courses dropped through this withdrawal period will be shown on a student's record with a 'W' grade. No student at any time may withdraw from courses to the point of becoming a part-time student (i.e., registered for eleven or fewer credits) without the permission of the Undergraduate Program Office.

# 1.5 credit Enrollment and add/drop period

We recommend the following guidelines for students enrolling in 1.5-credit courses:

- Students should take the equivalent of five 3-credit courses, if they want to enroll in one 1.5-credit course. (This will allow them to remain as a full-time student if they drop or withdraw from a course.)
- Students should take the equivalent of four 3-credit courses, if they want to enroll in two 1.5-credit courses. (This will allow them to remain as a full-time student if they drop or withdraw from a course.)

The add/drop period for 1.5-credit courses is viewable on the Registrar's website (http://https://registrar.georgetown.edu/registration/tuition/main-campus-modular).

---

# 4. Transfer Credit Policy

## Transfer Admissions

External applicants for transfer admission must have completed one semester of at least 12 credit hours prior to being accepted to McDonough. Internal candidates for transfer must have completed one year of study at Georgetown prior to being accepted to McDonough and should have achieved a minimum GPA of 3.0 on a 4.0 scale. Students currently enrolled in another school within the University who are interested in transferring should contact the Undergraduate Program Office.

## Validation of Business Courses

When a transfer student requests transfer credit for a business course that has been taken at another institution, the student may be asked to validate the course by passing an examination on the subject material covered in the equivalent course(s) at Georgetown. All validation processes are administered through the Undergraduate Program Office.

With the exception of summer school courses listed in the usual departments of the four undergraduate schools on campus (College, SFS, MSB and NHS), McDonough students may not enroll in courses offered through the School of Continuing Studies for its various degrees, certificates and special programs.

# Transfer Credit for College Courses Taken Prior to Matriculation

Incoming students who have taken a course(s) at another college or university during high school may request Georgetown credit (at most 12 credits) provided all of the following guidelines are met:

- the course was taught at a four year accredited college (community college is not transferrable) or university, not at your high school;
- the course was taught by a regular member of the college or university faculty, not a high school instructor given associate status by the college or university;
- the course was open to regular college or university students and was not designed specifically for high school students;
- the course was recorded by the college or university on an official transcript, and would be credited toward that college's or university's degree;
- the course did not count toward fulfillment of a high school graduation requirement;
- the course was taken during junior year in high school or later;
- a grade of "C" or above was earned;
- the course is not a foreign language (Georgetown only accepts pre-matriculation language credit through AP/IB exams paired with either a SAT II score or NSO placement exam results); and
- the course is not a business course including Introduction to Business.

In addition to meeting all of these guidelines, a copy of the course syllabus and an official transcript should be forwarded to the Undergraduate Program Office (along with a letter from the student's high school guidance office verifying the above criteria were met), for review and determination of whether credit will be awarded. Please note, the total number of courses taken away from Georgetown after matriculation cannot exceed 12 credit hours (generally four courses).

# Transfer Credit for Summer Courses Taken Away from Georgetown University

Students must submit requests for non-Georgetown summer school prior to enrollment in the summer course(s), ideally before departing campus at the end of the preceding Spring semester. The McDonough School of Business adheres to the certain eligibility and policies regarding study away from Georgetown University as outlined below:

- To be eligible to transfer, coursework must be taken at an accredited college, accepted toward an undergraduate bachelor's degree at that institution, and represented on that institution's official transcript.
- All courses must be taken for a grade, and a grade of C or better is required for transfer. Grades earned on courses taken during non-Georgetown summer school are not computed into the Georgetown University GPA and will not appear on the Georgetown University transcript.
- Students are allowed to take a maximum of TWO (2) pre-approved online courses. Specific guidelines for online courses are listed below.
- In-person classroom courses, credits are evaluated using classroom hours and session calendar. A three credit course must meet for a minimum of 36 hours over 4 weeks. Sessions shorter than three weeks will not be approved. Four credit courses will require additional classroom hours.

## Policy for Online coursework:

- Provide a current syllabus (i.e. for the online version of the course in the term in which it will be taken, and prepared by the instructor of record);
- All exams must be proctored;
- The course must meet for a minimum of 4 weeks, with fixed start and end dates;
- The structure of the online course should approximate 36 contact hours by alternate means;
- Self-paced courses or independent studies will not be approved (just online or any course);
- The institution should provide evidence of identity verification (such as a proctored exam) if not mentioned in the syllabus. Examples of such systems include Respondus (technology that locks down your computer browser during the exam) or Proctorio (software that video records you during the exam). Please inquire with your professor if any such identity verification options exist for the course, in the department, or at the host institution itself.

## Please note for all courses:

- All language credit at the learning level is subject to the results of a department administered placement exam upon return.
- Students are allowed to take a maximum of TWO (2) pre-approved community college courses outside of Georgetown.
- A maximum of FOUR (4) non-Georgetown summer courses may be transferred to the Georgetown transcript.
- External transfer students may not transfer more than 60 credits to the Georgetown degree.
- Students are generally expected to fulfill all major and Business core requirements at Georgetown. If the student is seeking credit for a course to count towards a minor, the student will need to receive permission from the minor department.
- Students attending a university that meets on a quarter system are advised that a five-unit class normally equates to a three credit course at Georgetown University.
- To receive appropriate credit, students must ask the host institution to send an official, signed and sealed transcript to Georgetown at the following address: McDonough School of Business, Rafik Hariri Building, Suite 120, 37th & O Street NW, Washington, DC 20057.

## For Non-Georgetown International Summer Courses Study Abroad:

Students who plan to complete courses at universities located outside the United States and aim to transfer the earned credit back to their Georgetown degree must get travel authorization by the Office of Global Services (OGS). OGS and academic approval is needed in order for credit transfer. Please allow at least four-weeks prior to departure for the safety and security review process to be completed. Students can start the travel authorization process by visiting the Global Services (https://globalservices.georgetown.edu/undergraduates) website.

# 5. Academic Advising and Policies

## Academic Advising

The McDonough School of Business' advising system is designed to inform students of the many curricular options and programs available to them and to help them in making responsible choices that nurture their intellectual interests. All McDonough undergraduate advising takes place in the Undergraduate Program Office in the Rafik B. Hariri Building,

GTOWN_00000178

Suite 120. The student's advisor provides specific information about the proper sequencing of courses required for their majors, discusses and students' proposed course selection for registration for each upcoming semester, and serves as a sounding board for exploring various academic options.

During their first year, students are required to schedule a meeting with their assigned advisor to discuss their intellectual interests and academic goals. The purpose of the meeting is for the student and advisor to get to know one another, to discuss how to use the degree audit advising tool, and for the student to learn how to navigate the curriculum.

Students who enter the McDonough School of Business declare their majors at the end of their sophomore year. Once a student declares their major, they will choose a faculty advisor in their chosen area for more detailed information on the major and course sequencing.

During the junior and senior years, students are advised about changes of their academic program, study abroad and transfer credit, tutorial courses, degree completion and commencement, and post-graduation plans.

The Undergraduate Program Office is open Monday through Friday from 9:00 a.m. until 5:00 p.m. and is the central source of information for students regarding academic and administrative affairs. Students should check the McDonough website (http://msb.georgetown.edu) for announcements, information and forms. Students are responsible for checking their e-mail regularly for important academic information.

Students pursuing a Bachelor of Science in Business and Global Affairs should consult the BSBGA page (https://bulletin.georgetown.edu/bs-in-business-and-global-affairs/) of this bulletin for advising.

# Documenting Major(s) and Minor(s)

All students must officially declare all majors prior to the end of the spring semester of sophomore year.  Students are encouraged to declare potential minors at the same time for planning purposes.

## Declaring a Major

The major areas enable students to achieve a command of one or two of the business disciplines. When students declare their major(s), they will be assigned a faculty advisor (a mentor from within their chosen field of study). This mentor-student relationship is designed to enable students to benefit from faculty expertise in their chosen major. Students are encouraged to seek faculty advice in addition to that provided by the Undergraduate Program Office. Students may declare a double major, but only two courses counted toward the first major may be counted toward the second major. In other words, students must take at least three courses that are not counted toward the first major, or at least eight courses total, to declare a double major. Students may not pursue a triple major. All students in McDonough are encouraged to discuss major and course choices with their academic advisors, faculty advisors, career education center advisors, and prospective employers.

Students pursuing a Bachelor of Science in Business and Global Affairs are not permitted to double major with a major delievered through a different degree program. Students should consult with their BSBGA advisor for more details.

## Declaring a Minor

Students may elect a minor from among the many departments within Georgetown College. Many McDonough students select minors from among the liberal arts offerings. Students seeking a minor should consult with the appropriate department to obtain authorization and complete the Declaration of Minor Form. Please note that if a student is completing two minors in the Georgetown College, a single course may not be applied to both minors.  No courses can double count between the two minors.  Successful completion of the minor will be noted on the student's final transcript,

together with the major. Business students can pursue a limited number of <u>certificates in the School of Foreign Service</u>, a <u>minor in Public Health</u> in the School of Nursing & Health Studies and an <u>Entrepreneurship minor</u> (https://bulletin.georgetown.edu/schools-programs/msb/degree-programs/) in the McDonough School of Business.  No more than one course can double count towards a minor (e.g. Entrepreneurship Minor) in the McDonough School of Business and a McDonough major(s).

Students pursuing a Bachelor of Science in Business and Global Affairs who are interested in pursuing a minor should consult with their BSBGA advisor for more details.

# Credit for ROTC Courses

Business students who participate in the Reserve Officer Training Corp (ROTC) program may receive up to a maximum of 12 credits of Military Science courses applied to the Bachelor of Science in Business Administration. This policy is uniform with regard to Army Military Science offered on the main campus of Georgetown University and Naval Science offered at The George Washington University (and would be applied to Air Force at Howard University in the event there is a degree candidate in McDonough in the future). Courses offered at 3 credits will be applied first, and courses offered at less than 3 credits may be allowed up to the limit of 12 credits total. All 12 credits may contribute to the 120 credits required for the degree.

# Academic Regulations

The McDonough School of Business standards are set forth under <u>University Academic Regulations</u> (https://bulletin.georgetown.edu/regulations/).

Additionally, the McDonough School of Business regulations include the following:

- Students must complete a minimum of six semesters of university study, four of which must be full-time and in residence in the McDonough School of Business.  A minimum of 60 credits must be completed in residence.
- Students are required to complete at least half of the coursework for a major or minor at Georgetown. Transfer credits in excess of half of a major or minor will be counted as free electives toward the degree. Additionally, some departments may set stricter limits on transfer credit and how it may be applied.
- No course can count for more than two requirements (courses cannot triple count for three different requirements).
- Once matriculated, a student may transfer no more than four (4) non-Georgetown summer school courses to the Georgetown degree. Prior approval for such courses must be obtained from the McDonough Undergraduate Program Office. Students may not transfer coursework taken in a fall or spring semester at another institution, other than coursework taken in an approved study abroad program.
- Semesters are defined as fall and spring semesters (not summer).
- Study abroad at GU-Qatar, Villa le Balze, or McGhee Center counts toward the residency requirement.
- Courses that fulfill requirements for Liberal Arts and University Core Curriculum, Business Core, Major, Minor, Certificate or Fellows programs must be taken for a letter grade.
- Audited courses do not count toward the undergraduate degree.
- Undergraduate students are required to be full-time. Seniors who have met all residency requirements may petition to be part-time in the final semester of their senior year only.
- With the exception of summer school courses listed in the usual departments of the four undergraduate schools on campus (College, SFS, MSB and NHS), McDonough students may not enroll in courses offered through the School of Continuing Studies for its various degrees, certificates and special programs.
- Students may not take more than four courses in any one summer at Georgetown.
- Any student with more than one incomplete in a given term who is unable to complete his or her work by the first day of class of the next term may not begin new courses without formal review and consent of the Dean's Office, and may be directed to take a leave of absence.

GTOWN_00000180

- Students who have been placed on probation normally are ineligible to receive an incomplete grade.
- Students on elective leave of absence may not transfer credit for courses taken elsewhere during their leave. In rare circumstances, such as medical leave of absence, and with written approval of the Dean's Office prior to the leave, students may be allowed to transfer a limited number of courses.
- Students who are suspended or granted a leave of absence are not active students, and are therefore not permitted to reside in university housing, participate in student activities, use university facilities or services, or be on campus except when expressly permitted by the Dean's Office. Students who do not adhere to this policy will be in violation of the Code of Student Conduct and may jeopardize their ability to be reinstated as an active student in the university.
- Degrees are conferred three times a year: in May, August, and December.
- Commencement Exercises take place once a year, in May. Students graduating in August may participate in the May Commencement exercises preceding or following the conferral of the degree. Students graduating in December may participate in the following May Commencement exercises. Note that for purposes of determining graduation honors, both August and December graduates are included with the following class of May graduates.
- Any exceptions to standard academic policy will be evaluated by the Academic Standards Committee.

# Academic Integrity

See the description of the Georgetown University Undergraduate Honor System (https://bulletin.georgetown.edu/regulations/honor/) in the Academic Regulations section of this Bulletin.

## Duplicate Submission of Papers

Any student who wishes to submit a paper, or substantially the same paper, in two (or more) classes must discuss that plan with the concerned faculty members and obtain written approval so that no questions of deficiency might arise at a later time.

# 6. Academic Standards

At the conclusion of each semester, the Academic Standards Committee convenes to review the academic records of all undergraduates in the McDonough School of Business. The Academic Standards Committee is composed of professional staff in the Undergraduate Program Office and is chaired by the Director of Advising. In instances where a student has incurred an academic deficiency, the committee may recommend one of three courses of action: probation, suspension, or dismissal. All decisions are communicated in writing to the student.

## Probation

Students who fail a course or who earn a semester or cumulative GPA below 2.00 are automatically placed on probation. While on probation, students are expected to maintain a semester GPA of 2.00 as a full time student in twelve credit hours. Students may also be placed on probation for failing to complete a full-time courseload (minimum of 12 credits) in two or more semesters. Probationary status is conveyed to the student in writing, but it does not appear on the academic transcript.

## Suspension

Students may be suspended for one or more semesters because of unsatisfactory academic performance. The length of the suspension is determined by the Standards Committee. Students who are suspended may not transfer credits to Georgetown earned elsewhere during the suspension period. Students who are suspended re not active students, and are therefore not permitted to reside in university housing, participate in student activities, use university facilities or services, or be on campus except when expressly permitted by the Dean's Office. Students who do not adhere to this policy will be in violation of the Code of Student Conduct and may jeopardize their ability to be reinstated as an active student in the university. Academic suspensions are communicated in writing and noted on the transcript.

## Dismissal

Students may be dismissed from the university because of unsatisfactory academic performance. In cases of dismissal, students are permanently separated from Georgetown. Dismissed students may not register for or attend classes, attempt to complete a Georgetown degree, live in a residence hall, or participate in any activities reserved for students in good standing at Georgetown. Academic dismissal is communicated in writing to the student and noted on the transcript.

Students pursuing a Bachelor of Science in Business and Global Affairs should refer to the BSBGA page (https://bulletin.georgetown.edu/bs-in-business-and-global-affairs/) of this bulletin for information on the academic standards of that program.

# Academic Appeals

Students who are either dismissed or suspended may appeal the decision of the Standards Committee to the Senior Associate Dean for the Undergraduate Program, who will refer the student to the Board of Academic Appeals. It should be emphasized that the Board of Academic Appeals is an educational hearing board and not a court of law, and an attorney may not appear on behalf of a student during the hearing or appeals process.

Upon notice of suspension or dismissal, the student will be informed of the process for appeal and the deadline to request an appeal hearing in writing. The student's request must be a written appeal clearly indicating the grounds for possible reconsideration and must be submitted within the specified time limit. All student appeals should be directed to the Senior Associate Dean for the Undergraduate Program.

The Board of Academic Appeals shall be appointed by the Senior Associate Dean in consultation with the Vice Dean and consists of three faculty members and an ex officio member from the Undergraduate Program Office. No member of the faculty may sit on a board as a voting member if the member:

- has at any time taught the student who is appealing;
- has at any time acted as an advisor to or employer of the student; or
- was a member of the McDonough Academic Standards Committee which made the initial recommendation.

The Board's purpose is threefold:

- It considers the student's record in light of the initial decision and accepts any evidence of extenuating circumstances which would warrant the Board to recommend a change in the Academic Standards Committee decision.
- It assures the student an opportunity to appear before an impartial board composed of members of the faculty.
- The student may then present to the Board evidence which would indicate reasons for the Board to recommend to the Senior Associate Dean a potential change in the initial decision.

The student may be present for the hearing or if because of extraordinary circumstances the student is unable to be present, he or she may present a written summary of the grounds for the appeal. When presenting the appeal to the Board, the student may bring someone for the purpose of moral support. This person must remain silent through the board hearing. The Board will have access to the student's academic record and his or her written request for an appeal.

GTOWN_00000182

The student may be present for all stages of the hearing except for the final deliberation by the Board. The Appeals Board deliberates in closed session. The Board may recommend upholding the Standards Committee's initial decision or it may recommend a mitigation of the decision, e.g., instead of dismissal, a suspension; instead of suspension, probation. The Appeals Board may not recommend a more severe judgment. The Board's decision is considered final and is not subject to further appeal. The final decision of the Appeals Board is communicated to the student in writing.

# 7. Graduate and Professional Preparation

Although the majority of the McDonough School of Business graduates begin their professional careers immediately after graduation, a number of graduates elect further education, generally in law and, after some work experience, in business. McDonough graduates have been highly successful in gaining admission to many of the nation's top MBA and law programs. Georgetown makes every attempt, through its curriculum and advising system, to provide its students with the best possible preparation for further study.

## Pre-Law Preparation

While there is no "pre-law concentration," the McDonough School of Business curriculum provides an excellent opportunity to develop the analytical, verbal, and writing skills necessary for success in the legal profession. In particular, Taxation I and II and Business Law provide exposure to law and legal analysis. The student's elective courses also can be used to enroll in relevant courses in other schools of the University. For example, courses in English, government, ethics, and logic, among others, may be taken to round out a stimulating pre-law program.

Students contemplating such programs should consult closely with the advisors in the Undergraduate Program Office, with the "pre-law" faculty advisor in McDonough, and with the "pre-law" advisor at the Cawley Career Education Center.

Students who have achieved high honors should consider applying to the Georgetown University Law Center through the Early Assurance Program. This program allows exceptionally well-qualified students to submit an application to the Law Center during their junior year. The advantages of the program are that students are not required to take the LSAT prior to application and admission (although beginning in 2016, students admitted through the Early Assurance Program will be required to submit LSAT scores prior to matriculation, though no offers of admission will be subsequently revoked on the basis of the LSAT score). Students not admitted under the Early Assurance Program may apply again through regular admission during their senior year. Interested students should contact the Law Center Office of Admissions for applications and details at the beginning of their junior year.

## Pre-Health Preparation

Georgetown offers a number of programs that prepare students to enter medical or dental school. The student must take the following basic pre-health courses (a full year of each):

- Mathematics (including at least a semester of Calculus and Statistics)
- General Chemistry
- Organic Chemistry
- Principles of Physics
- Foundations in Biology I and a second biology course with lab (e.g., Foundations in Biology II, Genetics, and Biological Chemistry)

Dean Justin Smith, in the McDonough School of Business, is the pre-medical/pre-dental advisor for all McDonough undergraduates. Dr. Mary Beth Connell, in Georgetown College, chairs the Georgetown Pre-Health Recommendation Committee. The committee also includes several deans and faculty from the College and NHS and one representative from Georgetown Medical School. Students preparing to enter medical or dental school request the committee recommendation in the spring of the year that they wish to apply.

# Career Advising

The McDonough School of Business Undergraduate Career Development Center works in tandem with the Cawley Career Education Center to provide a continuum of professional and career advising throughout the student's undergraduate career. The Undergraduate Career Development Center works to enhance classroom learning with co-curricular and extra-curricular career development activities to help students compete in a variety of industries. This includes programming such as one-on-one coaching, workshops, panels, career treks, and coaching for students pursuing internships and full-time employment. The programming is within the context of Georgetown's commitment to educating and caring for the whole person – cura personalis – which encourages focus on each student's unique strengths. Students learn the tools, skills, and knowledge needed to effectively improve the management of organizations.

# 8. Special Interest Organizations

There are numerous professional student organizations within the McDonough School of Business which offer students the chance to network with peers and faculty, take on leadership roles, add depth to their studies, and prepare for careers in business.  Information can be found at https://msb.georgetown.edu/undergraduate/student-experience (https://msb.georgetown.edu/undergraduate/student-experience).

The Academic Council for the McDonough School of Business represents the undergraduate student body to the administration and faculty. One elected representative of the Council is a voting member of the School's Executive Council. The Academic Council's objectives include 1) providing input on co-curricular activities within the School; 2) developing professional awareness through coordination and assistance to business clubs and organizations; 3) encouraging students and faculty to cooperate in conferences, seminars, and programs designed to challenge student thought; 4) and providing course critiques, surveys, and newsletters to alumni and students.

Alpha Sigma Nu is the national Jesuit honor society for men and women. Students nominated by the members of the society, approved by the Dean of their School and the President of the University, who have demonstrated outstanding qualities of scholarship, service, and loyalty to the University are elected to the society in junior and senior years.

The McDonough School of Business has a chapter of Beta Gamma Sigma, the major national scholastic honor society in the field of business administration that recognizes academic excellence in business studies. Eligibility for selection is restricted to the top three percent of the sophomore class, the top seven percent of the junior class, and the top ten percent of the senior class.

Students who meet the requirements for grade point average may be inducted into a number of special-interest honor societies, such as, Alpha Mu Alpha (National Marketing Honor Society) and Omega Rho (Operation Research and Management Science Honor Society).

GTOWN_00000184

# Degree Programs



## Bachelor of Science in Business Administration

McDonough offers the Bachelor of Science in Business Administration (BSBA) degree with six areas of study.  The baccalaureate program is accredited by the Association to Advance Collegiate Schools of Business (AACSB).  In addition to completing courses in the business core, students must complete five to six courses in their chosen major, click on the links below for specific information.

- Accounting (https://bulletin.georgetown.edu/schools-programs/msb/degree-programs/accounting/)
- Finance (https://bulletin.georgetown.edu/schools-programs/msb/degree-programs/finance/)
- International Business (https://bulletin.georgetown.edu/schools-programs/msb/degree-programs/international-business/)
- Management, Leadership, and Innovation (https://bulletin.georgetown.edu/schools-programs/msb/degree-programs/management/)
- Marketing (https://bulletin.georgetown.edu/schools-programs/msb/degree-programs/marketing/)
- Operations and Information Management (https://bulletin.georgetown.edu/schools-programs/msb/degree-programs/operations-and-information-management/)

## Bachelor of Science in Business and Global Affairs

In addition, the McDonough School of Business offers a <u>Bachelor of Science in Business and Global Affairs</u> <u>(https://bulletin.georgetown.edu/bs-in-business-and-global-affairs/)</u>. This is a joint program designed and delivered by McDonough and the School of Foreign Service (SFS). First-year students enrolled in McDonough are eligible to pursue this program.

The McDonough School of Business also offers a minor in Entrepreneurship. Information on the minor can be found in the <u>Special Programs (https://bulletin.georgetown.edu/schools-programs/msb/special-programs/)</u> section of the bulletin. The minor and other special programs allow students to expand their knowledge and explore various areas of business.

The mission of the McDonough School of Business is to educate students to be ethically responsible and effective global business leaders. Our goal is that students be able to improve the management of existing organizations and create new ones in order to responsibly help raise global standards of living. The learning goals focus on business knowledge; management, analytical, and communication skills; and unique Georgetown perspectives.

| Table 1: Bachelor of Science in Business Administration Learning Goals | | |
|---|---|---|
| Focus | Learning Goal | Learning Outcomes |
| Business Knowledge and Analytical Skills | Our graduates will have the knowledge and the analytical, management, and quantitative skills necessary to advance organizations and improve their performance. | Our students will master the key frameworks, models, and skills that reflect the body of knowledge in their major, and will apply discipline-based habits of analytical thinking to problems and opportunities.<br><br>Our students will be skilled in the analysis of both qualitative information and quantitative data. They will be able to frame problems, apply appropriate analytical techniques, and draw valid conclusions and recommendations. |
| Ethical and Social Justice Perspective/ | Our graduates will develop an understanding of business that reflects the moral responsibility of management to all relevant stakeholders and the natural environment. | Our graduates will understand the cultural and ethical complexities of conducting business on a global scale and be able to suggest appropriate courses of action.<br><br>Our students will understand how to integrate the Jesuit ideal of "service to others" in their leadership and business practices.<br><br>Our students will understand the importance of and techniques for measuring the impact of firms on people and their natural environment. |
| Global Perspective | Our graduates will develop a global and multicultural perspective on the business enterprise and acquire the leadership skills necessary to be a successful leader in a global organization. | Our students will learn about the ways national culture, law, and other social structures affect organizations and the ways that organizations affect their host countries.<br><br>Our students will develop the skills and perspective needed for effective leadership in a multicultural environment. |

| | | Our students will learn to apply the analytical content of their major in an international setting. |
|---|---|---|
| Communication Skills | Our graduates will be able to communicate effectively in a variety of settings to advance organizational objectives and to meet challenges. | Our students will be able to synthesize and summarize information and to professionally communicate their analyses, arguments, and recommendations to a variety of audiences.<br><br>Our students will be skilled in written, oral, and visual communication and will be able to effectively choose communication methods that are appropriate to the topic, objective, and setting. |

# Special Programs



1. First Year Seminar: International Business, Public Policy, & Society
2. Entrepreneurship Programs
3. Individualized Major
4. Special Degree Programs
5. Undergraduate Research Opportunities
6. Internships
7. Global Programs
8. Case Competition and Leadership Conferences
9. Community Service
10. The Alumni Mentor Program

# 1. First Year Seminar: International Business, Public Policy, and Society

The First Year Seminar (FYS) is an exciting three credit course for first-year business students to explore the nature of scholarship, think about important ideas in business, and foster intellectual and personal growth while adapting to the rigor of college-level courses. The program offers small seminars (approximately 20 students) that create a supportive learning and service community. Throughout the program, students strengthen critical academic reading and writing skills necessary for success in college and explore intellectual links to a variety of business disciplines, including global public policy. FYS is open to McDonough students in their first year and fulfills the integrated writing requirement.

An integral part of the FYS course is the case competition, which challenges students organized as teams to develop a business solution for strategic problems and issues facing a nonprofit organization in Washington, D.C. Faculty and advanced undergraduates coach each team, and the finalists present their strategic recommendations to executives at the client organization.

GTOWN_00000188

Students in FYS meet multiple times during the semester to hear lectures by external experts and members of the world-class faculty at Georgetown's McDonough School of Business, who will illustrate how scholarly research in the different fields can inform important questions in international business, public policy, and society. At least one of these lectures will be delivered by the head of the client organization of the program's case competition.

# 2. Entrepreneurship Programs

The McDonough School of Business offers an Minor in Entrepreneurship for McDonough undergraduate students and a fellows program for students in the other three undergraduate schools.

## Entrepreneurship Minor

In a rapidly changing and highly turbulent global economy, the ability to think creatively, challenge the status quo, and take calculated risks are "must-have" management skills.  The Minor in Entrepreneurship provides McDonough students with the chance to develop these critical skills, and to apply entrepreneurial concepts and problem-solving tools to their chosen area of focus. Students who minor in Entrepreneurship will learn to identify market opportunities, assess their value, and mobilize the resources needed to pursue these opportunities. The Minor is not aimed specifically at students who want to launch companies – it is designed to prepare students for success in a range of environments where an entrepreneurial mindset is a distinct advantage – including strategy, corporate innovation and new product development roles. Students will also understand how an entrepreneurial mindset can be applied to key social challenges such as economic development, social justice, poverty, diversity, and globalization. The minor requirements are as follows:

- MGMT-220: Foundations of Entrepreneurship (formerly STRT-220)
- MGMT-224: Launching Entrepreneurial Ventures (formerly STRT-224
- MGMT-229:  Managing Entrepreneurial Ventures
- One Elective from:
    - FINC-265: Entrepreneurial Finance
    - GBUS-404: Global Innovation Strategy
    - GBUS-492: Law, Business & Entrepreneurship
    - MGMT-277: Imagination and Creativity
    - OPIM-256: Electronic Commerce
    - SOCI-168: Social Entrepreneurship
    - STIA-305: Science Tech in Global Arena

The Minor in Entrepreneurship is open to McDonough School of Business students from all majors.  However, students must complete STRT-220 before declaring their intent to pursue the minor.  STRT-220 is also a prerequisite for STRT-224 and MGMT-229, the capstone course.  Please note, students will be allowed to count only one of their four courses in the minor toward any other major or majors.

## Entrepreneurship Fellows Program

The Entrepreneurship Fellows Program (EFP) was designed specifically for undergraduate students outside of the McDonough School of Business with an interest in further exploring entrepreneurship. Through a combination of coursework and co-curricular activities, students develop the tools and mindset needed to launch a venture and to succeed in an entrepreneurial environment. EFP will help students understand his or her own personal entrepreneurial aptitude, learn lessons from entrepreneurial mentors and faculty, bond with their entrepreneurial peers and experienced mentors,

GTOWN_00000189

and be equipped to pursue an entrepreneurial career in either new or existing organizations. An undergraduate student in any of the three undergraduate schools outside of McDonough School of Business at Georgetown can complete the program by doing the following:

STRT-220: Foundations of Entrepreneurship course (3 credits)
STRT-224: Launching the Venture course (3 credits)
MGMT-229: Entrepreneurial Practicum (3 credits)
Complete either the ACCT-001 or 101 course (3 credits)
Compete in the Georgetown Entreprenuership Challenge business pitch competition

Students are invited to apply to the program during the first semester of their sophomore year. Once admitted to the program, students will begin their studies with STRT-220 as early as the spring of their sophomore year.

# 3. Individualized Major

The academic goals and career objectives of most McDonough School of Business students can typically be met by pursuing one of the seven majors offered in the school, in which case pursuing an Individualized Major is not recommended. The purpose of the Individualized Major is to assist students who have a clear career or professional objective that falls outside of the seven standard majors to pursue a unique academic plan within the McDonough School of Business. Please note, students must declare a primary major (one of the seven majors offered within McDonough) and if approved, the individualized major would become their secondary major.

## Individualized Major Application Process

1. Students should first explore all seven available majors in McDonough to be certain that their academic and career objectives cannot be achieved through one of those existing options.
2. If the student believes the Individualized Major option is a route they want to pursue, they should set up an appointment with their academic dean in McDonough in order to be sure they understand the application criteria and process.
3. Students should research the field of study that they intend to propose. This should include interviewing a professional in that field, obtaining curricular program information from other universities that offer a similar program, and speaking with McDonough faculty members about potential opportunities in that field. As students are conducting their research, they will need to find a McDonough faculty sponsor, and then should meet with their faculty sponsor to discuss their research and outline their proposal.
4. After the initial meeting with their faculty sponsor, students must create their Individualized Major proposal using the attached application and guidelines. Upon completion, their faculty sponsor must review and sign the proposal in order to be submitted for review by the Faculty Advisory Council.
5. The student should submit their completed application and supporting documentation to the Director of Advising in the Undergraduate Program Office, who will then review the application in order to ensure that it is complete.
6. Completed applications will then be sent to the Faculty Advisory Council; the Council will use the student's specific academic and career goals and proposed coursework to determine the appropriateness of an Individualized Major in the chosen area. The Council may approve the proposal in its entirety, request additional information, suggest modifications to the proposal, stipulate specific revisions, or reject the proposal altogether.
7. The Director of Advising in the Undergraduate Program Office will communicate the decision of the Faculty Advisory Council to the student. The review process typically takes several weeks, so students should plan to submit no later than the suggested September deadline in junior year.

## Individualized Major Criteria and Important Notes:

- McDonough students must have a 3.0 or higher cumulative GPA in order to be eligible to submit an Individualized Major proposal.
- Proposals must be submitted before the end of a student's first semester of junior year. Students should aim to submit no later than September to allow for adequate time for review by the Faculty Advisory Council.
- Students must declare a primary major (one of the seven majors offered within McDonough) and if approved, the individualized major would become their secondary major.
- Please note that individualized majors that can be achieved through a combination of already existing majors and/or minors in or outside of McDonough will not be approved (i.e. Students may not pursue a coding or computer science-focused individualized major if they are eligible to pursue the COSC minor). In addition, individualized majors must be outside of the field of study of the student's primary major (i.e. a student may not pursue a 'Data Science' individualized major if their primary major is OPIM).
- As part of the application process, students must develop a study proposal for their Individualized Major that includes at least 6 three-credit courses (minimum of 18 credits total), at least 3 courses (9 credits) of which must be taught in McDonough. An Individualized Major proposal will not be approved if it includes more than three courses found in one of the existing McDonough majors. Students are encouraged to build flexibility into their plan of study to allow for both required foundational courses and elective course options (i.e. include language similar to '3 of the following 6 elective courses').
- Students must find a full-time McDonough faculty member who is willing to serve as a faculty advisor for their Individualized Major.
- All aspects of the Individualized Major application must be completed prior to submission; incomplete applications will not be sent to the Faculty Advisory Council.
- Please note that Individualized Major proposals are approved on a case-by-case basis. Prior approval for a similar proposal in the past does not guarantee approval of a subsequent proposal.

## Students applying for an Individualized Major must submit the following to the Director of Advising in order for their application to be considered:

1. Completed Application Cover Page
2. A Proposal document that includes all of the following components:
   - A statement outlining the rationale for wanting to pursue the Individualized Major, the academic value of the proposed major and why existing majors or combinations of majors/minors do not meet its objectives.
   - Background research of the field, including similar programs at other colleges/universities.
   - Specific plans for how this Individualized Major will be applied to the student's plans after graduation.
   - Proposed coursework (include course numbers, titles, and the course description)-includes at least 6 three-credit courses (minimum of 18 credits total), at least 3 courses (9 credits) of which must be taught in McDonough.
   - Rationale for why the studnet is including each course in their proposal.
3. Resume
4. Timeline & Plan of Study (Outline the sequence/timing of when the student plans to take each course, keeping in mind prerequisites and courses taught in specific semesters)
5. Four Year Academic Plan (Attach a completed graduation plan, incorporating completion of all degree requirements – primary major, Individualized Major, minor [if applicable], Liberal Arts Core, Business Core)

The Individualized Major application process typically takes 10-12 weeks from initial research to receiving the Faculty Advisory Council's final decision; therefore, it is recommended that students begin the process no later than spring semester of their sophomore year. Not all Individualized Major proposals are approved. Therefore, if a student chooses to

take courses in the proposed field of study before receiving approval, the student runs the risk of taking a course that will not fulfill a degree requirement.

# 4. Special Degree Programs

## Five-Year BSBA/MSFS Joint Degree program

The McDonough School of Business and the Graduate School of Georgetown University offer a five-year BSBA/MSFS (Bachelor of Science in Business Administration/Master of Science in Foreign Service) Program. Third-year students in the McDonough School of Business who have maintained an honors academic average are eligible to apply to the Master of Science in Foreign Service. Successful applicants matriculate fully into the graduate program in the fourth year and receive the BSBA and MSFS degrees simultaneously upon completion of the fifth year of coursework (selected courses must satisfy the divisional and elective requirements of both programs). Admission to the BSBA/MSFS Program is competitive and students must satisfy all published application procedures for the Graduate School and MSFS except the Graduate Record Examination (GRE). Applicants must meet with an advisor in the Undergraduate Program Office and an MSFS Admissions staff member prior to submitting an application to determine suitability for the program. These meetings should occur no later than the first semester of the sophomore year.

To be competitive, BSBA students should have a 3.7 cumulative GPA, substantial study abroad experience, work and/or internship experience connected to international affairs, and advanced proficiency in a foreign language.

## Columbia Combined Plan Engineering Program

Georgetown University offers a 3-2 Combined Plan Program experience in partnership with the Fu Foundation School of Engineering and Applied Science at Columbia University (https://undergrad.admissions.columbia.edu/apply/combined-plan). Columbia's program, the first dual-degree engineering program instituted in the United States, is designed to provide students with the opportunity to receive both a BSBA degree from McDonough and a B.S. degree from Columbia Engineering in five years.

Another available option is the 4-2 degree program. This option allows students to graduate from McDonough with a BSBA degree and then transfer to Columbia to complete a BS degree in two years. Students follow the same course of study at Georgetown as those completing the 3-2 requirements.

Engineering is not a major at Georgetown. McDonough students interested in the Columbia Combined Plan Program will need to fulfill all of the prerequisites for the Columbia program in addition to their Georgetown requirements and will declare and complete the requirements for their major(s) in the McDonough School of Business. We encourage students interested in pursuing the Columbia 3-2 or 4-2 program to declare their intention to the dean's office as early as possible to facilitate advising and support of the application process. Students apply to the program by February of their junior or senior year.

# 5. Undergraduate Research Opportunities

Students in the McDonough School of Business have multiple opportunities to enage in research with faculty including a senior honors thesis, summer undergraduate research and tutorials. Additionally, McDonough students can visit the Georgetown Undergraduate Research Opportunities Program (https://gurop.georgetown.edu/introduction)

GTOWN_00000192

(GUROP) for more research opportunities.

# Senior Honors Thesis Program

The Senior Honors Thesis program provides business students invaluable experience in conducting advanced original research on a topic related to their field of study in which they have a particular interest. Students apply to the program in the spring semester of their junior year and successful applicants take a Senior Honors Seminar in the fall semester. The seminar supports a learning community of student-scholars as they work toward a spring deadline to submit their theses to their mentors.

Students work closely with faculty mentors throughout the process in framing research questions, managing different methodologies and communicating their findings in a substantial piece of writing. Seniors defend their thesis to a faculty panel in April, and upon successful completion of the Senior Honors Thesis program, students receive a notation on their transcript to reflect their accomplishment.

# Tutorials

Tutorials will be offered only to juniors or seniors in good academic standing. Students may take no more than one tutorial per semester. Tutorials must be approved by the McDonough Undergradute Program Office.

Tutorials offer students special opportunities to study subjects that are not part of the regular curriculum. Tutorials should represent an intellectual commitment and workload similar to that required of a normal three-credit course.

Students in the McDonough School of Business interested in setting up a tutorial must meet five conditions:

1. The subject of the tutorial is not available as a regular University course
2. There is an intellectually compelling reason for studying this subject as part of the undergraduate degree
3. A faculty member with the appropriate expertise is available and willing to offer the tutorial
4. The Department chair and the director of the undergraduate program, approve the request
5. The appropriate paperwork is submitted to the Dean's Office in a timely fashion (note: forms to request approval for tutorials are available in the Dean's Office). Tutorials that are taken for elective credit may be taken for a quality grade or on a pass/fail basis. Credits for tutorials cost the same as regular course credits. All the academic regulations governing the regular curriculum are applicable to tutorials.

Tutorals come in two varieties, reading courses and research tutorials:

- Reading courses usually focus on mastering the scholarly literature on a particular subject. For example, a reading course on the origins of the banking crisis might focus on the major historiographical interpretations of the banking industry as well as on critiques of this literature. The backbone of any reading tutorial is a substantial reading list put together with the help of the supervising professor. The tutorial would meet weekly or biweekly and stress discussion of the readings for that period. A variety of written assignments could be an appropriate means of assessment, including, for example, bibliographical essays, critical reviews, or analyses of one or more problems raised by the literature.
- Research tutorials focus on the collection and analysis of primary materials in the form of a major research paper. In framing a project, guidance should be sought from the professor. The most typical flaw in undergraduate research projects is overestimating the amount of material that one can reasonably digest in a single semester or choosing a subject on which necessary data is unavailable. Research tutorials meet weekly or as the pace of the project demands. The final papers vary in length according to the subject, but a 25-page minimum would be typical.

Please note: the material addressed in both reading courses and research tutorials should be defined in a way that allows you to finish all work for the tutorial by the end of the semester. Incompletes are not routinely granted for tutorials.

# The McDonough Summer Undergraduate Research Fellowship (SURF)

Each summer, the McDonough Summer Undergraduate Research Fellowship (SURF) offers students the opportunity to apply for a grant to conduct independent research under the guidance of a faculty mentor. Those receiving the fellowship are awarded either $2,500 for a five-week research project or $5,000 for a 10-week research project to be completed during the summer. Participating in the SURF Program is a unique way for students to conduct research on a topic of interest for an extended period of time. By working one-on-one with a faculty advisor, students learn how to use the research process to inform a real problem.

Upon completion of the research project, students present their findings in a poster session at the annual McDonough Undergraduate Research Symposium.

# 6. Internships in Business

Internships permit the student to select a specific area within the field of business to explore outside the classroom. The purpose of an internship is to provide the student with an understanding of how a business actually operates and how business principles are applied. Students may apply for academic credit through one of the following:

- MGMT-310: This course is available to current or rising juniors and seniors and is a three-credit seminar which must be taken for a letter grade. To be considered for credit, all internships must be in the field of business and must provide a significant learning experience for the student. Further information and application forms are available from the Undergraduate Program Office. Students may only enroll in this course once.
- MGMT-311/312/313: This course is offered only pass/fail and is worth one credit. It does not count towards any major but does count toward the 120 credits required for graduation. It is offered both semesters of the academic year and during the summer. Students must be in good academic standing to take MGMT-311 (minimum GPA of 2.0), and the course is open to any current or rising sophomore, junior, or senior. Students may take these courses once.

Registration deadlines for the internship class are outlined below:

For Fall:  MGMT-310 deadline is October 1st and for MGMT-311/312/313 deadline is October 15th

For Spring: MGMT-310 deadline is February 1st and for MGMT-311/312/313 deadline is February 15th

For Summer: MGMT-310 deadline is June 1st and for MGMT-311/312/313 deadline is June 15th

# 7. Global Programs

## Study Abroad

McDonough School of Business offers numerous global opportunities. All enrolled students are encouraged to participate in designated and approved programs abroad, organized through the Office of Global Education and the McDonough School of Business. Students may take advantage of studying abroad during the full academic year, each semester, and each summer. Summer programs are encouraged to student athletes and others whose schedule restricts them from study

GTOWN_00000194

abroad during fall and spring semesters. Students wishing to take advantage of summer abroad opportunities can choose from a wide range of program options and destinations that fit their academic and professional goals. In addition to the many short-term programs offered through the Office of Global Education, McDonough students can also choose from three business-focused programs in Hong Kong, Oxford, and Barcelona.

Students who wish to participate in study abroad programs during the academic year typically have a minimum cumulative GPA of 3.0 (some full-year and semester abroad programs may require a higher GPA). Students who wish to study abroad during the summer typically have a cumulative GPA of 2.7.

All courses taken abroad must be pre-approved by the McDonough Undergraduate Program Office to ensure proper credit transfer. Students requiring financial assistance should consult with their study abroad advisor in the Office of Global Education. The Undergraduate Program Office also offers need-based scholarships, for eligible students who are admitted to the summer abroad programs. Descriptions of summer business programs are listed below. For other summer, full-year and semester-based programs you may contact the Office of Global Education or visit: http://studyabroad.georgetown.edu (http://studyabroad.georgetown.edu). Study abroad advice and academic planning are available in both the Office of Global Education and the McDonough Undergraduate Program Office.

# Summer Programs

## Oxford Summer Program

Georgetown University's Summer Program in Comparative Strategic Management at Oxford University's Trinity College compares business functions in Great Britain, Western Europe, and the United States. Through this five-weeks program, participating students enroll in STRT-283: Strategic Management, fulfilling a core requirement for McDonough students and FINC-250: International Finance, fulfilling one of the upper-level business courses for both the International Business and Finance major.

## Barcelona Summer Program

The Escuela Superior de Administracion y Direccion de Empresas (ESADE) summer program offers Georgetown business students the rare opportunity to study business ethics and international marketing at one of Europe's most prestigious business schools. This program combines intensive classroom instruction with cultural activities and visits to key organizations that connects theoretical concepts with practical experiences. Students participating in this program take MARK-229: Marketing Across Borders, fulfilling an elective course for marketing and international business majors and STRT-230: Ethical Values of Business fulfilling a core requirement for all business students.

## Hong Kong Summer Program

This four-week program enables McDonough students to undertake study in marketing and intercultural communication in, one of Asia's most dynamic and fascinating cities. The program includes a combination of course lectures and seminars, as well as visits to prominent businesses and cultural sites in Hong Kong. Students will meet with leaders from various industries to gain insight into the important role that Hong Kong plays at the crossroads of global commerce. These visits will allow students to learn about marketing and business communication in various contexts. In addition, students will have the opportunity to experience the unique culture, language, and customs of Hong Kong.

Participating students enroll MARK-220: Principles of Marketing, fulfilling a core requirement for McDonough students, and MGMT-205: Intercultural Communication, fulfilling one of the upper-level courses for the Management, Leadership, and Innovation as well as an elective requirement for International Business major. Additionally, this course

fulfills the Integrated Writing requirement for McDonough students.

# Global Business Experience

This program allows students to gain a global perspective and learn valuable consulting skills by enrolling in one of the four sections of the Global Business Experience (GBE) courses. As part of their coursework students work with a client organization abroad (Spain, France, Argentina, and India) to provide feasible solutions to a contemporary challenge the organization is facing. This three credit course, offered in the spring semester, culminates in a major project for which students travel to the client countries, for one week during spring break, to meet with the senior management and present their solutions. While abroad, students learn consulting and presentation skills and gain cultural perspectives about working with global organizations.

The Global Business Experience is open to McDonough junior and seniors and is application based.

# Global Social Internship Program

Rooted in Jesuit traditions that aim to create future leaders who engage in civic activities, live their lives in service to others, and are reflective life-long learners, the McDonough Undergraduate Program Office has created the Global Social Internship Program. Through this platform, undergraduate students engage in transformative opportunities while interning (in the summer) with profit and non-profit organizations abroad. Past interns have travelled to the Philippines, Mexico, India, Nicaragua, Peru, etc. to utilize theoretical business concepts into practical settings and making an impact. Students attending this program receive an internship stipend for their 5 -10 weeks summer internship abroad.

# Global Business Fellows Program

The Global Business Fellows Program is an innovative joint program between the McDonough School of Business and the Walsh School of Foreign Service. This program combines fundamental principles of business with required coursework in international affairs, economics, and languages. This interdisciplinary curriculum enables students to analyze and solve challenges that affect business and public policy on a global scale. Students apply to this program during their sophomore year.

Fellows will take a set of core courses in business, economics, and international affairs culminating with the Global Business Experience (GBE) consulting course. During this course, students work with a client organization in Barcelona, Spain to provide a solution to a contemporary challenge faced by the organization. The Global Business Fellows also participate in unique co-curricular activities as a cohort that adds to the uniqueness and prestige of the program. Students, who complete this program, will receive the "Global Business Fellows" designation on their transcript and receive a certificate upon graduation.

# 8. Case Competition and Leadership Conferences

The Undergraduate Program Office recruits, trains and sponsors elite teams of students to participate at various national and international business case competitions.  The competitions present challenging cases, requiring students to apply knowledge from all areas of business study to present innovative solutions. The Undergraduate Program Office also hosts the Annual McDonough Business Strategy Challenge (MBSC) case competition – a student led annual, non-profit, live case competition that takes place every winter at Georgetown University.

# 9. Community Service

In the Jesuit tradition of educating the whole person, the McDonough School of Business recognizes the impact that serving the community can have on a student's development. McDonough strongly encourages students to participate in community service activities, either on their own or through opportunities offered by the University. Students have the option of an additional credit for significant work in the community, if the work is closely tied to a course in which the student is currently enrolled.

# 10. The Alumni Mentor Program

Recognizing the benefits of connecting students with established alumni, McDonough's Alumni Mentor Program links current undergraduates with local alumni who have made great strides within their professional fields. The Alumni Mentor Program gives undergraduates the opportunity to network with recent graduates and learn from their professional experiences. Participants engage in group events as well as casual, individual meetings with their mentors. The program is small and selective to maximize the level of interaction between alumni and undergraduate students.

GTOWN_00000197

# School of Nursing and Health Studies



Patricia Cloonan

*Dean*

Allan Angerio

*Associate Dean*

Jennifer Ericson

*Assistant Dean of Academic Affairs*

Brian Floyd

*Assistant Dean of Academic Affairs*

Stephon Hamell

*Assistant Dean of Academic Affairs*

Marianne Cardillo Lyons

*Associate Dean of Student Academic Affairs*

Sarah Shohet

*Assistant Dean of Academic Affairs*

# History and Purpose

GTOWN_00000198

Since its founding over a century ago, the School of Nursing & Health Studies (NHS) has been at the forefront of the health care field, preparing future leaders to respond to the growing complexity of health care delivery at all levels. Graduates pursue careers including nursing, medicine, law, health policy, health management, research and public health among many others. The Undergraduate Program offers its students a broad liberal arts education balanced with the natural and behavioral sciences through innovative curricula in either the Bachelor of Science in Nursing (BSN) or the Bachelor of Science (BS) with majors in Health Care Management & Policy, Human Science, and Global Health. Students have an opportunity to study and intern at health care facilities and agencies throughout Washington, D.C., such as Georgetown University Hospital, the National Institutes of Health, the Pan American Health Organization, and abroad in Africa, Australia, Europe and South America.

All majors in NHS focus on cura personalis—the care and development of the whole person—by educating students for a meaningful life, challenging them intensively, but also supporting them in their learning. The School embraces the Jesuit inspired principles shared by the entire Georgetown community, which emphasize the pursuit of knowledge with a responsibility to contribute to the common good. Students develop into health professionals who can recognize and respond to the full human experience encountered in the health field. During their first year at Georgetown University, NHS students participate in the First Year Colloquium. This course is taught by faculty across the interdisciplinary team at NHS. All students are exposed to the various arenas of health care with opportunity to dialogue and critique health policy, quality and care.

Graduates of the Health Systems Administration, Human Science, International Health, and Professional Nursing Practice Departments at Georgetown have received a strong scientific and liberal arts education that prepares them for a myriad of careers in health care or basic science. Students interested in careers such as health education, health policy, public health, medicine, physical therapy, global health, scientific writing, consulting or health management and policy will have a solid curricular foundation as well as focusing experiences in seminars, independent research, and internships in the areas of their selected interest. Having taken advantage of the School's pre-professional advisement program, graduates wishing to pursue graduate or professional studies will have the necessary courses to prepare them for advanced education.

GTOWN_00000199

# Degree Requirements and Academic Regulations (NHS)



1. Degree Requirements
2. School of Nursing & Health Studies Core Requirements
3. Student Advisement
4. Academic Regulations
5. International Experiences Abroad
6. Honors Programs and R.O.T.C.
7. Application for the Degree

## 1. Degree Requirements

Candidates for the bachelor's degree in the School of Nursing & Health Studies must complete the following graduation requirements:

1. Successful completion of 120 or more credits (depending on major);
2. Completion of the Georgetown Core Curriculum (https://bulletin.georgetown.edu/georgetown-core/);
3. Completion of the School of Nursing & Health Studies Core requirements;
4. Completion of the major's listed requirements;
5. Achieve a final cumulative grade point average of 2.00 or better.

## 2. School of Nursing & Health Studies Core Requirements

The NHS core provides the framework for a career in health by using the scientific method of inquiry. It requires all students to be conversant with medical terminology, general understanding of how the body's systems work, the global issues affecting health, how to use data to inform research, and involvement in scholarship and research through in the field studies. The core consists of colloquium, human biology/ language of health and disease/ epidemiology, health promotion/disease prevention, probability and statistics, research, and internship.

The colloquium goals are to develop critical approaches to the study of a health issue, gain the skills necessary for academic and personal success, promote interaction and camaraderie among students and professors, examine the characteristics of a Jesuit education, and develop reflection as a way to put meaning to learning.

The goal of human biology/ language of health and disease/or epidemiology is to understand the scientific underpinning of health and disease. Students become conversant with the medical terminology essential in understanding health and disease, the feedback mechanisms that govern health and disease, and what interventions are possible to promote wellness for individuals and populations.

Health promotion, disease prevention looks at the global and domestic health agendas from the World Health Organization and Healthy People 2020. It looks at the leading causes of preventable diseases such as obesity and tobacco abuse from an environmental and cultural perspective.

Probability and statistic is foundational to understanding data generated in research. This allows students to draw the appropriate conclusions from their field studies and generate scholarship that advances health and well-being.

Research develops a framework for students to ask and answer a question based on literature review, data collection, and critical thinking. This course demonstrates that research can be done in a variety of settings including the clinic, the laboratory, international arenas, and health systems.

The internship allows the student to apply their learning in a hands-on approach and culminates in an oral and written communication that summarizes their skills and modes of thinking and their dispositions and values.

# 3. Student Advisement

In addition to the general counseling services provided by the University, the School of Nursing & Health Studies maintains an academic advisement program. It is designed to facilitate the student's adjustment to academic life and to succeed in his/her program of study.

Upon arrival to campus, each student is assigned a faculty advisor in his or her major and an academic advisor in the NHS Office of Student Academic Affairs. Student advisement is rooted in the Jesuit philosophy of "cura personalis," which encourages the development of the complete person with respect for human dignity. The relationship between faculty, staff, and students should be viewed as reciprocal, with rewards and responsibilities for both parties. The faculty member and staff person advise students regarding academic, professional, and other matters that may affect academic success.

Through the academic advisement program, students are assisted in orienting themselves to the University, in resolving problems which may interfere with the academic experience, and in making decisions concerning educational goals. Students requiring help beyond the scope of the advisor's practice are referred to appropriate University support services. All first-year students will meet with their advisors during Orientation Week and are expected to maintain close contact throughout each semester.

# 4. Academic Regulations

The School of Nursing & Health Studies requires of its students the standards set forth under Academic Regulations (https://bulletin.georgetown.edu/regulations/) in this *Bulletin*.

Regulations particular to NHS are as follows:

1. Students must be full-time and in residence for four years. Transfer students must have a minimum of two years of residency and 60 credits at this University. Ordinarily, any course that fulfills major, minor, or a Georgetown core requirement must be taken for a letter grade.
2. NHS major courses may not be used for a minor program. Courses that are corollary to the major may be used for a minor program if approved by the faculty and the academic advisor.
3. Students pursuing a pre-medical course of study should maintain at least a 3.0 GPA in their course work.
4. No more than four courses or 12 credits may be taken in summer school away from Georgetown over the four-year period. Prior approval for such courses must be obtained from the NHS Office of Student Academic Affairs.
5. Students on leave of absence should not expect to transfer credits for courses taken elsewhere during their leave. In rare circumstances and with expressed written approval of the NHS Office of Student Academic Affairs prior to the leave, students may be allowed to transfer a limited number of courses. In no instance will more than four courses be transferred to the Georgetown record, and all transfers will count against the "summer school" limit noted above.
6. Any student with more than one incomplete in a given term who is unable to complete his or her work by the start of the next term may not begin new courses without formal review and consent of the NHS Office of Student Academic Affairs.

# Emergency Contact

When an emergency arises and a student anticipates being away from the university and unable to attend classes, the student should contact their academic advisor in the NHS Office of Student Academic Affairs, St. Mary's Hall 2nd floor.

# Academic Procedures

The NHS Council on Studies, composed of the Associate Dean and Academic Affairs staff, convenes at the conclusion of the fall, spring, and summer semesters to review the grades of each student in the NHS. If a student on probation from the previous term is found to be in good academic standing, they may be removed from probation. In instances where a student has incurred an academic deficiency, the Council discusses how to advise the student and may take one of three courses of action: probation, suspension or dismissal. The Council notifies the student in writing of its decision and informs the student's academic dean and faculty advisor of the decision. Students who are either dismissed or suspended may appeal the decision to the Chair of the Council on Studies Appeals Committee within a time frame specified by the Council on Studies.

# Members of the Board

The members of the Board shall consist of:

1. Members of the faculty, one from each department. The Associate Dean will chair the Board.
2. Two ad hoc members of the faculty will be available to serve in case the aforementioned faculty members are unable to participate.
3. There will be a total of five members of faculty at every appeal to ensure that there is no split decision. No member of the faculty may sit on the Board if:
   - He or she has at any time failed the student who is appealing.
   - He or she has at any time acted as a counselor to the student.

GTOWN_00000202

# Responsibilities of the Board

The responsibilities of the Board are to:

1. Receive any appeal of the Council's decision to suspend or dismiss a student or a grade appeal; and
2. Conduct appeal hearings.

A student wishing to appeal a suspension or dismissal must submit a written request to the Associate Dean within 15 days of receiving notice of such a decision. Grade appeals are addressed under Academic Regulations: Grade Appeals in this Bulletin.

Normally the student must appear for the hearing; however, if because of extraordinary circumstances the student is unable to be present, he or she may present a written summary of the grounds for his or her appeal. When presenting his or her appeal to the Board, the student may appear alone or may bring a member of the University community or family member for support. The student may be present for all stages of the hearing except for the final deliberation of the Board.

The Board may recommend upholding the Council's decision or it may recommend a mitigation of that decision, eg., instead of dismissal, a suspension; instead of suspension, a strict probation. It cannot recommend a harsher decision or completely abrogate the original decision. The Board's recommendation may give explanations or comments and is signed by the members of the Board. The Chair of the Board communicates to the student the final disposition of the matter in writing.

# Academic Requirements for Progression

## Department of Professional Nursing Practice

In addition to the requirements outlined in the Academic Regulations (https://bulletin.georgetown.edu/regulations/) section of the *Undergraduate Bulletin*, students enrolled in the department much achieve a C in each required science, health studies, and nursing courses in order to progress to the next level. Students must achieve a Pass in HEST 001. Students who do not receive a C in these courses must repeat the course, including any applicable clinical component, and achieve a C or better in the course before they can qualify for progression to the next level. Students who do not achieve the minimum passing grade may be placed on academic probation and/or suspended.

A course grade of C requires that students achieve a minimum grade of C in both the clinical/laboratory and didactic portions of each required nursing and science course(s). The didactic grade is calculated based only on theory exam grades, meaning that a student must achieve a weighted exam average of at least C. Graded assignments and papers may be calculated into the final course grade as defined by the course syllabus. Clinical grades are based both on written assignments and skill/behaviors performed in the clinical setting. Clinical failure will be considered in any one of the following circumstances: one, when written assignments are not at or above the C average; two, when there are two or more undocumented absences; three, for unsatisfactory skill/behavior performance; and four, for any unethical or unsafe behavior in the clinical setting.

In most cases, failure in these courses delays graduation by up to one academic year. Students who fail to achieve the minimum passing grade of C in two different clinical nursing or science courses, or who fail (below C) the same nursing or science course twice, will be permanently dismissed from the Department, and may be dismissed from the School of Nursing & Health Studies.

GTOWN_00000203

A nursing student incurring a failure/deficiency in any required course during any academic year must repeat the failed course as soon as possible before they will be permitted to proceed in the program. Students may be permitted to continue if the failed course is not a prerequisite or parallel (co-requisite) course. Non-nursing courses, except Health Assessment, Microbiology, Pathophysiology, and Pharmacology, may be taken elsewhere with permission of the advising dean in consultation with the BSN program director. All clinical courses must be repeated at the Georgetown University School of Nursing & Health Studies.

Admission to the Department does not guarantee progression in the nursing program. Additionally, successful completion of the nursing program does not guarantee licensure as a registered nurse.

# Department of Health Systems Administration
# Department of Human Science
# Department of International Health

All students in the Departments of Health Systems Administration, Human Science, and International Health must achieve the Quality Point Index at the level required by the University in each of their courses, whether major or non-major courses, in order to be promoted.

Any grade below D is considered a failing grade. If a student enrolled in any of the above listed programs receives a failing grade in a required course, the student must repeat the course. Failed courses may be repeated at Georgetown University, or, with the approval of the appropriate department chair, at some other comparable accredited institution of higher education. Since repetition of a course may interfere with a student's planned sequence, graduation may be delayed if it is necessary to repeat a course.

Transfer to Health Care Management and Policy is selective and limited to students with an overall GPA of 3.0. Students with less than a 3.0 GPA may apply but must show current and planned course work that underscores why s/he thinks they will be successful in the program.

Transfer to the Human Science major is selective and will vary from year to year, based on availability.

Transfer to the Global Health major is selective and will vary from year to year due to international placements.

## Probationary Status and Suspension/Dismissal

See the Academic Regulations: Probation, Suspension or Dismissal (https://bulletin.georgetown.edu/regulations/standards/#probation) section of this *Bulletin*.

## Readmission

A student who has withdrawn or has been suspended from the University must apply in writing to the Associate Dean, requesting readmission six weeks before the first day of the upcoming semester. Requests from students who have been suspended should include the reasons for past poor academic performance, interim activities, and the reasons the student believes s/he will be academically successful upon readmission. The Associate Dean will consult with the Council on Studies for consideration on readmission. The Associate Dean will notify the student if the request is granted and the conditions of readmission. If the applicant is readmitted, a plan for matriculation and progression will be outlined, which specifically addresses the circumstances and deficiencies that resulted in the student's withdrawal or suspension.

## Leaves of Absence

The regulations pertaining to leaves of absences, including leaves for personal, medical and military reasons, are described in the Academic Regulations: Leave of Absence (https://bulletin.georgetown.edu/regulations/matriculation/#LeaveOfAbsence) section of this *Bulletin*.

## Academic Integrity

See the description of the Georgetown University Undergraduate Honor System in the Academic Regulations: Honor System (https://bulletin.georgetown.edu/regulations/honor/) section of this *Bulletin*.

# 5. International Experiences Abroad

There are multiple options for NHS students to study abroad. The options, however, depend on the student's major, academic background, and placement in the curriculum. All Georgetown University students participating in Georgetown study abroad programs pay full Georgetown tuition for the semester. Some need-based scholarships are available. NHS students may also choose from over 130 programs approved by Georgetown University in every region of the world. Admissions standards vary by program, but students should maintain at least a 3.0 to be considered for most programs.

NHS students interested in studying abroad should begin planning early. They should review options open to NHS students and then visit the Office of Global Education (OGE) (new window) (https://studyabroad.georgetown.edu/). In their research, students should take into consideration such things as the course offerings for specific sites, curricular needs, academic background, and language of instruction. Once students have narrowed their options, they should meet with the regional advisor in OGE as well as their advisor in the NHS Office of Student Academic Affairs.

# 6. Honors Programs & ROTC

## Nursing Science Honors Program

The purpose of this Honors Program is to allow traditional undergraduate nursing students with academic potential to be challenged at the highest level. Participants in the Honors Program in Nursing Science will address, through scholarly inquiry, a contemporary issue related to clinical nursing practice. The Honors Program in Nursing Science requires the completion of an independent project involving research, policy analysis, or health/illness education. Each student will summarize their final project in a formal oral presentation and submit a senior Honors thesis. Prior to graduation, participants in the Honors Program are expected to disseminate the results of the senior honors project.

Participants in the Honors Program are expected to complete all requirements for the nursing major, maintain a cumulative GPA of 3.5, and successfully complete the Honors Seminars (NURS 340, 341, 342 — 6 credits total).

Traditional nursing students with a cumulative GPA of 3.5 or higher are eligible to apply; a mid-October application deadline will be posted for students in their junior year. Each applicant must submit a personal statement, a letter or recommendation, and a copy of their transcript. Eligible candidates will be interviewed by the Council on the Advancement of Nursing Science (CANS). The applicant's personal statement should include an overview of the proposed topic.

Students who successfully complete the requirements of the Honors Program will graduate with the notation: Bachelor of Science in Nursing (Honors).

# Human Science Honors Program

Honors in Human Science recognizes those Human Science students who pursue a high level of independent research (i.e., laboratory, archival, community) during their undergraduate years culminating in a senior thesis concurrent with the pursuit of a Human Science major.

The purpose of this program is to permit students of high academic achievement to enjoy greater responsibility and initiative in their major work. The honors program in Human Science requires a significant mentored research experience in a topic of the student's choosing.

Students in the honors program are required to maintain at least a B average both in their major and overall GPA. Students in the honors program still complete the requirements of the Human Science major; they also register for at least one semester of independent research, and register in the final semester for the honors thesis.

*Eligibility for Human Science Honors*: Full-time human science students with at least a 3.0 science GPA at the end of their first year may apply.

Students with a B average may apply for the Human Science honors program any time after the end of their first year. Students who successfully complete the requirements for the honors program will graduate with a Bachelor of Science in Human Science (Honors).

Application for Human Science Honors: Prior to completing an application, the student should identify a thesis mentor. If a student chooses to work with someone other than one of the Human Science faculty mentors, then the student must identify a Human Science faculty member who will serve as the co-mentor for the thesis. The application from the student to the Human Science Faculty will include:

1. a proposed curriculum plan including Independent Research courses for at least one term, and the final Honors Thesis class
2. a description of the idea and general methodology of the proposed thesis work
3. the signature of the Human Science Faculty thesis adviser

The proposal should include a hypothesis, a research plan to answer the hypothesis, and the time frame in which the project will be completed. Proposals should be submitted to the Chair of the Human Science department.

Note: An honors proposal being submitted by a rising senior for the first time is due no later than August 15th prior to his/her senior year. The proposal will be considered and voted upon during the first faculty meeting of the academic year. All other (non-rising senior) students may submit their honors proposal at any time during the year, to be considered by the faculty at the next regularly scheduled faculty meeting.

*Approval for Human Science Honors*: The Chair will circulate the application to the Human Science Faculty, who will vote on the proposal.

Human Science Honors Curriculum: Human Science Honors students will meet all Human Science major curriculum requirements in addition to the research course sequence. A student working on an Honors project will enroll in a minimum of one Independent Study research course, either prior to or following approval of the honors project. Human

Science students may not accumulate more than 9 credits of independent study. Enrollment in Honors Thesis (HSCI-370) the final term of the project is required.

# Health Care Management and Policy Honors Program

The Health Care Management and Policy honors program is designed to recognize students of Health Care Management and Policy with a proven record of achievement and to give them the opportunity to deepen their analytical skills. Students in the honors program will work under the guidance of a faculty member to analyze an issue of importance to contemporary health policy or management.

## Eligibility

Students with a 3.5 overall GPA at the end of their junior year may apply for entry into the Health Care Management and Policy Honors Program. Application requires submitting a proposal for an honors thesis to the HCMP Program Director indicating the approval of a faculty advisor of the student's choosing who is willing to supervise the honors thesis. The proposal must delineate the question to be researched and summarize how the question will be addressed in the student's research, indicate any coursework that will be addressed in the student's research, and indicate any coursework that will be required during the senior year to complete the honor's thesis. For policy track students, this will be, at a minimum, HESY-472 Analytical Tools for Health Policy Evaluation. Management track students should identify comparable coursework appropriate for their thesis topics. The proposal should not exceed 8 pages. A panel of faculty will review the proposal and recommend whether or not the student can be admitted to the Honors Program. Proposals must be submitted by the last day of classes of the student's junior year and finalized by May 31 of that year.

## Requirements for Successful Completion of the Honors Program

Graduating with Honors in Health Care Management and Policy requires completion of all the requirements for the Health Care Management and Policy major, and completion of an honors thesis (HESY-311, 0 – 2 credits). A thesis submitted to fulfill the requirements for Health Care Management and Policy must be approved by the student's honors thesis advisor, who will judge the thesis in terms of whether it (1) clearly articulates a research question or health policy or management issue, (2) uses appropriate methods to answer the question, (3) provides a rigorous and comprehensive analysis of the issue, and (4) discusses the significance of the thesis findings for policy and/or practice. Students must present their research at the Georgetown University Undergraduate Research Conference and orally defend it before the Honors Program Committee. Students may enroll in Honors Research I (HESY-311, Fall) and Honors Research II (HESY-312, Spring) for up to two credits per semester to conduct independent research for their thesis.

## Thesis Requirements

HCMP honors theses must be thorough analyses of important issues in contemporary public policy or management-related to health or healthcare. These may use quantitative, qualitative, ethical, or other analytical approaches appropriative to the topic. Theses will differ depending on the policy or management issue, but a successful thesis will always consist of a rigorous application of the appropriate research and analytical methods. Moreover, given the variation in methods, theses vary in length, but must be appropriate to answer the student's research fully.

# R.O.T.C.

Qualified applicants may be admitted to the Reserve Officers Training Corps (ROTC) of the United States Army, which supports a unit on the Georgetown Campus. Students complete the nursing major as well as required courses in military science. Graduates serve as commissioned officers in the U.S. Army Nurse Corps for their obligation period, with consideration of choice of location and clinical assignment. Air Force and Naval units are available at neighboring institutions. For further information, please visit here: https://bulletin.georgetown.edu/cross_school#ArmyROTC

# 7. Application for the Degree

Degrees are awarded three times a year: in May, August, and December. Seniors must file an application for the degree in the NHS Office of Student Academic Affairs. The last day to file for a May degree is February 1; for an August degree, August 1; for a December degree, November 1. Failure to apply for the degree may necessitate the postponement of graduation.

Diplomas are distributed at Commencement in May. Those students who graduate in August may participate in the previous May Commencement, providing that they have no more than 6 remaining credits to complete. Those who graduate in December may participate in the following May Commencement. Student may elect to have their diplomas mailed to their homes in the summer following the completion of the degree.

GTOWN_00000208

# Degree Programs



1. Bachelor of Science in Nursing (B.S.N.)
2. Bachelor of Science in Human Science
3. Bachelor of Science in Health Care Management and Policy
4. Bachelor of Science in Global Health
5. Additional Programs

# 1. Bachelor of Science in Nursing (B.S.N.)

## Vision, Mission and Curriculum Overview

The baccalaureate program terminal objectives for the Department of Professional Nursing Practice are derived from the School's mission and core values. The mission of promoting health and well- being for all people, with its emphasis on preparing students to be morally reflective healthcare leaders and scholars, is based in the school's beliefs in:

- The dignity of human beings
- The growth-affirming role of society
- Health as a dynamic entity
- The complex, caring nature of nursing
- The individualized, lifelong process of education

These beliefs provide the foundation for the traditional BSN program. The belief that baccalaureate nursing education prepares professional nurses who have a broad knowledge of nursing science, the humanities, the biological and social sciences, gives rise to a curriculum in which a broad liberal arts education is balanced with the natural and behavioral sciences, as illustrated in the programs of study.

The terminal objectives of the baccalaureate program provide clear statements of expected results, derived directly from the Georgetown Nursing Model, and reflect the school's mission and core values.

GTOWN_00000209

The objectives are:

1. Practice professional nursing within the Jesuit philosophy and the Georgetown University Nursing Practice Model.
2. Demonstrate the use of critical thinking in clinical decision making.
3. Formulate a personal and professional ethical framework to guide conduct and decision making in professional nursing.
4. Evaluate, apply and communicate research findings to improve professional practice.
5. Analyze and evaluate leadership and management theories in nursing practice.
6. Evaluate the health policy process for the improvement of health care for all.
7. Demonstrate a commitment to personal and professional development through continuing education and participation in professional organizations.
8. Demonstrate a commitment to humanitarian service as a component of professional nursing in a culturally diverse society.
9. Engage in communication and collaboration with members of the health care team.

The basic four-year BSN program is designed for high school graduates who wish to combine core requirements in the arts, sciences and humanities with preparation for a career in professional nursing. The curriculum includes a core of knowledge in the humanities and the behavioral, physical, and biological sciences, as well as the theory and practice of professional nursing. Coursework in bioethics and leadership prepares graduates to take their place in the current and future health care delivery system.

The nursing component of the curriculum provides for development of clinical skills as well as a strong theoretical base. Nursing coursework and clinical practice begin in the first year. The senior clinical experience allows students to request a particular clinical area of interest in which to expand their knowledge and leadership skills.

After completion of the baccalaureate program, graduates are eligible to take the NCLEX-RN examination for licensure to practice as professional nurses.

The programs offered through the Department of Professional Nursing Practice are accredited by the Commission on Collegiate Nursing Education and approved by the District of Columbia Board of Nursing.

The School of Nursing & Health Studies is a member of the American Association of Colleges of Nursing, the Mid-Atlantic Regional Nursing Association, and the Association of University Programs in Health Administration.

Clinical experiences are arranged within the surrounding metropolitan area including the District of Columbia, Maryland and Virginia. Students are responsible for their transportation to these clinical sites.

# BSN Degree Requirements

## University Core Requirements

(https://bulletin.georgetown.edu/georgetown-core/)

- Writing: Writing and Culture Seminar and Integrated Writing Course in the Major — 2 courses
- HALC — 1 course
- Engaging Diversity domestic — 1 course; Engaging Diversity global — 1 course
- Philosophy — 2 courses: PHIL 020 and HEST 254
- Theology — 2 courses
- Natural Science — 1 course (fulfilled within the major courses: HSCI 101/102)

# Required Courses for the Major

- ANTH 001 or SOCI 001 — 1 course
- PSYC 001
- Probability and Statistics (MATH 040)
- Free electives, totaling 12 credits, in any discipline

# First Year

- First Year Colloquium (HEST-001)
- Introduction to Professional Nursing Practice (NURS-010)
- Human Biology I and II (HSCI-101, 102)
- Biochemistry and Human Functioning (HSCI-111)
- Health Assessment I (NURS-011)

# Second Year

- Health Assessment II (NURS-012)
- Nutrition and Disease Prevention (HEST-112)
- Introduction to Genetics and Genomics (HSCI 190)
- Pathophysiology (HSCI-202)
- Fundamental Nursing Interventions (NURS-015)
- Human Growth and Development (HEST-142)
- Health Promotion and Disease Prevention (NURS-162)
- Pharmacology (NURS-204)

# Third Year

- Introduction to Nursing Research (NURS-175)
- Integration Seminar (NURS-177)
- Care of Adults (NURS-181)
- Health Care of Women (NURS-192)
- Microbiology (HSCI-201)
- Care of Children (NURS-182)
- Mental Health Nursing (NURS-191)
- Health Care Delivery Systems (NURS-176)

# Fourth Year

- Public Health Nursing (NURS-241)
- Complex Problems I (NURS-243)
- Intro to Health Care Ethics (HEST-254)
- Care of the Older Adult (NURS-246)

- Vulnerable Populations (NURS-251)
- Transitions to Professional Practice (NURS-252)
- Senior Capstone Clinical (NURS-359)
- Scholarly Project in Nursing (NURS-360)

# Minors

Georgetown University Nursing students are eligible to complete a variety of minors in both NHS and the College. Due to the lockstep nature of the nursing curriculum and limited elective opportunities, students pursuing a minor will almost always have to take classes in the summer. Students interested in obtaining a minor should meet with their Academic Dean early on to discuss their interest and impact on the BSN degree progression plan.

# Sigma Theta Tau

The Department of Professional Nursing Practice offers an opportunity for membership in Sigma Theta Tau, the International Nursing Honor Society. Sigma Theta Tau honors practitioners and students of nursing who exemplify outstanding qualities of leadership, scholarship, and service to the profession of nursing. Tau Chapter was founded at the Georgetown University School of Nursing in 1960.

# National Students Nurses Association

The National Student Nurses' Association (NSNA) mentors the professional role development of future registered nurses and facilitates development of standards, ethics and competencies that students will need as responsible and accountable leaders and members of the nursing profession. This mission is accomplished by chapter-led and nationwide programs that provide educational resources, leadership opportunities, and career guidance (http://www.nsna.org (new window) (http://www.nsna.org)). All undergraduate nursing students at Georgetown are eligible to join. Members are expected to adhere to the NSNA Code of Academic and Clinical Conduct.

# Student Professional Responsibility

Students are responsible for reviewing, understanding and abiding by the regulations, procedures and requirements as described in all official publications of Georgetown University, the School of Nursing & Health Studies, and the Department of Professional Nursing Practice. These are found specifically in the Undergraduate Bulletin as well as the Current Students Resources section of the NHS website. In addition, students are required to adhere to regulations and guidelines from Health Care Settings (in use as clinical sites), Professional Licensing Boards, Federal, State and Local Health Care Authorities and Professional Nursing Organizations.

# Clinical Clearances

All student nurses are expected to meet and maintain certain health requirements. All of the clinical clearance requirements can be found in the Department of Professional Nursing Practice Handbook. Failure to meet any of the requirements will jeopardize the ability to attend clinical courses.

GTOWN_00000212