# Comprehensive Assessment and NCLEX-RN Pretesting

All nursing students are required to participate in the Comprehensive Assessment and Review Program (CARP) provided through the Assessment Technologies Institute (ATI). The program involves tutorials and content resources/review modules for independent study, testing practice, proctored examinations of nursing knowledge specific to core nursing courses and a comprehensive diagnostic predictor examination that is administered in the semester prior to graduation. The test examinations evaluate specific knowledge mastery as students progress in the program and determine readiness to obtain licensure as a registered nurse. The testing is administered in a computerized format. Feedback about the test results is provided to the students as part of the overall program.

In order to receive authorization from the department chair to sit for the NCLEX-RN examination, a student must earn a score on the ATI comprehensive predictor examination that equates to a 95% or higher probability of passing the NCLEX-RN. To facilitate achieving this requirement, students identified to be at risk will be invited to participate in the department's knowledge mastery program.

It is strongly recommended that the NCLEX-RN Licensing Examination be completed within six months of graduation. Students who choose to take the exam after six months from the time of graduation must submit documentation of the recent completion of an NCLEX-RN review course to the department chair before receiving authorization to sit for the NCLEX-RN. The student must sit for the exam within ninety days after the authorization is given.

For further elaboration of the above information, please refer to the Department of Professional Nursing Practice Handbook.

# 2. Bachelor of Science in Human Science

## Vision, Mission and Curriculum Overview

The mission of the Department of Human Science is to promote the health and well-being of all people by preparing future leaders and scholars in the health sciences. Its vision is to explore human biology and disease at the molecular, cellular, behavioral and systems level for the improvement of human health.

The human science major is designed for students who have a passion for the scientific disciplines and wish to build a strong foundation in the basic and health sciences. Faculty members with diverse areas of expertise guide students in building critical and analytical thinking skills and in cultivating an inquisitive mind. Experiential activities in laboratory research and community health activities complement in-class learning and allow students to witness firsthand real-life application of scientific and theoretical concepts. Internships further focus the student in the direction he or she wishes to pursue upon graduation. The program prepares students for a variety of graduate programs such as medicine, dentistry, environmental and occupational health, physical therapy and public health, as well as many careers in biomedical science, health communication, research, and teaching.

## Goals and Learning Outcomes

1. To integrate knowledge of the multiple mechanisms underlying human health and disease at the molecular, cellular, systems biology, behavioral, and population level.
   - Demonstrate knowledge and understanding of the mechanisms underlying human biology.
   - Examine the influences of various factors on health state and physiological functioning including, but not limited to, the environment, health behaviors, culture, socioeconomic status, access to health care,

GTOWN_00000213

health literacy, disability, genetics.
   - Integrate new course material across fields into personal scientific knowledge.
2. To develop critical thinking through the process of scientific inquiry and its translation into human health and wellness.
   - Design experiments to address a specific hypothesis.
   - Represent and analyze qualitative and quantitative data in statistically meaningful forms.
   - Critique primary scientific literature and data for quality of evidence and relevance to theory and practice.
3. To develop effective communication skills and ethical and complex decision making.
   - Communicate orally and in writing to demonstrate ability to convey scientific information and ideas clearly and persuasively.
   - Produce a comprehensive project/manuscript to demonstrate scientific inquiry.
   - Apply ethical principles to issues presented in coursework.
   - Adapt the same human science information to be communicated effectively to different audiences.
4. To engage in experiential learning to facilitate application of human science.
   - Integrate scientific principles through laboratory and community experiences.
   - Apply scientific inquiry through an internship experience.
   - Link basic science knowledge to specific topics of health and disease that are presented during experiential learning.

# Curriculum Overview

During the first two years in the program students are introduced to foundational courses, including human biology, chemistry, nutrition, mathematics, pathophysiology, health promotion/disease prevention and research methods in health care.

These courses are expanded by complementary studies in the liberal arts, including English, philosophy, ethics and theology.

Students also have the opportunity to choose electives that they may ultimately want to build into a minor and all students will select two advanced Human Science electives.

Some students choose to spend a semester abroad, generally in their junior year.

Human Science students may not accumulate more than 9 credits of independent study. Independent study may not be pursued in the senior/final year of study without departmental approval.

The two semester senior internship provides the opportunity for each student to design his/her own area of discovery in an experiential, laboratory or archival setting of the student's choosing and to further refine both written and oral expression as the student prepares to graduate as a human science major.

# BS in Human Science Degree Requirements

## University Core Requirements

- Writing: Writing and Culture Seminar and Integrated Writing Course in the Major — 2 courses
- HALC — 1 course
- Engaging Diversity domestic — 1 course; Engaging Diversity global — 1 course
- Philosophy — 2 courses
- Theology — 2 courses

- Natural Science — 1 course (fulfilled within the major courses: HSCI 101/102)

# Required Courses for the Major

- Probability and Statistics (MATH 040)
- 4 HSCI elective courses
- Free electives, totaling 37 credits, in any discipline

# First Year

- Human Biology I and II (HSCI-101, 102)
- Research Theory and Communication (HSCI-178)
- General Chemistry Lecture I and II (CHEM-001, 002)
- General Chemistry Lab I and II (CHEM-009, 010)
- First Year Colloquium (HEST-001)

# Second Year

- Pathophysiology (HSCI-202)
- Health Promotion and Disease Prevention (HSCI-160)
- Biochemistry and Molecular Cell Biology of Health and Disease (HSCI-280)

# Third Year

- Genetics in Health and Disease (HSCI-355)

# Fourth Year

- Senior Seminar/Internship I (HSCI-322)
- Immunology (HSCI-209)
- Physiological Adaptations (HSCI-350)
- Senior Seminar/Internship II (HSCI-323)

# 3. Bachelor of Science in Health Care Management & Policy

## Vision, Mission and Curriculum Overview

To provide the opportunity to develop the foundation of a career in the administration of health services through a well-designed liberal education, understanding the role of health in achieving quality of life and the role of quality health services in protecting and promoting health.

# The Objectives of the Department

- To have a highly qualified faculty who collaborate in an intellectually stimulating and collegial environment.
- To create an environment in which diverse students and faculty participate in advancing knowledge of health services provision.
- To offer high quality, competency-based service, continuing, graduate and undergraduate programs that emphasize quality of care.
- To maintain a collaborative and mutually beneficial relationship with the professional practice of health services administration.
- To serve as a resource to Georgetown University, the School of Nursing & Health Studies, the Health Sciences Center and the MedStar Health System.
- To reflect the Jesuit values of educating the total person for successful citizenship and service.
- To serve the alumni of the programs as they achieve their career objectives.

# The Mission of the Undergraduate Health Care Management & Policy Program

- To provide the opportunity to develop the foundation of a career in health care through a well-designed liberal education, understanding the role of health in achieving quality of life, the role of quality health services in protecting and promoting health, and the relationship between health policy and the health of the population.

The Objectives of the Undergraduate Health Care Management & Policy Program

- To attract individuals to careers in health services administration and health policy analysis who are committed to making a significant contribution to the quality of health care as well as the health and the quality of life of the public.
- To orient students to the full spectrum of career opportunities in health care systems and health policy, with an emphasis on the provision of quality care.
- To expose students to successful role models in practice and policy settings.
- To provide fundamental background in the social, political, economic and technical forces that shape the provision of health services.
- To provide basic competencies in the skills and ethical sensitivity that are essential for successful and meaningful careers in the field.
- To provide practical learning experiences that enhance and integrate didactic learning.
- To develop in students the appreciation and skills that are essential for life-long learning and development.

# Curriculum Overview

The Health Care Management and Policy curriculum builds on a liberal arts education and examines how health care markets and policy contribute to the health of individuals and populations. The program's mission is to prepare graduates for careers in health care through a well-designed liberal education and an in-depth understanding of health services and health policy. To that end, all students take courses in Health Economics, the Politics of Health Care, Health Promotion and Disease Prevention, Epidemiology, Statistics, and Health Services Research. There are opportunities to take electives in other schools within the University, to minor in an area of interest, and to study abroad.

GTOWN_00000216

For students who select a concentration in Health Management, the sequence includes Organizational Theory, Accounting, Budgeting and Fiscal Management, Health Law, Health Information Systems, Marketing, and Strategic Planning. The senior year includes a semester-long internship under the preceptorship of an experienced executive. The internship provides the student with an opportunity to hone their analytical and leadership skills as they prepare for subsequent professional roles and/or graduate study.

For students who select a concentration in Health Policy Analysis, the sequence includes Health in a Free Society, US Political Systems, Analytical Methods in Policy Evaluation, and a series of policy electives that can be taken throughout the program. During the senior year there is a semester long internship and accompanying seminar in one of the many health policy organizations and agencies in Washington DC.

# BS in HCMP Degree Requirements

## University Core Requirements

- Writing: Writing and Culture Seminar and Integrated Writing Course in the Major  — 2 courses
- HALC— 1 course
- Engaging Diversity domestic — 1 course; Engaging Diversity global — 1 course
- Philosophy — 2 courses
  - Health Administration Concentration: PHIL 020 and PHIL 105
  - Health Policy Analysis Concentration: (1 ethics; 1 non-ethics)
- Theology — 2 courses
- Natural Science — 1 course (fulfilled within the major courses: HESY 184)

## Required courses for the HCMP – Health Administration Concentration

- Social Science (Anthropology, Economics (excluding ECON 001), Government, Linguistics, Psychology, Sociology) — 2 courses
- Free electives, totaling 32 total credits, in any discipline

*Below is the recommended sequence (students should consider pre-requisites and if courses are offered in the Fall or Spring):*

## First Year

- Health Care in America (HESY-010)
- Language of Health and Disease (HSCI-100)
- Probability and Statistics (MATH-040)
- Microeconomics (ECON-001)
- First Year Colloquium (HEST-001)

## Second Year

- Health Promotion/Disease Prevention (HESY-160)
- Health Care Systems Economics (HESY-170)

- Epidemiological Principles, Patterns, and Practices (HESY-184)
- Health Services Research (HESY-180)
- Delivering Care Across the Continuum (HESY-187)
- Politics of Health Care (HESY-201)

## Third Year

- Managerial Ethics (HESY-191)
- Accounting (ACCT-001)
- Information Systems (HESY-210)
- Strategic Planning and Marketing (HESY-271)
- Organizational Theory (HESY-204)

## Fourth Year

- Legal Environment of Health Care (HESY-205)
- Management Systems (HESY-324)
- Budgeting and Fiscal Management (HESY-368)
- Health Quality Internship (HESY-376)

---

## Required courses for the HCMP – Health Policy Analysis Concentration

- Social Science (Anthropology, Economics (excluding ECON-001), Government (excluding GOVT-020), Linguistics, Psychology, Sociology) — 1 course
- Free electives, totaling 40 credits, in any discipline

*Below is the recommended sequence (students should consider pre-requsites and if courses are offiered in the Fall or Spring):*

## First Year

- Health Care in America (HESY-010)
- Probability and Statistics (MATH-040)
- First Year Colloquium (HEST-001)
- Microeconomics (ECON-001)
- U.S. Political Systems (GOVT-020)

## Second Year

- Health Promotion/Disease Prevention (HESY-160)
- Health Care Systems Economics (HESY-170)
- Epidemiological Principles, Patterns, and Practices (HESY-184)
- Health Services Research (HESY-180)

- Politics of Health Care (HESY-201)

## Third Year

- Health in a Free Society  (HESY-355)
- Policy Elective
- Policy Elective
- Analytical Methods for Policy Evaluation (HESY-472)

## Fourth Year

- Organizational Theory (HESY-204)
- Policy Elective
- Policy Elective
- Health Policy Internship (HESY-377)

The timing of policy electives listed above is recommended, not required. Policy electives must be from the approved list or approved by faculty advisor.

---

# 4. Bachelor of Science in Global Health

## Vision, Mission and Curriculum Overview

The mission of the Department of International Health is to be an academic leader in the field of global health and development, and to provide students a range of global health related learning opportunities and field-based research experiences.

## B.S. in Global Health Objective and Curriculum Outline

The first undergraduate program of its kind in the country, started in 2002, the Bachelor of Science in Global Health degree responds to the growing need for well-qualified professionals able to deal with the health problems of developing countries and with the complex web of international institutions and initiatives that address the persistent health inequalities across the globalized world.

The Global Health major provides a unique undergraduate education in the field of global health and development by providing both academic training in a variety of carefully selected health-related subjects and field-based research experience at premier research institutions in development settings.

The Global Health curriculum blends public health and health systems management. Students study the interaction of environment, culture, and the political economy of health and development, and analyze how these relationships influence global health outcomes. Experts from agencies such as the World Health Organization, the World Bank, Inter-American Development Bank, USAID, the Population Reference Bureau and other nongovernmental organizations participate in a variety of curricular activities.

GTOWN_00000219

Additionally, students gain field experience and apply fundamental classroom skills at health organizations through experiential learning opportunities.

During the first three years of the undergraduate program, students explore the biological and social sciences and fundamental concepts, frameworks, and topics in global health.

During this time, students will develop skills in public health research methods including epidemiology, data collection and statistical analysis, which will prepare them for field research during their senior year practical experience abroad.

During their junior and senior years, students will also be able to focus on a variety of topics and current issues in global health, such as the HIV/AIDS pandemic, health care financing, access to medicines, communicable disease control, urban health issues, and the impact of globalization on health.

During the course of the four-year program, students will develop critical thinking skills that they will apply in improving the health of the people with whom they are working.

# Student Learning Goals

By the time students graduate with a major in Global Health they will:

- Demonstrate the use of critical thinking in all aspects of their educational and professional endeavors.
- Apply fundamental principles and skills in conducting research in the field of global health.
- Assess how conditions in developing countries impact on people's health status.
- Participate in community-based learning experiences that enhance and expand their classroom experiences.
- Examine through a critical lens what it means to be a global citizen in a world where there is considerable inequity in health.

# Learning Outcomes

Students will be able to:

- Critically evaluate and analyze global health-related scientific studies, findings and reports.
- Design, manage, and evaluate independent field and policy research using research methodologies and evidence-based analysis.
- Evaluate the challenges and formulate appropriate strategies of providing health services in developing countries utilizing the theories and principles of public health and epidemiology.
- Immerse themselves in any community with professional, institutional, political and cultural awareness and understanding.
- Analyze the comprehensive determinants of global health inequity.

# BS in Global Health Degree Requirements

## University Core Requirements

- Writing: Writing and Culture Seminar and Integrated Writing Course in the Major — 2 courses
- HALC— 1 course
- Engaging Diversity domestic — 1 course; Engaging Diversity global — 1 course
- Philosophy — 2 courses

- Theology — 2 courses
- Natural Science — 1 course (fulfilled within the major courses: HSCI 100)

# Required Courses for the Major

- Social Science (ANTH 001, ANTH 250, PSYC 001, or SOCI 001)
- 3 courses, totaling 9 credits, from a preapproved list of global health electives
- Proficiency in one modern language through the intermediate level
- Free electives, totaling 39 credits, in any discipline

# First Year

- Intro to Global Health (GLOH-140)
- Language of Health and Disease (HSCI-100)
- Epidemiological Applications to Population Health (GLOH-177)
- Probability and Statistics (MATH-040)
- First Year Colloquium (HEST-001)

# Second Year

- Maternal & Child Health: Developing Countries (GLOH-202)
- Political Economics of Health and Development (GLOH-260)
- Demography (GLOH-220)

# Third Year

- Global Health Promotion (GLOH-281)
- Research Methods in Global Health (GLOH-303)
- Comparative Health Systems (GLOH-360)
- Globalization & Health (GLOH-356)

# Fourth Year

- Global Health Practical Experience Abroad (GLOH-392)
- Internship II: Global Health Organization (GLOH-393)

# Semester Abroad

Global Health students will undertake a semester long practical experience abroad during the fall of their senior year. Students conduct an internship focused on policy and research issues tailored to their particular site, usually involving the health of underserved populations. Prerequisites for the practical experience abroad include senior standing, good

academic and disciplinary standing which requires a minimum GPA of 3.0, completion of core courses (GLOH-177 and GLOH-303), a minimum of 90 credit hours, and faculty approval.

The International Health faculty will review the record of each student who plans to participate in the practical experience prior to departure. When the student requests not to go abroad, does not meet the prerequisites for participation in the practical abroad experience or is otherwise unable to go abroad, he or she must complete a scholarly paper (6 credits), plus two additional courses, subject to the approval by the Department Chair, during the fall semester.

# Language Requirement

All students majoring in global health must achieve proficiency in a modern language through the intermediate level. Placement exams are offered in most languages during New Student Orientation. Students who do not place above the intermediate level of a language on these placement exams can fulfill this requirement by completing courses in a modern language through the intermediate level.

# Accelerated Master of Science in Global Health Program

Qualified undergraduate students in the Global Health program have the opportunity to earn Bachelor of Science in Global Health and Master of Science in Global Health degrees at an accelerated pace within five years by counting two graduate-level courses in the undergraduate program toward the graduate degree and enroll in two additional graduate courses. Students with a minimum GPA of 3.5 in the major are eligible to apply for the program no later than January 15th of their junior year.

Please see the Graduate School of Arts and Sciences Catalog (https://grad.georgetown.edu/admissions/programs/accel-prog) for information and requirements of the accelerated degree programs.

---

# 5. Additional Programs

## A. Pre-medical/Pre-dental Curriculum

The pre-medical curriculum is not a major in itself, but rather can be undertaken by any undergraduate student at Georgetown University, including students in degree programs offered by the School of Nursing & Health Studies. NHS students interested in pre-med or pre-professional studies should seek appropriate advising from their NHS academic advisor. Students interested in attending medical school usually work with the Georgetown Pre-Medical Recommendation Committee, of which NHS is a full participant. To qualify for a review from the Georgetown Pre-Medical Recommendation Committee, a student must have completed all core pre-med coursework, including:

- Human Biology I and II (Biology for NHS students)
- General Chemistry I and II
- Organic Chemistry I and II or Organic Chemistry I and Biochemistry
- Physics I and II
- Mathematics (Probability and Statistics and one other math course)
- Biochemistry

All of these courses must be taken as real college coursework (except for Mathematics where one semester of AP credit may be used). Non-majors coursework is not included. Summer school credit (Georgetown or elsewhere) may be used if a full load (15 credits) is pursued during the academic year, especially if the student is working toward other curricular objectives, such as study abroad or completing a certificate or a minor. At least 30 credits of major-level math/science must be taken at Georgetown. Transfer students and post-baccalaureate students are expected to meet this 30-credit requirement even if they have completed all or some of the core pre-med coursework elsewhere.

Nursing majors taking pre-medical requirements will not be required to take HSCI 111.

The School of Nursing & Health Studies, along with the other schools of the University, has an agreement with the Georgetown Medical School whereby a select number of students, at the end of their sophomore year, may be assured admission to the Medical School, contingent upon satisfactory completion of the junior and senior year coursework. The program is designed to encourage exceptionally well qualified students to undertake ambitious academic programs with a degree of certainty about eventual admission to medical school. In addition, students admitted through this program are not required to take the MCAT.

Students interested in preparing for dental, physical therapy, law, and graduate school will integrate prerequisite courses within their curriculum.

# B. Minor in Public Health

This minor approaches health from an interdisciplinary perspective to promote the health and well being of all individuals. The minor will draw from the existing expertise of faculty in human science, nursing, international health, and health systems administration. The establishment of this minor supports the efforts of the Institute of Medicine, the Association of American Colleges and Universities, and Healthy People 2020 to educate undergraduates on public health issues. The minor provides a core of knowledge that will prepare the student for further study and scholarship in the field. The minor presupposes foundational content in human biology or language of health and disease.

The public health minor will require students to successfully complete 18 credits of coursework. Please note that courses required by a major as part of the course of study may not be used toward the minor. Students interested in pursuing the minor must meet with the Public Health Director.

## Requirements for the Minor

1. Population Health Concepts and Contemporary Issues (HEST-195), 3 credits
2. Epidemiological Approaches to Population Health (GLOH-177), 3 credits or Epidemiological Principles, Patterns, and Practices for Healthcare Management and Policy (HESY-184), 3 credits
3. Population Health Capstone (HEST-460), 3 credits
4. Three additional electives are required

The culmination of the minor is Population Health Capstone (HEST-460), 3 credits (prerequisites: a course in research and a general course in ethics). To provide students with an opportunity to integrate diverse experiences and knowledge about public health, this final capstone seminar will serve as a forum for students to learn from one another and will require a service-learning project at one of the many organizations in the Washington metropolitan area concerned with public health. Students will attend a two-hour seminar each week and will complete a 40-hour service learning project component.

# C. Minor in Health Promotion and Disease Prevention

The minor in Health Promotion and Disease Prevention will provide students with an understanding of the variety of contributing factors to healthful functioning and addresses well being of individuals, families, and communities. The minor is appropriate for students interested in being community leaders in health, science, education, policy, and public health.

The prerequisites for the minor include:

- Language of Health and Disease (HSCI-100) or Human Biology I (HSCI-101) or Foundations of Biology (BIOL-103)
- Health Promotion and Disease Prevention (HESY-160, NURS-162).

# Requirements for the Minor

Four additional electives are required. Students interested in the minor must meet with the Health Promotion and Disease Prevention Director.

# School of Continuing Studies



The atrium of the School of Continuing Studies (SCS) is a stunning, four-level space that centers the student experience and includes open spaces for collaborating.

Kelly J. Otter, Ph.D.

*Dean*

Kristen Consolo, M.B.A.

*Chief of Staff and Senior Administrative Officer*

Stacey Corcoran, M.B.A.

*Executive Director of Marketing*

Heather Malneritch, M.B.A.

*Chief Financial Officer*

Jeremy A. Stanton, M.B.A.

*Chief Digital Officer*

# Mission Statement of SCS

The mission of the School of Continuing Studies (SCS) is to deliver a world-class, multidisciplinary education to a diverse array of communities and individuals throughout their academic and professional careers, to improve employability, develop workforces and contribute to building a civic-minded, well-informed and globally-aware society.

# History of SCS

The School of Continuing Studies (SCS) at Georgetown was founded in 1956 as the Georgetown University Summer School. The name of the school was changed to the School for Summer and Continuing Education in 1971. Liberal Studies, the oldest degree program within the School, was launched in 1974, offering the Bachelor of Arts in Liberal Studies (BALS) and the Master of Arts in Liberal Studies (MALS) to part-time and non-traditional students interested in interdisciplinary education. The Doctor of Liberal Arts (DLS) began in fall 2005.

The Master of Professional Studies (MPS) and Advanced Professional Certificate (APC) programs, emphasizing a balance of theoretical and applied learning, began in 2007 with Public Relations & Corporate Communications and Journalism. Programs in Sports Industry Management and Real Estate began in 2008, and Human Resources Management and Technology Management began in 2009. Both Urban & Regional Planning and the Executive Master of Professional Studies (EMPS) in Emergency & Disaster Management launched in 2013. The Hospitality Management program began in 2014 and changed its name to Global Hospitality Leadership in 2017. Graduate programs in Integrated Marketing Communications, Global Strategic Communications, and Project Management were launched in 2015 with Regulatory Affairs and Applied Intelligence launching in 2017.

In addition to these degree programs, the Center for Continuing and Professional Education (CCPE) offers a variety of non-credit learning options, including open enrollment courses, professional certificate programs, and customized corporate programs in communication, leadership, management, and technology. CCPE combines Georgetown's traditions of academic rigor and ethical leadership with instruction from leaders in industry, government, and academia.

For over 50 years, the School of Continuing Studies has fulfilled Georgetown University's mission of educational outreach and inclusivity by offering a wide range of educational options to a diverse community of students and professionals. The School offers more than 600 courses, undergraduate and graduate degrees, and advanced professional certificates.

# Academic Policies



The atrium of the School of Continuing Studies (SCS) is a stunning, four-level space that centers the student experience and includes open spaces for collaborating.

1. Academic Integrity
2. Academic Actions: Probation
3. Academic Ineligibility
4. Grade Appeals
5. Academic Policies and Procedures for Visiting Students

# 1. Academic Integrity

See the description of the Georgetown University Honor System in the Academic Regulations (https://bulletin.georgetown.edu/regulations/) section of this *Bulletin*.

# 2. Academic Actions: Probation

If a student fails one course during a semester, the student is automatically placed on probation and remains in that status until the terms of the probation are satisfied. In addition, a student will be placed on probation if his/her cumulative quality index is below 2.0 at the end of any academic semester. A student remains on academic probation until a minimal cumulative 2.0 GPA is achieved.

- Academic actions: Academic dismissal (degree candidacy terminated)
- Academic dismissal is determined on one of two grounds: academic integrity or academic ineligibility.

---

# 3. Academic Ineligibility

For students in the BALS Program, earning one "F" in a semester while on probation, two "F's" in any one semester regardless of previous record, or at any time an accumulation of three "F's" results in academic dismissal.

## Dismissal Appeal

Students are dismissed for failure to meet the academic and degree requirements as outlined under the academic standing guidelines. Students who have been terminated or dismissed will be notified in writing of the change in their status by the Office of Academic Affairs and Compliance. If a student is eligible to appeal the academic action, the dismissal letter will note this.

The appeal process is designed to deal with cases of such a complex nature that an exception may be warranted. However, the appeal process is not allowed for:

- Registration errors on the part of students who did not adjust and verify their schedules during the regular add/drop and withdrawal periods.
- Students who took on too much (personally, academically, professionally) and failed to adjust their schedules accordingly.
- Students who have been terminated or dismissed because their cumulative GPA is at such a low level that raising it to the minimum GPA required to be eligible for graduation within the program credit limit is mathematically impossible.

A return to study should not be expected. The SCS Academic Council reviews all dismissal appeals. All decisions made by the Council are final and without right of further appeal. If it is determined that the student's dismissal is based on failure to satisfy standard requirements for the degree without exceptional, complicating circumstances, the student's request for an appeal will be denied. If it is determined that such exceptional circumstances do exist, the Academic Council will consider whether it is appropriate to recommend a return to study based on the student's academic record, appeal materials submitted, and feedback from the academic program (as appropriate).

## Guidelines for Submitting an Appeal

- Students must submit a written essay and any supporting documentation that demonstrates the exceptional, complicating circumstances that prevented them from meeting the minimum academic requirements of the program and degree.
- Materials must be submitted 90 days from the date the dismissal letter was issued. For example, students

dismissed on January 9 would have 90 days to submit an appeal, which would be April 9. Appeals will not be accepted once the deadline has passed.

- Students are responsible for reviewing the policy and determining if an appeal is appropriate. If so, they must determine what to include in their essay and if documentation is needed to support their case. The Office of Academic Affairs and Compliance and the academic program do not advise students regarding documentation guidelines.

Students must submit their appeal materials to the Office of Academic Affairs and Compliance (scsoaac@georgetown.edu). Academic Affairs convenes the SCS Academic Council to review all such appeals. Once the Council has made a decision, Academic Affairs will notify the student in writing of the outcome. All decisions made by the Council are final and without right of further appeal.

The SCS Academic Council will consider whether a return to study is appropriate based on, appeal materials submitted, student's academic record, and feedback from the academic program (as appropriate).

In the rare instances in which a student is permitted to return, they will return on probationary status, may be held to higher academic standards than what is required for the program or degree, may be required to earn specific grades in certain courses, and/or be required to repeat or take additional courses. The original dismissal notice remains on the official transcript. A second dismissal is final and without right of further appeal.

# 4. Grade Appeal

## Grounds for a Grade Appeal

Our faculty members have been chosen due to their unique experience and expertise in their respective fields. As such, SCS strongly believes in the authority of its faculty to determine the academic merit and grades of their students. While students may request a review of their final course grade, they should also keep in mind that the faculty member is considered the academic and professional expert in determining their grade. A mathematical error, error in grading procedures, or inequity in the application of policies stated in the course syllabus are grounds for an appeal. A disagreement with the professional judgment of the instructor should not be the basis of an appeal or any resulting change of grade.

No additional or revised coursework can or will be accepted to improve a student's course grade after that course has been completed. Assignments that were graded real-time during the semester cannot be re-evaluated after the course has been completed. For example, if students were evaluated on in-class presentation skills or received a grade for in-class participation, the points/grades for those assignments cannot be altered at a later time as they were assessed based on the student's real-time performance in the course. In the case of all grade appeal reviews any re-evaluation of the grade could lead to the grade being raised, sustained, or lowered.

The grade appeal procedure is not set up to address allegations of discrimination. However, SCS takes all such allegations very seriously and advises that students who believe they have been discriminated against make a formal complaint through the Office of Institutional Diversity, Equity, and Affirmative Action (202-687-4798; ideaa@georgetown.edu). The Grievance Procedure and Discrimination Complaint Form can be found at ideaa.georgetown.edu/policies/.

Please note: the grade appeal process only appeals to final grades. Students with questions about grades received on individual assignments while a course is in-progress should speak directly with their instructor.

## Grade Appeal Process

In the event that a student would like to appeal the final grade received for a course, the following steps are to be taken:

1. Students should first contact the instructor via email specifying the grounds upon which they are appealing their grade. This process must begin no later than 30 days after the beginning of the semester following that semester in which the contested grade was received. In their email to the instructor, students should include copies of the course syllabus and all graded assignments, so the instructor can review all aspects of the grade and how it was calculated and recorded. The syllabus should serve as a guideline with the understanding that instructors can make amendments to their syllabi during the semester (adding or deleting assignments, for example, or changing a percentage allocation for an assignment under unusual circumstances) if needed as long as all students in the course are held to the same academic standards. Once the instructor has reviewed the appeal, students will be provided with a written explanation of the grade breakdown, how the grade was calculated, and the instructor's decision to sustain or adjust the grade. If the instructor recommends a grade change, he or she will submit the recommendation to program leadership for review. If approved by program leadership, the recommendation will be submitted to the Office of Academic Affairs and Compliance to ensure the grade change is consistent with University and School policies. Once the recommendation has been reviewed, the Office of Academic Affairs and Compliance will confirm the outcome with program leadership. The academic program will follow up in writing to the student with the final decision. Grade changes are not considered final until the Office of Academic Affairs has completed a policy review.

2. If, after receiving the instructor's decision, the student still believes the final grade was incorrectly assigned, s/he may then appeal in writing to the leadership of the program offering the course. The student must supply a copy of the syllabus, relevant emails, and copies of all graded assignments. This process must begin no later than 60 days after the beginning of the semester following the semester in which the contested grade was received. The course instructor may also be contacted by the program for additional information. Upon completion of this review, the program may decide (1) there is no basis for the appeal and the original grade will be upheld or (2) the appeal warrants further review by a faculty committee comprised of three faculty members within that program. If a committee is called, the program leadership will name a chair and all members will complete a blind review of the information and assignments and then make a formal, written recommendation. In re-evaluating the student's work, the committee can decide to raise, sustain, or lower the grade. In either case, the program leadership will not judge the academic merit of the assignments; rather, they will review the situation solely to ensure that the grading criteria were followed and applied to all students. After investigating the matter fully, the program will notify the student in writing of the decision. If the appeal results in a grade change, a recommendation will be made to the Office of Academic Affairs & Compliance. The Office of Academic Affairs and Compliance will review the recommendation to ensure the grade change is consistent with University and School policies. Once the recommendation has been reviewed, the Office of Academic Affairs and Compliance will confirm the outcome with program leadership, who will follow up in writing with the student with the final decision. Grade changes are not considered final until the Academic Affairs has completed a policy review.

3. If, after completing the appeal process with the instructor and the program offering the course, the student would like to appeal further based solely upon procedural grounds, s/he may then submit a formal request in writing to the Office of Academic Affairs & Compliance (scsoaac@georgetown.edu) for final review. Students are responsible for providing all written documentation he/she received throughout the appeal process. The academic program and course instructor may also be contacted for additional information. This process must begin no later than 90 days after the beginning of the semester following the semester in which the contested grade was received. This final level of appeal reviews the administrative handling of the appeal only, to ensure the grade appeal policy and process was followed as outlined in the handbook. No evaluation of the academic merit of the work (such as re-grading a paper or test) will be conducted. Academic Affairs will confirm the outcome of the procedural review to students in writing. The decision at this level of appeal is final and not open to further appeal.

# 5. Academic Policies and Procedures for Visiting Students

All of the credit and degree programs within the School of Continuing Studies are application-based. Acceptance to one undergraduate program within the School does not guarantee or imply acceptance into another undergraduate program within the School or University. Specific student handbooks and policies have been developed to reflect the unique undergraduate populations (such as part-time, non-traditional, or visiting students) served within the School of Continuing Studies. Students in these programs should refer to their program handbook for policies that govern their study (http://scs.georgetown.edu/academic-affairs/student-handbooks (new window) (http://scs.georgetown.edu/academic-affairs/student-handbooks)).

GTOWN_00000231

# Undergraduate and Precollege Programs



The atrium of the School of Continuing Studies (SCS) is a stunning, four-level space that centers the student experience and includes open spaces for collaborating.

1. Bachelor of Arts in Liberal Studies
2. Summer Study at Georgetown
3. Summer Programs for High School Students
4. Academic and Administrative Policies

# 1. Bachelor of Arts in Liberal Studies

The Bachelor of Arts in Liberal Studies (BALS) was designed for non-traditional students interested in a values-based interdisciplinary education. The BALS program helps students build a multidimensional understanding of a complex world. The Core Area curriculum brings together work from a variety of integrated disciplines in the areas of Culture,

GTOWN_00000232

Humanities, Natural Sciences, Philosophy, Social Sciences, and Writing. Additionally, students choose one or more of the following Concentrations: Business and Entrepreneurship, Humanities, Individualized Study, International Relations, Professional Media and Communication.

# Admissions

The program is designed to meet the unique needs of working adults. Students can complete their entire degree part-time and without ever setting foot in a classroom during traditional working hours. Acceptance to the Bachelor of Arts in Liberal Studies program does not guarantee or imply acceptance into another undergraduate program within the School or University. Students admitted to the BALS program, who wish to transfer to one of the four undergraduate schools, must apply through the Office of Undergraduate Admissions.

A student is officially admitted to the BALS program when a notice of acceptance has been received and registration has been completed. All new students are encouraged to attend New Student Orientation and register online through MyAccess prior to the beginning of their first semester on the designated date for that term.

# Transfer Credit

Many BALS students have already completed some college study, and Georgetown is pleased to offer transfer credit for as many as 64 credits. Courses must have been completed for grades and credits to be considered for transfer. A minimum grade of "C" (2.000) or higher is required for a course to be eligible for transfer review. Additional transfer criteria will be provided by the program. Admitted students will receive notification of the program's transfer-credit decisions within their first semester of study.

The BALS program maintains three articulation agreements with two-year colleges in the area: Montgomery College, Northern Virginia Community College, and Prince George's Community College. Please note that these agreements are exclusively between these institutions and the BALS program and do not apply to other undergraduate programs or Schools at Georgetown. Details of each agreement are outlined on the BALS Admissions (new window) (http://scs.georgetown.edu/departments/4/bachelor-of-arts-in-liberal-studies/about-the-program/admissions-information) page.

Transfer credit ordinarily is not awarded for study at other institutions after you have started study at Georgetown. However, students sometimes seek to take summer classes at institutions outside the Washington DC area. Consult with the BALS program before registering for such classes, so you can be sure that they will apply to your academic program.

Students applying to the BALS program who have previously attended another Georgetown University undergraduate program should be aware that their entire undergraduate academic record will be reflected on their transcript. This means that all courses, grades, and credits earned at Georgetown University will be factored into the cumulative GPA and credit totals, without exception. While all previously completed undergraduate coursework will be reflected on the transcript and will be applied towards the cumulative GPA and credit totals, students are still responsible for completing all of the BALS program requirements, including all Core Area and Concentration courses.

# Advanced Placement/CLEP Credit

The BALS program offers Georgetown credit for students who have completed certain Advanced Placement examinations and College Level-Examination Program examinations with qualifying scores. These credits count against the 64-credit maximum for transfer credits. In awarding credit for Advanced Placement, the BALS program follows the standards outlined in the university's Undergraduate Bulletin Advanced Credit

(https://bulletin.georgetown.edu/admissions/advanced-credit/)section. Credit for CLEP examinations is offered only for scores equal to a course grade of B or higher. Please note that it is the student's responsibility to arrange for the College Board to send the AP or CLEP scores directly to the BALS program; AP or CLEP scores listed on another college's transcript will not be evaluated.

# Military Training

The BALS program follows recommendations from the American Council on Education to grant transfer credit, on a case-by-case basis, for certain military training. The student should have the Joint Services Transcript sent directly to the BALS program office for evaluation. These credits count against the 64-credit maximum for transfer credits.

# Part-time Student Status

Inasmuch as this program is designed for adult students with existing occupational and/or family responsibilities, the normal course of studies each semester, including the summer semester, is limited to 14 credits. With special permission of the BALS program, a student may enroll in more than 14 credits. In some cases, capacity limits may restrict the school's ability to permit students to take more than 14 credits in a semester.

Prospective students on J-1 or F-1 student Visa status must enroll full-time. Please consult with the SCS Assistant Dean for Student & Scholar Services when making enrollment decisions that could affect your Visa status.

# Academic Advising

The BALS program offers extensive academic advising for students in the program. The advising staff of the BALS program help students to make wise choices in their academic programs and to navigate through difficulties that they may encounter.

Advising of all BALS students is handled by the Liberal Studies Program Director located in the SCS Office Suite at 640 Massachusetts Avenue. Approval of student petitions (such as overloads and non-BALS coursework) should be submitted to the Program Director as well. Incoming students are encouraged to make an appointment to meet with the Program Director as soon as possible after they receive notice of admission.

Continuing students are encouraged to meet with the Liberal Studies Program Director at least once each semester prior to the start of registration for the following semester's courses. The Program Director is also available to meet with students who are encountering difficulty in their studies. As needed, Program Director may refer individual students to support services throughout the university, including the Academic Resource Center, the Writing Center, the Career Center, and Counseling and Psychiatric Services.

Students with disabilities seeking accomodations are strongly encouraged to contact the Academic Resource Center before the start of classes to discuss the documentation guidelines and accommodation process. There is a formal procedure for requesting an accommodation that must be completed before accommodations can be implemented. Instructors are not permitted to make accommodations until a student has completed this process through the Academic Resource Center.

# Learning Objectives

A graduate of the BALS program will be able to:

- crtically anlayze and engage with historical, contemporary, and enduring questions of the human experience;
- understand fundamental concepts and methodologies in the humanities, the sciences and mathematics/statistics, and the social sciences; apply these methods to the analysis of complex problems;
- discover and analyze primary and secondary sources relevant to specific research questions in particular academic disciplines;
- recognize and respond to social justice issues, locally and globally; enact ethics-based approaches in study and work;
- write well and present information clearly for specific audiences in appropriate forms and media;
- demonstrate the ability to apply intercultural knowledge and competence by meaningfully and ethically engaging others.

# BALS Degree Requirements

## Core Courses

All BALS students are required to take one course from each Core Area (3 credits each/18 credits total); multiple courses will fulfill each core area requirement. Each Core Area required course will be interdisciplinary.

- Culture – Integrated disciplines include, but are not limited to, Classics, Non-Western, Ancient Civilizations and Cultural Studies
- Humanities – Integrated disciplines include, but are not limited to, Literature, History, Art and Art History
- Natural Sciences – Integrated disciplines include, but are not limited to, Biology, Chemistry, Physics and Geology
- Philosophy – Integrated disciplines include, but are not limited to, Philosophy, Theology and Ethics
- Social Sciences – Integrated disciplines include, but are not limited to, Economics, Psychology and Sociology
- Writing – Integrated disciplines include, but are not limited to, Writing, Rhetoric, Communication and Technology

Detailed descriptions of the course are available online in the university's course catalog here (new window) (https://myaccess.georgetown.edu/pls/bninbp/bwskfcls.p_disp_dyn_ctlg#_ga=2.2351600.1347058683.1 1403272817.1501531542).

## Program Concentrations

In addition to completing the core courses, students must complete 48 credits (16 three-credit courses) in one of the program's concentrations.

## Business and Entrepreneurship

The Business & Entrepreneurship concentration will prepare you with the skills you need to become an ethical leader in a variety of professional environments. You'll build a foundational understanding of practical business knowledge, including techniques for identifying business opportunities and effectively applying skills in the areas of accounting, marketing, finance, and management. This concentration is ideal for students who work in business or those who want to pursue a career in business.

GTOWN_00000235

# Humanities

In the Humanities concentration, you'll examine human values and complexities from a range of academic perspectives—leading to a broad comprehension of philosophical, religious, literary, and artistic movements in human history. You'll consider the human experience, which will influence your understanding across the intersections of history, culture, politics, and religion in the modern world.

## Individualized Study

The individualized study concentration provides you with the unique opportunity to combine multiple disciplines of interest, choosing from a broad selection of courses offered within the Bachelor of Arts in Liberal Studies program. This concentration offers the flexibility to study under multiple concentrations without fully committing to a single degree path. The individualized study concentration is a good fit for students who would like exposure to a variety of academic disciplines. Additionally, the concentration is suitable for students who are considering a graduate degree and who would like to explore more than one academic discipline within liberal studies.

## International Relations

In the International Relations concentration, you'll form a critical awareness of the complex issues in foreign policy and international relations, as well as an ethical framework for making informed decisions about these issues. You'll identify and characterize the major social, political, and economic developments in a specific country or regional grouping while drawing from the body of Western intellectual and moral tradition. Throughout the program, you'll analyze global issues and international relations with an emphasis on questions of global social justice.

## Professional Media and Communication

The Professional Media & Communication concentration is interdisciplinary in design, incorporating media theory and history, ethics, the social sciences, digital media practices, and technological and cultural perspectives. This concentration prepares you for the contemporary and evolving media landscape. Through a blend of theory and practical application, you'll explore modern-day industry challenges while examining the intersections between media and organizations in both the public and private spheres.

# Other Georgetown Courses

With the approval of the BALS program, students may take a limited number of courses from other units of Georgetown University. Ordinarily these will count toward the elective requirement unless otherwise approved by the program.

# Independent Study

A BALS student may design an independent study project with any willing Georgetown faculty member. Instructions and forms are available at the BALS program website. The completed proposal must be submitted to the BALS program at least one week before the first day of class.

# Courses at Other Institutions

BALS students may take a limited number of courses at other local educational institutions. The student pays the usual Liberal Studies tuition rate, to Georgetown, for such arrangements. Information on the <u>Washington Consortium</u> is available in this Bulletin, and the necessary forms are available from the BALS office.

# Thesis Option

Optionally, a student may complete a thesis, which counts toward credits required in the curricular field. The student must have a minimum letter grade average of C and a cumulative grade point average of at least 2.0 quality points.

There is no across-the-board minimum length for a BALS thesis. The thesis should be a substantial work exceeding the length of customary term papers. The appropriate length will be determined by the faculty mentor, with the approval of the Faculty Director, taking into account the content of the thesis.

The student's Thesis Committee is made up of the thesis mentor chosen by the student, the student's Thesis Proposal Workshop professor, and the Faculty Director. Successful completion of the thesis proposal and its approval will result in a Pass ("S") grade for the Workshop. Students who must Withdraw ("W") from the course or Fail ("U") the course may only register for the course one more time.

Before writing the thesis, the student completes the Thesis Proposal Workshop in the semester in which the student plans to prepare and submit for approval a thesis proposal (the semester before the student enrolls in the Thesis Research/Thesis Writing courses). This is a non-credit, zero-tuition course. Please note: The Thesis Proposal Workshop taken in conjunction with a three-credit course constitutes half-time status. During this Workshop the student joins with other students and the professor offering the Workshop to do the research necessary to create a statement of the nature, purpose, theme of the thesis; an outline of its parts; and a schedule of accomplishing these goals and completing the thesis.

Following the approval of the thesis proposal, a student registers in the three-credit Thesis Research/Thesis Writing courses offered during the fall or spring semesters. Enrollment in these two courses constitutes half-time status. The Thesis Writing course is the final three-credit course for Bachelor's candidates who choose the three-credit thesis option. Students must also register at the same time for the Thesis Research course, which is for 0 credits, $0 tuition, and carries no grade. The Thesis Writing course is for the actual production of the thesis and carries three credits with regular semester tuition charges and is assigned a letter grade by the student's mentor reflecting the work on the thesis.

All theses not completed during the first term in which the student enrolls in the Thesis Research and Thesis Writing courses MUST be submitted and accepted by the established deadlines of the following semester (fall or spring, summer not included).

Thesis final deadlines are: May 1 for students enrolled in Thesis Writing/Research in the Fall semester Dec. 1 for students enrolled in Thesis Writing/Research in the Spring semester Failure to complete the thesis by the final deadline results in the grade of "F" for the course and termination of degree candidacy. (If these dates fall on a weekend, the following Monday will be the deadline.)

Undergraduates who receive an "N" for the first semester of the thesis course may request a letter from the Program Director explaining their student status so that they may continue using the library.

# Degree Audit

At least annually, each student is encouraged to review his or her MyDegree Audit, a computerized analysis of the student's progress toward the degree that will indicate which requirements remain to be completed. The MyDegree Audit is available on MyAccess (new window) (http://MyAccess.georgetown.edu). Every BALS student majors in liberal studies, and each must also have a concentration. An admitted BALS student is initially enrolled in the concentration that he or she declared in the admissions application. The student can change curricular field at any time by supplying written notice to the Program Director. It usually is prudent to first meet with the Program Director to consider whether changing concentrations will necessitate additional coursework by the student.

# Degree Conferral Timeline

In addition to completing the Core Area courses and Concentration requirements, all students must complete 120 credits with a cumulative GPA of 2.000 or better to qualify for graduation. In some cases, students may need to complete more than 120 credits in order to satisfy all Core and Concentration requirements. The BALS degree must be completed within 10 years of first registration. The BALS program can grant extensions with documentation of exceptional circumstances; however, students must submit requests for such extensions in advance or risk being withdrawn from the program.

# Enrollment Requirements

A BALS student who does not register for class in either the fall or spring semester will be involuntarily withdrawn from the program.  In these cases a notation of "Withdrawn for Failure to Register" will appear on the official transcript. A student can avoid being withdrawn by instead requesting an official Leave of Absence (new window) (http://scs.georgetown.edu/academic-affairs/student-forms/#loa) during a fall or spring semester. Contact the Program Director or SCS Office of Academic Affairs & Compliance for information on requesting a Leave of Absence and for deadlines for requesting return from leave. The student is well advised to consult with the Office of Financial Aid on the consequences of a leave of absence.

Please Note: The above policy does not apply to summer semesters. Students need not request a leave in order to avoid taking classes during summer.

# Graduation

Earning the Bachelor of Liberal Studies degree requires a total of 120 credits, earned at Georgetown or elsewhere (depending upon transfer credits), with a minimum GPA of 2.000. These are divided among Core courses, concentration courses, and electives. The GPA only reflects coursework completed at Georgetown (or through the Consortium with prior approval). Courses accepted for transfer are not factored into the Georgetown GPA.

BALS degrees are granted in May, August, and December. BALS students should contact the Program Director in their final semester to review their remaining requirements and ensure that they are on track for degree completion. Students must apply online in MyAccess to graduate by the deadline for the semester in which they intend to complete all requirements.

# Financial Clearance

BALS students must settle all financial obligations to the University—e.g., overdue tuition, library fines, and late fees—so that their account balance is $0 before submitting their thesis or completing their last course to be eligible to graduate and receive a diploma and final transcript. The financial clearance deadlines are Dec. 1 if completing the degree in December, May 1 if completing the degree in May, or August 1 if completing the degree in August.

# Commencement Ceremony

All graduates are awarded their degrees and diplomas at Commencement Exercises scheduled in May. Students whose degrees were posted earlier are encouraged to participate in the formal commencement ceremony in May of each year.

# 2. Summer Study at Georgetown

Each year, Summer at Georgetown University offers more than 250 courses and more than 25 programs for high school, undergraduate, graduate, and continuing education students.

Enrollment in summer courses is open to: (1) newly admitted or matriculated Georgetown undergraduate and graduate students in good standing with permission of their academic deans; (2) undergraduate and graduate students in good standing at other colleges and universities; (3) high school students who have been admitted through the Summer College program; (4) foreign students who can provide documentation of a TOEFL score of 550 and above or 600 for Linguistics courses; and (5) individuals whose educational background and experience qualify them for the courses they wish to take.

The School offers three distinct summer sessions: the presession, first session, and second session. The presession, which starts in mid-May, allows students to take courses during a four week period. Because of the presession's compressed and intensive nature, students are permitted to take only one course. The first and second summer sessions run consecutively, the first beginning in June, the second in early July; each session lasts five weeks.

# 3. Summer Programs for High School Students

The School of Continuing Studies offers a diverse series of programs for high school students. Students can participate in non-credit programs from eight days up to three weeks, depending on the programs. The School of Continuing Studies offers the following non-credit programs: Medical Institute; American Politics; College Preparatory; Creative Writing; Entrepreneurship; Forensic Science; International Relations; Broadcast Journalism; Law Institute; Leadership; Medicine; National Security and Counterintelligence; Sports Industry Management.

The School of Continuing Studies also offers the following credit programs during the five week Summer Sessions to high school students: Summer College I; Summer College II; Fundamentals of Business, English, Economics, Law, Medicine and American Government.

# 4. Academic and Administrative Policies

Students are responsible for familiarizing themselves with all academic and administrative policies, procedures, and deadlines. Questions about any policies should be directed to the Liberal Studies Program Director.  In addition to the BALS policies described in Academic Policies (https://bulletin.georgetown.edu/schools-programs/scs/academic-policies/), students are responsible for additional academic and administrative policies, procedures, rights, and responsibilities (including the SCS Academic Rules and Regulations (https://scs.georgetown.edu/resources-current-students/student-handbooks/), the Code of Student Conduct; the Honor Code; Disability Support; Immunization Requirements; Tuition Refund Guidelines; and others) that apply to all SCS and University students.  Students are responsible for familiarizing themselves with all academic and administrative policies, procedures, and deadlines. Questions about any policies should be directed to the Liberal Studies Program Director or to the SCS Office of Academic Affairs & Compliance. In addition to the BALS policies described in Academic Policies, additional academic and administrative policies, procedures, rights, and responsibilities (including the Code of Student Conduct; the Honor Code; Disability Support; Immunization Requirements; Tuition Refund Guidelines; and others) that apply to all SCS and University students can be found online here (new window) (https://scs.georgetown.edu/resources-current-students/student-handbooks/).

# Cross-School Programs



1. Center for Social Justice Research, Teaching, and Service (CSJ)
2. Community Scholars Program
3. Language courses at the Johns Hopkins University School of Advanced International Studies
4. Programs in Gervase
5. U.S. Army Reserve Officers' Training Corp (ROTC), The HOYA Battalion
6. University Wide Cross-Disciplinary Courses (UNXD)

# 1. Center for Social Justice Research, Teaching, and Service (CSJ)

The Center for Social Justice (http://csj.georgetown.edu) (CSJ) is a central resource and hub at Georgetown University through which students, faculty, and staff engage in Washington, DC through activism, advocacy, service, volunteerism, and community-based learning and research. Through CSJ, students support social justice efforts across the United States and around the world, through service and immersion experiences, disaster relief fundraising, and research and public service fellowships. Through its programs, CSJ endeavors to work with community members and partners, engage thoughtfully in sustainable interventions, and affect short-term relief and long-term social change.

There are over 100 ways to get involved in the University's mission for the common good through CSJ, including 1 day, 1 week, semester, summer, and year-long opportunities, both on and off-campus. CSJ's signature programs, run by professional team members and led by students, include: the After School Kids (ASK) program (new window) (http://csj.georgetown.edu/ask), a mentoring program with court-involved youth; DC Reads (new window) (http://csj.georgetown.edu/dcreads), a literacy program with elementary students in DC Public Schools; DC Schools Project (new window) (http://csj.georgetown.edu/dcsp), a program providing English language tutoring to the DC immigrant community; DC (http://csj.georgetown.edu/stem)STEM (new window) (http://csj.georgetown.edu/stem), a science enrichment program for elementary students in DC Public Schools; HOME Program (http://csj.georgetown.edu/homeprogram) (Homelessness Outreach | Meals | Education), supporting the local population experiencing homelessness; Jumpstart (http://csj.georgetown.edu/jumpstart),

GTOWN_00000241

supporting Pre-K literacy settings; and Alternative Breaks Program (new window) (http://csj.georgetown.edu/abp), providing 25+ immersion experiences and service trips annually. CSJ further sponsors summer (new window) (http://csj.georgetown.edu/summer) programming that provides opportunities for service and immersion as well as serves as a resource for post-graduation volunteerism (new window) (https://csj.georgetown.edu/postgradservice) and careers in service and social justice. In addition, there are over 40 student-run organizations (new window) (https://csj.georgetown.edu/studentorgs) that work in a variety of areas including human rights, prison outreach, HIV/AIDS education, and immigrant justice.

Students can integrate social justice fieldwork into their coursework through community-based learning (CBL) courses (http://csj.georgetown.edu/cbl). Learning objectives in CBL courses meet needs identified by community partners. Students can search for CBL courses in MyAccess by selecting "community-based learning" as a filter in the "attribute type" menu.

CSJ offers UNXD 130: SOCIAL ACTION (http://csj.georgetown.edu/unxd130) and UNXD 030: INTERSECTIONS OF SOCIAL JUSTICE (http://csj.georgetown.edu/intersections), pass/fail 1-credit courses that wrap around student service experiences through regular reflection in community with peers and mentors through a social justice lens.

UNXD 130: SOCIAL ACTION (http://csj.georgetown.edu/unxd130) is offered in-person on Main Campus in the fall and spring semesters. Students meet four times over the semester and reflect on connections between their academic learning and social justice work. Enrollment requires a formal commitment to serve at least 30 hours over the semester with an organization (including CSJ signature programs (https://csj.georgetown.edu/CSJprograms)) that works with or on behalf of an underserved population. Students can take UNXD 130: SOCIAL ACTION up to three times. This course was previously titled the 4th Credit Option for Social Action.

UNXD 030: INTERSECTIONS OF SOCIAL JUSTICE (http://csj.georgetown.edu/intersections) is offered online during the summer cross-section and (beginning in fall 2019) in-person for students at the downtown DC Capital Applied Learning Lab (https://futures.georgetown.edu/the-call/) (Georgetown CALL). Students engage in daily reflection on fieldwork with a social justice lens through engagement via the Canvas learning platform. At the CALL, students meet weekly for reflection in person. Enrollment requires the student's formal commitment of at least 10 hours per week for the semester. Contact CSJ's Associate Director for Mission Curricular Integration at csjcbl@georgetown.edu for more information.

For more information about CSJ, visit: http://socialjustice.georgetown.edu (new window) (http://socialjustice.georgetown.edu).

# 2. Community Scholars Program

The Community Scholars Program, managed by the Center for Multicultural Equity & Access, offers an enhanced educational opportunity for first-generation college students from high financial need backgrounds in all four of Georgetown's undergraduate schools. Eligible students are identified during the admissions process and invited to attend a five-week academic summer program prior to the start of their first year at Georgetown. Designed to aid their transition to higher education, students take two courses for academic credit, attend orientation workshops, and begin forming bonds with one another, faculty members, and administrators that will help sustain them through college. Georgetown covers all costs associated with the summer experience including housing, meals, travel, textbooks, supplies, and other program fees. Additionally, Scholars who receive a need-based financial aid package are eligible for a renewable three-year $1,700 scholarship to compensate for lost summer wages. Beyond the summer program, CSP continues to support its

Scholars during the school year with academic advising, mentoring and personal counseling, peer-led study groups, transition workshops, community gatherings, and academic seminars. For more information please visit: http://cmea.georgetown.edu/community-scholars.

# 3. Language Courses at the Johns Hopkins University School of Advanced International Studies

Beginning in Fall 2016, degree candidates in good standing from Georgetown College and the Edmund A Walsh School of Foreign Service may register in Burmese, Hundu/Urdu, Indonesian, Thai and Vietnamese language courses at The Johns Hopkins University-School of Advanced International Studies (JHU-SAIS), which is located in Washington, D.C. Registration for these courses is processed by the Office of the University Registrar with the approval of the student's dean. Students must have completed at least one full academic year with a cumulative GPA of at least 3.0 prior to enrolling at JHU-SAIS. Students must pass their current language course before they are eligible to enroll in future course offerings.

# 4. Programs in Gervase

The Undergraduate Honor Council, Georgetown Undergraduate Research Opportunities Program (GUROP), and the Georgetown Office of Fellowships, Awards and Research (GOFAR) occupy the ground floor of the Gervase Building.

## The Honor Council

The Honor Council is the principal administrative body of the Honor System. The Council consists of students, faculty, and decanal representatives from each of the four traditional undergraduate schools and Bachelor of Liberal Studies degree from the School of Continuing Studies. Applications for Honor Council membership will be received in early fall (August/September) for the upcoming academic year. Students previously on the Honor Council must re-apply. Spaces are reserved each fall for returning undergraduates and for new first-year and transfer students. For more information on the Honor System, please see Section VI of the Academic Regulations (new window) (https://bulletin.georgetown.edu/regulations/honor/) section of the Bulletin.

## The Georgetown Undergraduate Research Opportunities Program (GUROP)

The Georgetown Undergraduate Research Opportunities Program (GUROP) aims to advance faculty research projects with the assistance of motivated undergraduate students, and to benefit students by introducing them to valuable research experience. Students may participate in GUROP as early as spring semester of their first year, provided their first semester grades are superb, and they have identified a faculty mentor. Registration forms for GUROP are due by September 20 (fall), January 20 (spring semester), and June 20 (summer term). Successful participants, who have completed an expected 60 hours of research at the direction of their faculty mentors, will have the following course entry added to their official record: "UROP- [SUBJECT, e.g., BIOL, SECTION] – MENTORED RESEARCH" for each semester of participation. All students involved in mentored research during an academic year (summer through spring) are eligible to apply competitively for a full-time, funded GUROP Research Fellowship for the next summer. Preference is given to

students who have participated in mentored research, e.g., GUROP, for at least one semester. A description of the GUROP program and instructions about application can be found at: https://gurop.georgetown.edu (new window) (http://gervaseprograms.georgetown.edu). Independent research may also be funded through various other grant programs, such as the Kalorama and Raines Fellowships, and other research opportunities administered by the various undergraduate deans' offices.

# The Georgetown Office of Fellowships, Awards, and Research (GOFAR)

The Georgetown Office of Fellowships, Awards, and Research (GOFAR) supports ambitious students and alumni in pursuing transformative fellowship opportunities that further their academic, professional, and personal development in individual ways. GOFAR comprises several principal functions:

GOFAR guides students and alumni interested in applying for competitive, merit-based national and international fellowships and scholarships. These include the Fulbright, the Truman, the Rhodes, the Marshall, and the Gates-Cambridge. In designing a fellowship application, regardless of outcome, GOFAR is committed to helping candidates think deeply and critically about complex issues and to providing them with a constructive space to examine and imagine how their strengths and talents may be developed in service of the greater good. The process of designing a fellowship application involves growing expertise in a subject or problem area and learning by doing. GOFAR begins working with students as early as their first year on campus, supporting them in identifying fellowship opportunities matched to their undergraduate experience but also in shaping that experience in ways that allow for success in these competitions. For more information about fellowships, please contact gufa@georgetown.edu.

GOFAR offers a range of resources – from applicant toolkits, to modules, to research and experiential learning directories – that prepare students not only to strengthen their fellowship applications but also to make the most of their undergraduate experience and enhance their professional trajectory. For more information about these resources, please visit the GOFAR website, www.gofar.georgetown.edu (https://gofar.georgetown.edu/).

The Carroll Fellows Initiative (CFI) is Georgetown's flagship co-curricular academic program designed to enable students, starting from their first year, to craft a distinctive collegiate experience, one that is not only highly satisfying in itself but also prepares them for competitive post-graduate opportunities. Central to the program is its motto Mentis Vita Pro Vita Mundi (the life of the mind for the life of the world). Prospective Fellows apply during their first year to begin the two-semester Carroll Forum, which emphasizes critical and original thinking, clear and persuasive writing, and effective public speaking. Students who succeed in the Forum are invited to participate in the CFI, embarking on a five-semester path that helps them define their individual academic goals and to access the programs that best suit those goals. For additional information about the program or the application process, please contact carrollprograms@georgetown.edu.

For more complete descriptions of all aspects of GOFAR, please visit http://gofar.georgetown.edu (new window) (http://gofar.georgetown.edu).

# 5. U.S. Army Reserve Officers' Training Corp (ROTC), The Hoya Battalion

## History

Since the early nineteenth century, Georgetown University's ethic of service to the nation has included the training of military officers. It was formalized in 1852 when the Reverend James Clark, a West Point graduate, arrived at Georgetown to expand the existing officer training program. During the American Civil War, University graduates served in both the Union and the Confederate armies. After the war, officer training at the nation's oldest Roman Catholic university was reduced to reflect the relative lack of external threat to our nation as it expanded across the continent. However, university officials quickly organized a Cadet Corps after the outbreak of war between Germany and the United States in April 1917. In February 1918, the War Department officially established the Reserve Officers Training Corps at Georgetown University. Since that time, over 4,000 men and women have been commissioned from the Georgetown University ROTC Program. Today, Georgetown University ROTC graduates continue to serve with pride in the finest tradition of the Georgetown heritage and in the interest of our nation's security.

# Purpose and Approach

The Georgetown University ROTC Program consists of structured study in the field of military science. Its primary objective is to prepare those students with leadership potential to serve as commissioned officers in the U.S. Army's Active and Reserve Components. In accomplishing this objective, the citizen-soldier relationship, ingrained as part of the American heritage, is fostered in a collegiate environment. In the classroom and during practical exercises, students are challenged to demonstrate the leadership abilities necessary to serve as future leaders and managers of human and material resources.

The ROTC department, consisting of students from Georgetown University, American University, Catholic University and George Washington University, commissions future U.S. Army officers through rigorous leader development. Moreover, it motivates young people through caring leadership and positive influence to be better citizens for life-long service to the community.

Being an officer in the U.S. Army means being a leader, counselor, coach, strategist, and motivator. Officers must lead other Soldiers in all situations and adjust to environments that are constantly changing. To prepare prospective officers to meet this challenge, the Army ROTC program is designed to develop confident, competent, versatile and resilient leaders with the basic military science and leadership foundations necessary to lead small units in the Operational Environment (OE) and to evolve into the Army's future senior leaders.

Army leader development is a deliberate, continuous, sequential, and progressive process based on Army values that develop cadets into competent and confident leaders. First-year and sophomore students begin with the no-obligation Basic Courses. Junior and senior cadets make up the Advanced Courses. At this stage, they receive instruction on leadership principles and advanced military skills, culminating in a commission as an Army Officer.

To be eligible for contracting and commissioning, as a minimum, a student must be of good character, be in good health, be a United States citizen before contracting (usually by junior year), and be approved by the ROTC Program Director. The contract with the U.S. Army includes the rights and responsibilities of the Cadets who contract. Visit the website at http://rotc.georgetown.edu (new window) (http://rotc.georgetown.edu) for more information.

# Enrollment Information

Enrollment in the first two years of Military Science is open to all students—it is an elective program. No service obligation is incurred from enrolling in Army ROTC during the first or sophomore year. Courses can be dropped or added like any elective course.

The Basic Course is a four-course series, usually taken in the freshmen and sophomore years (MLSC-111, 112, 113, 114: Leadership Skills I through IV). The MLSC-111, 112, 113, and 114 classes are one credit each. The Basic Course trains students in such topics as leadership theory, management skills, time management, and military roles and national

objectives. In addition, applied topics such as map reading, land navigation, first aid topics, physical fitness and health topics, writing memoranda, giving briefings, and more are also taught.

The Advanced Course consists of a four-course series taken during the junior and senior years (MLSC-211, 212, 251, & 252). The MLSC-211, 212 classes are one credit each. The MLSC-251 and 252 classes are three credits each as is MLSC-103. Consult each School's degree requirements to determine the number of ROTC credits and/or courses that may be counted toward a particular degree. Normally, Advanced Course cadets contract to become commissioned officers and thus incur some type of service obligation upon graduation and commissioning.

There are also Professional Military Education requirements. Contracted cadets must take and pass a course in American military history (MLSC-103 worth three credits). There are other requirements which may come from the general course offerings at the university and may fulfill both the student's core, elective, and academic major requirements.

Since all students initially may enroll in ROTC classes, a student wishing to take an upper-level course must seek enrollment approval from the ROTC Director or instructor. Prerequisites do exist for upper-level courses. Course requirements may be established between the Director of ROTC, and the student to tailor the class to the student's interests and needs.

The senior-level courses are considered the "Transition to Lieutenant" phase. The courses focus on staff operations, logistics, military law, and ethics. Seniors are expected to organize and attend an additional one hour staff and training meeting per week as part of their leadership experience and duties. Planning and implementation of training become the primary focus for seniors in Leadership Laboratory.

# Scholarship Programs

Scholarships are available at most levels of education, but they are highly competitive. Visit the ROTC website at http://www.goarmy.com/rotc/scholarships.html (new window) (http://www.goarmy.com/rotc/scholarships.html) for additional scholarship information. Georgetown University Army ROTC is designated the "Hoya Battalion." Contact the Enrollment and Scholarship Officer, ROTC, at (202) 687-7056/7065 (Fax: 1109).

# 6. University Wide Cross-Disciplinary courses (uNXD)

The Designing the Future(s) Initiative develops and proposes new courses under the UNXD designation. UNXD courses include university-wide cross-disciplinary courses or courses with an application to a range of fields. These courses also include those offered in non-traditional formats (e.g. single credit or flexible credit practice or skills courses) and courses offered by non-degree granting campus units (such as the Beeck Center for Social Impact and Innovation). UNXD courses might also involve experiential opportunities that involve faculty from multiple schools. With the exception of grade appeals (review here (new window) (https://bulletin.georgetown.edu/schools-programs/cross_school/unxd-grade-appeals/)), registration and integrity issues arising in UNXD courses will follow the student through his/her advising dean and will be handled in accordance with the standards and processes laid out in the student bulletin.

# Cross-School Programs



1. Center for Social Justice Research, Teaching, and Service (CSJ)
2. Community Scholars Program
3. Language courses at the Johns Hopkins University School of Advanced International Studies
4. Programs in Gervase
5. U.S. Army Reserve Officers' Training Corp (ROTC), The HOYA Battalion
6. University Wide Cross-Disciplinary Courses (UNXD)

## 1. Center for Social Justice Research, Teaching, and Service (CSJ)

The Center for Social Justice (http://csj.georgetown.edu) (CSJ) is a central resource and hub at Georgetown University through which students, faculty, and staff engage in Washington, DC through activism, advocacy, service, volunteerism, and community-based learning and research. Through CSJ, students support social justice efforts across the United States and around the world, through service and immersion experiences, disaster relief fundraising, and research and public service fellowships. Through its programs, CSJ endeavors to work with community members and partners, engage thoughtfully in sustainable interventions, and affect short-term relief and long-term social change.

There are over 100 ways to get involved in the University's mission for the common good through CSJ, including 1 day, 1 week, semester, summer, and year-long opportunities, both on and off-campus. CSJ's signature programs, run by professional team members and led by students, include: the After School Kids (ASK) program (new window) (http://csj.georgetown.edu/ask), a mentoring program with court-involved youth; DC Reads (new window) (http://csj.georgetown.edu/dcreads), a literacy program with elementary students in DC Public Schools; DC Schools Project (new window) (http://csj.georgetown.edu/dcsp), a program providing English language tutoring to the DC immigrant community; DC (http://csj.georgetown.edu/stem)STEM (new window) (http://csj.georgetown.edu/stem), a science enrichment program for elementary students in DC Public Schools; HOME Program (http://csj.georgetown.edu/homeprogram) (Homelessness Outreach | Meals | Education), supporting the local population experiencing homelessness; Jumpstart (http://csj.georgetown.edu/jumpstart),

supporting Pre-K literacy settings; and Alternative Breaks Program (new window) (http://csj.georgetown.edu/abp), providing 25+ immersion experiences and service trips annually. CSJ further sponsors summer (new window) (http://csj.georgetown.edu/summer) programming that provides opportunities for service and immersion as well as serves as a resource for post-graduation volunteerism (new window) (https://csj.georgetown.edu/postgradservice) and careers in service and social justice. In addition, there are over 40 student-run organizations (new window) (https://csj.georgetown.edu/studentorgs) that work in a variety of areas including human rights, prison outreach, HIV/AIDS education, and immigrant justice.

Students can integrate social justice fieldwork into their coursework through community-based learning (CBL) courses (http://csj.georgetown.edu/cbl). Learning objectives in CBL courses meet needs identified by community partners. Students can search for CBL courses in MyAccess by selecting "community-based learning" as a filter in the "attribute type" menu.

CSJ offers UNXD 130: SOCIAL ACTION (http://csj.georgetown.edu/unxd130) and UNXD 030: INTERSECTIONS OF SOCIAL JUSTICE (http://csj.georgetown.edu/intersections), pass/fail 1-credit courses that wrap around student service experiences through regular reflection in community with peers and mentors through a social justice lens.

UNXD 130: SOCIAL ACTION (http://csj.georgetown.edu/unxd130) is offered in-person on Main Campus in the fall and spring semesters. Students meet four times over the semester and reflect on connections between their academic learning and social justice work. Enrollment requires a formal commitment to serve at least 30 hours over the semester with an organization (including CSJ signature programs (https://csj.georgetown.edu/CSJprograms)) that works with or on behalf of an underserved population. Students can take UNXD 130: SOCIAL ACTION up to three times. This course was previously titled the 4th Credit Option for Social Action.

UNXD 030: INTERSECTIONS OF SOCIAL JUSTICE (http://csj.georgetown.edu/intersections) is offered online during the summer cross-section and (beginning in fall 2019) in-person for students at the downtown DC Capital Applied Learning Lab (https://futures.georgetown.edu/the-call/) (Georgetown CALL). Students engage in daily reflection on fieldwork with a social justice lens through engagement via the Canvas learning platform. At the CALL, students meet weekly for reflection in person. Enrollment requires the student's formal commitment of at least 10 hours per week for the semester. Contact CSJ's Associate Director for Mission Curricular Integration at csjcbl@georgetown.edu for more information.

For more information about CSJ, visit: http://socialjustice.georgetown.edu (new window) (http://socialjustice.georgetown.edu).

# 2. Community Scholars Program

The Community Scholars Program, managed by the Center for Multicultural Equity & Access, offers an enhanced educational opportunity for first-generation college students from high financial need backgrounds in all four of Georgetown's undergraduate schools. Eligible students are identified during the admissions process and invited to attend a five-week academic summer program prior to the start of their first year at Georgetown. Designed to aid their transition to higher education, students take two courses for academic credit, attend orientation workshops, and begin forming bonds with one another, faculty members, and administrators that will help sustain them through college. Georgetown covers all costs associated with the summer experience including housing, meals, travel, textbooks, supplies, and other program fees. Additionally, Scholars who receive a need-based financial aid package are eligible for a renewable three-year $1,700 scholarship to compensate for lost summer wages. Beyond the summer program, CSP continues to support its

GTOWN_00000248

Scholars during the school year with academic advising, mentoring and personal counseling, peer-led study groups, transition workshops, community gatherings, and academic seminars. For more information please visit: http://cmea.georgetown.edu/community-scholars.

# 3. Language Courses at the Johns Hopkins University School of Advanced International Studies

Beginning in Fall 2016, degree candidates in good standing from Georgetown College and the Edmund A Walsh School of Foreign Service may register in Burmese, Hundu/Urdu, Indonesian, Thai and Vietnamese language courses at The Johns Hopkins University-School of Advanced International Studies (JHU-SAIS), which is located in Washington, D.C. Registration for these courses is processed by the Office of the University Registrar with the approval of the student's dean. Students must have completed at least one full academic year with a cumulative GPA of at least 3.0 prior to enrolling at JHU-SAIS. Students must pass their current language course before they are eligible to enroll in future course offerings.

# 4. Programs in Gervase

The Undergraduate Honor Council, Georgetown Undergraduate Research Opportunities Program (GUROP), and the Georgetown Office of Fellowships, Awards and Research (GOFAR) occupy the ground floor of the Gervase Building.

## The Honor Council

The Honor Council is the principal administrative body of the Honor System. The Council consists of students, faculty, and decanal representatives from each of the four traditional undergraduate schools and Bachelor of Liberal Studies degree from the School of Continuing Studies. Applications for Honor Council membership will be received in early fall (August/September) for the upcoming academic year. Students previously on the Honor Council must re-apply. Spaces are reserved each fall for returning undergraduates and for new first-year and transfer students. For more information on the Honor System, please see Section VI of the Academic Regulations (new window) (https://bulletin.georgetown.edu/regulations/honor/) section of the Bulletin.

## The Georgetown Undergraduate Research Opportunities Program (GUROP)

The Georgetown Undergraduate Research Opportunities Program (GUROP) aims to advance faculty research projects with the assistance of motivated undergraduate students, and to benefit students by introducing them to valuable research experience. Students may participate in GUROP as early as spring semester of their first year, provided their first semester grades are superb, and they have identified a faculty mentor. Registration forms for GUROP are due by September 20 (fall), January 20 (spring semester), and June 20 (summer term). Successful participants, who have completed an expected 60 hours of research at the direction of their faculty mentors, will have the following course entry added to their official record: "UROP- [SUBJECT, e.g., BIOL, SECTION] – MENTORED RESEARCH" for each semester of participation. All students involved in mentored research during an academic year (summer through spring) are eligible to apply competitively for a full-time, funded GUROP Research Fellowship for the next summer. Preference is given to

students who have participated in mentored research, e.g., GUROP, for at least one semester. A description of the GUROP program and instructions about application can be found at: https://gurop.georgetown.edu (new window) (http://gervaseprograms.georgetown.edu). Independent research may also be funded through various other grant programs, such as the Kalorama and Raines Fellowships, and other research opportunities administered by the various undergraduate deans' offices.

# The Georgetown Office of Fellowships, Awards, and Research (GOFAR)

The Georgetown Office of Fellowships, Awards, and Research (GOFAR) supports ambitious students and alumni in pursuing transformative fellowship opportunities that further their academic, professional, and personal development in individual ways. GOFAR comprises several principal functions:

GOFAR guides students and alumni interested in applying for competitive, merit-based national and international fellowships and scholarships. These include the Fulbright, the Truman, the Rhodes, the Marshall, and the Gates-Cambridge. In designing a fellowship application, regardless of outcome, GOFAR is committed to helping candidates think deeply and critically about complex issues and to providing them with a constructive space to examine and imagine how their strengths and talents may be developed in service of the greater good. The process of designing a fellowship application involves growing expertise in a subject or problem area and learning by doing. GOFAR begins working with students as early as their first year on campus, supporting them in identifying fellowship opportunities matched to their undergraduate experience but also in shaping that experience in ways that allow for success in these competitions. For more information about fellowships, please contact gufa@georgetown.edu.

GOFAR offers a range of resources – from applicant toolkits, to modules, to research and experiential learning directories – that prepare students not only to strengthen their fellowship applications but also to make the most of their undergraduate experience and enhance their professional trajectory. For more information about these resources, please visit the GOFAR website, www.gofar.georgetown.edu (https://gofar.georgetown.edu/).

The Carroll Fellows Initiative (CFI) is Georgetown's flagship co-curricular academic program designed to enable students, starting from their first year, to craft a distinctive collegiate experience, one that is not only highly satisfying in itself but also prepares them for competitive post-graduate opportunities. Central to the program is its motto Mentis Vita Pro Vita Mundi (the life of the mind for the life of the world). Prospective Fellows apply during their first year to begin the two-semester Carroll Forum, which emphasizes critical and original thinking, clear and persuasive writing, and effective public speaking. Students who succeed in the Forum are invited to participate in the CFI, embarking on a five-semester path that helps them define their individual academic goals and to access the programs that best suit those goals. For additional information about the program or the application process, please contact carrollprograms@georgetown.edu.

For more complete descriptions of all aspects of GOFAR, please visit http://gofar.georgetown.edu (new window) (http://gofar.georgetown.edu).

# 5. U.S. Army Reserve Officers' Training Corp (ROTC), The Hoya Battalion

## History

Since the early nineteenth century, Georgetown University's ethic of service to the nation has included the training of military officers. It was formalized in 1852 when the Reverend James Clark, a West Point graduate, arrived at Georgetown to expand the existing officer training program. During the American Civil War, University graduates served in both the Union and the Confederate armies. After the war, officer training at the nation's oldest Roman Catholic university was reduced to reflect the relative lack of external threat to our nation as it expanded across the continent. However, university officials quickly organized a Cadet Corps after the outbreak of war between Germany and the United States in April 1917. In February 1918, the War Department officially established the Reserve Officers Training Corps at Georgetown University. Since that time, over 4,000 men and women have been commissioned from the Georgetown University ROTC Program. Today, Georgetown University ROTC graduates continue to serve with pride in the finest tradition of the Georgetown heritage and in the interest of our nation's security.

# Purpose and Approach

The Georgetown University ROTC Program consists of structured study in the field of military science. Its primary objective is to prepare those students with leadership potential to serve as commissioned officers in the U.S. Army's Active and Reserve Components. In accomplishing this objective, the citizen-soldier relationship, ingrained as part of the American heritage, is fostered in a collegiate environment. In the classroom and during practical exercises, students are challenged to demonstrate the leadership abilities necessary to serve as future leaders and managers of human and material resources.

The ROTC department, consisting of students from Georgetown University, American University, Catholic University and George Washington University, commissions future U.S. Army officers through rigorous leader development. Moreover, it motivates young people through caring leadership and positive influence to be better citizens for life-long service to the community.

Being an officer in the U.S. Army means being a leader, counselor, coach, strategist, and motivator. Officers must lead other Soldiers in all situations and adjust to environments that are constantly changing. To prepare prospective officers to meet this challenge, the Army ROTC program is designed to develop confident, competent, versatile and resilient leaders with the basic military science and leadership foundations necessary to lead small units in the Operational Environment (OE) and to evolve into the Army's future senior leaders.

Army leader development is a deliberate, continuous, sequential, and progressive process based on Army values that develop cadets into competent and confident leaders. First-year and sophomore students begin with the no-obligation Basic Courses. Junior and senior cadets make up the Advanced Courses. At this stage, they receive instruction on leadership principles and advanced military skills, culminating in a commission as an Army Officer.

To be eligible for contracting and commissioning, as a minimum, a student must be of good character, be in good health, be a United States citizen before contracting (usually by junior year), and be approved by the ROTC Program Director. The contract with the U.S. Army includes the rights and responsibilities of the Cadets who contract. Visit the website at http://rotc.georgetown.edu (new window) (http://rotc.georgetown.edu) for more information.

# Enrollment Information

Enrollment in the first two years of Military Science is open to all students—it is an elective program. No service obligation is incurred from enrolling in Army ROTC during the first or sophomore year. Courses can be dropped or added like any elective course.

The Basic Course is a four-course series, usually taken in the freshmen and sophomore years (MLSC-111, 112, 113, 114: Leadership Skills I through IV). The MLSC-111, 112, 113, and 114 classes are one credit each. The Basic Course trains students in such topics as leadership theory, management skills, time management, and military roles and national

objectives. In addition, applied topics such as map reading, land navigation, first aid topics, physical fitness and health topics, writing memoranda, giving briefings, and more are also taught.

The Advanced Course consists of a four-course series taken during the junior and senior years (MLSC-211, 212, 251, & 252). The MLSC-211, 212 classes are one credit each. The MLSC-251 and 252 classes are three credits each as is MLSC-103. Consult each School's degree requirements to determine the number of ROTC credits and/or courses that may be counted toward a particular degree. Normally, Advanced Course cadets contract to become commissioned officers and thus incur some type of service obligation upon graduation and commissioning.

There are also Professional Military Education requirements. Contracted cadets must take and pass a course in American military history (MLSC-103 worth three credits). There are other requirements which may come from the general course offerings at the university and may fulfill both the student's core, elective, and academic major requirements.

Since all students initially may enroll in ROTC classes, a student wishing to take an upper-level course must seek enrollment approval from the ROTC Director or instructor. Prerequisites do exist for upper-level courses. Course requirements may be established between the Director of ROTC, and the student to tailor the class to the student's interests and needs.

The senior-level courses are considered the "Transition to Lieutenant" phase. The courses focus on staff operations, logistics, military law, and ethics. Seniors are expected to organize and attend an additional one hour staff and training meeting per week as part of their leadership experience and duties. Planning and implementation of training become the primary focus for seniors in Leadership Laboratory.

# Scholarship Programs

Scholarships are available at most levels of education, but they are highly competitive. Visit the ROTC website at http://www.goarmy.com/rotc/scholarships.html (new window) (http://www.goarmy.com/rotc/scholarships.html) for additional scholarship information. Georgetown University Army ROTC is designated the "Hoya Battalion." Contact the Enrollment and Scholarship Officer, ROTC, at (202) 687-7056/7065 (Fax: 1109).

# 6. University Wide Cross-Disciplinary courses (uNXD)

The Designing the Future(s) Initiative develops and proposes new courses under the UNXD designation. UNXD courses include university-wide cross-disciplinary courses or courses with an application to a range of fields. These courses also include those offered in non-traditional formats (e.g. single credit or flexible credit practice or skills courses) and courses offered by non-degree granting campus units (such as the Beeck Center for Social Impact and Innovation). UNXD courses might also involve experiential opportunities that involve faculty from multiple schools. With the exception of grade appeals (review here (new window) (https://bulletin.georgetown.edu/schools-programs/cross_school/unxd-grade-appeals/)), registration and integrity issues arising in UNXD courses will follow the student through his/her advising dean and will be handled in accordance with the standards and processes laid out in the student bulletin.

GTOWN_00000252

# The Washington Consortium of Universities



Georgetown University is a member of the Consortium of Universities of the Washington Metropolitan Area. The Consortium of Universities of the Washington Metropolitan Area (new window) (https://www.consortium.org/), includes: American University, The Catholic University of America, Gallaudet University, George Mason University, The George Washington University, Georgetown University, Howard University, Marymount University, Montgomery College, National Defense University, National Intelligence Univresity, Northern Virginia Community College, Prince George's Community College, Trinity Washington University, Uniformed Services University of the Health Sciences, University of the District of Columbia, and the University of Maryland-College Park.

Georgetown University does not participate in cross-registration with Montgomery College, National Defense University, National Intellegence University, Northern Virginia Community College, Prince George's Community College, or Uniformed Services University of the Health Sciences.

Although the primary purpose of the Consortium is the improvement of graduate education in the District of Columbia, undergraduate students are also eligible to participate according to the regulations listed below.

# Policies

## General Policy

1. Undergraduate students will be allowed to participate in the Consortium only to the extent that courses taken are not available at the home university.
2. The student must be a degree candidate at Georgetown.
3. Courses taken in the Consortium should be in the area of "enrichment." Ordinarily, a student will not be allowed to take part of his/her major requirements at another university.
4. An undergraduate student must have the written approval of their advising dean before registration through the Consortium will be allowed.

GTOWN_00000253

5. *A* student *must be in the junior or senior year before being allowed to register through the Consortium.* It is understood that in cases involving language study (exclusive of elementary and intermediate level French, German, Russian, Spanish) first-year and sophomore students may be eligible to participate.
6. Normally, a total of four Consortium courses is the maximum acceptable toward fulfilling degree requirements at Georgetown.
7. Registration procedures are found on the Office of the University Registrar's website: http://registrar.georgetown.edu/registration/consortium/ (new window) (http://registrar.georgetown.edu/registration/consortium/).
8. Georgetown students are not permitted to audit Consortium courses or to elect pass/fail grading. *Please note that while consortium courses must be taken for a grade, the grade is not applied to your GPA.  You will only receive credit for the course(s) taken.*
9. Physical Education, Study Abroad, Non-Credit and Individualized courses such as independent study, tutorial, directed reading, private music instruction, internship, practicum and student teaching, may not be taken through the Consortium.
10. Tuition for courses taken under the Consortium arrangement is assessed at the current Georgetown tuition rate and paid to Georgetown. Additional course fees may be charged by the visited institution. Dropped courses are subject to the main campus refund schedule.

# Grade Transfer

1. Grades received in Consortium courses will not affect the student's grade point average at Georgetown, although the credits will be accepted in fulfillment of degree requirements.
2. Grades will stand as given by the host university.
3. All grades given by the host university will appear without quality points on the Georgetown transcript.
4. Incomplete grades (N Grades) are to be governed according to the schedule and regulations published in the Georgetown *Undergraduate Bulletin*.

# Withdrawal

1. Students withdrawing from Consortium courses must follow official procedures of Georgetown University, i.e., completing an add/drop form with the dean, and also notifying the Georgetown University Consortium Coordinator by e-mail to consortium@georgetown.edu.
2. Normally, no withdrawals will be permitted after the tenth week of classes in any semester.

# Air Force and Navy ROTC

Air Force ROTC is available to students through Howard University and Navy ROTC through George Washington University. Students must register for ROTC courses at semester's start through Georgetown's Consortium Coordinator.

Each undergraduate school has its own policy about how these courses apply to their degree requirements.

# Honors and Awards



## View Awards by Type

- Awards open to all Undergraduate Students
- Awards of Georgetown College
- Awards of the Faculty of Languages and Linguistics of Georgetown College

- Awards of the Edmund A. Walsh School of Foreign Service
- Awards of the Robert Emmett McDonough School of Business
- Awards of the School of Nursing & Health Studies

## Awards Open to All Undergraduate Students

Alpha Sigma Nu

Alpha Sigma Nu is the national Jesuit honor society for men and women. Students nominated by the members of the society, approved by the Dean of their School and the President of the University, who have demonstrated outstanding qualities of scholarship, service, and loyalty to the University are elected to the society in junior and senior years.

The Edward B. Bunn Award for Journalistic Excellence

This award was founded by H. M. Greenspun, editor-publisher of the Las Vegas Sun. Named in honor of the Reverend Edward B. Bunn, S. J., Georgetown President from 1952–64 and Chancellor from 1964–72, the award, a $200 bronze medallion, is given annually to the undergraduate who makes an outstanding contribution to a student publication.

The Mallory Medal

This medal was founded by Stephen Mallory (C'1869), U.S. Senator from Florida, and is awarded for the best essay on the United States Constitution. The topic is selected by the Dean of College. The essay should embrace not less than 4,000 and not more than 5,000 words. There must be at least two typewritten copies of the student's paper signed with an assumed name, together with a sealed envelope containing his/her real and assumed names. There must be at least two contestants.

The Donald S. MacDonald Prize in Korean Studies

The Donald S. MacDonald Prize annually provides $500 for the best paper on Korea written by a Georgetown undergraduate in any school. Papers written for any course are welcome. Students not specializing in Korean Studies are encouraged to compete. Faculty members may submit papers on behalf of their students.

Phi Beta Kappa

The Georgetown University Chapter of Phi Beta Kappa (Delta of the District of Columbia) offers membership in course to selected students in Georgetown College, the School of Foreign Service, and the School of Nursing and Health Sciences who are pursuing liberal, non-professional degree programs. For election to membership candidates shall have completed at least three full-time semesters, totaling forty-five credit hours, at Georgetown, and be registered for a fourth semester. Requirements include, in addition to outstanding academic achievement, two courses in college level mathematics or science, completion of language study through the intermediate level, and evidence of good character. The mathematics/science requirement may he satisfied by Advanced Placement or transfer credit (such credits shall have no numerical weight in determining the GPA), by courses satisfying the mathematics/science requirement in the College, or by courses included on a list maintained by the Chapter Secretary.

# Awards of Georgetown College

## Departmental and program awards

The Senior Award for Outstanding Research in Anthropology

The Senior Award for Outstanding Research in Anthropology is presented annually to the senior Anthropology major or minor who has demonstrated excellence in anthropological research.

The Leo Doran (C'2015) Award for Art History

The Leo Doran Award is s presented annually to the senior major whose academic achievement and thoughtful inquiry in the field are deemed most outstanding by the Art History faculty.

The Dr. Michael Barrette Medal

This medal was founded by James C. Shannon, Jr. (C'1950) to honor the memory of Dr. Michael Barrette, (C'1950, D'1954). It is awarded annually to the pre-medical or pre-dental student whose academic record is outstanding and whose co-curricular activities and interests hav contributed to the educational goals of the College.

The Biology Medal

This medal was founded by the Biology majors of the class of 1955 in tribute to the more than sixty years of devoted teaching by Reverend Arthur A. Coniff, S.J., Professor William T. Taylor, and Professor Richard J. Weber. The medal is to be awarded by the department each year to the senior Biology student who has exhibited the greatest degree of industry, perseverance, leadership, maturity, and promise in the field.

The Annabelle Bonner Medal

This award is named in memory of the mother of Edward J. Ingebretsen, Professor Emeritus of English. It is awarded to the graduating senior in any major whose work in creative short fiction demonstrates technical skill and promise in the art of the short story or narrative.

The Brennan Medal

The Brennan Medal, founded by the Reverend Patrick H. Brennan, S.J. (C'1867), is awarded annually to the student majoring in Theology who has demonstrated the highest proficiency in this field.

The Sebastian Brenninkmeyer Medal in Psychology

This medal, established in honor of Sebastian Brenninkmeyer (C '1994), is awarded by the Department of Psychology in recognition of uncommon accomplishment by an undergraduate major.

The Karl H. Cerny Award

The Karl H. Cerny Award was established by the Department of Government to honor a former member and chairman of the Department for his leadership, scholarship, and commitment to teaching. The award is given annually to a senior Government major, who in the opinion of the faculty, is the most outstanding student in the comparative government sub-field.

The Chapman Medal for Undergraduate Research in Biology

This medal was founded by the members of the Biology Department to honor their Chairman and colleague, Dr. George B. Chapman, for the quarter century of devoted service he has given to the College as a distinguished educator and scientist. This medal shall be awarded annually to that senior Biology major who has clearly demonstrated the highest level of scholarship in the area of Senior Thesis Research.

Award for Outstanding Undergraduate Research in Chemistry or Biochemistry

This annual award shall be to the senior Chemistry or Biochemistry major or minor who has performed the most outstanding research in the student's class. The recipient is chosen by the faculty based on the depth and impact of the student's research project, and on the student's research publications and meeting presentations.

American Institute of Chemists Award

The student award of the American Institute of Chemists shall be to a senior majoring in Chemistry or Biochemistry, in recognition of potential advancement of the chemical profession, on the basis of the student's demonstrated record of leadership, ability, character, and scholastic achievement.

College Chemistry Achievement Award

The student award of the Chemical Society of Washington shall be to a senior majoring in Chemistry in recognition of outstanding achievement in college chemistry.

The Miljevic Chemistry Award

Founded in 1962 by Mrs. Nicholas Miljevic in memory of Mr. Nicholas Miljevic (C'1934), the Chemistry award is awarded for academic excellence to that student of the senior class who is majoring in the Department of Chemistry and has the best record in this field.

The Clifford T. Chieffo Award for Art

The Clifford T. Chieffo Award, made possible by the family of Misty Dailey, College Class of 1978, is named in honor of Professor Emeritus Clifford T. Chieffo, founder of Georgetown's Art Department. It is presented annually to the Studio Art major who, in the judgment of the faculty, best exemplifies excellence, creativity, and initiative in visual art. The recipient of the Chieffo Award also receives the DaVinci Medal, based on a portrait of Leonardo da Vinci in Georgetown's Special Collections.

The Computer Science Award

The Computer Science award is presented to the senior pursuing a Bachelor of Science in Computer Science who has demonstrated outstanding potential and promise in the field. The recipient is selected by the faculty based on academic and scientific achievement, excellence in written and oral communication, community service, and strength of moral and personal character.

The Connecticut Alumni Medal

The Connecticut Alumni Club established this medal to be awarded by the Department of Government to the graduating senior whose record and performance are the most outstanding in the judgment of the faculty in the field of Government.

The Dahlgren Medal

John Vinton Dahlgren (C'1989) founded a medal to be awarded to a student chosen by the Department of Mathematics, with the approval of the Dean, who has shown the most progress in the field of mathematics. Ordinarily, the student is to be selected from the senior class and from those majoring in Mathematics.

The Davis Medal

The Davis Medal is named after Terrance De'Shawn Davis, a beloved and gifted Theater and Performance Studies Major who indelibly inspired our community and who lost his life tragically in September of 2008. The Davis Medal is presented annually to the Theater and Performance Studies major who in the judgment of the faculty best exemplifies academic and artistic excellence, creativity, and initiative in the field of theater and performance studies.

The Dixon Medal

The Dixon medal was founded by Mrs. William Wirt Dixon in memory of her son, William Wirt Dixon, Jr. (C'1898). The medal is awarded each year to the member of the Mask and Bauble Club who is judged to have contributed most to the progress of the organization.

Durkin Award

The Reverend Joseph T. Durkin, S.J. Award in American Studies is presented to a student for his or her outstanding intellectual and service contributions to the American Studies Program. The award represents the highest levels of commitment to interdisciplinary work and the ideals of the American Studies community at Georgetown University. This cash award is given annually.

The Valerie A. Earle Award

Named after a distinguished member of the Department of Government for more than two decades, the Valerie Earle Award is awarded to that graduating senior who, in the judgment of the Faculty of the Department of Government, is the most outstanding student in the sub-field of American Government.

The Foley Medal

The Foley medal was founded by the Department of History in memory of Michael F. Foley, professor in the Department from 1967-1984. It honors Professor Foley's dedication as a teacher to the highest ideals of liberal education and his commitment as a Christian to an active role in the struggle for human rights. It is awarded to the senior major who by social concern and community service best exemplifies Professor Foley's own passion for truth and justice; the winner is chosen by a departmental committee.

Outstanding Senior in English Award

Established in 2015, this prize is awarded annually to the senior English major who has demonstrated outstanding scholarship and service to the major.

The Department of Government Award

The Department of Government Award is awarded to that student who, in the opinion of the Faculty in the Department of Government, has most successfully completed the Honors Program.

The Christian and Liliane Haub Award for Excellence in Catholic Studies

This award is given to a graduating senior who has exemplified an outstanding integration of faith, work, and life in service to others.

The Hoggson Award

The award was established in 1983 by the Sociology Faculty to encourage the use of socio-cultural knowledge for the realization of a more just society. The award is given to the senior Sociology major who has demonstrated both an outstanding command of socio-cultural analysis and a concern for improving the human condition.

The Horace Medal

This medal was founded by personal friends in the memory of the Reverend John J. Murphy, S. J., at one time Prefect of Discipline and Professor of Moral Philosophy at the College. The medal is awarded to a student of the College for proficiency in both oral and written translation of the odes of Horace. The candidate, on the day of the examination, will present in writing an original verse translation of one other ode of his choice.

The grading of the examination will be determined by the fluency and elegance of the translation, knowledge of historical references, and meter.

The Kidwell Medal

Founded by the Edgar Kidwell (A.M., 1886; A.M., 1889; Ph.D., 1897), the Kidwell Medal is awarded to the senior who has demonstrated the highest level of academic excellence in physics coursework.

The Kircher Medal

The Kircher Medal is named after Jesuit polymath Reverend Athanasius Kircher, S.J. (1601–1680), whose interdisciplinary approach to the study of music profoundly influenced the fields of music history, acoustics, composition, aesthetics, and ethnomusicology. The Kircher Medal is presented annually to the senior American Musical Culture major, who in the judgment of the faculty, best exemplifies excellence, creativity, and initiative in the fields of music scholarship and performance.

The Henry M. Leslie Award

This award was donated by the Textile Veterans Association, Hospitalized Veterans Fund, Inc. in honor of Mr. Henry M. Leslie, President of Leslie, Catlin and Company, Inc. in New York City. It is awarded to that member of the senior class showing highest proficiency in Mathematics.

The Lynch Pendergast Medal

This medal was founded by J. Lynch Pendergast (C'1873), former President of the New York Alumni Chapter. The medal is awarded to the writer of the best essay of 5,000 words or less on any topic in the discipline of English.

The Edward L. Mahoney Medal

This medal was founded by Dr. Edward P. Luongo and Mrs. Virginia P. Luongo and is awarded annually to the pre-medical student of the senior class who has accomplished outstanding achievement in the Humanities.

Mehrdad Mashayekhi Foundation Prize

This monetary prize, established in honor of Dr. Mehrdad Mashayekhi, who taught in the Sociology Department of Georgetown University, is for the best Persian research paper on the topic of Modern Iranian Society and Culture.

The McKay Medal

This medal, established in May, 1987, in memory of James J. McKay (C'1942) by Mrs. Edith McKay, and their children and friends, is awarded to the student who, in the judgment of the members of the Classics department, writes the best essay on a Classical subject in a competition open to any undergraduate student of any discipline.

There must be at least three contestants. If, in any given year, the Department should determine that none of the essays submitted for consideration are of sufficient quality, the medal will not be awarded in that year.

The Stephen F. McNamee Ethics Award

This award was founded by Dr. Ernest R. S. Witten (C'1938, M'1944) in 1977 to honor the Reverend Stephen F. McNamee, S.J. The award is presented annually to the Georgetown College senior who has demonstrated outstanding scholastic achievement in the study of philosophical ethics.

The McSorley Award

The McSorley Award for excellence in scholarship and service in the field of justice and peace studies is presented each year by the Program on Justice and Peace to a graduating major in Justice and Peace Studies. The award is named for the late Reverend Richard McSorley, S.J., a tireless lifelong advocate for peace and justice, author of eight books on peace issues, and founder of the Center for Peace Studies at Georgetown University. From his time as a prisoner of war during WWII, through his close association with the Kennedy family, in marching with Martin Luther King Jr., and by teaching courses such as "The Nonviolent Revolution of Peace," Rev. McSorley distinguished himself as a scholar and activist with a principled commitment to positive change. Rev. McSorley passed in 2002, but not before leaving an inspiring legacy of intellectual engagement and nonviolent action in the pursuit of justice and peace. The McSorley Award honors this rich tradition of dedication to just causes through research, scholarship, and service.

The Mary Catherine Mita Prize

This award was founded by Mr. and Mrs. Francis L. Mita (C'1976) in honor of their daughter, Mary Catherine Mita. The prize is presented to the student in the American Studies Program whose senior thesis has been selected by a committee of faculty as most worthy of recognition and publication. Selection criteria includes rigor of research and overall contribution to the field. This cash award is given annually.

The Morris Historical Medal

The Morris Medal was founded in 1874 by Martin L. Morris (LL.D. 1877) of Washington, D.C. The medal is awarded annually for the best historical essay written by a graduating senior in the College majoring in History, as chosen by a committee of the Department of History.

The Ora Mary Pelham Poetry Prize

Established in 1988 by Georgetown Alumnus J. Patrick Lannan, Jr. in honor of his mother, and sponsored through the Academy of American Poets College Prize Program, this prize of $100 is awarded each spring for the most outstanding poem, or group of poems, submitted by an undergraduate or graduate student. The name of the contest winner will be listed in the July issue of the Academy of American Poets (AAP) monthly newsletter, *Poetry Pilot*, and winning poems might be selected for inclusion in the AAP's anthology of college prize poems.

The B. J. Phoenix Medal

This medal was established in May, 1951, by Mrs. Agnes G. Phoenix in memory of her son B. J. Phoenix (C'1951). The medal is awarded to the student chosen by the Department of Economics, with the approval of the Dean, who has shown the most progress and is the most rounded student in the field of economics. Ordinarily, the student is to be selected from the senior class and from those majoring in Economics.

Physics Department Undergraduate Research Award

Established in 2002, the Physics Department Undergraduate Research Award recognizes outstanding research accomplishments by a graduating student who has completed the requirements for the physics major or minor. The recipient is chosen by the faculty based on the depth and impact of the student's research, and on the student's written and oral presentations in PHYS-300.

The Quicksall Medal

The Quicksall medal, founded by William F. Quicksall (C'1861), is awarded annually by the Department of English for the best essay of 5,000 words or less on Shakespearean drama.

The Rosenzweig Medal

The Rosenzweig Medal is awarded in memory of Bess E. Rosenzweig (Class of 2013), a beloved Psychology Major who was deeply committed to humanitarian work in Africa. Bess and her mother died in a plane crash in Kenya two months after her graduation. The Rosenzweig Medal is presented annually to the Psychology major who in the judgment of the faculty best exemplifies humanitarian ideals, social responsibility, and a compassionate spirit.

The Ryan Medal

The Ryan medal was founded by the Misses Mary A. and Theresa F. E. Ryan. The medal is awarded to the senior Philosophy major who maintains the highest average in advanced philosophy courses.

Sigma Xi Medal for Excellence in Research

The Sigma Xi Medal is awarded annually to a student for outstanding undergraduate research in the natural sciences. Student achievements are evaluated based on an abstract summarizing the research, a faculty support statement and presentation of the research in the Sigma Xi Research Symposium. Eligible students must submit an abstract that is reviewed and approved for participation in the Sigma Xi symposium.

The Senior Thesis Award in Sociology

All Sociology majors write senior theses. Established in 2015, this award is given annually to the Sociology major whose senior thesis is, in the opinion of the faculty, the most oustanding example of social analysis and writing excellence.

Taylor-Weber Memorial Scholarship

The William T. Taylor/Richard J. Weber Memorial Scholarship Award was established in 1990 by the alumni of Georgetown College to honor the memory of two great teachers in the Department of Biology. The award, consisting of a check and a commemorative medal, is awarded annually to that student majoring in biology who has achieved the highest level of academic excellence in the field of biology.

Theta Alpha Kappa Undergraduate Achievement Award

This award, established by the National Board of the Honor Society for Religious Studies and Theology, is given to a senior selected by the Theology Department who is outstanding among his or her peers in the study of theology or religious studies and has demonstrated great proficiency in this field.

The Treado Medal

This medal was established in 1989 as a memorial to Professor Paul A. Treado. The medal is awarded to a graduating senior in recognition of excellence in physics coursework, research, and valuable service to the department.

The Bernard M. Wagner Medal

This medal was established in 1969 by an anonymous alumnus of the class of 1939 and his wife, in honor of Bernard M. Wagner, the recipient of the Alumni Association's William Gaston Award for Education (1969) and Professor of English in the College from 1931 to 1972. The medal is awarded annually for excellence in writing in any genre except drama, including fiction, nonfiction, and poetry. The competition is open to all full-time first-year students, sophomores, and juniors in the College.

The Outstanding Senior Award in Women's and Gender Studies

This award honors the student majoring or minoring in Women's and Gender Studies who is considered by his or her peers and teachers to have demonstrated superior performance in course work, service to women in an outside the University, and intellectual leadership.

# Special Awards of the College

The Edward B. Bunn Award for Faculty Excellence

In 1967 the Student Council established an award to honor the Rev. Edward B. Bunn, S.J. for his years of devotion and service to Georgetown University as President and Chancellor. The award is annually presented to a member of the College Faculty who, in the estimation of the senior class and the student Council, is admired and respected by all students for his or her service to Georgetown and students in the lecture hall and on the campus.

The Coakley Medal

Founded in memory of "Hank" Coakley (C'1941), Lieutenant, United States Army Air Force, who died in the service of his country in World War Two, the Coakley Medal is the gift of his wife, through the Henry Beckman Coakley Foundation. The medal was founded to encourage and reward leadership and to keep alive Hank's great love for

Georgetown. This medal is presented annually to the member of the Senior class who, in the opinion of the faculty, manifested, above all others, the qualities of loving service, honor and courage in all phases of his or her college life.

The Conde Nast Award

This award was founded in 1966 by the College Student Council to honor the memory of the first President of the Yard. It is awarded by the College to men and women who have served education with distinguished teaching, service, and scholarship on the Georgetown campus or in the arena of public affairs.

The Distinguished Service Award

The Distinguished Service Award is presented at the discretion of the Dean to a member of the senior class who has distinguished herself or himself through extraordinary service to the ideals of the College.

Thomas Francis Graham Award

(Presented at the discretion of the Dean of the College) This award was founded by the Graham Family in memory of their father Thomas Francis Graham (C'1949). The honor of this award is bestowed upon a graduating senior of the College who has demonstrated throughout his or her college career concern for others, academic achievement, sportsmanship as a member of an inter-collegiate team, and dedication to the educational and spiritual goals of Georgetown University.

The Katherine Kraft Medal

Mrs. Cornelia Kraft McKee established this award in memory of her mother, Katherine Kraft. The award is given each year to the graduating student who best manifested a spirit of humility, cooperation, and commitment as a woman or man for others in all phases of his or her college life.

The Loyola Medal

The Loyola Medal, given in honor of St. Ignatius of Loyola, founder of the Society of Jesus, is presented each year to the member of the graduating class of the College who best exemplified Catholic and Jesuit ideals in his or her collegiate life.

The Louis McCahill Award

Mr. Eugene McCahill and Mr. Francis McCahill founded this medal in 1960 in memory of their brother, Louis, who died in the service of his country in the first World War. It is awarded to the student of the graduating class who has shown perseverance and determination of a high order in pursuing his or her educational objectives at Georgetown.

The Lambert H. Spronck Medal

The Spronck Medal was founded in 1963 by the students of the College in memory of Lambert H. Spronck (C'1963). It is awarded to that student who has, throughout his or her college career, combined good scholarship with significant contributions to extracurricular activities, and who has manifested a spirit of giving completely to whatever Georgetown project or activity he or she is engaged in. The recipient must be respected and admired by the students, faculty, and administration of Georgetown.

# Awards of the Faculty of Languages and Linguistics of Georgetown College

The Alliance Française Award

The Alliance Française of Washington, D.C. presents a gift annually to a graduating senior in recognition of his or her outstanding scholarship in the study of French language and culture.

The Arabic Award

This is presented to the outstanding major with all-around achievement in Arabic and communicative competence at the advanced level.

The Caino Medal for Achievement in Spanish

The Caino medal is awarded annually to the outstanding student of Spanish in the Faculty of Languages and Linguistics. The award reflects the student's high academic achievement.

The Catalan Award

The Institut Ramon Llull, sponsor of Georgetown University's Catalan Lectureship since 1999, was named after the Franciscan missionary, philosopher and logician who is credited with writing the first major work of Catalan literature. Each year, the Institut Ramon Llull presents a gift to a graduating senior in recognition of his or her outstanding scholarship in Catalan language and culture.

The Comparative Literature Award

This is presented to the outstanding major in Comparative Literature.

The Joaquin De Siqueira Coutinho Gold Medal

This medal is awarded to the outstanding student of Portuguese in the Faculty of Languages and Linguistics. The award reflects the student's high academic performance.

The Francis P. Dinneen Award for Distinction in Linguistics

This award was established as a tribute to the memory of the Reverend Francis P. Dinneen, S.J., Professor of Linguistics. The award is given to an outstanding graduating senior majoring in Linguistics.

The Eric Duffell (SLL 1996) Dobro Slovo Award for Achievement in Russian Language, Literature, and Culture

This award is presented each year at the Georgetown College Tropaia ceremony to a graduating senior for outstanding achievement in the field of Russian language and culture. It is the Slavic Department's highest graduation honor and is named in memory of Eric Duffell (SLL 1996), who received the Dobro Slovo Award at the first combined College Tropaia after the merger of the Faculty of Languages and Linguistics with Georgetown College.

Dobro Slovo

The Nu Chapter of Dobro Slovo, the national Slavic honor society, was chartered at Georgetown in 1963. The purpose of Dobro Slovo is to recognize excellence in the study of Slavic languages and literature on both the undergraduate and graduate levels. Students are eligible for membership after two years of coursework in Slavic languages and related subject areas. They must demonstrate outstanding work in the field and a continuing interest in Slavic languages and cultures.

The FLL Service Award

The Faculty of Languages and Linguistics Distinguished Service Award is presented annually to a member of the FLL faculty who has made extraordinary contributions to the programs and mission of the FLL through his or her research, teaching, and service to the community.

The Goethe Institut Award

The Goethe Institut Award is presented annually to a German major for outstanding academic achievement combined with contributions to extracurricular activities in the German Department.

Gamma Kappa Alpha

The purpose of the Gamma Kappa Alpha Italian Honor Society is the following: (1) To recognize outstanding scholastic performance in the fields of Italian language and literature; (2) To encourage college students to acquire a greater interest in, and a deeper understanding of Italian culture; (3) To honor those who foster friendly relations and mutual respect between the U.S. or Canada and Italy. Demonstrable attainment in the academic study of Italian and genuine interest in the Italian language and culture are prerequisites for nomination. Gamma Kappa Alpha has a chapter at Georgetown.

The Leroy W. Grever Memorial Award

The Leroy Grever Award was established as a memorial to Leroy W. Grever (1948–1977), faculty member of the Russian Department in the School of Languages and Linguistics (now the Department of Slavic Languages in the Faculty of Languages and Linguistics). This award is presented to a student who has exhibited strong moral character, has maintained a superior academic record, and plans to pursue graduate studies in a Russian-related field.

The Dante Award

The Dante Award is named in honor of Dante Alighieri, whose account of his journey from Hell to Paradise still reaches the minds and hearts of readers from any cultural background and religious belief. In recognition of the poet's role as the father of the Italian language and his profound influence on international cultures, the Department of Italian is proud to present the Dante Award to a major of Italian for outstanding academic performance.

The Italian Cultural Society of Washington Award

This monetary award is given annually to a graduating student majoring in Italian who has maintained outstanding scholastic levels throughout his or her academic career at Georgetown and who has contributed most to the extracurricular activities of the Italian Department.

The Martha Khoury Semaan Prize

Established in 1989 in memory of Martha Khoury Semaan, by her son, Khalil (BSLA 1954), the annual income from this fund is awarded to the graduating senior demonstrating the greatest achievement in Arabic.

The Dean Robert Lado Award

The Dean Robert Lado Award is presented annually to the outstanding senior who intends to pursue a career in teaching.

The E. Joseph McCarthy Award

Established in 1996, the E. Joseph McCarthy award is presented either to an outstanding French major who will pursue post-graduate work in French or to the French major who has the highest combined grade point average in the major and overall.

Phi Lambda Beta

The purpose of the Portuguese National Honor Fraternity is to recognize excellence in the study of the Portuguese language and the Portuguese and Brazilian cultures, as well as to stimulate greater interest in these areas on the part of students in colleges and universities in the United States. Graduate and undergraduate students of the Portuguese language and Portuguese and Brazilian cultures are eligible for membership. They must demonstrate outstanding scholastic work and high interest in the field.

Pi Delta Phi

The National French Honor Society, Pi Delta Phi, has a chapter at Georgetown. It seeks to honor outstanding scholarship in French language and literature. Undergraduates with an overall B average, and a B+ average in French, who have demonstrated a sincere interest in French culture are eligible for membership upon recommendation from the faculty. They should have completed at least one semester of French study beyond the Advanced level.

The Regent's Gold Medal

This medal is awarded to the senior who has earned the highest academic average over a full four-year undergraduate term at Georgetown.

The Regent's Citation

This citation is given annually to those seniors who, in the estimation of the administrators of the Faculty of Languages and Linguistics, have contributed most to service and to the extracurricular activities of the FLL throughout their entire four years.

The Matteo Ricci, S.J. Award in Chinese

The Matteo Ricci, S.J. Award is named in honor of Matteo Ricci, S.J. (1552–1610), one of the early Jesuit missionaries to China whose mastery of the Chinese language was so phenomenal that the books he wrote in Chinese were treasured by emperors of China. This award is presented annually to the outstanding major in Chinese.

The Retablo Award

This award is given annually by the Spanish Department to recognize a student with outstanding dramatic ability.

The Roth Award

The George M. Roth Award is named for a devoted enthusiast of German language and culture and great supporter of German cultural events in the Washington area.

Sigma Delta Pi

The Lambda Beta Chapter of the National Collegiate Hispanic Honor Society seeks to honor graduate and undergraduate students who attain excellence in the study of the language, literature, and culture of Spanish-speaking peoples. Undergraduate students are elected on the basis of high scholarship in general, genuine interest in things Hispanic, and a high level of attainment in the academic study of Spanish, to include a course in literature.

The St. Francis Xavier, S.J. Award in Japanese

The St. Francis Xavier, S.J. Award is named in honor of St. Francis Xavier, S.J. (1506–1552), who inaugurated the field of East Asian Studies when he lived and studied in Japan between 1549–52, and whose influence on Japanese language and culture is felt to this day. The St. Francis Xavier, S.J. Award in Japanese is presented annually to the outstanding major in Japanese.

# Awards of the Edmund A. Walsh School of Foreign Service

The Africa Prize honors a graduating senior for overall academic achievement and for the writing of a superior thesis in African Studies.

The Culture and Politics Medal is awarded to a graduating senior who was written a senior thesis that demonstrates academic excellence and innovative scholarship in Culture and Politics.

The Deans' Citation is awarded to graduating seniors who have made outstanding contributions to the service of the School during their undergraduate years.

The Dean's Medal is awarded to the graduating senior who earns the highest scholastic average during undergraduate study at the School of Foreign Service in the District of Columbia.

The Jules Davids Medal honors the graduating senior who has written an outstanding senior thesis in history.

The Reverend Frank Fadner, S.J., Medal is awarded to a member of the graduating class for excellence in Russian Studies. The recipient must have a practical working knowledge of the Russian language.

The Margo Gottesman Award is given in honor of the memory of the late Georgetown administrator and Center for Jewish Civilization (CJC) Executive Committee member, Margo Gottesman, who passed away in 2015. The award honors the CJC certificate student whose senior thesis was judged to be the most outstanding in its class.

The Ernst H. Feilchenfeld Award, established in 1964 by a committee of the late Professor Feilchenfeld's former students and colleagues, is awarded to the student who has combined outstanding dedication to the cause of International Organization with high achievement in the academic study of this subject.

The Thomas T. Helde Medal honors a graduating senior who has demonstrated outstanding achievement and has written the best senior thesis in European Studies.

The Hispanic Studies Medal is given to a member of the graduating class for high scholastic achievement and strong interest in Spanish language and coursework related to Hispanic Studies.

The Michael Hudson Medal honors the graduating senior who combines excellence in the study of the Arab world with the commitment to the advancement of understanding in Arab affairs which characterize the career of Dr. Michael Hudson, Professor Emeritus of Arab Studies and former Director of the Center for Contemporary Arab Studies.

The Leslie H. Jacobson Medal is awarded to a graduating senior in the International Political Economy major whose academic achievements have been judged to be outstanding.

The Peter F. Krogh Medals are bestowed on students who successfully complete the sophomore honors seminar named in honor of Peter F. Krogh, Dean Emeritus of the School of Foreign Service.

The Peter F. Krogh Scholars Millennial Award is given to the best thesis in the Krogh Scholars Seminar.

The Michael Krupensky Award honors the member of the graduating class whose interests and activities in fostering Russian culture have been most notable.

The Jean Labat Medal was established by friends of the late Professor Labat and is awarded to the member of the graduating class whose interests and activities in the promotion of the French language and culture have been most notable.

The Carol J. Lancaster Award was created in memory of Carol Lancaster (SFS 1964), who joined the faculty of the School of Foreign Service in 1981, and served as its Dean from 2010 to 2014. This award is given to a graduating senior who displays a commitment to improving the lives of the world's most vulnerable, and whose academic achievement in the International Development Certificate Program has been judged as outstanding by the faculty.

The Joseph S. Lepgold Medal was created in 2001 by friends and colleagues of Professor Lepgold, to honor the memory of his contributions as a teacher, mentor, and scholar to the School of Foreign Service and University Community. This award is given to a graduating senior in SFS whose academic achievement in the field of international security broadly defined has been judged outstanding by the faculty.

The Gawaina Dickinson Luster Prize is awarded to the graduating senior in the School of Foreign Service whose accomplishments in German and whose intellectual curiosity reflect proudly and appropriately on the memory of Professor Luster.

The Donald S. MacDonald Prize was founded in memory of Professor Donald S. MacDonald, Georgetown's first Distinguished Professor of Korean Studies and founder of the Korean Studies Program. The prize honors the graduating senior who writes the best paper on Korea.

The William Manger Latin American Studies Award honors a graduating senior who writes a superior thesis in the Latin American Studies Certificate Program.

The Constantine E. McGuire Medal honors a member of the School of Foreign Service community and its associated programs for outstanding service to the School and its students.

The W. Coleman Nevils Medal was established through the generosity of J.V. Mulligan to recognize the graduating International History senior with the best academic record in the study of United States diplomatic history, as chosen by the relevant professors in the Department of History.

The William F. Notz Medal is awarded annually to the student whose academic attainment in the field of International Economics has been judged outstanding.

The Regional and Comparative Studies Medal is presented annually to a graduating senior who has achieved excellence in Regional and Comparative Studies.

The Rowe Award honors a graduating senior for superior achievement in the field of Latin American History.

The Joseph S. Sebes, S.J., Medal, established in 1982, honors the graduating senior who combines excellence in the study of Asia with dedication to the advancement of understanding of Asian affairs which characterized the career of the late Joseph S. Sebes, S.J., Professor of History and former Dean of the School of Foreign Service.

The J. Raymond Trainor Award was created in memory of Mr. Trainor, who served as secretary of the School of Foreign Service from 1932 to 1956. This award is given to the senior whose academic attainment in courses in the field of international politics has been judged outstanding by the faculty.

The Edmund A. Walsh Medal honors a graduating senior for outstanding achievement in the field of International Law.

The Stephanie Waterman Medal is named in memory of a student in the School of Foreign Service who was captain of the Varsity Tennis team and who died in Senegal in 1985. This medal is awarded to the outstanding scholar-athlete of the graduating class.

The Charles Weiss Medal is presented annually to a graduating senior for overall academic excellence and outstanding achievement in the field of Science, Technology, and International Affairs.

The John W. Witek, S.J., Prize in Japanese Studies was founded in memory of Father John Witek, a historian of the Jesuit missions in East Asia and Japanese history.  The prize honors the graduating senior who writes the best paper in any field on Japan

# Awards of the School of Foreign Service in Qatar

The Franco-Qatari Friendship Eugene Fromentin Award honors the senior who has demonstrated distinct progress and achievement in the study of French at SFS-Qatar, as well as curricular and extracurricular commitment to the study of French language and culture.

GTOWN_00000268

The Certificate in Arab & Regional Studies Award honors the graduating senior who, in the judgment of the faculty, has written the best senior thesis.

The Certificate in American Studies Award honors the graduating senior who, in the judgment of the faculty, has written the best senior thesis.

The Certificate in Media and Politics Award honors the graduating senior, who in the judgment of the faculty, has written the best honors thesis.

The Culture & Politics Outstanding Student Award is presented annually to a graduating senior who majored in Culture & Politics (CULP) and who has demonstrated excellent performance through written work, cumulative grade point average, leadership and other markers of academic success, in CULP-related coursework or activities.

The International History Outstanding Student Award is presented annually to a graduating senior who majored in International History (IHIS) and who has demonstrated excellent performance through written work, cumulative grade point average, leadership and other markers of academic success in IHIS related coursework or activities.

The International Politics Outstanding Student Award is presented annually to a graduating senior who majored in International Politics (IPOL) and who has demonstrated excellent performance through written work, cumulative grade point average, leadership and other markers of academic success, in IPOL-related coursework or activities.

The International Economics Outstanding Student Award is presented annually to a graduating senior who majored in International Economics (IECO) and who has demonstrated excellent performance through written work, cumulative grade point average, leadership and other markers of academic success, in IECO–related coursework or activities.

The Abu Hamid Al-Ghazali Faculty Award honors the student who is among the five best students in terms of academic average, has international exposure, and has demonstrated leadership outside of the classroom.

The Dean's Medal is awarded to the graduating senior who earns the highest scholastic average during undergraduate study at the School of Foreign Service in Qatar.

# Awards of the Robert Emmett McDonough School of Business

Beta Gamma Sigma

The McDonough School of Business has a chapter of Beta Gamma Sigma, the major national scholastic honor society in the field of business administration that recognizes academic excellence in business studies. Eligibility for selection is restricted to the top three percent of the sophomore class, the top seven percent of the junior class, and the top ten percent of the senior class.

Dean's Valedictorian Award

Each year the Dean presents an award to the student with the highest scholastic average in the graduating class.

Dean's Salutatorian Award

Each year the Dean presents an award to the student with the second highest cumulative scholastic average in the graduating class.

Area Academic Awards

Students who excel in their majors may be eligible to receive a variety of academic awards in finance, marketing, management, accounting, international business, and operations and information management.

Honor Societies

Students who meet the requirements for grade point average may be inducted into a number of special-interest honor societies, such as, Alpha Mu Alpha (National Marketing Honor Society), Alpha Sigma Nu (Jesuit Honor Society), and Omega Rho (Operation Research and Management Science Honor Society).

Rev. Joseph S. Sebes, S.J. Award

Named after the founder of the McDonough School of Business, the Reverend Joseph S. Sebes, S.J., the Sebes Award is given to the graduating student who has made the most significant overall contribution and service to McDonough.

The Othmar W. Winkler Award

The Othmar W. Winkler Award was established in 1993 by the Winkler family through the initiative of James P. Winkler, Ph.D., a 1981 graduate of Georgetown University, and his wife Mary. This award honors a graduating senior of the McDonough School of Business, who, while maintaining a solid academic record, has distinguished him or herself by demonstrating a strong concern for others and the less privileged in the Washington, DC area.

Undergraduate Dean's Award

This award was established in 2012 and recognizes a graduating senior of the McDonough School of Business, who, while maintaining a solid academic record, has made the most notable contribution in the area of social enterprise/social entrepreneurship either in the local or global community.

# Awards of the School of Nursing & Health Studies

Sister Helen Scarry, RJM, DMin, Award for Commitment to Social Justice

The Dean's Award for Commitment to Social Justice is given to a graduating senior who lives the values of the School of Nursing & Health Studies through an active commitment to social justice-oriented activities. Recipients demonstrate courage, compassion, and leadership while working to eliminate discrimination, disparities, oppression, and injustice locally and globally.

The Dean's Medal

The Dean's Medal is awarded for general excellence to that member of the senior class who has attained the highest level of academic and professional achievement and service to the School throughout their undergraduate career.

The Rose Anne McGarrity Service Award

The Rose Anne McGarrity Service Award, given in honor of a long-time associate dean and faculty member at the School of Nursing & Health Studies, recognizes the achievements of a graduating senior who has demonstrated an unusually high level of service to the school, university, and greater community. Recipients are very involved in multiple community service organizations both as a member and leader. Their unselfish dedication to the well-being of others should serve as an inspiration to all.

Award for Clinical Excellence

The Department of Nursing gives the Award for Clinical Excellence to students in both the traditional and second degree baccalaureate nursing program who have demonstrated excellence in clinical nursing in the opinion of the clinical nursing faculty.

The NSNA Award

This award, initiated in 1989 by the Georgetown University Chapter of the National Student Nurses Association (NSNA), recognizes a graduating senior who in the eyes of his or her classmates exemplifies the qualities of leadership and peer advocacy, and projects a positive image of professional nursing.

The Loyola Award

This honor, established by Tau Chapter of Sigma Theta Tau, the national honor society for nurses, and bearing the name of St. Ignatius of Loyola, is given in recognition of outstanding achievement in spiritual, personal, intellectual, cultural, and professional development, to an individual who possesses outstanding potential for making a significant contribution to the nursing profession.

Tau Chapter Award for Outstanding Scholarly Project

Each year nursing students in their final semester complete a scholarly project. Students, working in small groups select a research topic pertinent to nursing practice or education that they wish to examine in depth. After conducting a literature review and writing a paper, they complete the process with a formal presentation before their colleagues and faculty of the school. Each year, Sigma Theta Tau presents the Tau Chapter Award for Outstanding Senior Scholarly Project to students in both the traditional and second degree baccalaureate nursing program.

GTOWN_00000271

# Addenda and Errata

Georgetown University reserves the right to change without notice the *Undergraduate Bulletin*, including all rules, policies, fees, curricula, courses, graduation requirements, or other matters contained therein. The Georgetown University *Undergraduate Bulletin* is updated annually and at other times as appropriate. In circumstances where changes are necessary, Georgetown University will post changes to the bulletin in the addendum section.

If you have any question regarding the publishing of this *Bulletin* please contact the Office of the University Registrar at univregistrar@georgetown.edu.

For questions regarding school-specific policies please visit the respective school's dean's office.

## Addenda and Errata 2019-2020

# Appendices

If you have any question regarding the publishing of this Bulletin please contact the Office of the University Registrar at <u>univregistrar@georgetown.edu</u>.

For questions regarding school-specific policies please visit the respective school's dean's office.

# Appendix I

## "IP" Inactive Status with Privileges

A leave of absence (LOA), with the intent and eligibility to return, puts the student into "Inactive Status with Privileges" (IP); examples include, suspension, medical, military and personal LOAs. A leave is a time when the student steps away from academic studies to pursue different goals for the period of the leave or as directed via the suspension process. Parents/Guardians may be notified in writing that the student's status has changed. Students are subject to the GU Code of Student Conduct while on a LOA. Students are encouraged to contact their Dean's office with any questions and/or concerns during their LOA.

The change of status from active to inactive with privileges (IP) carries the following administrative implications:

The student disengages from campus

- The student is not permitted to register for, attend, or audit Georgetown classes
- The student is not permitted to live in GU residential facilities
- During the period of leave, the University GoCard is partially deactivated. The student will not be able to access their residence hall or Yates
- The students will not be able to borrow books from the library nor request any interlibrary loans
- The student is not permitted to participate in events, activities, programming or services reserved for currently enrolled students at Georgetown University, including (but not limited to):
  - Commencement activities
  - Student membership at Yates Field House
  - Participation in campus clubs/organizations/sports
  - Events and programming which are limited to currently enroll students
  - All Cawley Career Center Services

The student retains the following privileges:

- The student continues to have access to their GU email, not just forwarding
- The student has access to some NetID enabled online resources such as MyAccess
- The student has access to online library databases for research and is able to download electronic resources

# "IS" – Inactive Status

Students who are separated from the University are placed into an "Inactive Status" (IS). Separation from the University is the result of transfer to another institution, withdrawal from the University with no intent to return, including but not limited to academic dismissal, honor council dismissal, etc.

Parents/Guardians are notified in writing that the student's status has changed. Students are encouraged to contact their Dean's office with any questions and/or concerns regarding their status.

The change of status from active to inactive carries the following administrative implications:

The student disengages from campus

- The student is not permitted to register for, attend, or audit Georgetown classes
- The student is not permitted to live in GU residential facilities
- The University GoCard is deactivated so that the student does not have GoCard access to the library, residence halls, Yates, computer labs, etc.
- The student is not permitted to participate in events, activities, programming or services reserved for currently enrolled students at Georgetown University, including (but not limited to):
  - Commencement activities
  - Participation in campus clubs/organizations/sports
  - Events and programming that are limited to current students
  - All Cawley Career Center services
- The student will not have access to their GU email
- The student will not have access to NetID enabled online resources, including MyAccess

# "IC" – Inactive Completed Program

Students who have completed their program and are graduated from the University are placed into an "Inactive 'Completed' Status" (IC).

Upon graduation the change of status from active to inactive 'completed' (IC) status comes with alumni privileges as follows:

- The student continues to have access to their GU email, not just forwarding
- The student has access to some NetID enabled online resources, including MyAccess
- Access to Georgetown Alumni Online Resources
- Receive alumni discounts on a membership to Yates Field House and theater, music, or dance performance in historic Gaston Hall or at the Royden B. Davis, S.J. Performing Arts Center
- Free access to online resources through Library Link and in-person access to the main campus, law center and medical libraries