# Bulletin Archives

2018-2019 PDF version (https://georgetown.box.com/s/om5o0mvdr7345lvx785lhm8cyo0uc8xi)

2017-2018: HTML version (http://sitearchives.georgetown.edu/bulletin/2018/index.html)

2015-2016: PDF version (https://georgetown.box.com/s/hbfsdvv0rh8h3zlblbgotes9yhx5etoz)

2012-2013 (https://georgetown.box.com/s/z23dqribwnberqufwv0t)

2009-2010 (https://georgetown.box.com/s/cgrot2ppohk8ju5hpf29)

2006-2007 (https://georgetown.box.com/s/9skgmzhnzs61l6520un6)

2003-2004 (https://georgetown.box.com/s/gvozgkby2e24qljn7ny5)

2000-2001 (https://georgetown.box.com/s/trotr8n6a81q4w1lhyqi)

1997-1998 (https://georgetown.box.com/s/wcdidbw3paawurvmcfbf)

2018-2019 HTML version (http://sitearchives.georgetown.edu/bulletin/2019)

2016-2017: PDF version (https://georgetown.box.com/s/pvjfe8lpyjpfsqik10z2e6uk3kwrw2jk)

2014-2015 (https://georgetown.box.com/s/e106ynk0eu2f4t2rgt2wsk2hadi7lxzk)

2011-2012 (https://georgetown.box.com/s/gt4bywhlxhdf08iunlfo)

2008-2009 (https://georgetown.box.com/s/c5n9vkwpw5o34j6guass)

2005-2006 (https://georgetown.box.com/s/ba1k9fn22xbilfyicbqu)

2002-2003 (https://georgetown.box.com/s/f1s50o4igttgagm5gqlj)

1999-2000 (https://georgetown.box.com/s/kidjp1hqdz5pgammgu2z)

1996-1997 (https://georgetown.box.com/s/hm05g6lzdhy06cj381wr)

2017-2018: PDF version (https://georgetown.box.com/s/kgnt9afk229v8cp6yqi7ls9kmmr56enp)

2015-2016: HTML version (http://sitearchives.georgetown.edu/bulletin/2016/)

2013-2014 (https://georgetown.box.com/s/c0c08uxkuq8ng9cu16fd)

2010-2011 (https://georgetown.box.com/s/sqpx3vf5zxuuj8rz31dl)

2007-2008 (https://georgetown.box.com/s/ppurttfzla2268a8u5rl)

2004-2005 (https://georgetown.box.com/s/c83vzu8hickztv3j8mlt)

2001-2002 (https://georgetown.box.com/s/9mcbfmcis6caahmdqf68)

1998-1999 (https://georgetown.box.com/s/9oabselxewng4drsk8tc)

1995-1996 (https://georgetown.box.com/s/xd30hhbvmrsvvhzj2j7v)

GTOWN_00000276

# About





uhistory/)

Faculty & Administration
(https://bulletin.georgetown.edu/about/faculty-
administration/)

GTOWN_00000277

# Georgetown University: A Brief History

*Robert Emmett Curran, Ph.D., Professor Emeritus, Department of History*

"Congratulations, venerable Mother .. .! You alone, among all the colleges, have lived as long as the republic."

That inscription, in Latin, greeting the visitors to the celebration of the completion of Georgetown's first century in 1889, reminded them of the University's unique origin as an American Catholic institution of higher learning. Two seemingly unrelated events created the conditions for this establishment of the first Catholic college in the United States: the Suppression of the Society of Jesus and the American Revolution. When Pope Clement XIV, under pressure from the courts of Europe, suppressed the Jesuit order in 1773, Reverend John Carroll, a Marylander who had entered the Society in Europe in 1753, and remained there to teach in Jesuit colleges, returned home in 1774. Had the Society not been suppressed, it is highly unlikely that Carroll would ever have seen America again. A year later he became a staunch supporter of the revolution against England. For Catholics the revolution meant the opportunity to free themselves from the civil disabilities that had plagued them and other minorities in most colonies, including Maryland. With independence Catholics were now able, at least theoretically, to vote, hold office, worship publicly, and educate their children in their own schools.

No one saw more clearly the needs and possibilities for the education of the Catholic community in the young republic than did Carroll, whom Rome appointed as first head of the American Church in 1784. Carroll wanted to take full advantage of the unprecedented freedom given to the Church in the United States to establish a school in the liberal arts tradition that had so distinguished Jesuit education for more than 200 years. He wanted his academy to be "the mainsheet anchor" of American Catholics, an institution that could uniquely "give consistency to our religious views in this country," by fostering an education that would combine the best of the Catholic and republican cultures. Under Bishop Carroll's leadership, ex-Jesuits established Georgetown in the late 1780s. In 1789 he secured the deed to some sixty acres of ground on a hill overlooking the village of Georgetown, a thriving tobacco port in Maryland. A few months before the academy opened in January 1792 the bishop learned that the capital would be established in the neighborhood. It "gives a weight to our establishment," he noted, "which I little thought of when I recommended that situation."

Lack of resources—money, faculty, and students—severely crippled the College during its first two decades. With the partial restoration of the Society of Jesus in 1805, the order was given the direction of the institution. For the next forty years European Jesuits constituted a substantial portion of the faculty and were responsible for the significant contributions that Georgetown made in the sciences in the second half of the century, most notably in astronomy. A year after the complete restoration of the order in 1814, the College secured its first charter from the United States government. In accordance with Carroll's determination that his academy "open to Students of every religious Profession," nearly a fifth of the students during the first ten years were Protestants. By the 1830s Jews were attending the College. Throughout the nineteenth century religious pluralism characterized Georgetown's student population.

From the beginning, Georgetown was a national, indeed international school. Its proximity to Washington with its diplomatic community was obviously a major reason for its cosmopolitan character but not an exclusive one (in the 1790s, for instance, nearly 20 percent of the students came from the West Indies). Its faculty was as diverse in origin as its students, not only Jesuit emigrés from Poland, Italy, Germany, and Belgium, but also Sulpician refugees from France between 1791 and 1815.

By and large, however, Georgetown was a southern college in the antebellum period. Of its alumni who served in the Civil War, more than four-fifths were Confederates. The war nearly closed the College. The student enrollment fell from 313 in 1859 to 17 in fall 1861. Federal troops briefly occupied the campus in the first month of the war. In fall 1862 several of the College buildings were turned into a hospital for four months after the Second Battle of Bull Run (Manassas, Virginia).

In the postwar decades, the College increasingly became more northern and Catholic, but the majority of students continued to range between the ages of 10 and 16. By 1871 Georgetown comprised not only the College on the hilltop, but also two professional schools of medicine and law in the city, founded by local doctors and lawyers in 1849 and 1870, respectively. Two presidents in the last three decades of the century attempted to convert these loosely connected schools into a university. Reverend Patrick Healy, S.J., the son of a Georgia planter and his common-law slave wife, as prefect of studies (1868–1878) and president (1873–1881) reformed the College's curriculum, with a new emphasis on history and the natural sciences. To provide adequate library, classroom, laboratory, and residential facilities, he constructed the magnificent Flemish Renaissance structure that now bears his name. At the professional level he oversaw the lengthening of the programs in both medical and legal education from two to three years. In 1880, he founded the Alumni Association.

Reverend Joseph Havens Richards, S.J., the son of an Episcopal priest, continued Healy's efforts during his decade-long presidency (1888–1898). Richards began graduate courses in the arts and sciences, built new facilities for the law and medical schools, including a hospital, and thwarted efforts to transfer the professional schools to the new Catholic University of America. During these years Georgetown began to establish a national reputation in baseball and football. Expansion at the professional level continued in the new century. The Washington Dental College was acquired in 1901. Three years later the nursing school was founded to provide support for the University Hospital. By 1914 the total University population was 1,378, of whom 912 were in the law school, one of the nation's largest, and exclusively a night school until 1921. (A college degree was not yet required to study law.) Dr. George Kober, dean from 1901 to 1927, ably led the medical school through the period of reform that revolutionized American medicine in the early part of this century.

World War I caused a brief decline in the professional schools. On the main campus the entire student body was mobilized by law into the Students' Army Training Corps. In 1919 the Preparatory School completed its separation from the University with its relocation in suburban Maryland. That same year the School of Foreign Service was founded under the direction of earlier Jesuits and Reverend Edmund Walsh, S.J., to prepare students for careers in diplomacy or international business. Within five years the enrollment reached 500.

In the 1920s, University enrollment nearly doubled, with substantial increases in all schools, except law. New facilities— New North, Copley, White-Gravenor, the Medical-Dental building—reflected the growth. The football team, a national power since 1914, peaked under Coach Lou Little in the late twenties.

The Depression was a period of consolidation for Georgetown. Under the presidency of Reverend Arthur O'Leary, S.J., the Graduate School was formally organized and faculty recruited for selective programs in mathematics, the natural sciences, economics, history, and government. O'Leary also revitalized the Alumni Association with James Ruby as first director. He was also responsible for the brief revival of intercollegiate football under Jack Hagerty in the years preceding World War II.

The second "Great War" transformed the main campus from a college to a testing center for the Army Specialized Training Center. By 1943 there were but 130 students at the law school. The medical school alone kept its prewar enrollment. In 1944 the Graduate School admitted women for the first time.

As in the 1920s enrollment virtually doubled, as the GI bill opened the University's doors to many who could not have considered such an education before the war. Temporary buildings accommodated the overflow of students. Substantial numbers of lay faculty were hired on the main campus and at the Medical Center. The new hospital was opened in 1947. Under the presidency of Reverend Edward J. Bunn, S.J. (1952–1964), the University entered the modern world of higher education with the restructuring of schools and the introduction of professional standards for faculty. Two new schools were established from the School of Foreign Service: the School of Languages and Linguistics (1949) and the School of Business (1955). The School for Summer and Continuing Education, now the School for Continuing Studies, was organized in the 1950s.

Recent decades have been a remarkable period of growth and achievement for the University, with Georgetown taking its place among the nation's leading institutions of higher education. The Walsh School of Foreign Service opened its campus in Doha, Qatar in 2005 and welcomed 25 undergraduate students. SFS-Q alumni now number more than 300. The McCourt School of Public Policy, founded in 2013, offers four graduate degree programs and nine dual degree programs.

GTOWN_00000279

Georgetown is dedicated to excellence in undergraduate education, and its undergraduate students rank among the finest in the country, as the growing number of Rhodes, Marshall, and Mellon fellowships won over the past several years attests. Their faculty are accomplished in teaching and research. The University is home to leading centers of scholarship in a variety of academic disciplines such as German and European Studies, Contemporary Arab Studies, and Muslim-Christian Understanding. The Medical Center continues to build upon its tradition of excellence in education, research, and patient care, establishing itself as a leader in the interdisciplinary fields of cancer research, child development, and the neurosciences, as well as the ethical dimensions of science and medicine. The Law Center ranks among the top law schools in the nation in the quality of its faculty and programs, gaining particular distinction for its leading clinical and international programs.

Now in its third century of service, and in all of its endeavors to sustain and strengthen its position among the nation's leading institutions of higher education, Georgetown remains committed to its founder's vision and its Catholic and Jesuit tradition, striving to educate new generations of capable and responsible leaders and undertaking inquiry, contemplation, and discourse which advance human knowledge and, in turn, the common good.

GTOWN_00000280

# Faculty and Administration

Board of Directors (https://governance.georgetown.edu/board-of-directors/)

Executive Leadership (https://bulletin.georgetown.edu/faculty-administration/executive-leadership/)

Undergraduate Faculty (https://bulletin.georgetown.edu/faculty-administration/undergraduate-faculty/)

Professors Emeriti (https://bulletin.georgetown.edu/faculty-administration/emeriti/)

GTOWN_00000281

# Executive Leadership



## The Executive Officers of Georgetown University

*President*
  John J. DeGioia, Ph.D.

*Secretary of the University*
  Marie Mattson

*Provost*
  Robert M. Groves, Ph.D.

*Executive Vice President and Dean of the Law Center*
  William M. Treanor, J.D., Ph.D.

*Executive Vice President for Health Sciences and Executive Dean of the School of Medicine*
  Edward B. Healton, M.D., MPH

*Senior Vice President and Chief Operating Officer*
  Geoffrey Chatas

*Senior Vice President for Research and Chief Technology Officer*
  Spiros Dimolitsas, Ph.D.

## Senior Leadership

*Senior Vice President and Chief Operating Officer*
  Geoffrey Chatas

*Vice President and General Counsel*
Lisa Brown, J.D.

*Vice President for Advancement*
R. Bartley Moore

*Interim Vice President and Chief Human Resources Officer*
Marshall Taylor

*Vice President for Global Engagement*
Thomas Banchoff, Ph.D.

*Vice President for Mission and Ministry*
Rev. Mark Bosco, S.J., Ph.D.

*Vice President for Planning and Facilities Management*
Benjamin Kuo

*Vice President for Public Affairs and Senior Advisor to the President*
Erik Smulson

*Vice President for Student Affairs*
Todd A. Olson, Ph.D.

*Vice President and Chief Information Officer*
Judd L. Nicholson

*Vice President for Technology Commercialization*
Claudia C. Stewart, Ph.D.

*Chief Investment Officer*
Michael Barry

*Vice President, Diversity, Equity, Inclusion and Chief Diversity Officer*
Rosemary Kilkenny, J.D.

*Vice President of Finance and CFO*
David Green

# Academic Leadership

## Georgetown College

*Dean*
Christopher S. Celenza, Ph.D.

## Graduate School of Arts and Sciences

*Dean*
Norberto M. Grzywacz, Ph.D.

GTOWN_00000283

# School of Medicine, 3900 Reservoir Road, N.W. (20007)

*Dean of Medical Education*
Stephen Ray Mitchell, M.D.

*Assistant Dean for Student Services and Registrar*
John Hammett

# Georgetown University Law Center, 600 New Jersey Avenue, N.W. (20001)

*Dean*
William M. Treanor, J.D., Ph.D.

*Assistant Dean and Registrar*
Simone Woung

# School of Nursing & Health Studies, 3700 Reservoir Road, N.W. (20007)

*Dean*
Patricia Cloonan, Ph.D., R.N.

# Edmund A. Walsh School of Foreign Service

*Dean*
Joel Hellman, Ph.D.

# Robert Emmett McDonough School of Business

*Dean*
Paul Almeida, Ph.D

# School of Continuing Studies

*Dean*
Kelly Otter, Ph.D.

# McCourt School of Public Policy

*Interim Dean*
    Michael Bailey, Ph.D.

# Administrative Leadership

## Admissions and Records

*Dean of Admissions*
    Charles A. Deacon, M.A.

*Associate Vice President and University Registrar*
    Annamarie J. Bianco, M.S.Ed.

*Dean of Student Financial Services*
    Patricia A. McWade, M.Ed.

## Georgetown University Alumni Association

*Associate Vice President for Alumni Relations and Annual Fund*
    William G. Reynolds

## Office of Student Affairs

*Vice President for Student Affairs*
    Todd A. Olson, Ph.D.

# Executive Council

## Georgetown College

TThe Executive Council (ExCo) shall consist of the dean of the College, faculty, academic deans, one representative of the University Faculty Senate, one representative of each academic unit within the College, College Academic Council representatives, and other such members as shall be recommended by the dean with the concurrence of the members of the council. The term of office for all members shall be one academic year.

Please visit the Executive Council Membership (https://college.georgetown.edu/faculty/executive-council) website for current members.

## Edmund A. Walsh School of Foreign Service

GTOWN_00000285

# Membership in SFS School Council, 2018–2019

President John J. DeGioia (*ex officio*)
Dean and Chair Joel Hellman
Vice Dean Daniel Byman
Vice Dean Kathleen McNamara
Elizabeth Arsenault
Carol Benedict
Nicole Bibbins Sedaca
Victor Cha
David Edelstein
Mark Giordano
Toshihiro Higuchi
Christine Kim
Chiloh Krupar
Kristen Looney
Anna Maria Mayda
Nancy McEldowney

## BSFS Representatives

Michael Czinkota
Margaret Chappell (SFS'19)
Ines Oulamine (SFS'20)

## Two Graduate Student Representatives

Delphi Cleaveland
Liam Mullins

# Robert Emmett McDonough School of Business

By the School's constitution, the President, the Executive Vice President, the Dean, the Associate Deans, the Dean of University Admissions, and a member of the University Senate appointed by the Senate are *ex officio* members of the Executive Council.

## Executive Council for 2016–2017

- Sumit Agarwal, Faculty
- Reena Aggarwal, Faculty
- Vishal Agrawal, Faculty
- Paul Almeida, Faculty
- Doreen Amorosa, Associate Dean

- Kirsten Anderson, Faculty
- James Angel, Faculty
- Jun Kyung Auh, Faculty
- Volodymyr Babich, Faculty
- William Baber, Faculty
- Jennie Bai, Faculty
- Turan Bali, Faculty
- Valeria Bellagamba, Associate Dean
- Robert Bies, Faculty
- Sean Blair, Faculty
- Simon Blanchard, Faculty
- James Bodurtha, Faculty
- Jennifer Boettcher, Reference Librarian
- Jason Brennan, Faculty
- Kurt Carlson, Faculty
- So Yeon Chun, Faculty
- Michael Cichello, Faculty
- George Comer, Faculty
- John Connors, Student
- Thomas Cooke, Faculty
- Shiliang Cui, Faculty
- Matthew Cypher, Faculty
- Michael Czinkota, Faculty
- Sandeep Dahiya, Faculty
- Linn Deavers, Associate Dean
- Robin Dillon-Merrill, Faculty
- Arthur Dong, Faculty
- Lynn Doran, Faculty
- Tatiana Dyachenko, Faculty
- Karthikeya Easwar, Faculty
- Allan Eberhart, Faculty
- William English, Faculty
- Ricardo Ernst, Faculty
- Patricia Fairfield, Faculty
- David Faraci, Faculty
- Kasra Ferdows, Faculty
- Michael Fitzgerald, Faculty
- Ronald Goodstein, Faculty
- Patricia Grant, Associate Dean
- Jose-Luis Guerrero, Faculty
- Rebecca Hamilton, Faculty
- John Hasnas, Faculty
- Gilles Hilary, Faculty
- Brooks Holtom, Faculty
- Ken Homa, Faculty
- Sean Huang, Faculty
- Shari Hubert, Associate Dean
- Harvey Iglarsh, Faculty
- Prem Jain, Faculty
- Peter Jaworski, Faculty
- J. Bradford Jensen, Faculty
- Victor Jose, Faculty
- Bharat Kaku, Faculty
- Bardia Kamrad, Faculty
- Allison Koester, Faculty

GTOWN_00000287

- Chris Kormis, Associate Dean
- Chris Long, Faculty
- Nataly Lorinkova, Faculty
- Jeffrey Macher, Faculty
- Prashant Malaviya, Faculty
- Alan Mayer-Sommer, Faculty
- John Mayo, Faculty
- Douglas McCabe, Faculty
- Katie McDermott, Faculty
- R. David McLean, Faculty
- Marcia Miceli, Faculty
- Nathan Miller, Faculty
- Bonnie Montano, Faculty
- Ferdinando Monte, Faculty
- Vladimir Mukharlyamov, Faculty
- Gabe Nelson, Faculty
- Stanley Nollen, Faculty
- Bill Novelli, Faculty
- Michael O'Leary, Faculty
- Kerry Pace, Associate Dean
- Neeru Paharia, Faculty
- Reining Petacchi, Faculty
- Lee Pinkowitz, Faculty
- Christine Porath, Faculty
- Dennis Quinn, Faculty
- Rama Ramamurthy, Faculty
- Jeff Reid, Faculty
- Chris Rider, Faculty
- Pietra Rivoli, Faculty
- Jason Schloetzer, Faculty
- Betsy Sigman, Faculty
- Charles Skuba, Faculty
- Lonnie Smith, Faculty
- Jonathan Stroud, Faculty
- Edward Soule, Faculty
- Kenny Tang, Student
- Vicki Tang, Faculty
- Robert Thomas, Faculty
- Debora Thompson, Faculty
- Cathy Tinsley, Faculty
- Sezer Ulku, Faculty
- Canan Ulu, Faculty
- David Walker, Faculty
- Ed Walter, Faculty
- Luc Wathieu, Faculty and Deputy Dean
- Quan Wen, Faculty
- Stephen Weymouth, Faculty
- Evelyn Williams, Faculty
- Rohan Williamson, Faculty
- Safak Yucel, Faculty

*Ex-Officio Members:* Charles Deacon, John J. DeGioia, Artemis Kirk, Robert Groves, Peter Grana, Lonya Smith

# School of Nursing and Health Studies

## Executive Faculty for 2019–2020

- Laura Anderko, Faculty
- Allan Angerio, Associate Dean
- Debbie Barrington, Faculty
- Jennifer Z. H. Bouey, Faculty
- LaShanda Cobbs, Faculty
- Susan Coleman, Faculty
- Carrie Bowman Dalley, Faculty
- Diane Davis, Faculty
- Jane Fall-Dixon, Faculty
- Jean Farley, Faculty
- Robert Friedland, Faculty
- Joseph Garman, Faculty
- Margaret Granitto, Faculty
- Carol Roan Gresenz, Senior Associate Dean
- Sean Huang, Faculty
- Vanessa Hurley, Faculty
- Pablo Irusta, Faculty
- Bette Jacobs, Faculty
- Eva Jarawan, Faculty
- Christopher King, Faculty
- John Kraemer, Faculty
- Jeannine LaRocque, Faculty
- Bernhard Liese, Faculty
- Paula Linenfelser, Faculty
- Theodore Nelson, Faculty
- Margaret Nolan, Faculty
- Joan Riley, Faculty
- Blythe Shepherd, Faculty
- Elizabeth Sloss, Faculty
- Rosemary Sokas, Faculty
- Michael Stoto, Faculty
- Ryung Suh, Faculty
- Carol Taylor, Faculty
- Alexander Theos, Faculty
- Jason Tilan, Faculty
- Vincent Turbat, Faculty
- Sarah Vittone, Faculty
- Myriam Vuckovic, Faculty
- Krista White, Faculty (Chair)
- Edilma Yearwood, Faculty

GTOWN_00000289

# Undergraduate Faculty



## 2018-2019

V.M. – Vicennial Medal

Sean D. Aas
*Assistant Professor*
B.A., The Evergreen State College
B.S., The Evergreen State College
M.A., Georgia State University
Ph.D., Brown University

Osama W. Abi-Mershed
*Associate Professor*
M.A., George Washington University
M.B.A., George Washington University
Ph.D., Georgetown University

Alfred J. Acres
*Associate Professor & Chair*
B.A., University of Michigan-Ann Arbor
M.A., University of Pennsylvania
Ph.D., University of Pennsylvania

Ridgeway Addison
*Assistant Professor in the Department of Nursing, School of Nursing & Health Studies*
B.A., Erskine College
M.Div., Baptis Theological Seminary at Richmond
Ph.D., The Catholic University of America

Ifedapo Adeleye
*Associate Professor of the Practice and Faculty Director of the Human Resource Management Program*
B.S., University of Lagos

GTOWN_00000290

M.Sc., Cardiff University
Ph.D., University of Manchester

Fida J. Adely
*Associate Professor*
B.A., Fordham University
M.A., Columbia University
Ph.D., Columbia University

Gregory Afinogenov
*Assistant Professor*
B.A., Fordham University
Ph.D., Harvard University

Chinyere Agbaegbu
*Research Assistant*
B.S., Univeristy of Maryland, Baltimore County
M.S., Johns Hopkins University

Reena Aggarwal, V.M.
*McDonough Professor of Business Administration and Vice Provost for Faculty*
Ph.D., University of Maryland-College Park

Gabor J. Agoston
*Associate Professor*
M.A., Eotvos Lorand University (University of Budapest)
Ph.D., Hungarian Academy of Sciences

Vishal V. Agrawal
*Associate Professor*
M.S., Georgia Institute of Technology-Main Campus
Ph.D., Georgia Institute of Technology-Main Campus

George A. Akerlof
*University Professor, McCourt School of Public Policy*
B.A., Yale University
Ph.D., Massachusetts Institute of Technology

Sahar Akhtar
*Visiting Professor*
Ph.D., Duke University
Ph.D., George Mason University

Mustafa Aksakal
*Associate Professor of History and Nesuhi Ertegun Chair of Modern Turkish Studies*
M.A., Princeton University
Ph.D., Princeton University

Mohammad Alahmad
Lecturer
Ph.D., University of Aleppo

Ghayda Al Ali
*Associate Teaching Professor*
B.A., Al-Mustansiriya University

M.A., Baghdad University
Ph.D., University of Malaysia

James W. Albrecht, V.M.
*Professor*
M.S., University of California, Berkeley
Ph.D., University of California, Berkeley

Susan Vroman Albrecht, V.M.
*Professor*
M.A., Johns Hopkins University
Ph.D., Johns Hopkins University

Madeleine K. Albright
*Mortara Distinguished Professor of Diplomacy*
Ph.D., Columbia University

Paul Almeida
*Dean and William R Berkley Chair, McDonough School of Business*
B.E., Pune University
M.A., University of Pennsylvania
M.B.A., Indian Institute of Management
Ph.D., University of Pennsylvania

Huda W. Al-Mufti
*Assistant Teaching Professor*
B.A., Beirut Arab University
M.S., Florida International University
M.S., Georgetown University

Kate-Yust Al-Shamma
*Assistant Teaching Professor*
M.A., San Francisco State University
Ph.D., University of California-Santa Barbara

Francis J. Ambrosio, V.M.
*Associate Professor*
B.A., Fordham University
Ph.D., Fordham University

Randall J. Amster
*Program Director and Teaching Professor*
B.S., University of Rochester
J.D., Brooklyn Law School
Ph.D., Arizona State University

Laura Anderko
*Associate Professor in the Department of Health Systems Administration, School of Nursing & Health Studies*
B.S.N., University of Illinois
M.S., Northern Illinois University
Ph.D.,University of Illinois

Luca Anderlini
*Professor*
B.S., University of Rome
Ph.D., University of Cambridge

Axel Z. Anderson
*Associate Professor*
B.A., James Madison University
M.A., University of Michigan-Ann Arbor
Ph.D., University of Michigan-Ann Arbor

Jeffrey J. Anderson
*Graf Goltz Professor & Director*
B.A., Pomona College
M.A., Yale University
Ph.D., Yale University

Kirsten L. Anderson
*Teaching Professor*
B.S., University of Delaware
Ph.D., Ohio University-Main Campus

Matthew M. Anderson
*Assistant Teaching Professor*
B.A., Hampden-Sydney College
M.A., Westminster Theological Seminary
Ph.D., Georgetown University

Amandine Andrade
*Assistant Teaching Professor*
B.A., University of Burgundy
M.A., University of Kentucky
Ph.D., University of Arizona

David R. Andrews, V.M.
*Professor*
B.A., Middlebury College
M.A., Middlebury College
M.A., University of Michigan-Ann Arbor
Ph.D., University of Michigan-Ann Arbor

James J. Angel, V.M.
*Associate Professor*
B.S., California Institute of Technology
M.B.A., Harvard University
Ph.D., University of California, Berkeley

Diane Apostolos-Cappadona
*Visiting Professor*
B.A., George Washington University
M.A., Catholic University of America
M.A., George Washington University
Ph.D., George Washington University

Ali Arab
*Associate Professor*
M.S., Southern Illinois University
Ph.D., University of Missouri-Columbia

GTOWN_00000293

Anthony C. Arend, V.M.
*Professor*
B.S., Georgetown University
M.A., University of Virginia-Main Campus
Ph.D., University of Virginia-Main Campus

Peter A. Armbruster
*Professor*
B.A., University of California-San Diego
Ph.D., University of Oregon

Elizabeth G. Arsenault
*Director of Teaching*
B.A., College of William and Mary
M.A., George Washington University
Ph.D., Georgetown University

Anders Aslund
*Adjunct Professor in the School of Foreign Service*
B.A., University of Stockholm
M.S.C., Stockholm School of Economics
Ph.D., University of Oxford

Tommaso Astarita, V.M.
*Professor & Director of Undergraduate Studies*
M.A., Johns Hopkins University
Ph.D., Johns Hopkins University

Elham Atashi
*Associate Teaching Professor*
B.A., University of Buckingham
M.A., Georgetown University
Ph.D., George Mason University

Jun Kyung Auh
*Assistant Professor*
BBA, Korea University
M.A., Columbia University
M. Phil, Columbia University
Ph.D., Columbia University

Dima Ayoub
*Visiting Instructor*
B.A., University of Windsor
M.A., McGill University
Ph.D., McGill University

William R. Baber
*Professor*
B.S., Bucknell University
M.B.A., University of Pittsburgh-Pittsburgh Campus
Ph.D., University of North Carolina at Asheville

Volodymyr O. Babich
*Lapeyre Family Term Associate Professorship*
M.S., Case Western Reserve University

Ph.D., Case Western Reserve University

Belkacem Baccouche
*Assistant Teaching Professor*
M.A., Kent State University

Jennie Bai
*Assistant Professor*
B.S., Fudan University
M.B.A., University of Chicago
Ph.D., University of Chicago

Michael A. Bailey
*Professor*
*B.A.*, University of Notre Dame
Ph.D., Stanford University

Laia Balcells Ventura
*Associate Teaching Professor*
B.A., Universitat Pompeu Fabra
M.A., Yale University
M.Phil, Yale University
Ph.D., Yale University

Turan G. Bali
*Robert S. Parker Chair Professor of Business Administration*
Ph.D., CUNY

Harley D. Balzer, V.M.
*Associate Professor*
B.A., Washington University in St Louis
M.A., University of Pennsylvania
Ph.D., University of Pennsylvania

Anja B. Banchoff
*Assistant Teaching Professor*
M.A., Rheinische Friedrich Wilhelms Universität Bonn

Thomas F. Banchoff, V.M.
*Vice President for Global Engagement, Director of the Berkley Center, and Professor*
B.A., Yale University
Ph.D., Princeton University

Ishani Banerji
*Research Associate*
B.A., Dension University
M.A., Wake Forest University
Ph.D., Indiana Universtiy Bloomington

Evan Timothy Barba
*Assistant Professor*
B.A., Brown University
M.S., New York University
Ph.D., Georgia Institute of Technology-Main Campus

Paola Barbara
*Professor*
M.S., University of Salerno
Ph.D., Technical University of Denmark

Martin J. I. Barclay
*Lecturer, CLED Special Programs*
M.A., University of Saint Andrews

Mary J. Barnett
*Lecturer in English*
B.A., Kenyon College
M.A., University of Maryland
Ph.D., University of Maryland

Rachel F. Barr
*Associate Professor*
B.Sc., University of Otago
Ph.D., University of Otago

Edward M. Barrows
*Professor*
Ph.D., University of Kansas

Anne-Marie G. Bartoli
*Visiting Research Professor*
M.B.A., Université de Lyon
Ph.D., Université Bordeaux 1
Ph.D., Université Lumiere Lyon 2

Randall J. Bass, V.M.
*Vice Provost for Education and Professor*
B.A., Pacific University
M.A., Brown University
Ph.D., Brown University

Robert W. Bednarzik, V.M.
*Visiting Professor*
B.A., Franciscan University of Steubenville
M.A., St. Francis College
Ph.D., University of Missouri

Julia Watts Belser
*Associate Professor*
B.A., Cornell University
M.A., Academy for Jewish Religion
Ph.D., University of California-Berkeley

Laura Benedetti
*Professor*
M.A., Johns Hopkins University
Ph.D., Johns Hopkins University

Carol A. Benedict
*Professor*
B.A., University of California-Santa Cruz

M.A., Stanford University
Ph.D., Stanford University

Andrew O. Bennett
*Professor*
Ph.D., Harvard University

Nolan D. Bennett
*Assistant Teaching Professor*
B.A., University of California-Los Angeles
M.A., Cornell University
Ph.D., Cornell University

Caetlin Benson-Allott
*Associate Professor*
M.A., Cornell University
Ph.D., Cornell University

Katherine A. Benton-Cohen
*Associate Professor*
M.A., University of Wisconsin-Madison
Ph.D., University of Wisconsin-Madison

Jacques D. Berlinerblau
*Rabbi Harold White Chair in Jewish Civilization*
B.A., New York University
M.A., New School for Social Research
M.A., New York University
Ph.D., New School for Social Research
Ph.D., New York University

Andrew Bickford
*Assistant Professor*
B.A., George Mason University
M.A., Columbia University
Ph.D., Rutgers University

Robert J. Bies
*Professor*
B.S., University of Washington-Seattle Campus
M.B.A., University of Washington-Seattle Campus
Ph.D., Stanford University

Sigrun Biesenbach-Lucas
*Associate Teaching Professor*
MAT, Georgetown University
Ph.D., Georgetown University

Alison Biggs
*Assistant Teaching Professor*
B.A, Beijing Normal University
M.Phil, Ph.D., University of Cambridge

Frederick A. Binkholder
*Associate Professor of the Practice*
BM, Central Methodist College

MM, Georgia State University

Laura J. Bishop
*Associate Teaching Professor and Academic Program Manager*
M.A., Georgetown College
Ph.D., Georgetown College

Daniel L. Blair
*Associate Professor*
B.A., Elon University
M.Sc., University of Chicago
Ph.D., Clark University

Sean Blair
*Assistant Professor*
B.S., University of Florida
M.B.A., Emory University
M.S., Northwestern University
Ph.D., Northwestern University

Simon Blanchard
*Assistant Professor*
B.B.A., Université de Sherbrooke
M.Sc., Université de Montréal
Ph.D., Pennsylvania State University

William D. Blattner, V.M.
*Professor & Chair*
B.A., University of California, Berkeley
Ph.D., University of Pittsburgh-Pittsburgh Campus

Marcus E. Board
*Assistant Professor*
B.A., University of Maryladn Baltimore County
M.A., University of Chicago
Ph.D., University of Chicago

Roberto Bocci
*Associate Professor*
MFA, Rensselaer Polytechnic Institute

Leticia Bode
*Assistant Professor*
B.A., Trinity University
Ph.D., University of Wisconsin-Madison

Barbara Bodine
*Distinguised Professor in the Practice of Diplomacy & Director of ISD*
B.A., University of California – Santa Barbara
M.A., Tufts University

James N. Bodurtha, V.M.
*Associate Professor*
Ph.D., New York University

Jeremy Bolton
*Assistant Teaching Professor*
B.S., University of Florida
Ph.D., University of Florida

Elena E. Boudovskaia
*Assistant Teaching Professor*
M.A., University of California-Los Angeles
Ph.D., University of California-Los Angeles

Jennifer Z. Huang Bouey
*Associate Professor in the Department of International Health, School of Nursing & Health Studies*
M.B.B.S, Beijing University
M.P.H., Ph.D., The George Washington University

Ian Bourland
*Assistant Professor*
B.S. Georgetown University
M.A., Ph.D., University of Chicago

Laurent Bouton
*Assistant Professor*
M.A., Université Libre de Bruxelles
Ph.D., Université Libre de Bruxelles

Carrie Bowman
*Instructor in the Department of Nursing, School of Nursing & Health Studies*
B.S.N., University of Washington
M.S., Georgetown University

Richard Boyd
*Associate Professor*
B.A., University of Chicago
M.A., Fordham University
Ph.D., Rutgers University-New Brunswick

Arnold J. Bradford
*Lecturer*
B.A., Williams College
M.A., Cornell University
Ph.D., University of Virginia-Main Campus

Uwe Brandes
*Faculty Director and Associate Professor of the Practice*
B.A., Dartmouth College
M.A., Harvard University

Donette Brantner-Artenie
*Associate Teaching Professor*
M.A., Ohio University-Main Campus

George G. Brenkert
*Professor*
B.A., Colgate University
M.A., University of Michigan-Ann Arbor
Ph.D., University of Michigan-Ann Arbor

Jason Brennan
*Robert J. and Elizabeth Flanagan Family Term Associate Professorship*
B.A., University of New Hampshire
Ph.D., University of Arizona

Denise E. Brennan, V.M.
*Professor*
B.A., Smith College
M.A., Johns Hopkins University
Ph.D., Yale University

Boutheina Bridaa
*Assistant Teaching Professor*
M.A., Université Paris 4 Sorbonne
Ph.D., Université Paris 4 Sorbonne

Shaun Brinsmade
*Assistant Professor*
B.S., University of Connecticut
Ph.D., University of Wisconsin-Madison

Aaron T. Broadus
*Visiting Assistant Professor*
M.A., Howard University

Mary Ann Bronson
*Assistant Professor*
B.A., Brown University
M.A., University of California – Los Angeles
Ph.D., University of California – Los Angeles

David Bronstein
*Assistant Professor*
B.A., Dalhousie University
B.A., University of King's College
Ph.D., University of Toronto

Jonathan A. Brown
*Associate Professor*
B.A., Georgetown University
Ph.D., University of Chicago

Daniel M. Brumberg, V.M.
*Associate Professor*
Ph.D., University of Chicago

Sharon D. Buddemeier
*Lecturer, CLED Special Programs*
B.A., West Virginia University
B.S., West Virginia University
Ed.D., North Carolina State University at Raleigh
M.Ed., North Carolina State University at Raleigh

Ben Buchanan
*Assistant Teaching Professor and Director of External Education and Outreach*
B.A., M.A., Georgetown University

Ph.D., Kings College London

Phillip Buffum
*Assistant Teaching Professor*
A.B., Brown University
M.Sc., Ph.D., North Carolina State University

Simone Bunse
*Visiting Assistant Professor*
Ph.D., University of Oxford

Eric W. Burger
*Research Professor*
B.S., Massachusetts Institute of Technology
M.B.A., Catholic University of Leuven
Ph.D., Illinois Institute of Technology

Jeffry M. Burnam
*Visiting Professor & Assoiate Director of Masters of Arts in American Government*
B.A., Cornell University
M.A., University of Chicago
Ph.D., University of Chicago

Marc L. Busch
*Karl F. Landegger Professor of International Business Diplomacy*
B.A., Oueen's University
M.A., University of Toronto
M.Phil, Columbia University
Ph.D., Columbia University

Daniel L. Byman
*Professor & Senior Associate Dean for Undergraduate Affairs*
B.A., Amherst College
Ph.D., Massachusetts Institute of Technology

Raphael A. Calel
*Assistant Professor*
Ph.D., London School of Economics and Political Science

Sandra L. Calvert, V.M.
*Professor*
Ph.D., University of Kansas Medical Center

Anne Marie Cammisa
*Teaching Professor*
B.A., University of Virginia
MPP, Georgetown University
Ph.D., Georgetown University

Eric Campbell
*Researcher*
B.A., The University of Texas at Austin
Ph.D., University of California – San Diego

Hector R. Campos, V.M.
*Associate Professor*
B.A., Dartmouth College
M.A., University of California-Los Angeles
Ph.D., University of California-Los Angeles

Matthew B. Canzoneri
*Professor*
Ph.D., University of Minnesota-Twin Cities

Dan V. Cao
*Assistant Professor*
Ph.D., Massachusetts Institute of Technology

David G. Caraballo
*Associate Professor*
Ph.D., Princeton University

Matthew E. Carnes, S.J.
*Associate Professor & Director of the Center for Latin American Studies*
B.A., Stanford University
M.A., Fordham University
Ph.D., Stanford University

Anthony P. Carnevale
*Research Professor*
Ph.D., Syracuse University

Kelly Carr-Shaffer
*Lecturer in Art, Music & Theater*
B. A., Simmons College
B.F.A., University Maryland Baltimore County
M.F.A., The George Washington University

Alisa L. Carse, V.M.
*Associate Professor*
Ph.D., University of Pittsburgh-Pittsburgh Campus

Jose V. Casanova
*Professor*
Ph.D., New School for Social Research

Charlotte Cavaille
*Assistant Professor*

Doreen A. Cavanaugh
*Research Professor*
B.A., College of Our Lady of the Elms
M.A., Assumption College
M.A., College of Our Lady of the Elms
M.A., Brandeis University
Ph.D., Brandeis University

Anna H. Celenza
*Thomas E. Caestecker Professor of Music*
B.A., University of North Carolina at Greensboro

M.A., Duke University
M.A., Ghent University
Ph.D., Duke University

Christopher S. Celenza, V.M.
*Dean, Georgetown College*
B.A., SUNY at Albany
M.A., SUNY at Albany
D.Phil, Universitat Hamburg
Ph.D., Duke University

Lidia Ceriani
*Assistant Teaching Professor*
PhD., University of Pavia

Jocelyne Cesari Botman
*Visiting Associate Professor & Senior Fellow in the Berkley Center*
Ph.D., Universite de Provence Aix-Marseille 1

Victor D. Cha
*Professor*
B.A., Columbia University
MIA, Columbia University
M.A., University of Oxford
Ph.D., Columbia University

Ananya Chakravarti
*Assistant Professor*
A.B., Princeton University
M.A., University of Chicago
Ph.D., University of Chicago

Christopher Chambers
*Visiting Professor – Department of Economics*

Mun Chun Chan
*Assistant Teaching Professor*
B.A., Wesleyan University
Ph.D., Tufts University

Katherine Fehr Chandler
*Assistant Professor*
B.A., New College of Florida
M.A., University of Amsterdam
Ph.D., University of California – Berkeley

Der-Chen Chang
*Robert and Catherine McDevitt Chair in Mathematics and Computer Science & Senior Advisor the Provost on China Initiatives*
M.A., Princeton University
Ph.D., Princeton University

Marcia Chatelain
*Associate Professor*
B.A., University of Missouri–Columbia
Ph.D., Brown University

Jasmina Chauvin
*Assistant Professor*
B.S.F.S, Georgetown University
M.P.A., Harvard University
Ph.D., Harvard University

Rei-Ning Chen
*Assistant Professor*
BBA, National Taiwan University
M.A., University of Michigan-Ann Arbor
Ph.D., Ohio State University-Main Campus

Yulia E. Chentsova Dutton
*Associate Professor*
B.A., Williams College
M.A., University of Minnesota-Twin Cities
Ph.D., Stanford University

Joshua L. Cherniss
*Assistant Professor*
B.A., Yale University
D. Phil., University of Oxford
Ph.D., Harvard University

Francisca C. Cho, V.M.
*Associate Professor*
Ph.D., University of Chicago

Michael Chodos
*Professor of the Practice & Director of Impact Investing*
B.A., Swarthmore College
J.D., Stanford University

Min Koo Choi
*Assistant Teaching Professor*
B.A., University of Hawaii at Manoa
M.A., University of Hawaii at Manoa
Ph.D., University of Hawaii at Manoa

Youngeun Choi
*Assistant Teaching Professor*
B.A., Bard College
Ph.D., Harvard University

Drew Christiansen, S.J.
*Distinguished Professor of Ethics and Human Development*
B.A., Fordham University
M.Div., S.T.M., Woodstock Theological College
Ph.D., Yale University

Kasey Christopher
*Assistant Teaching Professor*
B.S., Cornell University
Ph.D., Yale University

So Yeon Chun
*Assistant Professor*
B.S., Seoul National University
M.S., Georgia Institute of Technology-Main Campus
M.S., Georgia Institute of Technology-Main Campus
Ph.D., Georgia Institute of Technology-Main Campus

Francesco Ciabattoni
*Associate Professor*
Ph.D., Johns Hopkins University

Gianni Cicali
*Associate Professor*
Ph.D., Universita degli Studi di Firenze
Ph.D., University of Toronto

Michael S. Cichello
*Teaching Professor*
B.A., Tufts University
M.A., Michigan State University
Ph.D., Michigan State University

Erasmus Jacobus Petrus Cilliers
*Assistant Teaching Professor*
D.Phil, University of Oxford

Gibson Cima
*Assistant Teaching Professor*
B.A., Georgetown University
M.A., Ohio State University-Main Campus
Ph.D., University of Washington-Seattle Campus

Raphael A. Calel
*Assistant Professor*
Ph.D., London School of Economics and Political Science

Erin M. Cline
*Associate Professor*
B.A., Belmont University
M.A., Baylor University
Ph.D., Baylor University

Patricia Cloonan
*Dean & Associate Professor, School of Nursing & Health Studies*
B.S., M.S., Boston College
Ph.D., University of Virginia

Thomas M. Coate
*Assistant Professor*
B.S., University of Puget Sound
Ph.D., Oregon Health & Science University

Stella J. Cohen-Scali
*Assistant Teaching Professor*
Ph.D., Florida State University

GTOWN_00000305

Soyica Diggs Colbert
*Associate Professor*
B.A., Georgetown University
M.A., Rutgers University-New Brunswick
Ph.D., Rutgers University-New Brunswick

Susan Coleman
*Adjunct Instructor in the Department of Nursing, School of Nursing & Health Studies*
B.S., University of Michigan
M.P.H., Johns Hopkins University

Elliott Colla
*Associate Professor & Chair*
B.A., University of California, Berkeley
M.A., University of California, Berkeley
Ph.D., University of California, Berkeley

David J. Collins, S.J.
*Associate Professor & Director of Doctoral Studies*
STL, Weston Jesuit School of Theology
B.A., University of Virginia-Main Campus
BPH, Hochschule für Philosophie München
Ph.D., Northwestern University

James B. Collins, V.M.
*Professor*
Ph.D., Columbia University

Michael J. Collins, V.M.
*Teaching Professor*
B.A., Fordham University
M.A., New York University
Ph.D., New York University

George Comer
*Associate Professor*
B.A., University of Chicago
M.A., Stanford University
Ph.D., New York University

Peggy Compton
*Professor in Nursing, School of Nursing & Health Studies*
B.S.N., University of Rochester
M.S., Syracuse University
Ph.D, New York University

Jeffrey T. Connor-Linton, V.M.
*Associate Professor*
Ph.D., University of Southern California

Thomas B. Cooke
*Distinguished Teaching Professor*
J.D., Georgetown University
L.L.M., Georgetown University

GTOWN_00000306

Sabrina Corlette
*Research Professor*
B.A., Harvard University
M.A., Harvard University
J.D., The University of Texas at Austin

Jess Cornaggia
*Assistant Professor*
B.S., Gonzaga University
M.B.A., Gonzaga University
Ph.D., The University of Texas at Dallas

Francisco Cornejo
*Associate Teaching Professor*
B.A., Pontificia Universidad Católica del Ecuador
DLS, Pontificia Universidad Católica del Ecuador
M.A., Georgetown University

Maureen D. Corrigan, V.M.
*Nickie and Jamie Grant Distinguished Professor of the Practice in Literary Criticism*
B.A., Fordham University
M.A., University of Pennsylvania
Ph.D., University of Pennsylvania

Christopher Douglas Cothran
*Director of Instructional Laboratories*
B.S., Stanford University
Ph.D., University of Virginia – Main Campus

Chester A. Crocker, V.M.
*James R. Schlesinger Professor in the Practice of Strategic Studies*
B.A., Ohio State University-Main Campus
Ph.D., Johns Hopkins University

Elizabeth Cross
*Assistant Professor*
B.A., University of Chicago
M.A., Ph.D., Harvard University

Paul B. Cudney
*Assistant Teaching Professor*
B.A., University of Arkansas
Ph.D., Georgetown University

Shiliang Cui
*Assistant Professor*
B.S., Lafayette College
Ph.D., University of Pennsylvania

Robert E. Cumby, V.M.
*Professor*
B.A., College of William and Mary
Ph.D., Massachusetts Institute of Technology

Doreen D. Cunningham
*Research Assistant Professor*
B.S., University of California-San Diego
Ph.D., University of California, Berkeley

Darren Joseph Cunningham
*Assistant Professor*
B.A., Loyola Marymount University
M.A., Monterey Institute of International Studies
Ph.D., University of Kansas

John F. Currie
*Professor*
B.A., University of Toronoto
M.A., University of Toronto
Ph.D., Cornell University

David Cusano
*Senior Research Fellow*
B.S., University of Connecticut
M.A., Northeastern University

Matthew L. Cypher
*Atara Kaufman Professor of the Practice and Director of the Steers Center for Global Real Estate*
B.S., Pennsylvania State University-Main Campus
M.S., The Texas A&M University
Ph.D., The Texas A&M University

Michael R. Czinkota
*Associate Professor*
MBA, Ohio University
Ph.D., Ohio State University-Main Campus

William F. Daddio
*Adjunct Professor in Sociology*
B.A., University of Notre Dame
M.A., University of Notre Dame
Ph.D., University of Notre Dame

Sandeep Dahiya
*Associate Professor*
B.S., Indian Institute of Technology Delhi
M.B.A., Indian Institute of Management
Ph.D., New York University

James R. Dalkin
*Adjunct Lecturer in The McDonough School of Business*
B.S., University of Virginia
M.B.A., George Washington University

Ahmad S. Dallal
*Dean, School of Foreign Service in Qatar*
B.E., American University of Beirut
M.A., Ph.D., Columbia University

Mario Daniels
*Visiting Assistant Professor*
Ph.D., Universität Tubingen

Kerry B. Danner-Mc Donald
*Lecturer*
B.A., Georgetown College

Marwa Daoudy
*Assistant Professor*
M.A., Graduate Institute of International and Development Studies
Ph.D., Graduate Institute of International and Development Studies

Lisa A. Darr-Feldner
*Lecturer*
B.A., Towson University
MPS, Georgetown University

Michael David-Fox
*Professor*
B.A., Princeton University
M.A., Yale University
Ph.D., Yale University

Robert H. Davidson
*Assistant Professor*
M.B.A., University of Chicago
Ph.D., University of Chicago

Alfreda Davis, V.M.
*Lecturer and Artistic Advisor in Black Movements Dance Theater*

Diane Davis
*Adjunct Instructor in the Department Nursing,*
School of Nursing & Health Studies
B.S.N. Georgetown University
M.S.N. The University of Virginia

Rochelle A. Davis
*Associate Professor*
B.A., University of California-Davis
M.A., University of Michigan-Ann Arbor
Ph.D., University of Michigan-Ann Arbor

Ronald B. Davis
*Associate Teaching Professor*
B.A., Virginia Polytechnic Institute and State University
B.S., Virginia Polytechnic Institute and State University
Ph.D., Pennsylvania State University-Main Campus
Ph.D., Pennsylvania State University-Main Campus

Wayne A. Davis
*Associate Professor*
B.A., University of Michigan
Ph.D., Princeton University

Carol R.T. Day, V.M.
*Adjunct Assistant Professor of Nursing in the School of Nursing & Health Studies*
B.S.N., Radford College
M.N., University of South Carolina

Stacy L. Day
*Assistant Professor of Teaching*
B.A., Brigham Young University
M.A., Brigham Young University
Ph.D., University of Arizona

Angel C. De Dios
*Associate Professor*
Ph.D., University of Illinois at Chicago

Eric Dunford
*Assistant Teaching Professor*
B.A. Beloit College
M.A., Ph.D., University of Maryland

Anna De Fina, V.M.
*Professor*
Ph.D., Georgetown University

Kathryn M. de Luna
*Assistant Professor*
B.A., University of South Carolina-Columbia
M.A., Northwestern University
Ph.D., Northwestern University

Margaret A. Debelius
*Director of Faculty Initiatives and Teaching Professor*
B.A., University of Virginia-Main Campus
M.A., Georgetown University
Ph.D., Princeton University

Dagomar Degroot
*Assistant Professor*
B.A., McMaster University
M.A., McMaster University
Ph.D., York University

Ernesto Vasquez del Aguila
*Assistant Teaching Professor*
B.A., Pontificia Universidad Católica del Perú
M.A., Facultad Latinoamericana de Ciencias Sociales Argentina
Ph.D., Columbia University in the City of New York

Anthony R. Del Donna
*Program Director & Professor of Musicology*
M.A., University of Michigan-Ann Arbor
Ph.D., Catholic University of America

Emanuela Del Gado
*Provost's Distinguished Associate Professor*
Ph.D., Università degli Studi di Napoli Federico II

GTOWN_00000310

Thomas DeLeire
*Professor*
B.A., Princeton University
Ph.D., Stanford University

Dennis J. Deletant
*Professor in the Practice, CERES*
Ph.D., University of London

Raj M. Desai, V.M.
*Associate Professor*
B.A., University of California-Irvine
M.A., Harvard University
Ph.D., Harvard University

Patrick Desbois
*Braman Endowed Professor of the Practice*
M.A., Université Catholique de Lyon

Behzad T. Diba, V.M.
*Professor*
B.A., University of Cambridge
B.S., Shiraz University
Ph.D., Brown University

Robin L. Dillon-Merrill
*Professor*
B.S., University of Virginia-Main Campus
M.S., University of Virginia-Main Campus
Ph.D., Stanford University

Eugene J. Dionne
*Professor*
B.A., Harvard University

Kevin M. Doak
*Professor & Nippon Foundation Endowed Chair*
B.A., Quincy College
M.A., University of Chicago
Ph.D., University of Chicago

Katharine M. Donato
*Professor*
B.S., New York Institute of Technology-Manhattan Campus
M.A., Stony Brook University
MSW, University of Wisconsin-Milwaukee
Ph.D., Stony Brook University

Arthur T. Dong
*Teaching Professor*
B.A., SUNY
J.D., Touro College
M.A., Columbia University

Maria J. Donoghue
*Professor and Senior Associate Dean for Faculty Affairs and Strategic Planning for Georgetown College*
B.S., Boston College
Ph.D., Washington University in St Louis

Lynn Lanz Doran
*Teaching Professor of Finance*
B.S., Duquesne University
M.S., University of Pittsburgh-Pittsburgh Campus
M.B.A., Duquesne University
Ph.D., University of Pittsburgh-Pittsburgh Campus

Robert B. Douglass
*Associate Professor & Political Theory Field Chair*
Ph.D., Duke University

Brandon Bailey Dotson
*Associate Professor*
B.A., Wesleyan University
D.Phil, University of Oxford
M.Phil, University of Oxford

Jennifer Grace Raymond Dresden
*Assistant Teaching Professor and Director of Democracy & Governance Program*
A.B., Harvard University
Ph.D., Georgetown University

William G. Droms
*John J. Powers Jr Professor of Finance*
B.A., Brown University
M.B.A., George Washington University
Ph.D., George Washington University

Peter Dubovsky
*Visiting Professor*
B.A., Pontificia Universita Gregoriana, Rome
S.S.L., Pontificio Instituto Biblico, Rome
Th.D, Harvard Divinity School

Mary H. Dupree
*Associate Professor*
B.A., Swarthmore College
M.A., Columbia University
Ph.D., Columbia University

Sylvie N. Durmelat, V.M.
*Associate Professor*
Ph.D., University of Michigan-Ann Arbor

Tatiana L. Dyachenko
*Assistant Professor*
B.S., Samara State Aerospace University
M.B.A, Bradley University
M.A., Southern Illinois University
Ph.D., Ohio State University – Main Campus

Rhonda Dzakpasu
*Associate Professor*
B.S., CUNY
Ph.D., University of Michigan-Ann Arbor

Karthikeya Easwar
*Assistant Teaching Professor*
B.S., Columbia University
M.S., University of Pennsylvania
Ph.D., Ohio State University-Main Campus

David H. Ebenbach
*Visiting Assistant Professor*
B.S., Oberlin College

Allan C. Eberhart, V.M.
*Professor*
Ph.D., University of South Carolina-Columbia

Ed Egan
*Visiting Assistant Professor*
B.S., University College London (UCL)
M.Sc., University of British Columbia
Ph.D., University of California at Berkeley

David M. Edelstein
*Associate Professor*
B.A., Colgate University
M.A., University of Chicago
Ph.D., University of Chicago

Robert C. Egnell
*Visiting Associate Professor & Director of Teaching*
B.A., Uppsala University
M.A., King's College London
M.A., Uppsala University
Ph.D., King's College London

David A. Egolf
*Associate Professor*
Ph.D., Duke University

Friederike Eigler, V.M.
*Professor & Chair*
Ph.D., Washington University in St Louis

Nada O. Eissa
*Associate Professor*
B.A., University of California-Berkeley
M.A., Harvard University
Ph.D., Harvard University

Paul Elie
*Senior Fellow & Director of the American Pilgrimage Project*
B.A., Fordham University
MFA, Columbia University

GTOWN_00000313

Matthias M. Eller
*Professor*
Ph.D., Wichita State University

Heidi G. Elmendorf
*Associate Professor*
ABO, Princeton University
Ph.D., Stanford University

Benjamin Elzinga
*Assistant Teaching Professor*
B.A., Grand Valley State University
M.A., Ph.D., Georgetwon University

Aaron C. Emmitte
*Assistant Teaching Professor*
B.A., Texas Christian University
M.A., Louisiana State University
Ph.D., Louisiana State University

Hans P. Engler
*Professor*
Ph.D., Ruprecht Karls Universität Heidelberg

William E. English
*Assistant Professor*
B.A., Duke University
B.S., Duke University
M.A., Duke University
M.S., University of Oxford
Ph.D., Duke University

Mary B. Erb
*Teaching Professor*
B.A., Catholic University of America
M.A., Georgetown University
Ph.D., Georgetown University

David H. Erkens
*Assistant Professor*
M.Sc., Maastricht University
Ph.D., Arizona State University

Ricardo Ernst, V.M.
*Baratta Chair in Global Business*
M.A., University of Pennsylvania
Ph.D., University of Pennsylvania

John L. Esposito, V.M.
*University Professor*
Ph.D., Temple University

Mark A. Esrick
*Research Associate*
B.S., Georgetown University
Ph.D., Georgetown University

GTOWN_00000314

Ray Essick
*Assisatnt Teaching Professor*
B.S., M.S., Ph.D., University of Illinois

Martin D. Evans. V.M.
*Professor*
Ph.D., Princeton University

Christine M. Evans
*Associate Professor*
MFA, Brown University
Ph.D., Brown University

Deborah A. Everhart
*Adjunct Assistant Professor in Medieval Studies*
B.A., Morningside College
M.A., Southern Methodist University
Ph.D., University of California, Irvine

Carol C. Fair
*Provost's Distinguished Associate Professor*
B.S., University of Chicago
M.A., University of Chicago
Ph.D., University of Chicago

Patricia M. Fairfield, V.M.
*Associate Professor*
Ph.D., Columbia University

Christopher P. Fall
*Research Professor*
B.S., University of Virginia
Ph.D., University of Virginia
M.B.A., Northwestern University

Jane M. Fall-Dickson
*Associate Professor in the Department of Nursing, School of Nursing & Health Studies; Assistant Chair, Research*
B.A., St. Mary-of-the-Woods College
B.S.N., University of Maryland at Baltimore
M.S.N, Yale University
Ph.D., The Johns Hopkins University

Haitao Fan, V.M.
*Professor*
Ph.D., University of Wisconsin-Madison

Jean Farley
*Assistant Professor in the Educator Track, Department of Nursing, School of Nursing & Health Studies*
B.S.N., Georgetown University
M.S.N., The Catholic University of America

Thomas F. Farr
*Director of the Religious Freedom Project & Visiting Associate Professor*
B.A., Mercer University
Ph.D., University of North Carolina-Wilmington
M.S., University of North Carolina-Wilmington

Judith Feder
*Professor*
B.A., Brandeis University
M.A., Harvard University
Ph.D., Harvard University

Lioudmila Fedorova
*Associate Professor*
M.S., Moscow State University
Ph.D., Moscow State University

Barbara L. Feinman
*Professor of the Practice*
B.A., University of California, Berkeley
M.A., Georgetown University

Kasra Ferdows, V.M.
*Heisley Family Chair of Global Manufacturing*
M.B.A., University of Wisconsin-Madison
Ph.D., University of Wisconsin-Madison

Natividad Fernandez Sola
*Prince Asturias Distinguished Visiting Professor*
Ph.D., University of Zaragoza

Michael J. Ferreira
*Associate Professor & Director of Graduate Studies*
B.A., University of Wisconsin-Madison
M.A., University of Wisconsin-Madison
Ph.D., University of Wisconsin-Madison

Stephen M. Fields, S.J., V.M.
*Associate Professor*
M.A., Yale University
Ph.D., Yale University

Clare Fieseler
*Lecturer*
B.S.F.S., Georgetown University
M.S., Duke University

Amy R. Fine, V.M.
*Adjunct Professor in The McDonough School of Business*
A.B., Mount Holyoke College
J.D., New York University

Jeremy Fineman
*Associate Professor*
M.S., Massachusetts Institute of Technology
Ph.D., Massachusetts Institute of Technology

Jennifer N. Fink
*Associate Professor*
B.A., Wesleyan University
M.A., School of the Art Institute of Chicago
Ph.D., New York University

William B. Finnerty
*Adjunct Lecturer in The McDonough School of Business*
M.B.A., Georgetown University

Mark Fisher
*Assistant Professor*

Michael J. Fitzgerald
*Teaching Professor*
Ph.D., Cornell University

Carolyn L. Forche Mattison
*University Professor*
B.A., Michigan State University
M.A., Bowling Green State University-Main Campus

Aminatta Satha Forna
*Visiting Professor and Lannan Foundation Visiting Chair*

Jennifer A. Fox
*Teaching Professor*
B.A., Carleton College
M.A., Indiana University-Bloomington
Ph.D., Cornell University

Pamela A. Fox
*Professor*
B.A., University of Illinois at Urbana-Champaign
M.A., University of Illinois at Urbana-Champaign
Ph.D., University of Washington-Seattle Campus

Emily C. Francomano
*Associate Professor*
B.A., Oberlin College
M.A., Columbia University
Ph.D., Columbia University

Timmy Frazier
*Associate Professor of the Practice and Faculty Director*
B.A., The University of Tennessee
M.S., Pennsylvania State University-Main Campus
Ph.D., Pennsylvania State University-Main Campus

James K. Freericks, V.M.
*Robert and Catherine McDevitt Chair in Physics*
B.A., Princeton University
M.A., University of California, Berkeley
Ph.D., University of California, Berkeley

Anna Maria Freifrau von der Goltz
*Associate Professor*
Ph.D., University of Oxford

Ophir Frieder
*Robert and Catherine McDevitt Professor in Computer Science*
B.S., University of Michigan-Ann Arbor

M.S., University of Michigan-Ann Arbor
Ph.D., University of Michigan-Ann Arbor

Robert Friedland
*Associate Professor in the Department of Health Systems Administration, School of Nursing & Health Studies*
B.A., M.Phil., Ph.D., The George Washington University

Caroline Wakaba Futamura
*Assistant Teaching Professor*
A.B., Bowdoin College
M.A., Middlebury College
Ph.D., Rice University

Ian L. Gale
*Professor*
Ph.D., Princeton University

Stephanie Lynne Gallop
*Lecturer*
B.A., University of Florida
M.Ed., University of North Florida

Robert L. Gallucci
*Distinguished Professor in the Practice of Diplomacy*
B.A., Stony Brook University
M.A., Brandeis University
Ph.D., Brandeis University

Alison F. Games
*Professor*
Ph.D., University of Pennsylvania

Sharat Ganapati
*Assistant Professor*
B.S./B.A., University of Chicago
M.A., Ph.D., Yale University

Emma P. Gannage
*Associate Professor*
Ph.D., University of Paris

Joseph Garman
*Assistant Professor in the Department of Nursing, School of Nursing & Health Studies*
B.S., Tennessee Technical University
M.S., Marist College
Ph.D., Georgetown University

Thomas P. Gaunt, S.J.
*Executive Director of the Center for Applied Research in the Apostolate*
M.A., University of North Carolina at Chapel Hill
Ph.D., University of North Carolina at Chapel Hill

Mary L. Gautier
*Senior Research Associate*
Ph.D., Louisiana State University and Agricultural & Mechanical College

GTOWN_00000318

Nagarjuna Gavvalapalli
*Assistant Professor*
B.Sc., Andhra Loyola College
M.Sc., University of Hyderabad
Ph.D., University of Massachusetts Amherst

Garance Genicot
*Associate Professor*
B.A., Universite de Liege
Ph.D., Cornell College

Tania Gentic
*Associate Professor*
B.A., College of William and Mary
M.A., University of Pennsylvania
Ph.D., University of Pennsylvania

Burton Gerber
*Adjunct Professor, School of Foreign Service (SSP)*
B.A., Michigan State University

Pedro Gete
*Assistant Professor*
Ph.D., University of Chicago

David S. Gewanter
*Professor*
Ph.D., University of California, Berkeley

Sara Gharahbeigi
*Assistant Teaching Professor*
B.A., Shiraz University
M.S., Southern Illinois University
Ph.D., Washington University in St Louis

Chester L. Gillis, V.M.
*Dean of Georgetown College, Professor*
Ph.B., Ph.L., S.T.B., M.A., University of Louvain
Ph.D., University of Chicago

Angel Gil-Ordonez
*Music Director, Georgetown University Orchestra & Adjunct Professor*
Private Studies with Sergiu Celibidache

Mark Giordano
*Professor*
B.A., Whitman College
M.S., University of Minnesota-Twin Cities
Ph.D., Oregon State University

Justin Giovannelli
*Research Fellow*
B.A., Pennsylvania State University
J.D., New York University
MPP, Georgetown University

Desha M. Girod
*Associate Professor*
B.A., Pennsylvania State University-Main Campus
Ph.D., Stanford University

John J. Glavin, V.M.
*Professor*
A.B., Georgetown University
Ph.D., Bryn Mawr College

Diana C. Glick
*Teaching Professor*
B.S., Western New England College
M.S., Georgetown University
Ph.D., Georgetown University

Ariel Glucklich
*Professor*
M.A., Harvard University
Ph.D., Harvard University

Nazli Goharian
*Clinical Professor*
M.S., George Mason University
Ph.D., Florida Institute of Technology

Robin Goldenberg
*Adjunct Professor in the Department of Health Systems Administration, School of Nursing & Health Studies*
B.A., Brown University
M.D., Georgetown University

David M. Goldfrank
*Professor*
Ph.D., University of Washington-Seattle Campus

Derek A. Goldman
*Professor*
B.S., Northwestern University
M.A., Northwestern University
Ph.D., Northwestern University

Maria C. Moreno Gonzalez
*Teaching Professor*
B.A., Universidad Complutense de Madrid
Ph.D., Universidad Politécnica de Madrid

Ronald C. Goodstein
*Associate Professor*
B.A., University of Virginia-Main Campus
Ph.D., Duke University

Cynthia Gordon
*Associate Professor*
B.A., University of Michigan – Ann Arbor
M.S., Georgetown University
Ph.D., Georgetown University

GTOWN_00000320

Nora E. Gordon
*Associate Professor*
B.A., Swarthmore College
Ph.D., Harvard University

William T. Gormley
*University Professor of Public Policy*
A.B., University of Pittsburgh
Ph.D., University of North Carolina at Asheville

Margaret Granitto
*Instructor in the Department of Nursing, School of Nursing & Health Studies*
B.S., Georgetown University
M.S., The Catholic University of America

Mark M. Gray
*Senior Research Associate*
B.A., University of California Los Angeles
MA, University of California Irvine
Ph.D., University of California Irvine

Sara Grayson
*Lecturer*
B.A., Baltimore Hebrew University
M.A., Baltimore Hebrew University

Adam E. Green
*Assistant Professor*
B.A., Johns Hopkins University
Ph.D., Dartmouth College

Michael J. Green
*Associate Professor & Chair in Modern and Contemporary Japanese Politics and Foreign Policy*
B.A., Kenyon College
M.A., Johns Hopkins University
Ph.D., Johns Hopkins University

Svetlana Grenier, V.M.
*Associate Professor*
M.A., Saint Petersburg State University
Ph.D., Columbia University

Carole Roan Gresenz
*Professor in the Department of Health Systems Administration, School of Nursing & Health Studies*
B.A., Loyola University Maryland;
M.A., Ph.D., Brown University

Katherine Gronberg
*Professor in the Practice*
B.A., Yale University
M.B.A., University of Virginia-Main Campus

Jose L. Guerrero
*Associate Professor*
Ph.D., University of Illinois at Urbana-Champaign

Kathleen Guidroz
*Associate Teaching Professor*
B.A., Louisiana State University
B.S., Louisiana State University
MPA, Louisiana State University
Ph.D., George Washington University

Trevor J. Gunn, V.M.
*Adjunct Professor in the School of Foreign Service*
B.A., University of San Francisco
Ph.D., London School of Economics

Thane E. Gustafson
*Professor & Co-Director of Undergraduate Studies*
Ph.D., Harvard University

Muhammad Ahmad Habib
*Assistant Teaching Professor*
B.A., Al-Azhar University
M.A., Al-Azhar University
Ph.D., Al-Azhar University

James P. Habyarimana
*Provost's Distinguished Associate Professor*
B.Sc., Massachusetts Institute of Technology
M.A., Harvard University
Ph.D., Harvard University

Yvonne Y. Haddad, V.M.
*Professor*
Ph.D., Hartford Seminary

Bassam S. Haddad
*Adjunct Assistant Professor in Government*
B.S., George Mason University
M.A., Georgetown University
Ph.D., Georgetown University

Phil Hagan
*Assistant Professor in the Departments of Human Science, School of Nursing and Health Studies*
B.S., East Carolina University
M.P.H., The George Washington University
M.B.A., Georgetown University
J.D., George Mason School University

Serafina Hager
*Affiliate of Italian*
B.A., McGill University
M.A., Columbia University
Ph.D., University of California, Irvine

Jong-In Hahm
*Associate Professor*
Ph.D., University of Chicago

Matthew B. Hamilton
*Associate Professor*
Ph.D., Brown University

Heidi E. Hamilton
*Professor*
Ph.D., Georgetown University

Rebecca W. Hamilton
*Michael and Robin Psaros Endowed Chair in Business Administration*
B.S., Cornell University
Ph.D., Massachusetts Institute of Technology

Catherine Y. Hansen
*Lecturer, CLED Program*
B.A., Brigham Young University
M.A., Utah State University

Benjamin J. Harbert
*Assistant Professor*
B.A., Wesleyan University
M.A., University of California-Los Angeles
Ph.D., University of California-Los Angeles

John Hasnas, V.M.
*Associate Professor*
B.A., Lafayette College
J.D., Duke University
L.L.M., Temple University
Ph.D., Duke University

Gregory C. Havrilak
*Assistant Teaching Professor*
St. Vladimir's Seminary
B.A., St. Francis College
M.A., Fordham University
Ph.D., Fordham University

Nell Hayes
*Assistant Teaching Professor*
B.S., Northwestern Univeristy
M.A., Ph.D., American University

Paul L. Heck
*Professor*
Ph.D., University of Chicago

Rebecca D. Heino
*Teaching Professor*
B.A., Pepperdine University
M.A., University of Southern California
Ph.D., University of Southern California

Joel Hellman
*Dean, Edmund A. Walsh School of Foreign Service*
B.A., Williams College

M.Phil., University of Oxford
Ph.D., Columbia University

James T. Hemelt
*Adjunct Professor in The McDonough School of Business*
B.S., Georgetown University
J.D., University of Baltimore

Kayatanya Henderson
*Distinguished Scholar in Residence*
B.S., Georgetown University
M.A., Georgetown University

Nathan Hensley
*Assistant Professor*
M.A., University of Notre Dame
Ph.D., Duke University

Otto H. Hentz, S.J., V.M.
*Associate Professor*
Ph.D., University of Chicago

Elena Herburger, V.M.
*Associate Professor*
Ph.D., University of Southern California

Pamela Herd
*Professor*
B.A., Colby College
Ph.D., Syracuse University

Philippe Henri Hermel
*Visiting Research Professor*
B.A., University of Paris
M.B.A., Business School of Lyon
Master in Economics and International Finance, University of Paris
Ph.D., University Lyon II
Ph.D., University Bordeaux I

Zacharay Herz
*Assistant Teaching Professor*
B.A., University of Chicago
J.D., Yale University
M.A., M.Phil., Ph.D., Columbia University

Frederick M. Hess
*Instructor*
B.A., Brandeis University
M.A., Harvard University
M.Ed., Harvard University
Ph.D., Harvard University

Michael A. Hickey, V.M.
*Assistant Teaching Professor*
B.S., Georgetown University
M.S., University of Maryland-College Park

Toshihiro Higuchi
*Assistant Professor*
M.A., State University of New York System
M.A., University of Tsukuba
Ph.D., Georgetown University

Gilles Hilary
*Professor*
M.A., Ecole Suprieure de Commerce International de Marne la Valle Paris
M.B.A., Cornell University
Ph.D., University of Chicago

Michael R. Hill
*Visiting Assistant Professor*
BM, University of Miami
M.A., Southern Illinois University Edwardsville
Ph.D., Georgetown University

Alison L. Hilton, V.M.
*Wright Family Professor of Art History*
B.A., Vassar College
M.A., Columbia University
Ph.D., Columbia University

Leslie R. Hinkson
*Assistant Professor*
B.A., Williams College
M.S., New School for Social Research
Ph.D., Princeton University

Louise F. Hipwell
*Associate Teaching Professor*
Ph.D., Rutgers University-New Brunswick

John C. Hirsh
*Professor*
Ph.D., Lehigh University

Brian Hochman
*Assistant Professor*
B.A., University of Massachusetts Amherst
M.A., Columbia University
Ph.D., Harvard University

Bruce R. Hoffman
*Professor & Director of the Center for Peace and Security Studies Program*
Ph.D., University of Oxford

James D. Holladay
*Heinz Christian Prechter Executive in Residence*
B.A., University of North Carolina
MA, Princeton Theological Seminary
M. Litt., Oxford University

GTOWN_00000325

Kevin T. Holman
*Associate Professor*
B.S., Saint Mary's University
Ph.D., University of Missouri-Columbia

H. Allen. Holmes
*Adjunct Professor in the School of Foreign Service*
A.B., Princeton University
C.E.P., Institute d'Etudes Politiques, University of Paris

Katrina A. Holt
*Senior Research Fellow*
B.S., University of Washington
M.S., University of Nebraska
MPH, University of Minnesota

Brooks C. Holtom
*Professor*
B.A., Brigham Young University
M.S., Brigham Young University
Ph.D., University of Washington-Seattle Campus

Harry J. Holzer
*John LaFarge, Jr., S.J. Chair and Professor*
A.B. Harvard University
Ph.D., Harvard University

Kenneth E. Homa
*Professor of the Practice*
B.S., Princeton University
M.B.A., University of Chicago

Nuria Homedes
*Visiting Associate Professor in the Department of International Health, School of Nursing & Health Studies*
B.S. Colegio Teresiano de la Sagrada Familia
M.D. Autonomous University of Barcelona
Dr.P.H. University of Texas, School of Public Health

Catherine J. Hope
*Research Associate*
Georgetown University
University of Maryland-College Park

Bernard Horak
*Professor in the Department of Health Systems*
*Administration, School of Nursing & Health Studies*
B.S., Trinity University
M.S., University of Southern California, Los Angeles
M.H.A., Baylor University
Ph.D., The George Washington University

LaMonda Horton-Stallings
*Professor*
B.A., University of North Carolina, Greensboro
M.A., Appalachian State University
Ph.D., Michigan State University

GTOWN_00000326

Lise M. Howard
*Associate Professor*
B.A., Barnard College
M.A., University of California, Berkeley
Ph.D., University of California, Berkeley

Marc M. Howard
*Professor*
B.A., Yale University
M.A., University of California, Berkeley
J.D., Georgetown University
Ph.D., University of California, Berkeley

Keith P. Hrebenak
*Lecturer*
B.S., United States Air Force Academy
M.S., Embry Riddle Aeronautical University
M.S., Naval War College

Juei-Chen Hsiao
*Assistant Teaching Professor*
M.A., National Cheng Kung University

Becky Y. Hsu
*Assistant Professor*
B.A., Yale University
M.A., Princeton University
Ph.D., Princeton University

Jeffrey Huang
*Assistant Professor*
B.A., Washington University in St Louis
Ph.D., Mount Sinai School of Medicine

Lihong Huang
*Assistant Teaching Professor*
B.A., Nankai University (南开大学)
MAT, Georgetown University

Sean S.H. Huang
*Assistant Professor in the Department of Health Systems Administration, School of Nursing & Health Studies*
M.A., University of Michigan – Ann Arbor
Ph.D., University of Michigan – Ann Arbor

Larry B. Huebner
*Associate Professor*
B.A., Westminster College
M.A., Colorado State University
M.A., University of North Carolina at Chapel Hill
Ph.D., University of North Carolina at Chapel Hill

Mark R. Huggett
*Professor*
Ph.D., University of Minnesota-Twin Cities

Andrea R. Hugill
*Lecturer*
B.A., Brown University
M.A., Johns Hopkins University
Ph.D., Harvard University

James H. Hunt
*Adjunct Professor in The McDonough School of Business*
B.A., University of Notre Dame
B.S., Rochester Institute of Technology

Shireen T. Hunter
*Visiting Professor*
B.A., University of Tehran
M.Sc., London School of Economics and Political Science
Ph.D., Graduate Institute of International Studies Geneva

Scott A. Hutchison
*Assistant Professor of the Practice*
BFA, Drake University
MFA, George Washington University

L. Collier Hyams
*Visiting Assistant Professor*
B.A., Louisiana Tech University
M.A., Northwestern University
MFA, Rensselaer Polytechnic Institute

Henry Hyatt
*Visiting Assistant Professor*
B.A., University of Michigan
Ph.D., University of California at Berkeley

Toshiko Ichiye
*Professor & McGowan Chair in Chemistry*
B.A., Rice University
Ph.D., Harvard University

Harvey J. Iglarsh
*Associate Professor*
Ph.D., Cornell University

Anne E. Imamura
*Adjunct Professor in Sociology*
B.A., Ohio Dominican College
M.A., University of Hawaii

Molly Inman
*Visiting Assistant Professor*
Ph.D., University of Maryland – College Park

Pablo Irusta
*Associate Professor in the Department of Human Science, School of Nursing & Health Studies*
B.S., University of Buenos Aires
Ph.D., Yale University

Martin J. Irvine, V.M.
*Founding Director & Associate Professor*
B.A., University at Buffalo
Ph.D., Harvard University

William G. Jack
*Professor*
B.S., University of Western Australia
Ph.D., University of Oxford

Z. Maurice Jackson, V.M.
*Associate Professor*
B.A., Antioch College
M.A., Georgetown University
Ph.D., Georgetown University

Bette Jacobs
*Professor in the Department of Health Systems Administration,*
*School of Nursing & Health Studies*
B.S., M.S., California State University, Fresno;
Ph.D., University of Texas, Austin

Robert Jansen
*Assistant Professor of the Practice*
B.A., Xavier University
M.F.A., University of Maryland

Peter Jaworski
*Assistant Teaching Professor*
B.A., Queen's University
M.S., London School of Economics and Political Science
M.A., University of Waterloo
Ph.D., Bowling Green State University-Main Campus

J. Bradford Jensen
*McCrane/Shaker Chair in International Business*
B.A., Kalamazoo College
Ph.D., Stanford University

Micah K. Jensen
*Visiting Assistant Professor*
B.A., Westminster College
MPP, Georgetown University
Ph.D., Georgetown University

Joseph E. Jensen
*Instructor in Liberal Studies*
B.A., Regis University
M.A., St. Mary's Seminary & University
M.A., University of Denver
Ph.D., Catholic University of America

Irene Jillson
*Assistant Professor in the Department of Nursing,*
*School of Nursing & Health Studies*

GTOWN_00000329

B.A., The American University;
Ph.D., Westminster University

Anna D. Johnson
*Assistant Professor*
B.A., Wesleyan University
Ph.D., Columbia University

Brigitte W. Johnson
*Lecturer*
B.S., Towson University
M.S., University of Maryland-University College

Joseph R. Johnson
*Assistant Professor*
B.A., University of Illinois at Urbana-Champaign
M.A., M.Phil, Ph.D., New York University

Patrick G. Johnson
*Assistant Teaching Professor*
B.S., University of Dayton
M.A., Washington University
Ph.D., Washington University

Sarah Johnson
*Assistant Professor*
B.A., Washington University
B.A., University of Oxford
M.Sc., University of Oxford
Ph.D., Massachusetts Institute of Technology

Terrence L. Johnson
*Associate Professor*
B.A., Morehouse College
Ph.D., Brown University

Alexandra Johnston
*Assistant Teaching Professor*
B.A., Washington University in St. Louis
M.A., University of Illinois at Urbana-Champaign
M.A. Stanford University
Ph.D., Georgetown University

Megan Leta Jones
*Assistant Professor*
B.S., University of Illinois at Urbana-Champaign
J.D., University of Illinois at Urbana-Champaign
Ph.D., University of Colorado at Boulder

Kaveh Jorabchi
*Assistant Professor*
Ph.D., George Washington University

Victor Richmond R. Jose
*William and Karen Sonneborn Term Associate Professorships*
Ph.D., Duke University

Larry M. Joseph
*Professor of the Practice and Faculty Director*
B.S., Rensselaer Polytechnic Institute
M.S., Tufts University
Ph.D., University of Michigan-Ann Arbor

Shareen Joshi
*Assistant Professor*
B.A., Reed College
M.A., Yale University
Ph.D., Yale University

Sonia Kaestner
*Research Associate*
B.A., Universidad Ricardo Palma
M.B.A., Georgetown University

Philip A. Kafalas, V.M.
*Associate Professor*
Ph.D., Stanford University

Bharat K. Kaku
*Teaching Professor*
BE, Bhopal University
M.S., Carnegie Mellon University
M.B.A., University of Delhi
Ph.D., Carnegie Mellon University

Bala Kalyanasundaram
*Craves Family Professor*
Ph.D., Pennsylvania State University-Main Campus

Mandy S. Kama, V.M.
*Senior Instructor & Academic Coordinator*
B.S., Louisiana State University
M.A., Louisiana State University

Bardia Kamrad, V.M.
*Professor*
B.S., University of Minnesota-Twin Cities
Ph.D., Case Western Reserve University

Diana Kapiszewski
*Provost's Distinguished Associate Professor*
B.A., Dartmouth College
M.A., Georgetown University
M.A., Middlebury College
Ph.D., University of California, Berkeley

M. Lindsay Kaplan, V.M.
*Associate Professor*
B.A., Johns Hopkins University
Ph.D., University of California, Berkeley

Mustafa U. Karakaplan
*Assistant Teaching Professor*
B.S., University of Tilburg
M.A., Bilkent University
Ph.D., Texas A & M University

Dean Spencer Karlan
*Main Campus Researcher*

Michael Kates
*Lecturer*
B.A., McGill University
M.A., McGill University
Ph.D., New York University

Yuki Kato
*Associate Teaching Professor*
B.A., University of Massachusetts Amherst
M.A., University of California-Irvine
Ph.D., University of California-Irvine

Mark V. Kauppi
*Adjunct Associate Professor in the School of Foreign Service*
B.A., University of Southern California
M.A., University of California, Berkeley
Ph.D., University of Colorado

Michael Kazin
*Professor*
B.A., Harvard University
Ph.D., Stanford University

Catherine M. Keesling
*Associate Professor*
Ph.D., University of Michigan-Ann Arbor

Katherine M. Keith
*Research Associate in the Health Policy Institute*
J.D., Georgetown University

Daniel Guy Kelly
*Associate Professor of the Practice and Faculty Director*
B.S., Miami University-Oxford
M.S., Miami University-Oxford
Ph.D., Ohio University-Main Campus

Ann A. Kennedy
*Professorial Lecturer in Linguistics*
B.A., University of Maryland
M.A., Teachers College, Columbia University
Ph.D., George Mason University

Ignatius J. Keown
*Rose F. Kennedy Professor in Christian Ethics*
Ph.D., University of Oxford

Thomas M. Kerch
*Lecturer*
Ph.D., Georgetown University

Andreas T. Kern
*Assistant Teaching Professor*
B.S., Ludwig Maximilians Universität München
M.Sc., Ludwig Maximilians Universität München
Ph.D., Freie Universität Berlin

Miklos Kertesz, V.M.
*Professor*
Ph.D., University of Budapest

Michael J. Kessler
*Managing Director & Visiting Assistant Professor*
J.D., Georgetown University
Ph.D., University of Chicago

Aljunied Khairudin
*Professor of the Pratice*
B.A., National University of Singapore
M.A., National University of Singapore
Ph.D., School of Oriental and African Studies University Of London

Shweta Bansal Khandelwal
*Assistant Professor*
B.S., Santa Clara University
M.S., The University of Texas at Austin
Ph.D., The University of Texas at Austin

Hanaa Kilany
*Associate Teaching Professor*
B.A., American University
M.A., American University
Ph.D., University of Pennsylvania

Christine J. Kim
*Associate Professor of Teaching, ASP*
B.A., University of Virginia-Main Campus
MIA, Columbia University
Ph.D., Harvard University

Diana Kim
*Assistant Professor*
B.A., Korea University
M.A., University of Chicago
Ph.D., University of Chicago

Stephanie Kim
*Faculty Director of Higher Education Administration*
B.A., University of Michigan
M.S., New York University
Ph.D., University of California – Los Angeles

Stephen J. King
*Associate Professor*
Ph.D., Princeton University

Charles Eldon King
*Professor & Chair*
B.A., University of Arkansas
M. Phil, University of Oxford
D. Phil, University of Oxford

Laurie E. King
*Associate Teaching Professor*
M.A., Indiana University-Bloomington
Ph.D., Indiana University-Bloomington

M. Gwen. Kirkpatrick
*Professor & Chair*
B.A., The University of Alabama
Ph.D., Princeton University

Christo Kirov
*Post-Doctoral Assistant Professor*
B.A., New York University
M.A., The Johns Hopkins University
Ph.D., The Johns Hopkins University

Marko Klasnja
*Assistant Professor*
Ph.D., New York University

John M. Kline
*Professor*
Ph.D., George Washington University

Karah E. Knope
*Assistant Professor*
B.A., Lake Forest College
M. Phil., George Washington University
Ph.D., George Washington University

Ami Ko
*Assistant Professor*
B.A., Seoul National University
Ph.D., University of Pennsylvania

Yaacov Nissim Kobliner
*Professor*
B.Sc., Tel Aviv University
M.Sc., Weizmann Institute of Science
Ph.D., Weizmann Institute of Science

Allison P. Koester
*Assistant Professor*
M.A., George Washington University
M.S., University of Washington-Seattle Campus
Ph.D., University of Washington-Seattle Campus

Michael Koliska
*Assistant Professor*
M.A., Otto-von-Guericke University Magdeburg
M.S., University of Illinois at Urbana-Champaign

Ivana Komunjer
*Visiting Professor – Department of Economics*

Amadou Kone
*Professor*
Doctorat de Troisième Cycle, University of Tours
Doctorat d'Etat ès Lettres, University of Limonge

Barrett Emil Koster
*Associate Teaching Professor*
B.S., Swarthmore College
M.S., Duke University
Ph.D., North Carolina State University at Raleigh

Barbara R. Kotschwar
*Adjunct Professor in the Center for Latin American Studies*
B.A., McGill University
M.A., The Johns Hopkins University

John D. Kraemer
*Assistant Professor in the Department of Health Systems Administration,*
*School of Nursing & Health Studies*
B.A., Baker University;
M.P.H., The Johns Hopkins University;
J.D., Georgetown University

Ruth T. Kramer
*Associate Professor*
B.A., Brown University
M.A., University of California-Santa Cruz
Ph.D., University of California-Santa Cruz

Matthew H. Kroenig
*Associate Professor*
B.A., University of Missouri-Columbia
M.A., University of California, Berkeley
Ph.D., University of California, Berkeley

Shiloh R. Krupar
*Provost's Distinguished Associate Professor*
B.A., Case Western Reserve University
M.A., Stanford University
Ph.D., University of California, Berkeley

Adriana Kugler
*Professor*
Ph.D., University of California, Berkeley

Richard F. Kuisel
*Adjunct Professor in History and the Center for German & European Studies*
B.A., University of Michigan

M.A., University of California
Ph.D., University of California

Rebecca Kukla
*Professor*
Ph.D., University of Pittsburgh-Pittsburgh Campus

Charles A. Kupchan, V.M.
*Professor*
B.A., Harvard University
M.Phil., Oxford University
D.Phil, Oxford University

Kostadin Kushlev
*Assistant Professor*
B.A., Reed College
M.A., Ph.D., University of British Columbia

Sandro La Barbera
*Assistant Professor*
B.A., Scuola Normale Superiore di Pisa
M.A., Scuola Normale Superiore di Pisa
Ph.D., Scuola Normale Superiore di Pisa

Maryanne F. Lachat , V.M.
*Associate Professor in the Department of Nursing,*
*School of Nursing & Health Studies*
B.S.N., Hunter College;
M.A., New York University;
Ph.D., American University

Jonathan M. Ladd
*Associate Professor*
B.A., Tufts University
M.A., Princeton University
Ph.D., Princeton University

Ludovic Lado
*Visiting Associate Professor*
Ph.D., University of Oxford

Mark Gregory Przybyszewski Lagon
*Professor in the Practice*
B.A., Harvard University
M.A., Georgetown University
Ph.D., Georgetown University

Roger D. Lagunoff
*Professor*
B.A., Ohio State University-Main Campus
Ph.D., University of Minnesota-Twin Cities

Priya Goel LaLonde
*Assistant Teaching Professor-Graduate School Educational*
*Transformation Program*
B.A., DePaul University

M.A., University of Illinois at Urbana-Champaign
M.B.A., University of Illinois at Urbana-Champaign
Ph.D., University of Illinois at Urbana-Champaign

Ismini A. Lamb
*Assistant Teaching Professor*
BSFS, Georgetown University
MA, Georgetown University

Julia A. Lamm
*Professor*
B.A., College of St Catherine
M.A., University of Chicago
Ph.D., University of Chicago

Cara LaPointe
*Senior Fellow*
B.S., United States Naval Academy
M.Phil., University of Oxford
M.S., Massachusetts Institute of Technology
Ph.D., Massachusetts Institute of Technology

Mark N. Lance, V.M.
*Professor*
B.A., Ohio State University-Main Campus
Ph.D., University of Pittsburgh-Pittsburgh Campus

John P. Langan, V.M.
*Cardinal Bernardin Chair/Catholic Social Thought*
B.A., Loyola University Chicago
M.A., Loyola University Chicago
BD, Woodstock College
Ph.D., University of Michigan

Eric A. Langenbacher
*Teaching Professor*
B.A., Carleton University
M.A., Georgetown University
M.A., University of Toronto
Ph.D., Georgetown University

Erick D. Langer
*Professor*
B.A., Stanford University
M.A., Stanford University
Ph.D., Stanford University

Catherine Langlois, V.M.
*Professor*
Ph.D., University of California, Berkeley

Jeannine LaRocque
*Assistant Professor in the Department of Human Science,*
*School of Nursing & Health Studies*
B.S., University of South Carolina Honors College;
Ph.D., University of North Carolina, Chapel Hill

Francisco Larubia-Prado, V.M.
*Professor*
M.A., SUNY College at Buffalo
Ph.D., Cornell University

Patrick D. Laude
*Professor at SFS-Qatar*
Ph.D., Indiana University-Bloomington

Motoko O. Lavallee
*Assistant Teaching Professor*
B.A., Middlebury College
MAT, Georgetown University

Kelly Kiyeon Lee
*Visiting Assistant Professor*
B.A., Yonsei University
M.B.A., Seoul National University
Ph.D., University of Toronto

Susanna Lee
*Associate Professor*
B.A., Yale University
Ph.D., Yale University

Leo D. Lefebure
*Professor & Matteo Ricci Chair*
B.A., Niles College
Ph.D., University of Chicago

Kimberly J. Leighton
*Assistant Teaching Professor*
B.A., Sarah Lawrence College
Ph.D., University of Massachusetts Amherst

Garry W. Lemasters
*Lecturer*
B.A., East Stroudsburg University of Pennsylvania
M.A., Catholic University of America
Ph.D., Catholic University of America

Frederic Lemieux
*Faculty Director and Professor of the Practice for Applied Intelligence Program*

James I. Lengle
*Associate Professor & Pi Sigma Alpha Coordinator*
B.A., Kutztown University of Pennsylvania
M.A., University of California, Berkeley
Ph.D., University of California, Berkeley

Amy E. Leonard
*Associate Professor*
B.A., Barnard College
Ph.D., University of California, Berkeley

Ronald P. Leow, V.M.
*Professor*
Ph.D., University of Illinois at Urbana-Champaign

Deborah A. Lesko Baker
*Professor*
M.A., Yale University
M.A., Yale University
Ph.D., Yale University

Ana I. Levenson
*Assistant Teaching Professor*
M.A., University of Southern California

Arik M. Levinson
*Professor*
Ph.D., Columbia University

Sivan Leviyang
*Associate Professor*
B.S., University of Maryland-College Park
Ph.D., New York University

Danny Lewis
*Assistant Professor*
Ph.D., University of Maryland-College Park

Joanna I. Lewis
*Associate Professor*
M.A., University of California, Berkeley
Ph.D., University of California, Berkeley

Neil T. Lewis
*Associate Professor*
Ph.D., University of Pittsburgh-Pittsburgh Campus

Wen-Hui Li
*Assistant Teaching Professor*
B.A., East China Normal University
MAT, Georgetown University
Ph.D., Georgetown University

Erqiu Li
*Research Associate Professor*
BS, Peking University
Ph.D., Peking University

Judith Lichtenberg
*Professor*
B.A., University of Wisconsin-Madison
M.A., University of Wisconsin-Madison
Ph.D., CUNY

Amanda J. Liddle
*Assistant Professor in the Department of Nursing,*
*School of Nursing & Health Studies*

B.S.N., Georgetown University;
M.P.H., The Johns Hopkins University
Ph.D., University of Alabama at Birmingham

Keir A. Lieber
*Associate Professor*
B.A., University of Wisconsin-Madison
M.A., University of Chicago
Ph.D., University of Chicago

Robert J. Lieber, V.M.
*Professor*
B.A., University of Wisconsin-Madison
Ph.D., Harvard University

Bernhard Liese
*Chair, Department of International Health, School of Nursing & Health Studies*
M.P.H., Harvard School of Public Health
M.D., University of Bonn
D.Sc., University of Bonn

Adam M. Lifshey
*Professor*
B.A., Harvard University
M.A., University of Virginia-Main Campus
Ph.D., University of California, Berkeley

David W. Lightfoot
*Professor of Linguistics, Director for Communication, Culture and Technology, and
Director of Interdisciplinary Program in Cognitive Science*
M.A., University of Michigan-Ann Arbor
Ph.D., University of Michigan-Ann Arbor

Tod A. Linafelt, V.M.
*Professor*
B.A., Eckerd College
BD, Columbia Theological Seminary
MST, University of Oxford
Ph.D., Emory University

Bennett M. Lindauer
*Assistant Teaching Professor, CLED Program*
B.A., Princeton University
M.S., Georgetown University

Paula Joseph Linenfelser
*Instructor in the Department of Professional Nursing,
School of Nursing & Health Studies*
B.S.N., George Mason University
M.S.N., Marymount University

Sherry Lee Linkon
*Professor & Faculty Director of Writing Curriculum Initiatives*
B.A., Macalester College
M.A., University of Denver
Ph.D., University of Minnesota

Margaret O. Little, V.M.
*Professor*
B.A., University of Iowa
Ph.D., University of California, Berkeley

David C. Lipscomb
*Director of the Writing Center and Assistant Teaching Professor*
B.A., Williams College
M.Phil, Columbia University in the City of New York
Ph.D., Columbia University in the City of New York

Wendy Zajack Lipshultz
*Faculty Director and Assistant Professor of the Practice*
M.B.A., New York University

Amy Y. Liu, V.M.
*Professor*
Ph.D., University of California, Berkeley

Lizhi Liu
*Assistant Professor*
B.L., Renmin University in China
M.S., M.A., Ph.D., Stanford University

Christopher P. Long
*Assistant Professor*
B.A., University of Connecticut
MPP, Harvard University
Ph.D., Duke University

Kristen Looney
*Assistant Professor*
B.A., Wellesley College
Ph.D., Harvard University

Nataly Lorinkova
*Assistant Professor*
B.Sc., Sofia Univeristy
M.B.A., Korean Development Institute
Ph.D., University of Maryland – College Park

Huaping Lu-Adler
*Assistant Professor*
B.A., Xuzhou Normal University
Ph.D., University of California-Davis

Jennifer E. Lubkin
*Instructor*
B.A., Washington College
M.A., American University

Kevin W. Lucia
*Senior Research Fellow*
J.D., George Washington University

GTOWN_00000341

Dana Luciano
*Associate Professor*
Ph.D., Cornell University

Rodney D. Ludema
*Associate Professor*
B.A., Calvin College
M.A., Columbia University
Ph.D., Columbia University

Ian M. Lyons
*Assistant Professor*
B.S., Brown University
Ph.D., University of Chicago

Jeffrey T. Macher
*Professor*
Ph.D., University of California, Berkeley

Alison J. Mackey
*Professor*
B.A., Lancaster University
Ph.D., University of Cambridge

Michael S. Macovski
*Associate Professor*
B.A., University of California, Berkeley
M.A., University of California, Berkeley
Ph.D., University of California, Berkeley

Daniel A. Madigan, S.J.
*Associate Professor*
B.A., Monash University
BD, Melbourne College of Divinity
Ph.D., Columbia University

Paasha Mahdavi
*Assistant Professor*
Ph.D., University of California-Los Angeles

Rodrigo A. Maillard Reyes
*Assistant Professor*
B. Sc., Universidad Peruana Cayetano Heredia (Lima, Peru)
Ph.D., The University of Texas Medical Branch

Prashant Malaviya
*Associate Professor*
Ph.D., Northwestern University

Edward J. Maloney
*Executive Director and Professor of the Practice*
B.A., Syracuse University
M.A., Syracuse University
Ph.D., Ohio State University-Main Campus

GTOWN_00000342

Marcus A. Maloof
*Professor*
B.S., University of Georgia
M.S., University of Georgia
Ph.D., George Mason University

Janet Mann, V.M.
*Professor*
B.S., Brown University
Ph.D., University of Michigan-Ann Arbor

Chandra M. Manning
*Associate Professor*
B.A., Mount Holyoke College
M.A., National University of Ireland Galway
Ph.D., Harvard University

Gerard Michael Mannion
*Amaturo Professor in Catholic Studies*
B.A., King's College, Cambridge University
M.S., New College, Oxford University
Ph.D., New College, Oxford University

Abigail A. Marsh
*Associate Professor*
B.A., Dartmouth College
M.A., Harvard University
Ph.D., Harvard University

David E. Marshall
*Associate Professor of the Practice*
M.A., University of Oxford
M.A., University of Birmingham
Ph.D., University of Birmingham

Katherine Marshall
*Professor of the Practice and Senior Fellow, Berkley Center*
B.A., Wellesley College
M.P.A., Princeton University
M.A., Princeton University
Honorary Doctorate, University of Cambodia

Sarah Marshall
*Adjunct Assistant Professor in Theater*
B.A., Birmingham Southern College

James R. Martin
*Assistant Professor*
B.A., Yale University
M.Phil., University of Cambridge
A.M., Harvard University
Ph.D., Harvard University

Kevin Martin
*Associate Teaching Professor*
B.A., University of Houston

M.A., Ph.D., Georgetown University

Fathali Massoud-Moghaddam
*Professor*
B.A., University of Liverpool
M.Sc., University of Surrey
Ph.D., University of Surrey

Oriana Skylar Mastro
*Assistant Professor*
M.A., Princeton University
Ph.D., Princeton University

James M. Mattingly
*Associate Professor*
B.A., St John's College
M.S., University of California-Santa Cruz
M.A., Indiana University-Bloomington
Ph.D., Indiana University-Bloomington

Oleh Matvyeyev
*Fulbright Visiting Student Researcher*
B.S., Ivan Franko National University of Lviv
M.S., Ivan Franko National University of Lviv

Monica A. Maxwell
*Assistant Professor*
M.A., SUNY at Albany
M.S., SUNY at Albany
Ph.D., Georgetown University

Anna M. Mayda
*Associate Professor*
M.A., Harvard University
Ph.D., Harvard University

Rochelle S. Mayer, V.M.
*Research Professor*
B.S., Mills College of Education
M.Ed., Harvard University
Ed.D., Harvard University

Alan P. Mayer-Sommer, V.M.
*Associate Professor*
B.A., Columbia University
M.B.A., Harvard University
Ph.D., Georgia State University

John W. Mayo, V.M.
*Professor*
B.A., Hendrix College
M.A., Washington University
Ph.D., Washington University

Sanal Mazhavancheryl
*Adjunct Professor in The McDonough School of Business*
Ph.D., University of Michigan, Ann Arbor
M.B.A., Indian Institute of Management (India)

Ryan G. McAllister
*Research Assistant Professor*
B.S., Washington College
Ph.D., University of Maryland-College Park

Dennis McAuliffe
*Special Assistant and the President for Contemplatives in Action*
B.A., St. Peter's College
Ph.D., New York University

Brian J. McCabe
*Assistant Professor*
B.S., Georgetown University
Ph.D., New York University
Ph.D., Cornell University

Douglas M. McCabe
*Professor*
Ph.D., Cornell University

Bryan McCann
*Associate Professor & Director of the Masters of Arts in Global, International,*
*and Comparative History*
B.A., Princeton University
M.A., University of New Mexico-Main Campus
Ph.D., Yale University

Cathleen F. McCargo
*Lecturer, CLED Special Program*
B.A., Indiana University-Bloomington
M.A., Northwestern University

Joseph A. McCartin
*Professor*
B.A., College of the Holy Cross
M.A., Binghamton University
Ph.D., Binghamton University

Myrtle McCulloch
*Assistant Professor in the Department of International Health,*
*School of Nursing and Health Studies*
B.S., Marymount University;
M.S., Columbia University;
Ed.D., Virginia Polytechnic Institute and State University

Katie E. McDermott
*Assistant Professor*
B.A., University of Notre Dame
Ph.D., University of North Carolina

GTOWN_00000345

Michael McDermott
*Professor of the Practice*
Ph.D., University of Notre Dame

William F. McDonald
*Professor*
B.A., University of Notre Dame
M.Ed., Boston College
Ph.D., University of California, Berkeley

Nancy McEldowney
*Distinguished Professor of the Practice and Director of MSFS*
M.A., Columbia University
M.S., National Defense University

Ernest McGowen
*Visiting Assistant Professor*
B.A., The University of Texas at Austin
M.A., The University of Texas at Austin
Ph.D., The University of Texas at Austin

Meredith McKittrick, V.M.
*Associate Professor and Director of MAGIC*
B.A., The University of Texas at Austin
M.A., Stanford University
Ph.D., Stanford University

Robert David McLean
*Associate Professor*
B.A., Rollins College
M.S., Arizona State University
Ph.D., Boston College

Dennis D. McManus
*Associate Professor in the Practice*
B.A., Saint Mary's College of Maryland
M.A., Georgetown University
Ph.D., Drew University

Mark D. McMorris, V.M.
*Professor*
B.A., Columbia University in the City of New York
M.A., Brown University
Ph.D., Brown University

Marilyn I. McMorrow, V.M.
*Assistant Teaching Professor*
B.A., Lone Mountain College
M.A., University of Maryland-College Park
Ph.D., Princeton University

Dennis McNamara
*Professor*
B.A., Saint Louis University-Main Campus

MDV, Jesuit School of Theology at Berkeley
M.A., Fordham University
Ph.D., Harvard University

Kathleen R. McNamara
*Professor*
Ph.D., Columbia University

Sarah McNamer
*Associate Professor*
B.A., Harvard University
M.Phil, University of Oxford
Ph.D., University of California-Los Angeles

John R. McNeill
*Professor*
B.A., Swarthmore College
M.A., Duke University
Ph.D., Duke University

Charles A. McNelis
*Associate Professor and Post Baccalaureate Coordinator*
B.A., Columbia University
Ph.D., University of California-Los Angeles

Olga Meerson
*Professor*
B.A., Hunter College
M.A., Columbia University
Ph.D., Columbia University

Erblin Mehmetaj
*Assistant Teaching Professor*
B.A., Manhattanville College
Ph.D., George Washington University

Donatella Melucci
*Visiting Assistant Professor*
Ph.D., Arizona State University

Emily Mendenhall
*Assistant Professor*
B.A., Davidson College
MPH, Emory University
Ph.D., Northwestern University

Alexandra Marie Merceron
*Visiting Assistant Professor of the Practice*
B.A., Pace University – New York
M.A., Emerson College

Lori A. Merish
*Associate Professor*
Ph.D., University of California, Berkeley

Steven J. Metallo
*Associate Professor*
B.A., College of the Holy Cross
Ph.D., Yale University

Karlene Nicole Meyer
*Assistant Teaching Professor*
B.S., Georgetown University
M.S., Georgetown University
Ph.D., Tulane University

Mark J. Meyer
*Assistant Professor*
A.M., Harvard University
B.S., American University
Ph.D., Harvard University

Oded G. Meyer
*Teaching Professor*
M.A., University of Pittsburgh-Pittsburgh Campus
Ph.D., University of Pittsburgh-Pittsburgh Campus

Marcia P. Miceli
*Professor*
B.A., Indiana University
M.B.A., Indiana University
Ph.D., Indiana University

George Mihaychuk, V.M.
*Associate Professor & Chair*
B.A., Case Western Reserve University
M.A., Harvard University
Ph.D., Harvard University

Gwendolyn Mikell
*Professor*
Ph.D., Columbia University

Judith R. Miller, V.M.
*Professor*
B.A., Harvard University
Ph.D., University of Michigan

Nathan Miller
*Assistant Professor*
B.A., University of Virginia-Main Campus
Ph.D., University of California, Berkeley

Paul Miller
*Professor of the Practice of Co-Chair for Global Politics and Security*
B.A., Ph.D., Georgetown University
M.P.P., Harvard University

James A. Millward
*Professor*
B.A., Harvard University

M.A., University of London
Ph.D., Stanford University

Albey Miner
*Associate Professor of the Practice and Director of*
*Georgetown University Galleries*
Post-Graduate Certificate, George Washington University
M.F.A., Queens College – CUNY
B.A., Randolph College

Marcia B. Mintz
*Research Fellow*

Alan C. Mitchell
*Associate Professor*
B.A., Fordham University
MDV, Weston Jesuit School of Theology
M.A., Yale University
Ph.D., Yale University

Angelyn L. Mitchell, V.M.
*Associate Professor*
B.A., North Carolina State University
M.A., North Carolina Central University
Ph.D., Howard University

Jean M. Mitchell, V.M.
*Professor*
B.S., Wake Forest University
M.A., Vanderbilt University
Ph.D., Vanderbilt University

Joshua Mitchell, V.M.
*Professor*
BGS, University of Michigan
M.A., University of Washington
M.A., University of Chicago
Ph.D., University of Chicago

David Molk
*Assistant Teaching Professor*
M.A., Tufts University
Ph.D., Princeton University

Bonnie R. Montano
*Teaching Professor*
B.A., State University of New York at New Paltz
M.S., University of Pennsylvania
Ph.D., University of Pennsylvania

Ferdinando Monte
*Assistant Professor*
Ph.D., University of Chicago

Jami Montgomery
*Professor of the Practice*
BS, Prairie View A&M University
MS, DePaul University
MS, DePaul University
Ph.D., Illinois Institute of Technology

Sharon Moody
*Lecturer in Art, Music and Theater*
B.A., Appalachian State University
M.F.A., George Washington University

Alfonso Morales-Front, V.M.
*Associate Professor*
Ph.D., University of Illinois at Urbana-Champaign

Jo Ann H. Moran
*Associate Professor*
B.A., Radcliffe College
M.A., Brandeis University
Ph.D., Brandeis University

Theodore H. Moran
*Professor*
Ph.D., Harvard

Yoshiko Mori
*Associate Professor & Japanese Language Coordinator*
Ph.D., University of Illinois at Urbana-Champaign

Rosanne Morici
*Teaching Professor*
M.A., New York University

John D. Morrell
*Associate Professor*
B.S., Georgetown University
MFA, George Washington University

Bonnie J. Morris
*Adjunct Assistant Professor in Women's Studies*
B.A., American University
M.A., State University of New York, Binghamton
Ph.D., State University of New York, Binghamton

Marcia A. Morris, V.M.
*Professor*
B.S., Georgetown University
M.S. Gerogetown University
Ph.D., Columbia University

Donna R. Morrison
*Associate Professor*
B.A., Catholic University of America
M.A., Pennsylvania State University
Ph.D., Johns Hopkins University

Farima Sadigh Mostowfi
*Associate Teaching Professor*
B.A., University of Tehran-Iran
M.A., University Charles de Gaulle Lille III
Ed.D., Universite des Sciences et Technologies Lille 1

Donald Moynihan
*Professor*
B.A., University of Limerick
M.P.A., Ph.D., Syracuse University

Baum Gong Muhn, V.M.
*Professor*
B.A., Sogang University
BFA, California College of the Arts
MFA, University of Maryland-College Park

Eusebio M. Mujal-Leon
*Associate Professor*
B.A., Catholic University of America
J.D., Catholic University of America
Ph.D., Massachusetts Institute of Technology

Barbara L. Mujica
*Professor*
Ph.D., New York University

Vladimir Mukharlyamov
*Assistant Professor*
B.Sc., Higher School of Economics
B.Sc., University of London
M.Sc., London School of Economics and Political Science
Ph.D., Harvard University

Toshihiko Mukoyama
*Visiting Professor*
B.A., University of Tokyo
M.A., University of Tokyo
M.A., University of Rochester
Ph.D., University of Rochester

Arthur J. Murphy
*Professor of the Practice*
A.B., Georgetown University
J.D., University of Pittsburgh-Pittsburgh Campus

Dale D. Murphy
*Associate Professor of Teaching in Commercial and Social Entrepreneurship*
Ph.D., Massachusetts Institute of Technology

G. Ronald Murphy, S.J.
*Professor*
B.A., Saint Louis University-Main Campus
M.A., Saint Louis University-Main Campus
MDV, Woodstock College
Ph.D., Harvard University

GTOWN_00000351

Joseph M. Murphy, V.M.
*Professor*
B.A., Northeastern University
Ph.D., Temple University

Mark C. Murphy
*Robert and Catherine McDevitt Chair in Relligious Philosophy*
B.A., The University of Texas at Austin
M.A., University of Notre Dame
Ph.D., University of Notre Dame

Robert J. Murray
*Professor of the Practice*
B.S., Suffolk University
M.A., Suffolk University
MPA, Harvard University

Fulvia Musti-Ciarla
*Assistant Teaching Professor*
B.A., California State University-Sacramento
M.A., Università di Bologna
M.A., San Francisco State University
M.A., Georgetown University
Ph.D., Georgetown University

Anil S. Nathan
*Associate Teaching Professor*
B.S., Duke University
Ph.D., Duke University

Rosemary N. Ndubuizu
*Assistant Professor*

Daniel Neep
*Assistant Professor*
B.A., University of Oxford
M.A., School of Oriental and African Studies, University of London
Ph.D., School of Oriental and African Studies, University of London

Christofer Nelson
*Program Director of the Program on Science in the Public Interest*
B.A., American University

Michael Nelson
*Adjunct Professor in the Program for Communication, Culture and Technology*
B.S., California Institute of Technology
Ph.D., Massachusetts Institute of Technology

Theodore Nelson
*Assistant Professor in the Department of Human Science,*
*School of Nursing & Health Studies*
B.S., Colorado State University;
Ph.D., University of Maryland Baltimore

Jill A. Neuendorf
*Assistant Teaching Professor*
B.A., University of Wisconsin-Green Bay
M.A., Monterey Institute of International Studies
Ph.D., Bryn Mawr College

Timothy Paul Albert Newfield
*Assistant Professor*

Abraham L. Newman
*Associate Professor*
B.A., Stanford University
M.A., Stanford University
M.A., University of California, Berkeley
Ph.D., University of California, Berkeley

Richard A. Newman
*Adjunct Professor in The McDonough School of Business*
M.A., Lincoln College, University of Oxford

Calvin Newport
*Provost's Distinguished Associate Professor*
M.S., Massachusetts Institute of Technology
Ph.D., Massachusetts Institute of Technology

Daniel H. Nexon
*Associate Professor*
M.A., Columbia University
Ph.D., Columbia University

Marden Fitzpatrick Nichols
*Assistant Professor*
A.B., Stanford University
M.A., Stanford University
M.Phil, University of Cambridge
Ph.D., University of Cambridge

Arend Jasper Nijdam
*Research Associate and Technical Manager (GNuLab)*
Ph.D., University of Twente, Netherlands

Hans C. Noel
*Associate Professor*
B.S., Northwestern University
M.A., University of California-Los Angeles
Ph.D., University of California-Los Angeles

Margaret D. Nolan
*Assistant Professor in the Department of Nursing,*
*School of Nursing & Health Studies*
B.S.N. Arizona State University;
M.S., University of California

Stanley D. Nollen
*Professor*
B.S., Iowa State University

M.S., Cornell University
M.B.A., University of Chicago
Ph.D., University of Chicago

Gerd Nonneman
*Professor*
M.A., Ghent University
M.A., University of Exeter
Ph.D., University of Exeter

Irfan Nooruddin
*Professor & SFS Faculty Chair*
B.A., Ohio Wesleyan University
M.A., University of Michigan – Ann Arbor
Ph.D., University of Michigan – Ann Arbor

Colleen Norton
*Associate Professor on the Educator Track, School of Nursing & Health Studies, School of Nursing & Health Studies*
B.S., College of Misericordia;
M.S.N., The Catholic University of America;
Ph.D., The Catholic University of America

William D. Novelli
*Distinguished Professor of the Practice*
M.A., University of Pennsylvania

Jennifer Nycz
*Assistant Professor*
B.A., Dartmouth College
M.A., New York University
Ph.D., New York University

Margaret K. O'Bryon
*Visiting Professor (Waldemar A Nielsen Chair in Philanthropy)*
B.A., Hamilton College
M.S., George Washington University

Craig S. O'Connor
*Adjunct Lecturer in The McDonough School of Business*
B.B.A., University of Missouri, Kansas City
M.B.A., American University

Michelle Ohnona
*Professorial Lecturer*
B.A., Concordia University
M.A., Concordia University

Lindsay J. Oldenski
*Associate Professor*
B.A., Guilford College
Ph.D., University of California-San Diego

Michael B. O'Leary
*Teaching Professor*
B.A., Duke University
Ph.D., Massachusetts Institute of Technology

Kathryn M. Olesko, V.M.
*Associate Professor*
B.A., Cornell University
M.A., Cornell University
Ph.D., Cornell University

Peter D. Olmsted
*Professor and Joseph Semmes Ives Chair in Physics*
B.A., Cornell University
Ph.D., University of Illinois at Urbana-Champaign

James C. Olsen
*Researcher*
B.A., Brigham Young University
MA, George Washington University
Ph.D., Georgetown University

Rafal T. Olszewski
*Research Assistant Professor*

Patrick R. O'Malley
*Associate Professor*
Ph.D., Harvard University

John W. O'Malley, S.J.
*University Professor*
Ph.D., Harvard University

Sylvia W. Onder
*Teaching Professor*
B.A., University of Pennsylvania
M.A., University of Pennsylvania
Ph.D., Ohio State University-Main Campus

Anne O'Neil-Henry
*Assistant Professor*
B.A., University of Pennsylvania
M.A., Middlebury College
Ph.D., Duke University

Adam O'Neill
*Assistant Professor*
B.A., University of California-San Diego
Ph.D., Georgia Institute of Technology-Main Campus

Natsu Onoda Power
*Associate Professor & Artistic Director of the Davis Performing Arts Center*
B.S., Northeastern University
M.A., Northeastern University
Ph.D., Northeastern University

Kennedy O. Opalo
*Assistant Professor*
Ph.D., Stanford University

Felizitas M. Opwis
*Associate Professor*
B.A., Universitat Tubingen
M.A., Universitat Freiburg
Ph.D., Yale University

Seniha Ayse Orellana
*Assistant Professor of the Practice*
B.A., Ankara University
M.A., University of Kent
Ph.D., American University

Lena Cowen Orlin
*Professor*
B.A., Oberlin College
M.A., University of North Carolina at Chapel Hill
Ph.D., University of North Carolina at Chapel Hill

Lourdes Ortega
*Professor*
M.A., University of Hawaii at Manoa
Ph.D., University of Hawaii at Manoa

Ricardo L. Ortiz
*Associate Professor & Chair*
B.A., Stanford University
M.A., University of California-Los Angeles
Ph.D., University of California-Los Angeles

Wayne H. Osborn
*Assistant Professor*
B.A., Grinnell College
M.A., University of California-San Diego
Ph.D., University of California-San Diego

Josiah W. Osgood
*Professor & Chair*
B.A., Yale University
M.A., Yale University
Ph.D., Yale University

Kelly Otter
*Dean of the School of Continuing Studies*
Ph.D., New York University

Nancy A. Overman, V.M.
*Associate Teaching Professor*
B.A., Earlham College
M.Ed., Boston University

Diana M. Owen, V.M.
*Associate Professor*
B.A., George Washington University
M.A., University of Wisconsin-Madison
Ph.D., University of Wisconsin-Madison

Neeru Paharia
*Assistant Professor*
B.A., University of California-Davis
M.S., Carnegie Mellon University
Ph.D., Harvard Business School

David S. Painter, V.M.
*Associate Professor*
B.A., King College
B.A., University of Oxford
Ph.D., University of North Carolina at Chapel Hill

Candith E. Pallandre
*Affiliate CLED Senior Instructor*
B.A., Wake Forest University
M.A., Middlebury College

Marianna V. Pankova
*Assistant Professor*
B.A., Lawrence University
Ph.D., Georgetown University

Makarand Paranjape
*Associate Professor*
Ph.D., University of Alberta

You-Me Park
*Teaching Professor*
Ph.D., George Washington University

W. Gerrod Parrott, V.M.
*Professor*
B.A., University of Virginia-Main Campus
Ph.D., University of Pennsylvania

Coilin Parsons
*Associate Professor*
B.A., National University of Ireland
M.A., Syracuse University
M.A., Columbia University
Ph.D., Columbia University

Parina Patel
*Assistant Professor of Teaching*
M.S., Rutgers University-New Brunswick
Ph.D., Rutgers University-New Brunswick

Manus M. Patten
*Associate Teaching Professor*
B.S., Syracuse University
Ph.D., Harvard University

Robert J. Patterson
*Associate Professor*
B.A., Georgetown College

M.A., Emory University
Ph.D., Emory University

Eric Michael Patterson
*Main Campus Researcher*
B.A., University of Colorado at Boulder
Ph.D., Georgetown University

Matthew P. Pavesich
*Associate Teaching Professor and Associate Director of the Georgetown University Writing Program*
M.A., University of Illinois at Chicago
Ph.D., University of Illinois at Chicago

Victoria A. Pedrick
*Associate Professor*
B.A., Emory University
Ph.D., University of Cincinnati-Main Campus

Glen A. Penrod
*Assistant Teaching Professor*
M.A., Brigham Young University

Franco Peracchi
*Professor of the Practice*
M.S., London School of Economics and Political Science
Ph.D., Princeton University

Seth Perlow
*Assistant Teaching Professor*
A.B., Brown University
M.A., University of Chicago
Ph.D., Cornell University

Peter C. Pfeiffer, V.M.
*Professor*
M.A., Washington University in St Louis
Ph.D., University of California-Irvine

John C. Pfordresher
*Professor*
B.A., Georgetown University
Ph.D., University of Minnesota

Amanda D. Phillips
*Assistant Professor*
B.A., Rice University
M.A., University of California-Santa Barbara
Ph.D., University of California-Santa Barbara

Deborah A. Phillips
*Professor*
M.A., Yale University
Ph.D., Yale University

GTOWN_00000358

Lee F. Pinkowitz
*Associate Professor*
M.A., Ohio State University-Main Campus
Ph.D., Ohio State University-Main Campus

Samantha N. Pinto
*Associate Professor*
B.A., Rutgers University-Camden
M.A., University of California-Los Angeles
Ph.D., University of California-Los Angeles

Nicoletta Pireddu, V.M.
*Professor*
M.A., University of California-Los Angeles
Ph.D., University of California-Los Angeles

Alexandre Poirier
*Assistant Professor*
B.Sc., Universite de Montreal
M.A., Ph.D., University of California-Berkeley

Michael J. Polczynski
*Assistant Teaching Professor*
B.A., Marquette University
M.A., University of Chicago
Ph.D., Georgetown University

Christine Porath
*Associate Professor*
B.A., College of the Holy Cross
Ph.D., University of North Carolina at Chapel Hill

Paul H. Portner, V.M.
*Professor*
B.A., Princeton University
Ph.D., University of Massachusetts

G. Madison Powers, V.M.
*Francis J. McNamara Jr. Chair and Senior Research Scholar*
B.A., Vanderbilt University
M.A., Vanderbilt University
J.D., The University of Tennessee
Ph.D., University of Oxford

Elizabeth A. Prelinger, V.M.
*Keyser Family Professor of Art History, Modern Art*
AB, Harvard University
AM, Harvard University
Ph.D., Harvard University

Janeth B. Presores
*Assistant Teaching Professor*
Ph.D., Georgetown University

GTOWN_00000359

Di Qi
*Assistant Teaching Professor*
B.A., Qingdao University
M.A., Qingdao University

Yvonne Queck
*Fellow*
M.A., Clinton School of Public Service – University of
Arkansas
LL.B., National University of Singapore

Dennis P. Quinn, V.M.
*Professor*
B.A., Columbia University
M.Sc., London School of Economics
M.A., Columbia University
Ph.D., Columbia University

Steven Radelet
*Professor and Donald F. McHenry Chair in Global Human Development*
B.S., Central Michigan University
MPP, Harvard University
Ph.D., Harvard University

Rama S. Ramamurthy
*Teaching Professor*
M.A., University of Madras
M.A., University of Illinois at Urbana-Champaign
M.S., University of Illinois at Urbana-Champaign
M.B.A., University of Illinois at Urbana-Champaign

Michael W. Raney
*Associate Teaching Professor*
B.A., Transylvania University
M.A., University of Kentucky
Ph.D., University of Oregon

Joanne Rappaport, V.M.
*Professor*
B.A., Kirkland College
M.A., University of Illinois at Urbana-Champaign
Ph.D., University of Illinois at Urbana-Champaign

Martin Ravallion
*Edmond D. Villani Professor of Economics*
B.S., University of Sydney
M.S., London School of Economics and Political Science
Ph.D., London School of Economics and Political Science

Jonathan S. Ray
*Associate Professor*
B.A., Tufts University
Ph.D., Jewish Theological Seminary of America

James B. Reardon-Anderson, V.M.
*Dean, School of Foreign Service in Qatar*
Ph.D., Columbia University

Douglas S. Reed
*Associate Professor*
Ph.D., Yale University

Evan C. Reed
*Professor of the Practice*
B.A., Corcoran College of Art and Design
M.A., Virginia Commonwealth University

Jeffrey P. Reid
*Professor of the Practice*
B.S., Appalachian State University
M.B.A., University of North Carolina at Chapel Hill

N. Lamar Reinsch, V.M.
*Professor*
B.A., Abilene Christian University
M.A., Central Michigan University
A.A., Lubbock Christian University
Ph.D., University of Kansas

Fei Ren
*Assistant Professor and Chinese Language Coordinator*
Ph.D., The University of Texas at Austin

Terrence P. Reynolds, V.M.
*Associate Professor*
B.A., Queens College
MDV, Concordia Seminary
MTH, Princeton Seminary
Ph.D., Brown University

Henry S. Richardson, V.M.
*Professor*
B.A., Harvard University
MPP, The John F. Kennedy School of Government at Harvard University
J.D., Harvard Law School
Ph.D., Harvard University

Christopher T. Rider
*Associate Professor*
B.A., John Hopkins University
M.B.A., University of Chicago
Ph.D., University of California – Berkeley

Leslie Ries
*Assistant Professor*
B.S., University of Maryland-College Park
M.S., Iowa State University
Ph.D., Northern Arizona University

Libbie S. Rifkin
*Teaching Professor*
Ph.D., Cornell University

Joan Burggraf Riley, V.M.
*Associate Professor in the Departments of Human Science and Nursing, School of Nursing & Health Studies*
B.S.N., M.S., Georgetown University;
M.S.N., Catholic University of America

Pietra Rivoli, V.M.
*Professor*
B.S., University of Florida
Ph.D., University of Florida

Mubbashir Abbas Rizvi
*Assistant Professor*
M.A., The University of Texas at Austin
Ph.D., The University of Texas at Austin

Nicole Rizzuto
*Assistant Professor*
B.A., Binghamton University
M.A., Brown University
M.A., Columbia University
Ph.D., Columbia University

Sue D. Roeglin, V.M.
*Assistant Teaching Professor*
B.A., California State University-Northridge
M.A., California State University-Northridge

Paul D. Roepe
*Professor*
B.A., Boston University
M.A., Boston University
Ph.D., Boston University

Carol A. Rogers
*Associate Professor*
B.B.A., Loyola University Chicago
Ph.D., Princeton University

Ronda J. Rolfes Dever
*Associate Professor and Director of Graduate Studies*
B.A., College of Saint Benedict
Ph.D., Purdue University-Main Campus

Mark C. Rom, V.M.
*Associate Dean for Academic Affairs*
B. A., University of Arkansas
M.A., University of Wisconsin
Ph.D., University of Wisconsin

Carol L. Romett, V.M.
*Associate Teaching Professor*
M.A., University of Pittsburgh-Pittsburgh Campus

Mark Rose
*Paduano Distinguished Professor*

Eva J.A. Rosen
*Assistant Professor*
B.A., Barnard College
Ph.D., Harvard University

Anne G. Rosenwald, V.M.
*Associate Professor*
B.A., Hood College
Ph.D., Johns Hopkins University

Aviel Roshwald, V.M.
*Professor*
Ph.D., Harvard University

Dennis Ross
*Distinguished Professor in the Practice of Diplomacy*
B.A., University of California-Los Angeles
MA, University of California-Los Angeles
Ph.D., University of California-Los Angeles

Lynn C. Ross
*Teaching Professor*
B.A., State University of New York at New Paltz
Ph.D., Georgetown University

Maya E. Roth
*Associate Professor & Chair*
B.A., Swarthmore College
M.A., University of California, Berkeley
Ph.D., University of California, Berkeley

Adam Rothman
*Professor*
Ph.D., Columbia University

Marguerite Roza
*Research Associate Professor*
B.S., Duke University
M.S., University of Washington
Ph.D., University of Washington

Nita Rudra
*Associate Professor*
B.A., University of Florida
MA, University of Southern Florida
MA, University of Southern California
Ph.D., University of Southern California

Frederick J. Ruf, V.M.
*Associate Professor*
B.A., Williams College
M.A., University of Chicago
Ph.D., Harvard University

John Rust
*Professor*
B.A., University of Pennsylvania
Ph.D., Massachusetts Institute of Technology

Michael G. Ryan
*Professor of the Practice, Interdisciplinary Programs, Georgetown College*
B.A., Georgetown University
M.B.A., Wharton School of Business

Michael P. Ryan
*Teaching Professor*
B.A., University of Akron Main Campus
M.A., Ohio State University-Main Campus
M.A., University of Michigan
Ph.D., University of Michigan

Rebecca M. Ryan
*Provost's Distinguished Associate Professor*
B.A., Princeton University
M.Ed., Harvard University
Ph.D., Columbia University

Damian M. Saccocio
*Adjunct Lecturer in the McDonough School of Business*
B.S., Ohio State University
M.S., Massachusetts Institute of Technology
Ph.D., Rensselaer Polytechnic Institute

Iwona Sadowska
*Assistant Teaching Professor*
MA, University of Gdask

Veronica A. Salles-Reese, V.M.
*Associate Professor*
B.A., George Washington University
M.A., George Washington University
M.A., Johns Hopkins University
Ph.D., Johns Hopkins University

Jordan A. Sand, V.M.
*Professor*
B.A., Columbia University
ME, Tokyo University
Ph.D., Columbia University

Hannah Sande
*Assistant Professor*
B.A., University of Minnesota, Twin Cities
M.A., University of Minnesota, Twin Cities
M.A., University of California, Berkeley
Ph.D., University of California, Berkeley

James T. Sandefur
*Professor*
B.A., Vanderbilt University

M.A., University of Denver
Ph.D., Tulane University of Louisiana

Theresa M. Sanders, V.M.
*Associate Professor*
B.A., Mercyhurst College
M.A., University of Notre Dame
M.Phil, Syracuse University
Ph.D., Syracuse University

Philip Sandick
*Assistant Teaching Professor*
M.F.A., University of Wisconsin-Madison
Ph.D., University of North Carolina, Chapel Hill

Milena Santoro, V.M.
*Associate Professor*
B.A., University of Victoria
M.A., Princeton University
Ph.D., Princeton University

Vivaldo A. Santos
*Associate Professor*
B.A., Universidade Federal de Ouro Preto (UFOP)
M.A., University of New Mexico
Ph.D., University of California, Berkeley

Cristina Sanz, V.M.
*Professor*
B.A., Universitat de Barcelona
Ph.D., University of Illinois at Urbana-Champaign

Joseph Sassoon
*Associate Professor*
B.A., Hebrew University of Jerusalem
D.Phil, University of Oxford
M.A., Tel Aviv University

Kumi Sato
*Assistant Teaching Professor*
M.A., University of Iowa

Elizabeth Saunders
*Associate Professor*
A.B., Harvard University
M.Phil., University of Cambridge
M.A., M.Phil., Ph.D., Yale University

James F. Schaefer, V.M.
*Adjunct Professor, American Studies Program, Georgetown College*
B.A., Beloit College
M.A., University of Minnesota
Ph.D., University of Minnesota

Howard B. Schaffer
*Senior Counselor in the School of Foreign Service*
B.A., Harvard University

Hector E. Schamis
*Adjunct Professor, Department of Government*
B.A., University of Buenos Aires
Ph.D., University of Pittsburgh
Ph.D., Columbia University

Natalie A. Schilling
*Associate Professor*
B.A., University of North Carolina, Chapel Hill
MA, North Carolina State University
Ph.D., University of North Carolina, Chapel Hill

Jason D. Schloetzer
*William and Karen Sonneborn Term Associate Professorships*
B.S., University of Kansas
M.B.A., George Washington University
Ph.D., University of Pittsburgh

Glen M. Schmidt
*Visiting Professor*
B.A., Bethel College
MS, Kansas State University
M.B.A., University of Northern Iowa
Ph.D., Stanford University

Cynthia P. Schneider
*Adjunct Professor in the School of Foreign Service*
B.A., Harvard University
Ph.D., Harvard University

Nathan Solomon Schneider
*Assistant Professor*
B.A., University of California-Berkeley
Ph.D., Carnegie Mellon University

Barbara S. Schone, V.M.
*Teaching Professor*
Ph.D., University of Virginia-Main Campus

Dan Schueftan
*Goldman Visiting Israeli Professor*
B.A., Tel-Aviv University
MA, Tel-Aviv University
Ph.D., University of Haifa

Marius Schwartz, V.M.
*Professor*
B.Sc., London School of Economics and Political Science
M.A., University of California-Los Angeles
Ph.D., University of California-Los Angeles

Henry J. Schwarz, V.M.
*Professor*
B.A., McGill University
M.A., Rutgers University
Ph.D., Duke University

Jennifer M. Sclafani
*Associate Teaching Professor*
B.A., University of Virginia-Main Campus
M.S., Georgetown University
Ph.D., Georgetown University

Jamil Scott
*Assistant Professor*
B.A., University of Maryland
M.A., Ph.D., Michigan State University

Andrew P. Screen
*Assistant Teaching Professor*
B.A., James Madison University
M.A., American University

Erika B. Seamon
*Associate Teaching Professor & Director, American Studies Program*
B.A., Miami University-Oxford
M.A., Georgetown University
Ph.D., Georgetown University

Adam G. Searing
*Main Campus Researcher*
B.A., University of California – Santa Cruz
MPH, University of North Carolina
J.D., University of North Carolina

Nicole M. Bibbins Sedaca
*Professor in the Practice of International Affairs and Concentration Chair, International Politics and Security in the Master of Science in Foreign Service Program*
B.A., College of William and Mary
MSFS, Georgetown College

Kimberly F. Sellers
*Associate Professor*
B.S., University of Maryland-College Park
M.A., University of Maryland-College Park
Ph.D., George Washington University

Alexander Sens, V.M.
*Markos and Eleni Tsakopoulos-Kounalakis Professor of Hellenic Studies*
B.A., Brown University
M.A., Harvard University
Ph.D., Harvard University

Jean-Francois Seznec
*Adjunct in the Landegger Program in International Business Diplomacy, School of Foreign Service*
B.A., Washington College

M.A., Columbia University
M.A., Yale University
Ph.D., Yale University

Timothy B. Shah
*Associate Director of the Religious Freedom Project & Visiting Assistant Professor*
Ph.D., Harvard University

Rebecca Shah
*Main Campus Researcher*
B.Sc., London School of Economics and Political Science
M.Sc., London School of Economics and Political Science

Sonal R. Shah
*Professor of the Practice*
B.A., University of Chicago
MA, Duke University

Emad El-Din Ali Shahin
*Visiting Professor*
B.A., American University in Cairo
M.A., American University in Cairo
M.A., John Hopkins University
Ph.D., John Hopkins University

Milena Shahu
*Associate Teaching Professor*
Ph.D., American University

Yossi Shain
*Professor*
B.A., Tel Aviv University
MA, Tel Aviv University
Ph.D., Yale University

George E. Shambaugh, V.M.
*Associate Professor*
B.A., Oberlin College
M.A., Columbia University
M.A., Columbia University

Karen Shaup
*Assistant Teaching Professor*
B.A., Hartwick College
Ph.D., University of Oregon

James P. Shedel
*Associate Professor*
B.A., University of California-Santa Cruz
M.A., University of Rochester
Ph.D., University of Rochester

Nancy Sherman, V.M.
*University Professor*
Ph.D., Harvard University

Micah Sherr
*Provost's Distinguished Associate Professor*
B.S., University of Pennsylvania
M.S., University of Pennsylvania
Ph.D., University of Pennsylvania

Thomas C. Shields
*Professor*
B.A., University of Virginia-Main Campus
M.A., University of Maryland-College Park
M.S., University of California-Santa Cruz
Ph.D., University of California-Santa Cruz

Gary M. Shiffman
*Adjunct Professor in the School of Foreign Service*
B.A., University of Colorado, Boulder
M.A., Georgetown University
M.A., George Mason University
Ph.D., George Mason University

Daniel A. Shore
*Provost's Distinguished Associate Professor*
B.A., Amherst College
M.A., Harvard University
Ph.D., Harvard University

Shaligram Shukla
*Associate Professor*
MA, Cornell University
Ph.D., Cornell University

Katrin Sieg
*Professor*
M.A., California State University-San Marcos
Ph.D., University of Washington-Seattle Campus

Elizabeth P. Sigman
*Distinguished Teaching Professor*
B.A., College of William and Mary
M.A., University of North Carolina at Chapel Hill
Ph.D., University of North Carolina at Chapel Hill

Elena M. Silva
*Professor*
B.S., Stanford University
Ph.D., Stanford University

Joel Simmons
*Associate Professor*
B.A., Saint Louis University
Ph.D., University of Michigan

Steven M. Singer
*Professor*
B.A., Princeton University
Ph.D., Stanford University

GTOWN_00000369

Lisa O. Singh
*Associate Professor*
B.S., Duke University
M.S., Northwestern University
Ph.D., Northwestern University

Rebecca Sitney
*Assistant Professor of the Practice*
B.A., Sarah Lawrence College
M.A., New York University

April Sizemore-Barber
*Assistant Professor of the Practice*
B.A., Oberlin College
Ph.D., University of California-Berkeley

Charles J. Skuba
*Professor of the Practice*
BSFS, Georgetown University
M.B.A., The George Washington University, School of Business

Michael R. Slater
*Lecturer*
Ph.D., Brown University

J. Cory Smart
*Research Professor*
B.S., Northwestern University
M.S., University of California-Davis
Ph.D., University of California-Davis

Kathleen E. Smith
*Professor of Teaching, CERES*
M.A., University of California, Berkeley
Ph.D., University of California, Berkeley

Lahra Smith
*Associate Professor*
B.A., University of New Hampshire
M.A., University of California-Los Angeles
Ph.D., University of California-Los Angeles

Nicole Smith
*Research Fellow*
Ph.D., American University

Iris Smorodinsky
*Associate Teaching Professor*
Ph.D., Yale University

William R. Smyser
*Adjunct Professor in the School of Foreign Service*
Ph.D., George Washington University

Christine C. So
*Associate Professor*
B.A., Dartmouth College
M.A., Columbia University
Ph.D., Columbia University

Andrew J. Sobanet
*Chair & Associate Professor*
B.A., University of Colorado at Boulder
M.A., University of Pennsylvania
Ph.D., University of Pennsylvania

Pamela Sodhy
*Adjunct Professor in History*
B.A., University of Malaya
M.A., Louisiana State University
M.A., Cornell University
Ph.D., Cornell University

Rosemary K. Sokas
*Chair and Professor in the Department of Human Science, School of Nursing & Health Studies*
M.S., M. Occ. H., Harvard School of Public Health
M.D., Boston University School of Medicine

Gerald D. Solomon, V.M.
*Professor in the Practice, IBD*
B.B.A., University of Massachusetts Amherst
M.B.A., New York University

Ori Z. Soltes
*Professor of Teaching*
Ph.D., Union Institute & University

Amira E. Sonbol, V.M.
*Professor*
M.A., American University in Cairo
Ph.D., Georgetown University

Mary Tamara Sonn
*Hamad Bin Khalifa Al-Thani Professor of the History of Islam*
B.A., Santa Clara University
M.A., University of Toronto
Ph.D., University of Chicago

Edward Soule
*Associate Professor*
B.A., University of Missouri-Kansas City
Ph.D., Washington University

Cylor Spaulding
*Faculty Director and Assistant Professor of the Practice*
B.A., Arizona State University
M.A., University of Southern California
Ph.D., University of Miami

GTOWN_00000371

Howard R. Spendelow
*Associate Professor*
B.A., Oberlin College
M.A., Harvard University
Ph.D., Harvard University

Guy Spielmann, V.M.
*Associate Professor*
Ph.D., Vanderbilt University

Mark C. Spragg
*Adjunct Lecturer in the McDonough School of Business*
M.B.A., University of California, Los Angeles

Katalin Springel
*Assistant Professor*
B.A., Corvinus University of Budapest
M.A., Central European University
Ph.D., University of California at Berkeley

Richard K. Squier, V.M.
*Associate Professor*
B.S., University of California, Berkeley
Ph.D., Princeton University

Martin J. Staab
*Adjunct Professor the School of Foreign Service*
B.A., Fairleigh Dickinson University
M.A., Indiana University
Ph.D., Indiana University

Elizabeth A. Stanley
*Associate Professor*
B.A., Yale University
M.B.A., Massachusetts Institute of Technology
Ph.D., Harvard University

Oded Stark
*Distinguished Research Scholar*

Christopher W. Steck, S.J.
*Associate Professor*
Ph.D., Yale University

Sherry L. Steeley
*Associate Teaching Professor*
B.A., Mount St Mary's University
M.A., Johns Hopkins University
Ph.D., George Mason University

Lauve H. Steenhuisen, V.M.
*Teaching Professor*
B.A., Roanoke College
Ph.D., Graduate Theological Union

Angela E. Stent
*Professor*
B.A., University of Cambridge
M.Sc., London School of Economics and Political Science
Ph.D., Harvard University

Elizabeth Hervey Stephen
*Associate Professor*
B.A., Colorado Women's College
M.A., Georgetown University
Ph.D., The University of Texas at Austin

Crissa Stephens
*Asssistant Teaching Professor*
B.A., University of Northern Iowa
M.A., Georgetown University
Ph.D., University of Iowa

Suzanne Stetkevych
*Sultan Qaboos bin Said Professor of Arabic and Islamic Studies*
Ph.D., University of Chicago

Sarah C. Stiles
*Teaching Professor*
J.D., Northeastern University
Ph.D., Boston University

Robynn J. Stilwell
*Associate Professor*
M.A., University of California, Berkeley
Ph.D., University of Michigan-Ann Arbor

Shannon Stimson
*Professor*
Ph.D., Harvard University

Karen E. Stohr
*Associate Professor*
B.A., University of Notre Dame
M.A., University of North Carolina at Chapel Hill
Ph.D., University of North Carolina at Chapel Hill

Sarah L. Stoll
*Associate Professor*
B.A., Smith College
Ph.D., University of California, Berkeley

Michael A. Stoto
*Professor in the Department of Health Systems Administration, School of Nursing & Health Studies*
A.B., Princeton University;
A.M., Ph.D., Harvard University

William T. Stout
*CLED Lecturer*
B.A., Vanderbilt University

GTOWN_00000373

Sandra L. Strachan-Vieira
*Research Associate*
B.A., Emory University
M.A., Georgetown University

Nathaniel Strawn
*Assistant Professor*
Ph.D., University of Maryland-College Park

Jeffrey Strohl
*Senior Research Fellow*
Ph.D., American University

Lisa Strong
*Director of Art and Museum Studies MA Program & Associate Professor of the Practice*
A.B., Mount Holyoke College
Ph.D., Columbia University

Jonathan R. Stroud
*Associate Professor*
Ph.D., Duke University

Jing-Fen Su
*NCCU Scholar*
B.A., National Chengchi University
M.A., National Taiwan University
Ph.D., National Taiwan University

Nicholas Subtirelu
*Assistant Teaching Professor*
B.A., Bowling Green State University-Main Campus
M.A., Ball State University
Ph.D., Georgia State University

Ryung Suh
*Associate Professor and Interim Chair in the Department of Health Systems Administration*
B.S., United States Military Academy
M.D., Georgetown University School of Medicine
MPP, Georgetown University Graduate Public Policy Program
MBA, Georgetown University McDonough School of Business
MPH, Uniformed Services University of the Health Sciences

Laura L. Summer
*Research Faculty*
B.A., University of Michigan
MPH, Harvard School of Public Health

Michele L. Swers
*Professor*
B.A., Johns Hopkins University
M.A., Johns Hopkins University
M.A., Harvard University
Ph.D., Harvard University

Jennifer A. Swift
*Professor*
B.A., Bowdoin College
Ph.D., Yale University

Tanja D. Szabo
*Lecturer, CLED Special Programs*
B.A., The George Washington University
MA, The George Washington University
MA, George Mason University

Mahlet G. Tadesse
*Professor*
B.S., University of the District of Columbia
M.S., Harvard University
Ph.D., Harvard University

Oluf emi Taiwo
*Assistant Professor*
B.A., Indiana University
Ph.D., Univerity of California at Los Angeles

Yuhki John Tajima
*Assistant Professor*
B.A., Swarthmore College
MPA, Harvard University
Ph.D., Harvard University

Caitlin Talmadge
*Associate Professor*
A.B., Harvard University
Ph.D., Massachuesetts Institute

Pierre S. Taminiaux, V.M.
*Professor*
Ph.D., University of California, Berkeley

Wei Tang
*Associate Professor*
B.S., University of Illinois at Chicago
M.A., University of Michigan-Ann Arbor
Ph.D., University of Michigan

Deborah F. Tannen
*University Professor*
Ph.D., University of California, Berkeley

Mariano Tappata
*Lecturer*
B.A., Universidad Nacional de La Plata
M.A., Universidad Torcuato Di Tella
M.A., University of California-Los Angeles
Ph.D., University of California-Los Angeles

GTOWN_00000375

Rebecca G. Tarsa
*Assistant Teaching Professor*
B.A., American University
M.A., University of Wisconsin-Madison
Ph.D., University of Wisconsin-Madison

Brian M. Taylor
*Assistant Teaching Professor*
B.A., Washington College
M.A., Villanova University
Ph.D., Georgetown University

Carol Taylor
*Professor and Director of the Center for Clinical Bioethics in the Department of Nursing, School of Nursing & Health Studies*
B.S.N., Holy Family College
M.S.N., Catholic University of America
Ph.D., Georgetown University

Scott D. Taylor
*Professor*
Ph.D., Emory University

Tim N. Teigen
*Assistant Teaching Professor*
M.S., University of Washington-Seattle Campus

Kathryn D. Temple, V.M.
*Associate Professor & Chair*
B.A., Georgia State University
J.D., Emory University
M.A., University of Virginia-Main Campus
Ph.D., University of Virginia-Main Campus

Justin Thaler
*Assistant Professor*
B.S., Yale University
Ph.D., Harvard University

Nimel D. Theodore
*Fellow*
B.A., Drew University
M.S., The College of William and Mary
Ph.D., The College of William and Mary

Alexander C. Theos
*Assistant Professor in the Department of Human Science, School of Nursing & Health Studies*
M.A., Ph.D., University of Cambridge

Anne Thinglum
*Assistant Teaching Professor*
B.A., M.A., Universityof Illinois at Urbana-Champaign
Ph.D., Georgetown University

Robert J. Thomas, V.M.
*Professor of Marketing*
Ph.D., University of Pennsylvania

Adam T. Thomas
*Associate Teaching Professor*
B.A., Birmingham Southern College
M.A., University of Sussex
MPA, The University of Texas at Austin
Ph.D., Harvard University

Debora V. Thompson
*Beyer Family Term Associate Professorship*
Ph.D., University of Maryland-College Park

Xiaoli Tian
*Visiting Assistant Professor*
B.S., University of Minnesota
M.A., University of Minnesota
Ph.D., University of Iowa

Alan C. Tidwell
*Professor in the Practice and Director of CANZPS*
B.A., George Mason University
M.A., University of New South Wales
M.S., George Mason University
Ph.D., University of Kent

Norma J. Tilden, V.M.
*Teaching Professor*
B.A., Saint Mary's College
M.A., New York University
Ph.D., New York University

Barrett W. Tilney
*Lecturer in Art*
B.S., University of Pennsylvania
M.A., University of Massachusetts

Matthew J. Tinkcom, V.M.
*Associate Dean for Academic Affairs*
B.A., University of California, Berkeley
M.A., The University of Texas at Austin
Ph.D., University of Pittsburgh

Catherine H. Tinsley
*Professor*
Ph.D., Northwestern University

Erwin H.R. Tiongson
*Professor in the Practice of International Affairs & Concentration Chair for International Development*
B.A., Ateneo de Manila University
M.A., Fordham University
MPP, Georgetown University
M. Phil, George Washington University
Ph.D., George Washington University

Jennifer L. Tobin
*Assistant Professor*
A.B., Lafayette College

MPP, Harvard University
Ph.D., Yale University

Yuye J. Tong
*Professor & Chair*
B.S., Fudan University
M.Sc., Fudan University
Ph.D., École Polytechnique Fédérale de Lausanne

Giuseppe Tosi, V.M.
*Assistant Teaching Professor*
M.A., Johns Hopkins University
Ph.D., Johns Hopkins University

Marlene Morris Towns
*Teaching Professor*
B.S., University of Virginia-Main Campus
Ph.D., Duke University

Geoffrey Traugh
*Assistant Teaching Professor*
B.A., University of Connecticut
M.A., New School for Social Research
Ph.D., New York University

Maria Fernanda Trujillo
*Associate Professor of the Practice and Faculty Director of the Technology Management and Systems Engineering Programs*

Erinn Tucker
*Associate Professor of the Practice and Faculty Director for*
*Global Hospitality Leadership Program*
B.S., Florida A&amp;M University
M.S., Florida State University
Ph.D., Oklahoma State University – Main Campus

Judith E. Tucker
*Professor of History*
B.A., Radcliffe College
M.A., Harvard University
Ph.D., Harvard University

Vincent Turbat
*Adjunct Assistant Professor in the Department of International Health, School of Nursing & Health Studies, School of Nursing &*
*Health Studies*
M.A., University of Orleans;
Ph.D., University of Aix-Marseille

Jeanine W. Turner, V.M.
*Associate Professor*
Ph.D., Ohio State University-Main Campus

John M. Tutino, V.M.
*Professor*
B.A., College of the Holy Cross
Ph.D., The University of Texas at Austin

Erin K. Twohig
*Assistant Professor*
B.A., Middlebury College
M.A., New York University
M. Phil., Columbia University
Ph.D., Columbia University

Charles Udomsaph
*Assistant Professor of Teaching*
B.S., Georgetown University
MSFS, Georgetown University
Ph.D., University of California, Berkeley

Sezer Ulku
*Associate Professor*
B.S., Bilkent University
M.S., Bilkent University
M.S., INSEAD Business School
Ph.D., INSEAD Business School

Canan Ulu
*Associate Professor*
B.S., Middle East Technical University
M.S., Middle East Technical University
Ph.D., Duke University

Sanford J. Ungar
*Distinguished Scholar-in-Residence*
B.A., Harvard University
M.A., London School of Economics and Political Science

Jeffrey S. Urbach, V.M.
*Professor of Physics and Interdisciplinary Chair in Science*
B.A., Amherst College
Ph.D., Stanford University

Chandan J. Vaidya
*Professor & Chair*
Ph.D., Syracuse University

Nitin H. Vaidya
*Professor and Robert L. McDevitt, K.S.G., K.C.H.S., and Catherine H. McDevitt L.C.H.S Chair*
B.E., Birla Institute of Technology and Science
M.E., Indian Institute of Science
Ph.D., University of Massachusetts, Amherst

Brooke Van Dam
*Faculty Director and Associate Professor of the Practice*
B.A., Northwest Nazarene University
M.A., University of Westminster
Ph.D., City University London

Mary M. Van De Weghe
*Professor of the Practice*
M.B.A., Dartmouth College

Edward R. Van Keuren
*Associate Professor & Director of Undergraduate Studies*
B.S., Rensselaer Polytechnic Institute
M.S., Carnegie Mellon University
Ph.D., Carnegie Mellon University

Sophia Vassiliadou
*Associate Professor*
Ph.D., University of Notre Dame
M.S., University of Notre Dame

Rajesh Veeraraghavan
*Assistant Professor*
M.A., Cleveland State University
M.S., Birla Institute of Technology and Science
M.S., Clemson University
Ph.D., University of California-Berkeley

Mahendran Velauthapillai, V.M.
*Professor & McBride Family Endowed Chair*
Ph.D., University of Maryland College Park

Francis G. Vella
*Professor, Chair & Villani Chair in Economics*
Ph.D., University of Rochester

Wilfried Ver Eecke
*Professor*
M.A., Georgetown University
Ph.D., Faculty of the Arts, Leuven, Belgium

Rubina Verma
*Assistant Professor of the Practice*
B.A., University of Delhi
M.A., University of Delhi
M.A., University of Southern California
Ph.D., University of Southern California

Patricia I. Vieira
*Associate Professor*
M.A., Harvard University
Ph.D., Harvard University

Andres G. Vinelli
*Adjunct Lecturer in The McDonough School of Business*
B.S., Universidad de San Andres (Argentina)
M.A., Harvard University
Ph.D., Harvard University

Sarah Vittone
*Instructor in the Department of Nursing, School of Nursing & Health Studies*
B.S., University of Virginia
M.S., University of Virginia
M.A., University of Virginia

Erik Voeten
*Professor*
Ph.D., Princeton University
M.A., Princeton University

Joann C. Volk
*Senior Research Fellow*
M.A., Johns Hopkins University

Yianna Vovides
*Professor of the Practice & Director of Learning Design and Research*
B.A., University of Iowa
M.A., University of Iowa
Ph.D., University of Iowa

Myriam Vuckovic
*Assistant Professor in the Department of International Health, School of Nursing & Health Studies*
B.A., University of Wyoming
M.A., Ludwig Maximilians Universität
Ph.D., University of Kansas

Yoel Wachtel
*Senior Lecturer*
M.A., Baltimore Hebrew University
Ph.D., Baltimore Hebrew University

Christian Wagner, S.J.
*Assistant Teaching Professor and Advisor for Global Engagement*
B.S., Karlsruhe Institute of Techonology
M.A., Santa Clara University
M.A., Fordham University
M.S., Ecole Superieure de Biotechnolgie de Strasbourg
Ph.D., Universitat Basel

Katherine Waldock
*Assistant Professor*
B.A., Harvard University
Ph.D., New York University

David A. Walker
*John A. Largay Professor*
Ph.D., Iowa State University

David W. Wallis
*Professor of the Practice of International Affairs*
B.A., University of Cambridge
M.B.A., City University London

Michelle C. Wang
*Assistant Professor*
B.A., University of Chicago
M.A., University of Kansas
Ph.D., Harvard University

Peng Wang
*Assistant Teaching Professor*
B.A., M.A., Yunnan University, Kunming

Timothy H. Warren
*Vorisek Professor*
B.S., University of Illinois
Ph.D., Massachusetts Institute of Technology

Luc R. Wathieu
*Professor & Deputy Dean*
Ph.D., INSEAD Business School

Julia Watts Belser
*Assistant Professor*
B.A., Cornell University
M.A., Academy for Jewish Religion
Ph.D., University of California, Berkeley

Stephen J. Wayne, V.M.
*Professor*
B.A., University of Rochester
M.A., Columbia University
Ph.D., Columbia University

Maria B. Wear, V.M.
*Assistant Teaching Professor*
B.A., Universidad de La Laguna

Robert K. Weaver
*Distinguished Professor*
Ph.D., Harvard University

Alissa M. Webel, V.M.
*Assistant Teaching Professor*
MSFS, Georgetown University

Heather D. Weger
*Associate Teaching Professor*
Ph.D., Georgetown University

Cynthia Wei
*Associate Teaching Professor*
B.A., Cornell University
Ph.D., Michigan State University

Astrid M. Weigert
*Teaching Professor*
Ph.D., Georgetown University

Maxine A. Weinstein, V.M.
*Distinguished Professor*
B.S., Antioch College
Ph.D., Princeton University

Martha R. Weiss
*Associate Professor*
Ph.D., University of California, Berkeley

Richard G. Weiss
*Professor*
B.A., Brown University
M.S., University of Connecticut
Ph.D., University of Connecticut

Quan Wen
*Assistant Professor*
B.A., Southern University of Finance and Economics
Ph.D., Emory University

William Joseph Werpehowski
*Professor*
B.A., Princeton University
Ph.D., Yale University

Sabrina Wesley-Nero
*Associate Teaching Professor*
B.S., Georgetown University
M.Ed., George Mason University
Ph.D., George Mason University

Gerald T. West
*Adjunct Professor in International Business Diplomacy*
Ph.D., University of Pennsylvania

M. Daniel Westbrook
*Associate Professor at SFS–Qatar*
B.S., Ohio State University-Main Campus
M.A., Ohio State University-Main Campus
M.S., Ohio State University-Main Campus
Ph.D., Ohio State University-Main Campus

Linda E. Wetzel, V.M.
*Associate Professor & Director Undergraduate Studies*
Ph.D., Massachusetts Institute of Technology

Stephen Weymouth
*Assistant Professor*
B.S., Arizona State University
M.A., University of California-San Diego
M.A., University of California-San Diego
Ph.D., University of California-San Diego

Kelley Marie Wickham-Crowley, V.M.
*Associate Professor*
B.A., Georgetown University
M.A., Durham University
M.A., Cornell University
Ph.D., Cornell University

Timothy P. Wickham-Crowley, V.M.
*Chair & Associate Professor*
B.A., Princeton University
Ph.D., Cornell University

Franck S. Wiebe
*Professor of the Practice of Public Policy*
B.A., Northwestern University
M.A., Northwestern University
MPP, Harvard University
Ph.D., Stanford University

William C. Wilcox, V.M.
*Professor*
B.A., West Virginia University
M.A., Ohio State University-Main Campus
Ph.D., Ohio State University-Main Campus

Evelyn Jean Williams
*Teaching Professor*
B.A., University of California-Los Angeles
M.A., University of Chicago

John Flawn Williams
*Associate Professor of the Practice*
B.S., Northwestern University

Glenn R. Williamson
*Faculty Director and Assistant Professor of the Practice*
B.S., Georgetown University
M.B.A., University of Chicago

Rohan G. Williamson, V.M.
*Professor*
M.A., Ohio State University-Main Campus
M.B.A., Clark Atlanta University
Ph.D., Ohio State University-Main Campus

Andrea Wilson
*Associate Teaching Professor*
B.Sc., Queen's University
M.A., Queen's University
Ph.D., Princeton University

Stephen M. Wilson
*Assistant Professor*
B.S., Georgetown University
M.A., Iliff School of Theology
M.A., University of Oxford
Ph.D., Duke University

Wendy Wilson
*Lecturer*
Ph.D., Georgetown University

Gina M. Wimp
*Associate Professor*
B.S., Baylor University
M.S., Northern Arizona University
Ph.D., Northern Arizona University

Sein Win
*Visiting Professor*
Ph.D., Universität Hamburg

Louise (Holly) B. Wise
*Associate Professor in the Practice, GHD*
B.A., Connecticut College
M.P.H, Yale University
M.A., National Defense University

Katherine A. Withy
*Associate Professor*
Ph.D., University of Chicago

Ruth Wodak
*Royden B. Davis, S.J. Visiting Professor of Interdisciplinary Studies*
Ph.D., Universität Wien

Christian Wolf
*Professor*
Ph.D., Universität Hamburg

Holger C. Wolf
*Associate Professor*
Ph.D., Massachusetts Institute of Technology

Smith Wood
*Adjunct Professor in The McDonough School of Business*
B.S., Massachusetts Institute of Technology
M.B.A., Harvard University
M.S., Massachusetts Institute of Technology

Willis Addison Woods
*Assistant Teaching Professor*
M.S., University of Southern California
Ph.D., George Mason University

Jennifer L. Woolard
*Associate Professor*
B.A., University of Virginia-Main Campus
M.A., University of Virginia-Main Campus
Ph.D., University of Virginia-Main Campus

Deanna R. Wormuth
*Director and Instructor, C.L.E.D.*
B.A., Hope College
M.Ed., Texas A&M University

GTOWN_00000385