Duncan Wu
*Raymond Wagner Professor in Literary Studies*
Ph.D., University of Oxford

Emilie Wynne
*Visiting Assistant Professor*
B.A., Université Montpellier 3 Paul Valéry
M.A., Université Montpellier 3 Paul Valéry

Thomas Xenakis
*Lecturer in Art*
B.S., Brooklyn College
M.A., The Johns Hopkins University School of Medicine
Ph.D., Maryland Institute College of Art

Kenneth S. Yalowitz
*Director of the MA in Conflict Resolution and Professor of the Practice*
B.A., University of Wisconsin-Madison
M.Phil, Columbia University in the City of New York

Hui G. Yang
*Assistant Professor*
M.S., Carnegie Mellon University
Ph.D., Carnegie Mellon University

Jie Yang
*Assistant Professor*
B.S., Massachusetts Institute of Technology
Ph.D., Duke University

Yu-Shen Yang
*Assistant Teaching Professor*
B.A., B.Ed., National Taiwan Normal University (Taiwan)

Ronit Yarden
*Assistant Professor in the Department of Human Science, School of Nursing & Health Studies*
B.Sc., M.Sc., Tel-Aviv University;
Ph.D., Georgetown University

Alejandro Yarza
*Associate Professor*
B.A., University of Santiago de Compostela
MA, University of Nevada
Ph.D., University of California, Irvine

Maryam Yashtini
*Assistant Professor*
M.S., University of Florida
M.S., University of Florida
Ph.D., University of Florida

Diane M. Yeager
*Associate Professor*
B.A., Ohio University
Ph.D., Duke University

Edilma L. Yearwood
*Associate Professor; Interim Chair in the Department of Nursing, School of Nursing & Health Studies*
B.S.N., University of Connecticut;
M.A., New York University;
Ph.D., Adelphi University

Jeremy A. Yip
*Assistant Professor*
Ph.D., University of Toronto

Paul J. Young
*Associate Professor*
Ph.D., University of California, Berkeley

Joy Young
*Lecturer in English*
B.A., University of California, Berkeley
Ph.D., University of California, Berkeley

Catherine C. Yu
*Visiting Assistant Professor*

Pei-Shan Yu
*Lecturer*
A.A., Wenzao Ursuline College of Languages
B.A., Michigan State University
M.A., Indiana University-Bloomington
Ph.D., Indiana University-Bloomington

Safak Yucel
*Assistant Professor*
B.S., Bogazici University
Ph.D., Duke University

Andrew Zeitlin
*Assistant Professor*
B.A., Yale University
Ph.D., University of Oxford

Amir Zeldes
*Assistant Professor*
B.A., Hebrew University of Jerusalem
M.A., Humboldt Universitätzu Berlin
Ph.D., Humbold Universität

Craig Zelizer
*Associate Director of the Conflict Resolution Program*
B.A., University of Massachusetts Amherst
Ph.D., George Mason University

Jingyuan Zhang
*Associate Professor & Chair*
B.A., Sichuan International Studies University
MA, Cornell University
Ph.D., Cornell University

Xinran Zhang
*Main Campus Researcher*
B.S., Peking University
Ph.D., Peking University

Xiaofei Zhao
*Assistant Professor*
B.Sc., Peking University
M.Sc., University of Waterloo
Ph.D. University of Toronto

Wenchao Zhou
*Assistant Professor*
M.S., University of Pennsylvania
Ph.D., University of Pennsylvania

Stefan N. Zimmers
*Assistant Dean and Adjunct Assistant Professor*
B.A., Georgetown University
M.A., Georgetown University
Ph.D., Georgetown University

Heather Gregg Zitlau
*Assistant Teaching Professor*
M.A., University of Minnesota-Twin Cities

Veljko Zlatic
*Visiting Researcher in Physics*
B.S., University of Zagreb
Ph.D., Imperial College, London University

Elizabeth C. Zsiga, V.M.
*Professor*
B.A., Wesleyan University
Ph.D., Yale University

# Professors Emeriti



Alan R. Andreasen, Ph.D.
*Professor Emeritus in the McDonough School of Business*

David Andrews, Ph.D.
*Professor of Slavic Languages Emeritus*

John J. Bailey, Ph.D.
*Emeritus Professor*

Harley D. Balzer, Ph.D.
*Associate Professor of Government Emeritus*

Samuel H. Barnes, Ph.D.
*Fraft Goltz Professor and Director Emeritus*

Tom L. Beauchamp, Ph.D.
*Professor of Philosophy Emeritus*

George Benke, Ph.D.
*Professor of Mathematics and Statistics Emeritus*

Paul F. Betz, Ph.D.
*Professor of English Emeritus*

Edward Bodnar, Ph.D.
*Professor of Jesuit Community Emeritus*

Frederick J. Bosco, M.A.
*Assistant Professor of Italian Emeritus*

Karen Breiner-Sanders, Ph.D.
*Associate Professor Emerita in the School of Foreign Service*

George Brenkert, Ph.D.
*Professor Emeritus in the McDonough School of Business*

Thomas Brewer, Ph.D.
*Professor Emeritus in the McDonough School of Business*

John B. Brough, Ph.D.
*Professor of Philosophy Emeritus*

Valentina G. Brougher, Ph.D.
*Professor of Slavic Languages Emerita*

Dorothy M. Brown, Ph.D.
*Professor of History Emerita*

Douglas Brown, Ph.D.
*Associate Professor of Economics Emeritus*

Annick Buchanan, Ph.D.
*Assistant Professor of French Emerita*

Adelheid S. Byrnes, Ph.D.
*Professor of German Emerita*

Karl H. Cerny, Ph.D.
*Professor of Government Emeritus*

Peter Charles, Ph.D.
*Professor of Art and Art History Emeritus*

Peter K. Chen, Ph.D.
*Associate Professor of Biology Emeritus*

Marc Chernick, Ph.D.
*Emeritus Professor of the Practice*

Roger Chickering, Ph.D.
*Professor Emeritus in the School of Foreign Service*

Clifford Chieffio, Ph.D.
*Professor of Art, Music and Theater Emeritus*

Gay G. Cima, Ph.D.
*Professor of English Emerita*

William L. Clinton, Ph.D.
*Professor of Physics Emeritus*

Delanson R. Crist, Ph.D.
*Professor of Chemistry Emeritus*

David S. Crystal, Ph.D.
*Associate Professor of Psychology Emeritus*

R. Emmet Curran, Ph.D.
*Professor of History Emeritus*

Catharin Dalpino
*Professor in the School of Foreign Service Emeritus*

George G. Daly
*Dean and Professor Emeritus in the McDonough School of Business*

Daniel P. Dato, Ph.D.
*Associate Professor of Linguistics Emeritus*

Robert DeLevie, Ph.D.
*Professor of Chemistry Emeritus*

Thomas J. Dodd, Jr., Ph.D.
*Associate Professor in the School of Foreign Service Emeritus*

Carol R. Dover, Ph.D.
*Associate Professor of French Emerita*

William G. Droms, Ph.D.
*Professor Emeritus in the McDonough School of Business*

Richard R. Duncan, Ph.D.
*Professor of History Emeritus*

Peter J. Dunkley, Ph.D.
*Associate Professor Emeritus in the School of Foreign Service*

Sabina Dym
*Professor of Spanish and Portuguese Emeritus*

Douglas Eagles, Ph.D.
*Associate Professor of Biology Emeritus*

Joseph E. Earley, Ph.D.
*Professor of Chemistry Emeritus*

Catherine Evtuhov, Ph.D.
*Professor of History Emerita*

Judith Farr, Ph.D.
*Professor of English Emerita*

George L. Farre, Ph.D.
*Associate Professor of Philosophy Emeritus*

Ralph W. Fasold, Ph.D.
*Professor of Linguistics Emeritus*

M. Ali Fekrat, Ph.D.
*Professor in the School of Business Emeritus*

Victor Ferkiss, Ph.D.
*Professor of Government Emeritus*

Murray Feshbach, Ph.D.
*Research Professor in the School of Foreign Service Emeritus*

Stefan R. Fink, Ph.D.
*Associate Professor German Emeritus*

Norman Finkel, Ph.D.
*Professor of Psychology Emeritus*

Edward J. Finn, Ph.D.
*Professor of Physics Emeritus*

Leona M. Fisher, Ph.D.
*Associate Professor of English Emerita*

D Linda Garcia, Ph.D.
*Associate Professor of Communication, Culture, and Technology Emerita*

Murray Gendell, Ph.D.
*Professor of Sociology Emeritus*

E. Michael Gerli, Ph.D.
*Professor of Spanish Emeritus*

Mary-Lee Giblon, Ph.D.
*Professor of Continuing and Professor Education Emeritus*

Walter I. Giles, Ph.D.
*Professor of Government Emeritus*

Eligia N. Glassman, Ph.D.
*Professor of Italian Emeritus*

Roy Godson, Ph.D.
*Professor of Government Emeritus*

Charles F. Hammer, Ph.D.
*Professor of Chemistry Emeritus*

Barbara A. Harding, Ph.D.
*Assistant Professor in the School of Foreign Service Emerita*

David P. Harris, Ph.D.
*Professor of Linguistics Emeritus*

William G. Harris, Ph.D.
*Associate Professor of Economics Emeritus*

John F. Haught, Ph.D.
*Professor in Theology Emeritus*

Diana L. Hayes, Ph.D.
*Professor of Theology Emerita*

Harold J. Heck, D.C.E.
*Professor of Foreign Trade and Transportation Emeritus*

Patrick A. Heelan, Ph.D.
*Professor of Philosophy Emeritus*

Ellen Jane Henderson, Ph.D.
*Professor of Biology Emerita*

Mark G. Henninger, Ph.D.
*Professor of Philosophy Emeritus*

Alison Hilton, Ph.D.
*Professor of English Emeritus*

Joan M. Holmer, Ph.D.
*Professor of English Emerita*

Sandra A. Horvath-Peterson, Ph.D.
*Associate Professor of History Emerita*

Darlene V. Howard, Ph.D.
*Professor of Psychology Emerita*

Michael C. Hudson, Ph.D.
*Professor of Arab Studies Emeritus*

Edward J. Ingebretsen, Ph.D.
*Professor of English Emeritus*

Kurt R. Jankowsky, Ph.D.
*Professor of German Emeritus*

Johny K. Johansson, Ph.D.
*Professor of the McDonough School of Business Emeritus*

Andrzej S. Kaminski, Ph.D.
*Professor of History Emeritus*

William L. Kelly, Ph.D.
*Professor of Psychology Emeritus*

Pascal D. Kokora, Ph.D.
*Associate Professor of French Emeritus*

Peter F. Krogh, Ph.D.
*Professor Emeritus in the School of Foreign Service*

Steven T. Kuhn, Ph.D.
*Professor of Philosophy Emeritus*

Soma Kumar, Ph.D.
*Professor of Chemistry Emeritus*

James E. La follette, Ph.D.
*Professor of French Emeritus*

John E. Lagnese, Ph.D.
*Professor of Mathematics Emeritus*

James Lamiell
*Professor of Psychology Emeritus*

Catherine Langlois, Ph.D.
*Professor of Mathematics and Statistics Emerita*

GTOWN_00000393

Marion R. Macdonald
*Professor in English as a Foreign Language Emerita*

Lucy Maddox, Ph.D.
*Professor of English Emerita*

Herbert Maisel, Ph.D.
*Professor of Computer Science Emeritus*

Gerald M. Mara, Ph.D.
*Affiliated Professor of Government and Dean Emeritus*

Inku K. Marshall, Ph.D.
*Associate Teaching Professor of East Asian Languages and Cultures Emerita*

Susan F. Martin, Ph.D.
*Professor of the Institute for the Study of International Migration (ISIM) Emerita*

Daniel E. Martire, Ph.D.
*Professor of Chemistry Emeritus*

Wesley N. Mathews, Ph.D.
*Associate Professor of Physics Emeritus*

Michael J. Mc Caskey, Ph.D.
*Associate Professor of East Asian Languages and Cultures Emeritus*

William C. McFadden
*Faculty of Theology Emeritus*

Donald McHenry
*Professor Emeritus in the School of Foreign Service*

Elizabeth McKeown, Ph.D.
*Professor of Theology Emerita*

Naomi H. Moniz
*Associate Professor of Portuguese Emeritus*

Barbara Mujica, Ph.D.
*Professor of Spanish and Portuguese Emeritus*

Donn B. Murphy, Ph.D.
*Professor of Theater Emeritus*

G Murphy
*Professor Of German Emritus*

Joseph H. Neale, Ph.D.
*Professor of Biology Emeritus*

David J. Nishioka, Ph.D.
*Professor of Biology Emeritus*

William F. Norris, M.A.
*Assistant Professor of English as a Foreign Language Emeritus*

George O'Brien, Ph.D.
*Professor of English Emeritus*

William V. O'Brien, Ph.D.
*Professor of Government Emeritus*

Joseph F. O'Connor, Ph.D.
*Professor of Classics Emeritus*

Patricia E. O'Connor, Ph.D.
*Associate Professor of English Emerita*

Thomas A. O'Keefe, Ph.D.
*Assistant Professor of Biology Emeritus*

Carra F. O'Meara, Ph.D.
*Professor of Art, Music and Theater Emerita*

Alfred Obernberger, Ph.D.
*Associate Professor of German Emeritus*

J. Keith Ord, Ph.D.
*Professor Emeritus in the McDonough School of Business*

Ibrahim M. Oweiss, Ph.D.
*Associate Professor of Economics Emeritus*

Gino Parisi, Ph.D.
*Professor of Spanish Emeritus*

Valery Petrochenkov, Ph.D.
*Professor of Slavic Languages Emeritus*

Michael T. Pope, Ph.D.
*Professor of Chemistry Emeritus*

Terrence Potter
*Professor of Arabic and Islamic Studies Emeritus*

Earl C. Ravenal, Ph.D.
*Professor in Foreign Service Emeritus*

Warren Reich, Ph.D.
*Professor of Theology Emeritus*

N. Lamar Reinsch, Ph.D.
*Professor Emeritus in the McDonough School of Business*

John A. Reuscher, Ph.D.
*Professor of Philosophy Emeritus*

D. N. Robinson, Ph.D.
*Distinguished Research Professor Emeritus*

Aurelia Roman, Ph.D.
*Professor Emeritus in the School of Foreign Service*

Elaine F. Romanelli, Ph.D.
*Associate Professor Emerita in the McDonough School of Business*

Ilkka A. Ronkainen, Ph.D.
*Professor of the McDonough School of Business Emeritus*

Jason P. Rosenblatt, Ph.D.
*Professor of English Emeritus*

Ronald C. Rosier, Ph.D.
*Assistant Professor of Mathematics Emeritus*

John D. Ruedy, Ph.D.
*Professor of History Emeritus*

Karin Ryding, Ph.D.
*Professor of Arabic and Islamic Studies Emerita*

Steven R. Sabat, Ph.D.
*Professor of Psychology Emeritus*

Michéle B. Sarde, M.A.
*Professor of French Emerita*

James V. Schall, Ph.D.
*Professor of Government Emeritus*

Joseph W. Serene, PhD.
*Professor of Physics Emeritus*

Roberto Severino, Ph.D.
*Professor of Italian Emeritus*

Annette N. Shelby, Ph.D.
*Professor Emerita in the McDonough School of Business*

J. Gilmour Sherman, Ph.D.
*Professor of Psychology Emeritus*

Roger Shuy, Ph.D.
*Professor of Linguistics Emeritus*

Madeleine A. Simons, Ph.D.
*Professor of French Emeritus*

Joseph C. Sitterson, Jr.
*Professor of English Emeritus*

Madeleine M. Soudee, Ph.D.
*Associate Professor of French Emerita*

Donald M. Spoon, Ph.D.
*Assistant Professor of Biology Emeritus*

Arnold P. Stokes, Ph.D.
*Professor of Mathematics Emeritus*

J. David Suarez-Torres, Ph.D.
*Associate Professor of Spanish Emeritus*

Richard J. Sweeney, Ph.D.
*Professor Emeritus in the McDonough School of Business*

Philip Sze, Ph.D.
*Professor of Biology Emeritus*

Penn Szittya, Ph.D.
*Professor of English Emeritus*

Anthony J. Tambasco, Ph.D.
*Professor of Theology Emeritus*

Diane Taylor, Ph.D.
*Professor of Biology Emerita*

J. Roger Teller, Ph.D.
*Associate Professor of Mathematics Emeritus*

Joseph L. Tryon, Ph.D.
*Associate Professor of Economics Emeritus*

Andrea E. Tyler, Ph.D.
*Professor of Linguistics Emerita*

Arturo A. Valenzuela, Ph.D.
*Professor of Government Emeritus*

Robert M. Veatch, Ph.D.
*Professor of Philosophy Emeritus*

Andrew Vogt, Ph.D.
*Associate Professor of Mathematics and Statistics Emeritus*

John O. Voll, Ph.D.
*Professor Emeritus in the School of Foreign Service*

Winifred Walker-Jones, M.S.
*Assistant Professor of English as a Foreign Language Emerita*

Thomas J. Walsh, Ph.D.
*Associate Professor of Spanish and Portuguese Emeritus*

Leroy Walters Ph.D.
*Professor of Scholars and Teaching Emeritus*

Othmar W. Winkler, Ph.D.
*Professor Emeritus in the McDonough School of Business*

Helene Yager, Ph.D.
*Associate Professor of French Emerita*

Lung Wen Yap, Ph.D.
*Associate Professor of Physics Emerita*