# Exhibit F

## Plaintiff Emir Gur-Ravantab's Enrollment Confirmation Email- GURRAVANTAB000005-000006



**Emir Gur-Ravantab**

## Deposit Receipt
1 message

**Georgetown University** <guapplication@georgetown.edu>  
Reply-To: guapplication@georgetown.edu  
To:

Mon, Apr 25, 2016 at 8:20 PM



April 25, 2016

Dear Mr. Emir Gur-Ravantab

    We are pleased to receive your enrollment deposit and completed Enrollment Agreement Form, confirming your intention to matriculate at Georgetown University starting in the fall of 2016. This email is your receipt for the deposit, which will be applied to your student account.

    Congratulations on your admission to Georgetown. The admissions staff has enjoyed working with you, and we look forward to welcoming you to campus this coming August.

Sincerely,

Charles A. Deacon  
Dean of Undergraduate Admissions

This message was sent to ▮▮▮▮▮▮▮▮▮ from:

Georgetown University | guapplication@georgetown.edu | Georgetown University | Georgetown University Office of Undergraduate Admissions 37th O Street NW | Washington, DC 20057-1002



Email Marketing by

**Unsubscribe**

GURRAVANTAB000005