# Exhibit G

## Tuition and Fees from Undergraduate 2019-2020 Bulletin - GTOWN_00000020-00000022

# Tuition and Other Expenses



Georgetown University specifically reserves the right to increase tuition and other fees without prior notice should conditions be such that an increase is warranted.

By the act of registration, class attendance, or participation in other activities associated with enrollment at Georgetown, the student accepts financial responsibility for charges assessed to his/her student account. This financial responsibility is not relieved until payment has actually been made for any charges incurred.

| Table 1: Tuition and Other Expenses ||
| --- | --- |
| Fee Type | Amount |
| Tuition | |
| Tuition per semester (full-time, per semester) | $27,720.00 |
| Tuition (part-time, per credit) | $2,310.00 |
| Extra Courses (per credit above 20 credits) | $2,310.00 |
| English as a Foreign Language Tuition (full-time, per semester) | $9,216.00 |
| English as a Foreign Language Tuition (per credit) | $1,152.00 |
| Mandatory Fees | |
| Student Activities Fee (per semester) | $84.00 |
| New Student Orientation Fee (one-time) | $263.00 |
| International Student Orientation Fee (one-time) | $50.00 |
| Transcript of Record (lifetime): | |
| Degree program | $100.00 |
| Non-degree program | $40.00 |
| Program Fees (per semester) | |
| MSB Technology Support Fee | $80.00 |
| NHS Technology Fee | $175.00 |
| EFL Laboratory Fee | $65.00 |

| | |
|---|---|
| On-Campus Housing (per person, per semester) | |
| Dormitories | $4,938.00-6,035.00 |
| Apartments | $5,811.00-6,069.00 |
| Townhouses | $6,355.00-6,615.00 |
| Board (per semester): | |
| All Access 7+ Plan (includes $500 Flex) | $3,407.00 |
| All Access 7 Plan (includes $200 Flex) | $3,107.00 |
| 18-Meals per week plan (includes $200 Flex) | $3,007.00 |
| 14-Meals per week plan (includes $250 Flex) | $2,821.00 |
| Block 160 (meals per semester, includes $350 Flex) | $2,500.00 |
| Block 100 (meals per semester, includes $250 Flex) | $1,600.00 |
| Block 25 (meals per semester, includes $100 Flex) | $438.00 |
| Course Fees | |
| Laboratory Fee (per Biology, Chemistry, Physics or Psych course) | $150.00 |
| Language Lab Fee (per semester of language instruction) | $70.00 |
| Materials Fee (per Arts, Music & Theater, or Other course) | $50.00-150.00 |
| Contingent Fees | |
| Returned Check Fee (per returned item) | $80.00 |
| Payment Plan Enrollment Fee (per semester) | $50.00 |
| Late Registration Fee | $100.00 |
| Non-Payment Fee (per semester) | $100.00 |
| Service Charge (monthly, percentage of overdue balance) | 1.75% |

# Notes:

- Full-time tuition status for non-EFL undergraduates is a load of 12 to 20 credits, or GU Study Abroad
- The Yates Field House Fee is mandatory for full-time students
- The Student Activities Fee is mandatory for all undergraduate degree-seeking students
- All full-time undergraduate students must live on campus their first and second years, and for a third (junior or senior) year
- Board is mandatory for freshmen and sophomores living in on-campus housing, and selection for mandated students is limited.
    - Freshmen may select from the All Access 7, or 18-Meal-per-week plans.
    - Sophomores may select from the All Access 7, 18-Meal-per-week, 14-Meal-per-week, or 160 Meal Block plans.

Students must take action to drop or withdraw from classes in order to be eligible for a tuition refund according to the refund schedule (see the Expenses and Financial Assistance – Refunds section (https://bulletin.georgetown.edu/expenses/studentaccounts/)) applicable to their program of study. Students are responsible for receipt and review of their billing statements, and ensuring that their balance is settled in full by the due-date specified on such statements. Failure to do so may subject the account to late payment penalties. In the event that Georgetown University deems it necessary to utilize the services of a third-party collection agency in order to collect on a delinquent debt, the student will be responsible for paying the fees of such services (see Office of Billing and Payment Services Policies (https://bulletin.georgetown.edu/expenses/studentaccounts/)).

More information can be found on the Policies and Procedures section of the Revenue and Receivables Department's website (new window) (http://studentaccounts.georgetown.edu/policies).