UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EMIR GUR-RAVANTAB, EMILY LAMA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGETOWN UNIVERSITY,<br><br>Defendant. | Case No.: 1:22-cv-01038 (TNM)<br><br>**JOINT STATUS REPORT** |

**JOINT STATUS REPORT**

Pursuant to the Court's January 4, 2024 Minute Order, Plaintiffs Gur-Ravantab and Lama, Movants-Intervenors Kazmi and Morrison, and Defendant Georgetown University provide the following joint status report as to the status of the case.

As previously reported to the Court (ECF No. 64), the Parties reached an agreement in principle to resolve the case on a class wide basis. Since their last report to the Court, the Parties have made material progress in negotiating the settlement terms. The Parties respectfully request 45 days to complete and execute a settlement agreement and for Plaintiffs to file their motion for Preliminary Approval of the Class Action Settlement.

Dated: February 19, 2024

By: /s/ *Anthony M. Alesandro*
Anthony M. Alesandro, Esq.
Michael A. Tompkins, Esq.
Leeds Brown Law, P.C.
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: 516-873-9550
mtompkins@leedsbrownlaw.com
aalesandro@leedsborwnlaw.com

Dated: February 19, 2024

By: /s/ *Alan E. Schoenfeld*
Alan E. Schoenfeld
Ryanne E. Perio
Marissa M. Wenzel
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel.: (212) 937-7294
alan.schoenfeld@wilmerhale.com

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated*

ryanne.perio@wilmerhale.com
marissa.wenzel@wilmerhale.com

*Attorneys for Defendant Georgetown University*