IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMIR GUR-RAVANTAB and EMILY LAMA, individually and on behalf of others similarly situated,<br><br>       *Plaintiffs*,<br><br>v.<br><br>GEORGETOWN UNIVERSITY,<br><br>       *Defendant*. | Case No. 1:22-cv-01038-TNM<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND INTERVENTION OF REBEKAH MORRISON AND SEAN KAZMI** |

**PLEASE TAKE NOTICE**, that upon the Declaration of Michael A. Tompkins, Esq., the exhibits annexed thereto, and the Memorandum of Law in Support, Proposed Class Representatives Rebekah Morrison and Sean Kazmi, individually and on behalf of others similarly situated, will move this Court before Hon. Trevor N. McFadden, U.S.D.J. at the United States District Court for the District of Columbia, located at 333 Constitution Avenue, N.W. Washington D.C. 20001 for an Order granting (1) Proposed Class Representatives' motion for intervention for the limited purpose of facilitating settlement pursuant to Federal Rule of Civil Procedure 24; and (2) Proposed Class Representatives' motion for preliminary approval of a class action settlement. The latter asks the Court, pursuant to Federal Rule of Civil Procedure Rule 23(e), to: (i) grant preliminary approval of the settlement; (ii) provisionally certify the following proposed settlement class under Federal Rule of Civil Procedure 23(b)(3):

> "All Georgetown University undergraduate students enrolled during the Spring 2020 Semester for whom any amount of tuition and fees were paid from any source other than a scholarship/grant from Georgetown (*e.g.* the student's own funds, funding from a parent or other family member, loan, or non-Georgetown scholarship/grant) to any Released Party for the Spring 2020 Semester, and whose tuition or fees have not been refunded in their entirety prior to the Settlement Agreement. For the avoidance of doubt, any students who received full scholarships from Georgetown or otherwise were not obligated to make contributions, payments,

or third-party arrangements towards tuition or fees for the Spring 2020 Semester are excluded from the Settlement Class."

(iii) appoint Leeds Brown Law, P.C. as Class Counsel; (iv) appoint Rebekah Morrison and Sean Kazmi as Class Representatives for the Settlement Class; (v) approve the Notice Plan for the Settlement described in the Settlement Agreement and Exhibits, as well as the specific Notice of Class Action and Proposed Settlement ( "Proposed Notices"), attached as Exhibits D-F to the Declaration of Michael A. Tompkins, Esq.; and (vi) granting such other, further, or different relief as the Court deems just and proper.

A proposed order is attached to the accompanying Declaration of Michael A. Tompkins, Esq.

Oral argument is requested to the extent desired by the Court.

Date: April 18, 2024
Carle Place, New York

**LEEDS BROWN LAW, P.C.**

 /s/ *Michael A. Tompkins*
Michael A. Tompkins (*pro hac vice*)
One Old Country Road, Suite 347
Carle Place, NY 11514
Tel: (516) 873-9550
Email: mtompkins@leedsbrownlaw.com

2