# Exhibit C

## Election Form

**Georgetown University Settlement Election Form**

Please complete this form by [DATE] if you wish to: (i) receive your share of the Settlement by Venmo or PayPal, or (ii) update your mailing address to receive a check by first class mail.

**You are not required to complete this form in order to receive a payment. If you do not complete this form by [DATE], you will receive your share of the Settlement Fund in the form of a check sent to your last known mailing address. If you would like to update your mailing address please click [here].**

☐   **OPTION ONE:  RECEIVE CASH PAYMENT BY VENMO OR PAYPAL**

Venmo   ☐   Venmo Username: _____

PayPal   ☐   PayPal Email: _____

☐   **OPTION TWO:  RECEIVE CASH PAYMENT BY CHECK AT NEW ADDRESS**

Check   ☐   Mailing Address: _____

_____          _____
**ELECTRONIC SIGNATURE**                           **DATE**