# Exhibit G

## Biography of Hon. Suzanne H. Segal (Ret.)



# SIGNATURE RESOLUTION

# Hon. Suzanne H. Segal (Ret.)

**MEDIATOR | ARBITRATOR | SPECIAL MASTER | DISCOVERY REFEREE**

Century City | Los Angeles | Oakland | San Diego | Virtual Services

*"I truly enjoy using my experience as a lawyer and a judge to help parties find efficient, practical and cost-effective solutions to resolve their disputes."*

## BIOGRAPHY

During her tenure on the federal bench, Judge Segal presided over numerous trials, evidentiary hearings, motions, and discovery conferences involving diverse subject matter. Judge Segal served as the settlement judge in hundreds of cases, settling business and insurance disputes; patent, trademark, and copyright actions; and employment, civil rights, and tort cases. Judge Segal handled a wide range of motions and settlements arising out of class actions, particularly in the wage and hour context.

Judge Segal has broad experience in securities litigation, including matters brought by private investors and the SEC. In addition, Judge Segal has extensive experience in matters involving the False Claims Act and related actions involving the healthcare industry.

Judge Segal has served as a special master or discovery referee in cases involving the False Claims Act, mass tort and insurance claims, patent litigation, and product liability claims.

Before her appointment to the bench, Judge Segal served as an Assistant United States Attorney in the Civil Division of the Los Angeles U.S. Attorney's Office for 12 years. As an AUSA, Judge Segal handled a variety of cases, including contract, employment, civil rights, Medicare reimbursement, and tort claims. She also brought consumer and civil rights actions on behalf of the Department of Justice. From 1999 to 2002, she served as the Chief of Civil Appeals for the U.S. Attorney's Office. Prior to serving in the U.S. Attorney's Office, Judge Segal was a civil litigator at Dewey, Ballantine and Adams, Duque and Hazeltine.

Judge Segal has also served as a lecturer in Law at UCLA School of Law and Loyola Law School.

Judge Segal is known for her work ethic and persistent dedication to reach a positive result for the parties.

## PRACTICE AREAS

- Business and Commercial Contracts
- Civil Rights
- Class Action
- Copyright and Trademark
- Employment
- Entertainment
- Healthcare
- Insurance
- Intellectual Property
- Legal Malpractice
- Patent
- Product Liability
- Real Estate
- Securities
- Special Master Duties
- Wage & Hour

## EDUCATION

- J.D., Cornell Law School
- B.A., Claremont McKenna College, cum laude

## EXPERIENCE

- **U.S. Magistrate Judge**, United States District Court (2002–2020)
- **Chief U.S. Magistrate Judge**, United States District Court (2012–2016)
- **Chief of Civil Appeals**, United States Attorney's Office (1999–2002)
- **Assistant U.S. Attorney**, United States Attorney's Office (1990–2002)
- **Litigation Associate**, Dewey Ballantine and Adams, Duque (1986–1990)

## PROFESSIONAL ACHIEVEMENTS AND MEMBERSHIPS

- **Member**, National Academy of Distinguished Neutrals (2022)
- **Los Angeles Intellectual Property Law Association Distinguished Public Service Award** (2014)
- **Member**, American Bar Association, Section of Intellectual Property
- **Executive Committee**, Paul R. Michel Intellectual Property Inn of Court
- **Member**, Los Angeles Intellectual Property Law Association
- **Executive Committee**, Litigation Section, Los Angeles County Bar Association (2009–2019)
- **Executive Board**, Federal Litigation Section, Federal Bar Association (national)

- **Secretary/Treasurer**, Federal Litigation Section, Federal Bar Association (national) (2020–2021)
- **Executive Board**, Federal Bar Association, Los Angeles Chapter (2010–2019)
- **Board of Directors and Judicial Advisory Council**, Association of Business Trial Lawyers
- **Fellow**, American Bar Foundation

## CASE STUDIES

"She is really, really good at settlement." (Almanac of the Federal Judiciary)

"I have done dozens of mediations and settlement conferences over 44 years of practicing law — with judges and private mediators all over the country — and Judge Segal was truly one of the most effective in getting a complicated and difficult case resolved." (Partner at AM 100 law firm)