# Exhibit I

## Declaration of Rebekah Morrison

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMIR GUR-RAVANTAB and EMILY LAMA, individually and on behalf of others similarly situated,<br><br>       *Plaintiffs*,<br><br>v.<br><br>GEORGETOWN UNIVERSITY,<br><br>*Defendant.* | Case No. 1:22-cv-01038-TNM |

**<u>DECLARATION OF REBEKAH MORRISON IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

I, Rebekah Morrison, submit the following declaration under penalty of perjury and declare the following statements to be truthful and accurate to the best of my recollection at the time:

1. I am over the age of 18 years, am a resident of Massachusetts, and submit this declaration in support of the motion for preliminary approval of class action settlement and for notice to be distributed to my fellow classmates so they can evaluate the settlement.

2. I conferred with my attorneys at Leeds Brown, including Michael Tompkins and Anthony Alesandro when the parties agreed to engage in settlement negotiations, and agreed that the Parties should discuss settlement.

3. I had conversations with my attorneys and was involved throughout the settlement negotiations process with Georgetown University.

4. I agree with my counsel that the mediator's recommendation that the Action be settled for the sum of $1,500,000.00 by the University, should be accepted as in the best interest of the Class.

5. I had discussions with my attorneys and reviewed and approved of the term sheet that represented the materials terms of the settlement agreement.

6. I had discussions with my attorneys and reviewed the Settlement Agreement as presented to the Court and believe it is fair and reasonable and in the best interest of the Class.

7. I understand the proposed process for approval of the Class settlement, and I agree that it gives Class Members a chance to review the settlement and make an informed decision.

8. I will continue to serve in my role as a Class Representative through the conclusion of this action.

9. I hope this Court approves the proposed settlement, and to the extent I can be of

any further help to the Court, I will make myself available.

Dated: April 17, 2024  
District of Columbia

_____  
Rebekah Morrison