IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMIR GUR-RAVANTAB and EMILY LAMA, individually and on behalf of others similarly situated,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>GEORGETOWN UNIVERSITY,<br><br>    *Defendant.* | Civ. Action No. 1:22-cv-01038-TNM |

**JOINT MOTION TO SCHEDULE FINAL APPROVAL HEARING**

The parties write jointly to respectfully request that the Court set a Final Approval Hearing on or after November 13, 2024 (120 days from today).[1]

1. The Court granted Plaintiffs' unopposed motion for preliminary approval of the class action settlement on July 16, 2024. *See* Dkt. 68 (Preliminary Approval Order).

2. The Preliminary Approval Order does not set a date for the Final Approval Hearing. To ensure that the Settlement Class is apprised of the date and time of the Final Approval Hearing in the notice to be provided, and in order to ensure adequate time for the Settlement Class to receive notice of the preliminarily approved settlement, the parties request that the Court set the Final Approval Hearing no earlier than 120 days from today's date. The Parties have conferred and are available on November 13 through 15, 18 through 22, 25, 26, or December 2 through 6, 2024, as mutually agreeable dates.

3. Additionally, the Preliminary Approval Order does not set a deadline by which Plaintiffs shall file their Motion for Final Approval, including a request for final approval of the

---

[1] All defined terms have the meaning described in the parties' Settlement Agreement. *See* Dkt. 67-2.

settlement, approval of attorneys' fees, costs, expenses, and service award payments, and other appropriate relief. Therefore, the Parties have agreed, subject to modification by this Court, that Plaintiffs file that motion, along with a proposed final order, 14 days before the Final Approval Hearing pursuant to Local Rule 7.

4. The proposed timing will also ensure compliance with the Class Action Fairness Act. Due to an inadvertent oversight, notice has not yet been provided to the appropriate officials under 28 U.S.C. § 1715 by Georgetown University. The required notice will be provided within the next ten days, and a Final Approval Hearing scheduled no earlier than November 13, 2024 will ensure that the appropriate officials have the statutorily mandated time to review the Settlement.[2]

Dated: July 16, 2024

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP
*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld (#1725277)
Ryanne E. Perio (#5546472)
Marissa M. Wenzel (#888324863)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
alan.schoenfeld@wilmerhale.com
ryanne.perio@wilmerhale.com
marissa.wenzel@wilmerhale.com

*Attorney for Defendant Georgetown University*

---

[2] CAFA requires notice within "10 days after a proposed settlement of a class action is filed in court," a requirement that will be met because the proposed settlement is being filed contemporaneously with this motion, as Exhibit A. In all events, this motion requests that more than 90 days pass between notice and the Final Approval Hearing. *See Adoma v. Univ. of Phoenix, Inc.*, 913 F. Supp. 2d 964, 973 (E.D. Cal. 2012) (under CAFA, "class members may not exempt themselves from a settlement so long as at least 90 days elapse between service of the notice and entry of an order granting final approval of the settlement") (collecting cases holding same).

/s/ Michael A. Tompkins
LEEDS BROWN LAW, P.C.
Michael A. Tompkins*
Anthony A. Alesandro*
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
mtompkins@leedsbrownlaw.com
aalesandro@leedsbrownlaw.com

*Attorney for Plaintiffs*

*Admitted Pro Hac Vice