**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMIR GUR-RAVANTAB and EMILY LAMA, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>GEORGETOWN UNIVERSITY,<br><br>                Defendant. | Civil No. 1:22-cv-01038 |

**[PROPOSED] ORDER SETTING FINAL APPROVAL HEARING**

**WHEREAS** the parties have filed a joint motion requesting the setting of deadlines for a Motion for Final Approval and a Final Approval Hearing,

**IT IS HEREBY ORDERED** that the Final Approval Hearing shall be held before this Court on _____, at _____ at the U.S. District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington D.C. 20001.  The Motion for Final Approval shall be filed no later than fourteen days prior.

IT IS SO ORDERED, this _____ day of _____, 2024.

_____
The Honorable Trevor N. McFadden
United States District Judge