IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMIR GUR-RAVANTAB and EMILY LAMA, individually and on behalf of others similarly situated,<br><br>        *Plaintiffs*,<br><br> v.<br><br>GEORGETOWN UNIVERSITY,<br><br>        *Defendant.* | Case No. 1:22-cv-01038-TNM<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE**, that upon the Declaration of Michael A. Tompkins, Esq., the exhibits annexed thereto, and the Memorandum of Law in Support, Plaintiffs Emir Gur-Ravantab, Emily Lama, Rebekah Morrison, and Sean Kazmi (Plaintiffs Morrison and Kazmi collectively as "Class Representatives"), individually and on behalf of others similarly situated, will move this Court, on November 21, 2024, before Hon. Trevor N. McFadden, U.S.D.J. at the United States District Court for the District of Columbia, located at 333 Constitution Avenue, N.W. Washington D.C. 20001 for an Order pursuant to Federal Rule of Civil Procedure 23(e) granting: (1) approval of the proposed class action settlement as reflected in the Settlement Agreement and Proposed Final Order; (2) approval of the claims administration costs; (3) dismissal of the action with prejudice and dismissal of any and all claims released in the Settlement Agreement subject to the implementation of the same; (4) ordering Georgetown to fund the Qualified Settlement Account in accordance with the Settlement Agreement and the Claims Administrator to distribute the settlement proceeds to the necessary parties; (5) ordering compliance with the Settlement Agreement to Class Members, and (6) such other and further relief as the Court may deem just and proper.

A proposed order is attached to the accompanying Declaration of Michael A. Tompkins, Esq. as Exhibit A.

Date: November 7, 2024
Carle Place, New York

                                   **LEEDS BROWN LAW, P.C.**

                                   /s/ *Michael A. Tompkins*
                                   Michael A. Tompkins (*pro hac vice*)
                                   One Old Country Road, Suite 347
                                   Carle Place, NY 11514
                                   Tel: (516) 873-9550
                                   mtompkins@leedsbrownlaw.com